# Exhibit 1

**FDIC**

Federal Deposit Insurance Corporation
1910 Pacific Ave. Dallas TX, 75201

Division of Resolutions and Receiverships

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

May 17, 2006

Thomas M. Buchanan, Esq.
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006

SUBJECT:   7166—The Benj. Franklin Federal S&LA
Portland, OR – In Receivership
**NOTICE OF PARTIAL DISALLOWANCE OF CLAIM FOR REASONABLE ATTORNEY'S FEES**

Dear Mr. Buchanan:

The Receiver of The Benj. Franklin Federal S&LA has reviewed your claim against the receivership insofar as it requests reasonable attorney's fees in connection with the recent tax settlement. After a thorough review of your claim for reasonable attorney's fees, along with your supporting documentation, the Receiver has determined to allow your claim in part.

The Receiver will allow Winston & Strawn LLP to be compensated at the firm's standard hourly billing rates, less any reimbursements from the Litigation Trust Fund. Accordingly, the Receiver will allow the claim for recovery of attorney's fees in the amount of $400,812.75.

The Receiver has disallowed 15.5 hours of attorney's time in the amount of $6,638.75 that relate to the preparation of attorneys' fee petitions and attorney time devoted to another matter, the goodwill case. In addition, the Receiver has determined that an enhancement that would result in double your standard billing rates is not appropriate in this case because this would not constitute reasonable attorney's fees. Accordingly, these portions of your claim are denied.

Pursuant to 12 U.S.C. Section 1821 (d) (6), if you do not agree with this disallowance, you have the right to file a lawsuit on your claim (or continue any lawsuit commenced before the appointment of the Receiver), in the United States District (or Territorial) Court for the District within which the failed institution's principal place of business was located or the United States District Court for the District of Columbia within 60 days from the date of this notice.

**IF YOU DO NOT FILE A LAWSUIT** (or continue any lawsuit commenced before the appointment of the Receiver) **BEFORE THE END OF THE 60-DAY PERIOD, THE DISALLOWANCE WILL BE FINAL, YOUR CLAIM WILL BE FOREVER BARRED AND YOU WILL HAVE NO FURTHER RIGHTS OR REMEDIES WITH RESPECT TO YOUR CLAIM. 12 U.S.C. Section 1821(d)(6)(B).**

If you have any questions about this letter, please contact the undersigned at (972) 761-2666.

Sincerely,

*Glenn Glinsmann*

Glenn Glinsmann
Claims Department

RLS7218

06 1120

**FILED**

JUN 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT