# Exhibit 2

## DECLARATION OF GARY E. HINDES

My name is Gary Hindes. I manage various investment funds which, in aggregate, constitute the largest shareholder of Benj. Franklin. For this reason, I have been very involved in the Benj. Franklin litigation as well as with the tax claim filed by the IRS against the FDIC Receiver in federal court in Washington, D.C.

As part of my involvement in this case, I have dealt extensively with the law firm of Winston & Strawn LLP. I am very familiar with the work that Winston & Strawn LLP has performed in defending the Receivership against the $1 billion tax claim of the IRS and in settling that claim for $50 million. I have also reviewed carefully the Winston & Strawn LLP fee petition. I fully support that fee petition. I believe that it is quite reasonable under the circumstances. The case involved novel and complex tax issues with a most difficult adversary, the IRS. Winston & Strawn LLP assigned its most experienced trial and tax lawyers to the case. The risk was also great for Winston & Strawn LLP, because they were being paid only 25 percent of their standard hourly rates and stood a good chance of getting nothing more. Under the circumstances, a success fee of twice their normal hourly rate is very appropriate.

I am in regular contact with numerous other shareholders of Benj. Franklin, including Bob Suess and others, and we all support the fee petition of Winston & Strawn LLP. Considering that the FDIC's role in this matter is to maximize the benefit and minimize the losses to the shareholders, and that it is clear that most shareholders support this fee petition, I submit that the FDIC should follow the will of the shareholders, and approve it.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

06 1120
FILED
JUN 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Executed this 20th day of March, 2006 in New York City, New York.

_____
Gary E. Hindes

DC:459676.1