CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUN 2 0 2006    CO-932
Rev. 4/96

NANCY MAYER WHITTINGTON, CLERK
U. S. DISTRICT COURT

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. _____ 06 1120
(To be supplied by the Clerk)

NOTICE TO PARTIES:

    Pursuant to Rule 405(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records. one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

    Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

    Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

_____

The plaintiff, defendant or counsel must complete the following:

I.    RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

    A new case is deemed related to a case pending in this or another U.S. Court if the new case:  [Check appropriate box(es) below.]

| | | |
|---|---|---|
| [X] | (a) | relates to common property |
| [X] | (b) | involves common issues of fact |
| [ ] | (c) | grows out of the same event or transaction |
| [ ] | (d) | involves the validity or infringement of the same patent |
| [ ] | (e) | is filed by the same pro se litigant |

2.    RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

    A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the <u>same</u> parties and <u>same</u> subject matter.

    Check box if new case is related to a dismissed case:    [X]

3.    NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):

_____

4.    CAPTION AND CASE NUMBER OF RELATED CASE(E-S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

**United States** _____ v. **FDIC** _____ C.A.No. **02-1427** *EGS*

**06-1025** *EGS*

**June 20, 2006** _____
DATE

_____
Signature of Plaintiff/Defendant (or counsel)

2

In addition to the case identified on the other side of this document, this new case is also related to the pending case *Benj. Franklin S'holders Litig. Fund v. FDIC* (C.A. No. 1:06CV01025). Specifically, this new case is related to the recently dismissed case *United States v. FDIC* and the pending case *Benj. Franklin S'holders Litig. Fund v. FDIC* because:

- In both cases, and in this case, the defendant is or was the same FDIC Receivership for The Benj. Franklin Federal Savings & Loan Association, Portland, Oregon.

- While Winston & Strawn LLP was not technically a party to *U.S v. FDIC* C.A. 02-1427 (EGS), the firm actively participated in settlement discussions in that case on behalf of the Benj. Franklin shareholders.

- At a Fairness Hearing conducted on May 2, 2006, in *U.S. v. FDIC*, the honorable Judge Sullivan heard statements from Winston & Strawn LLP as well as other counsel and numerous Benj. Franklin FS&LA shareholders.

- The FDIC motion that preceded the May 2, 2006 Fairness Hearing disclosed the pendency of a fee petition made by Winston & Strawn LLP to the FDIC. This new case asks the Court to order the FDIC to pay the same fees.

- Judge Sullivan's order of May 2, 2006, which was entered at the conclusion of the Fairness Hearing in *U.S. v. FDIC*, approved a tax settlement that was successfully negotiated by Winston & Strawn LLP. Under applicable fee agreements, the Court's approval of this tax settlement in significant part effectively served to entitle Winston & Strawn LLP to the success fee sought in this new case. Thus, Winston & Strawn LLP was a direct beneficiary of Judge Sullivan's order approving the settlement of *U.S. v. FDIC*, C.A. No. 02-1427, which resulted in that case's dismissal on May 16, 2006.

- For the foregoing reasons, Judge Sullivan has knowledge of the background and circumstances of this new case, *Winston & Strawn LLP v. FDIC, as Receiver for the Benj. Franklin FS&LA, Portland, Oregon.*