# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WINSTON & STRAWN LLP** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 06-01120 (EGS) |
| ) | |
| **FEDERAL DEPOSIT INSURANCE** ) | |
| **CORPORATION, AS RECEIVER FOR** ) | |
| **THE BENJ. FRANKLIN FS&LA,** ) | |
| **PORTLAND, OREGON** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## SCHEDULING ORDER

IT IS HEREBY ORDERED that the following schedule shall apply in this case, unless changed by the Court.

1. Initial Disclosures – Waived by the parties

2. Amendment of pleadings/Joinder of parties – Deemed unnecessary

3. Discovery Deadline – October 27, 2006

4. Exchange of Expert Reports – Currently deemed unnecessary

5. Motions for summary judgment by both parties – October 27, 2006

6. Oppositions to motions for summary judgment – 20 days after service of motions for summary judgment

7. Replies – 15 days after service of oppositions

8. Pretrial Conference – December _____, 2006

9. Trial (if necessary) – January ____, 2007

2

The Parties may petition the Court to revise the schedule as the facts and circumstances require.

Date: _____    _____
                                         EMMET G. SULLIVAN
                                         UNITED STATES DISTRICT JUDGE

The foregoing order, if entered, should be sent to:

>Thomas M. Buchanan
>WINSTON & STRAWN LLP
>1700 K Street, NW
>Washington, DC 20006-3817

>Bruce C. Taylor
>Federal Deposit Insurance Corporation
>550 17th Street, NW
>Room VS-E7118
>Washington, DC 20429