## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WINSTON & STRAWN LLP,** ) <br> ) <br> and ) <br> ) <br> **WILLNER & ASSOCIATES,** ) <br> ) <br> and ) <br> ) <br> **BLACKWELL SANDERS PEPER MARTIN** ) <br> and ) <br> **ERNEST M. FLEISCHER** ) <br> ) <br> Consolidated Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **FEDERAL DEPOSIT INSURANCE** ) <br> **CORPORATION, AS RECEIVER FOR** ) <br> **THE BENJ. FRANKLIN FS&LA,** ) <br> **PORTLAND, OREGON** ) <br> ) <br> Defendant. ) <br> ) | Civil Case No. 06-01120 (EGS) <br><br> [Consolidated with No. 06-01227 (EGS) and No. 06-01273 (EGS)] |

### MOTION FOR EXPEDITED ENTRY OF A CONSOLIDATED INITIAL SCHEDULING ORDER, INCLUDING POINTS AND AUTHORITIES

The Federal Deposit Insurance Corporation, as Receiver for Benj. Franklin FS&LA (FDIC-Receiver), moves the Court for expedited entry of a consolidated initial scheduling order in the above-referenced consolidated cases to promote the orderly administration and disposition of the cases.

**Background**

By separate minute orders dated October 3, 2006, the Court consolidated the following three cases:[1]

1) *Winston & Strawn, LLP v. FDIC*, No. 1:06CV01120 (EGS)

2) *Willner & Associates, P.C. v. FDIC*, No. 1:06CV01227 (EGS)

3) *Blackwell Sanders Peper Martin, LLP, and Ernest M. Fleischer v. FDIC*, No. 1:06CV01273 (EGS)

The Court also directed the parties in the consolidated cases to submit all filings in the lead consolidated case, Case No. 06-1120 (W & S). Further, the Court vacated the Initial Scheduling Conference set for October 4, 2006, in consolidated Case No. 06-1120 (W & S) and the Initial Scheduling Conference set for October 31, 2006, in consolidated Case No. 06-1227 (Willner) [The Initial Scheduling Conference in consolidated Case No. 06-1273 (Blackwell/Fleischer) had not yet been scheduled]. Finally, the Court set the Initial Scheduling Conference in all three consolidated cases for November 21, 2006, at 12:00 PM in Courtroom 24A.[2]

In minute orders entered October 4, 2006, the Court further ordered that consolidated case numbers 06-1227 (Willner) and 06-1273 (Blackwell/Fleischer) be closed and removed from the active calendar of the Court.

By separate order entered October 4, 2006, in consolidated Case No. 06-1273 (Blackwell/Fleischer), the Court reiterated that the Initial Scheduling Conference in the case was set for November 21, 2006, at 12:00 P.M. and also directed counsel in the case to confer no later

---

[1] The Court did not consolidate the related case of *The Benjamin Franklin Shareholders Litigation Fund v. FDIC*, Civil Case No. 1:06CV01025 (EGS).

[2] The Court also vacated the Initial Scheduling Conference set for October 12, 2006, in case No. 06-1025 (BFS Lit. Fund), and although the case was not consolidated, the Court reset the Initial Scheduling Conference in the non-consolidated case for the same date and time as the three consolidated cases.

than November 7, 2006, and submit their Report addressing all topics listed in LCvR16.3(c) no later than November 14, 2006.

Before the Court ordered consolidation, counsel in consolidated Case No. 06-1120 (W & S) and consolidated Case No. 06-1227 (Willner) conferred and submitted their Reports to the Court in accordance with previous orders for initial scheduling conferences in those cases. The proposed schedules submitted to the Court in consolidated Case No. 06-1120 (W & S) and consolidated Case No. 06-1227 (Willner) are inconsistent.[3]  On the other hand, counsel in consolidated Case No. 06-1273 have yet to confer and propose a schedule.

## Basis For Request

The FDIC-Receiver suggests that a consolidated initial scheduling order directed to all parties would be useful to the Court and the parties. First, a consolidated initial scheduling order could specify whether the cases are consolidated 1) for purposes of discovery only, 2) for purposes of discovery and briefing, or 3) for all purposes, including trial. By doing so, the parties could develop a comprehensive consolidated Report consistent with the Court's intent in consolidating the cases. In the process, the parties could reconcile inconsistencies between the two Reports previously submitted in Case No. 06-1120 and Case No. 06-1227 and avoid the submission of a separate inconsistent Report in Case No. 06-1273. Moreover, a consolidated initial scheduling order would encourage all the parties to discuss concerns and issues common to the cases with regard to the Court's order of consolidation, whereas previous discussions focused on each individual case. Airing the issues as a group should better prepare the parties to raise and discuss any disagreements and answer the Court's questions at the Initial Scheduling Conference set for November 21, 2006.

---

[3] Counsel in non-consolidated Case No. 06-1025 (BFS Lit. Fund) also conferred and submitted a Report in accordance with an earlier order in that case.

The upcoming deadlines established by the Court's Initial Scheduling Order in *Blackwell Sanders Martin Peper, et al v. FDIC*, No. 06-1273, and the Initial Scheduling Conference in all the cases set for November 21, 2006, militate in favor of expedited action by the Court.

**Compliance with LCvR 7(m)**

Pursuant to LCvR 7(m), counsel for movant FDIC-Receiver presented counsel for all parties in the consolidated cases with an electronic version of this motion prior to filing for purposes of discussion. The comments of counsel follow:[4]

Thomas Buchanan (counsel for W & S) does not object.

William Demarest (counsel for Blackwell/Fleischer) had not provided any comments at the time of filing.

Jeremiah Collins (counsel for Willner) had not provided any comments at the time of filing.

**Conclusion**

Wherefore, the FDIC-Receiver requests the Court for the expedited entry of a consolidated initial scheduling order applicable to all parties in the consolidated cases. A proposed order is attached hereto.

Respectfully submitted,

Date: October 13, 2006

/s/ Bruce C. Taylor
Bruce C. Taylor
Federal Deposit Insurance Corporation
550 17th Street, NW
Room VS-E7118
Washington, DC 20429
(703) 562-2436 (Telephone)
(703) 562-2478 (Facsimile)

Counsel for Federal Deposit Insurance Corporation, as Receiver for The Benj. Franklin FS&LA

---

[4] Although non-consolidated Case No. 06-1025 (BFS Lit. Fund) is not directly affected by this motion, counsel for the FDIC-Receiver also provided an electronic version of this motion to Rosemary Stewart, plaintiff's counsel in the BFS Lit. Fund case and included Ms. Stewart on the service list for the proposed order.