### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WINSTON & STRAWN LLP,** )<br>)<br>and )<br>)<br>**WILLNER & ASSOCIATES,** )<br>)<br>and )<br>)<br>**BLACKWELL SANDERS PEPER MARTIN** )<br>and )<br>**ERNEST M. FLEISCHER** )<br>)<br>          Consolidated Plaintiffs, )<br>)<br>    v. )<br>)<br>**FEDERAL DEPOSIT INSURANCE** )<br>**CORPORATION, AS RECEIVER FOR** )<br>**THE BENJ. FRANKLIN FS&LA,** )<br>**PORTLAND, OREGON** )<br>)<br>          Defendant. )<br>) | Civil Case No. 06-01120 (EGS)<br><br>[Consolidated with No. 06-01227 (EGS) and No. 06-01273 (EGS)] |

### ORDER FOR CONSOLIDATED INITIAL SCHEDULING CONFERENCE

     The above captioned cases have been assigned to Judge Emmet G. Sullivan for resolution and consolidated pursuant to Fed. R. Civ. P. 42 (a) for the following purposes:


    [For example:  Discovery Only; Discovery and Briefing; All purposes, including trial]

The Initial Scheduling Conference in the consolidated cases is now set for **NOVEMBER 21, 2006 AT 12:00 P.M**.[1]  Counsel who attend must be sufficiently familiar with the case to answer any questions which arise; parties are welcome and are encouraged to attend.

Pursuant to LCvR 16.3 of the Local Rules, as amended effective December 1, 2000, and Fed. R. Civ. P. 26 (f), as amended effective December 1, 2000, counsel shall confer by no later than **NOVEMBER 7, 2006** and submit their Report addressing all topics listed in LVvR16.3 (c) by no later than **NOVEMBER 14, 2006**.  Counsel are directed to include in their Report a brief statement of the case and the statutory basis for all causes of action and defenses.

Counsel are required to comply with LCvR 16.3 and, in particular, LCvR 16.3 (c), as amended December 1, 2000, and attached hereto as Appendix I.  In considering what form of alternative dispute resolution the parties think the case most suited to, counsel are reminded that among their options are mediation, arbitration, early neutral evaluation, summary jury trial, or any other form of alternative dispute resolution which can be tailored to the needs of their case.

Extensions or enlargements of time will only be granted upon motion and not upon stipulation by the parties.  Motions for a continuance or other scheduling change must be filed three business days prior to the hearing and must include alternative dates that have been agreed to by all parties.  Requests that do not include an alternative dated acceptable to all parties will be denied.

Parties are to communicate with the Court by motion, opposition, and reply, not by letter. Inquiries concerning the status of any pending matter shall be directed to the Courtroom Deputy Clerk, Ms. Carol Votteler (202 / 354-3152), or if she is unavailable to the staff person in the

---

[1] The Initial Scheduling Conference also includes *The Benj. Franklin Shareholders Litigation Fund v. FDIC*, Civil Case No. 06-0125, a related case that is not consolidated with the above-captioned cases.

Clerk's Office designated as her substitute, and not to chambers. Chambers personnel will not handle questions relating to the status or scheduling of pending matters.

In an emergency, however, chambers can be reached at 202 / 354-3260.

The Court will address any disagreements and entertain additional questions the parties may have regarding the scope and effect of consolidation at the Initial Scheduling Conference set for November 21, 2006, at 12:00 P.M.

Date:                         , 2006           _____
                                                EMMET G. SULLIVAN
                                                United States District Judge

If entered, a copy of this order should be sent to:

**James Borthwick**
BLACKWELL SANDERS PEPER MARTIN
4801 Main Street, Suite 1000
Kansas City, MO 64112
(816) 983-8113
Fax: (816) 983-8080

**Thomas M. Buchanan**
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006-3817
(202) 282-5787
Fax: (202) 371-5950
Email: tbuchanan@winston.com

**Jeremiah A. Collins**
BREDHOFF & KAISER, PLLC
805 15th Street, NW
Washington, DC 20005-2207
(202) 842-2600
Fax: (202) 842-1888
Email: jcollins@bredhoff.com

**William Francis Demarest**
BLACKWELL SANDERS PEPER MARTIN
750 17th Street, NW
Suite 1000
Washington, DC 20006
(202) 378-2300
Fax: (202) 378-2319
Email: wdemarest@blackwellsanders.com

**Rosemary Stewart**
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW
Washington, DC 20005
(202) 898-5888
Fax: (202) 682-1639
Email: rstewart@spriggs.com

**Bruce C. Taylor**
FEDERAL DEPOSIT INSURANCE CORPORATION
550 17th Street NW
Room VS – E7118
Washington, DC 20429
(703) 562-2436
Fax: (703) 562-2478
Email: btaylor@fdic.gov

**Don S. Willner**
DON S. WILLNER & ASSOCIATES
630 Sunnyside Road
Trout Lake, WA 98650
(509) 395-2000
Fax: (509) 395-2939
donswillner@aol.com