# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WINSTON & STRAWN LLP,** | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **WILLNER & ASSOCIATES, PC** | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **BLACKWELL SANDERS PEPER MARTIN** | ) | Case No. 1:06CV01120 (EGS) |
| and | ) | |
| **ERNEST FLEISCHER** | ) | [Consolidated with No. 06-01227 |
| | ) | (EGS) and No. 06-01273 (EGS)] |
| Consolidated Plaintiffs, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **FEDERAL DEPOSIT INSURANCE** | ) | |
| **CORPORATION,** as Receiver for the | ) | |
| Benj. Franklin Federal Savings and | ) | |
| Loan Association, Portland, Oregon, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

Plaintiff Don S. Willner, a member of the Bar of this Court and of the law firm of Don S. Willner & Associates, PC, hereby enters his appearance pursuant to LDVR 83.6(a) as additional counsel for plaintiff in this action.

Respectfully submitted,


_____/s/Don S. Willner_____

Of Counsel:                          DON S. WILLNER
KELBY D. FLETCHER                    Don S. Willner & Associates, P.C.
Peterson, Young, Putra, Fletcher,    630 Sunnyside Road
  Knopp & Wampold, P.S.              Trout Lake, WA  98650
2800 Century Square                  Tel:     509-395-2000
1501 Fourth Avenue                   Fax:     509-395-2939
Seattle, WA  98101-1609
Tel:     206-624-6800
Fax:     206-682-1415
                                     _____/s/Jeremiah A. Collins_____
                                     JEREMIAH A. COLLINS
                                     Bredhoff & Kaiser, P.L.L.C.
                                     805 15th Street, N.W., Suite 1000
                                     Washington, DC  20005
                                     Tel:     202-842-2600
                                     Fax:     202-842-1888

                                     Counsel for Plaintiff