# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **WINSTON & STRAWN LLP,** | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **DON S WILLNER & ASSOCIATES, P.C.** | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **BLACKWELL SANDERS PEPER MARTIN** | ) | |
| and | ) | Civil Case No. 06-01120 (EGS) |
| **ERNEST M. FLEISCHER** | ) | |
| | ) | [Consolidated with No. 06-01227 |
| Consolidated Plaintiffs, | ) | (EGS) and No. 06-01273 (EGS)] |
| | ) | |
| v. | ) | |
| | ) | |
| **FEDERAL DEPOSIT INSURANCE** | ) | |
| **CORPORATION, AS RECEIVER FOR** | ) | |
| **THE BENJ. FRANKLIN FS&LA,** | ) | |
| **PORTLAND, OREGON** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## SCHEDULING ORDER

The Court has considered the Joint Report filed November 14, 2006, and the

comments of counsel at an Initial Scheduling Conference on November 21, 2006.

IT IS HEREBY ORDERED that the following schedule shall apply to these

consolidated cases, unless otherwise ordered:

| **Event** | **Date or Benchmark** |
|---|---|
| Initial Disclosures required by Fed. R. Civ. P. 26(a)(1) | Waived |
| Discovery Deadline | January 31, 2007 |
| Plaintiffs' Motions for Summary Judgment | On or before February 2, 2007 |
| Defendant FDIC's Opposition and Cross-Motion | On or before 20 days after service of the last-filed Plaintiff's motion for summary judgment or within 7 days from the discovery cutoff date, whichever is later |
| Plaintiffs' Replies and Oppositions | On or before 15 days after service of FDIC's opposition and cross motion |
| Defendant FDIC's Reply | On or before 15 days after service of the last-filed Plaintiff's reply and opposition |
| Decision on Dispositive Motions | Within 60 days after the end of dispositive briefing |
| Pretrial Conference (if necessary) | As soon as practicable after the Court denies or partially denies dispositive motions |
| Trial (if necessary) | Within 30 to 60 days after the pretrial conference |

Date: _____         _____
                                   EMMET G. SULLIVAN
                                   UNITED STATES DISTRICT JUDGE

If the preceding order is entered, notice should be provided to the following persons:


Bruce C. Taylor
Federal Deposit Insurance Corporation
550 17th Street, NW
Room VS-E7118
Washington, DC 20429
(703) 562-2436 (Telephone)
(703) 562-2478 (Facsimile)
btaylor@fdic.gov

Don S. Willner
DON S. WILLNER AND ASSOCIATES
630 Sunnyside Road
Trout Lake, Washington 98650
(509) 395-2000 (Telephone)
(509) 395-2939 (Facsimile)
donswillner@aol.com

James Borthwick
Nancy S. Jochens
BLACKWELL SANDERS PEPER
MARTIN LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Phone: (816) 983-8000
Facsimile: (816) 983-8080
njochens@blackwellsadnders.com
jborthwick@blackwellsanders.com

Thomas M. Buchanan
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C.  20006-3817
(202) 282-5000 (Telephone)
(202) 282-5100 (Facsimile)
tbuchanan@winston.com

Jeremiah A. Collins
BREDHOFF & KAISER, PLLC
805 15th Street, NW
Washington, D.C.  20005-2207
(202) 842-2600 (Telephone)
(202) 842-1888 (Facsimile)
jcollins@bredoff.com
eoppenheimer@bredoff.com

William F. Demarest
BLACKWELL    SANDERS    PEPER
MARTIN LLP
750 17th Street, NW
Suite 1000
Washington, D.C.  20006
(202) 378-2300 (Telephone)
(202) 378-2319 (Facsimile)
wdemarest@blackwellsanders.com