# WINSTON & STRAWN LLP

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

BUCKLERSBURY HOUSE
3 QUEEN VICTORIA STREET
LONDON, EC4N 8NH

1700 K STREET, N.W.
WASHINGTON, D.C. 20006-3817

(202) 282-5000

FACSIMILE (202) 282-5100

www.winston.com

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

21 AVENUE VICTOR HUGO
75116 PARIS, FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5894

THOMAS M. BUCHANAN
(202) 282-5787
tbuchanan@winston.com

March 30, 2006

**VIA FEDERAL EXPRESS**

Glenn Glinsmann
Resolution and Receiverships Specialist
Federal Deposit Insurance Corporation
1910 Pacific Avenue
Room 8040
Dallas, TX 75201

      Re:    The Benj. Franklin Federal Savings & Loan Association
               Portland, OR - In Receivership
               **Receipt of Proof of Claim**

Dear Ms. Glinsmann:

      Enclosed is a further supplement to our fee petition of August 26, 2005 in the above-captioned matter.

      The enclosed Amendment No. 2 adds the time spent during the months of, November and December of 2005 and January and February of 2006 on tax-related legal work performed for the benefit of Benj. Franklin Federal Savings and its shareholders. The total amount of our legal services for this period is $1,843.75 at $125.00 an hour. At our standard rates the value of this time is $7,693.75, which brings our total at standard rates to $577,602.50. If doubled, the total amount is $1,155,205.00.

      I have also enclosed affidavits from Bob Suess and Gary Hindes, the two largest shareholders of Benj. Franklin stock. Messrs. Suess and Hindes own or control approximately 20% of the outstanding stock of Benj. Franklin. Both of these individuals support the Fee Petition of Winston & Strawn LLP, specifically Winston & Strawn's request that its standard hourly rates be doubled as part of a success fee in this matter. In addition, as Mr. Suess indicates in his affidavit, Mr. Suess has spoken with Benj. Franklin shareholders who own or control over 50% of the outstanding shares of Benj. Franklin, and they also support Winston & Strawn LLP's Fee Petition. Considering that the surplus belongs to the shareholders, and the role of the FDIC receiver is to protect the interest of the shareholders, there is no reason why the FDIC should not

**ENCLOSURES OMITTED**