# Summary of Winston & Strawn LLP's Fee Petition

| Item | Value |
|---|---:|
| **Total Attorney's Fees as of July 31, 2005** | $ 558,041 |
| Amendment No. 1 to Proof of Claim | $ 11,868 |
| Amendment No. 2 to Proof of Claim | $ 7,694 |
| Amendment No. 3 to Proof of Claim | $ 11,640 |
| Attorney's Fees Disallowed by FDIC | $ (6,639) |
| **Total Attorney's Fees Approved by FDIC** | $ 582,604 |
| Success Fee of a Two Times Multiplier | $ 1,165,208 |
| Fees Collected from Litigation Trust Fund | $ (189,457) |
| Fees Collected from the FDIC | $ (400,813) |
| **Balance of Attorney's Fees Outstanding** | $ 574,938 |

DC:501347.2