BEFORE THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WINSTON & STRAWN LLP, )<br>)<br>and )<br>)<br>WILLNER & ASSOCIATES, PC )<br>)<br>and )<br>)<br>BLACKWELL SANDERS PEPER MARTIN )<br>and )<br>ERNEST FLEISCHER )<br>)<br>)<br>Consolidated Plaintiffs, )<br>)<br>)<br>v. )<br>)<br>FEDERAL DEPOSIT INSURANCE )<br>CORPORATION, as Receiver for the )<br>Benj. Franklin Federal Savings and )<br>Loan Association, Portland, Oregon, )<br>)<br>Defendant ) | Case No. 1:06CV01120 (EGS)<br><br>[Consolidated with<br>No. 06-01227 (EGS)<br>and No. 06-01273 (EGS)] |

**ORDER ON MOTION FOR SUMMARY JUDGMENT**

      Don S. Willner and Associates, P.C. has moved for Summary Judgment on its first claim for Relief- Reasonable Attorneys' Fees and Expenses under 12 U.S.C. § 1821 (d)(g).

      The Court has considered the written material submitted by the parties and any oral argument had relative to the same motion.

IT IS HEREBY ORDERED THAT: Judgment is granted in favor of Plaintiff and against Defendant in the amount of $782,110.24 reasonable attorneys' fees plus reasonable expenses in the amount of $1,264.14, plus costs and disbursements incurred herein.

Date: _____     _____
                              Emmett G. Sullivan
                              United States District Judge