| | | | Hours | Amount |
|---|---|---|---|---|
| 5/21/05 | DW | Arranging hotel in Washington, DC. | 0.20 | 25.00 |
| 5/23/05 | DW | Review and edit fairness hearing brief. | 0.60 | 75.00 |
| | DW | Review and edit claims court brief, call Rosemary Stewart. | 1.50 | 187.50 |
| 5/24/05 | DW | Regarding fairness hearing material. | 1.40 | 175.00 |
| 5/25/05 | DW | Review e-mail between Rosemary and Tom. | 0.10 | 12.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| SUBTOTAL: | | | 10.10 | 1,262.50] |
| | Subtotal Excluding Non-Tax Hours | | 9.40 | 1,175.00 |
| For professional services rendered | | | 11.40 | $1,425.00 |
| | Excluding Non-Tax Hours | | 9.70 | $1,212.50 |

Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

May 03, 2005

In Reference To:  Benj. Franklin Savings & Loan 90-W-6054

Tax Case

Invoice #10232

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| **DSW** | | | |
| 1/3/05 DSW | Regarding website. | 0.80 | 100.00 |
| 1/4/05 DSW | Call Rosemary Stewart. | 0.20 | 25.00 |
| DSW | Prep of website. | 0.80 | 100.00 |
| 1/5/05 DSW | Editing website. | 0.40 | 50.00 |
| DSW | Conference with Don McIntyre. | 1.00 | 125.00 |
| DSW | Call Jennie regarding Dale Weidht #, leave message for Dale Weight. | 0.10 | 12.50 |
| 1/6/05 DSW | Leave long message for Gill. | 0.10 | 12.50 |
| 1/19/05 | | | |
| DSW | Leave long message for Gill. | 0.10 | 12.50 |
| 1/20/05 DSW | Conference with Elizabeth regarding Benjamin Franklin case captions, memo to Jennie. | 0.20 | 25.00 |
| DSW | Shareholder letters. | 0.20 | 25.00 |
| DSW | Report to clients. | 0.30 | 37.50 |
| 1/25/05 DSW | Call with Kirk, and letter to Kirk. | 0.30 | 37.50 |
| DSW | Letter to Rothrock. | 0.10 | 12.50 |
| DSW | Call Rosemary Stewart. | 0.20 | 25.00 |
| DSW | Letter to accountants for capital. | 0.20 | 25.00 |
| 1/26/05 DSW | Checking on Rothrock ownership. | 0.10 | 12.50 |
| 2/15/05 | | | |
| DSW | Call McIntyre regarding progress. | 0.10 | 12.50 |
| 2/16/05 DSW | Preparation of letter to First Washington Corporation, several phone calls with Baker, fax text to Jennie Painter. | 1.80 | 225.00 |

**3/29/05**

| | | | Hours | Amount |
|---|---|---|---|---|
| | DSW | Letter to Jerry Young. | 0.10 | 12.50 |
| | DSW | Letter to Naylor. | 0.10 | 12.50 |
| | DSW | Call Weight regarding Senator Smith letter. | 0.20 | 25.00 |
| | DSW | Draft letter to Senator Smith. | 0.20 | 25.00 |
| | DSW | Message for Dale Weight regarding lunch- regarding Senator Smith. | 0.10 | 12.50 |
| 4/15/05 | DSW | Lunch conference with Dale Weight. | 1.00 | 125.00 |
| | DSW | Preparation of letter to Senator Smith, edit. | 0.70 | 87.50 |
| | | SUBTOTAL: | [ 14.50 | 1,812.50] |
| | | Subtotal Excluding Non-Tax Hours | 9.40 | 1,175.00 |

**DW**

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/2/05 | DW | Two shareholder letters. | 0.20 | 25.00 |
| 1/3/05 | DW | Call with Richard Green. | 0.20 | 25.00 |
| | DW | Attempt to reach Rosemary Stewart. | 0.10 | 12.50 |
| 1/4/05 | DW | Prep of draft website. | 0.80 | 100.00 |
| 1/7/05 | DW | Leave long messages for Bob Clark and Richard Gill of FDIC. | 0.20 | 25.00 |
| | DW | Letter to Rosemary Stewart regarding Senator Smith. | 0.30 | 37.50 |
| | DW | Call with Rosemary Stewart regarding Judge Smith status conference. | 0.30 | 37.50 |
| | DW | Call from Rosemary Stewart. | 0.10 | 12.50 |
| | DW | Leave message for Richard Green. | 0.10 | 12.50 |
| | DW | Regarding website - call Jennie Painter. | 0.20 | 25.00 |
| 1/11/05 | DW | Call Green. | 0.10 | 12.50 |
| | DW | Call Baker regarding website. | 0.20 | 25.00 |
| | DW | Call Gill. | 0.20 | 25.00 |
| | DW | Call Rosemary Stewart. | 0.30 | 37.50 |
| 1/17/05 | DW | Organizing files. | 0.10 | 12.50 |
| | DW | Letter to Englund. | 0.10 | 12.50 |
| | DW | Call Rosemary Stewart. | 0.10 | 12.50 |
| 1/18/05 | DW | Review documents, prep for conference call. | 1.30 | 162.50 |
| 1/21/05 | DW | Leave message for Gill regarding Clark letter. | 0.10 | 12.50 |
| 1/24/05 | DW | Editing letter to clients, call with Nancy Holland regarding sending document, faxing application to Jennie, editing client letter. | 0.70 | 87.50 |
| 1/28/05 | DW | Call with McIntyre. | 0.20 | 25.00 |
| 1/31/05 | | | | |
| 2/1/05 | DW | Call Jerry Young. | 0.10 | 12.50 |
| | DW | Call with Dale Weight. | 0.30 | 37.50 |
| | DW | Letter to Rothrock (shareholder). | 0.10 | 12.50 |
| 2/2/05 | DW | Call McIntyre. | 0.30 | 37.50 |
| 2/4/05 | DW | Call Richard Gill regarding status and Foster Estate requests. | 0.30 | 37.50 |
| 2/5/05 | DW | Review contribution list, call with McIntyre. | 0.40 | 50.00 |
| 2/7/05 | | | | |
| 2/8/05 | DW | Letter to Dale Weight. | 0.10 | 12.50 |
| | DW | Call with Sherry. | 0.30 | 37.50 |
| | DW | Call McIntyre, attempt to reach Sherry. | 0.30 | 37.50 |
| | DW | Letter to Jones. | 0.10 | 12.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/8/05 | DW | Motion for change of date of phone conference. | 0.20 | 25.00 |
| | DW | Letter to Clark. | 0.10 | 12.50 |
| 2/11/05 | DW | Letter to Bob Clark. | 0.10 | 12.50 |
| | DW | Message from Peter. | 0.10 | 12.50 |
| | DW | Locating Gary Hindes, call Peter Baker. | 0.20 | 25.00 |
| 2/14/05 | DW | Call from Leo Sherry. | 0.20 | 25.00 |
| | DW | Call with Gary Hindes. | 0.10 | 12.50 |
| | DW | Call with Baker. | 0.20 | 25.00 |
| | DW | Second call with Gary Hindes. | 0.30 | 37.50 |
| | DW | E-mail to Hindes. | 0.10 | 12.50 |
| 2/18/05 | DW | Review memo regarding role of counsel. | 0.10 | 12.50 |
| | DW | Call Dale Weight regarding Senator Smith. | 0.10 | 12.50 |
| | DW | Long call with Rosemary Stewart regarding Clark on tax, and brief for Judge Smith. | 0.50 | 62.50 |
| 2/19/05 | DW | Letter to Rosemary. Stewart. | 0.30 | 37.50 |
| 2/21/05 | DW | Draft letter to Darnstadter, cover letter to Rosemary Stewart. | 0.80 | 100.00 |
| | DW | Editing letter to Rosemary Stewart regarding brief. | 0.10 | 12.50 |
| | DW | Call with McIntyre. | 0.30 | 37.50 |
| 2/22/05 | DW | Edit letter to Darnstadter. | 0.20 | 25.00 |
| 2/23/05 | DW | Message from Rosemary Stewart brief. | 0.10 | 12.50 |
| 2/24/05 | | | | |
| | DW | Briefing Jennifer Painter on case. | 1.50 | 187.50 |
| | DW | Report letter to clients. | 0.20 | 25.00 |
| 2/25/05 | DW | Long message from Rosemary Stewart regarding taxes. | 0.10 | 12.50 |
| 2/28/05 | DW | Review material sent to plaintiff. | 0.10 | 12.50 |
| 3/1/05 | DW | Leave message for Gill regarding DC, Oregon status report. | 0.10 | 12.50 |
| | DW | Call with Dale Weight, call with Rosemary Stewart. | 0.60 | 75.00 |
| | DW | Call with shareholder. | 0.10 | 12.50 |
| 3/7/05 | | | | |
| | DW | Reviewing, signing, plus cover memo for Suess v. FDIC status report. | 0.20 | 25.00 |
| 3/8/05 | DW | Call with shareholder. | 0.10 | 12.50 |
| | DW | Letter to Hindes. | 0.10 | 12.50 |
| | DW | Call with Joyce Aidey, shareholder, regarding shares. | 0.20 | 25.00 |
| | DW | Report letter to plaintiffs. | 0.20 | 25.00 |
| | DW | Web Site. | 0.30 | 37.50 |

Benj. Franklin Plaintiffs
Case 1:06-cv-01120-EGS     Document 13-7     Filed 02/02/2007     Page 5 of 25

Page     4
Hours     Amount

**4/2/05**

| | | | Hours | Amount |
|---|---|---|---|---|
| | DW | Letter to clients. | 0.20 | 25.00 |
| 4/3/05 | DW | Letter to shareholder, Margaret Hull. | 0.10 | 12.50 |
| 4/4/05 | DW | Edit letters to Rosemary Stewart and clients. | 0.20 | 25.00 |

**4/7/05**

| | DW | Call from McIntyre. | 0.30 | 37.50 |
|---|---|---|---|---|
| | DW | Call Rosemary Stewart regarding tax case. | 0.30 | 37.50 |

**4/11/05**

| | DW | Review memo on role of counsel. | 0.20 | 25.00 |
|---|---|---|---|---|
| 4/16/05 | DW | Memo to Jennifer regarding Dale Weight letter. | 0.10 | 12.50 |
| 4/18/05 | DW | Regarding fairness hearing document. | 0.40 | 50.00 |
| | DW | Reviewing letter to Senator Smith. | 0.20 | 25.00 |
| 4/19/05 | DW | Draft letter to Buchanan. | 0.20 | 25.00 |
| 4/20/05 | DW | Regarding fairness hearing. | 1.20 | 150.00 |
| 4/26/05 | DW | Call Rosemary Stewart regarding tax case. | 0.30 | 37.50 |
| | DW | Preparation of fairness hearing material. | 2.00 | 250.00 |

SUBTOTAL:                                                     [  35.80   4,475.00]

Subtotal Excluding Non-Tax Hours          21.80   2,725.00

For professional services rendered                      50.30   $6,287.50

Excluding Non-Tax Hours          31.20   $3,900.00

Additional Charges :

<u>DSW</u>

3/9/05 Photocopies Bridge City Legal.                                    34.20

SUBTOTAL:                                               [      34.20]

Total costs                                                            $34.20

Total amount of this bill                                    $6,321.70

Total Excluding Non-Tax Hours          $3,934.20

Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

January 05, 2005

In Reference To:   Benj. Franklin Savings & Loan 90-W-6054

Tax Case

Invoice #10218

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| **DSW** | | | |
| 11/3/04 DSW | Review Gill Letter. | 0.20 | 25.00 |
| 11/4/04 DSW | Calls with Rosemary. | 0.50 | 62.50 |
| DSW | Organizing material for DC trip. | 0.20 | 25.00 |
| 11/10/04 | | | |
| DSW | Call with Jerry Young. | 0.30 | 37.50 |
| 11/11/04 DSW | Call Stewart. | 0.20 | 25.00 |
| 11/16/04 DSW | Call with Rosemary Stewart, review FDIC October 14th DOJ November 16th letters. | 0.60 | 75.00 |
| DSW | Edit letter to Smith and order documents. | 0.40 | 50.00 |
| DSW | Call Rosemary. | 0.10 | 12.50 |
| DSW | Review Jerry Young's affidavit draft. | 0.10 | 12.50 |
| DSW | Letter to Jerry Young. | 0.10 | 12.50 |
| DSW | Call Stewart. | 0.10 | 12.50 |
| DSW | Conference with Dale Weight. | 1.50 | 187.50 |
| 11/17/04 DSW | Call with Rosemary Stewart | 0.50 | 62.50 |
| DSW | Review Young affidavit draft. | 0.10 | 12.50 |
| DSW | Preparation for tax conference; reading e-mails. | 0.50 | 62.50 |
| DSW | Preparation of web site. | 1.50 | 187.50 |
| DSW | Calls with Rosemary. | 0.20 | 25.00 |
| DSW | Tax group conference including call with Rosemary. | 0.80 | 100.00 |
| 11/18/04 DSW | Organizing files for Trout Lake. | 0.20 | 25.00 |
| DSW | Review web site, fax to Rosemary, call with Rosemary.  Review final offer letter, call Rosemary, call Gill. | 1.30 | 162.50 |
| DSW | Call Stewart, call McIntyre.  Review Stewart edits. | 0.80 | 100.00 |

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 11/19/04 | DSW | Final edit of website, call Stewart. | 0.40 | 50.00 |
| | DSW | Call with McIntyre regarding web site. | 0.20 | 25.00 |
| | DSW | Call with Rosemary regarding website. | 0.20 | 25.00 |
| 11/22/04 | DSW | Call with McIntyre with Stewart, review website. Edit letters to Krihava and Smith, call Jill at bank. | 1.00 | 125.00 |
| | DSW | Review memo from Buchanan. | 0.10 | 12.50 |
| | DSW | Call from Richard in Senator Smith's office. | 0.20 | 25.00 |
| | DSW | Call Rosemary Stewart. | 0.20 | 25.00 |
| 11/23/04 | DSW | Review e-mails between Stewart and Buchanan. | 0.10 | 12.50 |
| | DSW | Call with Dale Weight regarding Senator Smith. | 0.30 | 37.50 |
| | DSW | Organizing files. | 0.20 | 25.00 |
| | DSW | Call with Andy at Portland Business Journal. | 0.30 | 37.50 |
| | DSW | Call with Dale Weight. | 0.20 | 25.00 |
| 11/24/04 | DSW | Review Joint Status Report sent to court. | 0.10 | 12.50 |
| | DSW | Long report letter to clients. | 0.30 | 37.50 |
| | DSW | Call with Rosemary. | 0.10 | 12.50 |
| | DSW | Review letter to Tom Buchanan, leave message for Rosemary. | 0.20 | 25.00 |
| | DSW | Review e-mails of Rosemary and Buchanan. | 0.10 | 12.50 |
| 11/29/04 | DSW | Call with Gary Hindes. | 0.40 | 50.00 |
| | DSW | Long message for Phil Goldsmith. | 0.10 | 12.50 |
| | DSW | Editing letter to clients. | 0.20 | 25.00 |
| | DSW | Conference with Elizabeth regarding records needed. | 0.10 | 12.50 |
| 11/30/04 | DSW | Call Rosemary. | 0.30 | 37.50 |
| | DSW | Call McIntyre | 0.10 | 12.50 |
| | DSW | Editing letter to clients, locating exhibits to letter. | 0.40 | 50.00 |
| | DSW | Meeting with McIntyre. | 1.30 | 162.50 |
| | DSW | Call with shareholder. | 0.10 | 12.50 |
| 12/1/04 | DSW | Draft of website. | 0.80 | 100.00 |
| | DSW | Memo to Rachel regarding draft. | 0.10 | 12.50 |
| 12/2/04 | DSW | Edit new website. | 0.50 | 62.50 |
| 12/3/04 | DSW | Review Dept. of Justice letter and call Fleischer. | 0.30 | 37.50 |
| | DSW | Attempt to reach Dale Weight regarding data for application. Call Dale Weight. | 0.30 | 37.50 |
| | DSW | Call with Rosemary regarding Judge Smith's call. | 0.40 | 50.00 |
| | DSW | Edit website. | 0.50 | 62.50 |
| | DSW | Review Rosemary e-mails. Call with Rosemary. | 0.50 | 62.50 |
| | DSW | Conference with Jerry Young regarding application. | 0.50 | 62.50 |
| | DSW | Conference call. | 0.20 | 25.00 |
| | DSW | Call with Rosemary. | 0.20 | 25.00 |
| | DSW | Regarding application for fund. | 0.20 | 25.00 |
| | DSW | Call from Randi Cohn about status of settlement. | 0.20 | 25.00 |
| | DSW | Review draft affidavit for application. | 0.20 | 25.00 |
| 12/4/04 | DSW | Editing website with McIntyre. | 0.50 | 62.50 |
| | DSW | Call with McIntyre regarding webstie. | 0.30 | 37.50 |
| 12/8/04 | DSW | Review DOJ rewrite of offer. | 0.30 | 37.50 |
| | DSW | Edit proof of claim. | 0.40 | 50.00 |
| 12/9/04 | DSW | Review application. | 0.10 | 12.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/9/04 | DSW | Letters to Darmstadter and Clark. | 0:60 | 75.00 |
| | DSW | Call Jerry Young. | 0.20 | 25.00 |
| 12/10/04 | DSW | Review contribution return application. | 0.50 | 62.50 |
| 12/13/04 | | | | |
| | DSW | Review letter Stewart to Young. | 0.10 | 12.50 |
| 12/23/04 | DSW | Memo to Elizabeth about Benjamin Franklin files needed in Trout Lake. | 0.30 | 37.50 |
| | DSW | Revize Olga Johnson letter. | 0.10 | 12.50 |
| | DSW | Call Rosemary Stewart. | 0.30 | 37.50 |
| | | SUBTOTAL: | [ 28.50 | 3,562.50] |
| | | **Subtotal Excluding Non-Tax Hours** | **26.00** | **3,250.00** |

DW

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/2/04 | DW | Review e-mail from Rosemary. | 0.10 | 12.50 |
| | DW | Review fairness hearing material. | 0.30 | 37.50 |
| | DW | Call with Gill. | 0.20 | 25.00 |
| 11/5/04 | DW | Travel to Washington DC for meetings with co-counsel and FDIC. | 5.90 | 737.50 |
| 11/8/04 | DW | Call with McIntyre. | 0.10 | 12.50 |
| 11/9/04 | DW | To Rosemary's office, conference regarding FDIC meeting. To FDIC for meeting with Clark, Gill, Rosemary. Call Peter, McIntyre, Green. Preparation of website. Conference with Rosemary. | 4.30 | 537.50 |
| | DW | Return to Portland including working on plane on application for reimbursement of contributions. | 8.50 | 1,062.50 |
| 11/12/04 | DW | Calls with Gill and Stewart. | 0.50 | 62.50 |
| 11/13/04 | DW | Long call with Dale Weight. | 0.30 | 37.50 |
| 11/15/04 | | | | |
| | DW | Call with judge's clerk. | 0.20 | 25.00 |
| | DW | Call with Dale Weight. | 0.20 | 25.00 |
| | DW | Leave message for Gill. | 0.40 | 50.00 |
| 11/16/04 | DW | Memo to Rachel regarding Weight. | 0.10 | 12.50 |
| 11/19/04 | DW | Call Rachel regarding Sen. Smith letter. | 0.10 | 12.50 |
| | DW | Call Dale Weight regarding letter to Sen. Smith. | 0.20 | 25.00 |
| | DW | Review letter to Dept. of Justice. | 0.10 | 12.50 |
| 11/20/04 | DW | Call with Jennie regarding Smith letter. | 0.20 | 25.00 |
| | DW | Editing letters to Smith and Krivaka. Call with Weight. | 0.80 | 100.00 |
| | DW | Message from Rachel; attempt to reach Rachel. | 0.10 | 12.50 |
| | DW | Regarding Sen. Smith letter. Letter to Krihara. Memo to Rachel and faxing. | 1.20 | 150.00 |
| 11/21/04 | DW | E-mail to Jennie. Letter to Jennie. Deliver draft of Smith letter to Jennie. | 1.00 | 125.00 |
| | DW | Regarding Smith letter. Letter to Kirara Calls with McIntyre and newspapers. | 1.20 | 150.00 |
| 12/1/04 | DW | Call with Judge Smith's clerk regarding status conference. | 0.10 | 12.50 |
| 12/19/04 | DW | Letters to Shareholders. | 0.50 | 62.50 |
| | DW | Additional shareholder letters. | 0.30 | 37.50 |
| 12/29/04 | DW | Attempt to reach Bob Clark. | 0.10 | 12.50 |
| 12/30/04 | DW | Call from Gill. | 0.30 | 37.50 |
| | | SUBTOTAL: | [ 27.60 | 3,450.00] |
| | | **Subtotal Excluding Non-Tax Hours** | **27.30** | **3,412.50** |

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 56.10 | $7,012.50 |
| Excluding Non-Tax Hours | 53.30 | $6,662.50 |

Additional Charges :

DSW
_____

| | |
|---|---|
| 11/30/04 To Washington DC | 491.67 |
| 12/31/04 Photocopies November & December | 61.60 |

SUBTOTAL:                                              [    553.27]

DW
_____

| | |
|---|---|
| 11/5/04 Taxi to PDX airport, to DC hotel. | 40.00 |
| 11/8/04 Taxi to Rosemary office. | 10.00 |
| Meals, lunch. | 14.00 |
| 11/9/04 Mileage. | 8.75 |

SUBTOTAL:                                              [     72.75]

Total costs                                                 $626.02

Total amount of this bill                                    $7,638.52

Total Excluding Non-Tax Hours                                $7,288.52

Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

November 21, 2004

In Reference To:  Benj. Franklin Savings & Loan 90-W-6054

                 Tax Case

Invoice #10217

        Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| **DSW** | | | |
| 9/1/04 DSW | Prepare draft letter to Gill, edit letter. | 0.80 | 100.00 |
| DSW | Letter to clients. Edit letter to Gill. | 0.20 | 25.00 |
| DSW | Conference with Elizabeth regarding exhibits. | 0.10 | 12.50 |
| 9/2/04 DSW | Calls with Rosemary. | 0.60 | 75.00 |
| DSW | Calls with tax group. | 0.90 | 112.50 |
| DSW | Review e-mails | 0.10 | 12.50 |
| 9/3/04 DSW | Call with Rosemary. Review memos, review Suess letter. Prepare draft of letter to Buchanan. Call McIntyre. E-mail to clients. | 1.50 | 187.50 |
| 9/7/04 DSW | Call with Leo Sherry. | 0.30 | 37.50 |
| DSW | Editing letter to clients. | 0.20 | 25.00 |
| DSW | Editing letters to Gill and Buchanan. | 0.50 | 62.50 |
| 9/8/04 DSW | Call RC regarding tax claim. | 0.10 | 12.50 |
| DSW | Editing letter to clients. | 0.30 | 37.50 |
| DSW | Review draft letter to Darnstadter. | 0.10 | 12.50 |
| 9/9/04 DSW | Letter to Hank. | 0.20 | 25.00 |
| DSW | Call with Rosemary. | 0.40 | 50.00 |
| 9/10/04 DSW | Phone call with Hank. | 0.70 | 87.50 |
| DSW | Call RC. | 0.30 | 37.50 |
| 9/13/04 DSW | Calls with Gill. | 0.40 | 50.00 |
| DSW | Letter to Judge Smith. | 0.20 | 25.00 |
| DSW | Change of address form. | 0.20 | 25.00 |
| 9/15/04 DSW | Call with Fleischer. | 0.30 | 37.50 |
| DSW | Calls with McIntyre. | 0.30 | 37.50 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 9/21/04 | DSW | Calls with Rosemary. | 0.30 | 37.50 |
| | DSW | Review Rosemary's changes in Website, call Rosemary regarding website and Tom Buchanan. | 1.00 | 125.00 |
| 9/23/04 | DSW | Calls with Stewart and clients, review Suess mailing, call with Gill and Stewart. Calls with McIntyre. | 1.20 | 150.00 |
| 9/24/04 | DSW | Call Stewart, Baker, FDIC. | 1.60 | 200.00 |
| 9/27/04 | DSW | Call with Andy Giegerich of Portland Business Journal. | 0.50 | 62.50 |
| | DSW | Call with McIntyre. | 0.10 | 12.50 |
| 9/28/04 | DSW | Call Stewart, attempt to reach Gill. | 0.10 | 12.50 |
| | DSW | Call with Business Journal reporter. | 0.10 | 12.50 |
| | DSW | Call with Portland Business Journal. | 0.20 | 25.00 |
| | DSW | Call from Gill. | 0.10 | 12.50 |
| | DSW | Call with shareholders. | 0.30 | 37.50 |
| | DSW | Calls with Busness Journal. | 1.50 | 187.50 |
| 9/30/04 | DSW | Call Clark and Stewart; attempt to reach Darnstadter. | 0.50 | 62.50 |
| | DSW | Brief call with Darnstadter. Call with Peter Baker.. | 0.20 | 25.00 |
| | DSW | Call McIntyre. | 0.10 | 12.50 |
| 10/5/04 | DSW | Call Rosemary | 0.10 | 12.50 |
| | DSW | Review final letter.  Call Rosemary. | 0.20 | 25.00 |
| | DSW | Review RS draft, phone with RS. | 0.40 | 50.00 |
| | DSW | Review draft letter to Clark. | 0.20 | 25.00 |
| | DSW | Conference regarding financials. | 0.70 | 87.50 |
| | DSW | Attempt to reach Gill. | 0.10 | 12.50 |
| | DSW | Call Rosemary Stewart; call Nancy Holland. | 0.30 | 37.50 |
| 10/6/04 | DSW | Review Gill draft letter, fax to Rosemary, attempt to reach Rosemary by phone.  Review my letter, leave message for Gill. | 0.50 | 62.50 |
| | DSW | Call with Gill | 0.20 | 25.00 |
| | DSW | Attempts to locate Tom. | 0.20 | 25.00 |
| 10/7/04 | DSW | Review incoming e-mails. | 0.10 | 12.50 |
| 10/12/04 | DSW | Draft letter to Clark. | 0.50 | 62.50 |
| | DSW | Review files. | 0.10 | 12.50 |
| | DSW | Call Gill. | 0.40 | 50.00 |
| 10/13/04 | DSW | Edit letter to Rosemary. | 0.10 | 12.50 |
| | DSW | Call Bob Clark. Call Rosemary. | 0.50 | 62.50 |
| 10/14/04 | DSW | Call Gill.  Call Rosemary. | 0.50 | 62.50 |
| | DSW | Calls with Stewart. | 0.30 | 37.50 |
| 10/19/04 | DSW | Calls to Rosemary Stewart. | 0.40 | 50.00 |
| | DSW | Call Dale Weight. | 0.20 | 25.00 |
| 10/20/04 | DSW | Attempt to reach Darnstadter. | 0.10 | 12.50 |
| | DSW | Call Darnstadter; call Stewart. | 0.60 | 75.00 |
| | DSW | Call Krueger's office. | 0.10 | 12.50 |
| | DSW | Call with Portland Business Journal. | 0.10 | 12.50 |
| 10/21/04 | DSW | Call with Rosemary. | 0.30 | 37.50 |
| | DSW | Dale Weight, call regarding Lalurie Miller meeting. | 0.10 | 12.50 |
| 10/25/04 | DSW | Attempt to reach Gill. | 0.10 | 12.50 |
| | DSW | Call Clark; call Gill. | 0.50 | 62.50 |
| 10/28/04 | DSW | Call Rosemary Stewart. | 0.20 | 25.00 |

|  |  | Hours | Amount |
|---|---|---|---|
| SUBTOTAL: | [ | 25.50 | 3,187.50] |
| Subtotal Excluding Non-Tax Hours | | 24.60 | 3,075.00 |

DW _____

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 9/3/04 | DW | Call Leo Sherry and arrange for conference call for Tuesday. | 0.60 | 75.00 |
| 9/4/04 | DW | Attempt to reach RC, call with RC. Rewrite letter to Buchanan, fax to RC. Long call with RC. | 2.00 | 250.00 |
| 9/6/04 | DW | Review and edit Rosemary's memo. Call Rosemary, fax Rosemary. Call McIntyre. | 2.00 | 250.00 |
| 9/7/04 | DW | Calls. | 0.90 | 112.50 |
| | DW | Call Rachel. | 0.10 | 12.50 |
| 9/20/04 | | | | |
| | DW | Preparation of website and letter to e-mail writers, fax to Portland. | 1.50 | 187.50 |
| | DW | Calls with McIntyre. | 0.40 | 50.00 |
| | DW | Swan, Dorfinger and Weight letters. | 0.20 | 25.00 |
| 9/27/04 | DW | Letter to shareholder. | 0.10 | 12.50 |
| 9/29/04 | DW | Call Clark. | 0.30 | 37.50 |
| | DW | Prepare draft of letter to Clark, Memo to Rosemary. | 1.20 | 150.00 |
| 10/1/04 | DW | Call with Gill. Review draft letter to Clark. | 0.40 | 50.00 |
| 10/2/04 | DW | Call McIntyre. | 0.20 | 25.00 |
| | DW | Review contract documents plus letter to Rossenau. | 2.00 | 250.00 |
| 10/3/04 | DW | Calls with McIntyre regarding continuations. | 0.30 | 37.50 |
| | DW | Read McIntyre letter. | 0.10 | 12.50 |
| 10/4/04 | DW | Call Clark and Gill, edit letter to Clark, fax to Rosemary for review, edit letter to Rosemary regarding Anderson case. | 1.20 | 150.00 |
| 10/8/04 | DW | Calls with Rosemary, Richard Gill. Editing settlement documents, memo to Rachel. | 1.50 | 187.50 |
| 10/15/04 | DW | Three calls to Rosemary Stewart. | 0.40 | 50.00 |
| | DW | Edit letter to Clark and Gill, fax to Portland with memo. | 0.40 | 50.00 |
| 10/17/04 | DW | Review letter to Lark. | 0.10 | 12.50 |
| 10/18/04 | DW | Call Rosemary. | 0.10 | 12.50 |
| | DW | Call Gill, call Stewart, fax to Stewart and Fleischer. | 0.80 | 100.00 |
| | DW | Call Jerry Young regarding mechanics of contribution return. | 0.20 | 25.00 |
| | DW | Work on reservations. | 0.30 | 37.50 |
| 10/22/04 | DW | Call with Rosemary. | 0.20 | 25.00 |
| 10/29/04 | DW | Call with Gill. | 0.40 | 50.00 |

|  |  | Hours | Amount |
|---|---|---|---|
| SUBTOTAL: | [ | 20.70 | 2,587.50] |
| Subtotal Excluding Non-Tax Hours | | 17.90 | 2,237.50 |
| For professional services rendered | | 46.20 | $5,775.00 |
| Excluding Non-Tax Hours | | 42.50 | $5,312.50 |

Additional Charges :

|  |  | Amount |
|---|---|---|
| **DSW** | | |
| 9/1/04 | Conference call with McIntyre, Green, Sherry, Baker and Willner.- Conference Plus Inc. | 118.48 |
| 9/18/04 | U.P.S. to Washington DC | 63.48 |
| 9/30/04 | Transerv from Kathie Nelson to Don Willner & Associates. | 13.42 |
|  | Photocopy expenses for September. | 25.80 |
| 10/19/04 | Flight to Washington DC | 447.20 |
| 10/31/04 | Photocopy expenses for October. | 1.60 |
|  | SUBTOTAL: | [    691.33] |
|  | Total costs | $691.33 |
|  | Total amount of this bill | $6,466.33 |
|  | Total Excluding Non-Tax Hours | $6,003.83 |

Don S. Willner & Associates, PC
1415 The A Building
621 S.W. Morrison Street
Portland, OR  97205


Invoice submitted to:
Benj. Franklin Plaintiffs




September 08, 2004

In Reference To:  Benj. Franklin Savings & Loan 90-W-6054

            Tax Case

Invoice #10208
        Additional Charges :

|  |  | Amount |
|---|---|---|
| **DSW** | | |
| 8/17/04 Taxi | | NO CHARGE |
| 8/18/04 Meals Washington DC, *often with co-counsel* | | 237.82 |
| | | |
| Red Roof Inns, Washington DC | | 242.72 |
| Taxi. | | 52.00 |
| SUBTOTAL: | | [        532.54] |
| Total costs | | $532.54 |
| Previous balance | | $40,193.01 |
| Balance due | | $40,725.55 |

Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

September 03, 2004

In Reference To:  Benj. Franklin Savings & Loan 90-W-6054

Tax Case

Invoice #10207

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **DSW** | | | | |
| 3/3/04 | DSW | Call from Baker. | 0.20 | 25.00 |
| 3/10/04 | DSW | Review Dept. of Justice memo. | 0.20 | 25.00 |
|  | DSW | Edit letter to tax group. | 0.30 | 37.50 |
| 3/15/04 | DSW | Long message for Fleicher. | 0.10 | 12.50 |
| 3/16/04 | DSW | Call Fleischer. | 0.20 | 25.00 |
| 3/17/04 | DSW | Call from McIntyre. | 0.10 | 12.50 |
|  | DSW | Compiling bill. | 0.60 | 75.00 |
| 3/18/04 | DSW | Message for Rosemary, call with her assistant. | 0.10 | 12.50 |
|  | DSW | Letter to clients regarding finances. | 0.30 | 37.50 |
| 3/26/04 | DSW | Review Moettel message, message for Moettel. | 0.10 | 12.50 |
| 3/31/04 | DSW | Meeting with Dale Weight and Karen Miller. | 1.00 | 125.00 |
|  | DSW | Calls with Fleitcher. | 0.30 | 37.50 |
| 4/1/04 | DSW | Review tax file. | 0.70 | 87.50 |
| 4/5/04 | DSW | Editing Darmstadter draft letter and cover letter. | 0.80 | 100.00 |
|  | DSW | Reviewing emails. | 0.10 | 12.50 |
|  | DSW | Call with Laurie Miller. | 0.30 | 37.50 |
| 4/7/04 | DSW | Review emails | 0.20 | 25.00 |
| 4/8/04 | DSW | Pack documents to take to Trout Lake. | 0.10 | 12.50 |
|  | DSW | Call Rosemary. | 0.10 | 12.50 |
|  | DSW | Review emails. | 0.10 | 12.50 |
| 4/13/04 | DSW | Review revisions; call Ernie Fleisher. | 0.40 | 50.00 |
| 4/14/04 | DSW | Edit letter. Call with Mitch's secretary and Mitch. Message for Rosemary. | 0.60 | 75.00 |
|  | DSW | Leave message for Mitch Moettel. | 0.10 | 12.50 |
| 4/20/04 | DSW | Call with Zia and Gill. | 0.30 | 37.50 |
|  | DSW | Memo to tax group. | 0.10 | 12.50 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 4/21/04 | DSW | Call with Zia, Gill, and then with Mitch. | 1.10 | 137.50 |
| | DSW | Review responses regarding meeting time. | 0.10 | 12.50 |
| 4/22/04 | DSW | Letters regarding tax issues. | 0.50 | 62.50 |
| | DSW | Memo to Rachel regarding meeting. | 0.30 | 37.50 |
| 4/27/04 | DSW | Calls with Ernie, Rosemary, Richard Gill, Mitch's assistant. Memo to tax group. | 1.00 | 125.00 |
| 4/28/04 | DSW | Conference call. | 1.50 | 187.50 |
| | DSW | Call Stewart, Gill. | 0.40 | 50.00 |
| 4/29/04 | DSW | Calls with Darnstadter and Gill. | 1.00 | 125.00 |
| | DSW | Two calls with Baker. | 0.30 | 37.50 |
| 5/4/04 | DSW | Letter to tax group | 0.20 | 25.00 |
| | DSW | Review emails. Call Rosemary Stewart. | 0.30 | 37.50 |
| 5/5/04 | DSW | Call Gill. Preparation of letter to tax group. | 0.80 | 100.00 |
| | DSW | Edit letter to Gill. | 0.10 | 12.50 |
| 5/6/04 | DSW | Email to tax group. | 0.20 | 25.00 |
| | DSW | Call Gill. | 0.20 | 25.00 |
| | DSW | Letter to Gill, locating documents. | 4.00 | 500.00 |
| | DSW | Conference call with Gill and Darmstadter. | 0.50 | 62.50 |
| 5/11/04 | DSW | Review emails, calls with Mitch and Rosemary. Attempts to reach Ernie, call with Ernie. | 1.10 | 137.50 |
| | DSW | Call Ernie and Mitch, review documents. | 0.30 | 37.50 |
| 5/12/04 | DSW | Review memo, call Moettel. | 0.20 | 25.00 |
| | DSW | Conference with Rachel. | 0.10 | 12.50 |
| 5/13/04 | DSW | Call with Darnstadter. | 0.70 | 87.50 |
| | DSW | Call with Gill. | 0.50 | 62.50 |
| | DSW | Prep of memo to tax group. | 0.30 | 37.50 |
| | DSW | Review tax book, list missing items. | 0.30 | 37.50 |
| | DSW | Review email letter. | 0.10 | 12.50 |
| | DSW | Prep for trip. | 0.30 | 37.50 |
| 5/20/04 | DSW | Letter to tax group. | 0.30 | 37.50 |
| | DSW | Call Mitch Moettel. | 0.30 | 37.50 |
| | DSW | Edit letter to tax group. | 0.20 | 25.00 |
| 5/27/04 | DSW | Memo to Darnstadter regarding meeting date. | 0.20 | 25.00 |
| 6/1/04 | DSW | Call with Hank Darmstadter. | 0.40 | 50.00 |
| 6/2/04 | DSW | Memo to tax group. | 0.30 | 37.50 |
| 6/3/04 | DSW | Call Rosemary Stewart regarding Suess v. FDIC research. | 0.10 | 12.50 |
| | DSW | Regarding tax case call Rosemary Stewart and letter to Darmstadter. | 0.40 | 50.00 |
| 6/4/04 | DSW | Final edit of letter to Darmstadter. | 0.10 | 12.50 |
| | DSW | Long call with Don McIntyre regarding Benj. Franklin documents. | 0.40 | 50.00 |
| 6/29/04 | DSW | Review mail. | 0.10 | 12.50 |
| | DSW | Conference with Rachel. | 0.20 | 25.00 |
| | DSW | Call Stewart. | 0.20 | 25.00 |
| | DSW | Call Baker. | 0.30 | 37.50 |
| | DSW | Call Fleischer. | 0.20 | 25.00 |
| | DSW | Call McIntyre. | 0.20 | 25.00 |
| | DSW | Attempt to reach Bill Love. | 0.20 | 25.00 |
| 6/30/04 | DSW | Call with Baker. | 0.10 | 12.50 |
| | DSW | Call with Baker. | 0.10 | 12.50 |
| | DSW | Call Darnstadter. | 0.50 | 62.50 |
| | DSW | Attempt to reach Mitch. | 0.10 | 12.50 |

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 6/30/04 | DSW | Attempt to reach Darmstadter. | 0.10 | 12.50 |
| | DSW | Call Stewart. | 0.10 | 12.50 |
| | DSW | Attempt to reach Mitch. | 0.10 | 12.50 |
| 7/1/04 | DSW | Memo to tax group, attempt to reach Gill. Call with Zia. | 0.90 | 112.50 |
| 7/6/04 | DSW | Conference McIntyre. | 0.80 | 100.00 |
| 7/7/04 | DSW | Conference with Kathy regarding the records. | 0.10 | 12.50 |
| | DSW | Email to Benj. Franklin clients. | 0.20 | 25.00 |
| | DSW | Call to Richard Green. | 0.30 | 37.50 |
| | DSW | Call with Mitch Moettel. | 0.40 | 50.00 |
| 7/8/04 | DSW | Letter to Stewart. | 0.10 | 12.50 |
| 7/13/04 | DSW | Regarding tax documents. | 0.20 | 25.00 |
| 7/27/04 | | | | |
| | DSW | Read points and authorities regarding motion to intervene. | 0.50 | 62.50 |
| | DSW | Conference with Elizabeth regarding tax material. | 0.30 | 37.50 |
| 7/28/04 | DSW | Call with Mitch Moettel, left long message for Darmstadter, letter to Hank and Richard. | 0.40 | 50.00 |
| 7/29/04 | DSW | Client meeting. | 2.20 | 275.00 |
| | DSW | Prepare for meeting. | 0.50 | 62.50 |
| | DSW | Call Hank, attempts to reach Fleischer, call with Moettel's assistant. | 0.80 | 100.00 |
| 8/1/04 | DSW | Review of exhibit list. | 0.10 | 12.50 |
| 8/2/04 | DSW | Call with Richard Gill. | 0.20 | 25.00 |
| | DSW | Attempt to reach Moettel. | 0.10 | 12.50 |
| | DSW | Call with Moettel. | 0.10 | 12.50 |
| 8/3/04 | DSW | Two calls with Moettel's assistant. | 0.30 | 37.50 |
| | DSW | Attempt to reach Richard Gill. | 0.10 | 12.50 |
| 8/4/04 | DSW | Call Richard Gill, attempt to reach Moettel. Call Stewart | 0.50 | 62.50 |
| | DSW | Long call with Mitch Moettel. | 0.30 | 37.50 |
| | DSW | Review RTC contract. | 0.40 | 50.00 |
| 8/5/04 | DSW | Call Richard Gill. | 0.60 | 75.00 |
| | DSW | Letter to tax group, editing letter. | 0.50 | 62.50 |
| | DSW | Call with Mrs. Fleischer and Diane Grey, Fleischer's assistant. | 0.20 | 25.00 |
| 8/6/04 | DSW | Fax to Ernie. Call to Ernie. | 0.20 | 25.00 |
| | DSW | Call Jerry Young regarding Suess request. | 0.20 | 25.00 |
| | DSW | Calls with Moettel and Gibbs regarding taxes. | 0.30 | 37.50 |
| | DSW | Call with Gibbs, fax to Mitch. | 0.20 | 25.00 |
| 8/7/04 | DSW | Attempt to reach Gary Hindes. | 0.10 | 12.50 |
| 8/16/04 | DSW | Collecting material. Call McIntyre, conference with McIntyre. | 0.30 | 37.50 |
| | DSW | Letter to Suess regarding audit review. Jerry Young letter. | 0.30 | 37.50 |
| | DSW | Preparation for trip. | 0.50 | 62.50 |
| 8/24/04 | DSW | Regarding conference call. | 0.30 | 37.50 |
| 8/25/04 | DSW | Review merger approval, letter to Ernie. | 0.20 | 25.00 |
| | DSW | Conference call with clients. | 0.70 | 87.50 |
| 8/26/04 | DSW | Call McIntyre. | 0.20 | 25.00 |
| | DSW | Looking for documents. | 0.20 | 25.00 |
| 8/31/04 | DSW | Review accounting documents, conference with Elizabeth. | 0.30 | 37.50 |
| | DSW | Call Rosemary Stewart. | 0.30 | 37.50 |

| | | | | |
|---|---|---|---|---|
| SUBTOTAL: | | | [   46.00 | 5,750.00] |
| | | Subtotal Excluding Non-Tax Hours | 44.40 | 5,550.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| | DW | | | |
| 3/5/04 | DW | Review Dept. of Justice material, prepare for conference call. | 0.30 | 37.50 |
| | DW | Conference call with tax group, call Baker. | 0.20 | 25.00 |
| 3/8/04 | DW | Call with Stewart, leave message for Darnstadter. | 1.00 | 125.00 |
| 3/12/04 | DW | Call with Bernice. | 0.10 | 12.50 |
| | DW | Call from Darnstadter, memo to tax group, edit memo. | 0.90 | 112.50 |
| | DW | Call with Mitch Moettel. | 0.30 | 37.50 |
| 3/19/04 | DW | Organize tax file. | 0.70 | 87.50 |
| | DW | Review FDIC memo, attempts to reach Fleischer and Stewart. | 0.70 | 87.50 |
| 3/20/04 | DW | Call Fleischer. | 0.30 | 37.50 |
| 3/22/04 | DW | Review of tax file. | 1.00 | 125.00 |
| | DW | Organizing tax file. | 1.50 | 187.50 |
| 3/23/04 | DW | Call Rosemary Stewart. | 0.20 | 25.00 |
| | DW | Review McIntyre order, fax to clients. | 0.10 | 12.50 |
| | DW | Review tax documents. | 0.80 | 100.00 |
| 3/25/04 | DW | Attempt to reach Moettel. | 0.10 | 12.50 |
| 4/2/04 | DW | Call Stewart, Moettel, Fliescher; prepare draft of letter to Darmstadter. | 1.50 | 187.50 |
| 4/9/04 | DW | Prepare for conference. | 0.20 | 25.00 |
| 4/16/04 | DW | Call Peter Baker. | 0.30 | 37.50 |
| 4/23/04 | DW | Call with Fleischer. | 0.10 | 12.50 |
| | DW | Edit letters, fax to office, calls with Rachel. | 1.20 | 150.00 |
| | DW | Call with Peter. | 0.40 | 50.00 |
| 4/26/04 | DW | Call Fleisher. | 0.10 | 12.50 |
| | DW | Calls to Rosemary, Ernie, McIntyre, Richard Green, edit letters, fax to office. | 1.20 | 150.00 |
| | DW | Long letter to Jack Swain, call to Jerry Young's office. | 0.30 | 37.50 |
| 5/1/04 | DW | Letter to Susan Rowe-Adler. | 0.10 | 12.50 |
| | DW | Edit letter to Gill and Hank. | 0.30 | 37.50 |
| 5/3/04 | DW | Call from Gill, edit letter to Hank and Gill, call Rachel. | 0.60 | 75.00 |
| 5/7/04 | DW | Arranging plane and hotel, call with Nancy Holland. | 0.50 | 62.50 |
| 5/11/04 | DW | Regarding agenda. | 2.00 | 250.00 |
| | DW | Review incoming emails. | 0.10 | 12.50 |
| 5/14/04 | DW | Review spreadsheet, call Mitch. | 0.40 | 50.00 |
| | DW | Review DOJ letter and Fleischer fax. Call with Fleischer. Fax to office. | 0.40 | 50.00 |
| 5/15/04 | DW | Memo to Rachel regarding spreadsheet. | 0.50 | 62.50 |
| | DW | Organizing documents. | 0.20 | 25.00 |
| 5/17/04 | DW | Benj. Franklin to airport for trip to DC, conference with tax group. | 5.50 | 687.50 |
| | DW | Reviewing file on trip. | 5.00 | 625.00 |
| 5/18/04 | DW | Conference with Dept. of Justice and FDIC. | 6.50 | 812.50 |
| | DW | Dinner conference with Rosemary. | 1.00 | 125.00 |
| 5/19/04 | DW | Meeting with Gill, to airport for trip to Portland. Long call to Hank from Chicago. | 9.50 | 1,187.50 |
| 5/21/04 | DW | Calls with Leslie and Elizabeth regarding Benj. Franklin records. | 0.50 | 62.50 |
| | DW | Call Fleischer. | 0.30 | 37.50 |
| 5/23/04 | DW | Call with Fleischer, attempt to reach Maida. | 0.20 | 25.00 |
| 5/24/04 | DW | Benj. Franklin call from McIntyre to Bill Love. | 0.30 | 37.50 |
| 6/15/04 | DW | Call with Rachel and memo regarding Washington DC trip. | 0.70 | 87.50 |
| 7/2/04 | DW | Regarding financial records. | 0.10 | 12.50 |
| | DW | Attempt to reach Richard Gill. | 0.10 | 12.50 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 7/2/04 | DW | Call with Richard Gill. | 0.70 | 87.50 |
| 7/6/04 | DW | Calls to Lawlor and Darmstadter, attempt to reach Moettel. | 0.70 | 87.50 |
| 7/14/04 | DW | Review tax documents. | 2.00 | 250.00 |
| 7/15/04 | DW | Letter to clients regarding meeting. | 0.10 | 12.50 |
| | DW | Letter to DeNuss, Jr. | 0.10 | 12.50 |
| 7/16/04 | DW | Memo regarding file searches. | 0.20 | 25.00 |
| | DW | Review conservator's request for bids. | 0.30 | 37.50 |
| 7/17/04 | DW | Memo to tax group. | 0.60 | 75.00 |
| | DW | Memo to Rachel. | 0.30 | 37.50 |
| | DW | Review Oakland Rader case. | 0.50 | 62.50 |
| 7/21/04 | DW | Reading Czwyzinchi deposition. | 2.00 | 250.00 |
| 7/22/04 | DW | Letter to Mitch and Tom. | 0.50 | 62.50 |
| | DW | Letter to clients regarding meeting. | 0.10 | 12.50 |
| | DW | Review tax files. | 1.80 | 225.00 |
| 7/23/04 | DW | Memo to Elizabeth regarding documents to be found. | 0.60 | 75.00 |
| | DW | Review tax file. | 1.00 | 125.00 |
| 7/24/04 | DW | First draft of client meeting agenda. | 0.70 | 87.50 |
| | DW | Review tax documents. | 1.00 | 125.00 |
| | DW | Correcting memo to Elizabeth regarding Benjamin Franklin files. | 0.40 | 50.00 |
| 7/25/04 | DW | Preparation of agenda for client meeting. Fax to Portland. | 1.00 | 125.00 |
| 7/26/04 | DW | Editing client letter. | 0.10 | 12.50 |
| 8/1/04 | DW | Call with Rosemary Stewart and Jerry Stock. | 0.20 | 25.00 |
| 8/7/04 | DW | Call Rosemary Stewart. | 0.20 | 25.00 |
| 8/8/04 | DW | Call with Ernie. | 0.20 | 25.00 |
| | DW | Call with Baker. | 0.30 | 37.50 |
| 8/9/04 | DW | Call Rosemary Stewart, Moetel, Hindes, e-mail to tax group. | 1.20 | 150.00 |
| | DW | Memo to Rachel. | 0.10 | 12.50 |
| | DW | Searching for e-mail. | 0.10 | 12.50 |
| 8/10/04 | DW | Review Stewart's constitutionality argument. | 0.30 | 37.50 |
| | DW | Call Bill Love's office. | 0.10 | 12.50 |
| | DW | Memo to Rachel. | 0.20 | 25.00 |
| | DW | Call with Jerry Young. | 0.20 | 25.00 |
| | DW | Call with Mitch Moettel and Barbara Gibbs. | 0.30 | 37.50 |
| 8/11/04 | DW | Review Mitch memo, fax Rosemary Stewart and Mitch. | 0.60 | 75.00 |
| | DW | Call Fleischer. | 0.20 | 25.00 |
| 8/12/04 | DW | Review memos on timing of interest deduction and Option 10 to call with Stewart, calls with office. | 1.00 | 125.00 |
| | DW | Review of Jerry Young memo regarding audit. | 0.10 | 12.50 |
| | DW | Review of memo on constitutionality. | 0.10 | 12.50 |
| | DW | Call with Hank Darnstadter. | 0.50 | 62.50 |
| | DW | Call with Moettel's secretary, message for Mitch. | 0.20 | 25.00 |
| | DW | Call with Fleischer. | 0.10 | 12.50 |
| | DW | Message from Stewart. | 0.50 | 62.50 |
| 8/13/04 | DW | Calls with Bill Love's office. | 0.10 | 12.50 |
| | DW | Messages from Ernie, efforts to reach Greco and McKechnie and Ernie. | 0.30 | 37.50 |
| | DW | Editing letter to Darnstadter, memo to Rachel regarding draft. | 0.50 | 62.50 |
| | DW | Draft letter to Suess. | 0.40 | 50.00 |
| | DW | Letter to tax group. | 0.40 | 50.00 |
| 8/14/04 | DW | Calls with McKechnie and McIntyre. | 0.40 | 50.00 |
| | DW | Review e-mails, organize trip. | 0.50 | 62.50 |
| 8/15/04 | DW | Memo to Fleischer regarding document search. | 0.30 | 37.50 |

|          |     |                                                                                                                                                                                                                                          | Hours | Amount |
|----------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 8/15/04  | DW  | Organizing files for trip.                                                                                                                                                                                                                | 2.00  | 250.00 |
|          | DW  | Call McKechnie.                                                                                                                                                                                                                           | 0.10  | 12.50  |
|          | DW  | Memo to Elizabeth regarding document.                                                                                                                                                                                                     | 0.10  | 12.50  |
|          | DW  | Call Rosemary Stewart.                                                                                                                                                                                                                    | 0.10  | 12.50  |
| 8/16/04  | DW  | Call with Rosemary.                                                                                                                                                                                                                       | 0.30  | 37.50  |
|          | DW  | Attempts to reach Gill.                                                                                                                                                                                                                   | 0.20  | 25.00  |
| 8/17/04  | DW  | To airport, work on plane on preparation for meetings, airport to Stewart's office. Dinner conference with Stewart. To hotel.                                                                                                              | 9.30  | 1,162.50 |
| 8/18/04  | DW  | Preparation for meeting, to Stewart's office. Meeting with tax group. Meeting with Dept. of Justice and FDIC. Meeting with tax group. Dinner conference with Stewart and Fleischer. Phone conference wiht clients. Phone conference with Fleischer and Jim Walker. | 12.50 | 1,562.50 |
| 8/19/04  | DW  | Preparation for FDIC meeting. To Stewart's office, tax group conference. Working lunch with Ernie and Rosemary. Attempts to reach Gary Hindes. Conference with Rosemary. To airport, flight to Portland, working on case during trip.       | 13.50 | 1,687.50 |
| 8/20/04  | DW  | Message for Stewart. Message from Buchanan. Call with Stewart.                                                                                                                                                                            | 0.50  | 62.50  |
|          | DW  | Call with Rosemary and Tom.                                                                                                                                                                                                               | 0.80  | 100.00 |
| 8/22/04  | DW  | Call from Ernie and review documents.                                                                                                                                                                                                     | 0.20  | 25.00  |
| 8/23/04  | DW  | Phone Elizabeth regarding document search.                                                                                                                                                                                                | 0.10  | 12.50  |
|          | DW  | Calls with Darnstadter, Stewart. Attempt to put together conference call.                                                                                                                                                                 | 0.50  | 62.50  |
|          | DW  | Calls with McIntyre.                                                                                                                                                                                                                      | 0.20  | 25.00  |
|          | DW  | Conference call with tax group and Hank.                                                                                                                                                                                                  | 0.80  | 100.00 |
|          | DW  | Call with Buchanan and Rosemary.                                                                                                                                                                                                          | 0.30  | 37.50  |
|          | DW  | Call with Rosemary.                                                                                                                                                                                                                       | 0.20  | 25.00  |
| 8/27/04  | DW  | Second e-mail to tax group.                                                                                                                                                                                                               | 0.10  | 12.50  |
|          | DW  | Call with Ernie Fleisher.                                                                                                                                                                                                                 | 0.10  | 12.50  |
|          | DW  | E-mail to tax group.                                                                                                                                                                                                                      | 0.10  | 12.50  |
|          | DW  | Call with Rosemary.                                                                                                                                                                                                                       | 0.20  | 25.00  |
|          | DW  | Call from Darnstadter.                                                                                                                                                                                                                    | 0.50  | 62.50  |
|          | DW  | Memo to Rosemary. Call Nancy Holland.                                                                                                                                                                                                     | 0.20  | 25.00  |
| 8/30/04  | DW  | Memo to Darnstadter and Gill.                                                                                                                                                                                                             | 0.50  | 62.50  |
|          | DW  | Regarding telephone conference, checking e-mail.                                                                                                                                                                                          | 0.30  | 37.50  |
|          | DW  | Preparation of draft memo.                                                                                                                                                                                                                | 1.50  | 187.50 |
|          | DW  | Call from Hank.                                                                                                                                                                                                                           | 0.50  | 62.50  |
|          | DW  | Call Rachel regarding schedule.                                                                                                                                                                                                           | 0.10  | 12.50  |
|          | DW  | Edit memo, call Rachel regarding conference call, memo to Rosemary, fax to Rosemary.                                                                                                                                                       | 0.80  | 100.00 |
| 8/31/04  | DW  | Conference call with tax group.                                                                                                                                                                                                           | 0.50  | 62.50  |
|          | DW  | Regarding brief. Response to Cavender.                                                                                                                                                                                                    |       | NO CHARGE |

|                                        |            |           |
|----------------------------------------|------------|-----------|
| SUBTOTAL:                              | [ 119.80   | 14,975.00] |
| Subtotal Excluding Non-Tax Hours       | 119.70     | 14,962.50 |
| For professional services rendered     | 165.80     | $20,725.00 |
| Excluding Non-Tax Hours                | 164.10     | $20,512.50 |

Additional Charges :

| | Amount |
|---|---|
| **DSW** | |
| 11/21/02 Meals - Park Place Gourmet III - Washington, DC. | 7.34 |
| 3/31/04 Photocopy expenses for March 2004. | 34.00 |
| 4/14/04 Delivery charges from UPS invoice dated on 4/14. | 51.14 |
| 4/30/04 Photocopy expenses for April 2004. | 45.60 |
| 5/6/04 United Parcel Service | 20.67 |
| 5/21/04 Photocopy expenses, ALC copies. | 34.56 |
| United Parcel Service. | 90.90 |
| 5/30/04 Washington DC trip. Airfare and Meals from VISA. | 1,253.01 |
| 5/31/04 Photocopy expenses for May. | 33.00 |
| 6/14/04 Photocopy expenses from ALC. | 231.25 |
| 6/26/04 U.P.S. Ernest Fleischer. | 58.57 |
| 6/30/04 Photocopy expenses. | 20.60 |
| 7/2/04 Second Washington DC trip. | 948.20 |
| 7/9/04 Photocopy expenses by ALC copies. | 204.32 |
| 7/15/04 U.P.S. Delivery. | 20.96 |
| 8/1/04 U.P.S. charges to Washington DC | 41.92 |
| 8/16/04 Photocopy expenses from American Legal Corp. | 31.75 |
| 8/17/04 U.P.S. to Washington DC | 35.85 |
| 8/20/04 Photocopy expenses-American Legal Copy. | 63.50 |
| 8/31/04 Long Distance Telephone Charges. | 25.00 |
| Faxes. | 8.00 |
| Photocopy expenses. | 15.20 |
| SUBTOTAL: | [    3,275.34] |
| **DW** | |
| 5/17/04 Taxis. | 77.50 |
| 5/18/04 Taxis. | 7.50 |
| 5/19/04 Taxis. | 25.00 |
| 8/3/04 U.P.S. Delivery | 12.52 |
| 8/17/04 Taxis. | 4.20 |
| 8/18/04 Taxis. | 6.00 |
| Taxis. | 7.00 |
| 8/19/04 Taxis. | 6.50 |
| SUBTOTAL: | [    146.22] |
| Total costs | $3,421.56 |
| Total amount of this bill | $24,146.56 |
| Excluding Non-Tax Hours | $23,934.06 |

voice submitted to:
enj. Franklin Plaintiffs

ᶆ⫯⫯ 10, 200⫯

eptember 01, 2004

Reference To: Benj. Franklin Savings & Loan 90-W-6054

Tax Case

voice #10206  (10181)

Professional Services

| | | Hours | Amount |
|---|---|---|---|
| **DSW** | | | |
| 3/4/03 DSW | Review incoming emails. | 0.10 | 12.50 |
| 3/6/03 DSW | Conference call regarding Igo references. | 0.70 | 87.50 |
| 3/10/03 DSW | Review Mitch Moettel memo, first draft of letter to DOJ and FDIC, attempts to reach Moettel. | 2.20 | 275.00 |
| 3/11/03 DSW | Call with Mitch Moettel and Ernie Fleischer. | 0.30 | 37.50 |
| DSW | Review tax documents. | 0.30 | 37.50 |
| 3/12/03 DSW | Preparation for tax conference call. | 0.30 | 37.50 |
| DSW | Tax conference call. | 0.60 | 75.00 |
| DSW | Redraft letters to FDIC and DOJ. | 0.40 | 50.00 |
| 3/13/03 DSW | Calls to Fleischer and Stewart; editing letter to FDIC and DOJ. | 0.70 | 87.50 |
| 3/18/03 DSW | Review materials. | 0.10 | 12.50 |
| DSW | Review Topping letter. | 0.10 | 12.50 |
| 3/19/03 DSW | Attempts to reach Topping. | 0.10 | 12.50 |
| 3/25/03 DSW | Tax group call and call Topping. | 1.40 | 175.00 |
| DSW | Letters to DOJ, FDIC and tax group. | 0.30 | 37.50 |
| 3/26/03 DSW | Editing letters. | 0.20 | 25.00 |
| DSW | Edit letter to clients. | 0.10 | 12.50 |
| DSW | Letter to Lawler. | 0.10 | 12.50 |
| DSW | Arranging DC hotel. | 0.10 | 12.50 |
| 4/16/03 DSW | Call with Leslie Freeman and Carl. | 0.20 | 25.00 |
| 4/17/03 DSW | Call Mitch Moettel, message; phone call with Leslie Freeman; conference with Barbara Gibbs. | 0.70 | 87.50 |
| 4/22/03 DSW | Review incoming e-mails. | 0.10 | 12.50 |
| DSW | Final edit of letters and DOB and tax group calls; calls with Zia. | 0.40 | 50.00 |
| 4/23/03 DSW | Call with George Akers of HFLB-S regarding documents. | 0.20 | 25.00 |
| 4/24/03 DSW | Conference call regarding tax issue. | 0.80 | 100.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 4/24/03 | DSW | Prepare for conference call; review emails. | 0.40 | 50.00 |
| 4/29/03 | DSW | Call to Moettel's secretary regarding spreadsheet. | 0.10 | 12.50 |
| 4/30/03 | DSW | Call Fleischer. | 0.20 | 25.00 |
| | DSW | Review spreadsheets. | 0.40 | 50.00 |
| 5/1/03 | DSW | Regarding taxes; review Fleischer material; call Buchanan; attempt to reach Fleischer. | 0.30 | 37.50 |
| 5/7/03 | DSW | Regarding taxes; call with Buchanan. | 0.30 | 37.50 |
| 5/8/03 | DSW | Regarding search for tax document; call Leslie. | 0.10 | 12.50 |
| 5/20/03 | DSW | E-mail to tax group. | 0.10 | 12.50 |
| 5/21/03 | DSW | Memo to Shareholders. | 0.30 | 37.50 |
| 5/23/03 | DSW | Left message for Buchanan; call with Buchanan. | 0.20 | 25.00 |
| 5/28/03 | DSW | Attempt to reach Lori. | 0.20 | 25.00 |
| 5/29/03 | DSW | Conference with Leslie. | 0.10 | 12.50 |
| 6/3/03 | DSW | Call from Weight. | 0.10 | 12.50 |
| 6/4/03 | DSW | Call Barbara Gibbs regarding prepayment schedules. | 0.10 | 12.50 |
| 6/11/03 | DSW | Letter to tax group. | 0.50 | 62.50 |
| 6/17/03 | DSW | Call with Fleischer. | 0.10 | 12.50 |
| 6/19/03 | DSW | Regarding brief and supporting materials. | 1.00 | 125.00 |
| 7/14/03 | DSW | Call from Topping. | 0.20 | 25.00 |
| 7/15/03 | DSW | Letter to Dunn. | 0.20 | 25.00 |
| 7/29/03 | DSW | Email to tax group. | 0.10 | 12.50 |
| 7/31/03 | DSW | Regarding tax group conference call. | 0.20 | 25.00 |
| 8/5/03 | DSW | Draft letter to Dept. of Justice and FDIC. | 0.50 | 62.50 |
| 8/12/03 | DSW | Editing letter to Dept. of Justice and FDIC. | 0.20 | 25.00 |
| 8/14/03 | DSW | Attempt to reach Catherine Topping. | 0.20 | 25.00 |
| | DSW | Long call with Harry Darnstadter. | 0.40 | 50.00 |
| 8/19/03 | DSW | Call with Catherine Topping, review Topping document. | 0.10 | 12.50 |
| 8/20/03 | DSW | Letter to tax group. | 0.10 | 12.50 |
| | DSW | Review Topping letter. | 0.20 | 25.00 |
| 9/4/03 | DSW | Call with Maida. | 0.10 | 12.50 |
| | DSW | Conference with Maida Kelly regarding research. | 0.40 | 50.00 |
| 9/9/03 | DSW | Review Home Savings opinion. | 0.30 | 37.50 |
| | DSW | Call with Stewart and Fliescher regarding Home Savings opinion. | 0.50 | 62.50 |
| | DSW | E-mail to tax group, call from Maida. | 0.30 | 37.50 |
| | DSW | Review court opinion. | 0.30 | 37.50 |
| 9/10/03 | DSW | Two calls with Stewart, one call with Fleischer. | 0.40 | 50.00 |
| | DSW | Review incoming e-mails, call with shareholder (Roth), conference with Maida regarding research. | 0.40 | 50.00 |
| 9/17/03 | DSW | Preparation for tax group phone call. | 0.90 | 112.50 |
| 9/24/03 | DSW | Call with Topping. | 0.10 | 12.50 |
| | DSW | Letter to Benjamin Franklin and FDIC, letter to clients. | 0.30 | 37.50 |
| | DSW | Letter to Maida. | 0.10 | 12.50 |
| 9/25/03 | DSW | Regarding court filings. | 0.10 | 12.50 |
| 10/2/03 | DSW | Call with Darmstadter. | 0.40 | 50.00 |
| | DSW | Call with Stewart, attempt to reach Darmstadter. | 0.20 | 25.00 |
| 10/7/03 | DSW | Review Moetel letter, letter to tax group. | 0.40 | 50.00 |
| | DSW | Edit letter to tax group. | 0.20 | 25.00 |
| | DSW | Conference with Maida regarding taxes. | 0.10 | 12.50 |
| 10/9/03 | DSW | Two calls from Maida. | 0.20 | 25.00 |
| 10/22/03 | DSW | Conference with Maida regarding files search. | 0.10 | 12.50 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/30/03 | DSW | Long call with Hank Darmstadter. | 0.50 | 62.50 |
| | DSW | Attempt to reach Catherine Topping. | 0.10 | 12.50 |
| | DSW | Call from Hugo Zia. | 0.10 | 12.50 |
| 11/5/03 | DSW | Letter to tax group. | 0.20 | 25.00 |
| | DSW | Call from Rosemary Stewart. | 0.30 | 37.50 |
| 12/2/03 | DSW | Preparation and phone call with Stouck and Stewart. | 0.70 | 87.50 |
| | DSW | Call with Jerry Stouck, conference with Bernice regarding material to fax.. | 0.40 | 50.00 |
| | DSW | Phone call with McIntyre, faxes to Stouck. | 0.30 | 37.50 |
| 12/18/03 | DSW | Call with Darmstadter. | 0.50 | 62.50 |
| 12/19/03 | DSW | Notes for Tomlinson meeting, to his office for conference. | 0.50 | 62.50 |
| | DSW | Review letter and schedules. | 0.30 | 37.50 |
| 12/21/03 | DSW | Memo to Bernice regarding urgent matters. | 0.30 | 37.50 |
| | DSW | Travel from Seattle. | 1.00 | 125.00 |
| 12/22/03 | DSW | Call with Topping. Sent e-mails. | 0.40 | 50.00 |
| 12/23/03 | DSW | Attempt to reach Stewart. | 0.10 | 12.50 |
| | DSW | Regarding documents and conference call. | 0.30 | 37.50 |
| | DSW | Reviewing documents in preparation for conference call. Conference call with tax group. | 1.00 | 125.00 |
| 12/24/03 | DSW | Letter to Darmstadter and Hankle. | 0.60 | 75.00 |
| 12/29/03 | DSW | Review outgonig letters. | 0.20 | 25.00 |
| | DSW | Organizing tax files. | 1.00 | 125.00 |
| | DSW | Letter to Stewart regarding Buchanan draft letter. | 0.20 | 25.00 |
| 12/30/03 | DSW | Letters to Buchanan, Stewart, Hankle and Topping. | 0.50 | 62.50 |
| | DSW | Call with Maida regarding research. | 0.10 | 12.50 |
| 1/5/04 | DSW | Attempt to reach Hank. | 0.10 | 12.50 |
| | DSW | Review new federal circuit cases. | 0.80 | 100.00 |
| | DSW | Call from Damsstadter. | 0.30 | 37.50 |
| | DSW | Edit letter to tax group. | 0.20 | 25.00 |
| 1/6/04 | | | | |
| | DSW | Letter to Moettel regarding FHIB's prepayment. | 0.10 | 12.50 |
| | DSW | Review Moettler e-mail. | 0.10 | 12.50 |
| 1/13/04 | DSW | Long call with Darmstadter. | 0.50 | 62.50 |
| | DSW | Call with Fleischer. | 0.30 | 37.50 |
| 1/14/04 | DSW | Letter to tax group. | 0.10 | 12.50 |
| 1/29/04 | DSW | Call Stewart regarding motion. | 0.20 | 25.00 |
| | DSW | Called Topping regarding motion in FDIC case. | 0.20 | 25.00 |
| | DSW | Editing memo. | 0.20 | 25.00 |
| | DSW | Letter to Dale Weight. | 0.10 | 12.50 |
| 1/30/04 | DSW | Regarding motion. | 0.10 | 12.50 |
| 2/18/04 | DSW | Call with Rosemary Stewart. | 0.10 | 12.50 |
| | DSW | Letter to clients. | 0.40 | 50.00 |
| | DSW | Edit letter to clients. | 0.50 | 62.50 |
| 2/19/04 | DSW | Call with Darnstadter. | 0.20 | 25.00 |
| 2/26/04 | DSW | Conference with McIntyre. | 0.50 | 62.50 |
| | | SUBTOTAL: | 47.40 | 5,925.00 |
| | | Subtotal Excluding Non-Tax Hours | 37.80 | 4,725.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| DW |  |  |  |  |
| 3/14/03 | DW | Searching for emails; phone conferences with Mitch Moette and Rosemary Stewart; review emails; conference call. | 1.40 | 175.00 |
| 3/15/03 | DW | Receipt and initial review of emails. | 0.20 | 25.00 |
| 3/16/03 | DW | Reviewing drafts. | 0.30 | 37.50 |
| 3/17/03 | DW | Attempts to reach Ernie and Rosemary. | 0.30 | 37.50 |
|  | DW | Leave message report for Gary Hindes. | 0.10 | 12.50 |
|  | DW | Review memos; two conference calls; call office regarding mailing finals. | 2.20 | 275.00 |
| 3/20/03 | DW | Attempt to reach Topping or Zia. | 0.10 | 12.50 |
| 3/21/03 | DW | Message for Stewart; call Stewart. | 0.20 | 25.00 |
|  | DW | Attempt to reach Topping and Zia; call with Zia; memo to Carl; calls with Stewart; call with Darmstadtler; message for Stewart. | 1.00 | 125.00 |
| 3/24/03 | DW | Call Topping. | 0.30 | 37.50 |
| 3/28/03 | DW | Arrange for Washington, DC, hotel room. | 0.20 | 25.00 |
|  | DW | Attempt to reach Fleischer. | 0.30 | 37.50 |
| 3/29/03 | DW | Call Ernie Fleischer. | 0.10 | 12.50 |
|  | DW | Review tax ruling; calls with Fleischer. | 0.30 | 37.50 |
|  | DW | Read Mitch Moettel memo; call Fleischer. | 0.50 | 62.50 |
| 3/30/03 | DW | Review Moettel email, leave phone message for Rosemary Stewart. | 0.10 | 12.50 |
| 3/31/03 | DW | Call Rosemary Stewart. | 0.10 | 12.50 |
| 4/8/03 | DW | To hotel from DC airport. | 0.50 | 62.50 |
|  | DW | Review filed documents and prepare agenda for tax group meeting. | 2.50 | 312.50 |
| 4/9/03 | DW | Conference with Ernie and Rosemary. | 1.00 | 125.00 |
|  | DW | Conference with tax group and Rosemary Stewart. | 2.00 | 250.00 |
|  | DW | Conference with Rosemary. | 0.40 | 50.00 |
|  | DW | Phone Richard Green regarding pending matters. | 0.40 | 50.00 |
| 4/10/03 | DW | Conference with FDIC | 4.00 | 500.00 |
|  | DW | Conference with Ernie and Rosemary. | 1.00 | 125.00 |
|  | DW | To Airport. | 1.00 | 125.00 |
| 4/11/03 | DW | Call Barbara regarding taxes; call McIntyre. | 0.30 | 37.50 |
|  | DW | Travel to Portland; work on motion, letter to Zia, letter to clients. | 8.00 | 1,000.00 |
| 4/12/03 | DW | Final edit of motion revisions; fax to Portland; message for Zia and Stewart. | 0.40 | 50.00 |
| 4/14/03 | DW | Calls with Carl regarding preparation of documents; messages for Zia and Stewart. | 0.40 | 50.00 |
| 4/15/03 | DW | Regarding motion editing. | 0.10 | 12.50 |
| 4/18/03 | DW | Long message for FHLB of Seattle. | 0.20 | 25.00 |
|  | DW | Review e-mails; attempt to reach Zia; call with Nancy (Stewart's secretary); call with Tapping; edit letter to Zia; memo to Stewart. | 1.00 | 125.00 |
| 4/21/03 | DW | Letter to tax group. | 0.30 | 37.50 |
|  | DW | Message for George Akers at FHLB-S. | 0.10 | 12.50 |
|  | DW | Call with Zia; letter to Zia. | 0.20 | 25.00 |
|  | DW | Call with Ernie. | 0.20 | 25.00 |
|  | DW | Attempt to download from computer; call to Buchanan's secretary; call to Fleischer's secretary; call with Zia; review Buchanan's memo. | 0.70 | 37.50 |
| 4/25/03 | DW | Prepare information for website; memo to carl. | 0.90 | 112.50 |
|  | DW | Message for Zia. | 0.10 | 12.50 |
|  | DW | Call with Buchanan's secretary. | 0.20 | 25.00 |
| 4/28/03 | DW | Message for Mitch Moetel; attempt to reach Rosemary. | 0.20 | 25.00 |
|  | DW | Call from DOJ. | 0.70 | 37.50 |