| | | | Hours | Amount |
|---|---|---|---|---|
| 4/28/03 | DW | Arrange telephone call; confernece call with Tom, Hugo, Catherine; call to Tom. | 1.00 | 125.00 |
| 5/2/03 | DW | Review e-mails. | 0.50 | 62.50 |
| | DW | Calls regarding taxes with Tom Buchanan regarding Leslie Freeman; call to Leslie; received documents. | 0.30 | 37.50 |
| | DW | Three calls to Ernie; two calls to Rose; call to Rosemary Stewart regarding sending in spread sheets; calls to Carl; review letters. | 1.60 | 200.00 |
| 5/19/03 | DW | Call with Barbara Gibbs. | 0.20 | 25.00 |
| | DW | Left messages for Darmstadter, Zia, Catherine Topping. | 0.10 | 12.50 |
| | DW | Call with Hank Darmstadter. | 0.30 | 37.50 |
| | DW | Call with Catherine Topping. | 0.10 | 12.50 |
| 5/20/03 | DW | Letter to tax group, file organization. | 1.30 | 162.50 |
| 5/28/03 | DW | Review letter to clients. | 0.10 | 12.50 |
| 5/30/03 | DW | Call with Leslie. | 0.10 | 12.50 |
| | DW | Call with Dept. of Justice. | 0.20 | 25.00 |
| | DW | Call from Maida. | 0.10 | 12.50 |
| 6/2/03 | DW | review material from leslie; calls to Barbara Gibbs and Leslie. | 0.40 | 50.00 |
| 6/9/03 | DW | Call to Barbar Gibbs. | 0.20 | 25.00 |
| 6/12/03 | DW | Regarding taxes; review spread sheet. | 0.10 | 12.50 |
| 6/20/03 | DW | Attempts to reach Topping and Zia. | 0.10 | 12.50 |
| 6/23/03 | DW | Call with Moettel. | 0.30 | 37.50 |
| | DW | Call with Leslie regarding record search. | 0.10 | 12.50 |
| 7/11/03 | DW | Call with Jerry Young. | 0.10 | 12.50 |
| 7/21/03 | DW | Callwith Darmstadter. | 0.30 | 37.50 |
| 8/1/03 | DW | Preparation and tax group conference call. | 0.60 | 75.00 |
| 8/11/03 | DW | Regarding tax group converence call with tax group after review of revision to my letter. | 0.40 | 50.00 |
| 8/19/03 | DW | Note for Bernice. | 0.10 | 12.50 |
| 8/23/03 | DW | Letter to Auers. | 0.10 | 12.50 |
| | DW | Memo to tax group. | 0.10 | 12.50 |
| 8/25/03 | DW | Letter to Auers. | 0.10 | 12.50 |
| | DW | E-mail to tax group. | 0.20 | 25.00 |
| 9/5/03 | DW | Memo to Bernice regarding letter. | 0.10 | 12.50 |
| | DW | Memo and call to Bernice about August 25th memo; call McIntyre. | 0.40 | 50.00 |
| 9/7/03 | DW | Call with Fleischer. | 0.20 | 25.00 |
| 9/8/03 | DW | Review e-mails, call with Rosemary Stewart and Ernie Fleishcher's wife, left message; receipt of long e-mail. | 0.60 | 75.00 |
| 9/23/03 | DW | Review Moettel letter, call Stewart. | 0.20 | 25.00 |
| 10/1/03 | DW | Operator conference call. | 0.70 | 87.50 |
| | DW | Call Richard Green. | 0.10 | 12.50 |
| 10/19/03 | DW | Letter to shareholder attorney. | 0.10 | 12.50 |
| 11/7/03 | DW | Edit letters to tax group and to clients. Two calls with Bernice. | 1.00 | 125.00 |
| 11/21/03 | DW | Call with Topping, reviewand fax status report. | 0.20 | 25.00 |
| | DW | Call with Stewart, leave messagefor Darmstadter and review return message. | 0.20 | 25.00 |
| 12/6/03 | DW | Call with Buchanan. | 0.30 | 37.50 |
| 12/8/03 | DW | Review Buchanan letter, fax it to Stewart. attempt to reach Darmstadter. call with Hank. | 0.60 | 75.00 |
| 12/13/03 | DW | Letter to Maida Mechanic. | 0.10 | 12.50 |
| 12/15/03 | DW | Attempt to reach Peter Baker at both numbers. Message from Darmstadter. | 0.20 | 25.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 12/27/03 | DW | Letter to Topping and Darmstadter. | 0.10 | 12.50 |
| | DW | Draft letter to Buchanan, cover letter to Rosemary Stewart. | 0.30 | 37.50 |
| | DW | Preparation of website. | 0.60 | 75.00 |
| | DW | Review FFA memo. | 0.60 | 75.00 |
| | DW | Review U.S.V. FDIC complaint. | 0.20 | 25.00 |
| 12/30/03 | DW | Edit website. | 0.20 | 25.00 |
| 1/1/04 | DW | Regarding tax material. | 1.00 | 125.00 |
| 1/2/04 | DW | Review tax material | 1.50 | 187.50 |
| 1/3/04 | DW | Long memo to tax group. | 1.80 | 225.00 |
| 1/4/04 | DW | Letter to Moettel; prepare argument. | 0.30 | 37.50 |
| | DW | Attempt to reach Fleisher. | 0.20 | 25.00 |
| | DW | Edit fax letter to tax group. | 0.30 | 37.50 |
| 2/6/04 | DW | Regarding spread sheet. | 0.10 | 12.50 |
| 2/12/04 | DW | Regarding time records call with Kathy. | 0.20 | 25.00 |
| 2/20/04 | DW | Call with Fleischer. | 0.20 | 25.00 |
| 2/21/04 | DW | Preliminary review of spread sheets. Call Fleischer. | 0.90 | 112.50 |
| 2/22/04 | DW | Leave messages for Ernie. | 0.10 | 12.50 |
| | DW | Call with Fleischer; prepare two letters (fax to Portland). | 0.50 | 62.50. |

SUBTOTAL:                            [    57.70    7,212.50]

For professional services rendered                105.10   $13,137.50

                     **Excluding Non-Tax Hours**     95.50 * 11,937.50

Additional Charges :

$Costs

| Date | Description | | Amount |
|---|---|---|---|
| 3/23/03 | America West Airlines - Travel to Washington DC | | 319.00 |
| | Embassy Suites - Travel to DC. | | 109.02 |
| 4/30/03 | Fax charges | | 29.50 |
| | Photocopy expenses | | 13.20 |

SUBTOTAL:                            [    470.72]

DSW

| Date | Description | Amount |
|---|---|---|
| 3/27/03 | United Parcel Service delivery to Washington, DC (3/17 tax materials). | 29.44 |
| 4/2/03 | United Parcel Service (delivery to Rosemary Stewart). | 46.59 |
| 4/22/03 | Photocopy expenses March 2003. | 161.00 |
| | Postage March 2003. | 38.11 |
| | Fax charges March 2003. | 141.50 |
| 5/7/03 | United Parcel Service delivery to Department of Justice. | 19.38 |
| 6/2/03 | Photocopy expenses May 2003. | 34.40 |
| | Postage May 2003. | 14.43 |
| | Facsimile charges May 2003. | 24.00 |
| 6/25/03 | March Visa. | 109.02 |
| | April VISA. | 316.16 |
| | United Parcel Service on 6/11/03. | 19.29 |
| 7/29/03 | Photocopy expenses | 146.60 |
| 9/30/03 | Photocopy expenses | 12.80 |

| | | Amount |
|---|---|---|
| 10/4/03 | Delivery charges from UPS invoice dated 10/04/03. | 38.48 |
| 0/31/03 | Photocopy expenses | 3.60 |
| | Photocopy expenses. | 24.80 |
| 2/27/03 | United Parcel Service | 173.48 |
| 2/31/03 | Photocopy expenses for November and December. | 67.80 |
| 1/1/04 | Delivery charges from UPS invoice dated 12/27/03 | 172.48 |
| 1/31/04 | Photocopy expenses for January | 8.20 |
| 2/2/04 | Christy Rentz professional fee. | 140.00 |
| 2/23/04 | Photocopy expenses. American Legal Corp. | 104.00 |
| 2/27/04 | Photocopy expenses for February 2004. | 8.80 |
| | 2/25/04 postage | 30.75 |

SUBTOTAL:                                              [  1,886.11]

DW _____

| | | |
|---|---|---|
| 4/8/03 | Taxi from DC airport to hotel (out of pocket) | 28.00 |
| 4/9/03 | Taxi charges regarding DC meeting with tax group. | 10.25 |
| 4/10/03 | Breakfast (DC) | 5.00 |
| | Metro expense in DC. | 2.95 |
| 0/1/03 | Conference calls. | 130.92 |

SUBTOTAL:                                              [   177.12]

Total costs                                            $2,533.95

Total amount of this bill                              $15.671.45

Total Excluding Non-Tax Hours      $ 14,471.45

Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

*to:*
*appreciated*

March 27, 2003

In Reference To:  Benj. Franklin Savings & Loan 90-W-6054

Tax Case

Invoice #10009

Professional Services

|  |  | Hours | Amount |
|---|---|---:|---:|
| **DSW** |  |  |  |
| 1/2/03 DSW Call Stewart regarding conference call. | | 0.10 | 12.50 |
| DSW Preparation for phone conference regarding taxes and phone conference. | | 0.50 | 62.50 |
| 1/7/03 DSW Regarding finances, conference with Dale Weight. | | 0.70 | 87.50 |
| 1/8/03 DSW Calls with Zia and Stewart. | | 0.20 | 25.00 |
| DSW Call from shareholder. | | 0.10 | 12.50 |
| 1/12/03 DSW Letter to co-counsel in tax case. | | 1.00 | 125.00 |
| 1/14/03 DSW Phone call to Rosemary Stewart. | | 0.20 | 25.00 |
| 1/15/03 DSW Call from shareholder. | | 0.10 | 12.50 |
| 1/18/03 DSW Detailed report to clients. | | 1.80 | 225.00 |
| 1/20/03 DSW Edit letter to clients. | | 0.20 | 25.00 |
| DSW Preparation of website. | | 0.30 | 37.50 |
| 1/21/03 DSW Call with Fleischer regarding taxes. | | 0.10 | 12.50 |
| DSW Call with Catherine Topping. | | 0.30 | 37.50 |
| 1/22/03 DSW Editing letter to clients. | | 0.40 | 50.00 |
| DSW Call with Mitch Moetell. | | 0.40 | 50.00 |
| DSW Call Rosemary Stewart. | | 0.30 | 37.50 |
| 1/24/03 DSW Review proposed stipulations. | | 0.20 | 25.00 |
| DSW Phone Rosemary Stewart regarding proposed stipulations. | | 0.20 | 25.00 |
| DSW Call Catherine Topping regarding taxes. | | 0.20 | 25.00 |
| 1/29/03 DSW Editing letter and memo to tax group. | | 0.20 | 25.00 |
| DSW Review and signing Suess v. FDIC stipulation. | | 0.10 | 12.50 |
| DSW Review Moettel memo. | | 0.20 | 25.00 |
| DSW Review Fleischer's memo. | | 0.10 | 12.50 |
| DSW Prepare email to tax group. | | 0.30 | 37.50 |
| DSW Call with Fleischer. | | 0.30 | 37.50 |
| 1/31/03 DSW Review tax group emails. | | 0.20 | 25.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/4/03 | DSW | Preparation for conference; phone conference; call Stewart. | 1.00 | 125.00 |
| 2/5/03 | DSW | Attempt to reach Topping. | 0.20 | 25.00 |
| 2/6/03 | DSW | Call with Catherine Topping. | 0.20 | 25.00 |
| 2/12/03 | DSW | Call from Don McIntyre. | 0.10 | 12.50 |
| | DSW | Review correspondence; attempt to reach Ernie Fleischer. | 0.10 | 12.50 |
| 2/18/03 | DSW | Call with Mitch Moetell. | 0.20 | 25.00 |
| 2/19/03 | DSW | Website update. | 0.60 | 75.00 |
| 2/20/03 | DSW | Organizing tax files. | 0.40 | 50.00 |
| | DSW | Call from Mitch Moetell. | 0.10 | 12.50 |
| | DSW | Website update. | 0.40 | 50.00 |
| 2/26/03 | DSW | Call with Fleischer. | 0.10 | 12.50 |
| | DSW | Attempt to reach Moetell regarding tax memo. | 0.20 | 25.00 |
| | SUBTOTAL: | | [    12.30 | 1,537.50] |

DW
_____

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/3/03 | DW | Call Rosemary regarding taxes. | 0.20 | 25.00 |
| 1/6/03 | DW | Call with Dale Weight. | 0.10 | 12.50 |
| 1/10/03 | DW | Call from Fleischer. | 0.10 | 12.50 |
| | DW | Call Darmstadtler and Duffy. | 0.50 | 62.50 |
| | DW | Call Topping. | 0.40 | 50.00 |
| 1/17/03 | DW | Tax group preparation and conference. | 0.90 | 112.50 |
| 1/25/03 | DW | Letter to tax group. | 0.30 | 37.50 |
| | DW | Letter to Fleischer and clients. | 0.30 | 37.50 |
| | DW | Call Baker. | 0.50 | 62.50 |
| 1/27/03 | DW | Letter report to clients. | 0.10 | 12.50 |
| | DW | Letter to clients. | 0.40 | 50.00 |
| 1/31/03 | DW | Email to group. | 0.10 | 12.50 |
| 2/3/03 | DW | Respond to shareholders' letters. | 0.30 | 37.50 |
| 2/7/03 | DW | Attempt to reach Topping. | 0.10 | 12.50 |
| | DW | Call Topping. | 0.30 | 37.50 |
| | DW | Message to Carl. | 0.10 | 12.50 |
| | DW | Letter to tax group. | 0.40 | 50.00 |
| 2/10/03 | DW | Phone Carl regarding letter to tax group; review my letter. | 0.20 | 25.00 |
| | DW | Call with Mitch Moettel. | 0.20 | 25.00 |
| | DW | Memo to Carl. | 0.10 | 12.50 |
| 2/21/03 | DW | Call Fleischer regarding tax memo. | 0.20 | 25.00 |
| | DW | Return shareholder attorney calls to Vannie and Richardson's office. | 0.20 | 25.00 |
| | DW | Call Fleischer. | 0.20 | 25.00 |
| | DW | Letter to Dale Weight. | 0.10 | 12.50 |
| 2/24/03 | DW | Organizing tax files. | 0.50 | 62.50 |
| | DW | Letter to clients. | 0.40 | 50.00 |
| | DW | Castillo letter. | 0.10 | 12.50 |
| | SUBTOTAL: | | [    7.30 | 912.50] |

| | | | | |
|---|---|---|---|---|
| For professional services rendered | | | 19.60 | $2,450.00 |

Additional Charges :

| | Amount |
|---|---|
| **DSW** | |
| 2/17/03 Facsimile charges for January 2003. | 53.50 |
| Photocopy expenses for January 2003. | 54.60 |
| Postage for January 2003. | 22.57 |
| 3/3/03 Facsimile (February 2003). | 17.00 |
| Photocopy expenses (February 2003). | 6.60 |
| Postage (February 2003). | 7.03 |
| | ———— |
| SUBTOTAL: | [   161.30] |
| | |
| Total costs | ———— |
| | $161.30 |
| | |
| Total amount of this bill | $2,611.30 |
| | |
| Previous balance | $12,420.56 |
| | |
| Balance due | $15,031.86 |

*(handwritten:)*

- 590.08

14,441.

$590.08 applied to

this per ce aper te bit

$ 1036.86

Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205


Invoice submitted to:
Benj. Franklin Plaintiffs


January 27, 2003

In Reference To:  Benj. Franklin Savings & Loan 90-W-6054

Tax Case

Invoice #10000

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| | DSW | | | |
| 12/2/02 | DSW | Call from Buchanan. | 0.20 | 25.00 |
| | DSW | Conference Don McIntyre | 0.50 | 62.50 |
| | DSW | Preliminary review of Fleischer memo. | 0.10 | 12.50 |
| | DSW | Call Hindes. | 0.20 | 25.00 |
| | DSW | Call from Buchanan re tax case and motion. | 3.00 | 375.00 |
| 12/3/02 | DSW | Review McCulloch letter. | 0.10 | 12.50 |
| | DSW | Review tax documents and attempts to reach Fleischer. | 1.20 | 150.00 |
| 12/4/02 | DSW | Call Fleischer office. | 0.10 | 12.50 |
| | DSW | Review later versions of memo. | 1.60 | 200.00 |
| | DSW | Review spreadsheets. | 0.20 | 25.00 |
| | DSW | Call Randi Cohn re spreadsheets. | 0.10 | 12.50 |
| | DSW | Review Moetell memo. | 0.30 | 37.50 |
| | DSW | Call with Buchanan re taxes. | 0.20 | 25.00 |
| | DSW | Call Fleischer and Stewart. | 0.40 | 50.00 |
| | DSW | Calls with Fleischer's secretary. | 0.20 | 25.00 |
| 12/5/02 | DSW | Review faxes; review latest draft; calls to Diane (Fleischer's office) and Rosemary Stewart; review of many drafts; conference calls with Stewart and Fleischer. | 3.00 | 375.00 |
| 12/23/02 | DSW | Attempt to reach DOJ attorneys. | 0.10 | 12.50 |
| 12/24/02 | DSW | Attempt to reach Stewart. | 0.10 | 12.50 |
| 12/27/02 | DSW | Call Randi Cohn regarding status. | 0.10 | 12.50 |
| | DSW | Letter to DOJ; cover letter to Rosemary. | 0.80 | 100.00 |
| 12/30/02 | DSW | Call with Stewart, editing letter to DOJ. | 0.30 | 37.50 |
| 12/31/02 | DSW | Call Fleischer, Stewart, Cohn; email to same, review meeting material. | 0.70 | 87.50 |
| | | SUBTOTAL: | [ 13.50 | 1,687.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| | DW | | | |
| 11/28/02 | DW | Receiving letter and memo from Tom Buchanan and response. | 0.30 | 37.50 |
| 11/29/02 | DW | Letter re tax group. | 0.20 | 25.00 |
| | DW | Phone call with Dale Weight re taxes. | 0.30 | 37.50 |
| | DW | Attempt to reach Fleischer; call Fleischer; review faxed memo; long call with Ernie; attempt to reach Dale Weight. | 1.20 | 150.00 |
| 12/20/02 | DW | Review Mitch Moettel memo | 0.10 | 12.50 |

SUBTOTAL:                                                  [    2.10      262.50]

For professional services rendered                              15.60   $1,950.00

Additional Charges :

$Costs

| 12/11/02 | Long Distance Telephone Charges | 26.81 |
|---|---|---|
| | Postage | 22.97 |
| | Photocopy expenses | 853.40 |

SUBTOTAL:                                                              [    903.18]

DSW

1/26/03  Spriggs & Hollingsworth (November and December time)(bills attached).        9,648.54

SUBTOTAL:                                                              [  9,648.54]

Total costs                                                            $10,551.72

Total amount of this bill                                               $12,501.72

Previous balance                                                        $3,350.50

| 12/5/02 | Payment - thank you from trust.. Check No. 1482 | ($556.00) |
|---|---|---|
| 12/20/02 | Payment - thank you. On account for fees and costs for November, 2002.. Check No. 1483 | ($1,114.66) |
| 1/27/03 | Payment - thank you (from Default trust). | ($1,761.00) |

Total payments and adjustments                                         ($3,431.66)

Balance due                                                            $12,420.56

Invoice submitted to:

C. Robert Suess
260 E 38th
Eugene OR 97405

December 02, 2002

In Reference To:    Benj. Franklin Savings & Loan 90-W-6054

Tax Case

Invoice #    10130

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **DSW** |  |  |  |  |
| 11/06/2002 | DSW | Review Buchanan letter. | 0.10 | 12.50 |
|  | DSW | Letter to tax team and arranging for phone conference. | 0.20 | 25.00 |
|  | DSW | Call Sherry re tax case. | 0.10 | 12.50 |
| 11/12/2002 | DSW | Letter to DOJ and FDIC. | 0.50 | 62.50 |
| 11/15/2002 | DSW | Review Buchanan letter; call Richard Green; faxes to Rosemary Stewart and Richard green. | 0.50 | 62.50 |
| 11/17/2002 | DSW | To airport. | 1.50 | 187.50 |
| 11/19/2002 | DSW | Call with Richard Green. | 0.50 | 62.50 |
|  | DSW | Conference with Rosemary Stewart and Ernie Fleischer. | 1.50 | 187.50 |
|  | DSW | Prepare for tax conference; travel to Adams Hotel for pre-conference meeting; conference with FDIC and DOJ. | 7.00 | 875.00 |
| 11/20/2002 | DSW | Call from Fleischer; review exhibit list; send exhibits to Ernie; call Carl. | 0.90 | 112.50 |
|  |  | SUBTOTAL: | [    12.80 | 1,600.00] |
| **DW** |  |  |  |  |
| 11/01/2002 | DW | Calls with Zia and Topping. | 0.20 | 25.00 |
|  | DW | Call with DOJ attorneys. | 0.40 | 50.00 |
|  | DW | Calls with Stewart, Fleischer, Cohn; attempt to reach Hindes and Sherry; review Stewart and Cohn comments. | 1.50 | 187.50 |
|  | DW | Locating data about conservatorship. | 0.60 | 75.00 |
|  | DW | Call with FDIC attorneys. | 0.20 | 25.00 |
| 11/04/2002 | DW | Mailing hotel reservations in Washington DC. | 0.10 | 12.50 |
|  | DW | Prepare for conference call re tax case. | 3.50 | 437.50 |
|  | DW | Re tax mailings; call office. | 0.10 | 12.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/08/2002 | DW | Call Fleischer, Hindes, Cohn, and Stewart re time of next conference; letter to Carl. | 0.40 | 50.00 |
| | DW | Respond to Tom Buchanan's letter; edit letter. | 0.60 | 75.00 |
| | DW | Call from Leo Sherry. | 0.20 | 25.00 |
| | DW | Prepare for tax conference; call with Rosemary Stewart. | 1.70 | 212.50 |
| 11/09/2002 | DW | Review case faxed by Ernie; call Ernie. | 0.50 | 62.50 |
| | DW | Washington DC hotel reservations; plane reservations. | 0.20 | 25.00 |
| | DW | Memo to Carl re tax pnone conferences. | 0.20 | 25.00 |
| 11/11/2002 | DW | Re tax case - call with Richard Green. | 0.30 | 37.50 |
| 11/15/2002 | DW | Re tax case - Call Rosemary Stewart. | 0.20 | 25.00 |
| 11/16/2002 | DW | Letter to Tom Buchanan. | 0.20 | 25.00 |
| 11/17/2002 | DW | Leave message for Carl. | 0.10 | 12.50 |
| | DW | Trip to DC. | 7.30 | 912.50 |
| 11/18/2002 | DW | Call to Carl re documents. | 0.10 | 12.50 |
| | DW | Preparation for tax conference. | 3.50 | 437.50 |
| | DW | Sorting documents in preparation for tax conference. | 0.50 | 62.50 |
| 11/22/2002 | DW | Review of Buchanan letter. | 0.10 | 12.50 |
| 11/25/2002 | DW | Call with Peter Baker. | 1.50 | 187.50 |
| | DW | Review memo from Randi Cohn. | 0.10 | 12.50 |
| | DW | Letters to Topping and Dunn. | 0.80 | 100.00 |
| | | SUBTOTAL: | [ 25.10 | 3,137.50] |

LDD

| | | | Hours | Amount |
|---|---|---|---|---|
| 09/17/2002 | LDD | Research re injunction appeal and whether case is stayed. | 0.80 | 80.00 |
| 09/18/2002 | LDD | Prepare memorandum re whether case is stayed pending appeal. | 0.40 | 50.00 |
| | | SUBTOTAL: | [ 1.20 | 130.00] |

| | | |
|---|---|---|
| For professional services rendered | 39.10 | $4,867.50 |

Additional Charges :

DW

| | | Amount |
|---|---|---|
| 11/21/2002 | Taxi to airport. | 17.00 |
| | Taxi to claims court. | 8.00 |
| | SUBTOTAL: | [ 25.00] |

| | |
|---|---|
| Total costs | $25.00 |
| Total amount of this bill | $4,892.50 |

WILLNER & HOOTON, LLP
Attorneys at Law
111 SW Naito Parkway, Suite 303
Portland, OR 97204-3500

Invoice submitted to:

C. Robert Suess
260 E 38th
Eugene OR 97405

October 31, 2002

In Reference To:    Benj. Franklin Savings & Loan 90-W-6054

Invoice #    10599

Professional Services

| | | Hours | Amount |
|---|---|---|---|
| **DSW** | | | |
| 10/30/2002 DSW | Edit letter to key plaintiffs. | 0.10 | 12.50 |
| DSW | Call with Fleischer. | 0.20 | 25.00 |
| DSW | Edit website. | 0.10 | 12.50 |
| DSW | Call with McIntyre. | 0.20 | 25.00 |
| DSW | Letter to key plaintiffs re fundraising. | 0.30 | 37.50 |
| DSW | Preparation of website. | 0.30 | 37.50 |
| DSW | Review Engleman letter from files; send to Fleisher | 0.30 | 37.50 |
| 10/31/2002 DSW | Conference with Carl re documents to collect. | 0.20 | 25.00 |
| DSW | Letter to Washington tax group. | 0.20 | 25.00 |
| DSW | Review Murphy testimony. | 0.20 | 25.00 |
| DSW | Revisions to Fleischer letter and cover letter. | 1.50 | 187.50 |
| DSW | Call from Baker re website. | 0.10 | 12.50 |
| SUBTOTAL: | | [ 3.70 | 462.50] |
| For professional services rendered | | 3.70 | $462.50 |
| 10/31/2002 Payment from account to Willner & Hooton, LLP. Check No. 1477 | | | ($462.50) |
| Total payments and adjustments | | | ($462.50) |
| Balance due | | | $0.00 |

Invoice submitted to:

C. Robert Suess
260 E 38th
Eugene OR 97405

October 30, 2002

In Reference To:    Benj. Franklin Savings & Loan 90-W-6054

Invoice #      10581

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| **DSW** | | | |
| 0/15/2002 DSW Memo to Carl. | | 0.20 | 25.00 |
| 0/16/2002 DSW Letter to Gary Hindes. | | 0.10 | 12.50 |
| DSW Attempt to reach Catherine Topping. | | 0.10 | 12.50 |
| 0/17/2002 DSW Call with Randi Cohen of Sigfried Group. | | 0.30 | 37.50 |
| DSW Conference with Dale Weight. | | 0.50 | 62.50 |
| DSW Letter to Markowitz. | | 0.10 | 12.50 |
| DSW Letter to Fleischer. | | 0.10 | 12.50 |
| DSW Call with Topping. | | 0.20 | 25.00 |
| 0/23/2002 DSW Review stock prospectus; letter to Fleischer. | | 0.30 | 37.50 |
| DSW Review of tax matters;  call to Ernie; letter to Hindes. | | 0.20 | 25.00 |
| DSW Call from Baker. | | 0.20 | 25.00 |
| DSW Re tax documents. | | 0.10 | 12.50 |
| DSW Call to Cohn. | | 0.10 | 12.50 |
| DSW Review Scheiffer fax. | | 0.10 | 12.50 |
| DSW Review FDIC pleading; call Zia. | | 0.20 | 25.00 |
| DSW Call Cohn. | | 0.20 | 25.00 |
| DSW Call Fleischer. | | 0.10 | 12.50 |
| DSW Call Stewart. | | 0.10 | 12.50 |
| 0/24/2002 DSW Attempt to reach Stewart. | | 0.10 | 12.50 |
| DSW Call Scheiffer. | | 0.10 | 12.50 |
| DSW Review of tax material. | | 0.20 | 25.00 |
| DSW Call with Judge's clerk re oral argument. | | 0.10 | 12.50 |
| DSW Review CPA analysis. | | 0.10 | 12.50 |

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 10/24/2002 | DSW | Call with Jerry Stouck. | | 0.20 | 25.00 |
| | DSW | Call with Judge's clerk. | | 0.10 | 12.50 |
| 10/29/2002 | DSW | Call from Topping. | | 0.10 | 12.50 |
| | | SUBTOTAL: | [ | 5.80 | 725.00] |
| | | Subtotal Excluding Non-Tax Hours | | 4.20 | 525.00 |

DW
_____

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/07/2002 | DW | Attempt to reach Zia. | 0.10 | 12.50 |
| | DW | Call from Gary Hindes. | 0.10 | 12.50 |
| | DW | Call with Rich McCurry. | 0.10 | 12.50 |
| | DW | Attempt to reach Bill Scheiffer. | 0.10 | 12.50 |
| | DW | Attempt to reach Hindes. | 0.10 | 12.50 |
| | DW | Calls with Scheiffer; review Scheiffer memo. | 0.50 | 62.50 |
| | DW | Call with Zia. | 0.30 | 37.50 |
| 10/12/2002 | DW | Re taxes - reading Cyzinsky deposition. | 1.60 | 200.00 |
| 10/14/2002 | DW | Calls with Stewart and Fleischer's secretary. | 0.50 | 62.50 |
| | DW | Long conference call with Ernie Fleischer, Bill Schieffer, Randi Cohn, & Rosemary Stewart. | 0.70 | 87.50 |
| | DW | Call with Baker; review government response to motion. | 0.20 | 25.00 |
| 10/18/2002 | DW | Call Scheiffer office re conference call. | 0.10 | 12.50 |
| | DW | Call Fleischer office re conference call. | 0.10 | 12.50 |
| | DW | Call Stewart re conference call. | 0.20 | 25.00 |
| | DW | Call Topping; draft proposed stipulation. | 0.60 | 75.00 |
| 10/21/2002 | DW | Call to Fleischer and Scheiffer. | 0.80 | 100.00 |
| | DW | Message from Topping. | 0.10 | 12.50 |
| | DW | Call with Gary Hindes. | 0.20 | 25.00 |
| | DW | Leave message for Stewart. | 0.10 | 12.50 |
| | DW | Leave message for Hindes. | 0.10 | 12.50 |
| | DW | Leave message for Topping. | 0.10 | 12.50 |
| 10/25/2002 | DW | Call Rosemary Stewart, Ernie Fleischer, and Randi Cohn. | 0.60 | 75.00 |
| | DW | Review drafts of financial reports. | 0.30 | 37.50 |
| 10/28/2002 | DW | Review of 1986 stock prospectus. | 0.80 | 100.00 |
| | DW | Prepare for telephone conference and conference with Stewart, Scheiffer, Cohn, and Hindes. | 1.00 | 125.00 |
| | DW | Attempt to locate 1986 letter; calls to Weight, McKennie, McIntyre, Shank, McKenna law firm; call to Carl re data base; review of 1982 advice. | 1.20 | 150.00 |
| | DW | Two memos to Fleischer re stock prospectus and 1982 tax. | 0.20 | 25.00 |
| | DW | Calls from Fleischer re report. | 0.30 | 37.50 |
| | DW | Call from Gary Hindes. | 0.20 | 25.00 |
| | DW | Review second draft of report. | 0.10 | 12.50 |
| | | SUBTOTAL: [ | 11.40 | 1,425.00] |
| | | For professional services rendered | 17.20 | $2,150.00 |
| | | Excluding Non-Tax Hours | 15.60 | $1,950.00 |

WILLNER & HOOTON, LLP
Attorneys at Law
111 SW Naito Parkway, Suite 303
Portland, OR 97204-3500

Invoice submitted to:

C. Robert Suess
260 E 38th
Eugene OR 97405

October 15, 2002

In Reference To:    Benj. Franklin Savings & Loan 90-W-6054
Invoice #    10574

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| **DSW** | | | |
| 10/01/2002 DSW | Call from DOJ attorneys. | 0.30 | 37.50 |
| DSW | Attempt to reach Scheiffer. | 0.10 | 12.50 |
| DSW | Organize files. | 0.30 | 37.50 |
| DSW | Call with Baker | 0.20 | 25.00 |
| DSW | Call with Green. | 0.30 | 37.50 |
| 10/02/2002 DSW | Clients' letter. | 0.10 | 12.50 |
| DSW | Attempt to return McCarry's call. | 0.10 | 12.50 |
| DSW | Attempt to reach Weight. | 0.10 | 12.50 |
| DSW | Attempt to reach Topping and Zia. | 0.20 | 25.00 |
| DSW | Call McIntyre re fund raising. | 0.20 | 25.00 |
| 10/03/2002 DSW | Letter to Richard Green re fund raising. | 0.10 | 12.50 |
| DSW | Letter to Fleischer. | 0.10 | 12.50 |
| DSW | Letter to Scheiffer. | 0.10 | 12.50 |
| DSW | Letter to DOJ and FDIC attorneys. | 0.30 | 37.50 |
| DSW | Review letter from Bill Scheiffer; attempt to reach Gary Hindes; call with Stewart. | 0.40 | 50.00 |
| DSW | Letter to Fleischer. | 0.30 | 37.50 |
| 10/09/2002 DSW | Call from Jackie Tanner of FDIC. | 0.10 | 12.50 |
| DSW | Receive and skim tax returns. | 0.10 | 12.50 |
| DSW | Calls to Zia. | 0.10 | 12.50 |
| DSW | Revise letter to Fleischer when tax returns came in. | 0.20 | 25.00 |
| 10/10/2002 DSW | Re tax case - call Stewart | 0.10 | 12.50 |
| DSW | Re tax case - Message for Scheiffer. | 0.10 | 12.50 |
| DSW | Re tax case - Left message for Fleischer with assistant. | 0.10 | 12.50 |
| DSW | Call Fleischer; call Fleischer's secretary; letter to Stewart, Scheiffer, & Fleischer. | 0.50 | 62.50 |
| DSW | Choosing tax documents. | 0.40 | 50.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/10/2002 DSW | Review of government opposition to motion to substitute. |  | 0.10 | 12.50 |
|  | SUBTOTAL: |  | [ 5.10 | 637.50] |
|  |  | Subtotal Excluding Non-Tax Hours | 5.00 | 625.00 |
|  | DW |  |  |  |
| 10/07/2002 DW | Call with Zia. |  | 0.30 | 37.50 |
| DW | Calls with Schciffer; review Scheiffer memo. |  | 0.50 | 62.50 |
| DW | Attempt to reach Hindes. |  | 0.10 | 12.50 |
| DW | Attempt to reach Bill Schciffer. |  | 0.10 | 12.50 |
| DW | Call with Rich McCarry |  | 0.30 | 37.50 |
| DW | Call with Gary Hindes. |  | 0.10 | 12.50 |
| DW | Attempt to reach Zia. |  | 0.10 | 12.50 |
| 10/12/2002 DW | re taxes - reading Czynsky deposition. |  | 1.60 | 200.00 |
| 10/14/2002 DW | Call with Baker; review government response to motion. |  | 0.20 | 25.00 |
| DW | Long conference call with Ernie Fleischer, Bill Scheiffer, and Randie. |  | 0.70 | 87.50 |
| DW | Calls with Stewart; Fleischer's secretary. |  | 0.50 | 62.50 |
|  | SUBTOTAL: |  | [ 4.50 | 562.50] |
|  | For professional services rendered |  | 9.60 | $1,200.00 |
|  |  | Total Excluding Non-Tax Hours | 9.50 | $1,187.50 |

WILLNER & HOOTON, LLP
Attorneys at Law
111 SW Naito Parkway, Suite 303
Portland, OR 97204-3500

Invoice submitted to:

C. Robert Suess
260 E 38th
Eugene OR 97405

October 02, 2002

In Reference     Benj. Franklin Savings & Loan 90-W-6054
To:

Invoice #     10513

Additional Charges :

|  |  | Amount |
|---|---|---:|
| Costs | | |
| 09/30/2002 Remaining half of Zalutsky & Klarquist bill. | | 2,068.50 |
| SUBTOTAL: | | [ 2,068.50] |
| Total costs | | $2,068.50 |
| Previous balance | | $4,431.87 |
| 09/27/2002 Payment from account to Zalutsky & Klarquist - Check No. 1470 | | ($2,068.50) |
| 10/01/2002 Payment from account to Willner & Hooton for fees and costs for September, 2002. | | ($4,431.87) |
| Total payments and adjustments | | ($6,500.37) |
| Balance due | | $0.00 |

WILLNER & HOOTON, LLP
Attorneys at Law
111 SW Naito Parkway, Suite 303
Portland, OR 97204-3500

Invoice submitted
to:

C. Robert Suess
260 E 38th
Eugene OR 97405

October 01, 2002
In Reference
To:        Benj. Franklin Savings & Loan 90-W-6054

Invoice  10511
#

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| **DSW** | | | |
| 09/02/2002 DSW Letter to DOJ and FDIC. | | 0.30 | 37.50 |
| **09/05/2002** | | | |
| DSW Telephone call with Ernie Fleischer. | | 0.20 | 25.00 |
| DSW Attempt to return Topping's call. | | 0.10 | 12.50 |
| 09/06/2002 DSW Attempt to reach Jerry Stouck | | 0.10 | 12.50 |
| DSW Attempt to reach Topping. | | 0.10 | 12.50 |
| 09/09/2002 DSW Work on Memo in Support of Motion for Intervention. | | 0.70 | 87.50 |
| DSW Telephone call with Peter Baker. | | 0.30 | 37.50 |
| DSW Finish brief in support of motion for change of venue. | | 0.60 | 75.00 |
| DSW Conference with staff re preparation of documents. | | 0.20 | 25.00 |
| 09/11/2002 DSW Review letter from Ernie Fleischer. | | 0.10 | 12.50 |
| 09/12/2002 DSW Conference with McIntyre re intervention documents. | | 0.20 | 25.00 |
| DSW Call with Stewart re intervention documents. | | 0.30 | 37.50 |
| DSW Editing intervention documents. | | 0.30 | 37.50 |
| DSW Lunch meeting with McIntyre. | | 1.00 | 125.00 |
| DSW Conference with Leo Sherry re signing motion. | | 0.30 | 37.50 |
| DSW To library for research on brief. | | 3.00 | 375.00 |
| DSW Call with Peter Baker. | | 0.30 | 37.50 |
| DSW Call with clerk of DC court. | | 0.10 | 12.50 |
| DSW Call with Ernie Fleischer | | 0.20 | 25.00 |
| DSW Call with Ernie Fleischer re Answer to IRS Complaint | | 0.30 | 37.50 |
| DSW Edit motion for intervention and points and authorities. | | 0.80 | 100.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 09/12/2002 | DSW | Telephone call with Leo Sherry. | 0.30 | 37.50 |
|  | DSW | Edit Points and Authorities; memo to Sarah. | 1.10 | 137.50 |
| 09/13/2002 | DSW | Re Motion for Intervention | 0.10 | 12.50 |
|  | DSW | Re motion documents; call Hindes and Fleischer. | 0.10 | 12.50 |
|  | DSW | Call local court clerk for address of DC court. | 0.10 | 12.50 |
|  | DSW | Re intervention papers. | 0.50 | 62.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| | SUBTOTAL: | [ | 15.70 | 1,912.50] |
| DW | | Subtotal Excluding Non-Tax Hours | 11.70 | 1,462.50 |
| 09/02/2002 | DW | Letter to Department of Justice and FDIC. | 0.30 | 37.50 |
| 09/03/2002 | | | | |
| 09/06/2002 | DW | Calls with Topping and Zia. | 0.30 | 37.50 |
|  | DW | Memo to Sarah re financial info needed by Fleischer. | 0.10 | 12.50 |
|  | DW | Review Fleischer memo; call with Fleischer. | 0.50 | 62.50 |
|  | DW | Calls with Baker. | 0.40 | 50.00 |
| 09/07/2002 | DW | Re Motion to Intervene | 3.50 | 437.50 |
|  | DW | Re Motion to intervene. | 0.90 | 112.50 |
| 09/08/2002 | DW | Faxing documents to Sarah along with a cover memo. | 0.30 | 37.50 |
| 09/14/2002 | DW | Memo to Carl re pending matters. | 0.10 | 12.50 |
| 09/17/2002 | DW | Re IRS case; call with DOJ attorneys and Fleischer; attempt to reach Stewart. | 0.70 | 87.50 |
|  | DW | Edit letter to clients; memo to Carl; phone call to Sharon. | 0.80 | 100.00 |
|  | DW | Locating exhibits for Catherine Topping; memo to Carl. | 0.30 | 37.50 |
|  | DW | Call with Stewart. | 0.20 | 25.00 |
|  | DW | Call with DOJ re stipulation. | 0.30 | 37.50 |
|  | DW | Calls with office re documents. | 0.10 | 12.50 |
|  | DW | Leave message for lead DOJ attorney. | 0.10 | 12.50 |
|  | DW | Letter to clients. | 1.50 | 187.50 |
| 09/18/2002 | DW | Re. IRS case - long telephone conference with DOJ attorneys | 0.60 | 75.00 |
|  | DW | Call to Carl. | 0.10 | 12.50 |
|  | DW | Review Hooton comments. | 0.10 | NO CHARGE |
| 09/19/2002 | DW | Call with Carl re materials for letter. | 0.10 | 12.50 |
|  | DW | Call Carl re research. | 0.10 | 12.50 |
|  | DW | Call with Rosemary Stewary and Gary Hindes. | 0.40 | 50.00 |
|  | DW | Message from Hindes. | 0.10 | 12.50 |
|  | DW | Briefing Carl on status of the case. | 0.10 | 12.50 |
|  | DW | Calls with Rosemary Stewart and DOJ. | 1.30 | 162.50 |
| 09/20/2002 | DW | Re client letter | 2.50 | 312.50 |
|  | DW | Final edit of letter to clients. | 0.30 | 37.50 |
|  | DW | Final work on letter to clients. | 0.50 | 62.50 |
|  | DW | Call Hank at DOJ. | 0.30 | 37.50 |
|  | DW | Re letter to clients. | 0.40 | 50.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 09/20/2002 | DW | Call with Carl re letter. | 0.10 | 12.50 |
| 09/21/2002 | DW | Re IRS case - letter to Catherine Topping of FDIC. | 0.50 | 62.50 |
| 09/24/2002 | DW | Review government motion for time extension. | 0.10 | 12.50 |
|  | DW | Attempt to reach Topping and Zia | 0.20 | 25.00 |
| 09/25/2002 | DW | Letter to clients re meeting time. | 0.10 | 12.50 |
|  | DW | Review of Leo's email; attempt to reach Leo. | 0.10 | 12.50 |
|  | DW | Call with Leo Sherry re meeting. | 0.10 | 12.50 |
|  | DW | Call with Richard Green; call with Gary Hindes. | 0.40 | 50.00 |
|  | DW | Call with Baker. | 0.40 | 50.00 |

SUBTOTAL: [ 20.10  2,425.00]

Subtotal Excluding Non-Tax Hours  18.30  2,287.50

For professional services rendered    35.80  $4,337.50

Excluding Non-Tax Hours  30.00  $3,750.00

Additional Charges :

Costs

| 09/10/2002 | Delivery charges from UPS invoice dated 8.31.02 | 44.58 |
|---|---|---|
|  | Delivery charges from UPS invoice dated 8.31.02 | 24.43 |
| 09/19/2002 | Delivery charges from UPS invoice dated 9/14/02 to Ernie Fleischer. | 14.36 |

SUBTOTAL: [ 83.37]

DSW

| 09/12/2002 | Parking | 11.00 |
|---|---|---|

SUBTOTAL: [ 11.00]

Total costs  $94.37

Total amount of this bill  $4,431.87

Total Excluding Non-Tax Hours  $3,844.37

Invoice submitted to:
C. Robert Suess
260 E 38th
Eugene OR 97405

September 09, 2002

In Reference To: Benj. Franklin Savings & Loan 90-W-6054

Invoice # 10501

Professional Services

|  | | Hours | Amount |
|---|---|---|---|
| **DSW** | | | |
| 08/01/2002 DSW | Edit letter to FDIC attorneys; call to Sarah re tax. | 0.30 | 37.50 |
| 08/13/2002 DSW | Edit draft of motion to intervene; legal research. | 4.00 | 500.00 |
| 08/14/2002 DSW | Letter to FDIC attorneys. | 0.10 | 12.50 |
| DSW | Re FDIC request for documents. | 0.40 | 50.00 |
| DSW | Re IRS case - Call to Ernie Fleischer. | 0.20 | 25.00 |
| DSW | Edit Motion to Intervene | 0.50 | 62.50 |
| DSW | Letter to co-counsel | 0.20 | 25.00 |
| 08/15/2002 DSW | Re IRS case - editing intervention motion; letter to co-counsel; letter to FDIC attorneys re discovery request. | 1.50 | 187.50 |
| 08/20/2002 DSW | Call from IRS attorneys. | 0.50 | 62.50 |
| DSW | Call from FDIC attorneys | 0.30 | 37.50 |
| 08/21/2002 DSW | Long conference call with Jerry Stouck,Rosemary Stewart, and Ernie Fleischer re IRS and FDIC; Letters to IRS attorneys, FDIC attorneys and clients re tax case. | 2.10 | 262.50 |
| DSW | Attempt to reach Bob Shank; call Shank; call Fleischer office. | 0.30 | 37.50 |
| DSW | Re tax case - review of DC local rules and research. | 0.50 | 62.50 |
| DSW | Editing of letter to IRS | 0.20 | 25.00 |
| DSW | Edit letter to FDIC | 0.20 | 25.00 |
| 08/22/2002 DSW | Letter to clients, FDIC, and Department of Justice. | 0.50 | 62.50 |
| DSW | Picking audit documents for Ernie Fleischer; review documents. | 0.30 | 37.50 |
| DSW | Review letters to FDIC and Department of Justice with Rosemary Stewart. | 0.20 | 25.00 |
| DSW | Re reservations to Washington DC; call United Airlines. | 0.10 | 12.50 |
| DSW | Final edit of letters. | 0.30 | 37.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 08/28/2002 | DSW | Telephone conference with Catherine Topping; sign and send stipulation to court. | 0.30 | 37.50 |
| 08/29/2002 | DSW | Call to Ernie Fleischer. | 0.20 | 25.00 |

|  |  | SUBTOTAL: | [ 14.40 | 1,800.00] |
|---|---|---|---|---|
|  |  | Subtotal Excluding Non-Tax Hours | 13.20 | 1,450.00 |

DW _____

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 08/05/2002 | DW | Message, light changes with Stanley; attempt to reach Topping/call with Topping. | 0.30 | 37.50 |
| 08/09/2002 | DW | Memo and telephone call to Sarah re library, research, and documents needed. | 0.20 | 25.00 |
|  | DW | Telephone conversation with Ernie Fleischer (tax attorney re IRS tax case). | 0.30 | 37.50 |
|  | DW | Call Jerry Stone re motion for intervention in tax case. | 0.10 | 12.50 |
|  | DW | Attempt to reach Becky Ffitch re research. | 0.10 | 12.50 |
|  | DW | Review IRS tax complaint. | 0.80 | 100.00 |
|  | DW | Work on intervention motion. | 1.00 | 125.00 |
| 08/12/2002 | DW | Preparation of website. | 0.90 | 112.50 |
|  | DW | Letter to Jerry Stouck re Sharpe case. | 0.20 | 25.00 |
|  | DW | Draft Motion for Change of Venue in IRS case. | 0.80 | 100.00 |
|  | DW | Work on Motion to Change Venue. | 1.40 | 175.00 |
|  | DW | Letter to Mr. Fleischer re IRS case. | 0.30 | 37.50 |
|  | DW | Call to Peter Baker re progress. | 0.30 | 37.50 |
|  | DW | Telephone call with Gary Hinds. | 0.10 | 12.50 |
| 08/16/2002 | DW | Edit documents; telephone calls to Misty and Krystle. | 0.50 | 62.50 |
|  | DW | Call Ernie Fleischer, Tina Turell office; preparation of letter to clients re website; edit letter to FDIC attorneys; edit request for production; memo to office re typing of documents. | 2.60 | 325.00 |
| 08/19/2002 |  |  |  |  |
|  | DW | Review material re FDIC case. | 0.10 | 12.50 |
|  | DW | Call Baker re website, edit website. | 0.30 | 37.50 |
|  | DW | Motion to Intervene; review Stock comments. | 0.30 | 37.50 |
| 08/23/2002 | DW | Call with Department of Justice attorneys; preparation of memo of conversation. | 0.50 | 62.50 |
|  | DW | Work on motion to intervene; work on brief. | 0.60 | 75.00 |
|  | DW | Memo to Sarah. | 0.10 | 12.50 |
|  | DW | Attempt to reach Baker re website. | 0.10 | 12.50 |
|  | DW | Review 3 letters. | 0.20 | 25.00 |
|  | DW | Attempt to reach Stewart. | 0.10 | 12.50 |
|  | DW | Review DC Court rules and attempt to reach DC clerk. * | 0.40 | 50.00 |
|  | DW | Call from Mr. Fleischer. | 0.10 | 12.50 |
|  | DW | Talk with Catherine Topping | 0.40 | 50.00 |
|  | DW | Attempt to reach client. | 0.10 | 12.50 |
| 08/26/2002 | DW | Calls with Sarah re Fleischer documents. | 0.20 | 25.00 |
|  | DW | Long call with Rosemary Stewart re strategy | 0.40 | 50.00 |
|  | DW | Long call with Ernie Fleischer. | 0.40 | 50.00 |

|  | Hours | Amount |
|---|---|---|
| SUBTOTAL: | 15.20 | 1,900.00] |
| Subtotal Excluding Non-Tax Hours | 14.20 | 1,775.00 |
| For professional services rendered | 29.60 | $3,700.00 |
| Excluding Non-Tax Hours | 27.40 | $3,425.00 |

Additional Charges :

Costs

| 07/02/2002 | Invoice No. 17089 from Zalutsky & Klarquist,PC (1/2 of total bill). | 2,068.50 |
| 08/26/2002 | Delivery charges from UPS invoice dated 8/10/02 | 73.04 |
|  | Delivery charges from UPS invoice dated 8/3/02 | 49.63 |
|  | Rush Process Service Invoice - 6-26-02 | 30.00 |
|  | Rush Process Service Invoice - 7/1/02 | 30.00 |

SUBTOTAL: [ 2,251.17]

DSW

| 07/04/2002 | Long distance charges for conference call of June 14, 2002. | 114.80 |
| 07/25/2002 | Messenger service | 3.00 |
|  | Messenger Service | 3.00 |
| 07/26/2002 | Messenger Service | 5.75 |

SUBTOTAL: [ 126.55]

Total costs $2,377.72

Total amount of this bill $6,077.72

Total Excluding Non-Tax Hours $5,802.72



Invoice submitted to:
C. Robert Suess
260 E 38th
Eugene OR 97405

August 16, 2002

In Reference To: Benj. Franklin Savings & Loan 90-W-6054

Invoice # 10243

Professional Services

DSW

07/01/2002

| | | |
|---|---|---|
| DSW at Law Library re: FDIC case | 2.80 | 350.00 |
| DSW RE: FDIC case - phone Jerry Stouck | 0.10 | 12.50 |
| DSW Messages for clerk re: hearing (FDIC) | 0.10 | 12.50 |
| DSW Work on FDIC case | 1.00 | 125.00 |

07/02/2002

| | | |
|---|---|---|
| DSW Client conf. re: FDIC injunction hearing conf. with FDIC attys; conf. with client; lunch with Gary Hindes | 4.00 | 500.00 |

C. Robert Suess

| | | Hours | Amount |
|---|---|---|---|
| 07/10/2002 DSW Attempt to reach Kathryn Topping | | 0.10 | 12.50 |
| DSW Review Hooton memo | | 0.10 | 12.50 |
| DSW FDIC - call Kathryn Topping | | 0.20 | 25.00 |
| DSW Conf. with Sarah re: update our status of case | | 0.20 | 25.00 |
| DSW FDIC - review of Gary Hindes letter; and letter to clients | | 0.20 | 25.00 |
| 07/17/2002 | | | |
| DSW Attempt to reach Baker and Green, and Sherry | | 0.10 | 12.50 |
| DSW FDIC - call Tina Tyrell re: IRS case | | 0.10 | 12.50 |
| DSW Review of briefs | | 0.20 | 25.00 |
| 07/28/2002 DSW Re: Reply Brief | | 0.80 | 100.00 |
| 07/30/2002 DSW FDIC - Notice of Appeal research and memo to Hooton | | 0.20 | 25.00 |
| DSW Re: Reply Brief | | 3.80 | 475.00 |
| DSW Call with client | | | |
| DSW FDIC - Notice of Appeal; conf. Hooton | | 0.30 | 37.50 |
| DSW Draft letter to FDIC & cover letter to Stouck | | 0.20 | 25.00 |

SUBTOTAL: [ 28.40    3,525.00]

Subtotal Excluding Non-Tax Hours    14.50    1,812.50

DW _____

07/03/2002

| | | | | |
|---|---|---|---|---|
| | DW Call Hooton re: research- FDIC case | | 0.10 | 12.50 |

07/04/2002

| | | | | |
|---|---|---|---|---|
| | DW Letter to FDIC attorneys; letter to Jerry Stouck | | 1.10 | 137.50 |

07/05/2002 DW Calls with Jerry Stouck re FDIC letter; prepare second draft of letter to FDIC; review 2nd draft over phone with Jerry; send out FDIC letter to three FDIC attorneys, edit website; send out website and FDIC letter to clients    2.00    250.00

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 07/06/2002 | DW | Memos to Hooton re: FDIC appeal research | 0.20 | 25.00 |
| 07/12/2002 | DW | Letter to clients | 0.20 | 25.00 |
|  | DW | RE: FDIC case call with Sarah re: Motion to Reconsider | 0.10 | 12.50 |
|  | DW | Re: Motion for Reconsideration | 0.70 | 87.50 |
|  | DW | Work on Motion for Reconsideration | 1.50 | 187.50 |
|  | DW | RE: FDIC - locating Transcript | 0.20 | 25.00 |
|  | DW | RE: FDIC; call with Kathryn Topping | 0.30 | 37.50 |
| 07/13/2002 | DW | FDIC - motion re: injunction | 3.00 | 375.00 |
| 07/15/2002 | DW | re: FDIC Motion; call Sarah | 0.10 | 12.50 |
|  | DW | Re: US memo; call Sarah | 0.10 | 12.50 |
|  | DW | Review of FDIC memo and motion | 1.70 | 212.50 |
| 07/22/2002 |  |  |  |  |
|  | DW | re: IRS tax claim; phone call with Jerry Stouck | 0.30 | 37.50 |
| 07/25/2002 |  |  |  |  |
|  | DW | Review FDIC response | 0.20 | 25.00 |
| 07/26/2002 | DW | Prep. of reply to FDIC response; and review over telephone with Rosemary Stewart (Jerry Stouck law partner) | 1.50 | 187.50 |
|  | DW | Call with Kathryn Topping- FDIC atty. re: relationship between IRS, FDIC and US; memo of phone conversation | 0.50 | 62.50 |

|  |  | Hours | Amount |
|---|---|---|---|
| SUBTOTAL: | [ | 53.70 | 6,712.50] |
| Subtotal Excluding Non-Tax Hours | | 13.80 | 1,725.00 |
| For professional services rendered | | 89.20 | $11,125.00 |
| Excluding Non-Tax Hours | | 28.30 | $ 3,537.50 |

Additional Charges :

| | Amount |
|---|---:|
| **Costs** | |
| 07/02/2002 Parking - Injunction Hearing FDIC | 7.50 |
| 07/19/2002 Court Bonds fee for Court Bond on FDIC | 100.00 |
| 07/25/2002 Invoice dated June 30, 2002 Transerv | 38.26 |
| Transcript fee from Nancy M. Walker Suess v. FDIC | 27.50 |
| Invoice dated July 6, 2002 from UPS | 58.69 |
| Esquire Deposition Service for Mike Duhl deposition (Suess v. FDIC) | 428.80 |
| Invoice dated 07/01/02 Rush Process Server | 30.00 |
| Invoice dated 06/26/02 Rush Process Server (Suess v. FDIC) | 30.00 |
| Thrift Litigation Trust Account-Schulz (Suess portion) | 485.00 |
| Transcript invoice from Nancy M. Walker Suess v. FDIC | 18.00 |
| Invoice dated June 22, 2002 UPS | 59.19 |
| Invoice dated July 13, 2002 UPS | 40.55 |
| Invoice dated June 29, 2002 from UPS | 28.97 |
| Invoice dated July 6, 2002 from UPS | 58.69 |
| Bill from Jerry Stouck Invoice dated July 12, 2002 | 3,152.35 |
| Bill from Kathee Nelson for Work on Cost Bill and Atty. Fee Petition | 575.00 |
| 07/26/2002 Photocopy expenses | 3.60 |
| 07/29/2002 Delivery charges from UPS invoice dated 07/20/02 | 78.03 |
| Photocopy expenses | 27.40 |
| 07/31/2002 Transerv invoice dated July 23, 2002 | 52.24 |
| Photocopy expenses | 0.40 |
| Postage | 80.63 |
| Photocopy expenses | 468.60 |
| Winston & Strawn invoice dated July 24, 2002 | 2,658.51 |
| 08/02/2002 Delivery charges from UPS invoice dated July 27, 2002 | 92.33 |
| SUBTOTAL: | [    8,600.24] |
| Total costs | $8,600.24 |
| Total amount of this bill | $19,725.24 |
| Balance due | $19,725.24 |
| Excluding Non-Tax Hours | $12,137.74 |