WILLNER U'REN & HOOTON, LLP
111 SW Naito Pkwy. #306
Portland, OR 97204-3500

Invoice submitted to:
C. Robert Suess
260 E 38th
Eugene OR 97405

July 16, 2002

In Reference To: Benj. Franklin Savings & Loan 90-W-6054

Invoice # 10228

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **DSW** |  |  |  |  |
| 04/28/2002 | DSW | Airport for trip to Chicago; prepare memo to Mike Duhl during flight | 6.50 | 812.50 |
|  | DSW | Prepare for Duhl meeting | 0.70 | 87.50 |
| 04/29/2002 | DSW | Memo on conversation with Mike Duhl | 0.80 | 100.00 |
|  | DSW | To Prudential Building for meeting with Mike Duhl; and Duhl meeting | 2.00 | 250.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 06/06/2002 | DSW | Review Bruce Taylor letter; fax to Stouck and Markowitz | 0.30 | 37.50 |
| 06/11/2002 | DSW | Letter to Markowitz and Stouck re: tax case and Motion for Reconsideration; reviewing attachments | 0.40 | 50.00 |
| | DSW | Preparation of draft Complaint against FDIC | 0.30 | 37.50 |
| | DSW | Work on FDIC Complaint | 0.60 | 75.00 |
| 06/12/2002 | DSW | Work on draft FDIC Complaint | 0.90 | 112.50 |
| | DSW | Work on draft of FDIC Complaint | 1.20 | 150.00 |
| | DSW | Review Judgment; prepare fax; fax Taylor letter to Duhl; attempt to reach Lawlor; call with Claims Court Clerk; call with Duhl's secretary; review incoming orders; call with Leo Sherry; edit Federal Court Complaint; call with Mike Duhl | 1.80 | 225.00 |
| 06/13/2002 | DSW | Work on FDIC Complaint | 0.40 | 50.00 |
| | DSW | Work on Fed. Ct. FDIC Complaint; call Stouck; attempt to reach Stewart re: Federal Court Complaint; collecting attachments; memo to Sarah | 2.00 | 250.00 |
| | DSW | Review injunction rules and procedures; call Federal Court Clerk; message for Markowitz; preparation of Motion and Order to Show Cause | 0.80 | 100.00 |
| 06/17/2002 | DSW | Work on suit against FDIC | 1.80 | 225.00 |
| | DSW | Research at law library on FDIC Complaint | 1.70 | 212.50 |
| | DSW | Editing various documents re: FDIC Complaint | 0.80 | 100.00 |
| | DSW | Conference with Leo Sherry re: verifying the Complaint | 0.40 | 50.00 |
| | DSW | Review and signing of documents | 0.50 | 62.50 |
| | DSW | to Federal Court filing new Complaint; obtaining temporary restraining order; letter to Taylor | 1.00 | 125.00 |
| | DSW | Phone calls re: Judge Haggerty decision | 0.80 | 100.00 |
| 06/18/2002 | DSW | Call with Duhl re: deposition in Chicago | 0.20 | 25.00 |
| | DSW | Researching plan travel to Chicago | 0.30 | 37.50 |
| | DSW | Attempt to reach Taylor | 0.10 | 12.50 |
| | DSW | Dictate Notice of Deposition and Subpoena; arranging for service | 0.40 | 50.00 |
| | DSW | FDIC case- arranging injunction bond; numerous phone calls | 0.80 | 100.00 |
| | DSW | Call and conf. with McIntyre re: Bond | 0.30 | 37.50 |
| | DSW | Distributing injunction order | 0.20 | 25.00 |
| | DSW | Call with Lawlor | 0.10 | 12.50 |
| 06/19/2002 | | | | |
| | DSW | Calls with FDIC lawyers; Tom Buchanan; Jerry Stouck re: FDIC injunction | 1.60 | 200.00 |
| | DSW | Searching for tax attorney | 0.20 | 25.00 |
| 06/20/2002 | | | | |
| | DSW | Preparing tax information for Steve Klarquist; conf. w/ Steve | 0.80 | 100.00 |
| | DSW | FDIC case - Call with Kathryn Topping | 0.10 | 12.50 |
| | DSW | FDIC case- call from attorneys | 0.20 | 25.00 |
| | DSW | Attempt to line up tax attorney; attempts to reach Miller, Zalutsky | 0.30 | 37.50 |
| | DSW | FDIC case - Check rule 4 for service; conf. Sarah re: service | 0.20 | 25.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 06/24/2002 | DSW | FDIC case - Leave tapes for Sarah at the office | 0.10 | 12.50 |
|  | DSW | FDIC case - law library for research | 0.90 | 112.50 |
|  | DSW | Call with Mike Duhl | 0.20 | 25.00 |
|  | DSW | Call with Cathryn Topping | 0.30 | 37.50 |
|  | DSW | Editing letter to Buchanan | 0.30 | 37.50 |
|  | DSW | Call Steve Klarquist re: tax attorney/his affidavit | 0.20 | 25.00 |
|  | DSW | Conference with Connie Wold re: Duhl's conflicts problem for brief | 0.40 | 50.00 |
|  | DSW | Review local rules on preliminary injunction evidence | 0.40 | 50.00 |
|  | DSW | Review textbook of preliminary injunction evidence | 0.30 | 37.50 |
|  | DSW | Conference w/ Misty re: service of process on FDIC Corporate | 0.10 | 12.50 |
|  | DSW | Making plane reservations | 0.40 | 50.00 |
|  | DSW | Phone Tom Buchanan re: affidavit | 0.30 | 37.50 |
|  | DSW | Editing letter to clients | 0.10 | 12.50 |
|  | DSW | Editing letter to Baker | 0.10 | 12.50 |
|  | DSW | Phone call Cathryn Topping; fax to Topping | 0.30 | 37.50 |
|  | DSW | Collecting materials for Jerry Stouck meeting | 0.30 | 37.50 |
|  | DSW | Drive to Eugene airport for Stouck conference | 3.50 | 437.50 |
| 06/25/2002 | DSW | Call with Connie Wold re: research; call with Cathryn Topping (FDIC atty.) | 0.50 | 62.50 |
|  | DSW | Conference w/ Jerry Stouck | 0.20 | 25.00 |
| 06/26/2002 | DSW | Call Mike Duhl (FDIC case) | 0.20 | 25.00 |
|  | DSW | Conf. w/ Sarah re: Affidavit of Compliance and Chicago trip | 0.30 | 37.50 |
|  | DSW | Call Oregonian; letter to Oregonian business editor re: FDIC hearing | 0.40 | 50.00 |
|  | DSW | Conf. w/ Sarah re: materials for Complaince Affidavit for Judge Haggerty | 0.20 | 25.00 |
|  | DSW | Call with Peter Glade re: strategy for FDIC injunction hearing | 0.20 | 25.00 |
|  | DSW | FDIC case - prep for Chicago trip | 0.40 | 50.00 |
|  | DSW | Review of FDIC letter | 0.10 | 12.50 |
|  | DSW | Call with Jeff Manning (Oregonian Reporter) | 0.30 | 37.50 |
| 06/27/2002 | DSW | FDIC case - Affidavit of Compliance with service requirements | 0.30 | 37.50 |
|  | DSW | FDIC case - flight to Chicago review and edit Tom Buchanan Affidavit; preparation of Supplemental Brief | 2.30 | 287.50 |
|  | DSW | FDIC case - preparing for Chicago trip | 1.50 | 187.50 |
| 06/28/2002 | DSW | FDIC case - preparation of Duhl deposition; complete supplemental brief; phone calls with Tom Buchanan re Affidavit; editing Affidavit; phone calls with Sarah re: preparation of material for court | 3.50 | 437.50 |
|  | DSW | FDIC case - Duhl deposition; phone call with Tom Buchanan; review final Buchanan Affidavit; final edit of Supplemental Brief | 2.50 | 312.50 |
|  | DSW | FDIC case - to airport; travel home; phone calls with Don Hooton re: case; work on Cost Bill and Attorney Fee Petition | 7.00 | 875.00 |

| | SUBTOTAL: | [ | 76.10 | 9,512.50] |
|---|---|---|---|---|
| | Subtotal Excluding Non-Tax Hours | | 59.60 | 7,450.00 |

DW

| | | | Hours | Amount |
|---|---|---|---|---|
| 04/19/2002 | | | | |
| | DW | Preparing minutes of client meeting and discussing Federal Financial Assistance tax problems with Leo Sherry | 2.00 | 250.00 |
| 06/09/2002 | DW | Prep of Complaint against FDIC | 0.90 | 112.50 |
| 06/10/2002 | DW | re: Federal Court Complaint | 0.20 | 25.00 |
| 06/14/2002 | | | | |
| | DW | re: Federal Court Complaint against FDIC | 2.80 | 350.00 |
| 06/16/2002 | DW | FDIC suit | 4.50 | 562.50 |
| 06/21/2002 | DW | Attempt to reach Duhl; leave long message for Duhl | 0.20 | 25.00 |
| | DW | FDIC case - review Tom Buchanan letter; letter to Tom and prep. of draft affidavit for Tom | 0.50 | 62.50 |
| | DW | FDIC case - call with Cathryn Topping | 0.10 | 12.50 |
| | DW | FDIC case - calls with Topping, Jerry Stouck,Tina Terrell, Maryann DeLap (court clerk); editing proposed Order; letter to Stouck | 4.00 | 500.00 |
| | DW | Call with Jerry Stouck re strategy in FDIC case | 0.30 | 37.50 |
| | DW | Call with Jerry Stouck re: FDIC case | 0.30 | 37.50 |
| | DW | Fax letter to Mike Duhl | 0.10 | 12.50 |
| | DW | Memo to Sarah re: service of process on FDIC | 0.10 | 12.50 |
| | DW | Review letter to Buchanan | 0.10 | 12.50 |
| | DW | FDIC case - memo to Jerry Stouck; fax to him with enclosures | 0.70 | 87.50 |
| 06/27/2002 | DW | FDIC case - work on Preliminary Injunction | 5.00 | 625.00 |

|  | | | Hours | Amount |
|---|---|---|---|---|
| SUBTOTAL: | | [ | 52.20 | 6,525.00 |
| Subtotal Excluding Non-Tax Hours | | | 21.80 | 2,725.00 |

Hours    Amount

| | | Hours | Amount |
|---|---|---|---|
| For professional services rendered | | 146.40 | $17,845.50 |
| | Excluding Non-Tax Hours | 81.40 | $10,175.00 |

Additional Charges :

Costs

| Date | Description | Amount |
|---|---|---|
| 05/21/2002 | Sprint bill for conference call charges | 767.31 |
| | Final bill for preparation of Cost Bill | 25.00 |
| 06/17/2002 | US District Court Filing Fee for Complaint filed against FDIC | 150.00 |
| 06/24/2002 | One-half of Don Willner hotel bill in Eugene, OR | 58.45 |
| 06/25/2002 | LaSalle Process Servers- service fee on Mike Duhl | 82.00 |
| | Witness fee for Mike Duhl for Deposition | 40.00 |
| 06/30/2002 | Photocopy expenses | 853.60 |
| | Postage | 41.36 |
| | Transerv delivery charge dated 5/07/02 | 18.98 |
| | Transerv delivery charge dated 05/08/02 | 12.74 |
| | Transerv delivery charge dated 05/15/02 | 6.25 |
| | Delivery charges from UPS invoice dated 06/29/02 | 14.86 |
| | Delivery charges from UPS invoice dated 06/29/02 | 14.11 |
| | Delivery charges from UPS invoice dated 06/22/02 (four packages) | 59.19 |
| | Invoices from Spriggs & Hollingsworth dated 5/7/02 and 6/7/02 | 3,142.94 |
| | Long Distance Telephone Charges | 47.21 |
| 07/02/2002 | Bill from Jerry J. Young, CPA re: Benj. Franklin Trust Account | 355.00 |

SUBTOTAL:                                                                    [   5,689.00]

Total costs                                                                   $5,689.00

Total amount of this bill                                                      $23,534.50

Total Excluding Non-Tax Hours                                                 $15,864.00

WILLNER U'REN & HOOTON, LLP
Portland, OR 97204-3500

Invoice submitted to:
C. Robert Suess
260 E 38th
Eugene OR 97405

June 06, 2002

In Reference To: Benj. Franklin Savings & Loan 90-W-6054

Invoice # 10153

Professional Services

|  | Hours | Amount |
|---|---|---|
| **DSW** | | |
| 04/25/2002 DSW  Arranging material for Chicago trip | 0.20 | 25.00 |
| DSW  Collecting materials for Chicago trip | 0.50 | 62.50 |



C. Robert Suess

05/01/2002

    DSW  Review Interagency agreement; send to Jim Dunn    0.30    3

    DSW  Attempt to return David Roche's call    0.10    1

05/02/2002

    DSW  Attempt to reach Duhl; leave message    0.10    1

05/09/2002

    DSW  Attempt to reach Mike Duhl    0.10    1

05/14/2002

| | | Hours | Amount |
|---|---|---|---|
| DSW | Edit Bruce Taylor letter | 0.50 | 62.50 |
| DSW | Draft letter to Taylor | 0.30 | 37.50 |
| DSW | Call with Mike Duhl | 0.20 | 25.00 |
| DSW | Call with Bruce Taylor | 0.20 | 25.00 |
| DSW | Attempt to reach Bruce Taylor | 0.10 | 12.50 |

05/16/2002 DSW  Review and edit letter to Taylor send to Duhl and Stouck for review    0.20    25.00

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/03/2002 | DW | Call with Leo Sherry about Mike Duhl and FFA | 0.30 | 37.50 |
| | DW | Letter to Bruce Taylor (FDIC) | 0.30 | 37.50 |
| | DW | Call with Mike Duhl | 0.20 | 25.00 |
| | DW | Call with Bruce Taylor | 0.20 | 25.00 |
| | DW | Setting up conference call | 0.10 | 12.50 |
| | DW | Client call with clients | 1.50 | 187.50 |
| /06/2002 | | | | |
| | DW | Call clerk re: filing; call Hooton and Sarah | 0.50 | 62.50 |
| /10/2002 | | | | |
| | DW | Preparation, editing and sending letter to Bruce Taylor of FDIC | 0.50 | 62.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2002 | DW | Attempt to reach client; editing draft letter to Taylor with enclosures; and cover letter to Stouck | 0.30 | 37.50 |
|  | DW | Call with Mike Duhl; revising letter to Stouck | 0.30 | 37.50 |
|  | DW | Attempt to reach court clerk; call from Fred Paulsell | 0.10 | 12.50 |
|  |  |  | 0.10 | 12.50 |
|  | DW | Review letter to Bruce Taylor | 0.10 | 12.50 |

| | | Hours | Amount |
|---|---|---|---|
| SUBTOTAL: | | [ 21.50 | 2,650.00] |
| | Subtotal Excluding Non-Tax Hours | 7.30 | 912.50 |
| For professional services rendered | | 47.00 | $5,700.00 |
| Additional Charges : | Total Excluding Non-Tax Hours | 7.30 | $ 912.50 |

Costs

| | | | |
|---|---|---|---|
| 5/07/2002 | Delivery charges from UPS invoice dated 05/26/01 | | 20.50 |
| 5/31/2002 | Delivery charges from UPS invoice dated May 11, 2002 | | 85.01 |
| | Delivery charges from UPS invoice dated April 27, 2002 | | 21.37 |
| 6/05/2002 | Long Distance Telephone Charges | | 69.04 |
| | Postage | | 72.69 |
| | Photocopy expenses | | 62.60 |

| | Amount |
|---|---|
| SUBTOTAL: | [    331.21] |
| Total costs | $331.21 |
| Total amount of this bill | $6,031.21 |
| Total Excluding Non-Tax Hours | $1,243.71 |

WILLNER U'REN & HOOTON, LLP
111 SW Ne... Portland, OR 97204-3500



Invoice submitted to:
C. Robert Suess
260 E 38th
Eugene OR 97405

May 10, 2002

In Reference To: Benj. Franklin Savings & Loan 90-W-6054

Invoice # 10143

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| **CLW** |  |  |  |
| 04/24/2002 CLW | Conduct legal research re:conflicts of interest rules and opinions; re: attorney prospective expert witness M. Duhl | 2.00 | 200.00 |
| 04/25/2002 CLW | Continue legal research re: conflict of interest rules and opinions for American Bar Association and Illinois and Oregon Bar Association re: potential expert witness M. Duhl | 5.00 | 500.00 |
| SUBTOTAL: |  | [ 7.00 | 700.00] |

|  | Hours | Amoun |
|---|---|---|

| | | | Hours | Amoun |
|---|---|---|---|---|
| 04/24/2002 | DSW | Editing letter to Duhl and picking; enclosures | 0.40 | 50.00 |
| | DSW | Locating David Roche of DeLoitte and phoning him in San Jose | 0.30 | 37.50 |
| | SUBTOTAL: | | [ 42.70 | 5,337.50 |
| DW | | Subtotal Excluding Non-Tax Hours | 0.70 | 87.50 |

04/12/2002

| | | | | |
|---|---|---|---|---|
| | DW | Call with Mike Caccone of DeLoitte & Touche | 0.10 | 12.50 |
| | DW | Preparation of analysis of status of tax matter | 1.70 | 212.50 |
| | DW | Call with mike Buell of DeLoitte & Touche | 0.90 | 112.50 |
| | DW | Arranging Washington DC flight to see tax attorney | 0.20 | 25.00 |

|            |    |                                                                              | Hours | Amount    |
|------------|----|------------------------------------------------------------------------------|-------|-----------|
| 04/26/2002 | DW | Phone call with Don Hooton re: research on Duhl's potential conflict          | 0.30  | 37.50     |
|            | DW | Call Hooton re: research                                                      | 0.20  | 25.00     |
|            | DW | Call with Leo Sherry re: taxes; review of Leo's memo re: taxes                | 0.50  | 62.50     |
| 04/28/2002 | DW | To airport for trip to Chicago; prepare memo to Mike Duhl during flight       | 6.50  | 812.50    |
| 04/29/2002 |    |                                                                              |       |           |
|            | DW | Memo on conversation with Duhl                                                | 0.80  | 100.00    |
|            | DW | Prepare for Duhl meeting                                                      | 0.70  | 87.50     |

|                                  |   | Hours  | Amount     |
|----------------------------------|---|--------|------------|
| SUBTOTAL:                        | [ | 77.60  | 9,700.00]  |
| Subtotal Excluding Non-Tax Hours |   | 11.90  | 1,487.50   |

Hours    Amount

For professional services rendered                                              160.50  $18,490.00

Additional Charges :                          **Excluding Non-Tax Hours**    12.60  1,575.00

Costs

| Date | Description | Amount |
|------|-------------|--------|
| 04/26/2002 | Delivery charges from UPS invoice dated 04/06/02 to Tom Buchanan and Lloyd Scott | 28.14 |
| | Delivery charges from UPS invoice dated 04/13/02 | 72.27 |
| | Delivery charges from UPS invoice dated 04/20/02 | 79.40 |
| | Transerv Delivery charge invoice dated 03/31/02 | 4.00 |
| 05/01/2002 | Long Distance Telephone Charges | 52.15 |
| | Photocopy expenses | 11.80 |
| | Postage | 47.83 |

SUBTOTAL:                                                                  [    295.59]

Total costs                                                                    $295.59

Total amount of this bill                                                     $18,785.59

                                         **Total Excluding Non-Tax Hours**    $ 1,870.59

Don S. Willner & Associates, PC
1415 The
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

September 30, 2001

In Reference To:   Benj. Franklin Savings & Loan 90-W-6054

                   Tax Case

Invoice #10242

        Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| **DSW** | | | |
| 9/12/01 DSW Memo to staff regarding tax letter. | | 0.20 | 25.00 |
| 12/21/01 DSW Reviewing tax memos. | | 3.50 | 437.50 |
| 12/26/01 DSW Call with FDIC Attorney Igo regarding tax memos. | | 0.20 | 25.00 |
| SUBTOTAL: | [ | 3.90 | 487.50] |
| For professional services rendered | | 3.90 | $487.50 |
| Previous balance | | | $4,348.56 |
| Balance due | | | $4,836.06 |
| Previous balance of CR Seuss Tax Trust Fund | | | $4,310.35 |
| New balance of CR Seuss Tax Trust Fund | | | $4,310.35 |

Tax matters which arose before and during the U.S. Court of Federal Claims trial for which my daily time records did not differentiate tax matters from other aspects of an intense pre-trial and trial.

### 1.  The attempt to present to the Claims Court the issue of the taxability of the loan made to the Receivership from Federal Financial Assistance which was repaid with interest.

Most of this work was done by attorney Thomas Buchanan under my general supervision. He obtained extensive documents from FDIC, took lengthy depositions of two FDIC tax specialists, recruited a potential CPA witness, and presented the argument to the Court. Judge Smith rejected this evidence as not being ripe for determination by the Claims Court. My work consisted of review of FDIC documents, consultation with Mr. Buchanan and with tax attorneys, review of legal memoranda, conference with potential CPA witness, and consultation with former Benj. Franklin tax specialists, for a total of not less than 15 hours.

### 2.  The attempt to include any tax paid to the IRS as restitution damages in the Claims Court case because Federal Financial Assistance would not have been needed if Benj. Franklin had not been seized.

After rejection of the issue of taxability, we changed our approach and moved to allow evidence of this post seizure tax to be considered as restitution damages. I had primary responsibility for this issue which was presented first by extensive argument on admissibility, then through the expert testimony of economist Dr. Paul Horvitz and in final argument. My work consisted of conferences with co-counsel, court argument, meetings with Dr. Horvitz in preparation for and presenting his testimony on this and other subjects to the Court. This evidence was received by the Court but ignored in the Court's decision. I spent, not less than 20 hours on this tax issue.

### 3.  The detailed Stipulated Order about the Federal Financial Assistance Tax.

The Court and co-counsel wanted a way of memorializing in the record the statue of the tax negotiations and the fact that most of the dispute was over Federal Financial Assistance to the Receivership. Tom Buchanan, FDIC's attorney Jim Igo, and I worked on the Stipulated Order along with government attorney Jonathan Lawlor. I spent not less than 5 hours on this tax issue.

*The total of this tax related work before and during the Claims Court trial was therefore, not less than 40 hours.*

DON S. WILLNER & ASSOCIATES, PC
630 Sunnyside Road
Trout Lake, WA 98650
Tel: (509) 395-2000 / Fax: (509) 395-2939

Benj. Franklin
Total TAX hours

September 2001, May 2002-July 2005

| Hours | |
|---|---|
| 39.80 | Jul-05 |
| 30.90 | Jun-05 |
| 9.70 | May-05 |
| 31.20 | Jan-Apr 05 |
| 53.30 | Nov-Dec 04 |
| 42.50 | Sept-Oct 04 |
| 164.10 | Mar-Aug 04 |
| 95.50 | Mar 03-Mar 04 |
| 19.60 | Jan-Feb 03 |
| 15.60 | Dec-02 |
| 39.10 | Nov-02 |
| 15.60 | Oct-02 |
| 9.50 | Oct-02 |
| 30.00 | Sep-02 |
| 27.40 | Aug-02 |
| 28.30 | Jul-02 |
| 81.40 | Jun-02 |
| 7.30 | May-June 02 |
| 12.60 | Apr-02 |
| 3.90 | Sept-Dec 02 |
| 757.30 | |
| 40.00 | 1988 & 1999 estimate |
| 797.30 | Total hours for TAX only |

---

| Selection Criteria |
| --- |

Attorney (hand sele    Include: DSW; DW; JRW; RSF
Slip.Classification    Open
Client (hand select)   Include: CR Suess.Tax
Slip.Transaction Ty    2 - 2

---

| 76205 | EXP | | | DSW | | 107 | 0.50 | 53.50 |
| 2/17/03 | | | | $Telefax | | | | |
| Billed | G:10009 | 3/27/03 | | CR Suess.Tax | | | | |
| Facsimile charges for January 2003. | | | | | | | | |

| 76215 | EXP | | | DSW | | 273 | 0.20 | 54.60 |
| 2/17/03 | | | | $Photocopies | | | | |
| Billed | G:10009 | 3/27/03 | | CR Suess.Tax | | | | |
| Photocopy expenses for January 2003. | | | | | | | | |

| 76226 | EXP | | | DSW | | 61 | 0.37 | 22.57 |
| 2/17/03 | | | | $Postage | | | | |
| Billed | G:10009 | 3/27/03 | | CR Suess.Tax | | | | |
| Postage for January 2003. | | | | | | | | |

| 76508 | EXP | | | DSW | | 34 | 0.50 | 17.00 |
| 3/3/03 | | | | $Telefax | | | | |
| Billed | G:10009 | 3/27/03 | | CR Suess.Tax | | | | |
| Facsimile (February 2003). | | | | | | | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Type of Law<br>Client<br>Reference | Units<br>DNB Time<br><br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 76514<br>3/3/03<br>Billed | <br><br>G:10009 | EXP<br><br>3/27/03 | DSW<br>$Photocopies<br>CR Suess.Tax | 33 | 0.20 | 6.60 |
| Photocopy expenses (February 2003). | | | | | | |
| 76530<br>3/3/03<br>Billed | <br><br>G:10009 | EXP<br><br>3/27/03 | DSW<br>$Postage<br>CR Suess.Tax | 19 | 0.37 | 7.03 |
| Postage (February 2003). | | | | | | |
| 76540<br>3/27/03<br>Billed | <br><br>G:10206 | EXP<br><br>9/1/04 | DSW<br>$Delivery charg<br>CR Suess.Tax | 1 | 29.44 | 29.44 |
| United Parcel Service delivery to<br>Washington, DC (3/17 tax materials). | | | | | | |
| 76779<br>4/2/03<br>Billed | <br><br>G:10206 | EXP<br><br>9/1/04 | DSW<br>$delivery<br>CR Suess.Tax | 1 | 46.59 | 46.59 |
| United Parcel Service (delivery to<br>Rosemary Stewart). | | | | | | |
| 76882<br>4/8/03<br>Billed | <br><br>G:10206 | EXP<br><br>9/1/04 | DW<br>$travel<br>CR Suess.Tax | 1 | 28.00 | 28.00 |
| Taxi from DC airport to hotel (out of<br>pocket) | | | | | | |
| 76892<br>4/9/03<br>Billed | <br><br>G:10206 | EXP<br><br>9/1/04 | DW<br>$travel<br>CR Suess.Tax | 1 | 10.25 | 10.25 |
| Taxi charges regarding DC meeting with<br>tax group. | | | | | | |
| 76897<br>4/10/03<br>Billed | <br><br>G:10206 | EXP<br><br>9/1/04 | DW<br>$travel<br>CR Suess.Tax | 1 | 2.95 | 2.95 |
| Metro expense in DC. | | | | | | |
| 76893<br>4/10/03<br>Billed | <br><br>G:10206 | EXP<br><br>9/1/04 | DW<br>$travel<br>CR Suess.Tax | 1 | 5.00 | 5.00 |
| Breakfast (DC) | | | | | | |
| 76760<br>4/22/03<br>Billed | <br><br>G:10206 | EXP<br><br>9/1/04 | DSW<br>$Postage<br>CR Suess.Tax | 103 | 0.37 | 38.11 |
| Postage March 2003. | | | | | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Type of Law<br>Client<br>Reference | Units<br>DNB Time<br><br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 76761<br>4/22/03<br>Billed<br>Fax charges March 2003. | EXP<br><br>G:10206 | <br><br>9/1/04 | DSW<br>$Telefax<br>CR Suess.Tax | 283 | 0.50 | 141.50 |
| 76759<br>4/22/03<br>Billed<br>Photocopy expenses March 2003. | EXP<br><br>G:10206 | <br><br>9/1/04 | DSW<br>$Photocopies<br>CR Suess.Tax | 805 | 0.20 | 161.00 |
| 76785<br>5/7/03<br>Billed<br>United Parcel Service delivery to<br>Department of Justice. | EXP<br><br>G:10206 | <br><br>9/1/04 | DSW<br>$Delivery charg<br>CR Suess.Tax | 1 | 19.38 | 19.38 |
| 76992<br>6/2/03<br>Billed<br>Photocopy expenses May 2003. | EXP<br><br>G:10206 | <br><br>9/1/04 | DSW<br>$Photocopies<br>CR Suess.Tax | 172 | 0.20 | 34.40 |
| 76993<br>6/2/03<br>Billed<br>Postage May 2003. | EXP<br><br>G:10206 | <br><br>9/1/04 | DSW<br>$Postage<br>CR Suess.Tax | 39 | 0.37 | 14.43 |
| 76994<br>6/2/03<br>Billed<br>Facsimile charges May 2003. | EXP<br><br>G:10206 | <br><br>9/1/04 | DSW<br>$Telefax<br>CR Suess.Tax | 48 | 0.50 | 24.00 |
| 77396<br>6/25/03<br>Billed<br>United Parcel Service on 6/11/03. | EXP<br><br>G:10206 | <br><br>9/1/04 | DSW<br>$Delivery charg<br>CR Suess.Tax | 1 | 19.29 | 19.29 |
| 77394<br>6/25/03<br>Billed<br>March Visa. | EXP<br><br>G:10206 | <br><br>9/1/04 | DSW<br>$travel<br>CR Suess.Tax | 1 | 109.02 | 109.02 |
| 77395<br>6/25/03<br>Billed<br>April VISA. | EXP<br><br>G:10206 | <br><br>9/1/04 | DSW<br>$travel<br>CR Suess.Tax | 1 | 316.16 | 316.16 |
| 77518<br>7/29/03<br>Billed<br>Photocopy expenses | EXP<br><br>G:10206 | <br><br>9/1/04 | DSW<br>$Photocopies<br>CR Suess.Tax | 733 | 0.20 | 146.60 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Type of Law<br>Client<br>Reference | Units<br>DNB Time<br><br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 77899<br>9/30/03<br>Billed<br>Photocopy expenses | EXP<br><br>G:10206 | <br><br>9/1/04 | DSW<br>$Photocopies<br>CR Suess.Tax | 64 | 0.20 | 12.80 |
| 78055<br>10/1/03<br>Billed<br>Conference calls. | EXP<br><br>G:10206 | <br><br>9/1/04 | DW<br>$Long distance<br>CR Suess.Tax | 1 | 130.92 | 130.92 |
| 78006<br>10/4/03<br>Billed<br>Delivery charges from UPS invoice dated<br>10/04/03. | EXP<br><br>G:10206 | <br><br>9/1/04 | DSW<br>$delivery<br>CR Suess.Tax | 1 | 38.48 | 38.48 |
| 78047<br>10/31/03<br>Billed<br>Photocopy expenses. | EXP<br><br>G:10206 | <br><br>9/1/04 | DSW<br>$Photocopies<br>CR Suess.Tax | 124 | 0.20 | 24.80 |
| 78050<br>10/31/03<br>Billed<br>Photocopy expenses | EXP<br><br>G:10206 | <br><br>9/1/04 | DSW<br>$Photocopies<br>CR Suess.Tax | 18 | 0.20 | 3.60 |
| 79529<br>12/27/03<br>Billed<br>United Parcel Service | EXP<br><br>G:10206 | <br><br>9/1/04 | DSW<br>$Delivery charg<br>CR Suess.Tax | 1 | 173.48 | 173.48 |
| 78472<br>12/31/03<br>Billed<br>Photocopy expenses for November and<br>December. | EXP<br><br>G:10206 | <br><br>9/1/04 | DSW<br>$Photocopies<br>CR Suess.Tax | 339 | 0.20 | 67.80 |
| 78607<br>1/1/04<br>Billed<br>Delivery charges from UPS invoice dated<br>12/27/03 | EXP<br><br>G:10206 | <br><br>9/1/04 | DSW<br>$Delivery charg<br>CR Suess.Tax | 1 | 173.48 | 173.48 |
| 78636<br>1/31/04<br>Billed<br>Photocopy expenses for January | EXP<br><br>G:10206 | <br><br>9/1/04 | DSW<br>$Photocopies<br>CR Suess.Tax | 41 | 0.20 | 8.20 |
| 78619<br>2/2/04<br>Billed<br>Christy Rentz professional fee. | EXP<br><br>G:10206 | <br><br>9/1/04 | DSW<br>$Profess Fees<br>CR Suess.Tax | 1 | 140.00 | 140.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Type of Law<br>Client<br>Reference | Units<br>DNB Time<br><br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 78852 | EXP | | DSW | 1 | 104.00 | 104.00 |
| 2/23/04 | | | $Photocopies | | | |
| Billed | G:10206 | 9/1/04 | CR Suess.Tax | | | |
| Photocopy expenses. American Legal Corp. | | | | | | |
| 78845 | EXP | | DSW | 44 | 0.20 | 8.80 |
| 2/27/04 | | | $Photocopies | | | |
| Billed | G:10206 | 9/1/04 | CR Suess.Tax | | | |
| Photocopy expenses for February 2004. | | | | | | |
| 78848 | EXP | | DSW | 1 | 30.75 | 30.75 |
| 2/27/04 | | | $Postage | | | |
| Billed | G:10206 | 9/1/04 | CR Suess.Tax | | | |
| 2/25/04 postage | | | | | | |
| 79270 | EXP | | DSW | 170 | 0.20 | 34.00 |
| 3/31/04 | | | $Photocopies | | | |
| Billed | G:10207 | 9/3/04 | CR Suess.Tax | | | |
| Photocopy expenses for March 2004. | | | | | | |
| 79297 | EXP | | DSW | 1 | 51.14 | 51.14 |
| 4/14/04 | | | $delivery | | | |
| Billed | G:10207 | 9/3/04 | CR Suess.Tax | | | |
| Delivery charges from UPS invoice dated on 4/14. | | | | | | |
| 79427 | EXP | | DSW | 228 | 0.20 | 45.60 |
| 4/30/04 | | | $Photocopies | | | |
| Billed | G:10207 | 9/3/04 | CR Suess.Tax | | | |
| Photocopy expenses for April 2004. | | | | | | |
| 79481 | EXP | | DSW | 1 | 20.67 | 20.67 |
| 5/6/04 | | | $delivery | | | |
| Billed | G:10207 | 9/3/04 | CR Suess.Tax | | | |
| United Parcel Service | | | | | | |
| 79600 | EXP | | DW | 1 | 77.50 | 77.50 |
| 5/17/04 | | | $travel | | | |
| Billed | G:10207 | 9/3/04 | CR Suess.Tax | | | |
| Taxis. | | | | | | |
| 79604 | EXP | | DW | 1 | 7.50 | 7.50 |
| 5/18/04 | | | $travel | | | |
| Billed | G:10207 | 9/3/04 | CR Suess.Tax | | | |
| Taxis. | | | | | | |
| 5/18/04 | | | $travel | | | |
| Billed | G:10207 | 9/3/04 | CR Suess.Tax | | | |
| Taxis. | | | | | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Type of Law<br>Client<br>Reference | Units<br>DNB Time<br><br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 79521 | EXP | | DSW | 1 | 90.90 | 90.90 |
| 5/21/04 | | | $delivery | | | |
| Billed | G:10207 | 9/3/04 | CR Suess.Tax | | | |
| United Parcel Service. | | | | | | |
| 79478 | EXP | | DSW | 1 | 34.56 | 34.56 |
| 5/21/04 | | | $Photocopies | | | |
| Billed | G:10207 | 9/3/04 | CR Suess.Tax | | | |
| Photocopy expenses, ALC copies. | | | | | | |
| 79501 | EXP | | DSW | 1 | 1253.01 | 1253.01 |
| 5/30/04 | | | $travel | | | |
| Billed | G:10207 | 9/3/04 | CR Suess.Tax | | | |
| Washington DC trip. Airfare and Meals<br>from VISA. | | | | | | |
| 79509 | EXP | | DSW | 165 | 0.20 | 33.00 |
| 5/31/04 | | | $Photocopies | | | |
| Billed | G:10207 | 9/3/04 | CR Suess.Tax | | | |
| Photocopy expenses for May. | | | | | | |
| 79518 | EXP | | DSW | 1 | 231.25 | 231.25 |
| 6/14/04 | | | $Photocopies | | | |
| Billed | G:10207 | 9/3/04 | CR Suess.Tax | | | |
| Photocopy expenses from ALC. | | | | | | |
| 79744 | EXP | | DSW | 1 | 58.57 | 58.57 |
| 6/26/04 | | | $delivery | | | |
| Billed | G:10207 | 9/3/04 | CR Suess.Tax | | | |
| U.P.S. Ernest Fleischer. | | | | | | |
| 79831 | EXP | | DSW | 103 | 0.20 | 20.60 |
| 6/30/04 | | | $Photocopies | | | |
| Billed | G:10207 | 9/3/04 | CR Suess.Tax | | | |
| Photocopy expenses. | | | | | | |
| 79991 | EXP | | DSW | 1 | 948.20 | 948.20 |
| 7/2/04 | | | $travel | | | |
| Billed | G:10207 | 9/3/04 | CR Suess.Tax | | | |
| Second Washington DC trip. | | | | | | |
| 79827 | EXP | | DSW | 1 | 204.32 | 204.32 |
| 7/9/04 | | | $Photocopies | | | |
| Billed | G:10207 | 9/3/04 | CR Suess.Tax | | | |
| Photocopy expenses by ALC copies. | | | | | | |
| 79990 | EXP | | DSW | 1 | 20.96 | 20.96 |
| 7/15/04 | | | $delivery | | | |
| Billed | G:10207 | 9/3/04 | CR Suess.Tax | | | |
| U.P.S. Delivery. | | | | | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Type of Law<br>Client<br>Reference | Units<br>DNB Time<br><br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 79995<br>8/1/04<br>Billed<br>U.P.S. charges to Washington DC | EXP<br><br>G:10207 | <br><br>9/3/04 | DSW<br>$delivery<br>CR Suess.Tax | 1 | 41.92 | 41.92 |
| 79988<br>8/3/04<br>Billed<br>U.P.S. Delivery | EXP<br><br>G:10207 | <br><br>9/3/04 | DW<br>$delivery<br>CR Suess.Tax | 1 | 12.52 | 12.52 |
| 79994<br>8/16/04<br>Billed<br>Photocopy expenses from American Legal<br>Corp. | EXP<br><br>G:10207 | <br><br>9/3/04 | DSW<br>$Photocopies<br>CR Suess.Tax | 1 | 31.75 | 31.75 |
| 80061<br>8/17/04<br>Billed<br>Taxis. | EXP<br><br>G:10207 | <br><br>9/3/04 | DW<br>$Mileage<br>CR Suess.Tax | 12 | 0.35 | 4.20 |
| 80140<br>8/17/04<br>Billed<br>Taxi | EXP<br><br>G:10208 | <br><br>9/8/04 | DSW<br>$travel<br>CR Suess.Tax | 50 | 0.00 | 0.00 |
| 80011<br>8/17/04<br>Billed<br>U.P.S. to Washington DC | EXP<br><br>G:10207 | <br><br>9/3/04 | DSW<br>$delivery<br>CR Suess.Tax | 1 | 35.85 | 35.85 |
| 80137<br>8/18/04<br>Billed<br>Meals Washington DC | EXP<br><br>G:10208 | <br><br>9/8/04 | DSW<br>$Meals<br>CR Suess.Tax | 1 | 111.04 | 111.04 |
| 80064<br>8/18/04<br>Billed<br>Taxis. | EXP<br><br>G:10207 | <br><br>9/3/04 | DW<br>$travel<br>CR Suess.Tax | 1 | 7.00 | 7.00 |
| 80138<br>8/18/04<br>Billed<br>Meals Washington DC | EXP<br><br>G:10208 | <br><br>9/8/04 | DSW<br>$Meals<br>CR Suess.Tax | 1 | 10.00 | 10.00 |
| 80062<br>8/18/04<br>Billed<br>Taxis. | EXP<br><br>G:10207 | <br><br>9/3/04 | DW<br>$travel<br>CR Suess.Tax | 1 | 6.00 | 6.00 |