| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Type of Law<br>Client<br>Reference | Units<br>DNB Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 80141<br>8/19/04<br>Billed<br>Meals Washington DC | EXP<br>G:10208 | 9/8/04 | DSW<br>$Meals<br>CR Suess.Tax | 1 | 15.43 | 15.43 |
| 80142<br>8/19/04<br>Billed<br>Red Roof Inns, Washington DC | EXP<br>G:10208 | 9/8/04 | DSW<br>$travel<br>CR Suess.Tax | 1 | 242.72 | 242.72 |
| 80143<br>8/19/04<br>Billed<br>Taxi. | EXP<br>G:10208 | 9/8/04 | DSW<br>$travel<br>CR Suess.Tax | 1 | 52.00 | 52.00 |
| 80139<br>8/19/04<br>Billed<br>Meals Washington DC | EXP<br>G:10208 | 9/8/04 | DSW<br>$Meals<br>CR Suess.Tax | 1 | 101.35 | 101.35 |
| 80065<br>8/19/04<br>Billed<br>Taxis. | EXP<br>G:10207 | 9/3/04 | DW<br>$travel<br>CR Suess.Tax | 1 | 6.50 | 6.50 |
| 79996<br>8/20/04<br>Billed<br>Photocopy expenses-American Legal<br>Copy. | EXP<br>G:10207 | 9/3/04 | DSW<br>$Photocopies<br>CR Suess.Tax | 1 | 63.50 | 63.50 |
| 80092<br>8/31/04<br>Billed<br>Photocopy expenses. | EXP<br>G:10207 | 9/3/04 | DSW<br>$Photocopies<br>CR Suess.Tax | 76 | 0.20 | 15.20 |
| 80091<br>8/31/04<br>Billed<br>Faxes. | EXP<br>G:10207 | 9/3/04 | DSW<br>$Telefax<br>CR Suess.Tax | 16 | 0.50 | 8.00 |
| 80013<br>8/31/04<br>Billed<br>Long Distance Telephone Charges. | EXP<br>G:10207 | 9/3/04 | DSW<br>$Long distance<br>CR Suess.Tax | 1 | 25.00 | 25.00 |
| 80150<br>9/1/04<br>Billed<br>Conference call with McIntyre, Green,<br>Sherry, Baker and Willner.- Conference<br>Plus Inc. | EXP<br>G:10217 | 11/21/04 | DSW<br>$Long distance<br>CR Suess.Tax | 1 | 118.48 | 118.48 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Type of Law<br>Client<br>Reference | Units<br>DNB Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 80179<br>9/18/04<br>Billed<br>U.P.S. to Washington DC | EXP<br><br>G:10217 | <br><br>11/21/04 | DSW<br>$delivery<br>CR Suess.Tax | 1 | 63.48 | 63.48 |
| 80188<br>9/30/04<br>Billed<br>Transerv from Kathie Nelson to Don<br>Willner & Associates. | EXP<br><br>G:10217 | <br><br>11/21/04 | DSW<br>$Delivery charg<br>CR Suess.Tax | 1 | 13.42 | 13.42 |
| 80597<br>9/30/04<br>Billed<br>Photocopy expenses for September. | EXP<br><br>G:10217 | <br><br>11/21/04 | DSW<br>$Photocopies<br>CR Suess.Tax | 129 | 0.20 | 25.80 |
| 80626<br>10/19/04<br>Billed<br>Flight to Washington DC | EXP<br><br>G:10217 | <br><br>11/21/04 | DSW<br>$travel<br>CR Suess.Tax | 1 | 447.20 | 447.20 |
| 80612<br>10/22/04<br>Billed<br>U.P.S. to Sarisky. | EXP<br><br>G:10217 | <br><br>11/21/04 | DSW<br>$Postage<br>CR Suess.Tax | 1 | 21.35 | 21.35 |
| 80604<br>10/31/04<br>Billed<br>Photocopy expenses for October. | EXP<br><br>G:10217 | <br><br>11/21/04 | DSW<br>$Photocopies<br>CR Suess.Tax | 8 | 0.20 | 1.60 |
| 80775<br>11/5/04<br>Billed<br>Taxi to PDX airport, to DC hotel. | EXP<br><br>G:10218 | <br><br>1/5/05 | DW<br>$travel<br>CR Suess.Tax | 1 | 40.00 | 40.00 |
| 80779<br>11/8/04<br>Billed<br>Taxi to Rosemary office. | EXP<br><br>G:10218 | <br><br>1/5/05 | DW<br>$travel<br>CR Suess.Tax | 1 | 10.00 | 10.00 |
| 80780<br>11/8/04<br>Billed<br>Meals, lunch. | EXP<br><br>G:10218 | <br><br>1/5/05 | DW<br>$Meals<br>CR Suess.Tax | 1 | 14.00 | 14.00 |
| 80785<br>11/9/04<br>Billed<br>Mileage. | EXP<br><br>G:10218 | <br><br>1/5/05 | DW<br>$Mileage<br>CR Suess.Tax | 25 | 0.35 | 8.75 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Type of Law<br>Client<br>Reference | Units<br>DNB Time<br><br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 80964<br>11/30/04<br>Billed<br>To Washington DC | EXP<br><br>G:10218 | <br><br>1/5/05 | DSW<br>$travel<br>CR Suess.Tax | 1 | 491.67 | 491.67 |
| 80953<br>12/31/04<br>Billed<br>Photocopies November & December | EXP<br><br>G:10218 | <br><br>1/5/05 | DSW<br>Photocopy<br>CR Suess.Tax | 308 | 0.20 | 61.60 |
| 81182<br>3/9/05<br>Billed<br>Photocopies Bridge City Legal. | EXP<br><br>G:10232 | <br><br>5/3/05 | DSW<br>Photocopy<br>CR Suess.Tax | 1 | 34.20 | 34.20 |
| 82141<br>5/14/05<br>WIP<br>Hotel & Airfare on May Visa. | EXP | | DSW<br>$travel<br>CR Suess.Tax | 1 | 335.96 | 335.96 |
| 81814<br>6/16/05<br>Billed<br>Washington DC trip. Visa card expenses. | EXP<br><br>G:10241 | <br><br>6/30/05 | DSW<br>$travel<br>CR Suess.Tax | 1 | 190.04 | 190.04 |
| 81815<br>6/16/05<br>Billed<br>Taxis. | EXP<br><br>G:10241 | <br><br>6/30/05 | DSW<br>$travel<br>CR Suess.Tax | 1 | 6.00 | 6.00 |
| 81836<br>6/16/05<br>Billed<br>Air faire. | EXP<br><br>G:10241 | <br><br>6/30/05 | DSW<br>$travel<br>CR Suess.Tax | 1 | 235.42 | 235.42 |
| 81816<br>6/17/05<br>Billed<br>Taxi. | EXP<br><br>G:10241 | <br><br>6/30/05 | DSW<br>$travel<br>CR Suess.Tax | 1 | 15.00 | 15.00 |

Grand Total

| | | |
|---|---|---|
| Billable | 0.00 | |
| Unbillable | 0.00 | |
| Total | 0.00 | $8,305.26 |

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| C. ROBERT SUESS, et al., | ) | |
| | ) | No. 90-981C |
| Plaintiffs, | ) | |
| | ) | (Chief Judge Smith) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF JUDGE JAMES M. BURNS

| | |
|---|---|
| STATE OF OREGON | ) |
| | ) ss. |
| COUNTY OF MULTNOMAH | ) |

I, James M. Burns, being first duly sworn do say:

1    I am a Senior United States District Judge in the District of Oregon. I served as a Circuit Judge of the State of Oregon for Multnomah County from 1966 to March 22, 1972, when President Nixon appointed me a United States District Judge. I was Chief Judge from October 29, 1979 to October 20, 1984, and have been on senior status since November 24, 1989.

2.    I have known Don S. Willner since the early 1950's when another attorney and he handled my law practice during my service as District Attorney of Harney County, Oregon. I have presided over cases which Mr. Willner has tried, including a small part of a major class action, *Penk v. Oregon State Board of Higher Education*, which involved the rights of the faculty women of the state of Oregon. More recently, I have worked with Mr. Willner during his term is president of the United States District Court of Oregon Historical Society. Over the years I have had occasion to discuss Mr. Willner's experience, reputation and ability with my colleagues in the Oregon District Court.

3    Don Willner is an attorney of excellent experience, reputation and ability. His selection as one of the few presidents of the United States District Court of Oregon Historical Society s a measure of his wide respect among the Judges of this Court and the members of our Bar. Toward the end of the lengthy *Penk* case, I took the occasion to compliment Mr. Willner for his professionalism. He is well known for his willingness to take on complex, difficult "cause" cases where he represents small plaintiffs against large, well-financed opponents, and handles these cases with great diligence and skill.

    I am proud that Don Willner is an Oregon attorney.

_____
HONORABLE JAMES M. BURNS,
SENIOR U.S. DISTRICT JUDGE

SUBSCRIBED AND SWORN to before me this 14th day of June, 2000.

_____
NOTARY PUBLIC, STATE OF OREGON



OFFICIAL SEAL
LESLIE FREEMAN
NOTARY PUBLIC-OREGON
COMMISSION NO. 327998
MY COMMISSION EXPIRES OCT. 12, 2003

2

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

C. ROBE T SUESS, et al.,                    )
                                            )    No. 90-981C
                    Plaintiffs,             )
                                            )    (Chief Judge Smith)
v.                                          )
                                            )
THE UNI TED STATES,                         )
                                            )
                    Defendant.              )

## AFFIDAVIT OF HONORABLE BERKELEY LENT

STATE ( F OREGON           )
                           )  ss.
County c 'Marion           )

I, Berkeley Lent, being first duly sworn do depose and say:

1.   Presently, I hold the office of Senior Judge of the State of Oregon.

2.   I have been a member of the Oregon State Bar since 1950. For most of the

period from 1950 to 1953 I was an attorney for the United States of America,

assigned to the Bonneville Power Administration. From 1953 to 1971, I was

in a very active private trial practice, officing in Portland, Oregon, but trying
cases throughout the state.

3.   During that same period of time, I served in the Oregon Legislature, both House
     and then Senate, with Don S. Willner. There, he was highly respected for his
     integrity, knowledge of the law, and long hours of work. I know of no member
     of the Legislature during the period from 1957 to 1971 who was more
     knowledgeable than he about state government.

4.   From 1971 to 1977, I was a Circuit Judge of the State of Oregon for the County
     of Multnomah, Oregon's most populous county. Mr. Willner was an active trial
     lawyer during that period in both the State and Federal Courts and, as such, was
     well known and highly regarded by both bench and bar for his skills and
     integrity.

5.   From 1977 to 1988, I was a Justice of the Oregon Supreme Court, being Chief
     Justice in 1982-83, and, to my personal knowledge, Mr. Willner was higly
     regarded by the members of that court and of Oregon's intermediate appellate
     court, the Oregon Court of Appeals, for his work before those courts and, by
     reputation, for his conduct of lengthy and important work in the Federal Courts.

6.   I retired from the Oregon Supreme Court in 1988, and since that time I have
     been self-employed as an arbitrator and mediator in the States of Oregon and
     Washington. In that capacity, I am in close contact with trial lawyers many
     times per month, and this keeps me acquainted with what is going on in the trial

2

courts. I know that Mr. Willner continues to enjoy the esteem of his fellow professionals.

7. Over the years, Mr. Willner has been noted for his skill in the championship of the disadvantaged and in the cause of difficult quests.

8. I agree with the sentiment of my friend, Senior United States District Judge M. Burns, that "I am proud that Don Willner is an Oregon attorney."

HONORABLE BERKELY LENT
OREGON SENIOR JUDGE

SUBSCRIBED AND SWORN to before me this ___25___ day of July, 2000.

NOTARY PUBLIC, STATE OF OREGON

OFFICIAL SEAL
DIANA HALL
NOTARY PUBLIC - OREGON
COMMISSION NO. 063107
MY COMMISSION EXPIRES MAR. 24, 2001

3

Federal Deposit Insurance Corporation as Receiver for:   )
Benj. Franklin Savings & Loan Association   )
Portland, Oregon   )

## DECLARATION OF JOHN C. MILLIAN

1.    I am a partner in the law firm of Gibson, Dunn & Crutcher LLP. I have practiced law for 21 years, of which the past 19 years has been in the District of Columbia. I am admitted to practice in the District of Columbia, California (inactive), Washington State (inactive), before the U.S. Supreme Court, and before numerous other federal courts. I provide this declaration at the request of Don S. Willner, Esq., who I understand has submitted a petition for an award of attorneys' fees in the above-referenced matter.

2.    I have not made any study of legal rates, but I am generally familiar with fees charged for lead counsel work by Washington-based and national law firms in complex, federal litigation in the District of Columbia. An hourly rate of $525 would be reasonable and not out of line for such lead counsel work.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 28, 2005.

_____
JOHN C. MILLIAN

70326945_1.DOC

**Federal Deposit Insurance Corporation as Receiver for:**
Case 1:06-cv-01120-EGS nkliDocument 13-10s &Filed 02/02/2007 Page 10 of 26
**Portland, Oregon**

---

## DECLARATION OF MELVIN GARBOW
## IN CONNECTION WITH ATTORNEY FEE PETITION OF DON S. WILLNER

I, Melvin Garbow, being first duly sworn, do say:

1. I have practiced law for 45 years and am a partner in the Washington, D.C. law firm of Arnold & Porter. I frequently have been lead counsel for complex Federal litigation in the District of Columbia.

2. I and other members of my law firm have known Don Willner since the start of the "Winstar" litigation in 1990.

3. In connection with this pending fee application, Mr. Willner has requested that I provide an affidavit concerning attorneys' fees.

4. An hourly rate of $525 per hour would be well within the fees charged by Arnold & Porter for a lead counsel role in complex Federal litigation in the District of Columbia.

Signed in Washington, D.C. on August 26, 2005.

_____
Melvin Garbow

DISTRICT OF COLUMBIA )
                              ) ss
CITY OF WASHINGTON    )

Subscribed, sworn to and acknowledged before me by MELVIN C. GARBOW,

this 26th day of August, 2005.

(SEAL)

_____
Notary Public

My Commission Expires: _____
                            My Commission Expires
                              May 31, 2009

Federal Deposit Insurance Corporation as Receiver for:
Benj. Franklin Savings & Loan Association
Portland, Oregon

## DECLARATION OF CHARLES J. COOPER

1.  I am the founding partner of the Washington, D.C. law firm of Cooper &
Kirk, PLLC. I have been practicing law for 26 years. I have experience as lead counsel in
complex litigation in Washington, D.C. and in federal courts throughout the country.

2.  I have known Don Wilner since the start of the *Winstar* litigation in the
early 1990's. At Mr. Wilner's request I am providing this affidavit in connection with his
pending fee application in the above-referenced case.

3.  Based on my general familiarity with fees charged by Washington, D.C.
firms in complex federal litigation, an hourly rate of $525 is well within the range
charged by my firm and other Washington, D.C. firms for a lead counsel role in such
cases.

I declare under penalty of perjury that the foregoing is true and correct. Executed
on August 30, 2005.


Charles J. Cooper

DISTRICT OF COLUMBIA
CITY OF WASHINGTON

Subscribed, sworn to and acknowledged before me by CHARLES J. COOPER,

this 30th day of August, 2005.

(Seal)

Notary Public

My Commission Expires: _August 14, 2010_

Federal Deposit Insurance Corporation as Receiver for:
Benj. Franklin Federal Savings & Loan Association
Portland, Oregon

## DECLARATION OF DAVID B. MARKOWITZ
## IN SUPPORT OF FEE APPLICATION OF DON S. WILLNER

I, David B. Markowitz, declare under penalty of perjury under the laws of the
United States and the State of Oregon that the following is true and correct.

I am an attorney engaged in the full time commercial litigation practice in
Portland, Oregon. I have been in litigation practice since 1974, limiting my practice to
commercial litigation during the last 20 years. I am admitted to the Oregon State Bar,
United States District Court for the District of Oregon, Ninth Circuit Court of Appeals,
and the United States Supreme Court. I am a Fellow of the American College of Trial
Lawyers and have been listed for over ten years in the Best Lawyer's in America in the
field of commercial litigation.

I am very familiar with prevailing billing rates for commercial litigators who
practice in Portland, Oregon. For approximately 20 years I have worked on numerous
matters involving attorney fees issues, often as an expert witness, mediator, or arbitrator.
I have presented live testimony or supplied declarations on scores of occasions over the
last 20 years.

In March of 2002, another attorney and I commissioned a Portland CPA to
conduct a survey of commercial litigation attorney fees rates in Portland, Oregon. I was
concerned that there was a lack of market data to use in resolving attorney fee issues.
The survey was successfully completed and the results were published to participating
firms in October, 2002. In early 2004, the survey was updated and the results were
distributed in October, 2004. The 2004 survey reflects the most current, reliable
information regarding commercial litigation attorney fee rates in Portland, Oregon.

According to our survey of commercial litigation fees, the average hourly rate of

the 15 attorneys with the highest hourly rates for commercial litigators was $406 per

hour. Based on this data, and my other observations of billing rates, it is my opinion that

$400 per hour is the prevailing average rate for the top litigators who handle complex

civil litigation. I have some observations that these rates have increased during 2005, but

I do not have sufficient data to allow me to express an opinion on the exact level of

current rates. I have observed, for example, that N. Robert Stoll of Stoll Stoll Berne

Lokting & Schlachter, a highly-qualified plaintiff's class action commercial litigator in

Portland, has a 2005 billing rate of $450 per hour.

I am personally familiar with Don Willner, having worked with him and observed

his work on several occasions. I referred the class representative in this case to Mr.

Willner because of my belief that he was the most qualified plaintiff's class action

litigator in the city of Portland who would be willing to undertake the Benjamin Franklin

Savings & Loan litigation. I have assisted with discreet matters relating to this case and I

have observed the consistent high quality of his work. In my opinion, Don Willner

should be considered with the very best commercial litigators in Portland when setting an

appropriate billing rate. In my judgment, if Mr. Willner's rate is to be set based upon

Portland's standards, his rate should be set at $400 per hour.

David B. Markowitz

96497

Professional Service Partners

CORPORATE HEADQUA
1201 MARKET STREET • SUI
WILMINGTON, DELAWARE

TELEPHONE 302 98
FAX 302 98
www.siegfriedgrou

SUBSID
SIEGFRIED & SCHIEFFE
CPA S

SIEGFRIED RESOURCE
Accounting & Financial Profes

SIEGFRIED CONSULTIN
Strategic A

Don S. Willner Associates, PC
630 Sunnyside Road
Trout Lake, WA 98650

Date:      07/31/2005
Client No: 00071

FEE BILLING FOR PROFESSIONAL TAX/CONSULTING SERVICES RENDERED from October 1, 2002 through December 6, 2004 with respect to the Benj. Franklin Fund per our engagement letter.

Services provided by:

WHS   William H. Schieffer, CPA, MT
      President & COO

RBC   Randi B. Cohn, JD, LLM, CPA
      Tax Manager

Fees are billed at an hourly rate based on the actual hours worked by the different level personnel at standard rates applicable to each.

Fees for services

| | | Hours | Rate | Total | Discount | | Amount Billed | Detail |
|---|---|---|---|---|---|---|---|---|
| RBC | 01-Oct-02 | 3.2 | 200 | $640.00 | ($93.67) | S | 546.33 | Review case files to analyze 1990 filings for Benj franklin fund- and ffa loan money received and reported on tax return. |
| RBC | 02-Oct-02 | 4 | 200 | $800.00 | ($47.90) | S | 752.10 | Analyze back years re 1990 filing and amended returns and draft memo re results. |
| RBC | 03-Oct-02 | 1.5 | 200 | $300.00 | ($17.96) | S | 282.04 | Memo re Benj Franklin Fund |
| WHS | 07-Oct-02 | 1.5 | 275 | $412.50 | ($60.37) | S | 352.13 | regarding benj. franklin matter. review randi's memo and conclusion of revised 1990, effect on nol cb and cf. discuss same with d willner and g hindes. |
| RBC | 07-Oct-02 | 0.6 | 200 | $120.00 | ($7.19) | S | 112.81 | Benj Franklin Fund- 1990 issue |
| WHS | 14-Oct-02 | 1.3 | 275 | $357.50 | ($52.32) | S | 305.18 | review latest documents from willner, conf call with willner, ernie, and rosemary to discuss return positions, review also the goodwill loss from 1990. |
| RBC | 14-Oct-02 | 2.3 | 200 | $460.00 | ($27.54) | S | 432.46 | Benj Franklin Fund- Review transcripts and old returns for ffa funding issue. |
| RBC | 14-Oct-02 | 0.7 | 200 | $140.00 | ($8.38) | S | 131.62 | Benj Franklin Fund- conference call with client. |
| RBC | 15-Oct-02 | 1.4 | 200 | $280.00 | ($16.77) | S | 263.23 | benj franklin fund- read through depositions for information on goodwill write off |
| RBC | 17-Oct-02 | 0.8 | 200 | $160.00 | ($9.58) | S | 150.42 | Benj Franklin Fund- review new info that came in; Phone discussion with Don Willner. |
| RBC | 18-Oct-02 | 3.4 | 200 | $680.00 | ($40.72) | S | 639.28 | Benj Franklin Fund- Read through depositions and documents sent by attorney re failed Thrift and treatment of FFA Income. |
| WHS | 21-Oct-02 | 1 | 275 | $275.00 | ($40.25) | S | 234.75 | tc with willner, fleischer re ffa nd goodwill write off. develop to do list of what needs to be done. |
| RBC | 21-Oct-02 | 1 | 200 | $200.00 | ($11.98) | S | 188.02 | Benj Franklin Fund- conference call with Don Willner and Ernie Fleischer. |
| RBC | 21-Oct-02 | 4 | 200 | $800.00 | ($47.90) | S | 752.10 | Benj Franklin Fund- Preparation of schedule re tax consequences of changing 1990 tax return. |
| WHS | 22-Oct-02 | 0.5 | 275 | $137.50 | ($20.12) | S | 117.38 | review computations of amt tax, and interest with randi |
| RBC | 22-Oct-02 | 0.5 | 200 | $100.00 | ($5.99) | S | 94.01 | Benj Franklin Fund- Send email re potential tax liabilities- respond to various emails re tax liabilities. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| RBC | 22-Oct-02 | 0.2 | 200 | $40.00 | ($5.85) | S | 34.15 | Benj Franklin- Discussion re potential tax liabilities for years 1991-1995. |
| RBC | 23-Oct-02 | 0.5 | 200 | $100.00 | ($5.99) | S | 94.01 | Benj franklin- review possible staged interest based on question by attorney. |
| RBC | 23-Oct-02 | 1 | 200 | $200.00 | ($11.98) | S | 188.02 | Benj Franklin- Read case sent by attorney re deductibility of goodwill. |
| WHS | 24-Oct-02 | 0.5 | 275 | $137.50 | ($20.12) | S | 117.38 | discuss the asset write off with randi, review 95 thru 01 returns, respond to g hindes e mail |
| RBC | 24-Oct-02 | 3.5 | 200 | $700.00 | ($41.92) | S | 658.08 | Benj Franklin Fund- revise analysis of tax returns to include correct interest rates and to include later year tax returns. |
| RBC | 25-Oct-02 | 3.5 | 200 | $700.00 | ($41.92) | S | 658.08 | Benj Franklin Fund- finish analysis and discussion with attorney. |
| WHS | 28-Oct-02 | 0.8 | 275 | $220.00 | ($32.20) | S | 187.80 | review grid, tc call with ernie, rose mary, don, randi and gary to discuss case. |
| RBC | 28-Oct-02 | 0.4 | 200 | $80.00 | ($4.79) | S | 75.21 | Benj Franklin Fund- Review Ernie's memo. |
| RBC | 28-Oct-02 | 1.3 | 200 | $260.00 | ($15.57) | S | 244.43 | Benj Franklin Fund- ffa issues |
| RBC | 28-Oct-02 | 1 | 200 | $200.00 | ($11.97) | S | 188.03 | Benj Franklin Fund- Conference call |
| WHS | 31-Oct-02 | 0.5 | 275 | $137.50 | ($20.12) | S | 117.38 | review letter from willner, respond |
| RBC | 31-Oct-02 | 0.4 | 200 | $80.00 | ($11.71) | S | 68.29 | Fallen Angels- Review Ernie Fleischer's position memo. |
| RBC | 01-Nov-02 | 0.6 | 200 | $120.00 | ($17.56) | S | 102.44 | Benj Franklin Fund- Discussion w/attorney; Review latest draft of memorandum. |
| WHS | 04-Nov-02 | 0.8 | 275 | $220.00 | ($32.20) | S | 187.80 | preview final and go to dept of justice, tc with all parties. |
| RBC | 04-Nov-02 | 2 | 200 | $400.00 | ($58.54) | S | 341.46 | Benj Franklin Fund- Fax to Gary Hindes; Review Docs sent by Don Willner (exhibits); conference call with all parties involved. |
| RBC | 04-Nov-02 | 0.3 | 200 | $60.00 | ($8.78) | S | 51.22 | Benj Franklin Fund- Review final draft of Memo to DOJ and FDIC. |
| RBC | 06-Nov-02 | 0.5 | 200 | $100.00 | ($14.64) | S | 85.36 | Benj Franklin- coordinate conference call; review info from FDIC and government. |
| WHS | 07-Nov-02 | 0.8 | 275 | $220.00 | ($32.20) | S | 187.80 | read fdic and irs pleadings, understand their computations, discuss with randi the side by side differences. |
| RBC | 07-Nov-02 | 0.6 | 200 | $120.00 | ($17.56) | S | 102.44 | Benj Frank Fund- Mtg w/Bill to discuss info received by govt |
| RBC | 07-Nov-02 | 3.8 | 200 | $760.00 | ($111.23) | S | 648.77 | Benj Franklin fund- Review govt position- schedule out differences in each parties calculations. |
| RBC | 08-Nov-02 | 0.8 | 200 | $160.00 | ($23.42) | S | 136.58 | Benj Franklin Fund- Conference Call |
| RBC | 08-Nov-02 | 3.7 | 200 | $740.00 | ($108.31) | S | 631.69 | Benj Franklin Fund- Update spreadsheets comparing IRS and FDIC positions to our position. |
| WHS | 11-Nov-02 | 0.5 | 275 | $137.50 | ($20.12) | S | 117.38 | review randi's spreadsheet of with and without nol and comparison to fdic and irs positions |
| WHS | 12-Nov-02 | 0.3 | 275 | $82.50 | ($12.07) | S | 70.43 | review randi's summary sheet. |
| RBC | 12-Nov-02 | 2.8 | 200 | $560.00 | ($81.96) | S | 478.04 | Benj Franklin Fund- Conference Call; Prepare exhibit for FDIC and IRS; Discussions |
| RBC | 13-Nov-02 | 1.5 | 200 | $300.00 | ($43.91) | S | 256.09 | Benj Frank Fund- discussions with ernie and don and revisions to schedule |
| RBC | 18-Nov-02 | 6 | 200 | $1,200.00 | ($175.63) | S | 1,024.37 | Conference with FDIC in DC (1.5 hour travel) |
| RBC | 18-Nov-02 | 1.5 | 200 | $300.00 | ($43.91) | S | 256.09 | Benj Franklin Fund- gather and organize documents/file to take to conference in DC |
| RBC | 19-Nov-02 | 9 | 200 | $1,800.00 | ($263.45) | S | 1,536.55 | Benj Franklin Fund- Conference with FDIC and DOJ in Washington DC (1.5 hour travel) |
| RBC | 20-Nov-02 | 2.3 | 200 | $460.00 | ($67.33) | S | 392.67 | Benj Franklin- document conference in memo |

| RBC | | | | | | | | Benj Franklin- Discussion with Ernie Fleischer and research and answer his questions re FDIC and DOJ |
|---|---|---|---|---|---|---|---|---|
| RBC | 22-Nov-02 | 3.2 | 200 | $640.00 | ($93.67) | $ | 546.33 | Benj Franklin Fund- Type up notes re conference in Washington and organize file |
| RBC | 04-Dec-02 | 1 | 200 | $200.00 | ($29.27) | $ | 170.73 | Benj Franklin Fund- Revise Spreadsheet for Department of Justice |
| RBC | 09-Dec-02 | 3.5 | 200 | $700.00 | ($102.45) | $ | 597.55 | Benj Franklin Fund- Spreadsheet for Department of Justice |
| RBC | 11-Dec-02 | 0.5 | 200 | $100.00 | ($14.64) | $ | 85.36 | Benj Franklin Fund- Review Lawyer's changes to spreadsheets |
| RBC | 12-Dec-02 | 1.4 | 200 | $280.00 | ($40.98) | $ | 239.02 | Benj Franklin Fund- work on spreadsheets for department of justice |
| RBC | 13-Dec-02 | 0.5 | 200 | $100.00 | ($14.64) | $ | 85.36 | Benj Franklin Fund- spreadsheets for DOJ- revisions |
| RBC | 20-Dec-02 | 0.2 | 200 | $40.00 | ($5.90) | $ | 34.10 | Benj Franklin Fund- Review memo sent by mitch motell re discussion with department of justice |
| RBC | 02-Jan-03 | 1 | 220 | $220.00 | $0.00 | $ | 220.00 | Benj Franklin Fund- Review spreadsheets in prep of conference call; conference call with attorneys. |
| RBC | 17-Jan-03 | 0.5 | 220 | $110.00 | $0.00 | $ | 110.00 | Benj franklin fund- conference call re next steps in negotiations with irs and fdic |
| RBC | 21-Jan-03 | 2 | 220 | $440.00 | $0.00 | $ | 440.00 | benj franklin fund- review 6 spreadsheets (revised) and update for current comments by attorneys |
| RBC | 23-Jan-03 | 0.5 | 220 | $110.00 | $0.00 | $ | 110.00 | Benj Franklin Funds- work on spreadsheets for DOJ |
| RBC | 03-Feb-03 | 5.5 | 220 | $1,210.00 | $0.00 | $ | 1,210.00 | Benj franklin fund- update 6 spreadsheets in preparation for conference call; calculation of potential interest due under all 6 scenarios for tax years 1990- 2002 |
| RBC | 04-Feb-03 | 1 | 220 | $220.00 | $0.00 | $ | 220.00 | Benj franklin fund- conference call with attorneys. |
| RBC | 14-Mar-03 | 0.6 | 220 | $132.00 | $0.00 | $ | 132.00 | prepare for conference call with attorneys (review memos and letters to fdic and doj) |
| RBC | 14-Mar-03 | 0.5 | 220 | $110.00 | $0.00 | $ | 110.00 | benj franklin fund- conf call with attorneys to discuss memo re taxability of ffa income |
| RBC | 17-Mar-03 | 1 | 220 | $220.00 | $0.00 | $ | 220.00 | Conf call with attorneys; review memorandum in prep of conference call |
| RBC | 25-Mar-03 | 0.6 | 220 | $132.00 | $0.00 | $ | 132.00 | Benj Franklin Fund- conference call |
| RBC | 03-Sep-03 | 0.5 | 220 | $110.00 | $0.00 | $ | 110.00 | Benj Franklin Fund- Rvw correspondence from attorneys sent from 6/1/03 through 9/1/03 |
| RBC | 17-Sep-03 | 1 | 220 | $220.00 | $0.00 | $ | 220.00 | Benj Franklin Fund conference call |
| RBC | 05-Jan-04 | 0.3 | 230 | $69.00 | $0.00 | $ | 69.00 | review correspondence re Benj Franklin Fund |
| RBC | 08-Jan-04 | 0.2 | 230 | $46.00 | $0.00 | $ | 46.00 | email to gary hindes re status of benj franklin fund |
| RBC | 23-Feb-04 | 0.6 | 230 | $138.00 | $0.00 | $ | 138.00 | benj franklin fund- review correspondence |
| RBC | 05-Mar-04 | 2.2 | 230 | $506.00 | $0.00 | $ | 506.00 | Benj Franklin Fund- rvw 100 pgs of DOJ correspondence in prep of conf call with attorneys; conf call with attorneys and discussions regarding next steps |
| RBC | 09-Apr-04 | 0.3 | 230 | $69.00 | $0.00 | $ | 69.00 | Benj Franklin fund conference call |
| RBC | 27-Apr-04 | 0.5 | 230 | $115.00 | $0.00 | $ | 115.00 | Benj Franklin Fund- review correspondence mailed by attorney and respond to various emails regarding possible meeting in DC. |
| RBC | 04-May-04 | 0.2 | 230 | $46.00 | $0.00 | $ | 46.00 | benj franklin- rvw email re upcoming mtg in dc |
| RBC | 14-May-04 | 0.6 | 230 | $138.00 | $0.00 | $ | 138.00 | review emAILS and correspondence re preparation for mtg with fdic |
| RBC | 05-Aug-04 | 0.4 | 230 | $92.00 | $0.00 | $ | 92.00 | Benj franklin fund- review correspondence from attorney |



| 02-Dec-04 | 0.3 | 350 | $105.00 | $0.00 | $ | 105.00 | disc with randi re settlement of benj matter |
| 02-Dec-04 | 0.5 | 230 | $115.00 | $0.00 | $ | 115.00 | mtg with bill to discuss possible settlement for benj franklin fund |
| 03-Dec-04 | 1.5 | 230 | $345.00 | $0.00 | $ | 345.00 | benj franklin fund- review notes and disc with attorney re potential settlement |
| 06-Dec-04 | 1.3 | 230 | $299.00 | $0.00 | $ | 299.00 | benj franklin fund- memo to gary hindes re settlement |

113.80

$ 21,803.93

Signature

Date  8/25/05

## ERNEST M. FLEISCHER

**Degrees received:**

1954, From Washington University
  Bachelor of Arts (with areas of concentration in
    political science and economics)
  Bachelor of Business Administration (with area of
    concentration in accounting)
  Master of Business Administration (with area of
    concentration in finance)

1959, From Harvard Law School
  Juris Doctor *magna cum laude* (with area of
    concentration in taxation)

**Designation:**

1977, From Missouri State Board of Accountancy
  Certified Public Accountant

Tax lawyer since 1959.

Listed in The Best Lawyers in America (since 2003).

Of Counsel, Blackwell Sanders Peper Martin LLP (Billing rate: $390 per hour)

Legal research concerning (1) requirement of total tax payment as requirement for refund litigation; (2) right to contest merits of tax assessment as part of tax collection litigation; (3) tax consequences of acquisition of a stock thrift by a mutual thrift; (4) effect of mitigation provisions to statutory limitations on tax assessments; (5) application of duty of consistency where position change is caused by intervening judicial decision; (6) goodwill as depreciable asset; (7) tax consequences from sale of goodwill; (8) abandonment loss for unsold goodwill; (9) requirements for cash received to be a loan for tax purposes; (10) constitutional authority to tax a loan as income; (11) tax recognition of transaction substance if form of transaction differs from its substance; (12) accrual method requirement for thrifts; and (13) applicability of tax penalties to seized entities: 90 Hours

Review of tax returns, financial reports and regulatory filings from 1982 through 2002: 30 Hours

Preparation and revisions of memoranda and letters concerning tax, interest and penalty deficiency claims and participation in discussing the merits and results of varying scenarios; structuring, reviewing and discussing varying schedules of potential tax deficiency based on success on each or a combination of each of the issues in contention: 50 Hours

Travel to and from and attendance at meetings in Washington, D.C.: 70 Hours

Total estimated hours: 240 Hours times $390 per hour, which equals $93,600.

Total estimated costs of travel to and from Washington, D.C.: $2200.

JERRY J. YOUNG
CERTIFIED PUBLIC ACCOUNTANT
SUITE 310
9400 S.W. BARNES ROAD
PORTLAND, OREGON 97225

(503) 297-8495
1-(800) 571-8495
FAX (503) 297-6910

July 22, 2005

Mr. Don S Willner
630 Sunnyside Road
Trout Lake WA 98650        VIA FAX  509-395-2939

Re: Benj. Franklin S & L

Dear Don:

From October 2004 through July 20, 2005, the following time has been spent meeting with you, preparing and reviewing my affidavit, reviewing your affidavit, preparing and mailing a list of shareholders who have contributed to the fund.

| | | |
|---|---|---|
| Jerry J Young | 7.4 hours @ 130.00 = | $962.00 |
| Staff – MR | 3.1 hours @ 48.00 = | 148.80 |
| Staff –AF | .2 hours @ 48.00 = | 9.60 |
| Staff – BY | 1.3 hours @ 28.00 = | 36.40 |
| Total | | $1,156.80 |

Please let me know if you need any additional information.

Sincerely,

Jerry J Young

**FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER
FOR BENJ. FRANKLIN SAVINGS AND LOAN ASSOCIATION**

**Portland, Oregon**

I, LEO C. SHERRY, JR., am one of the original plaintiffs as
an outgrowth of the litigation from the takeover of the Benj
Franklin Savings and Loan Association by the FDIC in 1990.

I am a lawyer. I have known Don Willner for approximately 25
years. Further I have been involved throughout the various levels
of the controversies during the entire litigation period.

I have the highest regard and respect for his work,
integrity, legal ability and his dedication to his clients.

This affidavit is furnished in connection with his pending
fee application on the settlement of matters with the FDIC. I am
not qualified to evaluate his criteria for compensation; however,
I believe he is entitled to be well compensated for the work set
forth in his petition.

I declare under penalty of perjury that the foregoing is
true and correct.

Date: August 30, 2005

## DECLARATION OF PETER H. BAKER AND DONALD H. McINTYRE
## IN SUPPORT OF FEE APPLICATION OF DON S. WILLNER

1. We declare that the following is true and correct.

2. Benj. Franklin Federal Savings and Loan of Portland, Oregon had been in business for several decades. It was seized by an agency of the Federal Government in February 1990. In 2002, a federal court held that the government had breached its contract with the Benj. Franklin.

3. Peter Baker was president of the firm of Foster, Pansell and Baker who were the largest stockholders of the Benj. Franklin and largest contributor to the Litigation Trust Fund to seek recovery for shareholders. Donald McIntyre was also a shareholder who had worked at the Benj. Franklin for 40 years and was a senior officer. He joined the Primary Plaintiff group after Mr. Foster died. Richard Green, also a member of the Primary Plaintiff group, was unable to participate due to an illness. He authorized the other members to act on his behalf.

4. Both people have worked with Mr. Willner as Primary Plaintiffs in support of the litigation for the past 15 years and have a very high regard for his ability. He coordinated and led the work of others in this complex case with excellent results.

5. We have followed his work carefully and support his petition and hourly rate of $525.00 per hour, plus contingency as approved by the court.

Executed on August 30, 2005.

PETER H. BAKER

DONALD H. McINTYRE

Federal Deposit Insurance Corporation as Receiver for:
Benj. Franklin Federal Savings & Loan Association
Portland, Oregon

---

### SUPPLEMENTAL PROOF OF CLAIM
### DON S. WILLNER & ASSOCIATES, P.C.

I, Don S. Willner, declare under penalty of perjury under the laws of the United

States and the State of Washington that the following is true and correct to the best of my

knowledge and belief.

I am submitting a Supplemental Proof of Claim of Don S. Willner & Associates,

P.C. covering August, 2005. September figures will be submitted by October 10, 2005.

I seek the sum of $525 per hour or $26,880 plus additional expenses of $335.96

for the month of August, 2005, plus a multiplier for success.

DATED this 23 day of September, 2005.

DON S. WILLNER & ASSOCIATES, P.C.

Don S. Willner, OSB# 52114
630 Sunnyside Road
Trout Lake, WA 98650
Tel: (509) 395-2000
Fax: (509) 395-2939
Email: donswillner@aol.com

Don S. Willner & Associates, PC
1415 The American Bank Building
821 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

September 05, 2005

In Reference To:    Benj. Franklin Savings & Loan 90-W-6054

                    Tax Case

Invoice # 10251

        Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **DSW** |  |  |  |  |
| 7/25/05 | DSW | Call Leo Sherry. | 0.20 | 25.00 |
|  | DSW | Attempt to reach Leo Sherry. | 0.10 | 12.50 |
|  | DSW | Edit attorney fee application. | 0.80 | 100.00 |
| 7/26/05 | DSW | To post office. | 0.20 | 25.00 |
|  | DSW | Regarding website. | 1.00 | 125.00 |
|  | DSW | Call Rosemary Stewart and Jennifer Painter. | 0.70 | 87.50 |
|  | DSW | Review Fleischer fees, fax Cohn and Fleischer to Rosemary Stewart. | 0.30 | 37.50 |
| 7/27/05 | DSW | Phone call with Rosemary Stewart regarding tax case and website; fax corrected copy to Jennifer Painter. | 0.50 | 62.50 |
|  | DSW | Call with Baker. | 0.20 | 25.00 |
|  | DSW | Editing website; call Rosemary Stewart. | 0.60 | 75.00 |
| 8/30/05 | DSW | Call with Kathy Kelley. | 0.10 | 12.50 |
|  | DSW | Conference with clients. | 5.50 | 687.50 |
| 8/31/05 | DSW | Regarding fee application. | 0.70 | 87.50 |
|  |  | **SUBTOTAL:** | [ 10.90 | 1,362.50] |
| **DW** |  |  |  |  |
| 8/1/05 | DW | Fax documents to Rosemary Stewart. | 0.10 | 12.50 |
|  | DW | Letter to Jerry Young. | 1.00 | 125.00 |
| 8/3/05 | DW | Letter to Rosemary Stewart. | 1.50 | 187.50 |
| 8/6/05 | DW | Letter to Rosemary. | 0.30 | 37.50 |
|  | DW | Letter to Jerry Young. | 0.50 | 62.50 |
|  | DW | Editing fee application. | 1.70 | 212.50 |
| 8/7/05 | DW | Arranging fax to Rosemary Stewart and Jerry Young. | 0.10 | 12.50 |