Benj. Franklin Plaintiffs                                                                Page    2

|          |     |                                                                            | Hours | Amount |
|----------|-----|----------------------------------------------------------------------------|-------|--------|
| 8/9/05   | DW  | Review of Rosemary Stewart's memo regarding attorney's fees.               | 0.40  | 50.00  |
| 8/10/05  | DW  | Call with Sarah Dresher regarding research.                                | 0.20  | 25.00  |
|          | DW  | Attempt to reach Melvin Garbow.                                            | 0.10  | 12.50  |
|          | DW  | Editing letter to Rosemary Stewart; faxing to Jennifer Painter.            | 1.10  | 137.50 |
|          | DW  | Letter to David Markowitz.                                                 | 1.00  | 125.00 |
| 8/12/05  | DW  | Prepare for phone call with Jerry Young and Rosemary Stewart; letter scheduling telephone conference. | 1.50 | 187.50 |
|          | DW  | Fax to Jerry Young.                                                        | 0.20  | 25.00  |
| 8/13/05  | DW  | Letter to clients regarding fee application.                               | 0.50  | 62.50  |
|          | DW  | Editing fee application.                                                   | 0.50  | 62.50  |
|          | DW  | Letter to Melvin Garbow regarding fee application.                         | 1.00  | 125.00 |
| 8/14/05  | DW  | Editing fee application.                                                   | 2.50  | 312.50 |
| 8/15/05  | DW  | Edit Garbow, Markowitz, and client letters; memo to Jennifer Painter; fax. | 1.00  | 125.00 |
|          | DW  | Two calls with Sarah Dresher regarding research.                           | 0.20  | 25.00  |
|          | DW  | Calls regarding obtaining final drafts from Trout Lake office.             | 0.20  | 25.00  |
| 8/16/05  | DW  | Edit letters to Markowitz, Garbow, and clients; review of legal memoranda and adding legal arguments to fee application. | 2.80 | 350.00 |
| 8/17/05  | DW  | Regarding Glinsmann of FDIC letter regarding distribution.                 | 1.20  | 150.00 |
|          | DW  | Letter to Rosemary Stewart.                                                | 0.30  | 37.50  |
| 8/19/05  | DW  | Review court case.                                                         | 0.80  | 100.00 |
|          | DW  | Call with Melvin Garbow.                                                   | 0.20  | 25.00  |
| 8/20/05  | DW  | Legal research and attorney fee application editing.                       | 1.50  | 187.50 |
| 8/21/05  | DW  | Letters to Fletcher, Rosemary Stewart, Melvin Garbow; legal research and including results in fee application. | 4.00 | 500.00 |
| 8/22/05  | DW  | Printing 5th draft of fee petition.                                        | 0.10  | 12.50  |
|          | DW  | Fax time records to Kathy Kelley.                                          | 0.10  | 12.50  |
|          | DW  | Call with Markowitz's assistant.                                           | 0.20  | 25.00  |
|          | DW  | Message for Paul Fish.                                                     | 0.10  | 12.50  |
|          | DW  | Long call with Kelby Fletcher regarding attorney fees; memo to Jennifer Painter. | 0.40 | 50.00 |
|          | DW  | Long call with Richard Gill regarding distribution and Glinsmann.          | 0.40  | 50.00  |
|          | DW  | Review letters to Melvin Garbow and Rosemary Stewart; call Jennifer Painter regarding sending letters. | 0.20 | 25.00 |
|          | DW  | Leave message for Cohn.                                                    | 0.10  | 12.50  |
|          | DW  | Call Kathy Kelley regarding accounting.                                    | 0.10  | 12.50  |
| 8/23/05  | DW  | Call Markowitz.                                                            | 0.30  | 37.50  |
|          | DW  | Looking for expert affiants.                                               | 0.90  | 112.50 |
|          | DW  | Call Kathy Kelley.                                                         | 0.10  | 12.50  |
|          | DW  | Review Kelby's suggestions for fee petition.                               | 0.80  | 100.00 |
|          | DW  | Leave message for Melvin Garbow.                                           | 0.10  | 12.50  |
| 8/24/05  | DW  | Message from Mitch Berger; call with Chuck Cooper.                         | 0.50  | 62.50  |
|          | DW  | Message for Kathy Kelley regarding back up materials.                      | 0.10  | 12.50  |
|          | DW  | Review expense totals, call with Kathy Kelley.                             | 0.20  | 25.00  |
|          | DW  | Edit declarations.                                                         | 0.40  | 50.00  |
|          | DW  | Phone call with and memo to John Millian.                                  | 0.50  | 62.50  |
|          | DW  | Editing and faxing affidavits.                                             | 0.30  | 37.50  |
|          | DW  | Letter to Chuck Cooper.                                                    | 0.40  | 50.00  |
|          | DW  | Call with Melvin Garbow.                                                   | 0.30  | 37.50  |
| 8/25/05  | DW  | Edit Rosemary Stewart's proof of claims; memo to Rosemary Stewart          | 0.50  | 62.50  |

Benj. Franklin Plaintiffs

Page 3

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 8/25/05 | DW | Call with McIntyre. | 0.40 | 50.00 |
| | DW | Edit fee petition. | 0.80 | 100.00 |
| | DW | Review Sherry fax. | 0.10 | 12.50 |
| | DW | Review Markowitz declaration. | 0.10 | 12.50 |
| | DW | Call Kathy Kelley regarding data. | 0.10 | 12.50 |
| 8/26/05 | DW | Calls with McIntyre and Baker; fax to both. | 0.80 | 100.00 |
| 8/28/05 | DW | Long letter to clients regarding pending matters. | 2.50 | 312.50 |
| 8/29/05 | DW | Delivering material to Jennifer Painter. | 0.40 | 50.00 |
| | DW | Letter to Cooper. | 0.20 | 25.00 |
| | DW | Regarding fee petition. | 0.20 | 25.00 |
| | DW | Conference with Jennifer Painter regarding packet for Gill. | 0.20 | 25.00 |
| | DW | Attempt to reach Kathy Kelley regarding material. | 0.20 | 25.00 |
| | DW | Call to Cooper's office. | 0.10 | 12.50 |
| | DW | Call to Melvin Garbow. | 0.10 | 12.50 |
| | DW | Call Jennifer Painter, final edit about letter to client. | 0.30 | 37.50 |
| | DW | Call Melvin Garbow's office. | 0.10 | 12.50 |
| | DW | Review Millian declaration. | 0.10 | 12.50 |
| | DW | Review Rosemary Stewart's memo. | 0.10 | 12.50 |
| | | SUBTOTAL: | [ 40.30 | 5,037.50 ] |

For professional services rendered       51.20   $6,400.00

Additional Charges :

DSW

| 5/14/05 | Hotel & Airfare on May Visa. | | 335.96 |
|---|---|---|---:|
| | SUBTOTAL: | [ | 335.96 ] |

Total costs        $335.96

Total amount of this bill        $6,735.96

Previous balance        $2,848.56

Balance due        $9,584.52

Federal Deposit Insurance Corporation as Receiver for:
Benj. Franklin Federal Savings & Loan Association
Portland, Oregon

#2
Supp

## SECOND SUPPLEMENTAL PROOF OF CLAIM
## DON S. WILLNER & ASSOCIATES, P.C.

I, Don S. Willner, declare under penalty of perjury under the laws of the United States and the State of Washington that the following is true and correct to the best of my knowledge and belief.

I am submitting a Supplemental Proof of Claim of Don S. Willner & Associates P.C. covering September and October, 2005. November figures will be submitted by December 10, 2005.

I seek the sum of $525 per hour or $8,137.50 for my work less $900 paid by the shareholders for the months of September and October 2005, plus additional expenses of $1,348.13, plus a multiplier for success. Also, an additional 12.95 hours of work from Sarah Drescher at $150 per hour for a total of $1,942.50. (Sarah Drescher has invested a total of 22.95 hours of work on this matter, 10 hours of which have previously been submitted, leaving a total of 12.95 hours that still need to be submitted for reimbursement.

DATED this 17th day of November, 2005.

DON S. WILLNER & ASSOCIATES, P.C.

Don S. Willner, OSB# 52114
630 Sunnyside Road
Trout Lake, WA 98650
Tel: (509) 395-2000
Fax: (509) 395-2939
Email: donswillner@aol.com

Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs


November 04, 2005

In Reference To:   Benj. Franklin Savings & Loan 90-W-6054

   Tax Case

Invoice # 10254

   Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| **DSW** | | | | |
| 9/7/05 | DSW | Phone call with Rosemary Stewart. | 0.30 | 37.50 |
|  | DSW | Call Don McIntyre. | 0.10 | 12.50 |
|  | DSW | Call with Jerry Stouck. | 0.30 | 37.50 |
|  | DSW | Attempts to reach Rosemary Stewart and Richard Gill. | 0.10 | 12.50 |
| 9/18/05 | DSW | Call Don McIntyre. | 0.10 | 12.50 |
|  | DSW | Call Richard Gill. | 0.20 | 25.00 |
| 9/20/05 | DSW | Two calls to Mike Thorne. | 0.20 | 25.00 |
| 10/5/05 | | | | |
|  | DSW | Review incoming shareholder mail. | 0.10 | 12.50 |
| 10/6/05 | | | | |
|  | DSW | Long message to Rosemary Stewart. | 0.10 | 12.50 |
|  | DSW | Letter to clients. | 0.30 | 37.50 |
|  | SUBTOTAL: | | [ 2.90 | 362.50 ] |
| **DW** | | | | |
| 9/1/05 | DW | Organizing files. | 0.30 | 37.50 |
|  | DW | Thank you letters. | 0.20 | 25.00 |
| 9/5/05 | DW | Letter to Aboussie and Gill. | 0.50 | 62.50 |
| 9/8/05 | DW | Call with Rosemary Stewart. | 0.30 | 37.50 |
|  | DW | Call with Darnstadter. | 0.70 | 87.50 |
|  | DW | Call with Dale Weight. | 0.20 | 25.00 |
|  | DW | Call with Don McIntyre. | 0.20 | 25.00 |
|  | DW | Call with Mike Thorne. | 0.40 | 50.00 |
|  | DW | Call with shareholder attorney. | 0.20 | 25.00 |

Benj. Franklin Plaintiffs                                                                 Page    2

|            |     |                                                                      | Hours | Amount   |
|------------|-----|----------------------------------------------------------------------|-------|----------|
| 9/8/05     | DW  | Leave message for Richard Gill.                                      | 0.10  | 12.50    |
| 9/9/05     | DW  | Conference with Kelby regarding fee petition.                        | 0.40  | 50.00    |
| 9/13/05    | DW  | Call Don McIntyre.                                                   | 0.10  | 12.50    |
|            | DW  | Call Richard Gill.                                                   | 0.30  | 37.50    |
| 9/14/05    | DW  | Review letter to Gill.                                               | 0.10  | 12.50    |
|            | DW  | Call Markowitz's office regarding meeting.                           | 0.10  | 12.50    |
|            | DW  | Call with Rosemary Stewart and Richard Gill, letter to Gill.         | 0.70  | 87.50    |
|            | DW  | Review Glinsmann letter, fax to Jerry Young with cover note.         | 0.10  | 12.50    |
| 9/15/05    | DW  | Airplane and hotel reservations for September 26th trip.             | 0.40  | 50.00    |
| 9/16/05    | DW  | Letter to Markowitz.                                                 | 0.20  | 25.00    |
|            | DW  | Regarding website.                                                   | 0.40  | 50.00    |
|            | DW  | Letter to Richard Gill.                                              | 0.30  | 37.50    |
| 9/20/05    | DW  | Letter to Rosemary Stewart.                                          | 0.30  | 37.50    |
| 9/21/05    | DW  | Call Jerry Young regarding form of document that goes to FDIC.       | 0.20  | 25.00    |
|            | DW  | Call Kathy Kelley regarding fee application.                         | 0.20  | 25.00    |
| 9/23/05    | DW  | Letter to Aboussie.                                                  | 0.10  | 12.50    |
|            | DW  | Call Rosemary Stewart.                                               | 0.20  | 25.00    |
|            | DW  | Edit District of Oregon report.                                      | 0.10  | 12.50    |
|            | DW  | Edit and sign supplemental fee petition.                             | 0.10  | 12.50    |
|            | DW  | Call Richard Gill regarding District of Oregon report.               | 0.20  | 25.00    |
| 9/28/05    | DW  | Richard Gill conference.                                             | 1.50  | 187.50   |
|            | DW  | To Stewart office for conference.                                    | 1.30  | 162.50   |
| 9/29/05    | DW  | Long report letter to clients and call with Jerry Young's office.    | 0.50  | 62.50    |
|            | DW  | Attempt to reach Timchuck (Senator Smith's office).                  | 0.10  | 12.50    |
|            | DW  | Letter to Richard Gill.                                              | 0.20  | 25.00    |
| 10/3/05    |     |                                                                      |       |          |
|            | DW  | Left messages for Rosemary Stewart and Jerry Young regarding claims court case. | 0.20  | 25.00    |
| 10/4/05    | DW  | Call McIntyre.                                                       | 0.20  | 25.00    |
| 10/20/05   | DW  | Review memo from Jennifer Painter.                                   | 0.10  | 12.50    |
| 10/21/05   | DW  | Regarding website and e-mail to office.                              | 0.80  | 100.00   |
|            | DW  | Letter to clients and e-mail to office.                              | 0.70  | 87.50    |
| 10/30/05   | DW  | Review Gill letter, fax to Ernie Fleischer.                          | 0.20  | 25.00    |
| 10/31/05   | DW  | Call Ernie Fleischer regarding breakdown of bill.                    | 0.30  | 37.50    |
|            | SUBTOTAL: |                                                                | 14.30 | 1,787.50 |

For professional services rendered  Total excluding Non-Tax Hours  15.50   ~~17.20~~   ~~$2,150.00~~

Additional Charges :

**DSW**

| 9/28/05 | Taxi.                                      | 14.00  |
|---------|--------------------------------------------|--------|
| 9/30/05 | September 26-28, Washington DC             | 284.80 |
|         | Meals September 26-28 Washington DC        | 148.63 |
|         | Hotel. September 26-28 Washington DC       | 402.70 |

Benj. Franklin Plaintiffs                                                             Page    3

                                                                                         Amount

10/31/05  Long Distance Telephone Charges                                                 500.00

     SUBTOTAL:                                                                         [ 1,348.13 ]

     Total costs                                                                        $1,348.13

     Total amount of this bill                                                          $3,498.13

     Previous balance                                                                   $2,848.56

10/3/05  Payment from account to Don S. Willner & Assoc.                                ($900.00)

     Total payments and adjustments                                                     ($900.00)

     Balance due                                                                        $5,446.69

**Federal Deposit Insurance Corporation as Receiver for:**
**Benj. Franklin Federal Savings & Loan Association**
**Portland, Oregon**

## THIRD SUPPLEMENTAL PROOF OF CLAIM
## DON S. WILLNER & ASSOCIATES, P.C.

I, Don S. Willner, declare under penalty of perjury under the laws of the United States and the State of Washington that the following is true and correct to the best of my knowledge and belief.

I am submitting a Third Supplemental Proof of Claim of Don S. Willner & Associates, P.C. covering November, 2005.

I seek the sum of $525 per hour or $11,760.00 for my work less $700 paid by the shareholders for the month of November, 2005, plus a multiplier for success, plus professional services of $3,206.63 submitted for payment by Jerry Young, CPA for maintenance of the shareholder data base through November 30, 2005. In addition, Jerry Young has submitted his estimated cost projections to distribute the reimbursement from the shareholder litigation fund in the amount of $3,900, which is not yet due.

Therefore, I am seeking the sum of my original Proof of Claim plus the sums of my three Supplemental Proofs of Claim for a total of $465,360 plus expenses of $13,195.98 less $101,262.00 paid by shareholders, plus a multiplier for success.

DATED this 12th day of December, 2005.

DON S. WILLNER & ASSOCIATES, P.C.

*/s/ Don Willner*

Don S. Willner, OSB# 52114
630 Sunnyside Road
Trout Lake, WA 98650
Tel: (509) 395-2000
Fax: (509) 395-2939
Email: donswillner@aol.com

Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

December 09, 2005

In Reference To:   Benj. Franklin Savings & Loan 90-W-6054

   Tax Case

Invoice #10256

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| **DSW** | | | | |
| 11/8/05 | DSW | Edit letter to clients, fax to Jennifer, review final draft. | 0.60 | 75.00 |
| 11/14/05 | DSW | Call Rosemary Stewart. | 0.30 | 37.50 |
| | DSW | Long call from shareholder. | 0.20 | 25.00 |
| | DSW | Call with Ernie Fleischer. | 0.20 | 25.00 |
| | DSW | Call with Kathy Kelley. | 0.20 | 25.00 |
| | DSW | Review fairness hearing motion, call Rosemary Stewart. | 0.30 | 37.50 |
| 11/15/05 | DSW | Two calls with Hank Damstadter. | 0.40 | 50.00 |
| 11/16/05 | DSW | Call Rosemary Stewart. | 0.30 | 37.50 |
| | DSW | Regarding fee petition, conference with Kathy Kelley. | 0.40 | 50.00 |
| | DSW | Preparation of website, edit website. | 0.80 | 100.00 |
| | DSW | Calls with Damstadter, review Attorney General Letter. | 0.40 | 50.00 |
| | DSW | Call Don McIntyre, Dale Weight, and Peter Baker. | 0.60 | 75.00 |
| | DSW | Preparation of press release notice to media, list of calls for Alison Geist, call Jennifer Painter. | 0.80 | 100.00 |
| 11/17/05 | DSW | Call with Rosemary Stewart, memos to Jennifer Painter, letter to Glenn Glinsman, call to Jennifer Painter conference with Don McIntyre, press conference regarding settlement. | 2.50 | 312.50 |
| 11/28/05 | DSW | Review material from Rosemarie. | 0.10 | 12.50 |
| | DSW | Review incoming mail. | 0.30 | 37.50 |
| | DSW | Review message from Fleischer. | 0.10 | 12.50 |
| | DSW | Call from shareholder. | 0.10 | 12.50 |
| 11/29/05 | DSW | Letter to Ernie. | 0.80 | 100.00 |
| | DSW | Review notice to shareholders. | 0.60 | 75.00 |
| | DSW | Call with Rosemary Stewart. | 0.30 | 37.50 |
| | DSW | Review incoming mail. | 0.20 | 25.00 |
| **SUBTOTAL:** | | | [ 10.50 | 1,312.50] |

Benj. Franklin Plaintiffs

Page 2

| | | | Hours | Amount |
|---|---|---|---|---|
| **DW** | | | | |
| 11/2/05 | DW | Long calls with shareholder. | 0.20 | 25.00 |
| 11/4/05 | DW | Long memo to clients. | 0.80 | 100.00 |
| | DW | Call with Darnstadter. | 0.30 | 37.50 |
| | DW | Calls with Rosemary Stewart regarding tax case. | 0.20 | 25.00 |
| | DW | Letter to Gill with enclosure. | 0.20 | 25.00 |
| 11/5/05 | DW | Letters to Fleischer, Nolsen, Henzinger and Zell. | 0.90 | 112.50 |
| | DW | Phone call with Charlie Zell. | 0.20 | 25.00 |
| 11/9/05 | DW | Leave message for Gill. | 0.10 | 12.50 |
| | DW | Leave message for Rosemary Stewart. | 0.10 | 12.50 |
| | DW | Call from Darnstadter. | 0.40 | 50.00 |
| | DW | Call Don McIntyre. | 0.20 | 25.00 |
| 11/11/05 | DW | Regarding September and October supplemental proof of claim. | 0.30 | 37.50 |
| 11/13/05 | DW | Memo to Jennifer Painter regarding supplemental fee petition. | 0.40 | 50.00 |
| 11/18/05 | DW | Review Oregonian article. | 0.10 | 12.50 |
| | DW | Letter to Gill and Aboussie. | 0.20 | 25.00 |
| | DW | Conference with Jennifer Painter. | 0.20 | 25.00 |
| | DW | Call from Dale Weight. | 0.20 | 25.00 |
| | DW | Edit letter to Gill and Aboussie, re-edit and send. | 0.40 | 50.00 |
| 11/19/05 | DW | Call with Fleischer. | 0.10 | 12.50 |
| 11/21/05 | DW | Letter to Gill. | 0.20 | 25.00 |
| | DW | Letter to Jerry Stouck. | 0.10 | 12.50 |
| | DW | Review message from Gill. | 0.10 | 12.50 |
| | DW | Call Stouck. | 0.40 | 50.00 |
| | DW | Call Rosemary Stewart. | 0.30 | 37.50 |
| | DW | Call Fleischer. | 0.10 | 12.50 |
| 11/22/05 | DW | Call from Jerry Young regarding distribution procedures. | 0.20 | 25.00 |
| | DW | Review Stouck letter. | 0.10 | 12.50 |
| | DW | Call from shareholder. | 0.20 | 25.00 |
| | DW | Review and edit fairness hearing motion. | 1.10 | 137.50 |
| 11/23/05 | DW | Review shareholder letters. | 0.10 | 12.50 |
| 11/25/05 | DW | Letter to Jerry Young. | 0.20 | 25.00 |
| | DW | Letter to four shareholders. | 0.50 | 62.50 |
| 11/27/05 | DW | Fax letter to Fleischer. | 0.20 | 25.00 |
| 11/30/05 | DW | Reviewing incoming mail. | 0.40 | 50.00 |
| | DW | Call with Jerry Young regarding database. | 0.20 | 25.00 |
| | DW | Call with Don McIntyre regarding pending matters. | 0.30 | 37.50 |
| | DW | Letter to Don McIntyre with lengthy enclosure. | 1.70 | 212.50 |
| | SUBTOTAL: | | [ 11.90 | 1,487.50] |

For professional services rendered      22.40   $2,800.00

Additional Charges :

**DSW**

| 11/30/05 | Maintenance of shareholder data base through November 30, 2005 by Jerry Young CPA. | 3,206.63 |
|---|---|---|
| | SUBTOTAL: | [ 3,206.63] |

Benj. Franklin Plaintiffs

Page 3

| | Amount |
|---|---|
| Total costs | $3,206.63 |
| Total amount of this bill | $6,006.63 |
| Previous balance | $11,846.69 |
| 11/7/05 Payment from account to Don S. Willner & Assoc. | ($700.00) |
| Total payments and adjustments | ($700.00) |
| Balance due | $17,153.32 |

JERRY J. YOUNG, CPA
9400 SW BARNES RD
SUITE 310
PORTLAND, OR 97225

BENJAMIN FRANKLIN LITIGATION
C/O DON WILLNER
630 SUNNYSIDE RD
TROUT LAKE, WA 98650

December 6, 2005

## Billing Statement

| | |
|---|---:|
| Beginning Balance | 0.00 |
| For Professional Services Rendered: | |
| Invoice #7791 | |
|   Maintenance of shareholder data base through November 30, 2005. | |
|   Preparation of data for FDIC. | 3,185.00 |
|   UPS charge for sending data to FDIC. | 21.63 |
| Current Charges | 3,206.63 |
| No Payments This Period | 0.00 |
| Amount Due This Bill | $3,206.63 |

**JERRY J. YOUNG**
CERTIFIED PUBLIC ACCOUNTANT
SUITE 310
9400 S.W. BARNES ROAD
PORTLAND, OREGON 97225

(503) 297-8495
1-(800) 571-8495
FAX (503) 297-6910

December 6, 2005

Mr. Don S Willner
630 Sunnyside Rd
Trout Lake WA 98650

Dear Don:

Enclosed is our statement for work done through November 30, 2005 maintaining the Benj. Franklin shareholder list and related work regarding the FDIC.

I am estimating that for my office to program the data base software to calculate the interest, print checks and sign checks, stuffing and mailing would be as follows:

| | |
|---|---:|
| Programming needed for interest calculation and check printing | $3,200 |
| Printing and signing checks with rubber stamp | 250 |
| Stuffing and stamping envelopes | 350 |
| Picking up supplies, delivery to post office | 100 |
| Total | $3,900 |

Based on the approximate 4,225 contributors to the litigation fund, I am estimating that the checks and envelopes will cost about $900 and postage could be an estimated $1,690 to mail each check first class at the estimated rate to go into effect early 2006.

The above numbers are estimates. It may take more checks due to printing problems, postage for return mail, and our time for programming.

I would suggest that a post office box be rented for the return mail near our office. This way we can review returned mail quickly and efficiently to make corrections and get the checks to the correct address. Time spent for this would be in addition to the above estimates and billed out at $32.00 an hour.

Please let me know if you need any additional information.

Sincerely,

*Jerry J Young*

Jerry J Young

**Federal Deposit Insurance Corporation as Receiver for:**
**Benj. Franklin Federal Savings & Loan Association**
**Portland, Oregon**

## SUMMARY OF ORIGINAL AND ALL THREE SUPPLEMENTAL PROOFS OF CLAIM FOR DON S. WILLNER & ASSOCIATES, P.C.

I, Don S. Willner, declare under penalty of perjury under the laws of the United States and the State of Washington that the following is true and correct to the best of my knowledge and belief.

1. Don S. Willner and Associates, P.C.     $377,293.98

(As set forth in the Third Supplemental Proof of Claim consisting of $465,360 fees, plus $13,195.08 expenses, less $101,362 paid by shareholders equals $377,293.98.)

2. Ernest M. Fleischer, Esq.     $91,130.34

(I attach an up-to-date detailed time record from Ernest M. Fleischer of counsel to Blackwell, Sanders, Peper, Martin LLP, broken down by calendar year which equals $91,130.34.)

3. The Siegfried Group, LLP     $21,803.93

(Including work of William H. Schieffer, CPA, MT and Randi B. Cohn, JD, LCM, CPA.)

4. Sarah Drescher, Esq.     $3,442.50

5. Jerry Young, CPA     <u>$3,206.63</u>

(This is the updated amount for Jerry Young, CPA through November 20, 2005).

**TOTAL**     $496,877.38

Summary of Original and all Three Supplemental
Proofs of Claim for Don S. Willner & Associates, P.C.
Page 1 of 2

This total tabulation is through November 30, 2005. Further work is anticipated to be done by Don S. Willner and Associates, P.C. and Jerry Young, CPA to be added prior to the Fairness Hearing.

No additional work is anticipated from Ernest M. Fleischer, The Siegfried Group, or Sarah Drescher.

DATED this 15th day of December, 2005.

DON S. WILLNER & ASSOCIATES, P.C.

*[signature]*

Don S. Willner, OSB# 52114
630 Sunnyside Road
Trout Lake, WA 98650
Tel: (509) 395-2000
Fax: (509) 395-2939
Email: donswillner@aol.com

Summary of Original and all Three Supplemental
Proofs of Claim for Don S. Willner & Associates, P.C.
Page 2 of 2

TOTAL P.01