## ERNEST M. FLEISCHER

**Degrees received:** 1954, From Washington University
  Bachelor of Arts (with areas of concentration in political science and economics)
  Bachelor of Business Administration (with area of concentration in accounting)
  Master of Business Administration (with area of concentration in finance)

  1959, From Harvard Law School
  Juris Doctor *magna cum laude* (with area of concentration in taxation)

**Designation:** 1977, From Missouri State Board of Accountancy
  Certified Public Accountant

Tax lawyer since 1959.

Listed in The Best Lawyers in America (since 2003).

Of Counsel, Blackwell Sanders Peper Martin LLP

For services rendered as set forth on the attached listings in 2002, 2003, 2004 and 2005 at my billing rate in effect for each of those years, as follows:

| Year | Hours / Rate | Amount |
|---|---|---|
| 2002: | 105.8 hours at $340 per hour | $35,972.00 |
| 2003: | 50.5 hours at $350 per hour | 17,675.00 |
| 2004: | 93.6 hours at $370 per hour | 34,632.00 |
| 2005: | 3.7 hours at $390 per hour | 1,443.00 |
| **Total** | | **$89,722.00** |

Expenses for meetings in Washington,
  D.C., as listed on attached statement    $ 1,408.34

*[signed] Ernest M. Fleischer*

**Federal Deposit Insurance Corporation as Receiver for:**
**Benj. Franklin Federal Savings & Loan Association**
**Portland, Oregon**

## FOURTH SUPPLEMENTAL PROOF OF CLAIM
## DON S. WILLNER & ASSOCIATES, P.C.

I, Don S. Willner, declare under penalty of perjury under the laws of the United States and the State of Washington that the following is true and correct to the best of my knowledge and belief.

I am submitting a Fourth Supplemental Proof of Claim of Don S. Willner & Associates, P.C. covering December, 2005.

I seek the sum of $525 per hour or $16,012.50 for my work less $850 paid by the shareholders for the month of December, 2005, plus a multiplier for success.

Therefore, I am seeking the sum of my original Proof of Claim plus the sums of my four Supplemental Proofs of Claim for a total of $481,372.50 plus expenses of $13,195.98 less $101,875.40 paid by shareholders, plus a multiplier for success.

DATED this 3rd day of February, 2006.

DON S. WILLNER & ASSOCIATES, P.C.

Don S. Willner, OSB# 52114
630 Sunnyside Road
Trout Lake, WA 98650
Tel:  (509) 395-2000
Fax:  (509) 395-2939
Email:  donswillner@aol.com

Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

January 12, 2006

In Reference To:   Benj. Franklin Savings & Loan 90-W-60

　　　　　　　　　　Tax Case

Invoice # 10260

　　　　Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **DSW** | | | | |
| 12/22/05 | DSW | Call with Jerry Young regarding computation of interest on payment. | 0.30 | 37.50 |
|  | DSW | Call Richard Gill. | 0.30 | 37.50 |
|  | DSW | Call with Rosemary Stewart regarding interest on contributions. | 0.30 | 37.50 |
|  | SUBTOTAL: |  | [ 0.90 | 112.50 ] |
| **DW** | | | | |
| 12/1/05 | DW | Review McIntyre letter. | 0.10 | 12.50 |
|  | DW | Call Jennifer Painter. | 0.10 | 12.50 |
|  | DW | Message for Don McIntyre. | 0.10 | 12.50 |
|  | DW | Message from Rosemary Stewart. | 0.10 | 12.50 |
|  | DW | Call Rosemary Stewart. | 0.30 | 37.50 |
|  | DW | Final review of Don McIntyre material; call Jennifer Painter. | 0.20 | 25.00 |
|  | DW | Review of second draft of court motion; call Rosemary Stewart. | 0.70 | 87.50 |
|  | DW | Attempt to reach Darnstadter. | 0.10 | 12.50 |
|  | DW | Call with McIntyre. | 0.30 | 37.50 |
| 12/2/05 | DW | Call with Rosemary Stewart. | 0.30 | 37.50 |
|  | DW | Call Rosemary Stewart. | 0.30 | 37.50 |
|  | DW | Call with Jennifer Painter. | 0.10 | 12.50 |
|  | DW | Review shareholder notice. | 0.50 | 62.50 |
|  | DW | Conference with Jennifer Painter regarding pending matters. | 0.10 | 12.50 |
|  | DW | Attempt to reach Darnstadter. | 0.10 | 12.50 |
|  | DW | Two calls with McIntyre. edit letter. | 0.50 | 62.50 |
|  | DW | Call with Darnstadter. | 0.50 | 62.50 |
| 12/3/05 | DW | Letter to Richard Gill. | 0.20 | 25.00 |

Benj. Franklin Plaintiffs                                                                Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/4/05 | DW | Letters to Rosemary Stewart, Don McIntyre, Richard Gill; enclosing Fleischer letters to Jerry Young, Kathy Kelley. | 1.20 | 150.00 |
| 12/5/05 | DW | Two calls with McIntyre. | 0.30 | 37.50 |
|  | DW | Review Ernie Fleischer's time records, call with Jennifer Painter, letter to Ernie; edit letter to Gill. | 0.60 | 75.00 |
| 12/7/05 | DW | Call from shareholder. | 0.10 | 12.50 |
|  | DW | Review Jerry Young letter and computations. | 0.10 | 12.50 |
|  | DW | Letter to Phil Goldsmith. | 0.10 | 12.50 |
| 12/8/05 | DW | Attempt to reach Darnstadter. | 0.10 | 12.50 |
|  | DW | Call Jerry Stouck. | 0.30 | 37.50 |
| 12/9/05 | DW | Preparation of website. | 1.00 | 125.00 |
|  | DW | Call with Rosemary Stewart. | 0.20 | 25.00 |
|  | DW | Call with Darnstadter. | 0.70 | 87.50 |
|  | DW | Call Kathy Kelley regarding third supp. fee petition. | 0.20 | 25.00 |
|  | DW | Call Richard Gill. | 0.50 | 62.50 |
|  | DW | Review Kathy Kelley material, call Kathy Kelley. | 0.10 | 12.50 |
|  | DW | Edit website. | 0.30 | 37.50 |
| 12/12/05 | DW | Call Mike Thorne. | 0.20 | 25.00 |
|  | DW | Call Don Molen. | 0.10 | 12.50 |
|  | DW | To Jennifer Painter's to review website, sign letter to Richard Gill. | 0.60 | 75.00 |
|  | DW | Review FDIC claims procedure. | 0.30 | 37.50 |
|  | DW | Call with Jennifer Painter, long message for Rosemary Stewart. | 0.10 | 12.50 |
|  | DW | Long call from Richard Gill. | 0.50 | 62.50 |
|  | DW | Memo to Kathy Kelley and Jennifer Painter. | 0.10 | 12.50 |
|  | DW | Edit third supplemental petition; call with Kathy Kelley. | 0.60 | 75.00 |
|  | DW | Call with Fleischer. | 0.10 | 12.50 |
| 12/14/05 | DW | Preparation of summary of fee petitions. | 1.70 | 212.50 |
|  | DW | Two calls with Ernie Fleischer. | 0.30 | 37.50 |
|  | DW | Call with Rosemary Stewart. | 0.30 | 37.50 |
|  | DW | Fax letter to Fleischer. | 0.20 | 25.00 |
| 12/15/05 | DW | Call Fleischer, edit summary claim, review and sign summary claim. | 0.90 | 112.50 |
|  | DW | Calls with Jennifer Painter. | 0.10 | 12.50 |
| 12/23/05 | DW | Letter to shareholder. | 0.10 | 12.50 |
| 12/27/05 | DW | Call with Jerry Young regarding shareholder contributions. | 0.30 | 37.50 |
|  | DW | Review shareholder letters. | 0.10 | 12.50 |
| 12/28/05 | DW | Reviewing newspaper notice. | 0.30 | 37.50 |
|  | DW | Calls to Jerry Young, preparation of draft letter. | 0.70 | 87.50 |
|  | DW | Review Suess letter, calls to McIntyre, Green, Fleischer, preparation of draft letter response, arranging conference call. | 2.60 | 325.00 |
|  | DW | Calls with Thelma Anderson. | 0.30 | 37.50 |
|  | DW | Call Dale Weight. | 0.10 | 12.50 |
| 12/29/05 | DW | Calls with Kelby Fletcher regarding letter to shareholders. | 0.60 | 75.00 |
|  | DW | Review long letter sent by Richard Gill. | 0.30 | 37.50 |
|  | DW | Call Jennifer Painter regarding letterson to clerk. | 0.20 | 25.00 |
|  | DW | Call with Rosemary Stewart regarding proposed newspaper ad for shareholders. | 0.20 | 25.00 |
|  | DW | Review letter to Jerry Young, message for Renner. | 0.10 | 12.50 |
|  | DW | Conference call with clients. | 0.80 | 100.00 |
|  | DW | Two shareholder letters. | 0.20 | 25.00 |

Benj. Franklin Plaintiffs    Page 3

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/29/05 | DW | Preparation of draft newspaper notice to shareholders, letter to Rosemary Stewart. | 1.00 | 125.00 |
| | DW | Edit and send letter to Jerry Young. | 0.30 | 37.50 |
| | DW | Edit proposed client letter and fax to Jennifer Painter. | 0.80 | 100.00 |
| | DW | Letter to Jennifer Painter. | 0.10 | 12.50 |
| 12/30/05 | DW | Prepare long memo concerning Suess filing letter to Richard Gill. | 1.20 | 150.00 |
| | DW | Call with Peter Baker. | 0.20 | 25.00 |
| | DW | Review of proposed inclusion in website. | 0.10 | 12.50 |
| | DW | Preparation of letter to Richard Gill regarding Glinsman and other needed preparation work. | 0.80 | 100.00 |
| 12/31/05 | DW | Work on website; calls with Baker regarding editing. | 1.70 | 212.50 |

SUBTOTAL: [ 29.60  3,700.00]

For professional services rendered    30.50  $3,812.50

Previous balance    $17,153.32

| | | |
|---|---|---:|
| 12/14/05 | Payment from account to Don S. Willner & Assoc. | ($400.00) |
| 12/28/05 | Payment from account to Don S. Willner & Associates. | ($450.00) |

Total payments and adjustments    ($850.00)

Balance due    $20,115.82

**Federal Deposit Insurance Corporation as Receiver for:**
**Benj. Franklin Federal Savings & Loan Association**
**Portland, Oregon**

## FIFTH SUPPLEMENTAL PROOF OF CLAIM
## DON S. WILLNER & ASSOCIATES, P.C.

I, Don S. Willner, declare under penalty of perjury under the laws of the United States and the State of Washington that the following is true and correct to the best of my knowledge and belief.

I am submitting a Fifth Supplemental Proof of Claim of Don S. Willner & Associates, P.C. covering January, 2006.

I seek the sum of $525 per hour or $10,290.50 for my work, plus a multiplier for success.

Therefore, I am seeking the sum of my original Proof of Claim plus the sums of my five Supplemental Proofs of Claim for a total of $491,765.40 plus expenses of $13,340.86 less $101,925.40 paid by shareholders, plus a multiplier for success.

DATED this 13th day of March, 2006.

DON S. WILLNER & ASSOCIATES, P.C.

*[signature: Don Willner]*

Don S. Willner, OSB# 52114
630 Sunnyside Road
Trout Lake, WA 98650
Tel: (509) 395-2000
Fax: (509) 395-2939
Email: donswillner@aol.com

Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

February 20, 2006

In Reference To: Benj. Franklin Savings & Loan 90-W-6054

Tax Case

Invoice #10262

Professional Services

|   |   | | Hours | Amount |
|---|---|---|---|---|
| **DSW** | | | | |
| 1/3/06 | DSW | Edit letter to Gill. | 0.60 | 75.00 |
| 1/16/06 | DSW | Call to Peter Baker regarding strategy for future court case. | 0.50 | 62.50 |
|  | DSW | Call Jerry Young regarding data transmission. | 0.10 | 12.50 |
|  | DSW | Attempts to return call of Attorney Casteel. | 0.10 | 12.50 |
|  | SUBTOTAL: | | [ 1.30 | 162.50 |
| **DW** | | | | |
| 1/1/06 | DW | Regarding website and Suess letter, call Baker. | 1.00 | 125.00 |
| 1/2/06 | DW | Edit response to Suess letter. | 1.10 | 137.50 |
| 1/4/06 | DW | Call with shareholder Woody Mapes. | 0.20 | 25.00 |
|  | DW | Review Rosemary Stewart's memo regarding interest. | 0.10 | 12.50 |
| 1/5/06 | DW | Call Jerry Young regarding data. | 0.10 | 12.50 |
|  | DW | Call shareholder Dr. Christopher. | 0.20 | 25.00 |
|  | DW | Call Baker regarding tax case. | 0.20 | 25.00 |
| 1/6/06 | DW | Review final draft of motion and notice to shareholders, review notice to shareholders; leave message for Rosemary Stewart and Richard Gill. | 0.80 | 100.00 |
|  | DW | Call from shareholder Johnson. | 0.20 | 25.00 |
| 1/9/06 | DW | Memo to Jennifer Painter. | 0.10 | 12.50 |
|  | DW | Two calls with Rosemary Stewart, send fax. | 0.40 | 50.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 1/10/06 | DW | Call with Rosemary Stewart, review motion amendment. | 0.40 | 50.00 |
| 1/11/06 | DW | Review Rosemary Stewart material. | 0.20 | 25.00 |
| | DW | Shareholder call. | 0.10 | 12.50 |
| 1/12/06 | DW | Call with shareholder Nick Snyder. | 0.40 | 50.00 |
| | DW | Attempt to reach Rosemary Stewart, call Carol regarding FDIC Board action. | 0.10 | 12.50 |
| | DW | Call Dale Weight. | 0.30 | 37.50 |
| 1/13/06 | DW | Two calls to Rosemary Stewart. | 0.40 | 50.00 |
| 1/14/06 | DW | Preparation of website. | 0.50 | 62.50 |
| 1/17/06 | DW | Call with shareholder attorney. | 0.20 | 25.00 |
| | DW | Regarding e-mail from Rosemary Stewart. | 0.10 | 12.50 |
| 1/18/06 | DW | Review final court documents, call Kelby, call Rosemary Stewart, call Richard Gill. | 1.00 | 125.00 |
| 1/19/06 | DW | Leave message for Rosemary Stewart. | 0.10 | 12.50 |
| | DW | Calls to Jerry Young regarding shareholder list. | 0.50 | 62.50 |
| 1/20/06 | DW | Calls with Richard Gill and Rosemary Stewart regarding shareholder list and propsed court filing. | 1.20 | 150.00 |
| | DW | Calls with Jerry Young regarding shareholder list. | 0.30 | 37.50 |
| | DW | Letter to Aboussie and Richard Gill. | 0.30 | 37.50 |
| 1/23/06 | DW | Review memo from Rosemary Stewart. | 0.20 | 25.00 |
| | DW | Review and edit letter to Aboussie and Gill. | 0.30 | 37.50 |
| | DW | Review files. | 0.30 | 37.50 |
| | DW | Conference call Don Willner, Rosemary Stewart, Jerry Young. | 0.70 | 87.50 |
| | DW | Shareholder call. | 0.20 | 25.00 |
| 1/24/06 | DW | Message from Rosemary Stewart. | 0.10 | 12.50 |
| 1/25/06 | DW | Reviewing material from Rosemary Stewart regarding notices. | 0.40 | 50.00 |
| | DW | Call with Rosemary Stewart regarding tax case. | 0.30 | 37.50 |
| 1/26/06 | DW | Review files, Glinsman letter to shareholders, conference call with Rosemary Stewart and Richard Gill. | 0.40 | 50.00 |
| | DW | Call from Don McIntyre. | 0.30 | 37.50 |
| | DW | Regarding supplemental fee petition. | 0.20 | 25.00 |
| | DW | Letter to Dale Weight. | 1.40 | 175.00 |
| 1/27/06 | DW | Call Jerry Young regarding Suess request. | 0.30 | 37.50 |
| | DW | E-mails from Peter Baker. | 0.10 | 12.50 |
| | DW | Editing Dale Weight letter. | 0.20 | 25.00 |
| 1/28/06 | DW | Review correspondence. | 0.20 | 25.00 |
| 1/29/06 | DW | Letter to Richard Gill and Darnstadler. | 0.50 | 62.50 |
| 1/30/06 | DW | Review Rosemary Stewart's memo. | 0.10 | 12.50 |
| 1/31/06 | DW | Memo to Jennifer Painter. | 0.20 | 25.00 |
| | DW | Long letter to Randall. | 0.50 | 62.50 |
| | DW | Call with Dale Weight. | 0.40 | 50.00 |
| | DW | Edit Randall letter. | 0.40 | 50.00 |

SUBTOTAL: [ 18.20   2,275.00

For professional services rendered   19.60   $2,450.00

**Federal Deposit Insurance Corporation as Receiver for:**
**Benj. Franklin Federal Savings & Loan Association**
**Portland, Oregon**

## SIXTH SUPPLEMENTAL PROOF OF CLAIM
## DON S. WILLNER & ASSOCIATES, P.C.

I, Don S. Willner, declare under penalty of perjury under the laws of the United States and the State of Washington that the following is true and correct to the best of my knowledge and belief.

I am submitting a Sixth Supplemental Proof of Claim of Don S. Willner & Associates, P.C. covering February, 2006.

I seek the sum of $525 per hour or $6,930.00 for my work, plus a multiplier for success.

Therefore, I am seeking the sum of my original Proof of Claim plus the sums of my six Supplemental Proofs of Claim for a total of $498,592.50 plus expenses of $13,339.96 less $101,793.90 paid by shareholders, plus a multiplier for success.

DATED this 28th day of March, 2006.

DON S. WILLNER & ASSOCIATES, P.C.

Don S. Willner, OSB# 52114
630 Sunnyside Road
Trout Lake, WA 98650
Tel: (509) 395-2000
Fax: (509) 395-2939
Email: donswillner@aol.com

Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

March 28, 2006

In Reference To: Benj. Franklin Savings & Loan 90-W-6054

Tax Case

Invoice # 10264

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **DSW** | | | | |
| 2/21/06 | DSW | Editing FDIC letter to shareholders for website. | 0.40 | 50.00 |
| 2/22/06 | DSW | Memo to Jennifer Painter. | 0.20 | 25.00 |
| | SUBTOTAL: | | [ 0.60 | 75.00 ] |
| **DW** | | | | |
| 2/1/06 | DW | Edit Randall letter, memo to Jennifer Painter regarding letter, enclosure, and client letter. | 0.80 | 100.00 |
| | DW | Memo to Jennifer Painter about supplemental fee petition. | 0.20 | 25.00 |
| | DW | Call Dale Weight. | 0.10 | 12.50 |
| | DW | Edit Randall letter. | 0.10 | 12.50 |
| 2/2/06 | DW | Call from Richard Gill. | 0.30 | 37.50 |
| | DW | Work with Alison Geist regarding supplemental fee petition; call with Kathy Kelley. | 0.40 | 50.00 |
| | DW | Organize current files. | 0.60 | 75.00 |
| 2/3/06 | DW | Call Don McIntyre. | 0.10 | 12.50 |
| | DW | Message from Richard Gill regarding copy of motion, faxed motion. | 0.10 | 12.50 |
| | DW | Letter to Richard Gill and Fourth Supplement Fee Petition. | 0.40 | 50.00 |
| 2/4/06 | DW | Review motion and shareholder notice regarding exhibits. | 0.70 | 87.50 |
| 2/5/06 | DW | Regarding website. | 0.40 | 50.00 |
| 2/10/06 | DW | Regarding status report in Portland case, review draft, attempt to reach Richard Gill, finalize and mail. | 0.50 | 62.50 |

Benj. Franklin Plaintiffs

Page 2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 2/12/06 | DW | Letter to Richard Gill regarding schedule, fax to Gill. | 1.50 | 187.50 |
| 2/13/06 | DW | Call with Rosemary Stewart regarding scheduling, fairness hearing; call with Rosemary Stewart and Richard Gill. | 0.50 | 62.50 |
| | DW | Preparation of letter to Burke, fax to Rosemary Stewart, call with Stewart. | 1.50 | 187.50 |
| 2/14/06 | DW | Review and respond to shareholder letters. | 0.50 | 62.50 |
| 2/15/06 | DW | Review Rosemary Stewart's edit of shareholder notice. | 0.10 | 12.50 |
| 2/16/06 | DW | Edit website notice of FDIC, fax to Rosemary Stewart. | 0.30 | 37.50 |
| 2/19/06 | DW | Regarding claims court case - locating documents. | 0.20 | 25.00 |
| 2/23/06 | DW | Fifth Supplemental Proof of Claim. | 0.40 | 50.00 |
| | DW | Call Richard Gill. | 0.20 | 25.00 |
| | DW | Call Rosemary Stewart regarding tax case. | 0.30 | 37.50 |
| | DW | Call Don McIntyre. | 0.30 | 37.50 |
| | DW | Call Stouck. | 0.20 | 25.00 |
| | DW | Retainer letter to Stouck. | 0.70 | 87.50 |
| | DW | Call with Dale Weight. | 0.20 | 25.00 |
| | DW | Memo to Alison Geist. | 0.10 | 12.50 |
| 2/24/06 | DW | Organizing files. | 0.40 | 50.00 |
| | DW | Call Jennifer Painter regarding documents. | 0.20 | 25.00 |
| | DW | Organizing files. | 0.40 | 50.00 |
| 2/28/06 | DW | Call with Jennifer Painter regarding locating documents. | 0.10 | 12.50 |
| | | SUBTOTAL: | [ 12.60 | 1,575.00 ] |
| | | For professional services rendered | 13.20 | $1,650.00 |

**Federal Deposit Insurance Corporation as Receiver for:**
**Benj. Franklin Federal Savings & Loan Association**
**Portland, Oregon**

## SEVENTH SUPPLEMENTAL PROOF OF CLAIM
## DON S. WILLNER & ASSOCIATES, P.C.

I, Don S. Willner, declare under penalty of perjury under the laws of the United States and the State of Washington that the following is true and correct to the best of my knowledge and belief.

I am submitting a Seventh Supplemental Proof of Claim of Don S. Willner & Associates, P.C. covering March, April, and May, 2006.

I seek the sum of $525 per hour or $42,735.00 for my work, plus a multiplier for success.

Therefore, I am seeking the sum of my original Proof of Claim plus the sums of my seven Supplemental Proofs of Claims for a total of $541,327.50 plus expenses of $15,141.98 less $101,793.90 paid by shareholders, plus a multiplier for success.

DATED this 8th day of May, 2006.

**DON S. WILLNER & ASSOCIATES, P.C.**

_____
Don S. Willner, OSB# 52114
630 Sunnyside Road
Trout Lake, WA 98650
Tel: (509) 395-2000
Fax: (509) 395-2939
Email: donswillner@aol.com

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 3/24/2006 | DW | Regarding Fee Petition to Glinsman - review and edit Kelby's draft. | 0.80 | 100.00 |
| | DW | Pack for Trip. | 0.20 | 25.00 |
| 3/25/2006 | DW | Letter to Glinsman regarding maintenance of shareholder data base. | 0.50 | 62.50 |
| | DW | Letter to Rosemary Stewart. | 0.30 | 37.50 |
| | DW | Letter Glinsman regarding representation by Kelby Fletcher. | 0.30 | 37.50 |
| | DW | Letter to Glinsman regarding Litigation fund. | 0.90 | 112.50 |
| | DW | Memo to Jennifer Painter. | 0.30 | 37.50 |
| 3/28/2006 | DW | Editing Fee Application Documents. | 0.50 | 62.50 |
| | DW | Call with Kelby Fletcher regarding fee petition. | 0.20 | 25.00 |
| | DW | Call with Jennifer Painter regarding Fee Petition. | 0.20 | 25.00 |
| | DW | Discussion with Jennifer Painter about Fee Petition documents. | 0.50 | 62.50 |
| 3/29/2006 | DW | Calls with Rosemary Stewart and Glenn Glinsman. | 0.20 | 25.00 |
| | DW | To Jennifer Painter's regarding Fee Petition. | 0.40 | 50.00 |
| 3/30/2006 | DW | Call from Dale Weight. | 0.20 | 25.00 |
| | DW | Review Fleischer memo. | 0.10 | 12.50 |
| | DW | Call Kelby Fletcher regarding fee petition. | 0.10 | 12.50 |
| | DW | Shareholder letters. | 0.30 | 37.50 |
| 3/31/2006 | DW | Letter to co-counsel. | 0.20 | 25.00 |
| | DW | Letters to clients regarding Fairness Hearing. | 0.40 | 50.00 |
| | DW | Travel arrangements. | 0.30 | 37.50 |
| | DW | Memo to Kathy Kelley. | 0.10 | 12.50 |
| | DW | Locating typist, declarations concerning Litigation Fund and maintenance of data base for arranging typing and mailing. | 2.20 | 275.00 |
| | DW | Letter to Glinsman and Richard Gill. | 0.30 | 37.50 |
| | DW | Letter to Glinsman. | 0.20 | 25.00 |
| 4/2/2006 | DW | Dictation of shareholder letters. | 0.30 | 37.50 |
| 4/4/2006 | DW | Regarding Reconsideration brief. | 1.00 | 125.00 |
| 4/5/2006 | DW | Call Richard Gill | 0.40 | 50.00 |
| | DW | Finish Claim Court brief; memo to Jennifer Painter. | 0.70 | 87.50 |
| 4/6/2006 | DW | Review of shareholder responses. | 0.30 | 37.50 |
| | DW | To Jennifer Painter's with Benjamin Franklin memo. | 0.40 | 50.00 |
| | DW | Call with Glinsman. | 0.20 | 25.00 |
| | DW | Call from shareholder. | 0.10 | 12.50 |
| 4/19/2006 | DW | Left message for Glinsmann regarding data base. | 0.10 | 12.50 |
| | DW | Draft letter to Glinsman - call with Kelby Fletcher. | 1.50 | 187.50 |
| | DW | Call with Rosemary Stewart - review proposed court order. | 0.30 | 37.50 |
| | DW | Attempts to reach Young regarding Glinsman letter. | 0.10 | 12.50 |
| 4/20/2006 | DW | Review letter to Glinsman. | 0.10 | 12.50 |
| | DW | Call with shareholder. | 0.20 | 25.00 |
| | DW | Leave message for Kelby Fletcher regarding Glinsman letter edit. Call with Kelby Fletcher. | 0.60 | 75.00 |
| | DW | Call with Jerry Young regarding data base of shareholder data. | 0.30 | 37.50 |
| | DW | Call from shareholder. | 0.10 | 12.50 |
| 4/21/2006 | DW | Call Baker. | 0.20 | 25.00 |
| | DW | Review client letter. | 0.10 | 12.50 |
| | DW | Review incoming e-mails. | 0.20 | 25.00 |
| 4/24/2006 | DW | Call with Jerry Young; review letters from Jerry young, letter to Glinsman. Call with Jennifer Painter. | 0.90 | 112.50 |
| 4/25/2006 | DW | Messages from Peter Baker. | 0.10 | 12.50 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 4/25/2006 | DW | Call from shareholder, fax notice. | 0.20 | 25.00 |
| | DW | Completing web site - fax to Baker and McIntyre. Call Baker. | 0.40 | 50.00 |
| | DW | Call with Rosemary Stewart and Laura Palguda. | 0.30 | 37.50 |
| | DW | Calls with Don McIntyre, prep of addition to web site, left message for court clerk. | 0.50 | 62.50 |
| | DW | Review shareholder filings. Call Jerry Young. | 0.30 | 37.50 |
| 4/26/2006 | DW | Locating and faxing pages to Rosemary Stewart. | 0.10 | 12.50 |
| | DW | Call with Baker regarding Fairness hearing. | 0.30 | 37.50 |
| 4/28/2006 | DW | Call to Pamela Savant. | 0.10 | 12.50 |
| | DW | Conference with Jennifer Painter. | 0.10 | 12.50 |
| 4/29/2006 | DW | Call from Dale Weight regarding Eastern trip and Merrill Lynch Stock. | 0.20 | 25.00 |
| | DW | Calls with Don McIntyre regarding travel arrangement and Merrill Lynch. | 0.30 | 37.50 |
| 4/30/2006 | DW | Locating documents to take to Washington, D.C. | 0.70 | 87.50 |
| | DW | Calls with Don McIntyre. | 0.30 | 37.50 |
| | DW | Memo to Rosemary Stewart. | 0.80 | 100.00 |
| 5/4/2006 | DW | Calls with Rosemary Stewart, Richard Gill, Green, Baker, Dale Weight, Don McIntyre, Glinsmann, Jerry Young, Jackson (Banker). | 2.00 | 250.00 |
| | DW | Edit letter to shareholder and clients, fax to Jennifer Painter. | 0.50 | 62.50 |
| 5/5/2006 | DW | Calls with Baker, Jerry Young, letter Glinsmann. Work on report to shareholders. | 1.50 | 187.50 |
| | DW | Supplemental Fee Petition. | 0.50 | 62.50 |
| | DW | Regarding minute order of Judge Sullivan. | 0.10 | 12.50 |
| | DW | Call Kelby Fletcher regarding fee petition. | 0.30 | 37.50 |
| | DW | Filing Documents. | 0.50 | 62.50 |
| | | SUBTOTAL: | [ 46.00 | 5,750.00] |
| | | For professional services rendered | 81.40 | $10,175.00 |

Additional Charges :

DHM

| Date | Description | Amount |
|---|---|---|
| 5/1/2006 | Dale H. McIntyre airfare, hotel, taxi, & meals while in Washington, D.C. for Fairness Hearing. | 536.77 |
| | SUBTOTAL: | [ 536.77] |

DSW

| Date | Description | Amount |
|---|---|---|
| 4/22/2006 | Postage Delivery charges from UPS store | 31.44 |
| 5/1/2006 | Don S. Willner airfare, hotel, taxis, & meals while in Washington, D.C. for Fairness Hearing. | 566.44 |
| | SUBTOTAL: | [ 597.88] |

GDW

| Date | Description | Amount |
|---|---|---|
| 5/1/2006 | G. Dale Weight airfare, hotel, taxi, & meals while in Washington, D.C. for Fairness Hearing. | 667.37 |
| | SUBTOTAL: | [ 667.37] |

Benj. Franklin Plaintiffs

|  | Amount |
|---|---|
| Total costs | $1,802.02 |