IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| C. ROBERT SUESS, et al., | ) |
|     Plaintiffs, | ) No. 90-981C |
| | ) |
| | ) (Chief Judge Smith) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
|     Defendant. | ) |

AFFIDAVIT OF JUDGE JAMES M. BURNS

STATE OF OREGON        )
                      ) ss.
COUNTY OF MULTNOMAH   )

I, James M. Burns, being first duly sworn do say:

1. I am a Senior United States District Judge in the District of Oregon. I served as a Circuit Judge of the State of Oregon for Multnomah County from 1966 to March 22, 1972, when President Nixon appointed me a United States District Judge. I was Chief Judge from October 29, 1979 to October 20, 1984, and have been on senior status since November 24, 1989.

1

2.  I have known Don S. Willner since the early 1950's when another attorney and he handled my law practice during my service as District Attorney of Harney County, Oregon. I have presided over cases which Mr. Willner has tried, including a small part of a major class action, *Penk v. Oregon State Board of Higher Education*, which involved the rights of the faculty women of the state of Oregon. More recently, I have worked with Mr. Willner during his term as president of the United States District Court of Oregon Historical Society. Over the years, I have had occasion to discuss Mr. Willner's experience, reputation and ability with my colleagues in the Oregon District Court.

3.  Don Willner is an attorney of excellent experience, reputation and ability. His selection as one of the few presidents of the United States District Court of Oregon Historical Society is a measure of his wide respect among the Judges of this Court and the members of our Bar. Toward the end of the lengthy *Penk* case, I took the occasion to compliment Mr. Willner for his professionalism. He is well known for his willingness to take on complex, difficult "cause" cases where he represents small plaintiffs against large, well-financed opponents, and handles these cases with great diligence and skill.

I am proud that Don Willner is an Oregon attorney.

_____
HONORABLE JAMES M. BURNS,
SENIOR U.S. DISTRICT JUDGE

SUBSCRIBED AND SWORN to before me this 14th day of June, 2000.

_____
NOTARY PUBLIC, STATE OF OREGON



OFFICIAL SEAL
LESLIE FREEMAN
NOTARY PUBLIC-OREGON
COMMISSION NO. 327998
MY COMMISSION EXPIRES OCT. 12, 2003

2