I, G. Dale Weight, Ph.D., declare under penalty of perjury under the laws of the United States and the State of Oregon that the following is true and correct to the best of my knowledge and belief.

1.  I was Chief Executive Officer, President, and Chairman of the Board of Directors of Benj. Franklin Federal Savings & Loan Association at the time that it was seized by the government on February 21, 1990. By way of further introduction, during the time I served at Benj. Franklin, I also served as a member of the Board of Directors of the Federal Home Loan Bank of Seattle and Chairman of the Oregon State Board of Education. After Benj. Franklin was seized, I became Dean of the Atkinson Graduate School of Management at Willamette University in Salem, Oregon. I held this position until I retired.

2.  I have worked closely with the Benj. Franklin shareholder attorney, Don Willner, for almost 16 years in connection with our claim for justice for the Benj. Franklin shareholders.

3.  Before moving to Portland, I was President of the Syracuse Savings Bank, ( a billion dollar savings bank) located in Syracuse New York. Prior work experience includes officer positions with the Federal Home Loan Bank of Pittsburgh and the Federal Reserve Bank of Cleveland. In all these positions I had occasion to retain and/or work with attorneys on the east and west coasts, as well as in Washington, D.C. and other large cities.

4.      The legal work done by Mr. Willner as the Benj. Franklin attorney has been of the same high quality as other attorneys in national or super regional law firms with whom I have worked.

5.      Don Willner has the highest reputation in Oregon and Southwest Washington as an excellent attorney, and has done skillful work on behalf of the shareholders of Benj. Franklin. In my judgment, attorneys should be evaluated by the quality of their work. Their residency is a secondary matter. It would be grossly unfair for the FDIC to pay Mr. Willner, as lead counsel, a lower hourly rate than the attorneys who assisted him in the successful activities on behalf o the Benj. Franklin.

G. Dale Weight, Ph.D.

Date: June 14, 2006