Federal Deposit Insurance Corporation as Receiver for:
Benj. Franklin Federal Savings & Loan Association
Portland, Oregon

## DECLARATION OF DAVID B. MARKOWITZ
## IN SUPPORT OF FEE APPLICATION OF DON S. WILLNER

I, David B. Markowitz, declare under penalty of perjury under the laws of the United States and the State of Oregon that the following is true and correct.

I am an attorney engaged in the full time commercial litigation practice in Portland, Oregon. I have been in litigation practice since 1974, limiting my practice to commercial litigation during the last 20 years. I am admitted to the Oregon State Bar, United States District Court for the District of Oregon, Ninth Circuit Court of Appeals, and the United States Supreme Court. I am a Fellow of the American College of Trial Lawyers and have been listed for over ten years in the Best Lawyer's in America in the field of commercial litigation.

I am very familiar with prevailing billing rates for commercial litigators who practice in Portland, Oregon. For approximately 20 years I have worked on numerous matters involving attorney fees issues, often as an expert witness, mediator, or arbitrator. I have presented live testimony or supplied declarations on scores of occasions over the last 20 years.

In March of 2002, another attorney and I commissioned a Portland CPA to conduct a survey of commercial litigation attorney fees rates in Portland, Oregon. I was concerned that there was a lack of market data to use in resolving attorney fee issues. The survey was successfully completed and the results were published to participating firms in October, 2002. In early 2004, the survey was updated and the results were distributed in October, 2004. The 2004 survey reflects the most current, reliable information regarding commercial litigation attorney fee rates in Portland, Oregon.

According to our survey of commercial litigation fees, the average hourly rate of the 15 attorneys with the highest hourly rates for commercial litigators was $406 per hour. Based on this data, and my other observations of billing rates, it is my opinion that $400 per hour is the prevailing average rate for the top litigators who handle complex civil litigation. I have some observations that these rates have increased during 2005, but I do not have sufficient data to allow me to express an opinion on the exact level of current rates. I have observed, for example, that N. Robert Stoll of Stoll Stoll Berne Lokting & Schlachter, a highly-qualified plaintiff's class action commercial litigator in Portland, has a 2005 billing rate of $450 per hour.

I am personally familiar with Don Willner, having worked with him and observed his work on several occasions. I referred the class representative in this case to Mr. Willner because of my belief that he was the most qualified plaintiff's class action litigator in the city of Portland who would be willing to undertake the Benjamin Franklin Savings & Loan litigation. I have assisted with discreet matters relating to this case and I have observed the consistent high quality of his work. In my opinion, Don Willner should be considered with the very best commercial litigators in Portland when setting an appropriate billing rate. In my judgment, if Mr. Willner's rate is to be set based upon Portland's standards, his rate should be set at $400 per hour.

_____
David B. Markowitz

96497