**Examples of Issues which probably need to be resolved
in connection with alternative Quantum Meruit Count**

1. Whether reasonable fees can include fees contingent upon success?

2. Whether Willner's skill, ability, and reputation in Oregon should be evaluated in determining a reasonable fee?

3. If a reasonable fair market hourly rate is a part of a proper measure, what is a reasonable rate for Willner for lead counsel work in complex litigation in the District Court for the District of Columbia?

4. Whether Willner, who resides in the Pacific Northwest, should be paid by District of Columbia rates or Pacific Northwest rates for work done in a District of Columbia case?

5. Whether rates paid by FDIC by contract with Pacific Northwest law firms doing Pacific Northwest work is a proper comparable for work done by Willner who had no contract with FDIC for legal work and performed as lead counsel in this major complex case in the District of Columbia?

6. Whether time to be compensable must be broken down by portion of witness preparation time and portion of court time examining a witness must be broken down by particular issue which was part of larger preparation and testimony when the preparation and examination involved many issues?

7. Whether time spent by lead counsel is compensable for keeping 6500 shareholders informed of progress of case in order to fulfill fiduciary duty and encourage contributions to litigation fund?

8. Whether time spent by lead trial counsel in organizing a litigation file is compensable?

9. Whether the many other deductions from Willner's time records made by FDIC were reasonable?