00001
1          UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLUMBIA
2  ------------------------------x
   WINSTON & STRAWN, LLP, et al., :
3                        :
           Plaintiffs,   :
4                        :
           v.        : No. 06-01120 (EGS)
5                    :    06-01227 (EGS)

6  FEDERAL DEPOSIT INSURANCE    :    06-01273 (EGS)

7  CORPORATION,              :

8                        :

9          Defendant.   :

10  ------------------------------x

11                      Washington, D.C.

12                 Wednesday, January 17, 2007

13  Deposition of

14          RICHARD GILL

15  a witness, called for examination by counsel for

16  Plaintiffs, pursuant to notice and agreement of

17  counsel, beginning at approximately 2:30 p.m., at

18  the law offices of Winston & Strawn, 1700 K Street,

19  NW., Washington, D.C., before Mary Ann Payonk of

20  Beta Court Reporting, notary public in and for the

21  District of Columbia, when were present on behalf

22  of the respective parties:

00024

1  successful?

2     A    They receive the same hourly rates

3  regardless of the outcome of the case.

4     Q    I've been provided, give or take,

5  100 pages by Bruce Taylor of documents

6  involving attorneys in the Pacific Northwest.

7  And Bruce Taylor has kindly said that you

8  were the witness who might be able to answer

9  questions on those matters.

10         Do you need counsel in suing Mr. --

11  never mind.

12     A    I can answer questions on that, but

13  this may short-circuit it.  I did not look at

14  those documents when we were processing your

15  fee applications.  I looked at the summary

16  memo that was prepared by Cary McNull down in

17  Dallas, which set forth the hourly rates of

18  the outside counsel that we had hired I think

19  from like '96 to 2006.  And I might add I

20  think the range was like 107 -- the high

21  range for the partners, at least, was 176 to

22  I believe 245.  And I felt that you should be