## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WINSTON & STRAWN LLP,**<br><br>and<br><br>**DON S. WILLNER & ASSOCIATES, P.C.**<br><br>and<br><br>**BLACKWELL SANDERS PEPER MARTIN**<br>and<br>**ERNEST M. FLEISCHER**<br><br>          Consolidated Plaintiffs,<br><br>     v.<br><br>**FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR THE BENJ. FRANKLIN FS&LA, PORTLAND, OREGON**<br><br>          Defendant. | Civil Case No. 06-01120 (EGS)<br><br>[Consolidated with No. 06-01227 (EGS) and No. 06-01273 (EGS)] |

## **ORDER**

The Court has considered the motions for summary judgment filed by the Plaintiffs, the cross-motion filed by the FDIC-Receiver, the oppositions and replies filed by all parties, and all accompanying documents.

IT IS HEREBY ORDERED that the motions for summary filed by the Plaintiffs are denied.

IT IS FURTHER ORDERED that the cross-motion filed by the FDIC-Receiver is granted.

IT IS FURTHER ORDERED that each party must bear its own costs and expenses, including attorney's fees.


Date: _____
                                          EMMET G. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE

If the preceding order is entered, notice should be provided to the following persons:

Bruce C. Taylor
Federal Deposit Insurance Corporation
550 17th Street, NW
Room VS-E7118
Washington, DC 20429
(703) 562-2436 (Telephone)
(703) 562-2478 (Facsimile)
btaylor@fdic.gov

Don S. Willner
DON S. WILLNER AND ASSOCIATES
630 Sunnyside Road
Trout Lake, Washington 98650
(509) 395-2000 (Telephone)
(509) 395-2939 (Facsimile)
donswillner@aol.com

James Borthwick
Nancy S. Jochens
BLACKWELL SANDERS PEPER MARTIN LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Phone: (816) 983-8000
Facsimile: (816) 983-8080
njochens@blackwellsadnders.com
jborthwick@blackwellsanders.com

Thomas M. Buchanan
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C.  20006-3817
(202) 282-5000 (Telephone)
(202) 282-5100 (Facsimile)
tbuchanan@winston.com

Jeremiah A. Collins
BREDHOFF & KAISER, PLLC
805 15th Street, NW
Washington, D.C.  20005-2207
(202) 842-2600 (Telephone)
(202) 842-1888 (Facsimile)
jcollins@bredoff.com
eoppenheimer@bredoff.com

William F. Demarest
BLACKWELL SANDERS PEPER MARTIN LLP
750 17th Street, NW
Suite 1000
Washington, D.C.  20006
(202) 378-2300 (Telephone)
(202) 378-2319 (Facsimile)
wdemarest@blackwellsanders.com