**List of Exhibits**
**To** *Willner Firm Memorandum in Reply to FDIC's Answering Memorandum*

1. May 3, 2002 letter. Willner to Taylor
2. May 10, 2002 letter. Willner to Taylor
3. May 20, 2002 letter. Willner to Taylor
4. June 6, 2002 letter. Willner to Taylor
5. Declarations by Benj. shareholders
6. DSW email to FDIC re: Suess $217K claim; FDIC's refusal
7. Taylor Deposition
8. Willner Second Declaration
9. Transcript of Proceedings before Judge Haggarty
10. Affidavit of Don S. Willner on June 17, 2002
11. April 14, 2004 letter. Willner to Darmstadter with enclosures