# WILLNER U'REN & HOOTON, LLP

| | | |
|---|---|---|
| **ATTORNEYS**<br>Don S. Willner*<br>Matthew U'Ren*<br>Donald M. Hooton<br>Constance Wold<br>*Licensed in Oregon and Washington | ATTORNEYS AT LAW<br>SUITE 303<br>111 S.W. NAITO PARKWAY<br>PORTLAND, OREGON 97204-3500<br>TELEPHONE (503) 228-4000<br>FAX (503) 228-4261 | PARALEGAL<br>Leslie Martinez-Muñoz<br>**STAFF**<br>Misty Plock<br>Gloria Flores<br>Sarah Waltemath<br>Se habla español |

May 3, 2002

<u>Via Facsimile Only</u>

Bruce Taylor
FDIC
202-942-3653

RE:  *Suess et al v. United States*

Dear Bruce:

John Thomas has instructed me to communicate with you rather than directly with him on the <u>Suess</u> case. I am enclosing a copy of an agreement between John Thomas and me dated January 25, 1999, and an agreement between Jim Igo and Tom Buchanan dated March 10, 1999.

I will phone you later today to discuss ways in which the FDIC can help.

Sincerely yours,

WILLNER U'REN & HOOTON, LLP

Don (sw)
Don S. Willner

DSW:sw
encl: 2

EXHIBIT NO.
Wit:
Date: 1-_-07
Rptr: