# WILLNER U'REN & HOOTON, LLP

| ATTORNEYS | ATTORNEYS AT LAW | PARALEGAL |
|---|---|---|
| Don S. Willner* | SUITE 303 | Leslie Martinez-Muñoz |
| Matthew U'Ren* | 111 S.W. NAITO PARKWAY | |
| Donald M. Hooton | PORTLAND, OREGON 97204-3500 | STAFF |
| Constance Wold | TELEPHONE (503) 228-4000 | Misty Plock |
| *Licensed in Oregon and Washington | FAX (503) 228-4261 | Gloria Flores |
| | | Sarah Waltemath |
| | | Krystle McKinnon |
| | | Se habla español |

June 6, 2002

<u>Via Facsimile and Regular Mail</u>

Bruce Taylor
FDIC Legal Division
550 17th Street NW
PA-1730 – Suite 300
Washington DC 20429

    Re:  Benj. Franklin Taxes

Dear Bruce:

    On May 20, 2002 I wrote you the enclosed letter along with attachments that you had previously seen. I have received no answer to my May 20th letter. I am instructed by my clients to proceed rapidly to resolve the tax matter and I need to hear from you as soon as possible.

                                  Sincerely yours,

                                  WILLNER U'REN & HOOTON, LLP

                                  Don S. Willner

DSW:sw
encl: 1

EXHIBIT NO. 6
Wit:
Date:
Rptr: