Reminder: AOL will never ask you to send us your password or credit card number in an email. This message has been scanned for known viruses.

| | |
|---|---|
| From: | BTaylor@fdic.gov |
| To: | donswillner@aol.com |
| Cc: | RGill@fdic.gov, tbuchanan@winston.com |
| Subject: | RE: Suess claim |
| Date: | Tue, 27 Feb 2007 9:05 AM |

Don, I referred to the claim submitted by Winston & Strawn on behalf of Mr. Suess to make the general point that the receivership surplus is subject to still further reduction related to attorneys' fees. I don't believe the reference to the proof of claim makes it an issue in the consolidated attorneys' fee case. And I fail to see how the proof of claim is either relevant to your claim or likely to lead to information relevant to your claim, in any event.

In addition, when Jim Borthwick asked me for copies of your proof of claim and Winston & Strawn's proof of claim – both of which are at issue in the case – I advised him that I could not honor his request, because I was told that the FDIC does not routinely provide copies of proofs of claim to third parties. Consistent with that, I cannot now honor your request.

Moreover, Mr. Suess's proof of claim is still under review. It would be particularly inappropriate to produce a copy at this time.

Of course, you are free to ask Mr. Suess for a copy.

---

**From:** donswillner@aol.com [mailto:donswillner@aol.com]
**Sent:** Monday, February 26, 2007 2:35 PM
**To:** Taylor, Bruce C.
**Subject:** Suess claim

Dear Bruce:

In your answering brief and in the Gill Declaration you refer to the pending claim made by Bob Suess for $217,000 for reimbursement from FDIC for money that he has spent. You have now made this claim an issue in the pending consolidating case.

Please send me a copy of the Suess claim by Fed Ex or UPS immediately.

Sincerely,

Don

Don S. Willner, Attorney at Law
DON S. WILLNER & ASSOCIATES P.C.
630 Sunnyside Road
Trout Lake, WA 98650

Office: 509.395.2000
Fax: 509.395.2939