Don S. Willner, OSB No. 52114
www.hdrr@aol.com
Willner, U'Ren & Hooton, LLP
Attorneys at Law
111 SW Naito Parkway, Suite 303
Portland, OR 97204-3500
Tele: 503-228-4000
Fax: 503-228-4261
    Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| C. ROBERT SUESS, FOSTER PAULSELL AND BAKER, INC., LEO SHERRY, RICHARD GREEN, AND DR. IRVING ROBERTS, ON BEHALF OF THE SHAREHOLDERS OF BENJ. FRANKLIN SAVINGS AND LOAN ASSOCIATION AND BENJ. FRANKLIN FEDERAL SAVINGS AND LOAN ASSOCIATION,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE FEDERAL DEPOSIT INSURANCE CORPORATION, a quasi-government Corporation,<br><br>    Defendant | AFFIDAVIT OF DON S. WILLNER IN SUPPORT OF COMPLAINT FOR BREACH OF CONTRACT, BREACH OF FIDUCIARY DUTY, FOR TEMPORARY RESTARINING ORDER, AND FOR PRELIMINARY AND PREMANENT INJUNCTION |

I, Don S. Willner, being first duly sworn, do say:

1.     I am the attorney for the plaintiffs in this case and the attorney of record for the plaintiffs in the case of <u>Suess et al v. United States</u> in the United States Court of Federal Claims;

2.     I identify the following documents as true copies of the originals:

    a.     Supplemental Agreement Between the Suess Plaintiffs and FDIC-FRF-RTC of January 25, 1999;

    b.     Agreement of March 10, 1999 between Suess Plaintiffs and FDIC;

c. Stipulated Order of March 23, 1999;

d. Inter-Agency Agreement of December 10, 1992 between Internal Revenue Service and Resolution Trust Corporation with February 23, 1996 affirmation by FDIC;

e. Letter of May 3, 2002 from Don S. Willner to Bruce Taylor (without enclosure);

f. Letter of May 10, 2002 from Don S. Willner to Bruce Taylor (without enclosure);

g. Letter of May 20, 2002 from Don S. Willner to Bruce Taylor (without enclosure);

h. Letter of June 6, 2002 from Don S. Willner to Bruce Taylor;

i. Letter of June 6, 2002 from Bruce Taylor to Don S. Willner.

_____
Don S. Willner

SUBSCRIBED and sworn to before me this 17th day of June, 2002.



OFFICIAL SEAL
SARAH BETH WALTEMATH
NOTARY PUBLIC-OREGON
COMMISSION NO. 352751
MY COMMISSION EXPIRES DECEMBER 16, 2005

Sarah Beth Waltemath
Notary Public for Oregon
My Commission Expires: 12/16/05

---

AFFIDAVIT OF DON S. WILLNER, Esquire IN SUPPORT OF COMPLAINT FOR BREACH OF CONTRACT, BREACH OF FIDUCIARY DUTY, FOR TEMPORARY RESTARINING ORDER, AND FOR PRELIMINARY AND PREMANENT INJUNCTION    Page -