## DECLARATION OF GARY HINDES

My name is Gary Hindes. I am over 21 years of age, I have personal knowledge of the facts and matters attested to in this Declaration, and I am competent to be a witness as to the facts and matters attested to in this Declaration.

1. I hold sole voting power of approximately 800,000 shares of Benj. Franklin stock. For a number of years I have been following the Benj. Franklin litigation in the Court of Federal Claims as well as the tax claim filed by the IRS against the FDIC Receiver in federal court in Washington, D.C.

2. In the course of my involvement with this case, and the Slattery case, I have become extremely familiar with the work performed by Thomas M. Buchanan of Winston & Strawn LLP and the Plaintiffs' current counsel of record, Don S. Willner. In addition, I have carefully considered C. Robert Suess's recent Motion to Substitute Thomas M. Buchanan for Don S. Willner as Plaintiffs' counsel of record.

3. I believe it is within Mr. Suess's purview to determine whether current counsel should stand aside. For more than 15 years, Mr. Suess has consistently demonstrated sound judgment and a strong commitment to the interests of all Benj. Franklin shareholders by managing the instant litigation carefully and successfully. Specifically, Mr. Suess has attended nearly every legal proceeding associated with the case, raised countless funds to support the litigation, expended over $800,000 of his own capital to finance the suit, spent thousands of hours reviewing pleadings, consulting with counsel, answering shareholder questions and keeping thousands of Benj. Franklin shareholders, both large and small, apprised of important developments.

4. Further, in my opinion, Mr. Suess has made a wise choice in selecting Thomas M. Buchanan to assume the role of counsel of record. Mr. Buchanan's wealth of experience and frequent success in cases similar to our own make him an outstanding candidate to represent the interests of the Benj. Franklin shareholders.

5. For the foregoing reasons, I fully support Mr. Suess's Motion to substitute Thomas M. Buchanan for Plaintiffs' current counsel of record, Don S. Willner.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief. Executed this 11th day of August 2006.

*[signature]*

Gary Hindes