# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WINSTON & STRAWN LLP, )<br>)<br>and )<br>)<br>WILLNER & ASSOCIATES, )<br>)<br>and )<br>)<br>BLACKWELL SANDERS PEPER MARTIN )<br>and )<br>ERNEST M. FLEISCHER, )<br>)<br>    Consolidated Plaintiffs, )<br>)<br>    v. )<br>)<br>FEDERAL DEPOSIT INSURANCE )<br>CORPORATION, AS RECEIVER FOR )<br>THE BENJ. FRANKLIN FS&LA, )<br>)<br>    Defendant. ) | Civil Case No. 06-1120 (EGS)<br><br>[Consolidated with No. 06-1227<br>(EGS) and No. 06-1273 (EGS)] |

**MOTION OF WINSTON & STRAWN LLP TO FILE SUR-REPLY
MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT
AND IN OPPOSITION TO FDIC'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Winston & Strawn LLP ("W&S") respectfully requests leave to file a two-page Sur-Reply Memorandum to correct a material error in the FDIC's Reply Memorandum. W&S alleges no deliberate intent, but submits that correction of the error is necessary so that this Court understands what amounts have been paid out of the surplus, to whom, and for what purpose.

Dated: April 10, 2007

                                        Respectfully submitted,

By:   /s/ Eric W. Bloom
       Thomas M. Buchanan
       Eric W. Bloom
       Charles B. Klein
       Scott D. Pluta
       WINSTON & STRAWN LLP
       1700 K Street, N.W.
       Washington, D.C. 20001
       (202) 282-5100

*Counsel for Winston & Strawn LLP*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 10, 2007, a copy of the foregoing document was served by first class mail, postage prepaid, and email upon the following:

| | |
|---|---|
| William F. Demarest (D.C. Bar No. 266312)<br>Blackwell Sanders Peper Martin LLP<br>750 17th Street N.W., Suite 1000<br>Washington, D.C. 20006-3901<br>Phone: (202) 378-2300<br>Facsimile: (202) 378-2319<br>*Attorney for Blackwell Sanders Peper Martin, LLP and Ernest Fleischer* | James Borthwick (MO #19722)<br>Nancy S. Jochens (MO #49022)<br>Blackwell Sanders Peper Martin LLP<br>4801 Main Street, Suite 1000<br>Kansas City, MO. 64112<br>Phone: (816) 983-8000<br>Facsimile: (816) 983-8080<br>*Attorneys for Blackwell Sanders Peper Martin, LLP and Ernest Fleischer* |
| Don S. Willner<br>DON S. WILLNER AND ASSOCIATES<br>630 Sunnyside Road<br>Trout Lake, Washington 98650<br>(509) 395-2939 (Facsimile) | Bruce C. Taylor<br>FEDERAL DEPOSIT INSURANCE CORPORATION<br>55017th Street, NW<br>Room VS-E7118<br>Washington, DC 20429<br>(703) 562-2478 (Facsimile)<br>Counsel for Federal Deposit Insurance Corporations,<br>as Receiver far The Benj. Franklin FS&LA |
| Kelby Fletcher<br>Attorney at Law<br>1501 4th Avenue, Suite 2800<br>Seattle, WA 98101<br>(206) 682-1415 (Facsimile) | Jeremiah A. Collins<br>13REDHOFF &. KAISER, PLLC<br>805 15th Street, NW<br>Washington, D.C. 20005-2207<br>(202) 842-1885 (Facsimile)<br>Counsel for Willner & Associates |

                                          /s/ Eric W. Bloom
                                          Eric W. Bloom