UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACKWELL SANDERS PEPER MARTIN, LLP, a Missouri limited liability partnership, and ERNEST M. FLEISCHER, et al., </br></br>　　　　Plaintiffs, </br></br>v. </br></br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for the Benj. Franklin Federal Savings and Loan Association, </br></br>　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )　Civil Case No. 06-01120 (EGS) </br></br>　[Consolidated with Nos. 06-1227 (EGS) and 06-01273(EGS)] |

## MOTION FOR LEAVE TO FILE SUR-REPLY IN RESPONSE TO FDIC's REPLY

Plaintiffs Ernest M. Fleischer and Blackwell Sanders Peper Martin LLP ("Blackwell plaintiffs") request leave to file a short Sur-Reply Memorandum, joining with the Winston & Strawn firm to correct the erroneous statement in the FDIC's Reply Memorandum and clarifying certain claims set forth in Winston & Strawn's brief. The Blackwell plaintiffs opine that correction and clarification of the erroneous information concerning who has been paid what and for what purpose are important facts necessary to the just resolution of this matter.

Dated: April 16, 2007　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　 /s/ William F. Demarest
　　　　　　　　　　　　　　　　　　　　William F. Demarest, Jr. (D.C. Bar No. 266312)
　　　　　　　　　　　　　　　　　　　　Blackwell Sanders Peper Martin LLP
　　　　　　　　　　　　　　　　　　　　750 17th Street NW, Suite 1000
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20006-3901
　　　　　　　　　　　　　　　　　　　　(202) 378-2310

　　　　　　　　　　　　　　　　　　　　and

/s/ James Borthwick
James Borthwick   MO #19722
Nancy S. Jochens   MO #49022
Blackwell Sanders Peper Martin LLP
4801 Main Street, Suite 1000
Kansas City, Missouri  64112
(816) 983-8000
(816) 983-8080 (Facsimile)

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of April, 2007, I electronically filed the above and foregoing document with the clerk of the court, by using the CM/ECF system which will send a notice of electronic filing to all parties.

/s/ William F. Demarest, Jr.