**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WINSTON & STRAWN LLP, ) | |
| and ) | |
| WILLNER & ASSOCIATES, ) | |
| and ) | Civil Case No. 06-1120 (EGS) |
| BLACKWELL SANDERS PEPER MARTIN ) | [Consolidated with No. 06-1227 |
| and ) | (EGS) and No. 06-1273 (EGS)] |
| ERNEST M. FLEISCHER, ) | |
| Consolidated Plaintiffs, ) | |
| v. ) | |
| FEDERAL DEPOSIT INSURANCE ) | |
| CORPORATION, AS RECEIVER FOR ) | |
| THE BENJ. FRANKLIN FS&LA, ) | |
| Defendant. ) | |

**NOTICE OF ERRATA**

      Plaintiff Winston & Strawn LLP, hereby files a Notice of Errata to their Motion To File Sur-Reply Memorandum In Support Of Its Motion For Summary Judgment And In Opposition To FDIC's Cross-Motion For Summary Judgment, which was filed and entered on April 10, 2007, Docket No. 23. A corrected copy of the pleading is appended hereto as Attachment 1.

      Winston & Strawn LLP's Adobe PDF Writer malfunctioned during the process of converting the document from a Microsoft Word file to an Adobe PDF file for purposes of electronic filing. As a result of the malfunction., the Adobe PDF Writer inexplicably replaced all of Winston & Strawn LLP's "long dashes" (*i.e.*,"—") with question marks (*e.g.*,"?").

No substantive changes to the pleading have been made. To the contrary, the only difference between this corrected pleading and the originally-filed pleading is that the long dashes have been re-inserted in lieu of the misplaced question marks.

Dated: April 18, 2007

                                        Respectfully submitted,

By:    /s/ Eric W. Bloom
          Thomas M. Buchanan
          Eric W. Bloom
          Charles B. Klein
          Scott D. Pluta
          WINSTON & STRAWN LLP
          1700 K Street, N.W.
          Washington, D.C. 20001
          (202) 282-5000

          *Counsel for Winston & Strawn LLP*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 18, 2007, a copy of the foregoing document was served by first class mail, postage prepaid, and email upon the following:

William F. Demarest (D.C. Bar No. 266312)
Blackwell Sanders Peper Martin LLP
750 17th Street N.W., Suite 1000
Washington, D.C. 20006-3901
Phone: (202) 378-2300
Facsimile: (202) 378-2319
*Attorney for Blackwell Sanders Peper Martin, LLP and Ernest Fleischer*

James Borthwick  (MO #19722)
Nancy S. Jochens  (MO #49022)
Blackwell Sanders Peper Martin LLP
4801 Main Street, Suite 1000
Kansas City, MO. 64112
Phone: (816) 983-8000
Facsimile: (816) 983-8080
*Attorneys for Blackwell Sanders Peper Martin, LLP and Ernest Fleischer*

Don S. Willner
DON S. WILLNER AND ASSOCIATES
630 Sunnyside Road
Trout Lake, Washington 98650
(509) 395-2939 (Facsimile)

Bruce C. Taylor
FEDERAL DEPOSIT INSURANCE CORPORATION
55017th Street, NW
Room VS-E7118
Washington, DC 20429
(703) 562-2478 (Facsimile)
Counsel for Federal Deposit Insurance Corporations,
as Receiver far The Benj. Franklin FS&LA

Kelby Fletcher
Attorney at Law
1501 4th Avenue, Suite 2800
Seattle, WA 98101
(206) 682-1415 (Facsimile)

Jeremiah A. Collins
13REDHOFF &. KAISER, PLLC
805 15th Street, NW
Washington, D.C. 20005-2207
(202) 842-1885 (Facsimile)
Counsel for Willner & Associates

                /s/ Eric W. Bloom
                Eric W. Bloom