UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
WINSTON & STRAWN LLP,                       )
                                            )
and                                         )
                                            )
WILLNER & ASSOCIATES,                       )
                                            )
and                                         )   Civil Case No. 06-1120 (EGS)
                                            )
BLACKWELL SANDERS PEPER MARTIN              )   [Consolidated with No. 06-1227
and                                         )   (EGS) and No. 06-1273 (EGS)]
ERNEST M. FLEISCHER,                        )
                                            )
    Consolidated Plaintiffs,             )
                                            )
    v.                                   )
                                            )
                                            )
FEDERAL DEPOSIT INSURANCE                   )
CORPORATION, AS RECEIVER FOR                )
THE BENJ. FRANKLIN FS&LA,                   )
                                            )
    Defendant.                           )
_____)

**SUR-REPLY MEMORANDUM OF WINSTON & STRAWN LLP
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT
AND OPPOSITION TO FDIC's CROSS-MOTION FOR SUMMARY JUDGMENT**

    Winston & Strawn LLP ("W&S") files this brief Sur-Reply Memorandum to correct an apparently inadvertent, but potentially material, misstatement by the FDIC-Receiver regarding the monies paid out of the surplus.

    On page 4 of FDIC-Receiver's March 30, 2007 Reply Memorandum, the FDIC-Receiver states that it has "paid over $4 million from the receivership's surplus to cover legal fees under the terms of the settlement of the Tax Case." FDIC-Receiver concludes that "payment for legal

fees amount to about 10% of the gross surplus of $40+ million left over for distribution to the shareholders in the wake of settlement." FDIC Reply at 4.

In fact, W&S has received $590,270 — or 1.4% of the surplus. Willner & Associates has received $231,525 — or 0.6% of the surplus. Blackwell Sanders has received $89,465 — or 0.2% of the surplus. And non-plaintiff Spriggs & Hollingsworth has received $131,968 — or 0.3% of the surplus. In all, the three law firms and Blackwell Sanders have received **$1,043,228 – or 2.5% of the surplus.**

If this Court were to double the fees to all three respective plaintiffs, the total to be paid out to all the attorneys and Blackwell Sanders would increase to only $1,954,488 (still less than the $2M the FDIC-Receiver advised the shareholders it intended to pay the attorneys, *see* FDIC Reply at 3) — and an amount that still represents less than 5% of the total surplus (well below the 20-30% traditionally paid out under *Swedish Hospital*).[1]

The FDIC-Receiver's representation that it paid some $4 million from the receivership surplus mistakenly includes payment of about $2.9 million to shareholders to reimburse them for fees they paid to support the litigation in the United States Court of Federal Claims. The decision to reimburse the shareholders for the Federal Claims litigation out of the surplus was the FDIC's decision. While clearly appreciated, the payment to the shareholders was not required under the Tax Settlement and had nothing to do with the payment of attorneys and experts in connection with the Tax Case.

---

[1] And while the FDIC has taken it upon itself to award no success fee (despite the long tradition of awarding success fees to compensate an attorney for risk in contingency fee cases), the funds from which the attorneys are to be paid here do not belong to the FDIC-Receiver, but instead to the shareholders. The shareholders, in turn, have expressly affirmed in multiple affidavits that they support W&S's requested "success fee" to compensate W&S both for the delay in payment and for the risk that it assumed by taking the lead in the Tax Case.

Dated: April 10, 2007

                         Respectfully submitted,

By:   /s/ Eric W. Bloom
       Thomas M. Buchanan
       Eric W. Bloom
       Charles B. Klein
       Scott D. Pluta
       WINSTON & STRAWN LLP
       1700 K Street, N.W.
       Washington, D.C. 20001
       (202) 282-5000

*Counsel for Winston & Strawn LLP*

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2007, a copy of the foregoing document was served by first class mail, postage prepaid, and email upon the following:

William F. Demarest (D.C. Bar No. 266312)
Blackwell Sanders Peper Martin LLP
750 17th Street N.W., Suite 1000
Washington, D.C. 20006-3901
Phone: (202) 378-2300
Facsimile: (202) 378-2319
*Attorney for Blackwell Sanders Peper Martin, LLP and Ernest Fleischer*

James Borthwick  (MO #19722)
Nancy S. Jochens  (MO #49022)
Blackwell Sanders Peper Martin LLP
4801 Main Street, Suite 1000
Kansas City, MO. 64112
Phone: (816) 983-8000
Facsimile: (816) 983-8080
*Attorneys for Blackwell Sanders Peper Martin, LLP and Ernest Fleischer*

Don S. Willner
DON S. WILLNER AND ASSOCIATES
630 Sunnyside Road
Trout Lake, Washington 98650
(509) 395-2939 (Facsimile)

Bruce C. Taylor
FEDERAL DEPOSIT INSURANCE CORPORATION
55017th Street, NW
Room VS-E7118
Washington, DC 20429
(703) 562-2478 (Facsimile)
Counsel for Federal Deposit Insurance Corporations,
as Receiver far The Benj. Franklin FS&LA

Kelby Fletcher
Attorney at Law
1501 4th Avenue, Suite 2800
Seattle, WA 98101
(206) 682-1415 (Facsimile)

Jeremiah A. Collins
13REDHOFF &. KAISER, PLLC
805 15th Street, NW
Washington, D.C. 20005-2207
(202) 842-1885 (Facsimile)
Counsel for Willner & Associates

/s/ Eric W. Bloom
Eric W. Bloom