## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WINSTON & STRAWN LLP,** )<br>)<br>and )<br>)<br>**DON S. WILLNER & ASSOCIATES, P.C.** )<br>)<br>and )<br>)<br>**BLACKWELL SANDERS PEPER MARTIN** )<br>and )<br>**ERNEST M. FLEISCHER** )<br>)<br>Consolidated Plaintiffs, )<br>)<br>v. )<br>)<br>**FEDERAL DEPOSIT INSURANCE** )<br>**CORPORATION, AS RECEIVER FOR** )<br>**THE BENJ. FRANKLIN FS&LA,** )<br>**PORTLAND, OREGON** )<br>)<br>Defendant. )<br>) | Civil Case No. 06-01120 (EGS)<br><br>[Consolidated with No. 06-01227 (EGS) and No. 06-01273 (EGS)] |

## **ORDER**

The Court has considered the separate motions for leave to file sur-reply filed by Plaintiff Winston & Strawn and Plaintiffs Ernest Fleischer and Blackwell Sanders Peper Martin, and the opposition filed by Defendant Federal Deposit Insurance Corporation, as Receiver for the Benj. Franklin FS&LA.

The Court finds that the motions for leave to file sur-reply fail to address a matter raised by the FDIC-Receiver in its reply that could not otherwise have been addressed in the replies filed by Winston & Strawn and Ernest Fleischer and Blackwell Sanders Peper

2

Martin. Therefore, the Court finds that the motions fail to meet the standard for granting leave to file a sur-reply as set out in *United States v. Diabetes Treatment Centers of America*, 238 F. Supp. 2d 270 (D.D.C. 2002) and cases cited therein.

Further, the Court finds that the factual basis for the motions lacks merit.

IT IS HEREBY ORDERED that the motion for leave to file sur-reply filed by Plaintiff Winston & Strawn is denied.

IT IS FURTHER ORDERED that the motion for leave to file sur-reply filed by Plaintiffs Ernest Fleischer and Blackwell Sanders Peper Martin is denied.

Date: _____

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

If the preceding order is entered, notice should be provided to the following persons:

Bruce C. Taylor
Federal Deposit Insurance Corporation
550 17th Street, NW
Room VS-E7118
Washington, DC 20429
(703) 562-2436 (Telephone)
(703) 562-2478 (Facsimile)
btaylor@fdic.gov

Thomas M. Buchanan
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
(202) 282-5000 (Telephone)
(202) 282-5100 (Facsimile)
tbuchanan@winston.com

Don S. Willner
DON S. WILLNER AND ASSOCIATES
630 Sunnyside Road
Trout Lake, Washington 98650
(509) 395-2000 (Telephone)
(509) 395-2939 (Facsimile)
donswillner@aol.com

Jeremiah A. Collins
BREDHOFF & KAISER, PLLC
805 15th Street, NW
Washington, D.C. 20005-2207
(202) 842-2600 (Telephone)
(202) 842-1888 (Facsimile)
jcollins@bredoff.com
eoppenheimer@bredoff.com

James Borthwick
Nancy S. Jochens
BLACKWELL SANDERS PEPER MARTIN LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Phone: (816) 983-8000
Facsimile: (816) 983-8080
njochens@blackwellsadnders.com
jborthwick@blackwellsanders.com

William F. Demarest
BLACKWELL SANDERS PEPER MARTIN LLP
750 17th Street, NW
Suite 1000
Washington, D.C. 20006
(202) 378-2300 (Telephone)
(202) 378-2319 (Facsimile)
wdemarest@blackwellsanders.com