# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACKWELL SANDERS PEPER MARTIN, LLP, a Missouri limited liability partnership, and ERNEST M. FLEISCHER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for the Benj. Franklin Federal Savings and Loan Association, <br><br> Defendant. | Civil Case No. 06-01120 (EGS) <br><br> [Consolidated with Nos. 06-1227 (EGS) and 06-01273(EGS)] |

### BLACKWELL PLAINTIFFS' REPLY TO FDIC'S MEMORANDUM IN OPPOSITION TO MOTIONS FOR LEAVE TO FILE SUR-REPLIES

Plaintiffs Ernest M. Fleischer and Blackwell Sanders Peper Martin LLP ("Blackwell plaintiffs") join in Winston & Strawn's ("W&S") reply to the FDIC on the issue whether sur-replies can be filed. As the Winston & Strawn Reply makes clear, the FDIC's claim that it has paid over $4 million for legal fees in the Tax Case is erroneous. The motions for leave to file sur-replies filed by W&S and the Blackwell Plaintiffs seek to correct that error and should be granted. Instead of repeating the facts cited and the arguments made by W&S on that issue, the Blackwell Plaintiffs join in that portion of the W&S brief.

W&S also notes that shareholders holding a majority of shares have supported W&S's claim for a fee enhancement. The Blackwell Plaintiffs would add that support or opposition by class members (or in this case, shareholders) for a fee enhancement and the total amount of the fees to be paid is but one of the factors which the court should consider in determining the

amount of fees in a case such as this.  See Blackwell Plaintiffs' Motion for Partial Summary Judgment, p. 19.  The shareholders, however, do not have the information which would allow them to decide upon the division of the total fees among counsel based upon the substantive contribution made by each in preserving the fund.  Only the Court would have that information.

Dated  May 8, 2007 Respectfully submitted,

   /s/ William F. Demarest_____
William F. Demarest, Jr. (D.C. Bar No. 266312)
Blackwell Sanders Peper Martin LLP
750 17th Street NW, Suite 1000
Washington, D.C. 20006-3901
(202) 378-2300

and

/s/ James Borthwick
James Borthwick     MO #19722
Nancy S. Jochens     MO #49022
Blackwell Sanders Peper Martin LLP
4801 Main Street, Suite 1000
Kansas City, Missouri  64112
(816) 983-8000
(816) 983-8080 (Facsimile)

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of May, 2007, I electronically filed the above and foregoing document with the clerk of the court, by using the CM/ECF system which will send a notice of electronic filing to all parties.

/s/ William F. Demarest, Jr.