UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WINSTON & STRAWN LLP, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 06-1120(EGS) |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | ) ) ) ) | |
| Defendant. | ) ) | |

### ORDER

For the reasons stated in the Memorandum Opinion issued this same day, it is by the Court hereby

**ORDERED** that plaintiff Winston & Strawn's motion for summary judgment is **DENIED**; and it is

**FURTHER ORDERED** that plaintiff Willner and Associates's motion for summary judgment is **DENIED**; and it is

**FURTHER ORDERED** that plaintiff Blackwell Sanders Peper Martin's motion for summary judgment is **DENIED**; and it is

**FURTHER ORDERED** that defendant's motion for summary judgment is **DENIED**; and it is

**FURTHER ORDERED** that plaintiff Winston & Strawn's motion for leave to file a sur-reply is **DENIED** as moot; and it is

**FURTHER ORDERED** that plaintiff Blackwell Sanders Peper Martin's motion for leave to file a sur-reply is **DENIED** as moot;

and it is

**FURTHER ORDERED** that a status hearing is scheduled for August 9, 2007, at 10:00 AM to discuss further proceedings in this case; and it is

**FURTHER ORDERED** that the parties are directed to submit a joint recommendation for future proceedings by no later than August 2, 2007. The recommendation shall discuss in particular what form of alternative dispute resolution the parties think the case most suited to, and whether this case should be referred for mediation purposes to either a magistrate judge or the Circuit Executive Office's Mediation Program.

    **SO ORDERED.**


**Signed:**   **Emmet G. Sullivan**
           **United States District Judge**
           **July 13, 2007**