UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WINSTON & STRAWN LLP,<br><br>and<br><br>DON S WILLNER & ASSOCIATES, P.C.<br><br>and<br><br>BLACKWELL SANDERS PEPER MARTIN<br>and<br>ERNEST M. FLEISCHER<br><br>    Consolidated Plaintiffs,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE<br>CORPORATION, AS RECEIVER FOR<br>THE BENJ. FRANKLIN FS&LA,<br>PORTLAND, OREGON<br><br>    Defendant. | Civil Case No. 06-01120 (EGS)<br><br>[Consolidated with No. 06-01227<br>(EGS) and No. 06-01273 (EGS)] |

### JOINT RECOMMENDATION OF COUNSEL

Pursuant to the Court's July 13, 2007 Order, the Parties, by their respective undersigned counsel, hereby file their Joint Recommendation in the above consolidated cases.

The Court ordered the parties to submit a joint recommendation for future proceedings, addressing in particular what form of alternative dispute resolution the parties think the case is most suited to, and whether this case should be referred for mediation purposes to either a magistrate judge or the Circuit Executive Office's Mediation Program.

**FDIC and Winston & Strawn**

In light of the Court's July 13, 2007, Memorandum Opinion, the FDIC and Winston & Strawn believe that alternative dispute resolution now offers the best means to accomplish a timely and

inexpensive resolution of their dispute. To that end, the FDIC and Winston & Strawn agree to refer the issues between them to a third-party neutral. The third-party neutral will be selected by joint agreement of the parties, subject to the following conditions and limitations:

1. The third-party neutral is authorized to make a recommendation to the Court, whether or not the parties agree to a settlement.

2. To be binding on the parties, the Court must incorporate the third-party neutral's recommendation into an order.[1]

3. The maximum award recoverable by Winston & Strawn, if any, cannot exceed $574,937.99, or roughly twice what they have already been paid in connection with the underlying Tax Case.

4. Whether or not the third-party neutral recommends an award of additional fees to Winston & Strawn, the recommendation and order must reflect that the FDIC and Winston & Strawn waive any rights they may have to fees, costs, and expenses for defending or prosecuting this case.

5. Whether or not the third-party neutral recommends an award of additional fees to Winston & Strawn, the recommendation and order must reflect that the FDIC and Winston & Strawn waive any rights they may have to contest or appeal the recommendation and the Court's order incorporating the recommendation.

The FDIC and Winston & Strawn will report to the Court as directed until the matter is resolved.

**FDIC, Blackwell Sanders Peper Martin and Ernest Fleischer.**

The FDIC, Blackwell Sanders Peper Martin and Ernest Fleischer, agree that the issues should be referred to a third-party neutral or the Circuit Executive Office's Mediation Program. The mediation program, if selected, will make every reasonable effort to make itself available to provide a

---

[1] The FDIC will obtain the appropriate settlement authority, if needed, to accomplish this result.

mediator with appropriate expertise in this matter. The parties authorize the third-party neutral to make a non-binding recommendation to the Court.

**FDIC and Willner & Associates.**

The FDIC has no objection to this matter being referred to a third-party neutral under the Circuit Executive Office's Mediation Program. We believe Mr. Willner has also agreed to this procedure. However, Mr. Willner does not join in the Joint Recommendation of Counsel, and he has submitted a supplemental submission that is attached as Exhibit 1.

Respectfully submitted,

Date: August 2, 2007

/s/ Bruce C. Taylor
Bruce C. Taylor
Federal Deposit Insurance Corporation
550 17th Street, NW
Room VS-E7118
Washington, DC 20429
(703) 562-2436 (Telephone)
(703) 562-2478 (Facsimile)

*Counsel for Federal Deposit Insurance Corporation, as Receiver for The Benj. Franklin FS&LA*

/s/ Thomas M. Buchanan
Thomas M. Buchanan (D.C. Bar No. 337907)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
(202) 282-5000 (Telephone)
(202) 282-5100 (Facsimile)

*Counsel for Winston & Strawn LLP*

/s/ William F. Demarest
William F. Demarest (D.C. Bar No. 266312)
BLACKWELL SANDERS PEPER MARTIN
750 17th Street, NW
Suite 1000
Washington, D.C. 20006
(202) 378-2300 (Telephone)
(202) 378-2319 (Facsimile)

and

James Borthwick     (MO #19722)
Nancy S. Jochens    (MO #49022)
Blackwell Sanders Peper Martin LLP
4801 Main Street, Suite 1000
Kansas City, MO. 64112
(816) 983-8000 (Telephone)
(816) 983-8080 (Facsimile)

*Counsel for Blackwell Sanders Peper Martin, LLP and Ernest Fleischer*