BEFORE THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WINSTON & STRAWN LLP, ) <br> and ) <br>  ) <br> DON S. WILLNER & ASSOCIATES, PC ) <br> and ) <br>  ) <br> BLACKWELL SANDERS PEPER MARTIN ) <br> and ) <br> ERNEST FLEISCHER ) <br>  ) <br> Consolidated Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> FEDERAL DEPOSIT INSURANCE ) <br> CORPORATION, as Receiver for the ) <br> Benj. Franklin Federal Savings and ) <br> Loan Association, Portland, Oregon, ) <br>  ) <br> Defendant ) | Case No. 1:06-01120 (EGS) <br><br> [Consolidated with <br> No. 06-01227 (EGS) <br> and No. 06-01273 (EGS)] <br><br><br><br><br> Second Supplement to Joint <br> Status Report of Don S. <br> Willner and Associates, P.C. |

On the third page of the Joint Recommendation of Counsel it states:

> "The FDIC has no objection to this matter being referred to a third party neutral under the Circuit Executive Office's Mediation Program. We believe Mr. Willner has also agreed to this procedure."

This is correct. The mediation procedure to which Willner agrees is set forth in Local Civil Rule 84. The other plaintiffs favor different approaches.

August 7, 2007                                    Respectfully submitted,


                                    /s/ Don S. Willner_____
                                    DON S. WILLNER
                                    Don S. Willner & Associates, P.C.
                                    630 Sunnyside Road
                                    Trout Lake, WA 98650
                                    Tel:   509-395-2000
                                    Fax:   509-395-2939