**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

WINSTON & STRAWN LLP,          )
          )
and          )
          )     Civil Case No. 06-1120 (EGS)
DON WILLNER & ASSOCIATES, P.C.   )
          )     [Consolidated with No. 06-1227
and          )     (EGS) and No. 06-1273 (EGS)]
          )
BLACKWELL SANDERS PEPER, MARTIN )
          )
and          )
          )
ERNEST M. FLEISHER       )
          )
     Consolidated Plaintiffs,  )
          )
          )
          )
          )
          )
     V.      )
          )
FEDERAL DEPOSIT INSURANCE   )
CORPORATION, AS RECEIVER FOR   )
THE BENJ. FRANKLIN FS&LA,    )
PORTLAND, OREGON      )
COLUMBIA, et al.,       )
          )
     Defendant.    )
          )

**ORDER**

With the consent of counsel for the parties, it is by the Court this _9th_ day of
_August_, 2007 hereby

ORDERED, that the pending attorney fees disputes between the defendant and the following

plaintiffs: (1)  Blackwell Sanders Peper Martin, LLP  and (2) Ernest Fleischer in the above

captioned matter is referred for mediation to commence on ~~FOR A period~~ ~~and to~~

~~conclude on~~ *of Ninety days* ; and it is

FURTHERED ORDERED that counsel and the parties, including persons with settlement

authority, shall attend the mediation sessions as required by the mediator; and it is

FURTHER ORDERED that in the event the parties are not able to resolve this matter through

the mediation process, the neutral shall provide the Court with a recommendation on the claim.

The parties and the Court shall not be bound by the recommendation. The parties and the

mediator agree that the mediator will not disclose to the Court the amounts which the parties

were willing to pay or accept, but in all other respects, the parties and the mediator agree to the

waiver of the confidentiality provisions in local rule 84. This includes but is not limited to the

provisions of local rule 84.9; and it is

FURTHER ORDERED that the Clerk of the Court is directed to furnish a copy of ths Order

to the Circuit Executive for the purpose of assigning a mediator..

SO ORDERED.

United States District Judge