UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WINSTON & STRAWN LLP, <br><br> and <br><br> DON S WILLNER & ASSOCIATES, P.C. <br><br> and <br><br> BLACKWELL SANDERS PEPER MARTIN <br> and <br> ERNEST M. FLEISCHER <br><br> Consolidated Plaintiffs, <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE <br> CORPORATION, AS RECEIVER FOR <br> THE BENJ. FRANKLIN FS&LA, <br> PORTLAND, OREGON <br><br> Defendant. | Civil Case No. 06-01120 (EGS) <br><br> [Consolidated with No. 06-01227 (EGS) and No. 06-01273 (EGS)] |

## ORDER

With the consent of counsel for the parties, it is by the Court this 14th day of August, 2007, hereby

ORDERED, that the pending attorney fees dispute between the defendant and plaintiff Winston & Strawn LLP in the above captioned matter is referred for mediation/arbitration for a period of ninety (90) days, subject to the following conditions and limitations:

1. The third-party neutral is authorized to make a recommendation to the Court, whether or not the parties agree to a settlement.

2. To be binding on the parties, the Court must incorporate the third-party neutral's recommendation into an order.

3. The maximum award recoverable by Winston & Strawn, if any, cannot exceed $574,937.99, or roughly twice what they have already been paid in connection with the underlying Tax Case.

4. Whether or not the third-party neutral recommends an award of additional fees to Winston & Strawn, the recommendation and order must reflect that the FDIC and Winston & Strawn waive any rights they may have to fees, costs, and expenses for defending or prosecuting this case.

5. Whether or not the third-party neutral recommends an award of additional fees to Winston & Strawn, the recommendation and order must reflect that the FDIC and Winston & Strawn waive any rights they may have to contest or appeal the recommendation and the Court's order incorporating the recommendation, unless the recommendation is arbitrary and capricious or the third-party neutral has engaged in fraud or collusion.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to furnish a copy of this Order to the Circuit Executive for the purpose of assigning a third-party neutral.

EMMET G. SULLIVAN
United States District Court Judge