IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WINSTON & STRAWN LLP, </br></br>and </br></br>DON WILLNER & ASSOCIATES, P.C. </br></br>and </br></br>BLACKWELL SANDERS PEPER, MARTIN </br></br>and </br></br>ERNEST M. FLEISHER </br></br>    Consolidated Plaintiffs, </br></br>V. </br></br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR THE BENJ. FRANKLIN FS&LA, PORTLAND, OREGON COLUMBIA, et al., </br></br>    Defendant. | Civil Case No. 06-1120 (EGS) </br></br>[Consolidated with No. 06-1227 (EGS) and No. 06-1273 (EGS)] |

## ORDER

With the consent of counsel for the parties, it is by the Court this 14th day of August, 2007 hereby

ORDERED, that the pending attorney fees disputes between the defendant and plaintiff Don

S. Willner & Associates, P.C. in the above captioned matter is referred for mediation pursuant to local rule 84 for a period of 90 days; and it is

FURTHERED ORDERED that counsel and the parties, including persons with settlement authority, shall attend the mediation sessions as required by the mediator; and it is

FURTHER ORDERED that the Clerk of the Court is directed to furnish a copy of ths Order to the Circuit Executive for the purpose of assigning a mediator.

SO ORDERED.

---------------------------------
United States District Judge