BEFORE THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WINSTON & STRAWN LLP, | ) | |
| and | ) | |
| WILLNER & ASSOCIATES, PC | ) | |
| and | ) | |
| BLACKWELL SANDERS PEPER MARTIN and | ) | Case No. 1:06CV01120 (EGS) |
| ERNEST FLEISCHER | ) | [Consolidated with No. 06-01227 (EGS) and No. 06-01273 (EGS)] |
| Consolidated Plaintiffs, | ) | |
| v. | ) | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for the Benj. Franklin Federal Savings and Loan Association, Portland, Oregon, | ) | |
| Defendant | ) | |

**MOTION OF DON S. WILLNER AND ASSOCIATES, P.C., TO TERMINATE REFERRAL TO MEDIATION AND SET AN EARLY STATUS CONFERENCE TO FIX AN EARLY TRIAL DATE FOR DON S. WILLNER AND ASSOCIATES, P.C. PLAINTIFF AND FEDERAL DEPOSIT INSURANCE CORPORATION (FDIC), DEFENDANT, AND POINTS AND AUTHORITIES.**

Plaintiff Don S. Willner and Associates, P.C. moves the court to terminate the referral to mediation and set an early status conference to fix an early trial date for Don S. Willner and Associates, P.C., plaintiff and the Federal Deposit Insurance Corporation (FDIC), defendant. This motion is based upon the following points:

1

1. Mediation under Local Rule 84 is a voluntary process.

2. This case was filed on July 7, 2006 and now has been pending for 15 months.

3. The Order of Referral to Mediation was entered on August 15, 2007 and terminates in 90 days from the date of the Order.

4. This plaintiff has participated in one all-day, in-person mediation session in Washington, D.C. and six lengthy mediation sessions by long distance telephone, as well as providing all of the material and doing all of the research requested by the mediator.

5. Bryan Harvey is an excellent, experienced, diligent mediator, and like all good mediators, is reluctant to concede that the mediation will not be successful.

6. This plaintiff has substantial experience in mediation and has never previously participated in a mediation that was still continuing after so many unsuccessful mediation sessions.

7. Without disclosing any confidential information about the mediation, this plaintiff is satisfied that there is no realistic possibility of a meeting of the minds.

8. The other plaintiffs have chosen different alternate dispute resolution approaches. Plaintiff Winston and Strawn and defendant FDIC have agreed to binding arbitration. Plaintiff Ernest Fleisher and defendant FDIC have agreed to a hybrid process – a mediation with the mediator providing a recommended settlement number to the Court.

9. Any further delay is substantially prejudicial to this plaintiff because decisions in the other two cases could have a major impact upon the amount of money which FDIC claims, this plaintiff believes incorrectly, to remain available for settlement with this plaintiff. The FDIC has not shown any interest in a realistic settlement, and apparently prefers to delay for the full 90 days.

10. If the Court and FDIC accept approximately the procedure set forth in this plaintiff's two Supplements to the earlier Joint Status Report, the case could be tried in one half a day.

11. The relevant authorities are Local Rules 7 and 84.

12. The attorney for the FDIC has been contacted and his position is to oppose the motion.

October 8, 2007                                     Respectfully submitted,

Of Counsel:                                         __/s/Don S. Willner_____
KELBY D. FLETCHER                                   DON S. WILLNER
Peterson, Young, Putra, Fletcher,                   Don S. Willner & Associates, P.C.
  Knopp & Wampold, P.S.                             630 Sunnyside Road
2800 Century Square                                 Trout Lake, WA 98650
1501 Fourth Avenue                                  Tel:   509-395-2000
Seattle, WA 98101-1609                              Fax:   509-395-2939
Tel:   206-624-6800
Fax:   206-682-1415                                 JEREMIAH A. COLLINS
                                                    Bredhoff & Kaiser, P.L.L.C.
                                                    805 15th Street, N.W., Suite 1000
                                                    Washington, DC 20005
                                                    Tel:   202-842-2600
                                                    Fax:   202-842-1888

                                                    Counsel for Plaintiff