BEFORE THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WINSTON & STRAWN LLP, ) <br> ) <br> and ) <br> ) <br> WILLNER & ASSOCIATES, PC ) <br> ) <br> and ) <br> ) <br> BLACKWELL SANDERS PEPER MARTIN ) <br> and ) <br> ERNEST FLEISCHER ) <br> ) <br> ) <br> Consolidated Plaintiffs, ) <br> ) <br> ) <br> v. ) <br> ) <br> FEDERAL DEPOSIT INSURANCE ) <br> CORPORATION, as Receiver for the ) <br> Benj. Franklin Federal Savings and ) <br> Loan Association, Portland, Oregon, ) <br> ) <br> Defendant ) | Case No. 1:06CV01120 (EGS) <br><br> [Consolidated with <br> No. 06-01227 (EGS) and <br> No. 06-01273 (EGS)] |

## **ORDER TO TERMINATE MEDIATION**

Based upon the pleadings submitted by the parties in connection with this motion and the record and files of this case, it is herby ORDERED:

1. The referral to mediation for plaintiff Don S. Willner and Associates, P.C. and FDIC, defendant is herby terminated.

1

2. A telephone status conference will be held for Don S. Willner and Associates, P.C. Plaintiff and Federal Deposit Insurance Corporation, defendant, on ____ of 2007, or if the parties have conflicts upon that date, upon such other early date as may be acceptable to the Court and the parties.

Dated this ____ day of October, 2007

_____
Honorable Emmett G. Sullivan
United States District Judge

Submitted by:    Don S. Willner and Associates, P.C.

__/s/Don S. Willner_____
DON S. WILLNER
Don S. Willner & Associates, P.C.
630 Sunnyside Road
Trout Lake, WA  98650
Tel:    509-395-2000
Fax:    509-395-2939

Other attorneys to be notified are:

Tom Buchanan
Winston & Strawn
1700 K Street, NW
Washington, D.C. 20006-3817

James Borthwick
Blackwell, Sanders, Peper & Martin, LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112

William Demarest
Blackwell, Sanders, Peper & Martin
750 17th Street NW #1000
Washington, DC 20006

Bruce Taylor
Counsel—Financial Crimes Group
Federal Deposit Insurance Corporation
550 17th Street NW, Room VS-E7118
Washington, DC 20429