# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WINSTON & STRAWN LLP,** | )<br>)<br>) |
| and | )<br>) |
| **DON S WILLNER & ASSOCIATES, P.C.** | )<br>)<br>) |
| and | )<br>) |
| **BLACKWELL SANDERS PEPER MARTIN**<br>and<br>**ERNEST M. FLEISCHER** | )<br>) Civil Case No. 06-01120 (EGS)<br>)<br>) [Consolidated with No. 06-01227 |
| Consolidated Plaintiffs, | ) (EGS) and No. 06-01273 (EGS)]<br>) |
| v. | )<br>) |
| **FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR THE BENJ. FRANKLIN FS&LA, PORTLAND, OREGON** | )<br>)<br>)<br>)<br>) |
| Defendant. | )<br>) |

## ORDER

Plaintiff Don S. Willner & Associates, P.C. ("Plaintiff Willner"), filed a motion to terminate mediation between it and the Defendant Federal Deposit Insurance Corporation, as receiver for the Benj. Franklin FS&LA ("FDIC"), and to set an early status conference to fix an early trial date. The FDIC opposed the motion.

ORDERED, that Plaintiff Willner's motion is denied.

_____
EMMIT G. SULLIVAN
United States District Judge

If the foregoing order is entered, it should be sent to the following persons:

Bruce C. Taylor
Federal Deposit Insurance Corporation
550 17th Street, NW
Room VS-E7118
Washington, DC 20429
(703) 562-2436 (Telephone)
(703) 562-2478 (Facsimile)
btaylor@fdic.gov

Don S. Willner
DON S. WILLNER AND ASSOCIATES
630 Sunnyside Road
Trout Lake, Washington 98650
(509) 395-2000 (Telephone)
(509) 395-2939 (Facsimile)
donswillner@aol.com

James Borthwick
BLACKWELL SANDERS PEPER MARTIN LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Phone: (816) 983-8000
Facsimile: (816) 983-8080
jborthwick@blackwellsanders.com

Thomas M. Buchanan
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
(202) 282-5000 (Telephone)
(202) 282-5100 (Facsimile)
tbuchanan@winston.com

Jeremiah A. Collins
BREDHOFF & KAISER, PLLC
805 15th Street, NW
Washington, D.C. 20005-2207
(202) 842-2600 (Telephone)
(202) 842-1888 (Facsimile)
jcollins@bredoff.com

William F. Demarest
BLACKWELL SANDERS PEPER MARTIN LLP
750 17th Street, NW
Suite 1000
Washington, D.C. 20006
(202) 378-2300 (Telephone)
(202) 378-2319 (Facsimile)
wdemarest@blackwellsanders.com