UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 28 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WINSTON & STRAWN LLP, et al
    Plaintiff,

v.

FEDERAL DEPOSIT INSURANCE
CORPORATION, AS RECEIVER FOR
THE BENJ. FRANKLIN FS&LA,
PORTLAND, OREGON
    Defendant

Civil Action No. 06-1120 (EGS)
(Consolidated with No. 06-1227
(EGS and No. 06-1273 (EGS)

## JUDGMENT
## FOR PLAINTIFF

UPON CONSIDERATION of Mr. Toomey's recommendation and the consent of Winston & Strawn and the FDIC-Receiver to the conditions reflected in Mr. Toomey's recommendation pursuant to the Court's Order of August 14, 2007, it is hereby:

ORDERED, that Final Judgment is entered in favor of Winston & Strawn and against the FDIC, as receiver or the Benj. Franklin FS&LA, in the amount of $574,937.99; and it is further

ORDERED, that Winston & Strawn and the FDIC-Receiver shall bear their own fees, costs, and expenses in connection with this litigation..

NANCY MAYER-WHITTINGTON, Clerk

Dated: November 28, 2007

By: _____
Carol Votteler, Deputy Clerk