UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACKWELL SANDERS PEPER MARTIN, LLP, a Missouri limited liability partnership, and ERNEST M. FLEISCHER, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for the Benj. Franklin Federal Savings and Loan Association, )<br><br>Defendant. ) | Civil Case No. 06-01120 (EGS)<br><br>[Consolidated with Nos. 06-1227 (EGS) and 06-01273(EGS)] |

## MOTION FOR LEAVE TO REMOVE COUNSEL OF RECORD

Plaintiff, Blackwell Sanders, LLP ("formerly Blackwell Sanders Peper Martin LLP") hereby represents to this Court that Nancy Jochens is no longer associated with the firm of Blackwell Sanders and respectfully requests that Ms. Jochens be removed from the docket as counsel for plaintiffs.

The undersigned remain as counsel for plaintiffs Ernest Fleischer and Blackwell Sanders LLP.

Dated November 28, 2007                        Respectfully submitted,

/s/ *William F. Demarest, Jr.*
William F. Demarest, Jr.
D.C. Bar No. 266312
Blackwell Sanders LLP
750 17th Street NW, Suite 1000
Washington, D.C. 20006-3901
(202) 378-2300

and

/s/ *James Borthwick*

James Borthwick
MO #19722
Blackwell Sanders LLP
4801 Main Street, Suite 1000
Kansas City, Missouri  64112
(816) 983-8000
(816) 983-8080 (Facsimile)

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of November, 2007, I electronically filed the above and foregoing document with the clerk of the court, by using the CM/ECF system which will send a notice of electronic filing to all parties.

/s/ *William F. Demarest, Jr.*

William F. Demarest, Jr.