UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BLACKWELL SANDERS PEPER MARTIN, LLP**, a Missouri limited liability partnership, and **ERNEST M. FLEISCHER, et al.**, )<br><br>Plaintiffs, )<br><br>v. )<br><br>**FEDERAL DEPOSIT INSURANCE CORPORATION**, as Receiver for the Benj. Franklin Federal Savings and Loan Association, )<br><br>Defendant. ) | Civil Case No. 06-01120 (EGS)<br><br>[Consolidated with Nos. 06-1227 (EGS) and 06-01273(EGS)] |

## ORDER

UPON CONSIDERATION OF the Motion To Remove Counsel of Record filed by Plaintiff, Blackwell Sanders LLP, it is hereby this _____ day of _____, 2007, ORDERED that attorney Nancy S. Jochens shall henceforth be removed as counsel of record for the Plaintiffs Blackwell Sanders LLP and Ernest M. Fleischer.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE