UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACKWELL SANDERS PEPER MARTIN, LLP, a Missouri limited liability partnership, and ERNEST M. FLEISCHER, et al., <br><br>      Plaintiffs, <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for the Benj. Franklin Federal Savings and Loan Association, <br><br>      Defendant. | Civil Case No. 06-01120 (EGS) <br><br> [Consolidated with Nos. 06-1227 (EGS) and 06-01273(EGS)] |

## NOTICE OF FIRM NAME CHANGE

Plaintiff, Blackwell Sanders, LLP ("formerly Blackwell Sanders Peper Martin LLP") hereby represents to this Court that effective July 1, 2007, the name of the firm was changed from Blackwell Sanders Peper Martin LLP to Blackwell Sanders LLP. Plaintiff respectfully requests that court docket be amended to reflect this change.

Dated: November 28, 2007

                                        Respectfully submitted,

                                        /s/ *William F. Demarest, Jr.*
                                        William F. Demarest, Jr.
                                        D.C. Bar No. 266312
                                        Blackwell Sanders LLP
                                        750 17th Street NW, Suite 1000
                                        Washington, D.C. 20006-3901
                                        (202) 378-2300

                                         and

/s/ *James Borthwick*

James Borthwick
MO #19722
Blackwell Sanders LLP
4801 Main Street, Suite 1000
Kansas City, Missouri  64112
(816) 983-8000
(816) 983-8080 (Facsimile)

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of November, 2007, I electronically filed the above and foregoing document with the clerk of the court, by using the CM/ECF system which will send a notice of electronic filing to all parties.

/s/ *William F. Demarest, Jr.*