# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WINSTON & STRAWN LLP,** | ) |
| and | ) |
| **DON S WILLNER & ASSOCIATES, P.C.** | ) |
| and | ) |
| **BLACKWELL SANDERS PEPER MARTIN** and **ERNEST M. FLEISCHER** | ) Civil Case No. 06-01120 (EGS) |
| Consolidated Plaintiffs, | ) [Consolidated with No. 06-01227 (EGS) and No. 06-01273 (EGS)] |
| v. | ) |
| **FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR THE BENJ. FRANKLIN FS&LA, PORTLAND, OREGON** | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

The Court ordered the parties to submit a joint status report regarding future proceedings.

**1.     FDIC and Winston & Strawn**

The third-party neutral assigned to the dispute between the FDIC and Winston & Strawn issued a recommendation on November 26, 2007. The Court issued an order on November 28, 2007, adopting the recommendation, and the clerk entered a final judgment in favor of Winston & Strawn the same day. As a result, the dispute between the FDIC and Winston & Strawn has been resolved and no further proceedings are necessary as between the FDIC and Winston & Strawn.

## 2. FDIC, Willner & Associates, and Blackwell Sanders and Ernest Fleischer

The FDIC and Blackwell Sanders (formerly Blackwell Sanders Peper Martin) and Ernest Fleischer, and the FDIC and Willner & Associates were unable to resolve their disputes through alternative dispute resolution.

### A. FDIC and Blackwell Sanders

The FDIC and Blackwell Sanders agree on the following:

Further briefing followed by a hearing may assist the Court in determining the issues involving the remaining disputes. It is not clear whether another brief discovery period is necessary.

It may be helpful for the Court to set a scheduling conference to determine how and when the remaining issues should be determined in light of the Court's docket and the schedules of the parties.

In the event the Court schedules a conference, counsel ask the Court for permission to participate by phone to minimize the cost to counsel whose offices are located in the Midwest and Pacific Northwest.

### B. FDIC and Willner & Associates

**(1).** *Mr. Willner provided the following:*

Willner's position is that its claims can readily be resolved by supplemental Summary Judgment proceedings which will focus on the Lodestar analysis required by the Court's decision on the initial Summary Judgment Motions. Willner proposes that the Status Conference take place in December, 2007 by telephone; cross-motions and supporting papers be due in January, 2008; opposition and replies be filed in February, 2008; to be followed by a hearing at the Court's earliest convenience. Willner believes that no additional discovery will be necessary nor should be permitted since extensive discovery and depositions have already taken place.

**(2).**   *The FDIC offers the following:*

The FDIC disagrees with Mr. Willner on several points.

First, the FDIC disagrees that Mr. Willner's claims can be readily resolved by supplemental summary judgment proceedings. Supplemental briefing should be helpful but only to more fully develop the facts in preparation for a hearing, which will involve live testimony. At one time, the FDIC thought that supplemental briefing alone would be adequate, but it now believes that it can't present a full and complete defense without additional witnesses and testimony.

Second, Mr. Willner states that no further discovery is necessary or should be permitted because "*extensive* discovery and depositions have already taken place." (Emphasis added). But this is incorrect. Earlier discovery lasted only 30 days and involved only the depositions of direct participants or their representatives over a two-day period, with the aim of expediting the filing of dispositive motions. But the parties' dispositive motions failed to resolve the litigation. Additional discovery may be necessary to fully address the issues raised in the Court's order of July 13, 2007.

Third, the FDIC believes the schedule proposed by Mr. Willner is unrealistic. Even without an additional discovery period, filing initial supplemental briefs in January and replies in February is too soon. For one thing, the Christmas and New Year's holidays are fast approaching. Traditionally, many people plan to take a number of days off this time of year and spend extra time with family and friends. Beginning supplemental briefing in January would unnecessarily disrupt such plans. In addition, filing in January won't leave adequate time for a reasonable discovery period.

In sum, the FDIC is unaware of any compelling reason to advance this case on the Court's docket or truncate further proceedings.

Respectfully submitted,

Date: December 4, 2007

/s/ Bruce C. Taylor
Bruce C. Taylor
Federal Deposit Insurance Corporation
550 17th Street, NW
Room VS-E7118
Washington, DC 20429
(703) 562-2436 (Telephone)
(703) 562-2478 (Facsimile)

*Counsel for Federal Deposit Insurance Corporation, as Receiver for The Benj. Franklin FS&LA*

/s/ Thomas M. Buchanan
Thomas M. Buchanan (D.C. Bar No. 337907)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
(202) 282-5000 (Telephone)
(202) 282-5100 (Facsimile)

*Counsel for Winston & Strawn LLP*

/s/ Don S. Willner
Don S. Willner (D.C. Bar No. D00227)
DON S. WILLNER AND ASSOCIATES, P.C.
630 Sunnyside Road
Trout Lake, Washington 98650
(509) 395-2000 (Telephone)
(509) 395-2939 (Facsimile)

and

/s/ Jeremiah A. Collins
Jeremiah A. Collins (D.C. Bar No. 241935)
BREDHOFF & KAISER, PLLC
805 15th Street, NW
Washington, D.C. 20005-2207
(202) 842-2600 (Telephone)
(202) 842-1888 (Facsimile)

Kelby Fletcher
Attorney at Law
1501 4th Avenue, Suite 2800
Seattle, WA 98101
(206) 624-6800 (Telephone)
(206) 682-1415 (Facsimile)

*Of Counsel for Willner & Associates*   *Counsel for Willner & Associates*

     /s/ William F. Demarest
--------

William F. Demarest (D.C. Bar No. 266312)
BLACKWELL SANDERS LLP
750 17th Street, NW
Suite 1000
Washington, D.C.  20006
(202) 378-2300 (Telephone)
(202) 378-2319 (Facsimile)

and

James Borthwick      (MO #19722)
BLACKWELL SANDERS LLP
4801 Main Street, Suite 1000
Kansas City, MO.  64112
(816) 983-8000 (Telephone)
(816) 983-8080 (Facsimile)

*Counsel for Blackwell Sanders LLP and Ernest Fleischer*