# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WINSTON & STRAWN LLP, )<br><br>and )<br><br>DON S WILLNER & ASSOCIATES, P.C. )<br><br>and )<br><br>BLACKWELL SANDERS PEPER MARTIN )<br>and )<br>ERNEST M. FLEISCHER )<br><br>             Consolidated Plaintiffs, )<br><br>     v. )<br><br>FEDERAL DEPOSIT INSURANCE )<br>CORPORATION, AS RECEIVER FOR )<br>THE BENJ. FRANKLIN FS&LA, )<br>PORTLAND, OREGON )<br><br>             Defendant. )<br> ) | Civil Case No. 06-01120 (EGS)<br><br>[Consolidated with No. 06-01227 (EGS) and No. 06-01273 (EGS)] |

## ADDITION TO JOINT STATUS REPORT OF PLAINTIFF DON S. WILLNER AND ASSOCIATES, P.C.

Willner did not receive the FDIC's Response to Willner's position until after it was filed in Court.

In its previous Summary Judgment Memorandum of Points and Authorities filed on February 23, 2007, on page one FDIC said, "In support of its opposition and cross motion, the FDIC-Receiver submits that there is no genuine issue as to any material fact and that it is entitled to summary judgment as a matter of law, as set forth in the accompanying Memorandum of Points and Authorities and Statement of Material Facts" (emphasis added). This is a judicial admission. Willner's work for reasonable compensation in this case started in 1999 and almost nine years have passed.