In the Joint Status Report, the FDIC conspicuously fails to identify the issues as to which it claims that further discovery and/or live testimony will be necessary; and when previously asked by Willner to identify those issues, the FDIC has not done so. In these circumstances, Willner submits that the fairest and most efficient course would be for the Court to direct that the parties file cross-motions for summary judgment on the remaining issues, with further discovery to be permitted only if (as Willner strongly believes will not be the case), a showing of need is made in accordance with Rule 56(f).

Dated this 6th day of December, 2007.

Respectfully submitted,

Of Counsel:
KELBY D. FLETCHER
Peterson, Young, Putra, Fletcher,
  Knopp & Wampold, P.S.
2800 Century Square
1501 Fourth Avenue
Seattle, WA 98101-1609
Tel:   206-624-6800
Fax:   206-682-1415

__/s/Don S. Willner_____
DON S. WILLNER
Don S. Willner & Associates, P.C.
630 Sunnyside Road
Trout Lake, WA 98650
Tel:   509-395-2000
Fax:   509-395-2939

JEREMIAH A. COLLINS
Bredhoff & Kaiser, P.L.L.C.
805 15th Street, N.W., Suite 1000
Washington, DC 20005
Tel:   202-842-2600
Fax:   202-842-1888

Counsel for Plaintiff