UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BLACKWELL SANDERS PEPER MARTIN, LLP**, a Missouri limited liability partnership, and **ERNEST M. FLEISCHER, et al.,** | )<br>)<br>)<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| v. | ) Civil Case No. 06-01120 (EGS)<br>)<br>) [Consolidated with Nos. 06-1227 |
| **FEDERAL DEPOSIT INSURANCE CORPORATION,** as Receiver for the Benj. Franklin Federal Savings and Loan Association, | ) (EGS) and 06-01273(EGS)]<br>)<br>)<br>)<br>) |
| **Defendant.** | ) |

## MOTION OF BLACKWELL PLAINTIFFS FOR TRIAL SETTING

Plaintiffs Ernest M. Fleischer and Blackwell Sanders LLP ("Blackwell plaintiffs") move the Court to set a date for the trial of the remaining issues in this case. Plaintiffs filed suit seeking an award of attorney's fees from defendant FDIC on July 18, 2006. The case was consolidated with other cases on October 3, 2006. The parties filed motions for summary judgment and in an opinion and order dated July 13, 2007, the Court overruled all of the motions. At the Court's suggestion the parties engaged in mediation in an attempt to achieve a settlement. The mediation was not successful, and the Court was so advised in November 2007.

These plaintiffs seek a trial setting, or alternatively, a status conference with the Court for the purpose of obtaining a trial setting. Plaintiffs understand that Winston & Strawn's lawsuit has been resolved, but the lawsuit of Don Willner remains pending. Plaintiffs believe the evidence in their case can be submitted in one to one and one-half days.

Dated: January 24, 2008    Respectfully submitted,

/s/ William F. Demarest
William F. Demarest, Jr.
(D.C. Bar No. 266312)
Blackwell Sanders LLP
750 17th Street NW, Suite 1000
Washington, D.C. 20006-3901
(202) 378-2300

and

/s/ James Borthwick
James Borthwick
MO Bar No. 19722
*Pro Hac Vice*
Blackwell Sanders LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000
(816) 983-8080 (Facsimile)

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of January 2008, I electronically filed the above and foregoing document with the clerk of the court, by using the CM/ECF system which will send a notice of electronic filing to all parties.

/s/ William F. Demarest, Jr.