**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **WINSTON & STRAWN LLP,** ) <br> ) <br> and ) <br> ) <br> **DON S WILLNER & ASSOCIATES, P.C.** ) <br> ) <br> and ) <br> ) <br> **BLACKWELL SANDERS PEPER MARTIN** ) <br> and ) <br> **ERNEST M. FLEISCHER** ) <br> ) <br> Consolidated Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **FEDERAL DEPOSIT INSURANCE** ) <br> **CORPORATION, AS RECEIVER FOR** ) <br> **THE BENJ. FRANKLIN FS&LA,** ) <br> **PORTLAND, OREGON** ) <br> ) <br> Defendant. ) <br> ) | Civil Case No. 06-01120 (EGS) <br><br> [Consolidated with No. 06-01227 (EGS) and No. 06-01273 (EGS)] |

**INDEX OF EXHIBITS TO BLACKWELL PLAINTIFFS'
MOTION FOR AN ORDER CLARIFYING
<u>WHAT EVIDENCE MAY BE PRESENTED AT TRIAL</u>**

Exhibit A    02/03/06 Notice to all Current Shareholders of Benj. Franklin Federal Savings & Loan Association

Exhibit B    06/23/08 Declaration of Ernest M. Fleischer

Exhibit C    11/08/04 Letter from Don S. Willner to Robert G. Clark, Federal Deposit Ins. Corp.

Exhibit D    11/09/04 Letter from Robert G. Clark, Federal Deposit Ins. Corp., to Don S. Willner