

**Federal Deposit Insurance Corporation**
550 17th Street NW, Washington, D.C. 20429-9990

Legal Division

November 9, 2004

Don S. Willner, Esq.
621 South West Morrison Street
Portland, Oregon 97205

Dear Mr. Willner:

The FDIC concurs with your letter to me dated November 8, 2004.

Sincerely,

Robert G. Clark
Senior Counsel

EXHIBIT D