TABLE OF CONTENTS

INTRODUCTION

PROCEDURE CONTEXT IN THIS COURT

ISSUES

STANDARD OF REVIEW

STATEMENT OF FACTS

    (1) THE SEVENTEEN (17) YEAR CLAIMS COURT CASE

    (2) THE BREACH OF FIDUCIARY DUTY SUIT IN THE FEDERAL DISTRICT COURT IN OREGON

    (3) THE SHAREHOLDER MOTION FOR INTERVENTION IN THIS COURT

    (4) THE SETTLEMENT DISCUSSIONS

    (5) THE FDIC ADMINISTRATIVE PROCESSING OF WILLNER'S CLAIM

ARGUMENT

    (1) WILLNER SHOULD BE PAID FAIR VALUE AT DISTRICT OF COLUMBIA RATES FOR BEING THE SUCCESSFUL LEAD COUNSEL IN MAJOR COMPLEX LITIGATION IN THE DISTRICT OF COLUMBIA FEDERAL COURT

    (2) FAIR MARKET VALUE RATE MUST BE JUSTIFIED BY REPUTATION, SKILL AND EXPERIENCE

        (a) REPUTATION

        (b) SKILL

        (c) EXPERIENCE

        (d) THE COMPENSATION OF LEAD COUNSEL SHOULD COMPARE FAVORABLY WITH SKILLED ATTORNEYS WHO WORKED ON THIS MATTER WHO WERE NOT LEAD COUNSEL

    (3) AS A DISTANT FALL BACK POSITION, WILLNER SHOULD BE PAID AT FAIR MARKET VALUE FOR LEAD COUNSEL WORK IN SUCCESSFUL MAJOR COMPLEX LITIGATION IN THE DISTRICT OF COLUMBIA AT THE PACIFIC NORTHWEST RATES

    (4) WILLNER'S CLAIM FOR $_____ IS JUSTIFIED BY THE LODESTAR/MULTIPLIER APPROACH USED IN THIS DISTRICT

        (a) THE SIZE OF THE FUND CREATED AND THE NUMBERS OF PERSONS BENEFITED

        (b) THE PRESENCE OR ABSENCE OF SUBSTANTIAL OBJECTIONS BY MEMBERS OF THE CLASS TO THE SETTLEMENT IN TERMS OF FEES REQUESTED BY COUNSEL

    (c) THE SKILL AND EFFICIENCY OF THE ATTORNEYS INVOLVED

    (d) THE COMPLEXITY AND DURATION OF THE LITIGATION

    (e) THE RISK OF NON-PAYMENT

    (f) THE AMOUNT OF TIME DEVOTED TO THE CASE BY PLAINTIFFS' COUNSEL

    (g) THE AWARDS IN SIMILAR CASES

CONCLUSION

MEMORANDUM OF POINTS AND AUTHORITIES