# TABLE OF AUTHORITIES

**Cases**

**Freeman v. FDIC**
56 F.3d 1394, 1400 (D.C. Cir., 1995).
(See: H.R. Rep. No. 101-54(1), 101st cong., 1st Session,
reprinted in 1989 Code cong. And Ad News 86, 214-215)……………………………4

**United States v. Flora**
362 U.S. 145, 80 S.Ct. 630, 4L.Ed 2d. 623 (1960)…………………………………….7

**Sharpe v. FDIC**
*126* F.3d 1147 (9th Cir. 1997)………………………………………………….….8

**Missouri v. Jenkins**
491 U.S. 274, 109 S.Ct. 2463, 2476, 105 L.Ed 2d 225 (1989)………………………..13

**Blum v. Stenson**
465 U.S. 886, 888, 104 S.Ct. 1541, 78 L.Ed 2d 891 (1984)………………………..13,15

**Covington v. District of Columbia**
27 F.3d 1101 (D.C. Cir., 1995)………………………………………………………..13

**In re Baan Company Securities Litigation**
*2*88 F Supp. 2d (D.C., 2003)………………………………………………………..13

**Freeport Partners, LLC v. Allbritton**
2006 U.S. Dist., Lexis (D.C. 2006)……………………………………………………13

**Czarniewy v. District of Columbia**
No. Civ.A. 02-1496 (HHK), 2005 WL 692081, D.D.C., March 25, 2005…………….13

**Donnell v. United States**
682 F.2d 240, 251-52 (D.C. Cir. 1982)……………………………………………..14,27,30

**Davis County Solid Waste Management et al. v. U.S. Environmental Protection Agency**
169 F.3d 755, 759-760 (D.C. Cir. 1999)…………………………………………….

**Salazar v. District of Columbia**
123 F.Supp. 2d 8 (D.C.D., 2000)………………………………………………………15

**Gottlieb v. Barry**
43 F.3d 474, 491 (10th Cir., 1994)……………………………………………………18

**White v. Auerbach**
500 F.2d 822, 828 (2d Cir., 1974)……………………………………………………28

**Vitamin Anti-Trust Litigation case**
398 F.Supp.2d 209 (D.D.C., 2005)…………………………………………………20

**General Federation of Women's Clubs v. Iron Gate, Inc**.
530 A.3d. 1123, 1129 (D.C. Court of Appeals, 1988)…………………………………24

**Copeland v. Marshall**
641 F.2d 880, 893 (D.C. Cir., 1980)…………………………………………………24

**Clark v. City of Los Angeles**
803 F.3d 987, 992 (9th Cir., 1986)……………………………………………………24

## Statutes

FIRREA, Pub. L. 10-73, 103 Stat. 183………………………………………………..2

Regulations