EXHIBITS TO MOTION FOR SUMMARY JUDGMENT OF
DON S. WILLNER & ASSOCIATES, P.C.

| | | |
|---|---|---|
| Exhibit A | - | Willner Declaration of June 23, 2008. |
| Exhibit B | - | Willner letter to Taylor of May 3, 2002. |
| Exhibit C | - | Excerpts from Taylor Deposition. |
| Exhibit D | - | Willner letter to Taylor of May 10, 2002. |
| Exhibit E | - | Inter-Agency Agreement between RTC and later FDIC with the IRS. |
| Exhibit F | - | Agreement between Willner and FDIC. |
| Exhibit G | - | Willner letter to Taylor of May 20, 2002. |
| Exhibit H | - | Willner letter to Taylor of June 6, 2002. |
| Exhibit I | - | Taylor letter to Willner dated June 6, 2002, but received June 11, 2002. |
| Exhibit J | - | Excerpt from proceeding in Oregon Federal Court. |
| Exhibit K | - | The forty-three (43) letters between Willner, Department of Justice and the FDIC. |
| Exhibit L | - | Summary of the forty-three (43) letters. |
| Exhibit M | - | FDIC Partial Allowance of Willner Claim. |
| Exhibit N | - | Excerpts from Gill Deposition. |
| Exhibit O | - | Markowitz Declaration. |
| Exhibit P | - | Heiling Declaration. |
| Exhibit Q | - | Honorable James M. Burns Declaration. |
| Exhibit R | - | Honorable Berkeley Lent Declaration. |
| Exhibit S | - | Laird Kirkpatrick Declaration. |
| Exhibit T | - | G. Dale Weight, PhD Declaration. |
| Exhibit U | - | Agreement between Willner and FDIC. |
| Exhibit V | - | Joint Declaration of former officers, directors, or executives of Benj. Franklin. |
| Exhibit | - | Affidavit of Milliam |
| Exhibit | - | Affidavit of Cooper |
| Exhibit | - | Affidavit of Gow |