EXHIBIT F

## Supplemental Agreement
## Between the Suess Plaintiffs and FDIC-FRF-RTC

The parties agree as follows:

1. In consideration of plaintiffs dismissing with prejudice their claim for the appointment of an independent trustee, FDIC-FRF-RTC, having fiduciary duties to the shareholders, intends to make a good faith effort:

    (a) To minimize the IRS tax claim against the receivership;

    (b) To keep the plaintiffs informed about negotiations with the IRS; and

    (c) If a distribution to the shareholders results from this lawsuit, FDIC-FRF-RTC intends to make a good faith effort to keep the expenses to a minimum and provide the earliest possible distribution.

2. FDIC-FRF-RTC will use its best efforts to make available to plaintiffs any witnesses on its side of the firewall that it has made available to defendant.

3. The FDIC-FRF-RTC agrees to the terms stated in paragraph 1 through 8 of Plaintiffs' Motion Pursuant to RUSCC 19(a) for an order adding the FDIC-FRF-RTC as an additional party plaintiff.

Dated: January 25, 1999

FDIC-FRF-RTC

By _____
John V. Thomas
Associate General Counsel

SUESS PLAINTIFFS

By _____
Don S. Willner
Attorney of Record