EXHIBIT P

Federal Deposit Insurance Corporation as Receiver for:
Benj. Franklin Savings & Loan Association
Portland, Oregon

## DECLARATION OF CHARLES J. COOPER

1.  I am the founding partner of the Washington, D.C. law firm of Cooper & Kirk, PLLC. I have been practicing law for 26 years. I have experience as lead counsel in complex litigation in Washington, D.C. and in federal courts throughout the country.

2.  I have known Don Wilner since the start of the *Winstar* litigation in the early 1990's. At Mr. Wilner's request I am providing this affidavit in connection with his pending fee application in the above-referenced case.

3.  Based on my general familiarity with fees charged by Washington, D.C. firms in complex federal litigation, an hourly rate of $525 is well within the range charged by my firm and other Washington, D.C. firms for a lead counsel role in such cases.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 30, 2005.

*[signature]*
Charles J. Cooper

DISTRICT OF COLUMBIA
CITY OF WASHINGTON

Subscribed, sworn to and acknowledged before me by CHARLES J. COOPER, this 30th day of August, 2005.

(Seal)

_____
Notary Public

My Commission Expires: August 14, 2010