EXHIBIT Q

**Federal Deposit Insurance Corporation as Receiver for:
Benj. Franklin Federal Savings & Loan Association
Portland, Oregon**

DECLARATION OF MELVIN GARBOW
IN CONNECTION WITH ATTORNEY FEE PETITION OF DON S. WILLNER

I, Melvin Garbow, being first duly sworn, do say:

1. I have practiced law for 45 years and am a partner in the Washington, D.C. law firm of Arnold & Porter. I frequently have been lead counsel for complex Federal litigation in the District of Columbia.

2. I and other members of my law firm have known Don Willner since the start of the "Winstar" litigation in 1990.

3. In connection with this pending fee application, Mr. Willner has requested that I provide an affidavit concerning attorneys' fees.

4. An hourly rate of $525 per hour would be well within the fees charged by Arnold & Porter for a lead counsel role in complex Federal litigation in the District of Columbia.

Signed in Washington, D.C. on August 26, 2005.

_____
Melvin Garbow

DISTRICT OF COLUMBIA )
                     ) ss
CITY OF WASHINGTON   )

Subscribed, sworn to and acknowledged before me by MELVIN C. GARBOW, this 26th day of August, 2005.

(SEAL)

_____
Notary Public

My Commission Expires: _____
My Commission Expires
May 31, 2009