Case 1:06-cv-01120-EGS   Document 48-21   Filed 06/23/2008   Page 1 of 1
FROM :                    FAX NO. :5093952939              Aug. 30 2005 04:52PM  P2

EXHIBIT R

Federal Deposit Insurance Corporation as Receiver for:    )
Benj. Franklin Savings & Loan Association                 )
Portland, Oregon                                          )

## DECLARATION OF JOHN C. MILLIAN

1.  I am a partner in the law firm of Gibson, Dunn & Crutcher LLP. I have practiced law for 21 years, of which the past 19 years has been in the District of Columbia. I am admitted to practice in the District of Columbia, California (inactive), Washington State (inactive), before the U.S. Supreme Court, and before numerous other federal courts. I provide this declaration at the request of Don S. Willner, Esq., who I understand has submitted a petition for an award of attorneys' fees in the above-referenced matter.

2.  I have not made any study of legal rates, but I am generally familiar with fees charged for lead counsel work by Washington-based and national law firms in complex, federal litigation in the District of Columbia. An hourly rate of $525 would be reasonable and not out of line for such lead counsel work.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 28, 2005.

_____
JOHN C. MILLIAN

70326945_1.DOC