EXHIBIT T

## DECLARATION OF DEAN HEILING IN SUPPORT OF ATTORNEY FEE APPLICATION OF DON S. WILLNER

I, Dean Heiling, declare under penalty of perjury under the laws of the United States and the State of Oregon that the following is true and correct:

I am an attorney engaged in the full time practice of law. I have been practicing law since 1971. My practice over the years has included criminal cases, family law matters, business cases, property disputes, personal injury claims, and other areas from time to time. In the last 25 years my practice has emphasized personal injury and workers' compensation claims, but I have maintained business clients and have been involved in business litigation on an occasional basis. I am admitted to the Oregon State Bar, the Washington State Bar Association, the United States District Court for the District of Oregon, the Ninth Circuit Court of Appeals, and the United States Supreme Court. I have handled cases in litigation primarily in Oregon, but also in Washington, California and Virginia. I am a frequent lecturer at Continuing Legal Education seminars in Oregon on trial litigation, including attorney fees.

I am familiar with billing rates – highs, lows, and averages – of attorneys in Oregon and in various states throughout the country. I have testified as an expert witness in attorney fee disputes from time to time since the early 1980s, submitted many affidavits in support of fee petitions for other attorneys and for myself, and I have served as arbiter in attorney fee claims in Oregon.

I know Don S. Willner. We were partners in the law firm of Willner & Heiling in the early 1990s and have worked with each other since then, associating on three major cases in litigation and counseling with each other on our individual cases from time to time over the years. One of the cases we co-counseled involved a personal injury suit against a U-Haul company. Mr. Willner argued and won in the Ninth Circuit, persuading that court to establish a favorable interpretation of the Commercial Code of Tennessee, which was later discussed in a Tennessee law review. I consider myself an accomplished

attorney, but I do not have Mr. Willner's expertise in complex litigation. Mr. Willner is highly intelligent, highly experienced, and an excellent legal strategist.

The usual hourly rates in Oregon for attorneys of Mr. Willner's experience and professional standing in litigation are between $375 and $500, with an average of $425. In my opinion, a basic rate of at least $450 per hour would be completely fair for Mr. Willner.

Executed this 19th day of June, 2008 in Portland, Oregon.

Dean Heiling