IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| C. ROBERT SUESS, et al., ) | |
| ) | No. 90-981C |
| Plaintiffs, ) | |
| ) | (Chief Judge Smith) |
| v. ) | |
| ) | |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

AFFIDAVIT OF HONORABLE BERKELEY LENT

STATE OF OREGON   )
                  ) ss.
County of Marion  )

I, Berkeley Lent, being first duly sworn do depose and say:

1. Presently, I hold the office of Senior Judge of the State of Oregon.

2. I have been a member of the Oregon State Bar since 1950. For most of the period from 1950 to 1953 I was an attorney for the United States of America, assigned to the Bonneville Power Administration. From 1953 to 1971, I was

1

in a very active private trial practice, officing in Portland, Oregon, but trying cases throughout the state.

3. During that same period of time, I served in the Oregon Legislature, both House and then Senate, with Don S. Willner. There, he was highly respected for his integrity, knowledge of the law, and long hours of work. I know of no member of the Legislature during the period from 1957 to 1971 who was more knowledgeable than he about state government.

4. From 1971 to 1977, I was a Circuit Judge of the State of Oregon for the County of Multnomah, Oregon's most populous county. Mr. Willner was an active trial lawyer during that period in both the State and Federal Courts and, as such, was well known and highly regarded by both bench and bar for his skills and integrity.

5. From 1977 to 1988, I was a Justice of the Oregon Supreme Court, being Chief Justice in 1982-83, and, to my personal knowledge, Mr. Willner was higly regarded by the members of that court and of Oregon's intermediate appellate court, the Oregon Court of Appeals, for his work before those courts and, by reputation, for his conduct of lengthy and important work in the Federal Courts.

6. I retired from the Oregon Supreme Court in 1988, and since that time I have been self-employed as an arbitrator and mediator in the States of Oregon and Washington. In that capacity, I am in close contact with trial lawyers many times per month, and this keeps me acquainted with what is going on in the trial

courts. I know that Mr. Willner continues to enjoy the esteem of his fellow professionals.

7. Over the years, Mr. Willner has been noted for his skill in the championship of the disadvantaged and in the cause of difficult quests.

8. I agree with the sentiment of my friend, Senior United States District Judge M. Burns, that "I am proud that Don Willner is an Oregon attorney."

_____
HONORABLE BERKELY LENT
OREGON SENIOR JUDGE

SUBSCRIBED AND SWORN to before me this 25 day of July, 2000.

_____
NOTARY PUBLIC, STATE OF OREGON

OFFICIAL SEAL
DIANA HALL
NOTARY PUBLIC - OREGON
COMMISSION NO. 063107
MY COMMISSION EXPIRES MAR. 24, 2001

3