EXHIBIT W

# DECLARATION OF LAIRD C. KIRKPATRICK

1. I am the former Dean of the University of Oregon Law School and am currently a visiting professor at the George Washington University Law School.

2. I have been a member of the Oregon State Bar since 1968 and am admitted to practice before the United States Court of Appeals for the Ninth Circuit and the United States Supreme Court.

3. In addition to law teaching, I have practiced law for a number of years in Oregon. I previously served as Director of Legal Aid Service in Portland and as an Assistant United States Attorney. I know many attorneys and judges throughout the State. I have written a book on Oregon Evidence that is used by most judges and trial attorneys in the state. I was elected by the members of the Oregon State Bar to serve as their delegate in the American Bar Association House of Delegates.

4. By virtue of my active involvement in the legal profession in Oregon and my prior practice experience in Portland, I am familiar with the reputation of Don S. Willner.

5. Mr. Willner has an outstanding reputation among the lawyers and judges in Oregon and is one of the most highly regarded trial attorneys in the state, particularly for complex litigation. He has taken on many of the most challenging and difficult cases in the areas of consumer law, civil rights, and corporate law with great success. He is someone I would recommend highly to any client who had a complex litigation matter whether it was in Oregon or any other state. I have no doubt that his ability and skill match that of lawyers handling similar legal matters in Washington, D.C. or any other large urban area. I believe that he should be entitled to compensation at a rate comparable to that of other attorneys with similar ability and responsibility serving as lead counsel in major complex litigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2006

_____
LAIRD C. KIRKPATRICK