## DECLARATION OF BENJ. FRANKLIN SHAREHOLDER

I, __Peter Baker__, declare under penalty of perjury under the laws of the United States and the State of Oregon that the following is true and correct to the best of my knowledge and belief.

1. I am a shareholder of Benj. Franklin Federal Savings and Loan Association and own or control __55,800__ shares.

2. Before the seizure of Benj. Franklin on February 21, 1990, I was _____ of Benj. Franklin.
   *Title*
   *[Add plaintiff status where applicable]*

3. Don Willner has been the attorney for Benj. Franklin matters for almost 17 years. I am familiar with his excellent work on our behalf.

4. I am advised that Don Willner has been paid only $62.50 per hour for his time until 1996, and $125 per hour for his time from 1996 to the present, with the understanding that he would seek a reasonable attorney fee out of any common fund which later came into being.

5. I am further advised that as a result of his efforts as lead counsel, and the efforts of others, the $1.2 billion IRS claim has been reduced to $50 million and money is now available for reasonable attorney fees.

6. I am further advised that the Federal Deposit Insurance Corporation, the Receiver of Benj. Franklin, has recommended that Don Willner receive a lower hourly rate than the Washington D.C. and Kansas City attorneys who have worked on this tax matter under Don Willner's leadership.

7. I support the Complaint of the law firm of Don S. Willner and Associates, P.C. for the payment of $782,110.24 for attorney fees plus actual expenses for work on this tax matter.

Executed at __Rancho Mirage, CA__

Date: March __9__, 2007    _____
                                *signature*

03:50p    Dale Bottom                630-88707465                p.1

# DECLARATION OF BENJ. FRANKLIN SHAREHOLDER

I, __Dale C. Bottom__, declare under penalty of perjury under the laws of the United States and the State of Oregon that the following is true and correct to the best of my knowledge and belief.

1. I am a shareholder of Benj. Franklin Federal Savings and Loan Association and own or control __200__ shares.

2. Before the seizure of Benj. Franklin on February 21, 1990, I was __A Stock Holder__ of Benj. Franklin.
   Title
   *[Add plaintiff status where applicable]*

3. Don Willner has been the attorney for Benj. Franklin matters for almost 17 years. I am familiar with his excellent work on our behalf.

4. I am advised that Don Willner has been paid only $62.50 per hour for his time until 1996, and $125 per hour for his time from 1996 to the present, with the understanding that he would seek a reasonable attorney fee out of any common fund which later came into being.

5. I am further advised that as a result of his efforts as lead counsel, and the efforts of others, the $1.2 billion IRS claim has been reduced to $50 million and money is now available for reasonable attorney fees.

6. I am further advised that the Federal Deposit Insurance Corporation, the Receiver of Benj. Franklin, has recommended that Don Willner receive a lower hourly rate than the Washington D.C. and Kansas City attorneys who have worked on this tax matter under Don Willner's leadership.

7. I support the Complaint of the law firm of Don S. Willner and Associates, P.C. for the payment of $782,110.24 for attorney fees plus actual expenses for work on this tax matter.

Executed at __Burr Ridge, IL__

Date: March __11__, 2007        __Dale C. Bottom__
                                   *signature*

## DECLARATION OF BENJ. FRANKLIN SHAREHOLDER

I, **Robert A. Davison**, declare under penalty of perjury under the laws of the United States and the State of Oregon that the following is true and correct to the best of my knowledge and belief.

1. I am a shareholder of Benj. Franklin Federal Savings and Loan Association and own or control **210** shares.

2. Before the seizure of Benj. Franklin on February 21, 1990, I was **Vice President** of Benj. Franklin.
   *Title*
   *[Add plaintiff status where applicable]*

3. Don Willner has been the attorney for Benj. Franklin matters for almost 17 years. I am familiar with his excellent work on our behalf.

4. I am advised that Don Willner has been paid only $62.50 per hour for his time until 1996, and $125 per hour for his time from 1996 to the present, with the understanding that he would seek a reasonable attorney fee out of any common fund which later came into being.

5. I am further advised that as a result of his efforts as lead counsel, and the efforts of others, the $1.2 billion IRS claim has been reduced to $50 million and money is now available for reasonable attorney fees.

6. I am further advised that the Federal Deposit Insurance Corporation, the Receiver of Benj. Franklin, has recommended that Don Willner receive a lower hourly rate than the Washington D.C. and Kansas City attorneys who have worked on this tax matter under Don Willner's leadership.

7. I support the Complaint of the law firm of Don S. Willner and Associates, P.C. for the payment of $782,110.24 for attorney fees plus actual expenses for work on this tax matter.

Executed at **Portland, OR**

Date: March **9**, 2007    **Robert A. Davison**
                            *signature*

## DECLARATION OF BENJ. FRANKLIN SHAREHOLDER

I, __ROBERT E. DOWNIE__, declare under penalty of perjury under the laws of the United States and the State of Oregon that the following is true and correct to the best of my knowledge and belief.

1. I am a shareholder of Benj. Franklin Federal Savings and Loan Association and own or control __4287__ shares.

2. Before the seizure of Benj. Franklin on February 21, 1990, I was __MEMBER, BOARD OF DIRECTORS__ of Benj. Franklin.
   *Title*
   *[Add plaintiff status where applicable]*

3. Don Willner has been the attorney for Benj. Franklin matters for almost 17 years. I am familiar with his excellent work on our behalf.

4. I am advised that Don Willner has been paid only $62.50 per hour for his time until 1996, and $125 per hour for his time from 1996 to the present, with the understanding that he would seek a reasonable attorney fee out of any common fund which later came into being.

5. I am further advised that as a result of his efforts as lead counsel, and the efforts of others, the $1.2 billion IRS claim has been reduced to $50 million and money is now available for reasonable attorney fees.

6. I am further advised that the Federal Deposit Insurance Corporation, the Receiver of Benj. Franklin, has recommended that Don Willner receive a lower hourly rate than the Washington D.C. and Kansas City attorneys who have worked on this tax matter under Don Willner's leadership.

7. I support the Complaint of the law firm of Don S. Willner and Associates, P.C. for the payment of $782,110.24 for attorney fees plus actual expenses for work on this tax matter.

Executed at __Anacortes, Wa__

Date: March __12__, 2007        _____
                                         *signature*

## DECLARATION OF BENJ. FRANKLIN SHAREHOLDER

I, __Craig E. Goss__, declare under penalty of perjury under the laws of the United States and the State of Oregon that the following is true and correct to the best of my knowledge and belief.

1. I am a shareholder of Benj. Franklin Federal Savings and Loan Association and own or control __163__ shares.

2. Before the seizure of Benj. Franklin on February 21, 1990, I was __V.P. / General Counsel__ of Benj. Franklin.
   *Title*
   [Add plaintiff status where applicable]

3. Don Willner has been the attorney for Benj. Franklin matters for almost 17 years. I am familiar with his excellent work on our behalf.

4. I am advised that Don Willner has been paid only $62.50 per hour for his time until 1996, and $125 per hour for his time from 1996 to the present, with the understanding that he would seek a reasonable attorney fee out of any common fund which later came into being.

5. I am further advised that as a result of his efforts as lead counsel, and the efforts of others, the $1.2 billion IRS claim has been reduced to $50 million and money is now available for reasonable attorney fees.

6. I am further advised that the Federal Deposit Insurance Corporation, the Receiver of Benj. Franklin, has recommended that Don Willner receive a lower hourly rate than the Washington D.C. and Kansas City attorneys who have worked on this tax matter under Don Willner's leadership.

7. I support the Complaint of the law firm of Don S. Willner and Associates, P.C. for the payment of $782,110.24 for attorney fees plus actual expenses for work on this tax matter.

Executed at __Moraga, CA__

Date: March __12__, 2007    _____Craig E. Goss_____
                                    *signature*

## DECLARATION OF BENJ. FRANKLIN SHAREHOLDER

I, Barbara M. Gibbs, declare under penalty of perjury under the laws of the United States and the State of Oregon that the following is true and correct to the best of my knowledge and belief.

1. I am a shareholder of Benj. Franklin Federal Savings and Loan Association and own or control __162__ shares.

2. Before the seizure of Benj. Franklin on February 21, 1990, I was __Assistant Treasurer__ of Benj. Franklin.
   Title
   *[Add plaintiff status where applicable]*

3. Don Willner has been the attorney for Benj. Franklin matters for almost 17 years. I am familiar with his excellent work on our behalf.

4. I am advised that Don Willner has been paid only $62.50 per hour for his time until 1996, and $125 per hour for his time from 1996 to the present, with the understanding that he would seek a reasonable attorney fee out of any common fund which later came into being.

5. I am further advised that as a result of his efforts as lead counsel, and the efforts of others, the $1.2 billion IRS claim has been reduced to $50 million and money is now available for reasonable attorney fees.

6. I am further advised that the Federal Deposit Insurance Corporation, the Receiver of Benj. Franklin, has recommended that Don Willner receive a lower hourly rate than the Washington D.C. and Kansas City attorneys who have worked on this tax matter under Don Willner's leadership.

7. I support the Complaint of the law firm of Don S. Willner and Associates, P.C. for the payment of $782,110.24 for attorney fees plus actual expenses for work on this tax matter.

Executed at __Portland, Oregon__

Date: March __8__, 2007   __Barbara M. Gibbs__
                          *signature*

## DECLARATION OF BENJ. FRANKLIN SHAREHOLDER

I, Don McIntyre, declare under penalty of perjury under the laws of the United States and the State of Oregon that the following is true and correct to the best of my knowledge and belief.

1. I am a shareholder of Benj. Franklin Federal Savings and Loan Association and own or control 12,737 shares.

2. Before the seizure of Benj. Franklin on February 21, 1990, I was ___Executive Vice President___ of Benj. Franklin.
   *Title*

3. Don Willner has been the attorney for Benj. Franklin matters for almost 17 years. I am familiar with his excellent work on our behalf.

4. I am advised that Don Willner has been paid only $62.50 per hour for his time until 1996, and $125 per hour for his time from 1996 to the present, with the understanding that he would seek a reasonable attorney fee out of any common fund which later came into being.

5. I am further advised that as a result of his efforts as lead counsel, and the efforts of others, the $1.2 billion IRS claim has been reduced to $50 million and money is now available for reasonable attorney fees.

6. I am further advised that the Federal Deposit Insurance Corporation, the Receiver of Benj. Franklin, has recommended that Don Willner receive a lower hourly rate than the Washington D.C. and Kansas City attorneys who have worked on this tax matter under Don Willner's leadership.

7. I support the Complaint of the law firm of Don S. Willner and Associates, P.C. for the payment of $782,110.24 for attorney fees plus actual expenses for work on this tax matter.

Executed at Indio, CA

Date: March 9, 2007    _____
                              *signature*

## DECLARATION OF BENJ. FRANKLIN SHAREHOLDER

I, __LEO C SHERRY__, declare under penalty of perjury under the laws of the United States and the State of Oregon that the following is true and correct to the best of my knowledge and belief.

1. I am a shareholder of Benj. Franklin Federal Savings and Loan Association and own or control __5998__ shares.

2. Before the seizure of Benj. Franklin on February 21, 1990, I was __A SHAREHOLDER__ of Benj. Franklin.
   *Title*
   *[Add plaintiff status where applicable]*

3. Don Willner has been the attorney for Benj. Franklin matters for almost 17 years. I am familiar with his excellent work on our behalf.

4. I am advised that Don Willner has been paid only $62.50 per hour for his time until 1996, and $125 per hour for his time from 1996 to the present, with the understanding that he would seek a reasonable attorney fee out of any common fund which later came into being.

5. I am further advised that as a result of his efforts as lead counsel, and the efforts of others, the $1.2 billion IRS claim has been reduced to $50 million and money is now available for reasonable attorney fees.

6. I am further advised that the Federal Deposit Insurance Corporation, the Receiver of Benj. Franklin, has recommended that Don Willner receive a lower hourly rate than the Washington D.C. and Kansas City attorneys who have worked on this tax matter under Don Willner's leadership.

7. I support the Complaint of the law firm of Don S. Willner and Associates, P.C. for the payment of $782,110.24 for attorney fees plus actual expenses for work on this tax matter.

Executed at __PORTLAND, OR__

Date: March __13__, 2007        __Leo C Sherry__
                                *signature*

07 0110p      Don S. Willner              509-395-3343              P.3

## DECLARATION OF BENJ. FRANKLIN SHAREHOLDER

I, April A. Smith, declare under penalty of perjury under the laws of the United States and the State of Oregon that the following is true and correct to the best of my knowledge and belief.

1. I ~~am~~ WAS a shareholder of Benj. Franklin Federal Savings and Loan Association and ~~own or control~~ OWNED OR CONTROLED 1,000 shares.

2. Before the seizure of Benj. Franklin on February 21, 1990, I was ASSISTANT VICE PRESIDENT of Benj. Franklin.
   *Title*
   *(Add plaintiff status where applicable)*

3. Don Willner has been the attorney for Benj. Franklin matters for almost 17 years. I am familiar with his excellent work on our behalf.

4. I am advised that Don Willner has been paid only $62.50 per hour for his time until 1996, and $125 per hour for his time from 1996 to the present, with the understanding that he would seek a reasonable attorney fee out of any common fund which later came into being.

5. I am further advised that as a result of his efforts as lead counsel, and the efforts of others, the $1.2 billion IRS claim has been reduced to $50 million and money is now available for reasonable attorney fees.

6. I am further advised that the Federal Deposit Insurance Corporation, the Receiver of Benj. Franklin, has recommended that Don Willner receive a lower hourly rate than the Washington D.C. and Kansas City attorneys who have worked on this tax matter under Don Willner's leadership.

7. I support the Complaint of the law firm of Don S. Willner and Associates, P.C. for the payment of $782,110.24 for attorney fees plus actual expenses for work on this tax matter.

Executed at STONINGTON, CONNECTICUT

Date: March 8, 2007         April A. Smith
                            *signature*

Mar 11 07 07:28a   Mike & Jill Thorne   760 767 5914   p.

## DECLARATION OF BENJ. FRANKLIN SHAREHOLDER

I, _Michael G. Thorne_, declare under penalty of perjury under the laws of the United States and the State of Oregon that the following is true and correct to the best of my knowledge and belief.

1. I am a shareholder of Benj. Franklin Federal Savings and Loan Association and own or control _6800_ shares.

2. Before the seizure of Benj. Franklin on February 21, 1990, I was _a member of - The Board of_ of Benj. Franklin.
    Title _Directors_
    [Add plaintiff status where applicable]

3. Don Willner has been the attorney for Benj. Franklin matters for almost 17 years. I am familiar with his excellent work on our behalf.

4. I am advised that Don Willner has been paid only $62.50 per hour for his time until 1996, and $125 per hour for his time from 1996 to the present, with the understanding that he would seek a reasonable attorney fee out of any common fund which later came into being.

5. I am further advised that as a result of his efforts as lead counsel, and the efforts of others, the $1.2 billion IRS claim has been reduced to $50 million and money is now available for reasonable attorney fees.

6. I am further advised that the Federal Deposit Insurance Corporation, the Receiver of Benj. Franklin, has recommended that Don Willner receive a lower hourly rate than the Washington D.C. and Kansas City attorneys who have worked on this tax matter under Don Willner's leadership.

7. I support the Complaint of the law firm of Don S. Willner and Associates, P.C. for the payment of $782,110.24 for attorney fees plus actual expenses for work on this tax matter.

Executed at _Borrego Springs, California_

Date: March _10th_, 2007   _Michael G. Thorne_
                                    signature

## DECLARATION OF BENJ. FRANKLIN SHAREHOLDER

I, ~~the Estate of Michael G. Foster~~ John R. Tomlinson, Executor of, declare under penalty of perjury under the laws of the United States and the State of Oregon that the following is true and correct to the best of my knowledge and belief.

1. I am a shareholder [the Executor of the Estate of Michael G. Foster] of Benj. Franklin Federal Savings and Loan Association and own or control 242,600 shares. *Michael G. Foster*

2. Before the seizure of Benj. Franklin on February 21, 1990, I was a shareholder of Benj. Franklin.
   _____
   Title
   [Add plaintiff status where applicable]

3. Don Willner has been the attorney for Benj. Franklin matters for almost 17 years. I am familiar with his excellent work on our behalf.

4. I am advised that Don Willner has been paid only $62.50 per hour for his time until 1996, and $125 per hour for his time from 1996 to the present, with the understanding that he would seek a reasonable attorney fee out of any common fund which later came into being.

5. I am further advised that as a result of his efforts as lead counsel, and the efforts of others, the $1.2 billion IRS claim has been reduced to $50 million and money is now available for reasonable attorney fees.

6. I am further advised that the Federal Deposit Insurance Corporation, the Receiver of Benj. Franklin, has recommended that Don Willner receive a lower hourly rate than the Washington D.C. and Kansas City attorneys who have worked on this tax matter under Don Willner's leadership.

7. I support the Complaint of the law firm of Don S. Willner and Associates, P.C. for the payment of $782,110.24 for attorney fees plus actual expenses for work on this tax matter.

Executed at Palm Springs, California

Date: March 14, 2007     _John R. Tomlinson, Executor_
                              signature

## DECLARATION OF BENJ. FRANKLIN SHAREHOLDER

I, __GDNE WEIGHT__, declare under penalty of perjury under the laws of the United States and the State of Oregon that the following is true and correct to the best of my knowledge and belief.

1. I am a shareholder of Benj. Franklin Federal Savings and Loan Association and own or control __35,935__ shares.

2. Before the seizure of Benj. Franklin on February 21, 1990, I was __CHAIRMAN + CEO__ of Benj. Franklin.
   *Title*
   *[Add plaintiff status where applicable]*

3. Don Willner has been the attorney for Benj. Franklin matters for almost 17 years. I am familiar with his excellent work on our behalf.

4. I am advised that Don Willner has been paid only $62.50 per hour for his time until 1996, and $125 per hour for his time from 1996 to the present, with the understanding that he would seek a reasonable attorney fee out of any common fund which later came into being.

5. I am further advised that as a result of his efforts as lead counsel, and the efforts of others, the $1.2 billion IRS claim has been reduced to $50 million and money is now available for reasonable attorney fees.

6. I am further advised that the Federal Deposit Insurance Corporation, the Receiver of Benj. Franklin, has recommended that Don Willner receive a lower hourly rate than the Washington D.C. and Kansas City attorneys who have worked on this tax matter under Don Willner's leadership.

7. I support the Complaint of the law firm of Don S. Willner and Associates, P.C. for the payment of $782,110.24 for attorney fees plus actual expenses for work on this tax matter.

Executed at __Portland, Oregon__

Date: March __8__, 2007     __Walulight__
                              *signature*