# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WINSTON & STRAWN LLP,** | ) |
| and | ) ERRATA SHEET FOR MOTION |
| | ) FOR SUMMARY JUDGMENT OF |
| **DON S WILLNER & ASSOCIATES, P.C.** | ) DON S. WILLNER & ASSOCIATES, |
| | ) P.C., INCLUDING A |
| and | ) MEMORANDUM OF POINTS AND |
| | ) AUTHORITIES AND REQUEST |
| **BLACKWELL SANDERS PEPER MARTIN** | ) FOR ORAL ARGUMENT |
| and | ) |
| **ERNEST M. FLEISCHER** | ) |
| | ) |
| Consolidated Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Civil Case No. 06-01120 (EGS) |
| **FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR THE BENJ. FRANKLIN FS&LA, PORTLAND, OREGON** | ) [Consolidated with No. 06-01227 (EGS) and No. 06-01273 (EGS)] |
| Defendant. | ) |

The Motion for Summary Judgment was electronically filed and served on June 23, 2008. Due to computer complications, thirty (30) attachments were transmitted, but exhibits AA – CC were completed but not transmitted and are attached (in multiple files) along with a Certificate of Service for June 23, 2008.

Dated this 24th day of June, 2008.

\_/s/ Don S. Willner 06/24/08_____
Don S. Willner

Cert. of Svc.  1
06-01120 (EGS)