C. Robert Suess                                                                                     Page    2

|            |      |                                                                                                                                                      | Hours | Amount   |
|------------|------|------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 08/29/2002 | DSW  | Telephone conference with Catherine Topping; sign and send stipulation to court.                                                                      | 0.30  | 37.50    |
| 08/29/2002 | DSW  | Call to Ernie Fleischer.                                                                                                                              | 0.20  | 25.00    |
|            |      | SUBTOTAL:                                                                                                                                             | 14.40 | 1,300.00 |
|            | DW   | Subtotal Excluding Non-Tax Hours                                                                                                                      | 13.20 | 1,650.00 |
| 08/05/2002 | DW   | Message, light changes with Stanley; attempt to reach Topping/call with Topping.                                                                      | 0.30  | 37.50    |
| 08/09/2002 | DW   | Memo and telephone call to Sarah re library, research, and documents needed.                                                                          | 0.20  | 25.00    |
|            | DW   | Telephone conversation with Ernie Fleischer (tax attorney re IRS tax case).                                                                           | 0.30  | 37.50    |
|            | DW   | Call Jerry Stone re motion for intervention in tax case.                                                                                              | 0.10  | 12.50    |
|            | DW   | Attempt to reach Becky Ffitch re research.                                                                                                            | 0.10  | 12.50    |
|            | DW   | Review IRS tax complaint.                                                                                                                             | 0.80  | 100.00   |
|            | DW   | Work on intervention motion.                                                                                                                          | 1.00  | 125.00   |
| 08/12/2002 | DW   | Preparation of website.                                                                                                                               | 0.90  | 112.50   |
|            | DW   | Letter to Jerry Stouck re Sharpe case.                                                                                                                | 0.20  | 25.00    |
|            | DW   | Draft Motion for Change of Venue in IRS case.                                                                                                         | 0.80  | 100.00   |
|            | DW   | Work on Motion to Change Venue.                                                                                                                       | 1.40  | 175.00   |
|            | DW   | Letter to Mr. Fleischer re IRS case.                                                                                                                  | 0.30  | 37.50    |
|            | DW   | Call to Peter Baker re progress.                                                                                                                      | 0.30  | 37.50    |
|            | DW   | Telephone call with Gary Hinds.                                                                                                                       | 0.10  | 12.50    |
| 08/16/2002 | DW   | Edit documents; telephone calls to Misty and Krystle.                                                                                                 | 0.50  | 62.50    |
|            | DW   | Call Ernie Fleischer, Tina Turell office; preparation of letter to clients re website; edit letter to FDIC attorneys; edit request for production; memo to office re typing of documents. | 2.60  | 325.00   |
| 08/19/2002 |      |                                                                                                                                                      |       |          |
|            | DW   | Review material re FDIC case.                                                                                                                         | 0.10  | 12.50    |
|            | DW   | Call Baker re website, edit website.                                                                                                                  | 0.30  | 37.50    |
|            | DW   | Motion to intervene; review Stock comments.                                                                                                           | 0.30  | 37.50    |
| 08/23/2002 | DW   | Call with Department of Justice attorneys; preparation of memo of conversation.                                                                       | 0.50  | 62.50    |
|            | DW   | Work on motion to intervene; work on brief.                                                                                                           | 0.60  | 75.00    |
|            | DW   | Memo to Sarah.                                                                                                                                        | 0.10  | 12.50    |
|            | DW   | Attempt to reach Baker re website.                                                                                                                    | 0.10  | 12.50    |
|            | DW   | Review 3 letters.                                                                                                                                     | 0.20  | 25.00    |
|            | DW   | Attempt to reach Stewart.                                                                                                                             | 0.10  | 12.50    |
|            | DW   | Review DC Court rules and attempt to reach DC clerk.                                                                                                  | 0.40  | 50.00    |
|            | DW   | Call from Mr. Fleischer.                                                                                                                              | 0.10  | 12.50    |
|            | DW   | Talk with Catherine Topping                                                                                                                           | 0.40  | 50.00    |
|            | DW   | Attempt to reach client.                                                                                                                              | 0.10  | 12.50    |
| 08/26/2002 | DW   | Calls with Sarah re Fleischer documents.                                                                                                              | 0.20  | 25.00    |
|            | DW   | Long call with Rosemary Stewart re strategy                                                                                                           | 0.40  | 50.00    |
|            | DW   | Long call with Ernie Fleischer.                                                                                                                       | 0.40  | 50.00    |