Don S. Willner & Associates, PC
1416 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

September 30, 2001

In Reference To:  Benj. Franklin Savings & Loan 90-W-6054
                  Tax Case

Invoice #10242

Professional Services

|  | Hours | Amount |
|---|---|---|
| **DSW** | | |
| 9/12/01 DSW Memo to staff regarding tax letter. | 0.20 | 25.00 |
| 12/21/01 DSW Reviewing tax memos. | 3.50 | 437.50 |
| 12/26/01 DSW Call with FDIC Attorney Igo regarding tax memos. | 0.20 | 25.00 |
| SUBTOTAL: | [ 3.90 | 487.50] |
| For professional services rendered | 3.90 | $487.50 |
| Previous balance | | $4,348.56 |
| Balance due | | $4,836.06 |
| Previous balance of CR Seuss Tax Trust Fund | | $4,310.35 |
| New balance of CR Seuss Tax Trust Fund | | $4,310.35 |

Don S. Willner & Assoc

Benj. Franklin
Total TAX hours

September 2001, May 2002-July 2005

```
Hours
 39.80  Jul-05
 30.90  Jun-05
  9.70  May-05
 31.20  Jan-Apr 05
 53.30  Nov-Dec 04
 42.50  Sept-Oct 04
164.10  Mar-Aug 04
 95.50  Mar 03-Mar 04
 19.60  Jan-Feb 03
 15.60  Dec-02
 39.10  Nov-02
 15.60  Oct-02
  9.50  Oct-02
 30.00  Sep-02
 27.40  Aug-02
 28.30  Jul-02
 81.40  Jun-02
  7.30  May-June 02
 12.60  Apr-02
  3.90  Sept-Dec 02
757.30
 40.00  1998 & 1999 estimate     Estimate 40

797.30  Total hours for TAX only
```



40 hrs disallowed
only estimate
No detail

WILLNER U'REN & HOOTON, LLP
111 SW Naito Pkwy. # 303
Portland, OR 97204-3500

Invoice submitted to:
C. Robert Suess
260 E 38th
Eugene OR 97405

May 10, 2002

In Reference To: Benj. Franklin Savings & Loan 90-W-6054

Invoice # 10143

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| **CLW** | | | |
| 04/24/2002 CLW Conduct legal research re:conflicts of interest rules and opinions; re: attorney prospective expert witness M. Duhl | | 2.00 | 200.00 |
| 04/25/2002 CLW Continue legal research re: conflict of interest rules and opinions for American Bar Association and Illinois and Oregon Bar Association re: potential expert witness M. Duhl | | 5.00 | 500.00 |
| SUBTOTAL: | | [ 7.00 | 700.00] |

C. Robert Suess                                                           Page    3

                                                                       Hours    Amount

04/24/2002  DSW  Editing letter to Duhl and picking enclosures           0.40    50.00

            DSW  Locating David Roche of DeLoitte and phoning him in San Jose  6 \L    0.30    37.50

            SUBTOTAL:                                              [    42.70   5,337.50]
            DW                              Subtotal Excluding Non-Tax Hours    0.70    $7.50

04/12/2002
            DW   Call with Mike Caccone of DeLoitte & Touche              0.10    12.50
            DW   Preparation of analysis of status of tax matter          1.70   212.50
            DW   Call with mike Buel of DeLoitte & Touche                 0.90   112.50
            DW   Arranging Washington DC flight to see tax attorney       0.20    25.00



·2 hrs disallowed

C. Robert Suess

Page 4

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 04/26/2002 | DW | Phone call with Don Hooton re: research on Duhl's potential conflict | 0.30 | 37.50 |
| | DW | Call Hooton re: research | 0.20 | 25.00 |
| | DW | Call with Leo Sherry re: taxes; review of Leo's memo re: taxes | 0.50 | 62.50 |
| 04/28/2002 04/29/2002 | DW | To airport for trip to Chicago; prepare memo to Mike Duhl during flight | 6.50 | 812.50 |
| | DW | Memo on conversation with Duhl | 0.80 | 100.00 |
| | DW | Prepare for Duhl meeting | 0.70 | 87.50 |

SUBTOTAL:  [ 77.60   9,700.00]
Subtotal Excluding Non-Tax Hours   11.90   1,487.50

C. Robert Suess

Page 5

Hours    Amount

| | | Hours | Amount |
|---|---|---|---|
| For professional services rendered | | 160.50 | $18,490.00 |
| | Excluding Non-Tax Hours | 12.60 | 1,575.00 |

Additional Charges:

Costs

| | | Amount |
|---|---|---|
| 04/26/2002 | Delivery charges from UPS invoice dated 04/06/02 to Tom Buchanan and Lloyd Scott | 28.14 |
| | Delivery charges from UPS invoice dated 04/13/02 | 72.27 |
| | Delivery charges from UPS invoice dated 04/20/02 | 79.40 |
| | Transerv Delivery charge invoice dated 03/31/02 | 4.00 |
| 05/01/2002 | Long Distance Telephone Charges | 52.15 |
| | Photocopy expenses | 11.80 |
| | Postage | 47.83 |

SUBTOTAL:   [   295.59]

Total costs   $295.59

Total amount of this bill   $18,785.59

Total Excluding Non-Tax Hours   $ 1,870.59

WILLNER U'REN & HOOTON, LLP
111 SW Naito Pkwy. # 303
Portland OR 97204-3500

Invoice submitted to:
C. Robert Suess
260 E 38th
Eugene OR 97405

June 06, 2002

In Reference To: Benj. Franklin Savings & Loan 90-W-6054
Invoice # 10153

| Professional Services | Hours | Amount |
|---|---|---|
| DSW | | |
| 04/25/2002 DSW Arranging material for Chicago trip | 0.20 | 25.00 |
| DSW Collecting materials for Chicago trip | 0.50 | 62.50 |

*7 hrs
Disallowed*




C. Robert Suess                                                                                              Page    2

                                                                                                       Hours      Amount

05/01/2002

    DSW   Review interagency agreement; send to Jim Dunn                             0.30       37.50

    DSW   Attempt to return David Roche's call                                         0.10       12.50

05/02/2002

    DSW   Attempt to reach Duhl; leave message                                         0.10       12.50

05/09/2002

    DSW   Attempt to reach Mike Duhl                                                  0.10       12.50



*(handwritten: ".2 hrs disallowed")*

C. Robert Suess                                                      Page   3

                                                              Hours      Amount

05/14/2002

| | | Hours | Amount |
|---|---|---|---|
| DSW | Edit Bruce Taylor letter | 0.50 | 62.50 |
| DSW | Draft letter to Taylor | 0.30 | 37.50 |
| DSW | Call with Mike Duhl | 0.20 | 25.00 |
| DSW | Call with Bruce Taylor | 0.20 | 25.00 |
| DSW | Attempt to reach Bruce Taylor | 0.10 | 12.50 |

05/16/2002 DSW  Review and edit letter to Taylor send to Duhl and Stouck for review    0.20    25.00

a 1 hv
disallowed



C. Robert Suess

| | | | Hours | Amount |
|---|---|---|---|---|
| 05/03/2002 | DW | Call with Leo Sherry about Mike Duhl and FFA | 0.30 | 37.50 |
| | DW | Letter to Bruce Taylor (FDIC) | 0.30 | 37.50 |
| | DW | Call with Mike Duhl | 0.20 | 25.00 |
| | DW | Call with Bruce Taylor | 0.20 | 25.00 |
| | DW | Setting up conference call | 0.10 | 12.50 |
| | DW | Client call with clients | 1.50 | 187.50 |
| 05/06/2002 | | | | |
| | DW | Call clerk re: filing; call Hooton and Sarah | 0.50 | 62.50 |
| 05/10/2002 | | | | |
| | DW | Preparation, editing and sending letter to Bruce Taylor of FDIC | 0.50 | 62.50 |

C. Robert Suess                                                                                    Page    6

                                                                                      Hours     Amount

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 05/17/2002 | DW | Attempt to reach client; editing draft letter to Taylor with enclosures; and cover letter to Stouck | 0.30 | 37.50 |
| | DW | Call with Mike Duhl; revising letter to Stouck | 0.30 | 37.50 |
| | DW | Attempt to reach court clerk; call from Fred Paulsell | 0.10 | 12.50 |
| | | | 0.10 | 12.50 |
| | DW | Review letter to Bruce Taylor | 0.10 | 12.50 |



) hrs
disallowed

C. Robert Suess                                                                                     Page    7

                                                                                            Hours      Amount

| | | Hours | Amount |
|---|---|---|---|
| SUBTOTAL: | | 21.50 | 2,650.00] |
| | Subtotal Excluding Non-Tax Hours | 7.30 | 912.50 |
| For professional services rendered | | 47.00 | $6,700.00 |
| Additional Charges: | Total Excluding Non-Tax Hours | 7.30 | $ 912.50 |

Costs

| Date | Description | Amount |
|---|---|---|
| 05/07/2002 | Delivery charges from UPS invoice dated 05/26/01 | 20.50 |
| 05/31/2002 | Delivery charges from UPS invoice dated May 11, 2002 | 85.01 |
| | Delivery charges from UPS invoice dated April 27, 2002 | 21.37 |
| 06/05/2002 | Long Distance Telephone Charges | 69.04 |
| | Postage | 72.69 |
| | Photocopy expenses | 62.60 |

C. Robert Suess                                                                                       Page    8

                                                                                                    Amount

            SUBTOTAL:                                                                      [      331.21]

        Total costs                                                                                $331.21

    Total amount of this bill                                                                    $6,031.21
                                                              Total Excluding Non-Tax Hours      $1,243.71