WILLNER U'REN & HOOTON, LLP
111 SW Naito Pkwy, # 303
Portland, OR 97204-3500


Invoice submitted to:
C. Robert Suess
260 E 38th
Eugene OR 97405


July 16, 2002

In Reference To: Benj. Franklin Savings & Loan 90-W-6054

Invoice # 10228

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| **DSW** | | | |
| 04/28/2002 DSW Airport for trip to Chicago; prepare memo to Mike Duhl during flight | | 6.50 | 812.50 |
| DSW Prepare for Duhl meeting | | 0.70 | 87.50 |
| 04/29/2002 DSW Memo on conversation with Mike Duhl | | 0.80 | 100.00 |
| DSW To Prudential Building for meeting with Mike Duhl; and Duhl meeting | | 2.00 | 250.00 |

C. Robert Suess                                                                                                    Page   2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 06/06/2002 | DSW | Review Bruce Taylor letter; fax to Stouck and Markowitz | 0.30 | 37.50 |
| 06/11/2002 | DSW | Letter to Markowitz and Stouck re: tax case and Motion for Reconsideration; reviewing attachments | 0.40 | 50.00 |
|  | DSW | Preparation of draft Complaint against FDIC | 0.30 | 37.50 |
|  | DSW | Work on FDIC Complaint | 0.60 | 75.00 |
| 06/12/2002 | DSW | Work on draft FDIC Complaint | 0.90 | 112.50 |
|  | DSW | Work on draft of FDIC Complaint | 1.20 | 150.00 |
|  | DSW | Review Judgment; prepare fax; fax Taylor letter to Duhl; attempt to reach Lawlor; call with Claims Court Clerk; call with Duhl's secretary; review incoming orders; call with Leo Sherry; edit Federal Court Complaint; call with Mike Duhl | 1.80 | 225.00 |
| 06/13/2002 | DSW | Work on FDIC Complaint | 0.40 | 50.00 |
|  | DSW | Work on Fed. Cl. FDIC Complaint; call Stouck, attempt to reach Stewart re: Federal Court Complaint; collecting attachments; memo to Sarah | 2.00 | 250.00 |
|  | DSW | Review injunction rules and procedures; call Federal Court Clerk; message for Markowitz; preparation of Motion and Order to Show Cause | 0.80 | 100.00 |
| 06/17/2002 | DSW | Work on suit against FDIC | 1.80 | 225.00 |
|  | DSW | Research at law library on FDIC Complaint | 1.70 | 212.50 |
|  | DSW | Editing various documents re: FDIC Complaint | 0.80 | 100.00 |
|  | DSW | Conference with Leo Sherry re: verifying the Complaint | 0.40 | 50.00 |
|  | DSW | Review and signing of documents | 0.50 | 62.50 |
|  | DSW | to Federal Court filing new Complaint; obtaining temporary restraining order; letter to Taylor | 1.00 | 125.00 |
|  | DSW | Phone calls re: Judge Haggerty decision | 0.80 | 100.00 |
| 06/18/2002 | DSW | Call with Duhl re: deposition in Chicago | 0.20 | 25.00 |
|  | DSW | Researching plan travel to Chicago | 0.30 | 37.50 |
|  | DSW | Attempt to reach Taylor | 0.10 | 12.50 |
|  | DSW | Dictate Notice of Deposition and Subpoena; arranging for service | 0.40 | 50.00 |
|  | DSW | FDIC case- arranging injunction bond; numerous phone calls | 0.80 | 100.00 |
|  | DSW | Call and conf. with McIntyre re: Bond | 0.30 | 37.50 |
|  | DSW | Distributing injunction order | 0.20 | 25.00 |
|  | DSW | Call with Lawlor | 0.10 | 12.50 |
| 06/19/2002 | DSW | Calls with FDIC lawyers; Tom Buchanan; Jerry Stouck re: FDIC injunction | 1.60 | 200.00 |
|  | DSW | Searching for tax attorney | 0.20 | 25.00 |
| 06/20/2002 | DSW | Preparing tax information for Steve Klarquist; conf. w/ Steve | 0.80 | 100.00 |
|  | DSW | FDIC case - Call with Kathryn Topping | 0.10 | 12.50 |
|  | DSW | FDIC case- call from attorneys | 0.20 | 25.00 |
|  | DSW | Attempt to line up tax attorney; attempts to reach Miller, Zalutsky | 0.30 | 37.50 |
|  | DSW | FDIC case - Check rule 4 for service; conf. Sarah re: service | 0.20 | 25.00 |



.4 hrs disallowed



C. Robert Suess                                                                                                                Page    3

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 06/24/2002 | DSW | FDIC case - Leave tapes for Sarah at the office | 0.10 | 12.50 |
|  | DSW | FDIC case - law library for research | 0.90 | 112.50 |
|  | DSW | Call with Mike Duhl | 0.20 | 25.00 |
|  | DSW | Call with Cathryn Topping | 0.30 | 37.50 |
|  | DSW | Editing letter to Buchanan | 0.30 | 37.50 |
|  | DSW | Call Steve Klarquist re: tax attorney/his affidavit | 0.20 | 25.00 |
|  | DSW | Conference with Connie Wold re: Duhl's conflicts problem for brief | 0.40 | 50.00 |
|  | DSW | Review local rules on preliminary injunction evidence | 0.40 | 50.00 |
|  | DSW | Review textbook of preliminary injunction evidence | 0.30 | 37.50 |
|  | DSW | Conference w/ Misty re: service of process on FDIC Corporate | 0.10 | 12.50 |
|  | DSW | Making plane reservations | 0.40 | 50.00 |
|  | DSW | Phone Tom Buchanan re: affidavit | 0.30 | 37.50 |
|  | DSW | Editing letter to clients | 0.10 | 12.50 |
|  | DSW | Editing letter to Baker | 0.10 | 12.50 |
|  | DSW | Phone call Cathryn Topping; fax to Topping  o\L | 0.30 | 37.50 |
|  | DSW | Collecting materials for Jerry Stouck meeting | 0.30 | 37.50 |
|  | DSW | Drive to Eugene airport for Stouck conference | 3.50 | 437.50 |
| 06/25/2002 | DSW | Call with Connie Wold re: research; call with Cathryn Topping (FDIC atty.) | 0.50 | 62.50 |
|  | DSW | Conference w/ Jerry Stouck | 0.20 | 25.00 |
| 06/26/2002 | DSW | Call Mike Duhl (FDIC case) | 0.20 | 25.00 |
|  | DSW | Conf. w/ Sarah re: Affidavit of Compliance and Chicago trip | 0.30 | 37.50 |
|  | DSW | Call Oregonian; letter to Oregonian business editor re: FDIC hearing | 0.40 | 50.00 |
|  | DSW | Conf. w/ Sarah re: materials for Complaince Affidavit for Judge Haggerty | 0.20 | 25.00 |
|  | DSW | Call with Peter Glade re: strategy for FDIC injunction hearing | 0.20 | 25.00 |
|  | DSW | FDIC case - prep for Chicago trip  o\L | 0.40 | 50.00 |
|  | DSW | Review of FDIC letter | 0.10 | 12.50 |
|  | DSW | Call with Jeff Manning (Oregonian Reporter) | 0.30 | 37.50 |
| 06/27/2002 | DSW | FDIC case - Affidavit of Compliance with service requirements | 0.30 | 37.50 |
|  | DSW | FDIC case - flight to Chicago review and edit Tom Buchanan Affidavit; preparation of Supplemental Brief | 2.30 | 287.50 |
|  | DSW | FDIC case - preparing for Chicago trip  o\L | 1.50 | 187.50 |
| 06/28/2002 | DSW | FDIC case - preparation of Duhl deposition; complete supplemental brief; phone calls with Tom Buchanan re Affidavit; editing Affidavit; phone calls with Sarah re: preparation of material for court | 3.50 | 437.50 |
|  | DSW | FDIC case - Duhl deposition; phone call with Tom Buchanan; review final Buchanan Affidavit; final edit of Supplemental Brief | 2.50 | 312.50 |
|  | DSW | FDIC case - to airport; travel home; phone calls with Don Hooton re: case; work on Cost Bill and Attorney Fee Petition  o\L | 7.00 | 875.00 |

SUBTOTAL:                                                                                              [ 76.10    9,512.50]

DW _____                 Subtotal Excluding Non-Tax Hours     59.60    7,450.00



.4 hrs disallowed

C. Robert Suess                                                                                          Page   4

                                                                                                    Hours    Amount

04/19/2002

    DW    Preparing minutes of client meeting and discussing Federal Financial    2.00    250.00
                Assistance tax problems with Leo Sherry

06/09/2002  DW   Prep of Complaint against FDIC                                                        0.90     112.50
06/10/2002  DW   re: Federal Court Complaint                                                           0.20      25.00

06/14/2002

           DW    re: Federal Court Complaint against FDIC                                 2.80     350.00
06/16/2002  DW   FDIC suit.                                                                            4.50     562.50
06/21/2002  DW   Attempt to reach Duhl: leave long message for Duhl                                    0.20      25.00
            DW   FDIC case - review Tom Buchanan letter; letter to Tom and prep. of draft              0.50      62.50
                 affidavit for Tom
            DW   FDIC case - call with Cathryn Topping                                                 0.10      12.50
            DW   FDIC case - calls with Topping, Jerry Stouck, Tina Terrell, Maryann DeLap             4.00     500.00
                 (court clerk); editing proposed Order; letter to Stouck
            DW   Call with Jerry Stouck re strategy in FDIC case                                       0.30      37.50

            DW   Call with Jerry Stouck re: FDIC case                                                  0.30      37.50
            DW   Fax letter to Mike Duhl                                                               0.10      12.50
            DW   Memo to Sarah re: service of process on FDIC                                          0.10      12.50
            DW   Review letter to Buchanan                                                             0.10      12.50
            DW   FDIC case - memo to Jerry Stouck; fax to him with enclosures                          0.70      87.50
06/27/2002  DW   FDIC case - work on Preliminary Injunction                                            5.00     625.00

           SUBTOTAL:                                                            [   52.20    6,525.00]
                                                       Subtotal Excluding Non-Tax Hours     21.80    2,725.00



.1 hr
disallowed


C. Robert Suess                                                                                          Page    5

                                                                                                  Hours    Amount

|  |  | Hours | Amount |
|---|---|---|---|
| For professional services rendered |  | 146.40 | $17,846.60 |
|  | Excluding Non-Tax Hours | 81.40 | $10,175.00 |

Additional Charges :

Costs

| | | |
|---|---|---|
| 05/21/2002 | Sprint bill for conference call charges | 767.31 |
|  | Final bill for preparation of Cost Bill | 25.00 |
| 06/17/2002 | US District Court Filing Fee for Complaint filed against FDIC | 150.00 |
| 06/24/2002 | One-half of Don Willner hotel bill in Eugene, OR | 58.45 |
| 06/25/2002 | LaSalle Process Servers- service fee on Mike Duhl | 82.00 |
|  | Witness fee for Mike Duhl for Deposition | 40.00 |
| 06/30/2002 | Photocopy expenses | 853.60 |
|  | Postage | 41.36 |
|  | Transerv delivery charge dated 5/07/02 | 18.98 |
|  | Transerv delivery charge dated 05/08/02 | 12.74 |
|  | Transerv delivery charge dated 05/15/02 | 6.25 |
|  | Delivery charges from UPS invoice dated 06/29/02 | 14.86 |
|  | Delivery charges from UPS invoice dated 06/29/02 | 14.11 |
|  | Delivery charges from UPS invoice dated 06/22/02 (four packages) | 59.19 |
|  | Invoices from Spriggs & Hollingsworth dated 5/7/02 and 6/7/02 | 3,142.94 |
|  | Long Distance Telephone Charges | 47.21 |
| 07/02/2002 | Bill from Jerry J. Young, CPA re: Benj. Franklin Trust Account | 355.00 |

SUBTOTAL:                                                                                    [ 5,689.00]

Total costs                                                                                       $5,689.00

Total amount of this bill                                                                          $23,534.50

                                                          Total Excluding Non-Tax Hours    $15,864.00

WILLNER U'REN & HOOTON, LLP
111 SW Naito Pkwy, # 303
Portland, OR 97204-3500

Invoice submitted to:
C. Robert Suess
260 E 38th
Eugene OR 97405

August 16, 2002

In Reference To: Benj. Franklin Savings & Loan 90-W-6054

Invoice # 10243

Professional Services

DSW

07/01/2002

| | | Hours | Amount |
|---|---|---|---|
| DSW | at Law Library re: FDIC case | 2.80 | 350.00 |
| DSW | RE: FDIC case - phone Jerry Stouck | 0.10 | 12.50 |
| DSW | Messages for clerk re: hearing (FDIC) | 0.10 | 12.50 |
| DSW | Work on FDIC case | 1.00 | 125.00 |

07/02/2002

| | | | |
|---|---|---|---|
| DSW | Client conf. re: FDIC injunction hearing conf. with FDIC attys; conf. with client; lunch with Gary Hindes | 4.00 | 500.00 |

C. Robert Suess                                                                                                    Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 07/10/2002 | DSW | Attempt to reach Kathryn Topping | 0.10 | 12.50 |
|  | DSW | Review Hooton memo | 0.10 | 12.50 |
|  | DSW | FDIC - call Kathryn Topping | 0.20 | 25.00 |
|  | DSW | Conf with Sarah re: update our status of case | 0.20 | 25.00 |
|  | DSW | FDIC - review of Gary Hindes letter; and letter to clients | 0.20 | 25.00 |
| 07/17/2002 | DSW | Attempt to reach Baker and Green, and Sherry | 0.10 | 12.50 |
|  | DSW | FDIC - call Tina Tyrell re: IRS case | 0.10 | 12.50 |
|  | DSW | Review of briefs | 0.20 | 25.00 |
| 07/26/2002 | DSW | Re: Reply Brief | 0.80 | 100.00 |
| 07/30/2002 | DSW | FDIC - Notice of Appeal research and memo to Hooton | 0.20 | 25.00 |
|  | DSW | Re: Reply Brief | 3.80 | 475.00 |
|  | DSW | Call with client |  |  |
|  | DSW | FDIC - Notice of Appeal; conf. Hooton | 0.30 | 37.50 |
|  | DSW | Draft letter to FDIC & cover letter to Stouck | 0.20 | 25.00 |

SUBTOTAL:                                                                                        28.40     3,525.00
DW                     Subtotal Excluding Non-Tax Hours                         14.50     1,812.50

| 07/03/2002 | DW | Call Hooton re: research - FDIC case | 0.10 | 12.50 |
| 07/04/2002 | DW | Letter to FDIC attorneys; letter to Jerry Stouck | 1.10 | 137.50 |
| 07/05/2002 | DW | Calls with Jerry Stouck re FDIC letter; prepare second draft of letter to FDIC; review 2nd draft over phone with Jerry. Send out FDIC letter to three FDIC attorneys, edit website, send out website and FDIC letter to clients | 2.00 | 250.00 |

ok



.2 hrs
disallowed

C. Robert Suess                                                                                       Page    3

                                                                                          Hours        Amount

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 07/06/2002 | DW | Memos to Hooton re: FDIC appeal research | 0.20 | 25.00 |
| 07/12/2002 | DW | Letter to clients | 0.20 | 25.00 |
| | DW | RE: FDIC case call with Sarah re: Motion to Reconsider | 0.10 | 12.50 |
| | DW | Re: Motion for Reconsideration | 0.70 | 87.50 |
| | DW | Work on Motion for Reconsideration | 1.50 | 187.50 |
| | DW | RE: FDIC - locating Transcript  0 lv | 0.20 | 25.00 |
| | DW | RE: FDIC; call with Kathryn Topping | 0.30 | 37.50 |
| 07/13/2002 | DW | FDIC - motion re: injunction | 3.00 | 375.00 |
| 07/15/2002 | DW | re: FDIC Motion; call Sarah | 0.10 | 12.50 |
| | DW | Re: US memo; call Sarah | 0.10 | 12.50 |
| | DW | Review of FDIC memo and motion | 1.70 | 212.50 |
| 07/22/2002 | DW | re: IRS tax claim; phone call with Jerry Stouck | 0.30 | 37.50 |
| 07/25/2002 | DW | Review FDIC response | 0.20 | 25.00 |
| 07/26/2002 | DW | Prep. of reply to FDIC response; and review over telephone with Rosemary Stewart (Jerry Stouck law partner) | 1.50 | 187.50 |
| | DW | Call with Kathryn Topping- FDIC atty. re: relationship between IRS, FDIC and US; memo of phone conversation | 0.50 | 62.50 |

                                                                             SUBTOTAL         [ 53.70      6,712.50]
                                                                                                13.80      1,725.00
                                                  Subtotal Excluding Non-Tax Hours

                                          For professional services rendered                   89.20     $11,125.00
                                                                                                28.30    # 3,537.50
                                                      Excluding Non-Tax Hours

C. Robert Suess                                                                                           Page    4

    Additional Charges :

                                                                                                                                         Amount

    Costs

| Date | Description | Amount |
|---|---|---|
| 07/02/2002 | Parking - Injunction Hearing FDIC | 7.50 |
| 07/19/2002 | Court Bonds fee for Court Bond on FDIC | 100.00 |
| 07/25/2002 | Invoice dated June 30, 2002 Transerv | 38.26 |
|  | Transcript fee from Nancy M. Walker Suess v. FDIC | 27.50 |
|  | Invoice dated July 6, 2002 from UPS | 58.69 |
|  | Esquire Deposition Service for Mike Duhl deposition (Suess v. FDIC) | 428.80 |
|  | Invoice dated 07/01/02 Rush Process Server | 30.00 |
|  | Invoice dated 06/26/02 Rush Process Server (Suess v. FDIC) | 30.00 |
|  | Thrift Litigation Trust Account-Schulz (Suess portion) | 485.00 |
|  | Transcript invoice from Nancy M. Walker Suess v. FDIC | 18.00 |
|  | Invoice dated June 22, 2002 UPS | 59.19 |
|  | Invoice dated July 13, 2002 UPS | 40.65 |
|  | Invoice dated June 29, 2002 from UPS | 26.97 |
|  | Invoice dated July 6, 2002 from UPS | 58.69 |
|  | Bill from Jerry Stouck Invoice dated July 12, 2002 | 3,152.35 |
|  | Bill from Kathee Nelson for Work on Cost Bill and Atty. Fee Petition | 575.00 |
| 07/26/2002 | Photocopy expenses | 3.60 |
| 07/29/2002 | Delivery charges from UPS invoice dated 07/20/02 | 78.03 |
|  | Photocopy expenses | 27.40 |
| 07/31/2002 | Transerv invoice dated July 23, 2002 | 52.24 |
|  | Photocopy expenses | 0.40 |
|  | Postage | 80.63 |
|  | Photocopy expenses | 468.60 |
|  | Winston & Strawn invoice dated July 24, 2002 | 2,658.51 |
| 08/02/2002 | Delivery charges from UPS invoice dated July 27, 2002 | 92.33 |

    SUBTOTAL:                                                                                  [    8,600.24]

    Total costs                                                                                    $8,600.24

    Total amount of this bill                                                                      $19,725.24

    Balance due                                                                                    $19,725.24

                                                       Excluding Non-Tax Hours    $12,137.74

WILLNER UREN & HOOTON, LLP
111 SW Naito Parkway, Suite 303
Portland, OR 97204-3500

Invoice submitted to:
C. Robert Suess
260 E 38th
Eugene OR 97405

September 09, 2002

In Reference To: Benj. Franklin Savings & Loan 90-W-6054

Invoice # 10501

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| DSW |  |  |  |
| 08/01/2002 DSW Edit letter to FDIC attorneys; call to Sarah re tax. | | 0.30 | 37.50 |
| 08/13/2002 DSW Edit draft of motion to intervene; legal research. | | 4.00 | 500.00 |
| 08/14/2002 DSW Letter to FDIC attorneys. | | 0.10 | 12.50 |
| DSW Re FDIC request for documents. | | 0.40 | 50.00 |
| DSW Re IRS case - Call to Ernie Fleischer. | | 0.20 | 25.00 |
| DSW Edit Motion to Intervene. | | 0.50 | 62.50 |
| DSW Letter to co-counsel. | | 0.20 | 25.00 |
| 08/15/2002 DSW Re IRS case - editing intervention motion; letter to co-counsel; letter to FDIC attorneys re discovery request. | | 1.50 | 187.50 |
| 08/20/2002 DSW Call from IRS attorneys. | | 0.50 | 62.50 |
| DSW Call from FDIC attorneys | | 0.30 | 37.50 |
| 08/21/2002 DSW Long conference call with Jerry Stouck, Rosemary Stewart, and Ernie Fleischer re IRS and FDIC; Letters to IRS attorneys, FDIC attorneys and clients re tax case. | | 2.10 | 262.50 |
| DSW Attempt to reach Bob Shank; call Shank; call Fleischer office. | | 0.30 | 37.50 |
| DSW Re tax case - review of DC local rules and research. 6 V- | | 0.50 | 62.50 |
| DSW Editing of letter to IRS | | 0.20 | 25.00 |
| DSW Edit letter to FDIC | | 0.20 | 25.00 |
| 08/22/2002 DSW Letter to clients, FDIC, and Department of Justice. | | 0.50 | 62.50 |
| DSW Picking audit documents for Ernie Fleischer; review documents. | | 0.30 | 37.50 |
| DSW Review letters to FDIC and Department of Justice with Rosemary Stewart. | | 0.20 | 25.00 |
| DSW Re reservations to Washington DC; call United Airlines | | 0.10 | 12.50 |
| DSW Final edit of letters | | 0.30 | 37.50 |

*2 hrs disallowed*




C. Robert Suess                                                                     Page    2

|            |     |                                                                                                                     | Hours | Amount   |
|------------|-----|---------------------------------------------------------------------------------------------------------------------|-------|----------|
| 08/28/2002 | DSW | Telephone conference with Catherine Topping; sign and send stipulation to court.                                    | 0.30  | 37.50    |
| 08/29/2002 | DSW | Call to Ernie Fleischer.                                                                                            | 0.20  | 25.00    |
|            |     | SUBTOTAL:                                                                                                           | 14.40 | 1,800.00 |
|            | DW  | Subtotal Excluding Non-Tax Hours                                                                                    | 13.20 | 1,650.00 |
| 08/05/2002 | DW  | Message, light changes with Stanley; attempt to reach Topping/call with Topping.                                    | 0.30  | 37.50    |
| 08/09/2002 | DW  | Memo and telephone call to Sarah re library, research, and documents needed.                                        | 0.20  | 25.00    |
|            | DW  | Telephone conversation with Ernie Fleischer (tax attorney re IRS tax case).                                         | 0.30  | 37.50    |
|            | DW  | Call Jerry Stone re motion for intervention in tax case.                                                            | 0.10  | 12.50    |
|            | DW  | Attempt to reach Becky Ffitch re research.                                                                          | 0.10  | 12.50    |
|            | DW  | Review IRS tax complaint.                                                                                           | 0.80  | 100.00   |
|            | DW  | Work on intervention motion.                                                                                        | 1.00  | 125.00   |
| 08/12/2002 | DW  | Preparation of website.                                                                                             | 0.90  | 112.50   |
|            | DW  | Letter to Jerry Stouck re Sharpe case.                                                                              | 0.20  | 25.00    |
|            | DW  | Draft Motion for Change of Venue in IRS case.                                                                       | 0.80  | 100.00   |
|            | DW  | Work on Motion to Change Venue.                                                                                     | 1.40  | 175.00   |
|            | DW  | Letter to Mr. Fleischer re IRS case.                                                                                | 0.30  | 37.50    |
|            | DW  | Call to Peter Baker re progress.                                                                                    | 0.30  | 37.50    |
|            | DW  | Telephone call with Gary Hinds.                                                                                     | 0.10  | 12.50    |
| 08/16/2002 | DW  | Edit documents; telephone calls to Misty and Krystle.                                                               | 0.50  | 62.50    |
|            | DW  | Call Ernie Fleischer, Tina Turell office; preparation of letter to clients re website; edit letter to FDIC attorneys; edit request for production; memo to office re typing of documents. | 2.60  | 325.00   |
| 08/19/2002 |     |                                                                                                                     |       |          |
|            | DW  | Review material re FDIC case.                                                                                       | 0.10  | 12.50    |
|            | DW  | Call Baker re website; edit website.                                                                                | 0.30  | 37.50    |
|            | DW  | Motion to Intervene; review Stock comments.                                                                         | 0.30  | 37.50    |
| 08/23/2002 | DW  | Call with Department of Justice attorneys; preparation of memo of conversation.                                     | 0.50  | 62.50    |
|            | DW  | Work on motion to intervene; work on brief.                                                                         | 0.60  | 75.00    |
|            | DW  | Memo to Sarah.                                                                                                      | 0.10  | 12.50    |
|            | DW  | Attempt to reach Baker re website.                                                                                  | 0.10  | 12.50    |
|            | DW  | Review 3 letters.                                                                                                   | 0.20  | 25.00    |
|            | DW  | Attempt to reach Stewart.                                                                                           | 0.10  | 12.50    |
|            | DW  | Review DC Court rules and attempt to reach DC clerk.                                                                | 0.40  | 50.00    |
|            | DW  | Call from Mr. Fleischer.                                                                                            | 0.10  | 12.50    |
|            | DW  | Talk with Catherine Topping                                                                                         | 0.40  | 50.00    |
|            | DW  | Attempt to reach client.                                                                                            | 0.10  | 12.50    |
| 08/26/2002 | DW  | Calls with Sarah re Fleischer documents.                                                                            | 0.20  | 25.00    |
|            | DW  | Long call with Rosemary Stewart re strategy.                                                                        | 0.40  | 50.00    |
|            | DW  | Long call with Ernie Fleischer.                                                                                     | 0.40  | 50.00    |



6 hrs disallowed

C. Robert Suess

Page 3

|  | Hours | Amount |
|---|---|---|

SUBTOTAL:

Subtotal Excluding Non-Tax Hours  [ 15.20   1,900.00]
                                    14.20   1,775.00

For professional services rendered                29.60   $3,700.00
Excluding Non-Tax Hours                           27.40   $3,425.00

Additional Charges :

Costs

| Date | Description | Amount |
|---|---|---|
| 07/02/2002 | Invoice No. 17089 from Zalutsky & Klarquist,PC (1/2 of total bill). | 2,068.50 |
| 08/26/2002 | Delivery charges from UPS invoice dated 8/10/02 | 73.04 |
|  | Delivery charges from UPS invoice dated 8/3/02 | 49.63 |
|  | Rush Process Service Invoice - 6-26-02 | 30.00 |
|  | Rush Process Service Invoice - 7/1/02 | 30.00 |

SUBTOTAL:   [ 2,251.17]

DSW

| Date | Description | Amount |
|---|---|---|
| 07/04/2002 | Long distance charges for conference call of June 14, 2002. | 114.80 |
| 07/25/2002 | Messenger service | 3.00 |
|  | Messenger Service | 3.00 |
| 07/26/2002 | Messenger Service | 5.75 |

SUBTOTAL:   [ 126.55]

Total costs   $2,377.72

Total amount of this bill                                  $6,077.72
Total Excluding Non-Tax Hours                              $5,802.72