Benj. Franklin Plaintiffs                                                                  Page    3

    Additional Charges :

                                                                                                        Amount

        DSW

| Date | Description | Amount |
|---|---|---:|
| 2/17/03 | Facsimile charges for January 2003. | 53.50 |
| | Photocopy expenses for January 2003. | 54.60 |
| | Postage for January 2003. | 22.57 |
| 3/3/03 | Facsimile (February 2003). | 17.00 |
| | Photocopy expenses (February 2003). | 6.60 |
| | Postage (February 2003). | 7.03 |

        SUBTOTAL:                                                                   [   161.30]

        Total costs                                                                        $161.30

        Total amount of this bill                                            $2,611.30

        Previous balance                                                     $12,420.56

        Balance due                                                                   $15,031.86

*[Handwritten annotations:]*
− 590.08
14,441.78
$590.08 appears...
the p... ...
$1026.00

Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

September 01, 2004

In Reference To: Benj. Franklin Savings & Loan 90-W-6054
                 Tax Case
Invoice #10206

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **DSW** | | | | |
| 3/4/03 | DSW | Review incoming emails. | 0.10 | 12.50 |
| 3/6/03 | DSW | Conference call regarding Igo references. | 0.70 | 87.50 |
| 3/10/03 | DSW | Review Mitch Moetlei memo, first draft of letter to DOJ and FDIC, attempts to reach Moetlei. | 2.20 | 275.00 |
| 3/11/03 | DSW | Call with Mitch Moetlei and Ernie Fleischer. | 0.30 | 37.50 |
| | DSW | Review tax documents. | 0.30 | 37.50 |
| 3/12/03 | DSW | Preparation for tax conference call. | 0.30 | 37.50 |
| | DSW | Tax conference call. | 0.60 | 75.00 |
| | DSW | Redraft letters to FDIC and DOJ. | 0.40 | 50.00 |
| 3/13/03 | DSW | Calls to Fleischer and Stewart; editing letter to FDIC and DOJ. | 0.70 | 87.50 |
| 3/18/03 | DSW | Review materials. | 0.10 | 12.50 |
| | DSW | Review Topping letter. | 0.10 | 12.50 |
| 3/19/03 | DSW | Attempts to reach Topping. | 0.10 | 12.50 |
| 3/25/03 | DSW | Tax group call and call Topping. | 1.40 | 175.00 |
| | DSW | Letters to DOJ, FDIC and tax group. | 0.30 | 37.50 |
| 3/26/03 | DSW | Editing letters. | 0.20 | 25.00 |
| | DSW | Edit letter to clients. | 0.10 | 12.50 |
| | DSW | Letter to Lawler. | 0.10 | 12.50 |
| | DSW | Arranging DC hotel. | 0.10 | 12.50 |
| 4/16/03 | DSW | Call with Leslie Freeman and Carl. | 0.20 | 25.00 |
| 4/17/03 | DSW | Call Mitch Moetlei; message; phone call with Leslie Freeman; conference with Barbara Gibbs. | 0.70 | 87.50 |
| 4/22/03 | DSW | Review incoming e-mails. | 0.10 | 12.50 |
| | DSW | Final edit of letters and CCB and tax group calls; calls with Zia. | 0.40 | 50.00 |
| 4/23/03 | DSW | Call with George Akers of HFLB-3 regarding documents. | 0.20 | 25.00 |
| 4/24/03 | DSW | Conference call regarding tax issue. | 0.80 | 100.00 |



· 3 hrs
 disallowed

Benj. Franklin Plaintiffs                                                                 Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/24/03 | DSW | ok — Prepare for conference call; review emails. | 0.40 | 50.00 |
| 4/29/03 | DSW | Call to Moertel's secretary regarding spreadsheet. | 0.10 | 12.50 |
| 4/30/03 | DSW | Call Fleischer. | 0.20 | 25.00 |
|  | DSW | Review spreadsheets. | 0.40 | 50.00 |
| 5/1/03 | DSW | Regarding taxes; review Fleischer material; call Buchanan; attempt to reach Fleischer. •1 | 0.30 | 37.50 |
| 5/7/03 | DSW | Regarding taxes, call with Buchanan. | 0.30 | 37.50 |
| 5/8/03 | DSW | ok — Regarding search for tax document; call Leslie. | 0.10 | 12.50 |
| 5/20/03 | DSW | E-mail to tax group. | 0.10 | 12.50 |
| 5/21/03 | DSW | Memo to Shareholders. | 0.30 | 37.50 |
| 5/23/03 | DSW | Left message for Buchanan; call with Buchanan. | 0.20 | 25.00 |
| 5/28/03 | DSW | Attempt to reach Lori. | 0.20 | 25.00 |
| 5/29/03 | DSW | Conference with Leslie. | 0.10 | 12.50 |
| 6/3/03 | DSW | Call from Weight. | 0.10 | 12.50 |
| 6/4/03 | DSW | Call Barbara Gibbs regarding prepayment schedules. | 0.10 | 12.50 |
| 6/11/03 | DSW | Letter to tax group. | 0.50 | 62.50 |
| 6/17/03 | DSW | Call with Fleischer. | 0.10 | 12.50 |
| 6/19/03 | DSW | Regarding brief and supporting materials. | 1.00 | 125.00 |
| 7/14/03 | DSW | Call from Topping. | 0.20 | 25.00 |
| 7/15/03 | DSW | Letter to Dunn. | 0.20 | 25.00 |
| 7/29/03 | DSW | Email to tax group. | 0.10 | 12.50 |
| 7/31/03 | DSW | Regarding tax group conference call. | 0.20 | 25.00 |
| 8/5/03 | DSW | Draft letter to Dept. of Justice and FDIC. | 0.50 | 62.50 |
| 8/12/03 | DSW | Editing letter to Dept. of Justice and FDIC. | 0.20 | 25.00 |
| 8/14/03 | DSW | Attempt to reach Catherine Topping. | 0.20 | 25.00 |
|  | DSW | Long call with Harry Darnstadter. | 0.40 | 50.00 |
| 8/19/03 | DSW | Call with Catherine Topping, review Topping document. | 0.10 | 12.50 |
| 8/20/03 | DSW | Letter to tax group. | 0.10 | 12.50 |
|  | DSW | Review Topping letter. | 0.20 | 25.00 |
| 9/4/03 | DSW | Call with Maida. | 0.10 | 12.50 |
|  | DSW | Conference with Maida Kelly regarding research. | 0.40 | 50.00 |
| 9/9/03 | DSW | Review Home Savings opinion. | 0.30 | 37.50 |
|  | DSW | Call with Stewart and Fliescher regarding Home Savings opinion. | 0.50 | 62.50 |
|  | DSW | E-mail to tax group, call from Maida. | 0.30 | 37.50 |
|  | DSW | Review court opinion. | 0.30 | 37.50 |
| 9/10/03 | DSW | Two calls with Stewart, one call with Fleischer. | 0.40 | 50.00 |
|  | DSW | Review incoming e-mails, call with shareholder (Roth), conference with Maida regarding research. | 0.40 | 50.00 |
| 9/17/03 | DSW | Preparation for tax group phone call. ok | 0.90 | 112.50 |
| 9/24/03 | DSW | Call with Topping. | 0.10 | 12.50 |
|  | DSW | Letter to Benjamin Franklin and FDIC, letter to clients. | 0.30 | 37.50 |
|  | DSW | Letter to Maida. | 0.10 | 12.50 |
| 9/25/03 | DSW | Regarding court filings. ok | 0.10 | 12.50 |
| 10/2/03 | DSW | Call with Darnstadter. | 0.40 | 50.00 |
|  | DSW | Call with Stewart, attempt to reach Darnstadter. •1 | 0.20 | 25.00 |
| 10/7/03 | DSW | Review Moertel letter, letter to tax group. | 0.40 | 50.00 |
|  | DSW | Edit letter to tax group. | 0.20 | 25.00 |
|  | DSW | Conference with Maida regarding taxes. | 0.10 | 12.50 |
| 10/9/03 | DSW | Two calls from Maida. | 0.20 | 25.00 |
| 10/22/03 | DSW | Conference with Maida regarding files search. | 0.10 | 12.50 |

• 7 hrs disallowed



Benj. Franklin Plaintiffs                                                                 Page    3

|  |  |  |  | Hours | Amount |
|---|---|---|---|---|---|
| 10/30/03 | DSW | Long call with Hank Darmstadter. | | 0.50 | 62.50 |
| | DSW | Attempt to reach Catherine Topping. | | 0.10 | 12.50 |
| | DSW | Call from Hugo Za. | | 0.10 | 12.50 |
| 11/5/03 | DSW | Letter to tax group. | | 0.20 | 25.00 |
| | DSW | Call from Rosemary Stewart. | | 0.30 | 37.50 |
| 12/2/03 | DSW | Preparation and phone call with Stouck and Stewart. | | 0.70 | 87.50 |
| | DSW | Call with Jerry Stouck, conference with Bernice regarding material to tax.. | | 0.40 | 50.00 |
| | DSW | Phone call with McIntyre, faxes to Stouck. | | 0.30 | 37.50 |
| 12/18/03 | DSW | Call with Darmstadter. | | 0.50 | 62.50 |
| 12/19/03 | DSW | Notes for Tomlinson meeting, to his office for conference. | | 0.50 | 62.50 |
| | DSW | Review letter and schedules. | | 0.30 | 37.50 |
| 12/21/03 | DSW | Memo to Bernice regarding urgent matters. | | 0.30 | 37.50 |
| | DSW | Travel from Seattle. | | 1.00 | 125.00 |
| 12/22/03 | DSW | Call with Topping. Sent e-mails. | | 0.40 | 50.00 |
| 12/23/03 | DSW | Attempt to reach Stewart. | | 0.10 | 12.50 |
| | DSW | Regarding documents and conference call. | | 0.30 | 37.50 |
| | DSW | Reviewing documents in preparation for conference call. Conference call with tax group. | | 1.00 | 125.00 |
| 12/24/03 | DSW | Letter to Darmstadter and Hankle. | | 0.50 | 75.00 |
| 12/29/03 | DSW | Review outgoing letters. | | 0.20 | 25.00 |
| | DSW | Organizing tax files. | | 1.00 | 125.00 |
| | DSW | Letter to Stewart regarding Buchanan draft letter. | | 0.20 | 25.00 |
| 12/30/03 | DSW | Letters to Buchanan, Stewart, Hankle and Topping. | | 0.50 | 62.50 |
| | DSW | Call with Maida regarding research. | | 0.10 | 12.50 |
| 1/5/04 | DSW | Attempt to reach Hank. | | 0.10 | 12.50 |
| | DSW | Review new federal circuit cases. | | 0.80 | 100.00 |
| | DSW | Call from Darmstadter. | | 0.30 | 37.50 |
| | DSW | Edit letter to tax group. | | 0.20 | 25.00 |
| 1/6/04 | | | | | |
| | DSW | Letter to Moettel regarding FHLB's prepayment. | | 0.10 | 12.50 |
| | DSW | Review Moettler e-mail. | | 0.10 | 12.50 |
| 1/13/04 | DSW | Long call with Darmstadter. | | 0.50 | 62.50 |
| | DSW | Call with Fleischer. | | 0.30 | 37.50 |
| 1/14/04 | DSW | Letter to tax group. | | 0.10 | 12.50 |
| 1/29/04 | DSW | Call Stewart regarding motion. | | 0.20 | 25.00 |
| | DSW | Called Topping regarding motion in FDIC case. | | 0.20 | 25.00 |
| | DSW | Editing memo. | | 0.20 | 25.00 |
| | DSW | Letter to Dale Weight. | | 0.10 | 12.50 |
| 1/30/04 | DSW | Regarding motion. ok | | 0.10 | 12.50 |
| 2/18/04 | DSW | Call with Rosemary Stewart. | | 0.10 | 12.50 |
| | DSW | Letter to clients. | | 0.40 | 50.00 |
| | DSW | Edit letter to clients. | | 0.50 | 62.50 |
| 2/19/04 | DSW | Call with Darmstadter. | | 0.20 | 25.00 |
| 2/26/04 | DSW | Conference with McIntyre. | | 0.50 | 62.50 |
| | SUBTOTAL | | | 47.40 | 5,925.00 |
| | | Subtotal Excluding Non-Tax Hours | | 37.80 | 4,725.00 |



· 3 hrs disallowed

Benj. Franklin Plaintiffs

Page 4

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | DW | | | |
| 3/14/03 | DW | Searching for emails; phone conferences with Mitch Moetel and Rosemary Stewart; review emails; conference call. | 1.40 | 175.00 |
| 3/15/03 | DW | Receipt and initial review of emails. | 0.20 | 25.00 |
| 3/16/03 | DW | Reviewing drafts. | 0.30 | 37.50 |
| 3/17/03 | DW | Attempts to reach Ernie and Rosemary. | 0.30 | 37.50 |
| | DW | Leave message report for Gary Hindes. | 0.10 | 12.50 |
| | DW | Review memos; two conference calls; call office regarding mailing finals. | 2.20 | 275.00 |
| 3/20/03 | DW | Attempt to reach Topping or Zia. | 0.10 | 12.50 |
| 3/21/03 | DW | Message for Stewart; call Stewart. | 0.20 | 25.00 |
| | DW | Attempt to reach Topping and Zia; call with Zia; memo to Carl; calls with Stewart; call with Darmstadter; message for Stewart. | 1.00 | 125.00 |
| 3/24/03 | DW | Call Topping. | 0.30 | 37.50 |
| 3/28/03 | DW | Arrange for Washington, DC, hotel room. | 0.20 | 25.00 |
| | DW | Attempt to reach Fleischer. | 0.30 | 37.50 |
| 3/29/03 | DW | Call Ernie Fleischer. | 0.10 | 12.50 |
| | DW | Review tax ruling; calls with Fleischer. | 0.30 | 37.50 |
| | DW | Read Mitch Moetel memo; call Fleischer. | 0.50 | 62.50 |
| 3/30/03 | DW | Review Moettel email, leave phone message for Rosemary Stewart. | 0.10 | 12.50 |
| 3/31/03 | DW | Call Rosemary Stewart. | 0.10 | 12.50 |
| 4/8/03 | DW | To hotel from DC airport. OK | 0.50 | 62.50 |
| | DW | Review filed documents and prepare agenda for tax group meeting. | 2.50 | 312.50 |
| 4/9/03 | DW | Conference with Ernie and Rosemary. | 1.00 | 125.00 |
| | DW | Conference with tax group and Rosemary Stewart. | 2.00 | 250.00 |
| | DW | Conference with Rosemary. | 0.40 | 50.00 |
| | DW | Phone Richard Green regarding pending matters. | 0.40 | 50.00 |
| 4/10/03 | DW | Conference with FDIC. | 4.00 | 500.00 |
| | DW | Conference with Ernie and Rosemary. | 1.00 | 125.00 |
| | DW | To Airport. OK | 1.00 | 125.00 |
| 4/11/03 | DW | Call Barbara regarding taxes; call McIntyre. | 0.30 | 37.50 |
| | DW | Travel to Portland; work on motion, letter to Zia, letter to clients. | 8.00 | 1,000.00 |
| 4/12/03 | DW | Final edit of motion revisions; fax to Portland; message for Zia and Stewart. OK | 0.40 | 50.00 |
| 4/14/03 | DW | Calls with Carl regarding preparation of documents; messages for Zia and Stewart. | 0.40 | 50.00 |
| 4/16/03 | DW | Regarding motion editing. OK | 0.10 | 12.50 |
| 4/18/03 | DW | Long message for FHLB of Seattle. | 0.20 | 25.00 |
| | DW | Review e-mails; attempt to reach Zia; call with Nancy (Stewart's secretary); call with Topping; edit letter to Zia; memo to Stewart. | 1.00 | 125.00 |
| 4/21/03 | DW | Letter to tax group. | 0.30 | 37.50 |
| | DW | Message for George Akers at FHLB-S. | 0.10 | 12.50 |
| | DW | Call with Zia; letter to Zia. | 0.20 | 25.00 |
| | DW | Call with Ernie. | 0.20 | 25.00 |
| | DW | Attempt to download from computer; call to Buchanan's secretary; call to Fleischer's secretary; call with Zia; review Buchanan's memo. | 0.70 | 87.50 |
| 4/25/03 | DW | Prepare information for website; memo to Carl. | 0.90 | 112.50 |
| | DW | Message for Zia. | 0.10 | 12.50 |
| | DW | Call with Buchanan's secretary. | 0.20 | 25.00 |
| 4/28/03 | DW | Message for Mitch Moetel; attempt to reach Rosemary. | 0.20 | 25.00 |
| | DW | Call from DOJ. | 0.70 | 87.50 |



1.8 hrs disallowed

Benj. Franklin Plaintiffs                                                                 Page    5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/28/03 | DW | Arrange telephone call; conference call with Tom, Hugo, Catherine, call to Tom. ok | 1.00 | 125.00 |
| 5/2/03 | DW | Review e-mails. | 0.50 | 62.50 |
|  | DW | Calls regarding taxes with Tom Buchanan regarding Leslie Freeman; call to Leslie; received documents. ok | 0.30 | 37.50 |
|  | DW | Three calls to Ernie; two calls to Rose; call to Rosemary Stewart regarding sending in spread sheets; calls to Carl; review letters. | 1.60 | 200.00 |
| 5/19/03 | DW | Call with Barbara Gibbs. | 0.20 | 25.00 |
|  | DW | Left messages for Darmstadter, Zia, Catherine Topping. | 0.10 | 12.50 |
|  | DW | Call with Hank Darmstadter. | 0.30 | 37.50 |
|  | DW | Call with Catherine Topping. | 0.10 | 12.50 |
| 5/20/03 | DW | Letter to tax group, file organization. •2 | 1.30 | 162.50 |
| 5/28/03 | DW | Review letter to clients. | 0.10 | 12.50 |
| 5/30/03 | DW | Call with Leslie. | 0.10 | 12.50 |
|  | DW | Call with Dept. of Justice. | 0.20 | 25.00 |
|  | DW | Call from Maida. | 0.10 | 12.50 |
| 6/2/03 | DW | review material from leslie; calls to Barbara Gibbs and Leslie. | 0.40 | 50.00 |
| 6/9/03 | DW | Call to Barbar Gibbs. | 0.20 | 25.00 |
| 6/12/03 | DW | Regarding taxes; review spread sheet. | 0.10 | 12.50 |
| 6/20/03 | DW | Attempts to reach Topping and Zia. | 0.10 | 12.50 |
| 6/23/03 | DW | Call with Moettel. | 0.30 | 37.50 |
|  | DW | Call with Leslie regarding record search. | 0.10 | 12.50 |
| 7/11/03 | DW | Call with Jerry Young. | 0.10 | 12.50 |
| 7/21/03 | DW | Call with Darmstadter. | 0.30 | 37.50 |
| 8/1/03 | DW | Preparation and tax group conference call. | 0.60 | 75.00 |
| 8/11/03 | DW | Regarding tax group converence call with tax group after review of revision to my letter. | 0.40 | 50.00 |
| 8/19/03 | DW | Note for Bernice. | 0.10 | 12.50 |
| 8/23/03 | DW | Letter to Auers. | 0.10 | 12.50 |
|  | DW | Memo to tax group. | 0.10 | 12.50 |
| 8/25/03 | DW | Letter to Auers. | 0.10 | 12.50 |
|  | DW | E-mail to tax group. | 0.20 | 25.00 |
| 9/5/03 | DW | Memo to Bernice regarding letter. | 0.10 | 12.50 |
|  | DW | Memo and call to Bernice about August 25th memo; call McIntyre. | 0.40 | 50.00 |
| 9/7/03 | DW | Call with Fleischer. | 0.20 | 25.00 |
| 9/8/03 | DW | Review e-mails, call with Rosemary Stewart and Ernie Fleischer's wife, left message; receipt of long e-mail. | 0.60 | 75.00 |
| 9/23/03 | DW | Review Moettel letter, call Stewart. | 0.20 | 25.00 |
| 10/1/03 | DW | Operator conference call. | 0.70 | 87.50 |
|  | DW | Call Richard Green. | 0.10 | 12.50 |
| 10/19/03 | DW | Letter to shareholder attorney. | 0.10 | 12.50 |
| 11/7/03 | DW | Edit letters to tax group and to clients. Two calls with Bernice. | 1.00 | 125.00 |
| 11/21/03 | DW | Call with Topping, review and fax status report. ok | 0.20 | 25.00 |
|  | DW | Call with Stewart, leave message for Darmstadter and review return message. | 0.20 | 25.00 |
| 12/8/03 | DW | Call with Buchanan. | 0.20 | 37.50 |
| 12/8/03 | DW | Review Buchanan letter, fax it to Stewart, attempt to reach Darmstadter, call with Hank. •1 | 0.60 | 75.00 |
| 12/13/03 | DW | Letter to Maida Mechanic. | 0.10 | 12.50 |
| 12/15/03 | DW | Attempt to reach Peter Baker at both numbers. Message from Darmstadter. •1 | 0.20 | 25.00 |



a 6 hrs
disallowed

Benj. Franklin Plaintiffs                                                                           Page    6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/27/03 | DW | Letter to Topping and Darmstadter. | 0.10 | 12.50 |
|  | DW | Draft letter to Buchanan, cover letter to Rosemary Stewart. | 0.30 | 37.50 |
|  | DW | Preparation of website. | 0.60 | 75.00 |
|  | DW | Review FFA memo. | 0.60 | 75.00 |
|  | DW | Review U.S.V. FDIC complaint. | 0.20 | 25.00 |
| 12/30/03 | DW | Edit website. | 0.20 | 25.00 |
| 1/1/04 | DW | Regarding tax material. | 1.00 | 125.00 |
| 1/2/04 | DW | Review tax material | 1.50 | 187.50 |
| 1/3/04 | DW | Long memo to tax group. | 1.80 | 225.00 |
| 1/4/04 | DW | Letter to Moettel; prepare argument. | 0.30 | 37.50 |
|  | DW | Attempt to reach Fleisher. | 0.20 | 25.00 |
|  | DW | Edit fax letter to tax group. | 0.30 | 37.50 |
| 2/6/04 | DW | Regarding spread sheet.  ok | 0.10 | 12.50 |
| 2/12/04 | DW | Regarding time records call with Kathy. | 0.20 | 25.00 |
| 2/20/04 | DW | Call with Fleischer. | 0.20 | 25.00 |
| 2/21/04 | DW | Preliminary review of spread sheets. Call Fleischer. | 0.90 | 112.50 |
| 2/22/04 | DW | Leave messages for Ernie. | 0.10 | 12.50 |
|  | DW | Call with Fleischer; prepare two letters (fax to Portland). | 0.50 | 62.50 |
|  |  | SUBTOTAL: | [ 57.70 | 7,212.50] |

For professional services rendered                                          105.10  $13,137.50
                                          Excluding Non-Tax Hours            95.90 $ 11,937.50

Additional Charges :

$Costs

| 3/23/03 | America West Airlines - Travel to Washington DC |  | 319.00 |
|---|---|---|---|
|  | Embassy Suites - Travel to DC. |  | 109.02 |
| 4/30/03 | Fax charges |  | 29.60 |
|  | Photocopy expenses |  | 13.20 |
|  | SUBTOTAL: | [ | 470.72] |

DSW

| 3/27/03 | United Parcel Service delivery to Washington, DC (3/17 tax materials). | 29.44 |
|---|---|---|
| 4/2/03 | United Parcel Service (delivery to Rosemary Stewart). | 46.59 |
| 4/22/03 | Photocopy expenses March 2003. | 161.00 |
|  | Postage March 2003. | 38.11 |
|  | Fax charges March 2003. | 141.50 |
| 5/7/03 | United Parcel Service delivery to Department of Justice. | 19.38 |
| 6/2/03 | Photocopy expenses May 2003. | 34.40 |
|  | Postage May 2003. | 14.43 |
|  | Facsimile charges May 2003. | 24.00 |
| 6/26/03 | March Visa. | 109.02 |
|  | April VISA. | 316.16 |
|  | United Parcel Service on 5/11/03. | 19.29 |
| 7/29/03 | Photocopy expenses | 146.60 |
| 9/30/03 | Photocopy expenses | 12.60 |



U has disallowed

Benj. Franklin Plaintiffs Page 7

| Date | Description | Amount |
|---|---|---|
| 10/4/03 | Delivery charges from UPS invoice dated 10/04/03. | 38.48 |
| 10/31/03 | Photocopy expenses | 3.60 |
|  | Photocopy expenses. | 24.80 |
| 12/27/03 | United Parcel Service | 173.48 |
| 12/31/03 | Photocopy expenses for November and December. | 67.80 |
| 1/1/04 | Delivery charges from UPS invoice dated 12/27/03 | 173.48 |
| 1/31/04 | Photocopy expenses for January | 8.20 |
| 2/2/04 | Christy Rentz professional fee.  ok | 140.00 |
| 2/23/04 | Photocopy expenses. American Legal Corp. | 104.00 |
| 2/27/04 | Photocopy expenses for February 2004. | 8.80 |
|  | 2/25/04 postage | 30.75 |

SUBTOTAL:  [ 1,886.11]

CW

| 4/8/03 | Taxi from DC airport to hotel (out of pocket) | 28.00 |
| 4/9/03 | Taxi charges regarding DC meeting with tax group. | 10.25 |
| 4/10/03 | Breakfast (DC) | 5.00 |
|  | Metro expense in DC. | 2.95 |
| 10/1/03 | Conference calls. | 130.92 |

SUBTOTAL:  [ 177.12]

Total costs $2,533.95

Total amount of this bill $15,671.45

Total Excluding Non-Tax Hours  $14,471.45