Benj. Franklin Plaintiffs

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 9/21/04 | DSW | Calls with Rosemary. | 0.30 | 37.50 |
| | DSW | Review Rosemary's changes in Website, call Rosemary regarding website and Tom Buchanan. | 1.00 | 125.00 |
| 9/23/04 | DSW | Calls with Stewart and clients, review Suess mailing, call with Gill and Stewart. Calls with McIntyre. | 1.20 | 150.00 |
| 9/24/04 | DSW | Call Stewart, Baker, FDIC. | 1.60 | 200.00 |
| 9/27/04 | DSW | Call with Andy Giegerich of Portland Business Journal. | 0.50 | 62.50 |
| | DSW | Call with McIntyre. | 0.10 | 12.50 |
| 9/28/04 | DSW | Call Stewart, attempt to reach Gill. | 0.10 | 12.50 |
| | DSW | Call with Business Journal reporter. | 0.10 | 12.50 |
| | DSW | Call with Portland Business Journal. | 0.20 | 25.00 |
| | DSW | Call from Gill. | 0.10 | 12.50 |
| | DSW | Call with shareholders. | 0.30 | 37.50 |
| | DSW | Calls with Busness Journal. | 1.50 | 187.50 |
| 9/30/04 | DSW | Call Clark and Stewart; attempt to reach Darnstadter. .1 hr disallowed | 0.50 | 62.50 |
| | DSW | Brief call with Darnstadter. Call with Peter Baker.. | 0.20 | 25.00 |
| | DSW | Call McIntyre. | 0.10 | 12.50 |
| 10/5/04 | DSW | Call Rosemary | 0.10 | 12.50 |
| | DSW | Review final letter. Call Rosemary. | 0.20 | 25.00 |
| | DSW | Review RS draft, phone with RS. | 0.40 | 50.00 |
| | DSW | Review draft letter to Clark. | 0.20 | 25.00 |
| | DSW | Conference regarding financials. | 0.70 | 87.50 |
| | DSW | Attempt to reach Gill. | 0.10 | 12.50 |
| | DSW | Call Rosemary Stewart; call Nancy Holland. | 0.30 | 37.50 |
| 10/6/04 | DSW | Review Gill draft letter, fax to Rosemary, attempt to reach Rosemary by phone. Review my letter, leave message for Gill. .1 | 0.50 | 62.50 |
| | DSW | Call with Gill | 0.20 | 25.00 |
| | DSW | Attempts to locate Tom. | 0.20 | 25.00 |
| 10/7/04 | DSW | Review incoming e-mails. | 0.10 | 12.50 |
| 10/12/04 | DSW | Draft letter to Clark. | 0.50 | 62.50 |
| | DSW | Review files. | 0.10 | 12.50 |
| | DSW | Call Gill. | 0.40 | 50.00 |
| 10/13/04 | DSW | Edit letter to Rosemary. | 0.10 | 12.50 |
| | DSW | Call Bob Clark. Call Rosemary. | 0.50 | 62.50 |
| 10/14/04 | DSW | Call Gill. Call Rosemary. | 0.50 | 62.50 |
| | DSW | Calls with Stewart. | 0.30 | 37.50 |
| 10/19/04 | DSW | Calls to Rosemary Stewart. | 0.40 | 50.00 |
| | DSW | Call Dale Weight. | 0.20 | 25.00 |
| 10/20/04 | DSW | Attempt to reach Darnstadter. | 0.10 | 12.50 |
| | DSW | Call Darnstadter; call Stewart. | 0.60 | 75.00 |
| | DSW | Call Krueger's office. | 0.10 | 12.50 |
| | DSW | Call with Portland Business Journal. | 0.10 | 12.50 |
| 10/21/04 | DSW | Call with Rosemary. | 0.30 | 37.50 |
| | DSW | Dale Weight, call regarding Lalurie Miller meeting. | 0.10 | 12.50 |
| 10/25/04 | DSW | Attempt to reach Gill. | 0.10 | 12.50 |
| | DSW | Call Clark; call Gill. | 0.50 | 62.50 |
| 10/28/04 | DSW | Call Rosemary Stewart. | 0.20 | 25.00 |

2.2 hrs disallowed



Benj. Franklin Plaintiffs

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | SUBTOTAL: | [ 25.50 | 3,187.50] |
| | | Subtotal Excluding Non-Tax Hours | 24.60 | 3,075.00 |
| | DW | | | |
| 9/3/04 | DW | Call Leo Sherry and arrange for conference call for Tuesday. | 0.60 | 75.00 |
| 9/4/04 | DW | Attempt to reach RC, call with RC. Rewrite letter to Buchanan, fax to RC. Long call with RC. | 2.00 | 250.00 |
| 9/6/04 | DW | Review and edit Rosemary's memo. Call Rosemary, fax Rosemary. Call McIntyre. ok | 2.00 | 250.00 |
| 9/7/04 | DW | Calls. | 0.90 | 112.50 |
| | DW | Call Rachel. | 0.10 | 12.50 |
| 9/20/04 | | | | |
| | DW | Preparation of website and letter to e-mail writers, fax to Portland. | 1.50 | 187.50 |
| | DW | Calls with McIntyre. | 0.40 | 50.00 |
| | DW | Swan, Dorfinger and Weight letters. | 0.20 | 25.00 |
| 9/27/04 | DW | Letter to shareholder. | 0.10 | 12.50 |
| 9/29/04 | DW | Call Clark. | 0.30 | 37.50 |
| | DW | Prepare draft of letter to Clark. Memo to Rosemary. | 1.20 | 150.00 |
| 10/1/04 | DW | Call with Gill. Review draft letter to Clark. | 0.40 | 50.00 |
| 10/2/04 | DW | Call McIntyre. | 0.20 | 25.00 |
| | DW | Review contract documents plus letter to Rossenau. | 2.00 | 250.00 |
| 10/3/04 | DW | Calls with McIntyre regarding continuations. | 0.30 | 37.50 |
| | DW | Read McIntyre letter. | 0.10 | 12.50 |
| 10/4/04 | DW | Call Clark and Gill, edit letter to Clark, fax to Rosemary for review, edit letter to Rosemary regarding Anderson case. ok | 1.20 | 150.00 |
| 10/8/04 | DW | Calls with Rosemary, Richard Gill. Editing settlement documents, memo to Rachel. | 1.50 | 187.50 |
| 10/15/04 | DW | Three calls to Rosemary Stewart. | 0.40 | 50.00 |
| | DW | Edit letter to Clark and Gill, fax to Portland with memo. ok | 0.40 | 50.00 |
| 10/17/04 | DW | Review letter to Lark. | 0.10 | 12.50 |
| 10/18/04 | DW | Call Rosemary. | 0.10 | 12.50 |
| | DW | Call Gill, call Stewart, fax to Stewart and Fleischer. ok | 0.80 | 100.00 |
| | DW | Call Jerry Young regarding mechanics of contribution return. | 0.20 | 25.00 |
| | DW | Work on reservations. | 0.30 | 37.50 |
| 10/22/04 | DW | Call with Rosemary. | 0.20 | 25.00 |
| 10/29/04 | DW | Call with Gill. | 0.40 | 50.00 |
| | | SUBTOTAL: | [ 20.70 | 2,587.50] |
| | | Subtotal Excluding Non-Tax Hours | 17.90 | 2,237.50 |
| | | For professional services rendered | 46.20 | $5,775.00 |
| | | Excluding Non-Tax Hours | 42.50 | $5,312.50 |

1.9 hrs
disallowed

Benj. Franklin Plaintiffs

Additional Charges :

| | | Amount |
|---|---|---|
| | DSW | |
| 9/1/04 | Conference call with McIntyre, Green, Sherry, Baker and Willner.- Conference Plus Inc. | 118.48 |
| 9/18/04 | U.P.S. to Washington DC | 63.48 |
| 9/30/04 | Transerv from Kathie Nelson to Don Willner & Associates. | 13.42 |
| | Photocopy expenses for September. | 25.80 |
| 10/19/04 | Flight to Washington DC | 447.20 |
| 10/31/04 | Photocopy expenses for October. | 1.60 |
| | SUBTOTAL: | [ 691.33] |
| | Total costs | $691.33 |
| | Total amount of this bill | $6,466.33 |
| | Total Excluding Non-Tax Hours | $6,003.83 |

Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

January 05, 2005

In Reference To: Benj. Franklin Savings & Loan 90-W-6054

Tax Case

Invoice #10218

Professional Services

DSW

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/3/04 | DSW | Review Gill Letter. | 0.20 | 25.00 |
| 11/4/04 | DSW | Calls with Rosemary. | 0.50 | 62.50 |
| | DSW | Organizing material for DC trip. | 0.20 | 25.00 |
| 11/10/04 | | | | |
| | DSW | Call with Jerry Young. | 0.30 | 37.50 |
| 11/11/04 | DSW | Call Stewart. | 0.20 | 25.00 |
| 11/16/04 | DSW | Call with Rosemary Stewart, review FDIC October 14th DOJ November 16th letters. | 0.60 | 75.00 |
| | DSW | Edit letter to Smith and order documents. | 0.40 | 50.00 |
| | DSW | Call Rosemary. | 0.10 | 12.50 |
| | DSW | Review Jerry Young's affidavit draft. | 0.10 | 12.50 |
| | DSW | Letter to Jerry Young. | 0.10 | 12.50 |
| | DSW | Call Stewart. | 0.10 | 12.50 |
| | DSW | Conference with Dale Weight. | 1.50 | 187.50 |
| 11/17/04 | DSW | Call with Rosemary Stewart | 0.50 | 62.50 |
| | DSW | Review Young affidavit draft. | 0.10 | 12.50 |
| | DSW | Preparation for tax conference; reading e-mails. | 0.50 | 62.50 |
| | DSW | Preparation of web site. | 1.50 | 187.50 |
| | DSW | Calls with Rosemary. | 0.20 | 25.00 |
| | DSW | Tax group conference including call with Rosemary. | 0.80 | 100.00 |
| 11/18/04 | DSW | Organizing files for Trout Lake. | 0.20 | 25.00 |
| | DSW | Review web site, fax to Rosemary, call with Rosemary. Review final offer letter, call Rosemary, call Gill. | 1.30 | 162.50 |
| | DSW | Call Stewart, call McIntyre. Review Stewart edits. | 0.80 | 100.00 |

1.9 hrs
disallowed

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/19/04 | DSW | Final edit of website, call Stewart. | 0.40 | 50.00 |
| | DSW | Call with McIntyre regarding web site. | 0.20 | 25.00 |
| | DSW | Call with Rosemary regarding website. | 0.20 | 25.00 |
| 11/22/04 | DSW | Call with McIntyre with Stewart, review website. Edit letters to Krihava and Smith, call Jill at bank. | 1.00 | 125.00 |
| | DSW | Review memo from Buchanan. | 0.10 | 12.50 |
| | DSW | Call from Richard in Senator Smith's office. | 0.20 | 25.00 |
| | DSW | Call Rosemary Stewart. | 0.20 | 25.00 |
| 11/23/04 | DSW | Review e-mails between Stewart and Buchanan. | 0.10 | 12.50 |
| | DSW | Call with Dale Weight regarding Senator Smith. | 0.30 | 37.50 |
| | DSW | Organizing files. | 0.20 | 25.00 |
| | DSW | Call with Andy at Portland Business Journal. | 0.30 | 37.50 |
| | DSW | Call with Dale Weight. OK | 0.20 | 25.00 |
| 11/24/04 | DSW | Review Joint Status Report sent to court. | 0.10 | 12.50 |
| | DSW | Long report letter to clients. | 0.30 | 37.50 |
| | DSW | Call with Rosemary. | 0.10 | 12.50 |
| | DSW | Review letter to Tom Buchanan, leave message for Rosemary. | 0.20 | 25.00 |
| | DSW | Review e-mails of Rosemary and Buchanan. | 0.10 | 12.50 |
| 11/29/04 | DSW | Call with Gary Hindes. | 0.40 | 50.00 |
| | DSW | Long message for Phil Goldsmith. | 0.10 | 12.50 |
| | DSW | Editing letter to clients. | 0.20 | 25.00 |
| | DSW | Conference with Elizabeth regarding records needed. | 0.10 | 12.50 |
| 11/30/04 | DSW | Call Rosemary. | 0.30 | 37.50 |
| | DSW | Call McIntyre | 0.10 | 12.50 |
| | DSW | Editing letter to clients, locating exhibits to letter. | 0.40 | 50.00 |
| | DSW | Meeting with McIntyre. | 1.30 | 162.50 |
| | DSW | Call with shareholder. | 0.10 | 12.50 |
| 12/1/04 | DSW | Draft of website. | 0.80 | 100.00 |
| | DSW | Memo to Rachel regarding draft. | 0.10 | 12.50 |
| 12/2/04 | DSW | Edit new website. | 0.50 | 62.50 |
| 12/3/04 | DSW | Review Dept. of Justice letter and call Fleischer. | 0.30 | 37.50 |
| | DSW | Attempt to reach Dale Weight regarding data for application. Call Dale Weight. | 0.30 | 37.50 |
| | DSW | Call with Rosemary regarding Judge Smith's call. | 0.40 | 50.00 |
| | DSW | Edit website. | 0.50 | 62.50 |
| | DSW | Review Rosemary e-mails. Call with Rosemary. | 0.50 | 62.50 |
| | DSW | Conference with Jerry Young regarding application. | 0.50 | 62.50 |
| | DSW | Conference call. | 0.20 | 25.00 |
| | DSW | Call with Rosemary. | 0.20 | 25.00 |
| | DSW | Regarding application for fund. | 0.20 | 25.00 |
| | DSW | Call from Randi Cohn about status of settlement. | 0.20 | 25.00 |
| | DSW | Review draft affidavit for application. | 0.20 | 25.00 |
| 12/4/04 | DSW | Editing website with McIntyre. | 0.50 | 62.50 |
| | DSW | Call with McIntyre regarding webstie. | 0.30 | 37.50 |
| 12/8/04 | DSW | Review DOJ rewrite of offer. | 0.30 | 37.50 |
| | DSW | Edit proof of claim. | 0.40 | 50.00 |
| 12/9/04 | DSW | Review application. | 0.10 | 12.50 |

5.1 hrs
disallowed

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/9/04 | DSW | Letters to Carmstadter and Clark. | 0.60 | 75.00 |
| | DSW | Call Jerry Young. | 0.20 | 25.00 |
| 12/10/04 | DSW | Review contribution return application. | 0.50 | 62.50 |
| 12/13/04 | DSW | Review letter Stewart to Young. | 0.10 | 12.50 |
| 12/23/04 | DSW | Memo to Elizabeth about Benjamin Franklin files needed in Trout Lake. | 0.30 | 37.50 |
| | DSW | Revize Olga Johnson letter. | 0.10 | 12.50 |
| | DSW | Call Rosemary Stewart | 0.30 | 37.50 |
| | | SUBTOTAL: | [ 28.50 | 3,562.50] |
| | | Subtotal Excluding Non-Tax Hours | 26.00 | 3,250.00 |

DW

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/2/04 | DW | Review e-mail from Rosemary. | 0.10 | 12.50 |
| | DW | Review fairness hearing material. | 0.30 | 37.50 |
| | DW | Call with Gill. | 0.20 | 25.00 |
| 11/5/04 | DW | Travel to Washington DC for meetings with co-counsel and FDIC. ok | 5.90 | 737.50 |
| 11/8/04 | DW | Call with McIntyre. | 0.10 | 12.50 |
| 11/9/04 | DW | To Rosemary's office, conference regarding FDIC meeting. To FDIC for meeting with Clark, Gill, Rosemary. Call Peter, McIntyre, Green. Preparation of website. Conference with Rosemary. | 4.30 | 537.50 |
| | DW | Return to Portland including working on plane on application for reimbursement of contributions. | 8.50 | 1,062.50 |
| 11/12/04 | DW | Calls with Gill and Stewart. | 0.50 | 62.50 |
| 11/13/04 | DW | Long call with Dale Weight. | 0.30 | 37.50 |
| 11/15/04 | DW | Call with judge's clerk. | 0.20 | 25.00 |
| | DW | Call with Dale Weight. | 0.20 | 25.00 |
| | DW | Leave message for Gill. | 0.40 | 50.00 |
| 11/16/04 | DW | Memo to Rachel regarding Weight. | 0.10 | 12.50 |
| 11/19/04 | DW | Call Rachel regarding Sen. Smith letter. | 0.10 | 12.50 |
| | DW | Call Dale Weight regarding letter to Sen. Smith. | 0.20 | 25.00 |
| | DW | Review letter to Dept. of Justice. | 0.10 | 12.50 |
| 11/20/04 | DW | Call with Jennie regarding Smith letter. | 0.20 | 25.00 |
| | DW | Editing letters to Smith and Krivaka. Call with Weight. | 0.80 | 100.00 |
| | DW | Message from Rachel; attempt to reach Rachel. | 0.10 | 12.50 |
| | DW | Regarding Sen. Smith letter. Letter to Knhara. Memo to Rachel and faxing. ok | 1.20 | 150.00 |
| 11/21/04 | DW | E-mail to Jennie. Letter to Jennie. Deliver draft of Smith letter to Jennie. ok | 1.00 | 125.00 |
| | DW | Regarding Smith letter. Letter to Kirara. Calls with McIntyre and newspapers. | 1.20 | 150.00 |
| 12/1/04 | DW | Call with Judge Smith's clerk regarding status conference. | 0.10 | 12.50 |
| 12/19/04 | DW | Letters to Shareholders. | 0.50 | 62.50 |
| | DW | Additional shareholder letters. | 0.30 | 37.50 |
| 12/29/04 | DW | Attempt to reach Bob Clark. | 0.10 | 12.50 |
| 12/30/04 | DW | Call from Gill. | 0.30 | 37.50 |
| | | SUBTOTAL: | [ 27.60 | 3,450.00] |
| | | Subtotal Excluding Non-Tax Hours | 27.30 | 3,412.50 |

.5 hrs

disallowed



Benj. Franklin Plaintiffs

| | | | Hours | Amount |
|---|---|---|---|---|
| | For professional services rendered | | 56.10 | $7,012.50 |
| | | Excluding Non-Tax Hours | 53.30 | $6,662.50 |
| | Additional Charges : | | | |
| | DSW | | | |
| 11/30/04 | To Washington DC | | | 491.67 |
| 12/31/04 | Photocopies November & December | | | 61.60 |
| | SUBTOTAL: | | | [ 553.27] |
| | DW | | | |
| 11/5/04 | Taxi to PDX airport, to DC hotel. | | | 40.00 |
| 11/8/04 | Taxi to Rosemary office. | | | 10.00 |
| | Meals, lunch. | | | 14.00 |
| 11/9/04 | Mileage ok | | | 8.75 |
| | SUBTOTAL: | | | [ 72.75] |
| | Total costs | | | $626.02 |
| | Total amount of this bill | Total Excluding Non-Tax Hours | | $7,638.52 |
| | | | | $7,288.52 |

a 4 hrs
disallowed



Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

May 03, 2005

In Reference To: Benj. Franklin Savings & Loan 90-W-6054

Tax Case

Invoice #10232

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| | DSW | | | |
| 1/3/05 | DSW | Regarding website. | 0.80 | 100.00 |
| 1/4/05 | DSW | Call Rosemary Stewart. | 0.20 | 25.00 |
| | DSW | Prep of website. | 0.80 | 100.00 |
| 1/5/05 | DSW | Editing website. | 0.40 | 50.00 |
| | DSW | Conference with Don McIntyre. | 1.00 | 125.00 |
| | DSW | Call Jennie regarding Dale Weidht #, leave message for Dale Weight. | 0.10 | 12.50 |
| 1/6/05 | DSW | Leave long message for Gill. | 0.10 | 12.50 |
| 1/19/05 | | | | |
| | DSW | Leave long message for Gill. | 0.10 | 12.50 |
| 1/20/05 | DSW | Conference with Elizabeth regarding Benjamin Franklin case captions, memo to Jennie. | 0.20 | 25.00 |
| | DSW | Shareholder letters. | 0.20 | 25.00 |
| | DSW | Report to clients. | 0.30 | 37.50 |
| 1/25/05 | DSW | Call with Kirk, and letter to Kirk. | 0.30 | 37.50 |
| | DSW | Letter to Rothrock. | 0.10 | 12.50 |
| | DSW | Call Rosemary Stewart. | 0.20 | 25.00 |
| | DSW | Letter to accountants for capital. | 0.20 | 25.00 |
| 1/26/05 | DSW | Checking on Rothrock ownership. | 0.10 | 12.50 |
| 2/15/05 | | | | |
| | DSW | Call McIntyre regarding progress. | 0.10 | 12.50 |
| 2/16/05 | DSW | Preparation of letter to First Washington Corporation, several phone calls OK with Baker, fax text to Jennie Painter. OK | 1.80 | 225.00 |

2 hrs

disallowed