Benj. Franklin Plaintiffs

Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/29/05 |  |  |  |  |
|  | DSW | Letter to Jerry Young. | 0.10 | 12.50 |
|  | DSW | Letter to Naylor | 0.10 | 12.50 |
|  | DSW | Call Weight regarding Senator Smith letter. | 0.20 | 25.00 |
|  | DSW | Draft letter to Senator Smith. | 0.20 | 25.00 |
|  | DSW | Message for Dale Weight regarding lunch regarding Senator Smith. | 0.10 | 12.50 |
| 4/15/05 | DSW | Lunch conference with Dale Weight. | 1.00 | 125.00 |
|  | DSW | Preparation of letter to Senator Smith. edit. | 0.70 | 87.50 |

| SUBTOTAL | | | 14.50 | 1,812.50 |
|---|---|---|---|---|
|  | Subtotal Excluding Non-Tax Hours | | 9.40 | 1,175.00 |

DW

| 1/2/05 | DW | Two shareholder letters. | 0.20 | 25.00 |
|---|---|---|---|---|
| 1/3/05 | DW | Call with Richard Green. | 0.20 | 25.00 |
|  | DW | Attempt to reach Rosemary Stewart. | 0.10 | 12.50 |
| 1/4/05 | DW | Prep of draft website. | 0.80 | 100.00 |
| 1/7/05 | DW | Leave long messages for Bob Clark and Richard Gill of FDIC. | 0.20 | 25.00 |
|  | DW | Letter to Rosemary Stewart regarding Senator Smith. | 0.30 | 37.50 |
|  | DW | Call with Rosemary Stewart regarding Judge Smith status conference. | 0.30 | 37.50 |
|  | DW | Call from Rosemary Stewart. | 0.10 | 12.50 |
|  | DW | Leave message for Richard Green. | 0.10 | 12.50 |
|  | DW | Regarding website - call Jennie Painter. | 0.20 | 25.00 |
| 1/11/05 | DW | Call Green. | 0.10 | 12.50 |
|  | DW | Call Baker regarding website. | 0.20 | 25.00 |
|  | DW | Call Gill. | 0.20 | 25.00 |
|  | DW | Call Rosemary Stewart. | 0.30 | 37.50 |
| 1/17/05 | DW | Organizing files. | 0.10 | 12.50 |
|  | DW | Letter to Englund. | 0.10 | 12.50 |
|  | DW | Call Rosemary Stewart. | 0.10 | 12.50 |
| 1/18/05 | DW | Review documents, prep for conference call. | 1.30 | 162.50 |
| 1/21/05 | DW | Leave message for Gill regarding Clark letter. | 0.10 | 12.50 |
| 1/24/05 | DW | Editing letter to clients, call with Nancy Holland regarding sending document, faxing application to Jennie, editing client letter. ok | 0.70 | 87.50 |
| 1/28/05 | DW | Call with McIntyre. | 0.20 | 25.00 |
| 1/31/05 |  |  |  |  |
| 2/1/05 | DW | Call Jerry Young. | 0.10 | 12.50 |
|  | DW | Call with Dale Weight. | 0.30 | 37.50 |
|  | DW | Letter to Rothrock (shareholder). | 0.10 | 12.50 |
| 2/2/05 | DW | Call McIntyre. | 0.30 | 37.50 |
| 2/4/05 | DW | Call Richard Gill regarding status and Foster Estate requests. | 0.30 | 37.50 |
| 2/5/05 | DW | Review contribution list, call with McIntyre. | 0.40 | 50.00 |
| 2/7/05 |  |  |  |  |
| 2/8/05 | DW | Letter to Dale Weight. | 0.10 | 12.50 |
|  | DW | Call with Sherry. ok | 0.30 | 37.50 |
|  | DW | Call McIntyre, attempt to reach Sherry. • 1 hrs disallowed | 0.30 | 37.50 |
|  | DW | Letter to Jones. | 0.10 | 12.50 |



1.5 hrs
disallowed

Benj. Franklin Plaintiffs                                                                      Page      3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/8/05 | DW | Motion for change of date of phone conference. | 0.20 | 25.00 |
|  | DW | Letter to Clark. | 0.10 | 12.50 |
| 2/11/05 | DW | Letter to Bob Clark. | 0.10 | 12.50 |
|  | DW | Message from Peter. | 0.10 | 12.50 |
|  | DW | Locating Gary Hindes, call Peter Baker. | 0.20 | 25.00 |
| 2/14/05 | DW | Call from Leo Sherry. | 0.20 | 25.00 |
|  | DW | Call with Gary Hindes. | 0.10 | 12.50 |
|  | DW | Call with Baker. | 0.20 | 25.00 |
|  | DW | Second call with Gary Hindes. | 0.30 | 37.50 |
|  | DW | E-mail to Hindes. | 0.10 | 12.50 |
| 2/18/05 | DW | Review memo regarding role of counsel. | 0.10 | 12.50 |
|  | DW | Call Dale Weight regarding Senator Smith. | 0.10 | 12.50 |
|  | DW | Long call with Rosemary Stewart regarding Clark on tax, and brief for Judge Smith. | 0.50 | 62.50 |
| 2/19/05 | DW | Letter to Rosemary. Stewart. | 0.30 | 37.50 |
| 2/21/05 | DW | Draft letter to Darnstadter, cover letter to Rosemary Stewart. | 0.80 | 100.00 |
|  | DW | Editing letter to Rosemary Stewart regarding brief. | 0.10 | 12.50 |
|  | DW | Call with McIntyre. | 0.30 | 37.50 |
| 2/22/05 | DW | Edit letter to Darnstadter. | 0.20 | 25.00 |
| 2/23/05 | DW | Message from Rosemary Stewart  brief. | 0.10 | 12.50 |
| 2/24/05 |  |  |  |  |
|  | DW | Briefing Jennifer Painter on case. | 1.50 | 187.50 |
|  | DW | Report letter to clients. | 0.20 | 25.00 |
| 2/25/05 | DW | Long message from Rosemary Stewart regarding  taxes. | 0.10 | 12.50 |
| 2/28/05 | DW | Review material sent to plaintiff. | 0.10 | 12.50 |
| 3/1/05 | DW | Leave message for Gill regarding DC, Oregon status report. | 0.10 | 12.50 |
|  | DW | Call with Dale Weight, call with Rosemary Stewart. | 0.60 | 75.00 |
|  | DW | Call with shareholder. | 0.10 | 12.50 |
| 3/7/05 |  |  |  |  |
|  | DW | Reviewing, signing, plus cover memo for Suess v. FDIC status report. | 0.20 | 25.00 |
| 3/8/05 | DW | Call with shareholder. | 0.10 | 12.50 |
|  | DW | Letter to Hindes. | 0.10 | 12.50 |
|  | DW | Call with Joyce Aidey, shareholder. regarding shares. | 0.20 | 25.00 |
|  | DW | Report letter to plaintiffs. | 0.20 | 25.00 |
|  | DW | Web Site. | 0.30 | 37.50 |



~ 3 hrs disallowed



Benj. Franklin Plaintiffs

Page    4

Hours    Amount

4/2/05

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  | DW | Letter to clients. | 0.20 | 25.00 |
| 4/3/05 | DW | Letter to shareholder, Margaret Hull. | 0.10 | 12.50 |
| 4/4/05 | DW | Edit letters to Rosemary Stewart and clients. | 0.20 | 25.00 |

4/7/05

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  | DW | Call from McIntyre. | 0.30 | 37.50 |
|  | DW | Call Rosemary Stewart regarding tax case. | 0.30 | 37.50 |

4/11/05

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  | DW | Review memo on role of counsel. | 0.20 | 25.00 |
| 4/16/05 | DW | Memo to Jennifer regarding Dale Weight letter. | 0.10 | 12.50 |
| 4/18/05 | DW | Regarding fairness hearing document. | 0.40 | 50.00 |
|  | DW | Reviewing letter to Senator Smith. | 0.20 | 25.00 |
| 4/19/05 | DW | Draft letter to Buchanan. | 0.20 | 25.00 |
| 4/20/05 | DW | Regarding fairness hearing. | 1.20 | 150.00 |
| 4/26/05 | DW | Call Rosemary Stewart regarding tax case. | 0.30 | 37.50 |
|  | DW | Preparation of fairness hearing material. | 2.00 | 250.00 |

SUBTOTAL:                                                         [  35.80   4,475.00]
                          Subtotal Excluding Non-Tax Hours      21.80   2,725.00

For professional services rendered                                50.30   $6,287.50
                                    Excluding Non-Tax Hours      31.20   $3,900.00

Additional Charges :

DSW

3/9/05 Photocopies Bridge City Legal.                                          34.20

SUBTOTAL:                                                                  [  34.20]

Total costs                                                                   $34.20

Total amount of this bill                                                  $6,321.70

                          Total Excluding Non-Tax Hours                    $3,934.20

Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR  97205

Invoice submitted to:
Benj. Franklin Plaintiffs

June 17, 2005

In Reference To:  Benj. Franklin Savings & Loan 90-W-6054

Tax Case

Invoice #10238

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| **DSW** |  |  |  |
| 5/17/05 DSW  Fax to Rosemary Stewart, call with her assistant. | | 0.10 | 12.50 |
| 5/19/05 DSW  Call Rosemary Stewart. | | 0.10 | 12.50 |
| DSW  Review memo from Arnold and Porter. | | 0.10 | 12.50 |
| SUBTOTAL: | [ | 1.30 | 162.50] |
| Subtotal Excluding Non-Tax Hours | | 0.30 | 37.50 |
| **DW** | | | |
| 5/2/05 DW  Call Rosemary Stewart. | | 0.10 | 12.50 |
| 5/3/05 DW  Long message for Baker. | | 0.10 | 12.50 |
| DW  Call from major shareholder Fred Fellows. | | 0.20 | 25.00 |
| 5/5/05 DW  Business portion of call with Baker. | | 0.30 | 37.50 |
| 5/6/05 DW  Call with Rosemary Stewart. | | 0.30 | 37.50 |
| DW  Sorting new government brief. | | 0.10 | 12.50 |
| 5/8/05 DW  Editing fairness hearing brief. | | 2.50 | 312.50 |
| 5/9/05 DW  Call Rosemary Stewart. | | 0.20 | 25.00 |
| 5/10/05 DW  Call Rosemary Stewart. | | 0.20 | 25.00 |
| 5/13/05 | | | |
| DW  Conference with Rosemary Stewart regarding fairness hearing brief. | | 0.50 | 62.50 |
| DW  Review draft of fairness hearing material. | | 0.50 | 62.50 |
| 5/16/05 DW  Call with Rosemary Stewart. | | 0.10 | 12.50 |
| 5/20/05 | | | |
| DW  Regarding airline tickets to BWI. | | 0.20 | 25.00 |
| DW  Call with shareholder. | | 0.10 | 12.50 |
| 5/21/05 DW  Review of e-mails. | | 0.20 | 25.00 |



a 3 hrs
disallowed

Benj. Franklin Plaintiffs                                                          Page     2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/21/05 DW | Arranging hotel in Washington, DC. | | 0.20 | 25.00 |
| 5/23/05 DW | Review and edit fairness hearing brief. | | 0.60 | 75.00 |
| DW | Review and edit claims court brief, call Rosemary Stewart. | | 1.50 | 187.50 |
| 5/24/05 DW | Regarding fairness hearing material. | | 1.40 | 175.00 |
| 5/25/05 DW | Review e-mail between Rosemary and Tom. | | 0.10 | 12.50 |

SUBTOTAL:              Subtotal Excluding Non-Tax Hours     10.10    1,262.50
                                                                    9.40    1,175.00

For professional services rendered                               11.40   $1,425.00
                            Excluding Non-Tax Hours     9.70   $1,212.50



.2 hrs

disallowd

Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR  97205

Invoice submitted to:
Benj. Franklin Plaintiffs

June 30, 2005

In Reference To:   Benj. Franklin Savings & Loan 90-W-6054

Tax Case

Invoice #10241

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **DSW** |  |  |  |  |
| 6/1/05 DSW | Call Dale Weight regarding tax matter. |  | 0.20 | 25.00 |
| DSW | Three shareholder letters. |  | 0.30 | 37.50 |
| DSW | Call Rosemary Stewart regarding | tax matter. | 0.20 | 25.00 |
| 6/14/05 DSW | Call Mr. McIntyre regarding Gary Landes. |  | 0.20 | 25.00 |
| 6/15/05 DSW | Review tax billing records. |  | 1.20 | 150.00 |
| 6/18/05 DSW | Portion of flight regarding review of tax case matters. | ↑½ | 2.00 | 250.00 |
| 6/22/05 DSW | Reports to Green and McIntyre. |  | 0.40 | 50.00 |
| **SUBTOTAL:** |  | [ | 4.80 | 600.00] |
| **DW** | Subtotal Excluding Non-Tax Hours | | 4.50 | 562.50 |
| 6/1/05 DW | Edit fairness hearing material. |  | 0.50 | 62.50 |
| DW | Long report to McIntyre. |  | 0.40 | 50.00 |
| 6/2/05 DW | Calls with Dale Weight. |  | 0.30 | 37.50 |
| DW | Review new e-mails. |  | 0.20 | 25.00 |
| DW | Work on fairness hearing brief and calls with Rosemary. |  | 1.50 | 187.50 |
| DW | Call McIntyre. |  | 0.40 | 50.00 |
| DW | Call Jennifer Painter regarding fairness hearing brief. |  | 0.10 | 12.50 |
| 6/7/05 DW | Call Rosemary Stewart regarding tax case. |  | 0.30 | 37.50 |
| DW | Calls with Dale Weight. |  | 0.20 | 25.00 |

1, 2 hrs
disallowed



Benj. Franklin Plaintiffs                                                    Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/8/05 | DW | Preparation of web site. | 1.20 | 150.00 |
|  | DW | Call with Rosemary Stewart regarding tax case. | 0.20 | 25.00 |
|  | DW | Call with Dale Weight. | 0.20 | 25.00 |
| 6/9/05 | DW | Call with Rosemary Stewart regarding tax case and claims court case. | 0.30 | 37.50 |
|  | DW | Call McIntyre. | 0.10 | 12.50 |
|  | DW | Long memo to Rosemary Stewart regarding FDIC meeting. | 0.50 | 62.50 |
|  | DW | Call Rosemary Stewart regarding tax matter. | 0.20 | 25.00 |
|  | DW | Long message from Dale Weight. | 0.10 | 12.50 |
|  | DW | Review Mitch Moefel's suggestions regarding fairness hearing material. | 0.30 | 37.50 |
|  | DW | Regarding shareholder report, call Rosemary; review her edits, fax to Jennifer Painter. | 0.60 | 75.00 |
| 6/10/05 | DW | Call from bank regarding shareholder. | 0.20 | 25.00 |
|  | DW | Memo to Rosemary regarding fees and editing earlier memo. | 0.30 | 37.50 |
| 6/12/05 | DW | Regarding tax case records and memo to Kathy Kelley. | 2.20 | 275.00 |
| 6/13/05 | DW | Call Rosemary regarding fairness hearing material. | 0.30 | 37.50 |
|  | DW | Confirming Washington DC hotel room and meal. | 0.20 | 25.00 |
|  | DW | Call Dale Weight regarding Senator Smith information. | 0.20 | 25.00 |
|  | DW | Attempt to reach Peter Baker. | 0.10 | 12.50 |
|  | DW | Call with Peter Baker regarding website. | 0.20 | 25.00 |
|  | DW | Regarding fee application, review time records. | 1.30 | 162.50 |
|  | DW | Call Kathy Kelley regarding time records. | 0.30 | 37.50 |
|  | DW | Organizing for DC trip. | 0.30 | 37.50 |
| 6/16/05 | DW | FDIC meeting in Washington DC. | 4.00 | 500.00 |
| 6/17/05 | DW | Conference with Rosemary Stewart, then to FDIC for conference with Gill regarding tax case. | 3.30 | 412.50 |
| 6/23/05 | DW | Prepare for FDIC conference calls; conference call. | 1.50 | 187.50 |
|  | DW | Call with Rosemary Stewart regarding tax case. | 0.40 | 50.00 |
| 6/24/05 | DW | Phone call with Rosemary Stewart regarding tax case. | 0.50 | 62.50 |
|  | DW | Two shareholder letters. | 0.20 | 25.00 |
| 6/26/05 | DW | Call McIntyre regarding Gary Hindes. | 0.10 | 12.50 |
| 6/27/05 | DW | Review FDIC claims process. | 0.20 | 25.00 |
|  | DW | Long memo to Rosemary Stewart regarding taxes. | 1.20 | 150.00 |
|  | DW | Edit client letter. | 0.30 | 37.50 |
|  | DW | Regarding attorney fee application for tax claim. | 1.40 | 175.00 |
| 6/28/05 | DW | Edit letter to Rosemary Stewart. | 0.20 | 25.00 |
|  | DW | Attorney fee petition. | 0.60 | 75.00 |
| 6/29/05 | DW | Regarding fee application. | 0.70 | 87.50 |
| 6/30/05 | DW | Long call with Rosemary Stewart. | 0.70 | 87.50 |
|  | DW | Letter to Dale Weight regarding Senator Smith. | 0.20 | 25.00 |
|  | DW | Conference call with Peter Baker & Don McIntyre. | 1.60 | 200.00 |

SUBTOTAL.                                                        [  31.40    3,925.00]
Subtotal Excluding Non-Tax Hours                                   26.40    3,300.00

For professional services rendered                                 36.20   $4,525.00

Excluding Non-Tax Hours                                            30.90   13,862.50

*(handwritten annotations: "ok" next to "fax to Jennifer Painter", "ok" next to "Call from bank regarding shareholder", "ok" next to "Memo to Rosemary regarding fees")*

7.3 hrs

disallowed



Benj. Franklin Plaintiffs                                                                Page    3

    Additional Charges :

                                                    Amount

    DSW

    6/16/05 Washington DC trip. Visa card expenses.      o\L        190.04
            Taxis.                                                        6.00
            Air faire.                                       235.42
    6/17/05 Taxi.                                             15.00

    SUBTOTAL:                             [   446.46]

    Total costs                               $446.46

    Total amount of this bill                         $4,971.46
                      Total Excluding Non-Tax Hours  $4,308.96