Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

August 10, 2005

In Reference To: Benj. Franklin Savings & Loan 90-W-8054

Tax Case

Invoice # 10242

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| DSW | | | | |
| 7/1/05 | DSW | Call with Rosemary Stewart regarding taxes. | 0.20 | 25.00 |
| 7/12/05 | DSW | Calls with Rosemary Stewart, review Aboussie letter, send to clients. | 0.40 | 50.00 |
| | | | | 12.50 |
| | DSW | Review Rosemary Stewart's edit for letter to Gill, call Jennifer Painter. | 0.30 | 37.50 |
| | DSW | Regarding fee application. | 0.10 | 12.50 |
| | DSW | Leave return message for Julie Tripp. | 0.10 | 12.50 |
| | | SUBTOTAL: | [ 1.20 | 150.00] |
| DW | | | | |
| 7/1/05 | DW | Review and edit application, fax to Jennifer Painter. | 1.10 | 137.50 |
| 7/3/05 | DW | Review Baker proposed website. | 0.10 | 12.50 |
| | DW | Two letters to Rosemary Stewart. | 0.40 | 50.00 |
| | DW | Letter to Gary Hindes. | 0.40 | 50.00 |
| | DW | Letter to Aboussie. | 0.50 | 62.50 |
| | DW | Editing fee application. | 0.80 | 100.00 |
| 7/4/05 | DW | Editing of attorney fee application. | 0.40 | 50.00 |
| | DW | Website, memo to McIntyre. | 1.00 | 125.00 |
| 7/5/05 | DW | Letter to Don McIntyre regarding Mike Thorne. | 0.60 | 75.00 |
| | DW | Trying to locate Ernie Fleischer. | 0.20 | 25.00 |
| | DW | Setting up conference call. ok | 0.20 | 25.00 |
| | DW | Conference call with clients. | 0.60 | 75.00 |
| | DW | E-mail from Rosemary Stewart; calls with McIntyre; attempts to reach Rosemary Stewart; call Swanson-Ffitch; attempts to send e-mail to McIntyre; call Rosemary Stewart. | 1.60 | 200.00 |

ok

.2 hrs disallowed

3,8 hr

3.8 hrs disallowed

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 7/6/05 | DW | Edit letter to Gary Hindes, website, Gill letter. | 0.50 | 62.50 |
| | DW | Calls with tax group. | 0.50 | 62.50 |
| | DW | Message from Dale Weight. | 0.10 | 12.50 |
| | DW | Call with Gill. | 0.50 | 62.50 |
| | DW | Call with Hank. | 0.50 | 62.50 |
| | DW | Calls with Rosemary Stewart. | 0.80 | 100.00 |
| | DW | Editing letters and website. | 0.10 | 12.50 |
| | DW | Call Rosemary Stewart. | 0.20 | 25.00 |
| | DW | Call clients. | 0.40 | 50.00 |
| 7/7/05 | DW | Call from shareholder. | 0.20 | 25.00 |
| | DW | Review draft of website. | 0.10 | 12.50 |
| | DW | Second draft of letter to Gill. | 0.60 | 75.00 |
| | DW | Call with Dale Weight. | 0.20 | 25.00 |
| | DW | Review e-mail from Buchanan; memo to Rosemary Stewart. | 0.50 | 62.50 |
| 7/8/05 | DW | Call Sarah regarding fee application research. | 0.10 | 12.50 |
| | DW | Preparation of second draft Gill letter. | 0.40 | 50.00 |
| | DW | Call with Rosemary Stewart's assistant regarding e-mail and faxes. | 0.10 | 12.50 |
| | DW | Calls with Rosemary Stewart regarding draft of Gill letter. | 0.40 | 50.00 |
| | DW | Preparation of second draft of Gill letter. | 0.40 | 50.00 |
| | DW | Long message from Dale Weight. | 0.10 | 12.50 |
| | DW | Call with Ed Sisson regarding reasonable fees. | 0.20 | 25.00 |
| | [illegible] | [illegible] | [illegible] | 12.50 |
| 7/13/05 | DW | Review Sarah Drescher memo regarding attorney fees. | 0.20 | 25.00 |
| 7/14/05 | DW | Call with Sarah Drescher regarding research. | 0.20 | 25.00 |
| | DW | Call Jerry Young. | 0.10 | 12.50 |
| | DW | Review incoming e-mails. | 0.50 | 62.50 |
| 7/15/05 | DW | Call Kathy Kelley regarding time records. | 0.10 | 12.50 |
| | DW | Regarding fee application. | 0.50 | 62.50 |
| | DW | Long call with McIntyre. | 0.40 | 50.00 |
| | DW | Call Randi Cohn regarding tax case. | 0.10 | 12.50 |
| | DW | Call Tom Buchanan regarding tax case. | 0.90 | 112.50 |
| | DW | Call Rosemary Stewart regarding tax case. | 0.50 | 62.50 |
| 7/16/05 | DW | Memo to Kathy Kelley. | 0.20 | 25.00 |
| | DW | Review attorney fee costs. | 0.30 | 37.50 |
| 7/18/05 | DW | Call with Aboussie, Gill, Rosemary Stewart, and Don Willner. | 0.60 | 75.00 |
| | DW | Call with Glenn Glinsman. | 0.40 | 50.00 |
| | DW | Call Rosemary Stewart. | 0.40 | 50.00 |
| | DW | Call Sarah Drescher regarding research. | 0.10 | 12.50 |
| | DW | Call with Rosemary Stewart. | 0.20 | 25.00 |
| | DW | Call with Jerry Young's office. | 0.70 | 87.50 |
| 7/19/05 | DW | Addition to attorney time computation, fax to Jennie Painter. | 0.50 | 62.50 |
| | DW | Review law case. | 0.30 | 37.50 |
| | DW | Work on attorney fee application. | 1.80 | 225.00 |
| | DW | Stouck and Stewart letter. | 0.10 | 12.50 |
| 7/20/05 | DW | Call with Ernie Kirk. | 0.30 | 37.50 |
| | DW | Call McIntyre. | 0.20 | 25.00 |
| | DW | Review memo regarding interest. | 0.20 | 25.00 |
| | DW | Call with Kirk Fleischer. | 0.30 | 37.50 |
| | DW | Calls with Rosemary Stewart. | 0.40 | 50.00 |

2.7 hrs

disallowed




| Date | | Description | | Hours | Amount |
|---|---|---|---|---|---|
| 7/20/05 | DW | Edit memo on work not specifically referred to in time records. | | 0.30 | 37.50 |
| | DW | Fax time records to Portland. | | 0.20 | 25.00 |
| | DW | Regarding fee application, take to Jennie Painter. | | 0.80 | 100.00 |
| | DW | Calls with Fleischer's wife, assistant and Fleischer. | | 0.40 | 50.00 |
| | DW | Review Kathy Kelley's tabulations. Calls with Kathy and Alison. | | 1.00 | 125.00 |
| 7/21/05 | DW | Review second draft of interest payment memo and leave message for Rosemary Stewart. | | 0.40 | 50.00 |
| | DW | Letter to Aboussie. | | 1.00 | 125.00 |
| | DW | Review Rosemary Stewart's memo; calls with Rosemary Stewart, Gill, Baker, and Green; attempt to reach Sherry; message to Jennifer Painter to set up conference call. | .1 hr disallowed | 1.20 | 150.00 |
| | DW | Arranging conference call. ok | | 0.50 | 62.50 |
| | DW | Review records and phone call with Randi Cohn. | | 0.30 | 37.50 |
| 7/22/05 | DW | Second conference call, call to Gill. | | 0.40 | 50.00 |
| | DW | Review settlement letter from Gill, attempt to reach Gill. | .1 | 0.20 | 25.00 |
| | DW | Call with Mel Garbow. | | 0.30 | 37.50 |
| | DW | Assembling fee and expense data. | | 0.40 | 50.00 |
| | DW | Attempt to reach Mel Garbow. | | 0.10 | 12.50 |
| | DW | Attempted conference call regarding tax settlement, follow up calls and updates. | .25 disallowed | 0.50 | 62.50 |
| | DW | Attempt to reach Sisson or assistant. | | 0.10 | 12.50 |
| | DW | Reading, re-editing fee application. | | 0.40 | 50.00 |
| | DW | Call with Rosemary Stewart. | | 0.30 | 37.50 |
| | DW | Conference call. | | 0.40 | 50.00 |
| | DW | Review time attachments, long memo to Kathy Kelley. | | 1.00 | 125.00 |
| 7/24/05 | DW | Letter to Rosemary Stewart regarding pending tax matters. | | 0.70 | 87.50 |
| | DW | Regarding fee petition. | | 0.60 | 75.00 |
| 7/28/05 | DW | Memo regarding calls with Rosemary Stewart. | | 0.20 | 25.00 |
| | DW | Research memo regarding Dresher. | | 0.20 | 25.00 |
| ok 7/29/05 | DW | Review e-mail from Glinsmann. Long response to Glinsmann, fax to Jennifer Painter. | ok | 1.50 | 187.50 |
| | | SUBTOTAL: | | [ 38.80 | 4,850.00] |
| | | For professional services rendered Total Excluding Non-Tax Hours | 39.80 | 40.00 | $5,000.00 |
| | | Previous balance | | | $4,348.56 |
| 7/26/05 | | Payment from account to Don S. Willner & Assoc. | | | ($6,500.00) |
| | | Total payments and adjustments | | | ($6,500.00) |
| | | Balance due | | | $2,848.56 |

6.25 hrs disallowed

Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

September 05, 2005

In Reference To: Benj. Franklin Savings & Loan 90-W-6054

Tax Case

Invoice # 10251

Professional Services

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | **DSW** | | |
| 7/25/05 | DSW | Call Leo Sherry. | 0.20 | 25.00 |
| | DSW | Attempt to reach Leo Sherry. | 0.10 | 12.50 |
| | DSW | Edit attorney fee application. | 0.80 | 100.00 |
| 7/26/05 | DSW | To post office. | 0.20 | 25.00 |
| | DSW | Regarding website. | 1.00 | 125.00 |
| | DSW | Call Rosemary Stewart and Jennifer Painter. | 0.70 | 87.50 |
| | DSW | Review Fleischer fees, fax Cohn and Fleischer to Rosemary Stewart. | 0.30 | 37.50 |
| 7/27/05 | DSW | Phone call with Rosemary Stewart regarding tax case and website; fax corrected copy to Jennifer Painter. | 0.50 | 62.50 |
| | DSW | Call with Baker. | 0.20 | 25.00 |
| -3 | DSW | Editing website; call Rosemary Stewart. .3 | 0.60 | 75.00 |
| 8/30/05 | DSW | Call with Kathy Kelley. | 0.10 | 12.50 |
| | DSW | Conference with clients. | 5.50 | 687.50 |
| 8/31/05 | DSW | Regarding fee application. | 0.70 | 87.50 |
| | | SUBTOTAL: | [ 10.90 | 1,362.50] |
| | | **DW** | | |
| 8/1/05 | DW | Fax documents to Rosemary Stewart. | 0.10 | 12.50 |
| | DW | Letter to Jerry Young. | 1.00 | 125.00 |
| 8/3/05 | DW | Letter to Rosemary Stewart. | 1.50 | 187.50 |
| 8/6/05 | DW | Letter to Rosemary. | 0.30 | 37.50 |
| | DW | Letter to Jerry Young. | 0.50 | 62.50 |
| | DW | Editing fee application. | 1.70 | 212.50 |
| 8/7/05 | DW | Arranging fax to Rosemary Stewart and Jerry Young. OK | 0.10 | 12.50 |

Disallow
5.2




Benj. Franklin Plaintiffs

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 8/9/05 | DW | Review of Rosemary Stewart's memo regarding attorney's fees. | 0.40 | 50.00 |
| 8/10/05 | DW | Call with Sarah Dresher regarding research. | 0.20 | 25.00 |
| | DW | Attempt to reach Melvin Garbow. | 0.10 | 12.50 |
| | DW | Editing letter to Rosemary Stewart; faxing to Jennifer Painter. | 1.10 | 137.50 |
| | DW | Letter to David Markowitz. | 1.00 | 125.00 |
| 8/12/05 | DW | Prepare for phone call with Jerry Young and Rosemary Stewart; letter scheduling telephone conference. | 1.50 | 187.50 |
| | DW | Fax to Jerry Young. | 0.20 | 25.00 |
| 8/13/05 | DW | Letter to clients regarding fee application. | 0.50 | 62.50 |
| | DW | Editing fee application. | 0.50 | 62.50 |
| | DW | Letter to Melvin Garbow regarding fee application. | 1.00 | 125.00 |
| 8/14/05 | DW | Editing fee application. | 2.50 | 312.50 |
| 8/15/05 | DW | Edit Garbow, Markowitz, and client letters; memo to Jennifer Painter; fax. | 1.00 | 125.00 |
| | DW | Two calls with Sarah Dresher regarding research. | 0.20 | 25.00 |
| | DW | Calls regarding obtaining final drafts from Trout Lake office. | 0.20 | 25.00 |
| 8/16/05 | DW | Edit letters to Markowitz, Garbow, and clients; review of legal memoranda and adding legal arguments to fee application. | 2.80 | 350.00 |
| 8/17/05 | DW | Regarding Glinsmann of FDIC letter regarding distribution. | 1.20 | 150.00 |
| | DW | Letter to Rosemary Stewart. | 0.30 | 37.50 |
| 8/19/05 | DW | Review court case. | 0.80 | 100.00 |
| | DW | Call with Melvin Garbow. | 0.20 | 25.00 |
| 8/20/05 | DW | Legal research and attorney fee application editing. | 1.50 | 187.50 |
| 8/21/05 | DW | Letters to Fletcher, Rosemary Stewart, Melvin Garbow; legal research and including results in fee pplication. | 4.00 | 500.00 |
| 8/22/05 | DW | Printing 5th draft of fee petition. | 0.10 | 12.50 |
| | DW | Fax time records to Kathy Kelley. | 0.10 | 12.50 |
| | DW | Call with Markowitz's assistant. | 0.20 | 25.00 |
| | DW | Message for Paul Fish. | 0.10 | 12.50 |
| | DW | Long call with Kelby Fletcher regarding attorney fees; memo to Jennifer Painter. | 0.40 | 50.00 |
| | DW | Long call with Richard Gill regarding distribution and Glinsmann. | 0.40 | 50.00 |
| | DW | Review letters to Melvin Garbow and Rosemary Stewart; call Jennifer Painter regarding sending letters. | 0.20 | 25.00 |
| | DW | Leave message for Cohn. | 0.10 | 12.50 |
| | DW | Call Kathy Kelley regarding accounting. | 0.10 | 12.50 |
| 8/23/05 | DW | Call Markowitz. | 0.30 | 37.50 |
| | DW | Looking for expert affiants. | 0.90 | 112.50 |
| | DW | Call Kathy Kelley. | 0.10 | 12.50 |
| | DW | Review Kelby's suggestions for fee petition. | 0.80 | 100.00 |
| | DW | Leave message for Melvin Garbow. | 0.10 | 12.50 |
| 8/24/05 | DW | Message from Mitch Berger; call with Chuck Cooper. | 0.50 | 62.50 |
| | DW | Message for Kathy Kelley regarding back up materials. | 0.10 | 12.50 |
| | DW | Review expense totals, call with Kathy Kelley. | 0.20 | 25.00 |
| | DW | Edit declarations. | 0.40 | 50.00 |
| | DW | Phone call with and memo to John Millian. | 0.50 | 62.50 |
| | DW | Editing and faxing affidavits. | 0.30 | 37.50 |
| | DW | Letter to Chuck Cooper. | 0.40 | 50.00 |
| | DW | Call with Melvin Garbow. | 0.30 | 37.50 |
| 8/25/05 | DW | Edit Rosemary Stewart's proof of claims; memo to Rosemary Stewart. | 0.50 | 62.50 |

20.8 hrs




Benj. Franklin Plaintiffs

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 8/25/05 | DW | Call with McIntyre. — OK | 0.40 | 50.00 |
| | DW | Edit fee petition. | 0.80 | 100.00 |
| | DW | Review Sherry fax. OK | 0.10 | 12.50 |
| | DW | Review Markowitz declaration. | 0.10 | 12.50 |
| | DW | Call Kathy Kelley regarding data. | 0.10 | 12.50 |
| 8/26/05 | DW | Calls with McIntyre and Baker; fax to both. | 0.80 | 100.00 |
| 8/28/05 | DW | Long letter to clients regarding pending matters. | 2.50 | 312.50 |
| 8/29/05 | DW | Delivering material to Jennifer Painter. | 0.40 | 50.00 |
| | DW | Letter to Cooper. | 0.20 | 25.00 |
| | DW | Regarding fee petition. | 0.20 | 25.00 |
| | DW | Conference with Jennifer Painter regarding packet for Gill. OK | 0.20 | 25.00 |
| | DW | Attempt to reach Kathy Kelley regarding material. | 0.20 | 25.00 |
| | DW | Call to Cooper's office. | 0.10 | 12.50 |
| | DW | Call to Melvin Garbow. | 0.10 | 12.50 |
| | DW | Call Jennifer Painter, final edit about letter to client. | 0.30 | 37.50 |
| | DW | Call Melvin Garbow's office. | 0.10 | 12.50 |
| | DW | Review Millian declaration. | 0.10 | 12.50 |
| | DW | Review Rosemary Stewart's memo. | 0.10 | 12.50 |
| | | SUBTOTAL: | [ 40.30 | 5,037.50] |
| | | For professional services rendered | 51.20 | $6,400.00 |

Additional Charges :

DSW

| Date | Description | Amount |
|---|---|---|
| 5/14/05 | Hotel & Airfare on May Visa. | 335.96 |
| | SUBTOTAL: | [ 335.96] |
| | Total costs | $335.96 |
| | Total amount of this bill | $6,735.96 |
| | Previous balance | $2,848.56 |
| | Balance due | $9,584.52 |

2 hrs




Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

November 04, 2005

In Reference To: Benj. Franklin Savings & Loan 90-W-6054

Tax Case

Invoice # 10254

Professional Services

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | DSW | | | |
| 9/7/05 | DSW | Phone call with Rosemary Stewart. | 0.30 | 37.50 |
| | DSW | Call Don McIntyre. | 0.10 | 12.50 |
| | DSW | Call with Jerry Stouck. | 0.30 | 37.50 |
| | DSW | Attempts to reach Rosemary Stewart and Richard Gill. | 0.10 | 12.50 |
| 9/19/05 | DSW | Call Don McIntyre. | 0.10 | 12.50 |
| | DSW | Call Richard Gill. | 0.20 | 25.00 |
| 9/20/05 | DSW | Two calls to Mike Thorne. | 0.20 | 25.00 |
| 10/5/05 | DSW | Review incoming shareholder mail. | 0.10 | 12.50 |
| 10/6/05 | DSW | Long message to Rosemary Stewart. | 0.10 | 12.50 |
| | DSW | Letter to clients. | 0.30 | 37.50 |
| | | SUBTOTAL: | 2.90 | 362.50 |
| | DW | | | |
| 9/1/05 | DW | Organizing files. | 0.30 | 37.50 |
| | DW | Thank you letters. | 0.20 | 25.00 |
| 9/5/05 | DW | Letter to Aboussie and Gill. | 0.50 | 62.50 |
| 9/8/05 | DW | Call with Rosemary Stewart. | 0.30 | 37.50 |
| | DW | Call with Darmstadter. | 0.70 | 87.50 |
| | DW | Call with Dale Weight. | 0.20 | 25.00 |
| | DW | Call with Don McIntyre. | 0.20 | 25.00 |
| | DW | Call with Mike Thorne. | 0.40 | 50.00 |
| | DW | Call with shareholder attorney. | 0.20 | 25.00 |

NO.434 P.2/3

Benj. Franklin Plaintiffs Page 2

| Date | | | Hours | Amount |
|---|---|---|---|---|
| 9/8/05 | DW | Leave message for Richard Gill. | 0.10 | 12.50 |
| 9/9/05 | DW | Conference with Kelby regarding fee petition. | 0.40 | 50.00 |
| 9/13/05 | DW | Call Don McIntyre. | 0.10 | 12.50 |
| | DW | Call Richard Gill. | 0.30 | 37.50 |
| 9/14/05 | DW | Review letter to Gill. | 0.10 | 12.50 |
| | DW | Call Markowitz's office regarding meeting. | 0.10 | 12.50 |
| | DW | Call with Rosemary Stewart and Richard Gill, letter to Gill. | 0.70 | 87.50 |
| | DW | Review Glinsmann letter, fax to Jerry Young with cover note. | 0.10 | 12.50 |
| 9/15/05 | DW | Airplane and hotel reservations for September 25th trip. | 0.40 | 50.00 |
| 9/16/05 | DW | Letter to Markowitz. | 0.20 | 25.00 |
| | DW | Regarding website. | 0.40 | 50.00 |
| | DW | Letter to Richard Gill. | 0.30 | 37.50 |
| 9/20/05 | DW | Letter to Rosemary Stewart. | 0.30 | 37.50 |
| 9/21/05 | DW | Call Jerry Young regarding form of document that goes to FDIC. | 0.20 | 25.00 |
| | DW | Call Kathy Kelley regarding fee application. | 0.20 | 25.00 |
| 9/23/05 | DW | Letter to Abousaie. | 0.10 | 12.50 |
| | DW | Call Rosemary Stewart. | 0.20 | 25.00 |
| | DW | Edit District of Oregon report. | 0.10 | 12.50 |
| | DW | Edit and sign supplemental fee petition. | 0.10 | 12.50 |
| | DW | Call Richard Gill regarding District of Oregon report. | 0.20 | 25.00 |
| 9/28/05 | DW | Richard Gill conference. | 1.50 | 187.50 |
| | DW | To Stewart office for conference. | 1.30 | 162.50 |
| 9/29/05 | DW | Long report letter to clients and call with Jerry Young's office. | 0.50 | 62.50 |
| | DW | Attempt to reach Timchuck (Senator Smith's office). | 0.10 | 12.50 |
| | DW | Letter to Richard Gill. | 0.20 | 25.00 |
| 10/3/05 | | | | |
| | DW | Left messages for Rosemary Stewart and Jerry Young regarding claims court case. | 0.20 | 25.00 |
| 10/4/05 | DW | Call McIntyre. | 0.20 | 25.00 |
| 10/20/05 | DW | Review memo from Jennifer Painter. | 0.10 | 12.50 |
| 10/21/05 | DW | Regarding website and e-mail to office. | 0.80 | 100.00 |
| | DW | Letter to clients and e-mail to office. | 0.70 | 87.50 |
| 10/30/05 | DW | Review Gill letter, fax to Ernie Fleischer. | 0.20 | 25.00 |
| 10/31/05 | DW | Call Ernie Fleischer regarding breakdown of bill. | 0.30 | 37.50 |
| | | SUBTOTAL: | [ 14.30 | 1,787.50] |
| | | For professional services rendered Total excluding Non-Tax Hours 15.50 | ~~17.20~~ | ~~$2,150.00~~ |

Additional Charges :

DSW

| Date | | Amount |
|---|---|---|
| 9/28/05 | Taxi. | 14.00 |
| 9/30/05 | September 26-28, Washington DC | 284.80 |
| | Meals September 26-28 Washington DC | 146.63 |
| | Hotel. September 26-28 Washington DC | 402.70 |