Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

December 09, 2005

In Reference To:  Benj. Franklin Savings & Loan 90-W-6054
                  Tax Case

Invoice #10256

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **DSW** | | | | |
| 11/8/05 | DSW | Edit letter to clients, fax to Jennifer, review final draft. | 0.60 | 75.00 |
| 11/14/05 | DSW | Call Rosemary Stewart. | 0.30 | 37.50 |
| | DSW | Long call from shareholder. | 0.20 | 25.00 |
| | DSW | Call with Ernie Fleischer. | 0.20 | 25.00 |
| | DSW | Call with Kathy Kelley. | 0.20 | 25.00 |
| | DSW | Review fairness hearing motion, call Rosemary Stewart. | 0.30 | 37.50 |
| 11/15/05 | DSW | Two calls with Hank Damstadter. | 0.40 | 50.00 |
| 11/16/05 | DSW | Call Rosemary Stewart. | 0.30 | 37.50 |
| | DSW | Regarding fee petition, conference with Kathy Kelley. | 0.40 | 50.00 |
| | DSW | Preparation of website, edit website. | 0.80 | 100.00 |
| | DSW | Calls with Damstadter, review Attorney General Letter. | 0.40 | 50.00 |
| | DSW | Call Don McIntyre, Dale Weight, and Peter Baker. | 0.60 | 75.00 |
| | DSW | Preparation of press release notice to media, list of calls for Alison Geist, call Jennifer Painter. | 0.80 | 100.00 |
| 11/17/05 | DSW | Call with Rosemary Stewart, memos to Jennifer Painter, letter to Glenn Glinsman, call to Jennifer Painter conference with Don McIntyre, press conference regarding settlement. | 2.50 | 312.50 |
| 11/28/05 | DSW | Review material from Rosemarie. | 0.10 | 12.50 |
| | DSW | Review incoming mail. ok | 0.30 | 37.50 |
| | DSW | Review message from Fleischer. | 0.10 | 12.50 |
| | DSW | Call from shareholder. | 0.10 | 12.50 |
| 11/29/05 | DSW | Letter to Ernie. | 0.80 | 100.00 |
| | DSW | Review notice to shareholders. | 0.60 | 75.00 |
| | DSW | Call with Rosemary Stewart. | 0.30 | 37.50 |
| | DSW | Review incoming mail. | 0.20 | 25.00 |
| | SUBTOTAL: | | [ 10.50 | 1,312.50] |





Benj. Franklin Plaintiffs

Page 2

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| | DW | | | | |
| 11/2/05 | DW | Long calls with shareholder. | | 0.20 | 25.00 |
| 11/4/05 | DW | Long memo to clients. | | 0.80 | 100.00 |
| | DW | Call with Darnstadter. | | 0.30 | 37.50 |
| | DW | Calls with Rosemary Stewart regarding tax case. | | 0.20 | 25.00 |
| | DW | Letter to Gill with enclosure. | | 0.20 | 25.00 |
| 11/5/05 | DW | Letters to Fleischer, Nolsen, Henzinger and Zell. | | 0.90 | 112.50 |
| | DW | Phone call with Charlie Zell. | | 0.20 | 25.00 |
| 11/8/05 | DW | Leave message for Gill. | | 0.10 | 12.50 |
| | DW | Leave message for Rosemary Stewart. | ok | 0.10 | 12.50 |
| | DW | Call from Darnstadter. | | 0.40 | 50.00 |
| | DW | Call Don McIntyre. | | 0.20 | 25.00 |
| 11/11/05 | DW | Regarding September and October supplemental proof of claim. | | 0.30 | 37.50 |
| 11/13/05 | DW | Memo to Jennifer Painter regarding supplemental fee petition. | | 0.40 | 50.00 |
| 11/18/05 | DW | Review Oregonian article. | | 0.10 | 12.50 |
| | DW | Letter to Gill and Aboussie. ok | | 0.20 | 25.00 |
| | DW | Conference with Jennifer Painter. | | 0.20 | 25.00 |
| | DW | Call from Dale Weight. | | 0.20 | 25.00 |
| | DW | Edit letter to Gill and Aboussie, re-edit and send. ok | | 0.40 | 50.00 |
| 11/19/05 | DW | Call with Fleischer. | | 0.10 | 12.50 |
| 11/21/05 | DW | Letter to Gill. | | 0.20 | 25.00 |
| | DW | Letter to Jerry Stouck. | | 0.10 | 12.50 |
| | DW | Review message from Gill. | | 0.10 | 12.50 |
| | DW | Call Stouck. | | 0.40 | 50.00 |
| | DW | Call Rosemary Stewart. | | 0.30 | 37.50 |
| | DW | Call Fleischer. | | 0.10 | 12.50 |
| 11/22/05 | DW | Call from Jerry Young regarding distribution procedures. | | 0.20 | 25.00 |
| | DW | Review Stouck letter. | | 0.10 | 12.50 |
| | DW | Call from shareholder. | | 0.20 | 25.00 |
| | DW | Review and edit fairness hearing motion. | | 1.10 | 137.50 |
| 11/23/05 | DW | Review shareholder letters. | | 0.10 | 12.50 |
| 11/25/05 | DW | Letter to Jerry Young. | | 0.20 | 25.00 |
| | DW | Letter to four shareholders. | | 0.50 | 62.50 |
| 11/27/05 | DW | Fax letter to Fleischer. | | 0.20 | 25.00 |
| 11/30/05 | DW | Reviewing incoming mail. | | 0.40 | 50.00 |
| | DW | Call with Jerry Young regarding database. | | 0.20 | 25.00 |
| | DW | Call with Don McIntyre regarding pending matters. | | 0.30 | 37.50 |
| | DW | Letter to Don McIntyre with lengthy enclosure. | | 1.70 | 212.50 |
| | SUBTOTAL: | | | [ 11.90 | 1,487.50] |

For professional services rendered          22.40   $2,800.00

Additional Charges :

DSW

| 11/30/05 | Maintenance of shareholder data base through November 30, 2005 by Jerry Young CPA. | 3,206.63 |
|---|---|---|
| | SUBTOTAL: | [ 3,206.63] |

2-8

Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

January 12, 2006

In Reference To:  Benj. Franklin Savings & Loan 90-W-6054
                  Tax Case

Invoice # 10260

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **DSW** | | | | |
| 12/22/05 | DSW | Call with Jerry Young regarding computation of interest on payment. | 0.30 | 37.50 |
|  | DSW | Call Richard Gill. | 0.30 | 37.50 |
|  | DSW | Call with Rosemary Stewart regarding interest on contributions. | 0.30 | 37.50 |
| SUBTOTAL: | | | [ 0.90 | 112.50 ] |
| **DW** | | | | |
| 12/1/05 | DW | Review McIntyre letter. | 0.10 | 12.50 |
|  | DW | Call Jennifer Painter. oh | 0.10 | 12.50 |
|  | DW | Message for Don McIntyre. | 0.10 | 12.50 |
|  | DW | Message from Rosemary Stewart. | 0.10 | 12.50 |
|  | DW | Call Rosemary Stewart. | 0.30 | 37.50 |
|  | DW | Final review of Don McIntyre material; call Jennifer Painter. | 0.20 | 25.00 |
|  | DW | Review of second draft of court motion; call Rosemary Stewart. | 0.70 | 87.50 |
|  | DW | Attempt to reach Darnstadter. | 0.10 | 12.50 |
|  | DW | Call with McIntyre. | 0.30 | 37.50 |
| 12/2/05 | DW | Call with Rosemary Stewart. | 0.30 | 37.50 |
|  | DW | Call Rosemary Stewart. | 0.30 | 37.50 |
|  | DW | Call with Jennifer Painter. | 0.10 | 12.50 |
|  | DW | Review shareholder notice. | 0.50 | 62.50 |
|  | DW | Conference with Jennifer Painter regarding pending matters. | 0.10 | 12.50 |
|  | DW | Attempt to reach Darnstadter. | 0.10 | 12.50 |
|  | DW | Two calls with McIntyre; edit letter. | 0.50 | 62.50 |
|  | DW | Call with Darnstadter. | 0.50 | 62.50 |
| 12/3/05 | DW | Letter to Richard Gill. | 0.20 | 25.00 |



1.4 hrs

Benj. Franklin Plaintiffs

Page 2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 12/4/05 | DW | Letters to Rosemary Stewart, Don McIntyre, Richard Gill, enclosing Fleischer letters to Jerry Young, Kathy Kelley. | 1.20 | 150.00 |
| 12/5/05 | DW | Two calls with McIntyre. | 0.30 | 37.50 |
| | DW | Review Ernie Fleischer's time records, call with Jennifer Painter, letter to Ernie; edit letter to Gill. | 0.60 | 75.00 |
| 12/7/05 | DW | Call from shareholder. | 0.10 | 12.50 |
| | DW | Review Jerry Young letter and computations. | 0.10 | 12.50 |
| | DW | Letter to Phil Goldsmith. | 0.10 | 12.50 |
| 12/8/05 | DW | Attempt to reach Darnstadter. | 0.10 | 12.50 |
| | DW | Call Jerry Stouck. | 0.30 | 37.50 |
| 12/9/05 | DW | Preparation of website. | 1.00 | 125.00 |
| | DW | Call with Rosemary Stewart. | 0.20 | 25.00 |
| | DW | Call with Darnstadter. | 0.70 | 87.50 |
| | DW | Call Kathy Kelley regarding third supp. fee petition. | 0.20 | 25.00 |
| | DW | Call Richard Gill. | 0.50 | 62.50 |
| | DW | Review Kathy Kelley material, call Kathy Kelley. | 0.10 | 12.50 |
| | DW | Edit website. | 0.30 | 37.50 |
| 12/12/05 | DW | Call Mike Thorne. | 0.20 | 25.00 |
| | DW | Call Don Molen. | 0.10 | 12.50 |
| | DW | To Jennifer Painter's to review website, sign letter to Richard Gill. | 0.60 | 75.00 |
| | DW | Review FDIC claims procedure. | 0.30 | 37.50 |
| | DW | Call with Jennifer Painter, long message for Rosemary Stewart. | 0.10 | 12.50 |
| | DW | Long call from Richard Gill. | 0.50 | 62.50 |
| | DW | Memo to Kathy Kelley and Jennifer Painter. | 0.10 | 12.50 |
| | DW | Edit third supplemental petition; call with Kathy Kelley. | 0.60 | 75.00 |
| | DW | Call with Fleischer. | 0.10 | 12.50 |
| 12/14/05 | DW | Preparation of summary of fee petitions. | 1.70 | 212.50 |
| | DW | Two calls with Ernie Fleischer. | 0.30 | 37.50 |
| | DW | Call with Rosemary Stewart. | 0.30 | 37.50 |
| | DW | Fax letter to Fleischer. | 0.20 | 25.00 |
| 12/15/05 | DW | Call Fleischer, edit summary claim, review and sign summary claim. | 0.90 | 112.50 |
| | DW | Calls with Jennifer Painter. | 0.10 | 12.50 |
| 12/23/05 | DW | Letter to shareholder. | 0.10 | 12.50 |
| 12/27/05 | DW | Call with Jerry Young regarding shareholder contributions. | 0.30 | 37.50 |
| | DW | Review shareholder letters. | 0.10 | 12.50 |
| 12/28/05 | DW | Reviewing newspaper notice. | 0.30 | 37.50 |
| | DW | Calls to Jerry Young, preparation of draft letter. | 0.70 | 87.50 |
| | DW | Review Suess letter, calls to McIntyre, Green, Fleischer, preparation of draft letter response, arranging conference call. | 2.60 | 325.00 |
| | DW | Calls with Thelma Anderson. | 0.30 | 37.50 |
| | DW | Call Dale Weight. | 0.10 | 12.50 |
| 12/29/05 | DW | Calls with Kelby Fletcher regarding letter to shareholders. | 0.60 | 75.00 |
| | DW | Review long letter sent by Richard Gill. | 0.30 | 37.50 |
| | DW | Call Jennifer Painter regarding letterson to clerk. | 0.20 | 25.00 |
| | DW | Call with Rosemary Stewart regarding proposed newspaper ad for shareholders. | 0.20 | 25.00 |
| | DW | Review letter to Jerry Young, message for Renner. | 0.10 | 12.50 |
| | DW | Conference call with clients. | 0.80 | 100.00 |
| | DW | Two shareholder letters. | 0.20 | 25.00 |



11.1 hours

11.1 hrs.



Benj. Franklin Plaintiffs                                                                                                   Page    3

|          |     |                                                                                                   | Hours | Amount    |
|----------|-----|---------------------------------------------------------------------------------------------------|-------|-----------|
| 12/29/05 | DW  | Preparation of draft newspaper notice to shareholders, letter to Rosemary Stewart.                | 1.00  | 125.00    |
|          | DW  | Edit and send letter to Jerry Young.                                                              | 0.30  | 37.50     |
|          | DW  | Edit proposed client letter and fax to Jennifer Painter.                                          | 0.80  | 100.00    |
|          | DW  | Letter to Jennifer Painter.                                                                       | 0.10  | 12.50     |
| 12/30/05 | DW  | Prepare long memo concerning Suess filing letter to Richard Gill.                                 | 1.20  | 150.00    |
|          | DW  | Call with Peter Baker.                                                                            | 0.20  | 25.00     |
|          | DW  | Review of proposed inclusion in website.                                                          | 0.10  | 12.50     |
|          | DW  | Preparation of letter to Richard Gill regarding Glinsman and other needed preparation work.       | 0.80  | 100.00    |
| 12/31/05 | DW  | Work on website; calls with Baker regarding editing.                                              | 1.70  | 212.50    |
|          |     | SUBTOTAL:                                                                                         | 29.60 | 3,700.00] |

For professional services rendered                                      30.50    $3,812.50

Previous balance                                                                 $17,153.32

12/14/05 Payment from account to Don S. Willner & Assoc.                          ($400.00)
12/28/05 Payment from account to Don S. Willner & Associates                      ($450.00)

Total payments and adjustments                                                    ($850.00)

Balance due                                                                      $20,115.82



Disallow
2.9 hrs

Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

February 20, 2006

In Reference To: Benj. Franklin Savings & Loan 90-W-6054
Tax Case

Invoice #10252

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **DSW** | | | | |
| 1/3/06 | DSW | Edit letter to Gill. | 0.60 | 75.00 |
| 1/16/06 | DSW | Call to Peter Baker regarding strategy for future court case. | 0.50 | 62.50 |
| | DSW | Call Jerry Young regarding data transmission. | 0.10 | 12.50 |
| | ✓DSW | Attempts to return call of Attorney Casteel. | 0.10 | 12.50 |
| | SUBTOTAL: | | [ 1.30 | 162.50] |
| **DW** | | | | |
| 1/1/06 | DW | Regarding website and Suess letter, call Baker. | 1.00 | 125.00 |
| ✓1/2/06 | DW | Edit response to Suess letter. | 1.10 | 137.50 |
| 1/4/06 | DW | Call with shareholder Woody Mapes. | 0.20 | 25.00 |
| | DW | Review Rosemary Stewart's memo regarding interest. | 0.10 | 12.50 |
| 1/5/05 | DW | Call Jerry Young regarding data. | 0.10 | 12.50 |
| | DW | Call shareholder Dr. Christopher. | 0.20 | 25.00 |
| | DW | Call Baker regarding tax case. | 0.20 | 25.00 |
| 1/6/06 | DW | Review final draft of motion and notice to shareholders, review notice to shareholders; leave message for Rosemary Stewart and Richard Gill. | 0.80 | 100.00 |
| | DW | Call from shareholder Johnson. | 0.20 | 25.00 |
| 1/9/06 | DW | Memo to Jennifer Painter. | 0.10 | 12.50 |
| | DW | Two calls with Rosemary Stewart, send fax. | 0.40 | 50.00 |

*PW*
*3.3 hrs*




Benj. Franklin Plaintiffs

Page 2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 1/10/06 | DW | Call with Rosemary Stewart, review motion amendment. | 0.40 | 50.00 |
| 1/11/06 | DW | Review Rosemary Stewart material. | 0.20 | 25.00 |
| | DW | Shareholder call. | 0.10 | 12.50 |
| 1/12/06 | DW | Call with shareholder Nick Snyder. | 0.40 | 50.00 |
| | DW | Attempt to reach Rosemary Stewart, call Carol regarding FDIC Board action. | 0.10 | 12.50 |
| | DW | Call Dale Weight. | 0.30 | 37.50 |
| 1/13/06 | DW | Two calls to Rosemary Stewart. | 0.40 | 50.00 |
| 1/14/06 | DW | Preparation of website. | 0.50 | 62.50 |
| 1/17/06 | DW | Call with shareholder attorney. | 0.20 | 25.00 |
| | DW | Regarding e-mail from Rosemary Stewart. | 0.10 | 12.50 |
| 1/18/06 | DW | Review final court documents, call Kelby, call Rosemary Stewart, call Richard Gill. | 1.00 | 125.00 |
| 1/19/06 | DW | Leave message for Rosemary Stewart. | 0.10 | 12.50 |
| | DW | Calls to Jerry Young regarding shareholder list. | 0.50 | 62.50 |
| 1/20/06 | DW | Calls with Richard Gill and Rosemary Stewart regarding shareholder list and propsed court filing. | 1.20 | 150.00 |
| | DW | Calls with Jerry Young regarding shareholder list. | 0.30 | 37.50 |
| | DW | Letter to Aboussie and Richard Gill. | 0.30 | 37.50 |
| 1/23/06 | DW | Review memo from Rosemary Stewart. | 0.20 | 25.00 |
| | DW | Review and edit letter to Aboussie and Gill. | 0.30 | 37.50 |
| | DW | Review files. | 0.30 | 37.50 |
| | DW | Conference call Don Willner, Rosemary Stewart, Jerry Young. | 0.70 | 87.50 |
| | DW | Shareholder call. | 0.20 | 25.00 |
| 1/24/06 | DW | Message from Rosemary Stewart. | 0.10 | 12.50 |
| 1/25/06 | DW | Reviewing material from Rosemary Stewart regarding notices. | 0.40 | 50.00 |
| | DW | Call with Rosemary Stewart regarding tax case. | 0.30 | 37.50 |
| 1/26/06 | DW | Review files, Glinsman letter to shareholders, conference call with Rosemary Stewart and Richard Gill. | 0.40 | 50.00 |
| | DW | Call from Don McIntyre. | 0.30 | 37.50 |
| | DW | Regarding supplemental fee petition. | 0.20 | 25.00 |
| | DW | Letter to Dale Weight. | 1.40 | 175.00 |
| 1/27/06 | DW | Call Jerry Young regarding Suess request. | 0.30 | 37.50 |
| | DW | E-mails from Peter Baker. | 0.10 | 12.50 |
| | DW | Editing Dale Weight letter. | 0.20 | 25.00 |
| 1/28/06 | DW | Review correspondence. | 0.20 | 25.00 |
| 1/29/06 | DW | Letter to Richard Gill and Darnstadler. | 0.50 | 62.50 |
| 1/30/06 | DW | Review Rosemary Stewart's memo. | 0.10 | 12.50 |
| 1/31/06 | DW | Memo to Jennifer Painter. | 0.20 | 25.00 |
| | DW | Long letter to Randall. | 0.50 | 62.50 |
| | DW | Call with Dale Weight. | 0.40 | 50.00 |
| | DW | Edit Randall letter. | 0.40 | 50.00 |
| | | SUBTOTAL. | 18.20 | 2,275.00 |
| | | For professional services rendered | 19.60 | $2,450.00 |

Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

March 28, 2006

In Reference To:   Benj. Franklin Savings & Loan 90-W-6054

                   Tax Case

Invoice # 10264

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **DSW** | | | | |
| 2/21/06 | DSW | Editing FDIC letter to shareholders for website. | 0.40 | 50.00 |
| 2/22/06 | DSW | Memo to Jennifer Painter. | 0.20 | 25.00 |
| | SUBTOTAL: | | [ 0.60 | 75.00 ] |
| **DW** | | | | |
| 2/1/06 | DW | Edit Randall letter, memo to Jennifer Painter regarding letter, enclosure, and client letter. | 0.80 | 100.00 |
| | DW | Memo to Jennifer Painter about supplemental fee petition. | 0.20 | 25.00 |
| | DW | Call Dale Weight. | 0.10 | 12.50 |
| | DW | Edit Randall letter. | 0.10 | 12.50 |
| 2/2/06 | DW | Call from Richard Gill. | 0.30 | 37.50 |
| | DW | Work with Alison Geist regarding supplemental fee petition; call with Kathy Kelley. | 0.40 | 50.00 |
| ✓ | DW | Organize current files. | 0.60 | 75.00 |
| 2/3/06 | DW | Call Don McIntyre. | 0.10 | 12.50 |
| | DW | Message from Richard Gill regarding copy of motion, faxed motion. | 0.10 | 12.50 |
| | DW | Letter to Richard Gill and Fourth Supplement Fee Petition. | 0.40 | 50.00 |
| 2/4/06 | DW | Review motion and shareholder notice regarding exhibits. | 0.70 | 87.50 |
| 2/5/06 | DW | Regarding website. | 0.40 | 50.00 |
| 2/10/06 | DW | Regarding status report in Portland case, review draft, attempt to reach Richard Gill, finalize and mail. | 0.50 | 62.50 |