# FDIC DELETIONS FROM TIME RECORDS

| DATE | ATTORNEY | DESCRIPTION | | DISALLOWED HOURS | NOTES |
|---|---|---|---|---|---|
| | | **ESTIMATED TIME** | | | |
| | | ESTIMATED RELATED WORK BEFORE & DURING CLAIMS COURT TRIAL (1988 & 1999) | | 40 | "only estimate - no detail" |
| | | **TOTAL ESTIMATED TIME HRS** | | **40** | |
| | | **TRAVEL** | | | |
| 4/12/2002 | DW | ARRANGING WA DC FLIGHT TO SEE TAX ATTORNEY | | 0.2 | |
| 4/25/2002 | DSW | ARRANGING MATERIAL FOR CHICAGO TRIP | | 0.2 | (marked in pink & yellow) |
| 6/24/2002 | DSW | MAKING PLANE RESERVATIONS | | 0.4 | |
| 8/22/2002 | DSW | RE RESERVATIONS TO WA DC; CALL UNITED AIRLINES | | 0.1 | (marked in pink & yellow) |
| 11/4/2002 | DW | MAILING [MAKING] HOTEL RESERVATIONS IN WA DC | | 0.1 | (YELLOW) |
| 11/9/2002 | DW | WASHINGTON DC HOTEL RESERVATIONS; PLANE RESERVATIONS | | 0.2 | (PINK) |
| 3/26/2003 | DSW | ARRANGING DC HOTEL | | 0.1 | (YELLOW) |
| 3/28/2003 | DW | ARRANGE FOR WA DC HOTEL ROOM | | 0.2 | (marked in pink & yellow) |
| 5/7/2004 | DW | ARRANGING PLANE & HOTEL; CALL WITH HOLLAND | | 0.5 | (YELLOW) |
| 10/18/2004 | DW | WORK ON RESERVATIONS | | 0.3 | (YELLOW) |
| 5/20/2005 | DW | RE AIRLINE TKTS TO BWI | | 0.2 | (YELLOW) |
| 5/21/2005 | DW | ARRANGING HOTEL IN WA DC | | 0.2 | (YELLOW) |
| 6/13/2005 | DW | CONFIRMING WA DC HOTEL ROOM & MEAL | | 0.2 | (YELLOW) |
| 9/15/2005 | DW | AIRPLANE & HOTEL RESERVATIONS FOR SEPT. 26TH TRIP | | 0.4 | (YELLOW) |
| 3/31/2006 | DW | TRAVEL ARRANGEMENTS | | 0.3 | (YELLOW) |
| | | **TOTAL TRAVEL HRS** | | **3.6** | |
| | | **ATTEMPTS TO CALL** | | | |
| 5/1/2002 | DSW | ATTEMPT TO RETURN DAVID ROCHE'S CALL | | 0.1 | (marked in pink & yellow) |
| 5/14/2002 | DSW | ATTEMPT TO REACH BRUCE TAYLOR | | 0.1 | (marked in pink & yellow) |
| 5/17/2002 | DW | ATTEMPT TO REACH CLIENT | | 0.1 | (PINK) |
| 5/17/2002 | DW | ATTEMPT TO REACH COURT CLERK; CALL FROM FRED PAULSELL | | 0.1 | (marked in pink & yellow) |
| 6/13/2002 | DSW | ATTEMPT TO REACH STEWART | | 0.1 | (PINK) |
| 6/18/2002 | DSW | ATTEMPT TO REACH TAYLOR | | 0.1 | |
| 7/10/2002 | DSW | ATTEMPT TO REACH KATHRYN TOPPING | | 0.1 | (PINK) |
| 7/17/2002 | DSW | ATTEMPT TO REACH BAKER, GREEN & SHERRY | | 0.1 | (marked in pink & yellow) |
| 8/5/2002 | DW | ATTEMPT TO REACH TOPPING | | 0.1 | (PINK) |
| 8/9/2002 | DW | ATTEMPT TO REACH BECKY FINCH RE RESEARCH | | 0.1 | (YELLOW) |
| 8/21/2002 | DSW | ATTEMPT TO REACH BOB SHANK | | 0.1 | (marked in pink & yellow) |
| 8/23/2002 | DW | ATTEMPT TO REACH BAKER RE WEBSITE | | 0.1 | (YELLOW) |
| 8/23/2002 | DW | ATTEMPT TO REACH STEWART | | 0.1 | (marked in pink & yellow) |
| 8/23/2002 | DW | ATTEMPT TO REACH DC CLERK | | 0.1 | (YELLOW) |

# FDIC DELETIONS FROM TIME RECORDS

| | | | | | |
|---|---|---|---|---|---|
| 8/23/2002 | DW | ATTEMPT TO REACH CLIENT | | 0.1 | (marked in pink & yellow) |
| 9/5/2002 | DSW | ATTEMPT TO RETURN TOPPING'S CALL | | 0.1 | (YELLOW) |
| 9/6/2002 | DSW | ATTEMPT TO REACH JERRY STOUCK | | 0.1 | (YELLOW) |
| 9/6/2002 | DSW | ATTEMPT TO REACH TOPPING | | 0.1 | (YELLOW) |
| 9/24/2002 | DW | ATTEMPT TO REACH TOPPING & ZIA | | 0.2 | (marked in pink & yellow) |
| 9/25/2002 | DW | ATTEMPT TO REACH LEO | | 0.1 | (PINK) |
| 10/1/2002 | DSW | ATTEMPT TO REACH SCHEIFFER | | 0.1 | (YELLOW) |
| 10/2/2002 | DSW | ATTEMPT TO RETURN MCCARRY'S CALL | | 0.1 | (YELLOW) |
| 10/2/2002 | DSW | ATTEMPT TO REACH TOPPING & ZIA | | 0.2 | (YELLOW) |
| 10/3/2002 | DSW | ATTEMPT TO REACH GARY HINDES | | 0.1 | (PINK) |
| 10/7/2002 | DW | ATTEMPT TO REACH HINDES | | 0.1 | (YELLOW) |
| 10/7/2002 | DW | ATTEMPT TO REACH BILL SCHEIFFER | | 0.1 | (YELLOW) |
| 10/7/2002 | DW | ATTEMPT TO REACH ZIA | | 0.1 | (YELLOW) |
| 10/7/2002 | DSW | ATTEMPT TO REACH ZIA | | 0.1 | (YELLOW) |
| 10/7/2002 | DW | ATTEMPT TO REACH HINDES | | 0.1 | (YELLOW) |
| 10/7/2002 | DW | ATTEMPT TO REACH BILL SCHEIFFER | | 0.1 | (YELLOW) |
| 10/16/2002 | DSW | ATTEMPT TO REACH CATHERINE TOPPING | | 0.1 | (YELLOW) |
| 10/24/2002 | DSW | ATTEMPT TO REACH STEWART | | 0.1 | (marked in pink & yellow) |
| 10/28/2002 | DW | ATTEMPT TO LOCATE 1986 LTR | | 0.1 | (marked in pink & yellow) |
| 11/1/2002 | DW | ATTEMPT TO REACH HINDES & SHERRY | | 0.2 | (PINK) |
| 11/29/2002 | DW | ATTEMPT TO REACH FLEISCHER / WEIGHT | | 0.2 | (marked in pink & yellow) |
| 12/3/2002 | DSW | ATTEMPTS TO REACH FLEISCHER | | 0.2 | (PINK) |
| 12/23/2002 | DSW | ATTEMPT TO REACH DOJ ATTORNEYS | | 0.1 | (YELLOW) |
| 12/24/2002 | DSW | ATTEMPT TO REACH STEWART | | 0.1 | (YELLOW) |
| 2/5/2003 | DSW | ATTEMPT TO REACH TOPPING | | 0.2 | (YELLOW) |
| 2/7/2003 | DW | ATTEMPT TO REACH TOPPING | | 0.1 | (marked in pink & yellow) |
| 2/26/2003 | DSW | ATTEMPT TO REACH MOETELL RE TAX MEMO | | 0.2 | (marked in pink & yellow) |
| 3/10/2003 | DSW | ATTEMPTS TO REACH MOETTEL | | 0.1 | (marked in pink & yellow) |
| 3/17/2003 | DW | ATTEMPTS TO REACH ERNIE & ROSEMARY | | 0.3 | (YELLOW) |
| 3/19/2003 | DSW | ATTEMPTS TO REACH TOPPING | | 0.1 | (YELLOW) |
| 3/20/2003 | DW | ATTEMPT TO REACH TOPPING OR ZIA | | 0.1 | (marked in pink & yellow) |
| 3/21/2003 | DW | ATTEMPT TO REACH TOPPING & ZIA | | 0.1 | (YELLOW) |
| 3/28/2003 | DW | ATTEMPT TO REACH FLEISCHER | | 0.3 | (marked in pink & yellow) |
| 4/18/2003 | DW | ATTEMPT TO REACH ZIA | | 0.1 | (marked in pink & yellow) |
| 4/21/2003 | DW | ATTEMPT TO DOWNLOAD FROM COMPUTER | | 0.5 | (PINK) |
| 4/28/2003 | DW | ATTEMPT TO REACH ROSEMARY | | 0.1 | (PINK) |
| 5/1/2003 | DSW | ATTEMPT TO REACH FLEISCHER | | 0.1 | (marked in pink & yellow) |
| 5/28/2003 | DSW | ATTEMPT TO REACH LORI | | 0.2 | (marked in pink & yellow) |
| 6/20/2003 | DW | ATTEMPTS TO REACH TOPPING & ZIA | | 0.1 | (marked in pink & yellow) |
| 8/14/2003 | DSW | ATTEMPT TO REACH CATHERINE TOPPING | | 0.2 | (YELLOW) |
| 10/2/2003 | DSW | ATTEMPT TO REACH DARMSTADTER | | 0.1 | (marked in pink & yellow) |

# FDIC DELETIONS FROM TIME RECORDS

| | | | | | |
|---|---|---|---|---|---|
| 10/30/2003 | DSW | ATTEMPT TO REACH CATHERINE TOPPING | | 0.1 | (YELLOW) |
| 12/15/2003 | DW | ATTEMPT TO REACH PETER BAKER @ BOTH NUMBERS | | 0.1 | (PINK) |
| 12/23/2003 | DSW | ATTEMPT TO REACH STEWART | | 0.1 | (marked in pink & yellow) |
| 1/4/2004 | DW | ATTEMPT TO REACH FLEISCHER | | 0.2 | (marked in pink & yellow) |
| 1/5/2004 | DSW | ATTEMPT TO REACH HANK | | 0.1 | (marked in pink & yellow) |
| 3/19/2004 | DW | ATTEMPTS TO REACH FLEISCHER & STEWART | | 0.2 | (YELLOW) |
| 3/25/2004 | DW | ATTEMPT TOR REACH MOETTEL | | 0.1 | (YELLOW) |
| 5/11/2004 | DSW | ATTEMPTS TO REACH ERNIE | | 0.1 | (PINK) |
| 5/23/2004 | DW | ATTEMPT TO REACH MAIDA | | 0.1 | (PINK) |
| 6/29/2004 | DSW | ATTEMPT TO REACH BILL LOVE | | 0.2 | (PINK) |
| 6/30/2004 | DSW | ATTEMPT TO REACH MITCH | | 0.1 | (YELLOW) |
| 6/30/2004 | DSW | ATTEMPT TO REACH DARMSTADTER | | 0.1 | (YELLOW) |
| 6/30/2004 | DSW | ATTEMPT TO REACH MITCH | | 0.1 | (YELLOW) |
| 7/1/2004 | DSW | ATTEMPT TO REACH GILL | | 0.1 | (PINK) |
| 7/2/2004 | DW | ATTEMPT TO REACH GILL | | 0.1 | (YELLOW) |
| 7/29/2004 | DSW | ATTEMPTS TO REACH FLEISCHER | | 0.1 | (PINK) |
| 8/2/2004 | DSW | ATTEMPT TO REACH MOETTEL | | 0.1 | (marked in pink & yellow) |
| 8/3/2004 | DSW | ATTEMPT TO REACH GILL | | 0.1 | (YELLOW) |
| 8/4/2004 | DSW | ATTEMPT TO REACH MOETTEL | | 0.1 | (PINK) |
| 8/7/2004 | DSW | ATTEMPT TO REACH HINDES | | 0.1 | (PINK) |
| 8/13/2004 | DW | EFFORTS TO REACH GRECO & MCKECHNIE & ERNIE | | 0.2 | (PINK) |
| 8/16/2004 | DW | ATTEMPTS TO REACH GILL | | 0.2 | (YELLOW) |
| 8/19/2004 | DW | ATTEMPTS TO REACH HINDES | | 4 | (P) - |
| 9/4/2004 | DW | ATTEMPT TO REACH RC; FAX TO RC | | 0.1 | (PINK) |
| 9/28/2004 | DSW | ATTEMPT TO REACH GILL | | 0.1 | (PINK) |
| 9/30/2004 | DSW | ATTEMPT TO REACH DARMSTADTER | | 0.1 | (PINK) |
| 10/5/2004 | DSW | ATTEMPT TO REACH GILL | | 0.1 | (PINK) |
| 10/6/2004 | DSW | ATTEMPTS TO LOCATE TOM | | 0.2 | (YELLOW) |
| 10/20/2004 | DSW | ATTEMPT TO REACH DARMSTADTER | | 0.1 | (PINK) |
| 10/25/2004 | DSW | ATTEMPT TO REACH GILL | | 0.1 | (YELLOW) |
| 12/29/2004 | DW | ATTEMPT TO REACH BOB CLARK | | 0.1 | (YELLOW) |
| 1/3/2005 | DW | ATTEMPT TO REACH ROSEMARY STEWART | | 0.1 | (marked in pink & yellow) |
| 6/13/2005 | DW | ATTEMPT TO REACH BAKER | | 0.1 | (YELLOW) |
| 7/5/2005 | DW | ATTEMPTS TO REACH STEWART; ATTEMPTS TO SEND EMAIL TO MCINTYRE | | 0.2 | (PINK) |
| 7/5/2005 | DW | TRYING TO LOCATE FLEISCHER | | 0.2 | (YELLOW) |
| 7/21/2005 | DW | ATTEMPT TO REACH SHERRY | | 0.1 | (PINK) |
| 7/22/2005 | DW | ATTEMPT TO REACH GILL | | 0.1 | (PINK) |
| 7/22/2005 | DW | ATTEMPT TO REACH MEL GARBOW | | 0.1 | (YELLOW) |
| 7/22/2005 | DW | ATTEMPTED CONF CALL RE TAX SETTLEMENT | | 0.25 | (marked in pink & yellow) |
| 7/22/2005 | DW | ATTEMPT TO REACH SISSON OR ASST. | | 0.1 | (YELLOW) |
| 7/25/2005 | DSW | ATTEMPT TO REACH LEO SHERRY | | 0.1 | (YELLOW) |

# FDIC DELETIONS FROM TIME RECORDS

| | | | | | |
|---|---|---|---|---|---|
| 9/29/2005 | DW | ATTEMPT TO REACH TIMCHUCK (SENATOR SMITH'S OFFICE) | | 0.1 | (YELLOW) |
| 12/1/2005 | DW | ATTEMPT TO REACH DARMSTADLER | | 0.1 | (YELLOW) |
| 12/2/2005 | DW | ATTEMPT TO REACH DARMSTADLER | | 0.1 | (YELLOW) |
| 12/8/2005 | DW | ATTEMPT TO REACH DARMSTADLER | | 0.1 | (YELLOW) |
| 1/3/2006 | DSW | ATTEMPTS TO RETURN CALL OF ATTORNEY CASTEEL | | 0.1 | (YELLOW) |
| 3/22/2006 | DW | ATTEMPT TO REACH GLINSMAN | | 0.1 | (YELLOW) |
| 4/4/2006 | DSW | ATTEMPT TO REACH GILL | | 0.1 | (YELLOW) |
| 4/4/2006 | DSW | ATTEMPTS TO RETURN CALL OF GILARDIT CO. - BF | | 0.1 | (YELLOW) |
| 4/19/2006 | DW | ATTEMPTS TO REACH YOUNG RE GLINSMAN LTR | | 0.1 | (YELLOW) |
| | | **TOTAL ATTEMPTS TO CALL HRS** | | **17.05** | |
| | | | | | |
| | | **WEBSITE & BUSINESS EDITORS** | | | |
| 10/30/2002 | DSW | EDIT WEBSITE | | 0.1 | (YELLOW) |
| 10/30/2002 | DSW | PREPARATION OF WEBSITE | | 0.3 | (YELLOW) |
| 1/20/2003 | DSW | PREPARATION OF WEBSITE | | 0.3 | (YELLOW) |
| 2/19/2003 | DSW | WEBSITE UPDATE | | 0.6 | (YELLOW) |
| 2/20/2003 | DSW | WEBSITE UPDATE | | 0.4 | (YELLOW) |
| 12/30/2003 | DW | EDIT WEBSITE | | 0.2 | (YELLOW) |
| 9/20/2004 | DW | PREP OF WEBSITE & LTR TO EMAIL WRITERS; FAX TO PORTLAND | | 1.5 | (YELLOW) |
| 9/21/2004 | DSW | RW ROSEMARY'S CHANGES IN WEBSITE; CALL HER RE WEBSITE & BUCHANAN | | 1 | (YELLOW) |
| 9/28/2004 | DSW | CALL WITH BUSINESS JOURNAL REPORTER | | 0.1 | (PINK) |
| 9/28/2004 | DSW | CALL WITH PORTLAND BUSINESS JOURNAL | | 0.2 | (PINK) |
| 10/20/2004 | DSW | CALL WITH PORTLAND BUSINESS JOURNAL | | 0.1 | (YELLOW) |
| 11/17/2004 | DSW | PREP OF WEBSITE | | 1.5 | (YELLOW) |
| 11/19/2004 | DSW | FINAL EDIT OF WEBSITE; CALL STEWART | | 0.4 | (YELLOW) |
| 11/19/2004 | DSW | CALL W/ MCINTYRE RE WEBSITE | | 0.2 | (YELLOW) |
| 11/19/2004 | DSW | CALL WITH ROSEMARY RE WEBSITE | | 0.2 | (YELLOW) |
| 11/22/2004 | DSW | CALL W/ & STEWART; REVIEW WEBSITE | | 1 | (YELLOW) |
| 11/23/2004 | DSW | CALL W/ ANDY AT PORTLAND BUSINESS JOURNAL | | 0.3 | (YELLOW) |
| 12/1/2004 | DSW | DRAFT OF WEBSITE | | 0.8 | (YELLOW) |
| 12/2/2004 | DSW | EDIT NEW WEBSITE | | 0.5 | (YELLOW) |
| 12/3/2004 | DSW | EDIT WEBSITE | | 0.5 | (YELLOW) |
| 12/4/2004 | DSW | EDITING WEBSITE W/ MCINTYRE | | 0.5 | (YELLOW) |
| 1/3/2005 | DSW | RE WEBSITE | | 0.8 | (YELLOW) |
| 1/4/2005 | DSW | PREP OF WEBSITE | | 0.8 | (YELLOW) |
| 1/4/2005 | DW | PREP OF DRAFT WEBSITE | | 0.8 | (YELLOW) |
| 1/5/2005 | DSW | EDITING WEBSITE | | 0.4 | (YELLOW) |
| 1/7/2005 | DW | RE WEBSITE - CALL JENNIE PAINTER | | 0.2 | (YELLOW) |
| 1/11/2005 | DW | CALL BAKER RE WEBSITE | | 0.2 | (YELLOW) |
| 3/8/2005 | DW | WEBSITE | | 0.3 | (YELLOW) |
| 6/8/2005 | DW | PREP OF WEBSITE | | 1.2 | (YELLOW) |

# FDIC DELETIONS FROM TIME RECORDS

| | | | | | |
|---|---|---|---|---|---|
| 7/4/2005 | DW | WEBSITE MEMO TO MCINTYRE | | 1 | (YELLOW) |
| 7/7/2005 | DW | REVIEW DRAFT OF WEBSITE | | 0.1 | (YELLOW) |
| 7/27/2005 | DSW | EDITING WEBSITE | | 0.3 | (YELLOW) |
| 9/15/2005 | DW | RE WEBSITE | | 0.4 | (YELLOW) |
| 10/21/2005 | DW | RE WEBSITE & EMAIL TO OFFICE | | 0.8 | (YELLOW) |
| 11/16/2005 | DSW | PREP OF WEBSITE, EDIT WEBSITE | | 0.8 | (YELLOW) |
| 12/9/2005 | DW | PREP OF WEBSITE | | 1 | (YELLOW) |
| 12/9/2005 | DW | EDIT WEBSITE | | 0.3 | (YELLOW) |
| 12/29/2005 | DW | CALLS W/ KELBY FLETCHER RE LETTER TO SHAREHOLDERS | | 0.6 | (YELLOW) |
| 12/31/2005 | DW | WORK ON WEBSITE, CALLS W/ BAKER RE EDITING | | 1.7 | (YELLOW) |
| 1/1/2006 | DW | RE WEBSITE & SUESS LTR, CALL BAKER | | 1 | (YELLOW) |
| 1/14/2006 | DW | PREPARATION OF WEBSITE | | 0.5 | (YELLOW) |
| 2/5/2006 | DW | RE WEBSITE | | 0.4 | (YELLOW) |
| | | **TOTAL WEBSITE HRS** | | **24.3** | |
| | | | | | |
| | | | | | |
| | | **<u>CALLS</u>** | | | |
| ~~12/1/2004~~ | ~~DW~~ | ~~CALL W/ JUDGE SMITH'S CLERK RE STATUS CONF~~ | | ~~0.1~~ | ~~(marked in pink & yellow)~~ |
| ~~12/3/2004~~ | ~~DSW~~ | ~~CALL WITH ROSEMARY RE JUDGE SMITH'S CALL~~ | | ~~0.4~~ | ~~(YELLOW)~~ |
| 2/8/2005 | DW | CALL MCINTYRE; ATTEMPT TO REACH SHERRY | | 0.1 | NOTHING HIGHLIGHTED |
| 3/14/2006 | DSW | MESSAGE FOR GILL | | 0.1 | (YELLOW) |
| | | **TOTAL CALLS HRS** | | **0.2** | |
| | | | | | |
| | | | | | |
| | | **<u>TAX CASE</u>** | | | |
| 6/12/2002 | DSW | FAX TAYLOR LETTER TO DUHL; ATTEMPT TO REACH LAWLOR | | 0.1 | (PINK) |
| 6/24/2002 | DSW | LEAVE TAPES FOR SARAH AT THE OFFICE **c1 Ct case** | | 0.1 | (marked in pink & yellow) |
| 9/25/2002 | DW | LETTER TO CLIENTS RE MEETING TIME | | 0.1 | (PINK) |
| 9/25/2002 | DSW | ORGANIZE FILES | | 0.3 | (marked in pink & yellow) |
| 12/4/2002 | DSW | CALLS WITH FLEISCHER'S SECRETARY - Tax case | | 0.2 | (YELLOW) |
| 1/26/2003 | COSTS | SPRIGGS & HOLLINGSWORTH NOV/DEC BILLS | | | (PINK) $9648.54 |
| 2/12/2003 | DSW | REVIEW CORRESPONDENCE / ATTEMPT TO REACH FLEISCHER | | 0.1 | (marked in pink & yellow) |
| 3/14/2003 | DW | SEARCHING FOR EMAILS | | 0.1 | (marked in pink & yellow) |
| 8/19/2003 | DW | NOTE FOR BERNICE | | 0.1 | (marked in pink & yellow) |
| 12/8/2003 | DW | FAX IT [LTR] TO STEWART; ATTEMPT TO REACH DARMSTADTER | | 0.1 | (PINK) |
| 12/27/2003 | DW | COVER LTR TO STEWART | | 0.3 | (PINK) |
| ~~3/17/2004~~ | ~~DSW~~ | ~~COMPILING BILL~~ | | ~~0.6~~ | ~~(YELLOW)~~ |
| 5/14/2004 | DW | FAX TO OFFICE | | 0.4 | (PINK) |
| 8/9/2004 | DW | SEARCHING FOR EMAIL | | 0.1 | (marked in pink & yellow) |
| 8/18/2004 | DW | PREP FOR MTG, TO STEWART'S OFF; MTG W/ TAX GROUP; MTG W/ DOJ & FDIC; | | 4 | NOTHING HIGHLIGHTED |
| | | MTG W/ TAX GROUP; DINNER CONF W/ STEWART & FLEISCHER; PHONE CONF | | | |

# FDIC DELETIONS FROM TIME RECORDS

| | | | | | |
|---|---|---|---|---|---|
| | | W/ CLIENTS; PHONE CONF W/ FLEISCHER & WALKER | | | |
| 8/23/2004 | DW | ATTEMPT TO PUT TOGETHER CONFERENCE CALL | | 0.1 | (PINK) |
| 9/13/2004 | DSW | CHANGE OF ADDRESS FORM | | 0.2 | (YELLOW) |
| ~~9/13/2004~~ | ~~DSW~~ | ~~LETTER TO JUDGE SMITH~~ | | ~~0.2~~ | ~~(YELLOW)~~ |
| 10/6/2004 | DSW | FAX TO ROSEMARY; ATTEMPT TO REACH HER BY PHONE | | 0.1 | (PINK) |
| 7/19/2005 | DW | STOUCK & STEWART LETTER | | 0.1 | (YELLOW) |
| 7/20/2005 | DW | EDIT MEMO ON WORK NOT SPECIFICALLY REFERRED TO IN TIME RECORDS | | 0.3 | (YELLOW) |
| 9/7/2005 | DSW | CALL W/ JERRY STOUCK | | 0.3 | (YELLOW) |
| 9/7/2005 | DSW | ATTEMPTS TO REACH STEWART & GILL - Tax Case | | 0.1 | (YELLOW) |
| 11/5/2005 | DW | LETTERS TO FLEISCHER, NOLSEN, HENZINGER & ZELL | | 0.9 | (YELLOW) |
| 11/21/2005 | DW | LETTER TO JERRY STOUCK | | 0.1 | (YELLOW) |
| 11/21/2005 | DW | CALL STOUCK | | 0.4 | (YELLOW) |
| 11/21/2005 | DW | CALL FLEISCHER | | 0.1 | (YELLOW) |
| 11/22/2005 | DW | REVIEW STOUCK LETTER | | 0.1 | (YELLOW) |
| 11/27/2005 | DW | FAX LETTER TO FLEISCHER | | 0.2 | (YELLOW) |
| 11/28/2005 | DSW | REVIEW MESSAGE FROM FLEISCHER | | 0.1 | (YELLOW) |
| 11/29/2005 | DSW | LETTER TO ERNIE | | 0.8 | (YELLOW) |
| 12/8/2005 | DW | CALL JERRY STOUCK | | 0.3 | (YELLOW) |
| ~~4/4/2006~~ | ~~DW~~ | ~~RE RECONSIDERATION BRIEF~~ | | ~~1~~ | ~~(YELLOW)~~ |
| ~~4/5/2006~~ | ~~DW~~ | ~~FINISH CLAIM COURT BRIEF, MEMO TO J PAINTER~~ | | ~~0.7~~ | ~~(YELLOW)~~ |
| 5/1/2006 | DSW | FLIGHT WORK ON BF CASE ON PLANE W/ CLIENTS & DINNER CONFERENCE-Tax Case | | 2 | (Y-2 HRS-LUNCH/GW |
| | | **TOTAL TAX CASE HRS** | | **14.7** | |
| | | | | | |
| | | | | | |
| | | **BF** | | | |
| 3/13/2005 | DSW | CALL W/ FLETCHER | | 0.2 | (YELLOW) |
| 11/16/2005 | DSW | PREP OF PRESS RELEASE NOTICE, LIST OF CALLS FOR GEIST, CALL J PAINTER | | 0.8 | (YELLOW) |
| 11/18/2005 | DW | REVIEW OREGONIAN ARTICLE | | 0.1 | (YELLOW) |
| 12/1/2005 | DW | CALL W/ MCINTYRE | | 0.3 | (YELLOW) |
| 12/1/2005 | DW | REVIEW MCINTYRE LETTER | | 0.1 | (YELLOW) |
| 12/1/2005 | DW | MESSAGE FOR DON MCINTYRE | | 0.1 | (YELLOW) |
| 12/1/2005 | DW | FINAL REVIEW OF DON MCINTYRE MATERIAL, CALL J PAINTER | | 0.2 | (YELLOW) |
| 12/2/2005 | DW | TWO CALLS W/ MCINTYRE; EDIT LETTER | | 0.5 | (YELLOW) |
| 12/5/2005 | DW | TWO CALL W/ MCINYTRE | | 0.3 | (YELLOW) |
| 12/28/2005 | DW | RW SUESS LTR, CALLS TO MCINTYRE, GREEN, FLEISCHER, PREP OF DRAFT LTR | | | |
| 12/28/2005 | DW | RESPONSE, ARRANGING CONF CALL | | 2.6 | (YELLOW) |
| 12/30/2005 | DW | PREPARE LONG MEMO CONCERNING SUESS FILING LTR TO GILL | | 1.2 | (YELLOW) |
| 1/2/2006 | DW | EDIT RESPONSE TO SUESS LTR | | 1.1 | (YELLOW) |
| 1/23/2006 | DW | REVIEW FILES | | 0.3 | (YELLOW) |
| 2/28/2006 | DW | CALL WITH J PAINTER RE LOCATING DOCS | | 0.1 | (YELLOW) |
| 5/2/2006 | DSW | PREPARE FOR HEARING TO FDIC FOR CONFERENCE | | 3.5 | |

# FDIC DELETIONS FROM TIME RECORDS

| | | | | | |
|---|---|---|---|---|---|
| | | **TOTAL BF HRS** | | **11.4** | |
| | | | | | |
| | | | | | |
| | | **ORGANIZING FILES** | | | |
| 4/25/2002 | DSW | COLLECTING MATERIALS FOR CHICAGO TRIP | | 0.5 | (PINK) |
| 11/18/2002 | DW | SORTING DOCS IN PREP FOR TAX CONFERENCE | | 0.5 | (PINK) |
| 11/20/2002 | DSW | SEND EXHIBITS TO ERNIE | | 0.9 | (PINK) |
| 2/20/2003 | DSW | ORGANIZING TAX FILES | | 0.4 | (YELLOW) |
| 2/24/2003 | DW | ORGANIZING TAX FILES | | 0.5 | (marked in pink & yellow) |
| 5/20/2003 | DW | FILE ORGANIZATION | | 0.2 | (PINK) |
| 3/19/2004 | DW | ORGANIZE TAX FILE | | 0.7 | (YELLOW) |
| 3/22/2004 | DW | ORGANIZE TAX FILE | | 1.5 | (YELLOW) |
| 4/8/2004 | DSW | PACK DOCS TO TAKE TO TL | | 0.1 | (YELLOW) |
| 5/6/2004 | DSW | LOCATING DOCS | | 0.5 | (marked in pink & yellow) |
| 5/13/2004 | DSW | PREP FOR TRIP | | 0.3 | (YELLOW) |
| 5/15/2004 | DW | ORGANIZING DOCS | | 0.2 | (marked in pink & yellow) |
| 8/14/2004 | DW | REVIEW EMAILS / ORGANIZE TRIP | | 0.5 | (marked in pink & yellow) |
| 8/15/2004 | DW | ORGANIZING FILES FOR TRIP | | 2 | (YELLOW) |
| 8/26/2004 | DSW | LOOKING FOR DOCS | | 0.2 | (marked in pink & yellow) |
| 11/4/2004 | DSW | ORGANIZING MATERIAL FOR DC TRIP | | 0.2 | (YELLOW) |
| 11/18/2004 | DSW | ORGANIZING FILES FOR TL | | 0.2 | (YELLOW) |
| 11/23/2004 | DSW | ORGANIZING FILES | | 0.2 | (marked in pink & yellow) |
| 12/23/2004 | DSW | MEMO TO ELIZABETH RE BENJ. FILES NEED IN TL | | 0.3 | (YELLOW) |
| 1/17/2005 | DW | ORGANIZING FILES | | 0.1 | (YELLOW) |
| 6/13/2005 | DW | ORGANIZING FOR DC TRIP | | 0.3 | (YELLOW) |
| 9/1/2005 | DW | ORGANIZING FILES | | 0.3 | (YELLOW) |
| 2/2/2006 | DW | ORGANIZE CURRENT FILES | | 0.6 | (YELLOW) |
| 2/24/2006 | DW | ORGANIZING FILES | | 0.4 | (YELLOW) |
| 2/24/2006 | DW | ORGANIZING FILES | | 0.4 | (YELLOW) |
| 3/24/2006 | DW | PACK FOR TRIP | | 0.2 | (YELLOW) |
| 4/30/2006 | DW | LOCATING DOCS TO TAKE TO WA DC | | 0.7 | (YELLOW) |
| 5/5/2006 | DW | FILING DOCS | | 0.5 | (YELLOW) |
| | | **TOTAL ORGANIZING FILES HRS** | | **13.4** | |
| | | | | | |
| | | | | | |
| | | **ATTORNEY FEE PETITION** | | | |
| 10/2/2002 | DSW | ATTEMPT TO REACH WEIGHT | | 0.1 | (YELLOW) |
| 2/12/2004 | DW | RE TIME RECORDS; CALL WITH KATHY | | 0.2 | (YELLOW) |
| 12/14/2004 | DW | PREP OF SUMMARY OF FEE PETITION | | 1.7 | (YELLOW) |
| 12/14/2004 | DW | TWO CALLS W/ FLEISCHER | | 0.3 | (YELLOW) |
| 12/14/2004 | DW | FAX LETTER TO FLEISCHER | | 0.2 | (YELLOW) |

# FDIC DELETIONS FROM TIME RECORDS

| | | | | | |
|---|---|---|---|---|---|
| 3/13/2005 | DSW | CONFERENCE CALL W/ KATHY KELLEY | | 0.7 | (YELLOW) |
| 6/12/2005 | DW | REGARDING TAX CASE & MEMO TO KATHY KELLEY | | 2.2 | (YELLOW) |
| 6/13/2005 | DW | CALL KATHY RE TIME RECORDS | | 0.3 | (marked in pink & yellow) |
| 6/15/2005 | DSW | REVIEW TAX BILLING RECORDS | | 1.2 | (YELLOW) |
| 6/27/2005 | DW | RE ATTORNEY FEE APPLICATION FOR TAX CLAIM | | 1.4 | (YELLOW) |
| 6/28/2005 | DW | ATTORNEY FEE PETITION | | 0.6 | (YELLOW) |
| 6/29/2005 | DW | RE ATTORNEY FEE PETITION | | 0.7 | (YELLOW) |
| 7/1/2005 | DW | FAX TO JENNIFER PAINTER | | 1.1 | (PINK) |
| 7/3/2005 | DW | EDITING FEE APPLICATION | | 0.8 | (YELLOW) |
| 7/4/2005 | DW | EDITING OF ATTORNEY FEE APPLICATION | | 0.4 | (YELLOW) |
| 7/8/2005 | DW | CALL SARAH RE FEE APPLICATION RESEARCH | | 0.1 | (YELLOW) |
| 7/8/2005 | DW | CALL W/ ED SISSON RE REASONABLE FEES | | 0.2 | (YELLOW) |
| 7/12/2005 | DSW | REGARDING FEE APPLICATION | | 0.1 | (PINK) |
| 7/13/2005 | DW | REVIEW SARAH DRESCHER MEMO RE ATTORNEYS FEES | | 0.2 | (YELLOW) |
| 7/14/2005 | DW | CALL W/ SARAH DRESCHER RE RESEARCH | | 0.2 | (YELLOW) |
| 7/15/2005 | DW | RE FEE APPLICATION | | 0.5 | (YELLOW) |
| 7/15/2005 | DW | CALL KATHY KELLEY RE TIME RECORDS | | 0.1 | (marked in pink & yellow) |
| 7/16/2005 | DW | REVIEW ATTORNEY FEE COSTS | | 0.3 | (PINK) |
| 7/16/2005 | DW | CALL SARAH D RE RESEARCH | | 0.1 | (YELLOW) |
| 7/19/2005 | DW | WORK ON ATTORNEY FEE APPLICATION | | 1.8 | (YELLOW) |
| 7/19/2005 | DW | ADDITION TO ATTORNEY TIME COMPUTATION, FAX TO JENNIE PAINTER | | 0.5 | (marked in pink & yellow) |
| 7/20/2005 | DW | REGARDING FEE APPLICATION, TAKE TO JENNIE PAINTER | | 0.8 | (marked in pink & yellow) |
| 7/20/2005 | DW | FAX TIME RECORDS TO PORTLAND | | 0.2 | (YELLOW) |
| 7/20/2005 | DW | REVIEW KATHY KELLEY'S TABULATIONS, CALLS W/ KATHY & ALISON | | 1 | (YELLOW) |
| 7/20/2005 | DW | CALLS W/ FLEISCHER'S WIFE, ASSISTANT & FLEISCHER | | 0.4 | (YELLOW) |
| 7/22/2005 | DW | READING, RE-EDITING FEE APPLICATION | | 0.4 | (YELLOW) |
| 7/22/2005 | DW | REVIEW TIME ATTACHMENTS, LONG MEMO TO KATHY KELLEY | | 1 | (YELLOW) |
| 7/22/2005 | DW | ASSEMBLING FEE AND EXPENSE DATA | | 0.4 | (marked in pink & yellow) |
| 7/22/2005 | DW | CALL W/ MEL GARBOW | | 0.3 | (marked in pink & yellow) |
| 7/24/2005 | DW | RE FEE PETITION | | 0.6 | (YELLOW) |
| 7/25/2005 | DSW | EDIT ATTORNEY FEE PETITION | | 0.8 | (YELLOW) |
| 7/26/2005 | DSW | TO POST OFFICE | | 0.2 | (YELLOW) |
| 7/26/2005 | DSW | REVIEW FLEISCHER FEES, FAX COHN & FLEISCHER TO R. STEWART | | 0.3 | (YELLOW) |
| 7/28/2005 | DW | RESEARCH MEMO RE DRESCHER | | 0.2 | (YELLOW) |
| 8/6/2005 | DW | EDITING FEE APPLICATION | | 1.7 | (YELLOW) |
| 8/9/2005 | DW | REVIEW OF R. STEWART'S MEMO RE ATTORNEY'S FEES | | 0.4 | (YELLOW) |
| 8/10/2005 | DW | CALL W/ SARAH DRESCHER RE RESEARCH | | 0.2 | (YELLOW) |
| 8/10/2005 | DW | ATTEMPT TO REACH MELVIN GARBOW | | 0.1 | (YELLOW) |
| 8/13/2005 | DW | LETTER TO CLIENTS RE FEE APPLICATION | | 0.5 | (YELLOW) |
| 8/13/2005 | DW | EDITING FEE APPLICATION | | 0.5 | (YELLOW) |
| 8/13/2005 | DW | LETTER TO GARBOW RE APPLICATION | | 1 | (YELLOW) |

FDIC DELETIONS FROM TIME RECORDS

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/14/2005 | DW | EDITING FEE APPLICATION | | | 2.5 | (YELLOW) |
| 8/15/2005 | DW | EDIT GARBOW, MARKOWITZ & CLIENT LTRS; MEMO TO J PAINTER, FAX | | | 1 | (YELLOW) |
| 8/15/2005 | DW | TWO CALLS W/ SARAH DRESCHER RE RESEARCH | | | 0.2 | (YELLOW) |
| 8/16/2005 | DW | EDIT LTRS TO MARKOWITZ, GARBOW & CLIENTS; REVIEW & ADD TO APPLICATION | | | 2.8 | (YELLOW) |
| 8/19/2005 | DW | CALL WITH MELVIN GARBOW | | | 0.2 | (YELLOW) |
| 8/20/2005 | DW | LEGAL RESEARCH & ATTORNEY FEE APPLICATION EDITING | | | 1.5 | (YELLOW) |
| 8/21/2005 | DW | LTRS TO FLEISCHER, STEWART, GARBOW, LEGAL RESEARCH IN APPLICATION | | | 4 | (YELLOW) |
| 8/22/2005 | DW | PRINTING 5TH DRAFT OF FEE PETITION | | | 0.1 | (YELLOW) |
| 8/22/2005 | DW | LONG CALL W/ KATHY FLETCHER RE ATTORNEY FEES; MEMO TO J PAINTER | | | 0.4 | (YELLOW) |
| 8/22/2005 | DW | REVIEW LTRS TO GARBOW & STEWART; CALL J PAINTER RE SENDING LTRS | | | 0.2 | (YELLOW) |
| 8/22/2005 | DW | FAX TIME RECORDS TO KATHY KELLEY | | | 0.1 | (YELLOW) |
| 8/22/2005 | DW | MESSAGE FOR PAUL FISH | | | 0.1 | (YELLOW) |
| 8/23/2005 | DW | LOOKING FOR EXPERT AFFIANTS | | | 0.9 | (YELLOW) |
| 8/23/2005 | DW | REVIEW KELBY'S SUGGESTIONS FOR FEE PETITION | | | 0.8 | (YELLOW) |
| 8/23/2005 | DW | LEAVE MESSAGE FOR GARBOW | | | 0.1 | (YELLOW) |
| 8/23/2005 | DW | CALL KATHY KELLEY | | | 0.1 | (YELLOW) |
| 8/24/2005 | DW | MESSAGE FROM MITCH BERGER, CALL W/ CHUCK COOPER | | | 0.5 | (YELLOW) |
| 8/24/2005 | DW | EDIT DECLARATIONS | | | 0.4 | (YELLOW) |
| 8/24/2005 | DW | EDITING & FAXING AFFIDAVITS | | | 0.3 | (YELLOW) |
| 8/24/2005 | DW | LETTER TO C COOPER | | | 0.4 | (YELLOW) |
| 8/24/2005 | DW | CALL WITH GARBOW | | | 0.3 | (YELLOW) |
| 8/24/2005 | DW | MESSAGE FOR KATHY KELLEY RE BACK UP MATERIALS | | | 0.1 | (YELLOW) |
| 8/24/2005 | DW | REVIEW EXPENSE TOTALS, CALL W/ KATHY KELLEY | | | 0.2 | (YELLOW) |
| 8/25/2005 | DW | EDIT STEWART'S PROOF OF CLAIM; MEMO TO STEWART | | | 0.5 | (YELLOW) |
| 8/25/2005 | DW | EDIT FEE PETITION | | | 0.8 | (YELLOW) |
| 8/25/2005 | DW | REVIEW MARKOWITZ DECLARATION | | | 0.1 | (YELLOW) |
| 8/25/2005 | DW | CALL KATHY KELLEY RE DATA | | | 0.1 | (YELLOW) |
| 8/29/2005 | DW | LETTER TO COOPER | | | 0.2 | (YELLOW) |
| 8/29/2005 | DW | REGARDING FEE PETITION | | | 0.2 | (YELLOW) |
| 8/29/2005 | DW | CALL TO COOPER'S OFFICE | | | 0.1 | (YELLOW) |
| 8/29/2005 | DW | CALL TO GARBOW | | | 0.1 | (YELLOW) |
| 8/29/2005 | DW | CALL TO GARBOW | | | 0.1 | (YELLOW) |
| 8/29/2005 | DW | REVIEW MILLIAN DECLARATION | | | 0.1 | (YELLOW) |
| 8/29/2005 | DW | ATTEMPT TO REACH KATHY KELLEY RE MATERIAL | | | 0.2 | (YELLOW) |
| 8/30/2005 | DSW | CALL WITH KATHY KELLEY | | | 0.1 | (YELLOW) |
| 8/31/2005 | DSW | RE FEE APPLICATION | | | 0.7 | (YELLOW) |
| 9/1/2005 | DW | THANK YOU LETTERS | | | 0.2 | (YELLOW) |
| 9/9/2005 | DW | CONFERENCE W/ KELBY RE FEE PETITION | | | 0.4 | (YELLOW) |
| 9/21/2005 | DW | CALL KATHY KELLEY RE FEE APPLICATION | | | 0.2 | (YELLOW) |
| 9/23/2005 | DW | EDIT & SIGN SUPPLEMENTAL FEE PETITION | | | 0.1 | (YELLOW) |
| 10/31/2005 | DW | CALL ERNIE FLEISCHER RE BREAKDOWN OF BILL | | | 0.3 | (YELLOW) |

# FDIC DELETIONS FROM TIME RECORDS

| | | | | | |
|---|---|---|---|---|---|
| 11/11/2005 | DW | RE SEPT. & OCT. SUPPLEMENTAL PROOF OF CLAIM | | 0.3 | (YELLOW) |
| 11/13/2005 | DW | MEMO TO J PAINTER RE SUPPLEMENTAL FEE PETITION | | 0.4 | (YELLOW) |
| 11/14/2005 | DSW | CALL W/ ERNIE FLEISCHER | | 0.2 | (YELLOW) |
| 11/14/2005 | DSW | CALL W/ KATHY KELLEY | | 0.2 | (YELLOW) |
| 11/16/2005 | DSW | RE FEE PETITION, CONF W/ KATHY KELLEY | | 0.4 | (YELLOW) |
| 12/4/2005 | DW | ENCLOSING FLEISCHER LTRS TO JERRY YOUNG, KATHY KELLEY | | 0.6 | (YELLOW) |
| 12/5/2005 | DW | RW FLEISCHER'S TIME RECORDS; CALL W/ PAINTER; LTR TO ERNIE; EDIT LTR TO GILL | | 0.6 | (YELLOW) |
| 12/9/2005 | DW | CALL KATHY KELLEY RE THIRD SUPP. FEE PETITION | | 0.2 | (YELLOW) |
| 12/9/2005 | DW | REVIEW KATHY KELLEY MATERIAL; CALL KATHY | | 0.1 | (YELLOW) |
| 12/12/2005 | DW | REVIEW FDIC CLAIMS PROCEDURE | | 0.3 | (YELLOW) |
| 12/12/2005 | DW | EDIT THIRD SUPP PETITION; CALL W/ KATHY KELLEY | | 0.6 | (YELLOW) |
| 12/12/2005 | DW | CALL W/ FLEISCHER | | 0.1 | (YELLOW) |
| 12/15/2005 | DW | CALL FLEISCHER, EDIT SUMMARY CLAIM, RW & SIGN SUMMARY CLAIM | | 0.9 | (YELLOW) |
| 12/28/2005 | DW | CALL DALE WEIGHT | | 0.1 | (YELLOW) |
| 1/26/2006 | DW | RE SUPPLEMENTAL FEE PETITION | | 0.2 | (YELLOW) |
| 1/27/2006 | DW | EDITING DALE WEIGHT LTR | | 0.2 | (YELLOW) |
| 2/1/2006 | DW | MEMO TO J PAINTER ABOUT SUPP. FEE PETITION | | 0.2 | (YELLOW) |
| 2/19/2006 | DW | RE CLAIMS COURT CASE LOCATING DOCS | | 0.2 | (YELLOW) |
| 2/23/2006 | DW | FIFTH SUPP. PROOF OF CLAIM | | 0.4 | (YELLOW) |
| 3/8/2006 | DW | CALL KATHY KELLEY RE FEE PETITION | | 0.1 | (YELLOW) |
| 3/8/2006 | DW | RICHARD GILL REQUEST ON FEE PETITION, CALL FLETCHER | | 0.3 | (YELLOW) |
| 3/8/2006 | DW | CALL WITH KATHY KELLEY RE BENJ. FRANKLIN FILES | | 0.2 | (YELLOW) |
| 3/9/2006 | DW | RE FILES & FEE PETITION, CALL KATHY KELLEY & J PAINTER | | 0.3 | (YELLOW) |
| 3/15/2006 | DW | CALL W/ GILL & FLETCHER RE FEE PETITION | | 0.3 | (YELLOW) |
| ~~3/16/2006~~ | ~~DW~~ | ~~CONFERENCE W/ JUDGE SMITH~~ | | ~~0.4~~ | ~~(Y) "GOODWILL CASE"~~ |
| ~~3/20/2006~~ | ~~DW~~ | ~~LTR TO KELBY~~ | | ~~0.2~~ | ~~(YELLOW)~~ |
| 3/21/2006 | DW | RE FEE PETITION, CALLS W/ KATHY KELLEY | | 0.3 | (YELLOW) |
| 3/22/2006 | DW | CALL W/ KATHY KELLEY RE FEE PETITION | | 0.1 | (YELLOW) |
| 3/23/2006 | DW | REVIEW FEE PETITION & EDITING | | 0.7 | (YELLOW) |
| 3/24/2006 | DW | RE FEE PETITION, CALL KATHY KELLEY & GEIST | | 0.2 | (YELLOW) |
| 3/24/2006 | DW | RE FEE PETITION TO GLINSMAN, REVIEW & EDIT KELBY'S DRAFT | | 0.8 | (YELLOW) |
| 3/25/2006 | DW | LETTER GLINSMAN RE REPRESENTATION BY FLETCHER | | 0.3 | (YELLOW) |
| 3/27/2006 | DSW | EDIT LTRS RE FEE APPLICATION | | 1.3 | (YELLOW) |
| 3/27/2006 | DSW | RESEARCHING TRANSCRIPT REFERENCES FOR BRIEF & ADDING EXCERPTS | | 0.5 | (YELLOW) |
| 3/27/2006 | DSW | LEFT MESSAGE FOR ALISON GEIST RE FEE PETITION | | 0.1 | (YELLOW) |
| 3/27/2006 | DSW | CONFERENCE CALL W/ PAMELA SAVANT RE FILES | | 0.3 | (YELLOW) |
| 3/28/2006 | DW | EDITING FEE APPLICATION DOCS | | 0.5 | (YELLOW) |
| 3/28/2006 | DW | DISCUSSION W/ J PAINTER ABOUT FEE PETITION DOCS | | 0.5 | (YELLOW) |
| 3/28/2006 | DW | CALL W/ FLETCHER RE FEE PETITION | | 0.2 | (YELLOW) |
| 3/28/2006 | DW | CALL W/ J PAINTER RE FEE PETITION | | 0.2 | (YELLOW) |
| 3/29/2006 | DW | TO J PAINTER'S RE FEE PETITION | | 0.4 | (YELLOW) |

# FDIC DELETIONS FROM TIME RECORDS

| | | | | | |
|---|---|---|---|---|---|
| 3/30/2006 | DW | REVIEW FLEISCHER MEMO | | 0.1 | (YELLOW) |
| 3/30/2006 | DW | CALL FLETCHER RE FEE PETITION | | 0.1 | (YELLOW) |
| 3/31/2006 | DW | MEMO TO KATHY KELLEY | | 0.1 | (YELLOW) |
| 4/20/2006 | DW | LEAVE MESSAGE FOR FLETCHER RE GLINSMAN LTR EDIT; CALL W/ FLETCHER | | 0.6 | (YELLOW) |
| 5/5/2006 | DW | SUPPLEMENTAL FEE PETITION | | 0.5 | (YELLOW) |
| 5/5/2006 | DW | CALL FLETCHER RE FEE PETITION | | 0.3 | (YELLOW) |
| | | **TOTAL ATTORNEY FEE PETITION HRS** | | **64.2** | |
| | | | | | |
| | | | | | |
| | | **MISC** | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | **TOTAL MISC HRS** | | **4.1** | |
| | | | | | |
| | | | | | |
| | | **TOTAL HOURS DISALLOWED** | | **192.95** | |