| | |
|---|---|
| **WINSTON & STRAWN LLP,** ) <br> ) <br> and ) <br> ) <br> **DON S WILLNER & ASSOCIATES, P.C.** ) <br> ) <br> and ) <br> ) <br> **BLACKWELL SANDERS PEPER MARTIN** ) <br> and ) <br> **ERNEST M. FLEISCHER** ) <br> ) <br> Consolidated Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **FEDERAL DEPOSIT INSURANCE** ) <br> **CORPORATION, AS RECEIVER FOR** ) <br> **THE BENJ. FRANKLIN FS&LA,** ) <br> **PORTLAND, OREGON** ) <br> ) <br> Defendant. ) <br> ) | Civil Case No. 06-01120 (EGS) <br><br> [Consolidated with No. 06-01227 (EGS) and No. 06-01273 (EGS)] |

CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2008 I electronically filed the following: (1) Motion for Summary Judgment of Don S. Willner & Associates, P.C., (2) Table of Contents, (3) Table of Authorities, and (4) Exhibits to Motion, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Bruce Taylor, Esq., of the FDIC at btaylor@fdic.gov; James Borthwick at jborthwick@blackwellsanders.com; Jeremiah Collins at jcollins@bredhoff.com; and William Francis Demarest at william.demarest@huschblackwell.com.

                                                          __/s/ Angela C. Cox 06/24/08_____
                                                          Angela C. Cox, Legal Assistant

CERTIFICATE OF SERVICE          DON S. WILLNER & ASSOCIATES, PC
Page 1 of 1                          630 Sunnyside Road
                                       Trout Lake, WA 98650
                                Tel: (509) 395-2000 Fax: (509) 395-2939