| | |
|---|---|
| **WINSTON & STRAWN LLP,** ) <br> ) <br> and ) <br> ) <br> **DON S WILLNER & ASSOCIATES, P.C.** ) <br> ) <br> and ) <br> ) <br> **BLACKWELL SANDERS PEPER MARTIN** ) <br> and ) <br> **ERNEST M. FLEISCHER** ) <br> ) <br> Consolidated Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **FEDERAL DEPOSIT INSURANCE** ) <br> **CORPORATION, AS RECEIVER FOR** ) <br> **THE BENJ. FRANKLIN FS&LA,** ) <br> **PORTLAND, OREGON** ) <br> ) <br> Defendant. ) <br> ) | Civil Case No. 06-01120 (EGS) <br><br> [Consolidated with No. 06-01227 (EGS) and No. 06-01273 (EGS)] |

CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2008 I electronically filed the following: (1) Errata Sheet for Motion for Summary Judgment of Don S. Willner & Associates, P.C., (2) Exhibits AA-CC (in multiple files), (3) Certificate of Service for June 23, 2008, and (4) this Certificate of Service with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Bruce Taylor, Esq., of the FDIC at btaylor@fdic.gov; James Borthwick at jborthwick@blackwellsanders.com; Jeremiah Collins at jcollins@bredhoff.com; and William Francis Demarest at william.demarest@huschblackwell.com.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Angela C. Cox 06/24/08
　　　　　　　　　　　　　　　　　　　　　　　　　　Angela C. Cox, Legal Assistant