# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WINSTON & STRAWN LLP,** )<br>)<br>and )<br>)<br>**DON S WILLNER & ASSOCIATES, P.C.** )<br>)<br>and )<br>)<br>**BLACKWELL SANDERS PEPER MARTIN** )<br>and )<br>**ERNEST M. FLEISCHER** )<br>)<br>　　　　　Consolidated Plaintiffs, )<br>)<br>　v. )<br>)<br>**FEDERAL DEPOSIT INSURANCE** )<br>**CORPORATION, AS RECEIVER FOR** )<br>**THE BENJ. FRANKLIN FS&LA,** )<br>**PORTLAND, OREGON** )<br>)<br>　　　　　Defendant. )<br>) | SECOND ERRATA SHEET FOR MOTION FOR SUMMARY JUDGMENT OF DON S. WILLNER & ASSOCIATES, P.C., INCLUDING A MEMORANDUM OF POINTS AND AUTHORITIES AND REQUEST FOR ORAL ARGUMENT<br><br><br><br>Civil Case No. 06-01120 (EGS)<br><br>[Consolidated with No. 06-01227 (EGS) and No. 06-01273 (EGS)] |

The Motion for Summary Judgment was electronically filed and served on June 23, 2008. It consisted of over five hundred (500) pages of documents. We failed to notice that an earlier draft of the exhibit list was filed by mistake and the corrected exhibit list is attached. In addition, in Exhibit N, Deposition of Richard Gill, we filed numerous pages, but inadvertently left out the attached pages to that deposition.

Dated this 27th day of June, 2008.


　/s/ Don S. Willner 06/27/08_____
Don S. Willner