EXHIBITS TO MOTION FOR SUMMARY JUDGMENT OF
DON S. WILLNER & ASSOCIATES, P.C.

| | | |
|---|---|---|
| Exhibit A | - | Willner Declaration of June 23, 2008. |
| Exhibit B | - | Willner letter to Taylor of May 3, 2002. |
| Exhibit C | - | Excerpts from Taylor Deposition. |
| Exhibit D | - | Willner letter to Taylor of May 10, 2002. |
| Exhibit E | - | Inter-Agency Agreement between RTC and later FDIC with the IRS. |
| Exhibit F | - | Agreement between Willner and FDIC of January 25, 1999. |
| Exhibit G | - | Willner letter to Taylor of May 20, 2002. |
| Exhibit H | - | Willner letter to Taylor of June 6, 2002. |
| Exhibit I | - | Taylor letter to Willner dated June 6, 2002, but received June 11, 2002. |
| Exhibit J | - | Excerpt from proceeding in Oregon Federal Court. |
| Exhibit K | - | The forty-three (43) letters between Willner, Department of Justice and the FDIC – November 1, 2002 to January 30, 2006 |
| Exhibit L | - | Summary of the forty-three (43) letters. |
| Exhibit M | - | FDIC Notice of Partial Dis-Allowance of Willner Claim. |
| Exhibit N | - | Excerpts from Gill Deposition. |
| Exhibit O | - | NONE (was duplicate of Gill Depo. excerpts) |
| Exhibit P | - | Affidavit of Cooper |
| Exhibit Q | - | Affidavit of Garbow |
| Exhibit R | - | Affidavit of Millian |
| Exhibit S | - | Markowitz Declaration. |
| Exhibit T | - | Heiling Declaration. |
| Exhibit U | - | Honorable James M. Burns Declaration. |
| Exhibit V | - | Honorable Berkeley Lent Declaration. |
| Exhibit W | - | Laird Kirkpatrick Declaration. |
| Exhibit X | - | G. Dale Weight, PhD Declaration. |
| Exhibit Y | - | Agreement between Willner and FDIC of November 8, 2004. |
| Exhibit Z | - | Joint Declaration of former officers, directors, or executives of Benj. Franklin. |
| Exhibit AA | - | Time Records. |
| Exhibit BB | - | FDIC Deletions from Time Records. |
| Exhibit CC | - | Worksheets re Time Records. |