|  |  |  |
|---|---|---|
| **WINSTON & STRAWN LLP,** | ) | |
| and | ) | |
| **DON S WILLNER & ASSOCIATES, P.C.** | ) | |
| and | ) | |
| **BLACKWELL SANDERS PEPER MARTIN** and **ERNEST M. FLEISCHER** | ) | Civil Case No. 06-01120 (EGS) |
| Consolidated Plaintiffs, | ) | [Consolidated with No. 06-01227 (EGS) and No. 06-01273 (EGS)] |
| v. | ) | |
| **FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR THE BENJ. FRANKLIN FS&LA, PORTLAND, OREGON** | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2008 I electronically filed the following: (1) Second Errata Sheet for Motion for Summary Judgment of Don S. Willner & Associates, P.C., (2) Corrected Exhibit List, (3) Additional pages to Exhibit N (Gill Deposition), and (4) this Certificate of Service with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Bruce Taylor, Esq., of the FDIC at btaylor@fdic.gov; James Borthwick at jborthwick@blackwellsanders.com; Jeremiah Collins at jcollins@bredhoff.com; and William Francis Demarest at william.demarest@huschblackwell.com

  /s/ Angela C. Cox 06/27/08
Angela C. Cox, Legal Assistant

CERTIFICATE OF SERVICE           DON S. WILLNER & ASSOCIATES, PC
Page 1 of 1                      630 Sunnyside Road
                                 Trout Lake, WA 98650
                                 Tel: (509) 395-2000  Fax: (509) 395-2939