# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WINSTON & STRAWN LLP,** | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **DON S. WILLNER & ASSOCIATES, P.C.** | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **BLACKWELL SANDERS PEPER MARTIN** | ) | |
| and | ) | Civil Case No. 06-01120 (EGS) |
| **ERNEST M. FLEISCHER** | ) | |
| | ) | [Consolidated with No. 06-01227 |
| Consolidated Plaintiffs, | ) | (EGS) and No. 06-01273 (EGS)] |
| | ) | |
| v. | ) | |
| | ) | |
| **FEDERAL DEPOSIT INSURANCE** | ) | |
| **CORPORATION, AS RECEIVER FOR** | ) | |
| **THE BENJ. FRANKLIN FS&LA,** | ) | |
| **PORTLAND, OREGON** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

For the reasons stated in the Memorandum Opinion issued this same day, it is by the Court hereby

**ORDERED** that Plaintiff Willner and Associates's motion for summary is **DENIED**; and it is

**FURTHER ORDERED** that Plaintiff Blackwell Sanders Peper Martin's motion for an order clarifying what evidence may be presented at trial, or for reconsideration of the Court's Order and Memorandum Opinion entered July 13, 2007, is **DENIED**; and it is

**FURTHER ORDERED** that the fees previously paid to the plaintiffs by the

FDIC were reasonable and therefore the plaintiffs are not entitled to additional fees under

any theory; and it is

**FURTHER ORDERED** that this action is dismissed with prejudice.

**SO ORDERED**.


**Signed**:                    **Emmet G. Sullivan**
                               **United States District Judge**

If the preceding order is entered, notice should be provided to the following persons:

Bruce C. Taylor
Federal Deposit Insurance Corporation
550 17th Street, NW
Room VS-E7118
Washington, DC 20429
(703) 562-2436 (Telephone)
(703) 562-2478 (Facsimile)
btaylor@fdic.gov

Jeremiah A. Collins
BREDHOFF & KAISER, PLLC
805 15th Street, NW
Washington, D.C. 20005-2207
(202) 842-2600 (Telephone)
(202) 842-1888 (Facsimile)
jcollins@bredhoff.com

Don S. Willner
DON S. WILLNER AND ASSOCIATES
630 Sunnyside Road
Trout Lake, Washington 98650
(509) 395-2000 (Telephone)
(509) 395-2939 (Facsimile)
donswillner@aol.com

James Borthwick
HUSCH BLACKWELL SANDERS LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Phone: (816) 983-8000
Facsimile: (816) 983-8080
jim.borthwick@huschblackwell.com
jborthwick@blackwellsanders.com

William F. Demarest
HUSCH BLACKWELL SANDERS LLP
750 17th Street, NW
Suite 1000
Washington, D.C. 20006
(202) 378-2300 (Telephone)
(202) 378-2319 (Facsimile)
william.demarest@huschblackwell.com