# INDEX TO ALL FDIC EXHIBITS

**NOTE** – FDIC Exhibits 1 through 14 appear in three volumes accompanying the FDIC's opposition and cross motion filed February 22, 2007 (Doc. 15). FDIC Exhibits 15 through 21 accompany the FDIC's reply filed March 30, 2007 (Doc. 22). FDIC Exhibits 22 through 78 accompany the FDIC's opposition filed July 23, 2008.

**Document**                                                **Ex. No.**

### FDIC EXHIBITS TO OPP. & CROSS-MOTION – VOL I (2/22/2007)

Letter to Robert Suess from Don Willner (8/22/1990) ...................................................1

Order, *Suess v. FDIC*, No. 02-807-HA (D.Ore.) (7/26/2002). .....................................2

Joint Unopposed Motion, *United States v. FDIC,* No. 02-1427 (D.D.C.) (4/22/2003)..................................................................................................................3

Email to Tom Buchanan from Rosemary Stewart (9/28/2005) .....................................4

Notice to Shareholders, *United States v. FDIC*, No. 02-1427 (D.D.C.) (2/3/2006)....................................................................................................................5

Order, *United States v. FDIC*, No. 02-1427 (D.D.C.) (5/2/2006) ................................6

Notice of Partial Disallowance of Claim to Rosemary Stewart from Glenn Glinsmann (5/17/2006) ......................................................................................7

Undated letter to FDIC from Robert Suess..................................................................8

Letter to Richard Gill from Robert Suess (1/4/2007) ...................................................9

### FDIC EXHIBITS TO OPP. & CROSS-MOTION – VOL. II (2/22/2007)

Buchanan Deposition (1/17/2007) ............................................................................10

Willner Deposition (1/18/2007)................................................................................11

### FDIC EXHIBITS TO OPP. & CROSS-MOTION – VOL. III (2/22/2007)

Fleischer Deposition (1/18/2007) .............................................................................12

Stewart Deposition (1/18/2007)................................................................................13

Gill Declaration (2/22/2007).....................................................................................14

**INDEX TO ALL FDIC EXHIBITS**

**Document**                                                               **Ex. No.**

**FDIC EXHIBITS TO REPLY (3/30/2007)**

Letter to Robert Clark from Tax Division (12/2/2004) ................................................15

Letter to Tax Division from Richard Aboussie (7/13/2005).........................................16

Letter to Richard Aboussie from Tax Division (11/16/2005).......................................17

Email to Henry Darmstadter from Richard Gill (3/1/2005)..........................................18

Email to Henry Darmstadter from Richard Gill (3/4/2005)..........................................19

Letter to Tom Buchanan from FDIC (3/19/2007)..........................................................20

Second Declaration of Richard Gill (3/30/2007).........................................................21

**FDIC EXHIBITS TO OPPOSITION (7/23/2008)**

Willner Invoice (09/30/2001) (Submitted with original Proof of Claim)....................22

Willner Invoice (05/10/2002) (Submitted with original Proof of Claim)....................23

Willner Invoice (06/06/2002) (Submitted with original Proof of Claim)....................24

Willner Invoice (07/16/2002) (Submitted with original Proof of Claim)....................25

Willner Invoice (08/16/2002) (Submitted with original Proof of Claim)....................26

Willner Invoice (09/09/2002) (Submitted with original Proof of Claim)....................27

Willner Invoice (10/01/2002) (Submitted with original Proof of Claim)....................28

Willner Invoice (10/02/2002) (Submitted with original Proof of Claim)....................29

Willner Invoice (10/15/2002) (Submitted with original Proof of Claim)....................30

Willner Invoice (10/30/2002) (Submitted with original Proof of Claim)....................31

Willner Invoice (10/31/2002) (Submitted with original Proof of Claim)....................32

Willner Invoice (12/02/2002) (Submitted with original Proof of Claim)....................33

Willner Invoice (01/27/2003) (Submitted with original Proof of Claim)....................34

Willner Invoice (03/27/2003) (Submitted with original Proof of Claim)....................35

Willner Invoice (09/01/2004) (Submitted with original Proof of Claim)....................36

Willner Invoice (09/03/2004) (Submitted with original Proof of Claim)....................37

Willner Invoice (09/08/2004) (Submitted with original Proof of Claim)....................38

Willner Invoice (11/21/2004) (Submitted with original Proof of Claim)....................39

# INDEX TO ALL FDIC EXHIBITS

**Document**                                                                                         **Ex. No.**

Willner Invoice (01/05/2005) (Submitted with original Proof of Claim)....................40

Willner Invoice (05/03/2005) (Submitted with original Proof of Claim)....................41

Willner Invoice (06/17/2005) (Submitted with original Proof of Claim)....................42

Willner Invoice (06/30/2005) (Submitted with original Proof of Claim)....................43

Willner Invoice (08/10/2005) (Submitted with original Proof of Claim)....................44

Willner Invoice (09/05 2005) (1st Supplemental Proof of Claim) .............................45

Willner Invoice (11/04/2005) (2nd Supplemental Proof of Claim)...........................46

Willner Invoice (12/09/2005) (3rd Supplemental Proof of Claim) ............................47

Willner Invoice (01/12/2006) (4th Supplemental Proof of Claim).............................48

Willner Invoice (02/20/2006) (5th Supplemental Proof of Claim).............................49

Willner Invoice (03/28/2006) (6th Supplemental Proof of Claim).............................50

Willner Invoice (05/10/2006) (7th Supplemental Proof of Claim).............................51

Willner Proof of Claim Explanation ..........................................................................52

National Law Journal Survey of Nationwide Fees (12/06/2004) ..............................53

Message from the U.S. District Court for the District of Oregon..............................54

Oregon State Bar Economic Survey (Sept. 2002) .....................................................55

Letter to Fleischer from Willner (08/12/2002) ..........................................................56

Fleischer Invoice of Estimated Fees (07/25/2005) ....................................................57

Fleischer Invoice with Detail (03/03/2006) (resent 05/18/2006)...............................58

Suess Declaration (06/19/2008).................................................................................59

Trout Lake, Washington Information (Excerpt) .......................................................60

Willner Business Listing in Trout Lake (Excerpt)......................................................61

Docket in Goodwill Case (*Suess v. United States*) (Excerpt) ...................................62

Suess Supplemental Declaration (07/09/2008)..........................................................63

Siemens Declaration (07/08/2008) ............................................................................64

Hindes Declaration (7-21-2008) ................................................................................65

Gill Declaration (Third) (7/23/2008) .........................................................................66

Winston & Strawn invoice (04/23/2003) (Excerpt)...................................................67

# INDEX TO ALL FDIC EXHIBITS

**Document**                                                   **Ex. No.**

Winston & Strawn invoice (05/17/2004) (Excerpt)......................................................68
Chart – Hours Disallowed by FDIC to Willner's Original Proof of Claim..................69
Chart – Hours Disallowed by FDIC to Willner's 1st Supp. Proof of Claim ...............70
Chart – Hours Disallowed by FDIC to Willner's 2nd Supp. Proof of Claim..............71
Chart – Hours Disallowed by FDIC to Willner's 3rd Supp. Proof of Claim ..............72
Chart – Hours Disallowed by FDIC to Willner's 4th Supp. Proof of Claim...............73
Chart – Hours Disallowed by FDIC to Willner's 5th Supp. Proof of Claim...............74
Chart – Hours Disallowed by FDIC to Willner's 6th Supp. Proof of Claim...............75
Chart – Hours Disallowed by FDIC to Willner's 7th Supp. Proof of Claim...............76
Chart – Willner Calls & Fax Entries..........................................................................77
Chart – Willner Hours That FDIC Could Have Disallowed (Excluding Calls) ..........78