Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

September 30, 2001

In Reference To: Benj. Franklin Savings & Loan 90-W-6054

　　　　　　　　Tax Case

Invoice #10242

### Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| **DSW** | | | |
| 9/12/01 DSW Memo to staff regarding tax letter. | | 0.20 | 25.00 |
| 12/21/01 DSW Reviewing tax memos. | | 3.50 | 437.50 |
| 12/26/01 DSW Call with FDIC Attorney Igo regarding tax memos. | | 0.20 | 25.00 |
| SUBTOTAL: | [ | 3.90 | 487.50] |
| For professional services rendered | | 3.90 | $487.50 |
| Previous balance | | | $4,348.56 |
| Balance due | | | $4,836.06 |
| Previous balance of CR Seuss Tax Trust Fund | | | $4,310.35 |
| New balance of CR Seuss Tax Trust Fund | | | $4,310.35 |

<u>Tax matters which arose before and during the U.S. Court of Federal Claims trial for which my daily time records did not differentiate tax matters from other aspects of an intense pre-trial and trial.</u>

1. **The attempt to present to the Claims Court the issue of the taxability of the loan made to the Receivership from Federal Financial Assistance which was repaid with interest.**

Most of this work was done by attorney Thomas Buchanan under my general supervision. He obtained extensive documents from FDIC, took lengthy depositions of two FDIC tax specialists, recruited a potential CPA witness, and presented the argument to the Court. Judge Smith rejected this evidence as not being ripe for determination by the Claims Court. My work consisted of review of FDIC documents, consultation with Mr. Buchanan and with tax attorneys, review of legal memoranda, conference with potential CPA witness, and consultation with former Benj. Franklin tax specialists, for a total of not less than 15 hours.

2. **The attempt to include any tax paid to the IRS as restitution damages in the Claims Court case because Federal Financial Assistance would not have been needed if Benj. Franklin had not been seized.**

After rejection of the issue of taxability, we changed our approach and moved to allow evidence of this post seizure tax to be considered as restitution damages. I had primary responsibility for this issue which was presented first by extensive argument on admissibility, then through the expert testimony of economist Dr. Paul Horvitz and in final argument. My work consisted of conferences with co-counsel, court argument, meetings with Dr. Horvitz in preparation for and presenting his testimony on this and other subjects to the Court. This evidence was received by the Court but ignored in the Court's decision. I spent, not less than 20 hours on this tax issue.

3. **The detailed Stipulated Order about the Federal Financial Assistance Tax.**

The Court and co-counsel wanted a way of memorializing in the record the statue of the tax negotiations and the fact that most of the dispute was over Federal Financial Assistance to the Receivership. Tom Buchanan, FDIC's attorney Jim Igo, and I worked on the Stipulated Order along with government attorney Jonathan Lawlor. I spent not less than 5 hours on this tax issue.

*The total of this tax related work before and during the Claims Court trial was therefore, not less than 40 hours.*

DON S. WILLNER & ASSOCIATES, PC
630 Sunnyside Road
Trout Lake, WA 98650
Tel: (509) 395-2000 / Fax: (509) 395-2939

FDIC Ex. 22

Don S. Willner & Assoc.

Benj. Franklin
Total TAX hours

September 2001, May 2002-July 2005

| Hours | |
|---|---|
| 39.80 | Jul-05 |
| 30.90 | Jun-05 |
| 9.70 | May-05 |
| 31.20 | Jan-Apr 05 |
| 53.30 | Nov-Dec 04 |
| 42.50 | Sept-Oct 04 |
| 164.10 | Mar-Aug 04 |
| 95.50 | Mar 03-Mar 04 |
| 19.60 | Jan-Feb 03 |
| 15.60 | Dec-02 |
| 39.10 | Nov-02 |
| 15.60 | Oct-02 |
| 9.50 | Oct-02 |
| 30.00 | Sep-02 |
| 27.40 | Aug-02 |
| 28.30 | Jul-02 |
| 81.40 | Jun-02 |
| 7.30 | May-June 02 |
| 12.60 | Apr-02 |
| 3.90 | Sept-Dec 02 |
| 757.30 | |
| 40.00 | 1988 & 1999 estimate  *Estimate 40* |
| 797.30 | Total hours for TAX only |

*40 hrs disallowed only estimate No detail*

FDIC Ex. 22