WILLNER U'REN & HOOTON, LLP
111 SW Naito Pkwy, # 303
Portland, OR  97204-3500


Invoice submitted to:
C. Robert Suess
260 E 38th
Eugene OR 97405


May 10, 2002

In Reference To: Benj. Franklin Savings & Loan 90-W-6054

Invoice # 10143


Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **CLW** | | | | |
| 04/24/2002 | CLW | Conduct legal research re:conflicts of interest rules and opinions; re: attorney prospective expert witness M. Duhl | 2.00 | 200.00 |
| 04/25/2002 | CLW | Continue legal research re: conflict of interest rules and opinions for American Bar Association  and Illinois and Oregon Bar Association re: potential expert witness M. Duhl | 5.00 | 500.00 |
| SUBTOTAL: | | | [ 7.00 | 700.00] |

FDIC Ex. 23

C. Robert Suess

Page    3

Hours    Amount

| | | Hours | Amount |
|---|---|---|---|
| 04/24/2002 DSW  Editing letter to Duhl and picking; enclosures | | 0.40 | 50.00 |
| DSW  Locating David Roche of DeLoitte and phoning him in San Jose  o \L | | 0.30 | 37.50 |

SUBTOTAL:                                                              [    42.70    5,337.50]

DW _____                    Subtotal Excluding Non-Tax Hours    0.70    87.50

. 2 hrs
disallowed

04/12/2002

| | | | Hours | Amount |
|---|---|---|---|---|
| | DW | Call with Mike Caccone of DeLoitte & Touche | 0.10 | 12.50 |
| | DW | Preparation of analysis of status of tax matter | 1.70 | 212.50 |
| | DW | Call with mike Buell of DeLoitte & Touche | 0.90 | 112.50 |
| | DW | Arranging Washington DC flight to see tax attorney | 0.20 | 25.00 |

FDIC Ex. 23

C. Robert Suess

Page    4

Hours    Amount

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 04/26/2002 | DW | Phone call with Don Hooton re: research on Duhl's potential conflict | | 0.30 | 37.50 |
| | DW | Call Hooton re: research | | 0.20 | 25.00 |
| | DW | Call with Leo Sherry re: taxes; review of Leo's memo re: taxes | | 0.50 | 62.50 |
| 04/28/2002<br>04/29/2002 | DW | To airport for trip to Chicago; prepare memo to Mike Duhl during flight | ○\L | 6.50 | 812.50 |
| | DW | Memo on conversation with Duhl | | 0.80 | 100.00 |
| | DW | Prepare for Duhl meeting | | 0.70 | 87.50 |

SUBTOTAL:                                                                [    77.60    9,700.00]

Subtotal Excluding Non-Tax Hours        11.90    1,487.50

FDIC Ex. 23

C. Robert Suess

Hours    Amount

For professional services rendered

Additional Charges :                                        Excluding Non-Tax Hours

Costs

| 04/26/2002 | Delivery charges from UPS invoice dated 04/06/02 to Tom Buchanan and Lloyd Scott | 28.14 |
| | Delivery charges from UPS invoice dated 04/13/02 | 72.27 |
| | Delivery charges from UPS invoice dated 04/20/02 | 79.40 |
| | Transerv Delivery charge invoice dated 03/31/02 | 4.00 |
| 05/01/2002 | Long Distance Telephone Charges | 52.15 |
| | Photocopy expenses | 11.80 |
| | Postage | 47.83 |

160.50 $18,490.00
12.60   $1,575.00

SUBTOTAL:                                                                                    [    295.59]

Total costs                                                                                       $295.59

Total amount of this bill                                                                  $18,785.59
                                                      Total Excluding Non-Tax Hours      $ 1,870.59