WILLNER U'REN & HOOTON, LLP
111 SW Naito Pkwy. # 303
Portland, OR 97204-3500

Invoice submitted to:
C. Robert Suess
260 E 38th
Eugene OR 97405

June 06, 2002

In Reference To: Benj. Franklin Savings & Loan 90-W-6054

Invoice # 10153

Professional Services

|  | Hours | Amount |
|---|---|---|
| DSW |  |  |
| 04/25/2002 DSW Arranging material for Chicago trip | 0.20 | 25.00 |
| DSW Collecting materials for Chicago trip | 0.50 | 62.50 |

*.7 hrs Disallowed* (handwritten note)

FDIC Ex. 24

C. Robert Suess

Page 2

| | | Hours | Amount |
|---|---|---|---|
| 05/01/2002 | | | |
| | DSW  Review Interagency agreement; send to Jim Dunn | 0.30 | 37.50 |
| | DSW  Attempt to return David Roche's call | 0.10 | 12.50 |
| 05/02/2002 | | | |
| | DSW  Attempt to reach Duhl; leave message | 0.10 | 12.50 |

.2 hrs disallowed

| 05/09/2002 | | | |
|---|---|---|---|
| | DSW  Attempt to reach Mike Duhl | 0.10 | 12.50 |

C. Robert Suess

Page   3

Hours     Amount

05/14/2002

| | | Hours | Amount |
|---|---|---|---|
| DSW | Edit Bruce Taylor letter | 0.50 | 62.50 |
| DSW | Draft letter to Taylor | 0.30 | 37.50 |
| DSW | Call with Mike Duhl | 0.20 | 25.00 |
| DSW | Call with Bruce Taylor | 0.20 | 25.00 |
| DSW | Attempt to reach Bruce Taylor | 0.10 | 12.50 |

| 05/16/2002 | DSW | Review and edit letter to Taylor send to Duhl and Stouck for review | 0.20 | 25.00 |

*[handwritten note:]* a 1 hr disallowed

C. Robert Suess

Page 5

| | | | Hours | Amount |
|---|---|---|---|---|
| 05/03/2002 | DW | Call with Leo Sherry about Mike Duhl and FFA | 0.30 | 37.50 |
| | DW | Letter to Bruce Taylor (FDIC) | 0.30 | 37.50 |
| | DW | Call with Mike Duhl | 0.20 | 25.00 |
| | DW | Call with Bruce Taylor | 0.20 | 25.00 |
| | DW | Setting up conference call  o k | 0.10 | 12.50 |
| | DW | Client call with clients | 1.50 | 187.50 |
| 05/06/2002 | DW | Call clerk re: filing; call Hooton and Sarah | 0.50 | 62.50 |
| 05/10/2002 | | | | |
| | DW | Preparation, editing and sending letter to Bruce Taylor of FDIC | 0.50 | 62.50 |

(handwritten annotation: "ok")

C. Robert Suess

Page 6

Hours    Amount

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 05/17/2002 | DW | Attempt to reach client; editing draft letter to Taylor with enclosures; and cover letter to Stouck | 0.30 | 37.50 |
| | DW | Call with Mike Duhl; revising letter to Stouck | 0.30 | 37.50 |
| | DW | Attempt to reach court clerk; call from Fred Paulsell | 0.10 | 12.50 |
| | | | 0.10 | 12.50 |
| | DW | Review letter to Bruce Taylor | 0.10 | 12.50 |

hrs disallowed

C. Robert Suess

Page 7

| | Hours | Amount |
|---|---|---|

| | | Hours | Amount |
|---|---|---|---|
| SUBTOTAL: | [ | 21.50 | 2,650.00] |
| Subtotal Excluding Non-Tax Hours | | 7.30 | 912.50 |
| For professional services rendered | | 47.00 | $5,700.00 |
| Total Excluding Non-Tax Hours | | 7.30 | $ 912.50 |

Additional Charges :

Costs

| | | |
|---|---|---|
| 05/07/2002 | Delivery charges from UPS invoice dated 05/26/01 | 20.50 |
| 05/31/2002 | Delivery charges from UPS invoice dated May 11, 2002 | 85.01 |
| | Delivery charges from UPS invoice dated April 27, 2002 | 21.37 |
| 06/05/2002 | Long Distance Telephone Charges | 69.04 |
| | Postage | 72.69 |
| | Photocopy expenses | 62.60 |

FDIC Ex. 24

C. Robert Suess

Page 8

|  | Amount |
|---|---|
| SUBTOTAL: | [    331.21] |
| Total costs | $331.21 |
| Total amount of this bill | $6,031.21 |
| Total Excluding Non-Tax Hours | $1,243.71 |

FDIC Ex. 24