WILLNER U'REN & HOOTON, LLP
111 SW Naito Pkwy. # 303
Portland, OR 97204-3500

Invoice submitted to:
C. Robert Suess
260 E 38th
Eugene OR 97405

July 16, 2002

In Reference To: Benj. Franklin Savings & Loan 90-W-6054

Invoice # 10228

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| | DSW | | | |
| 04/28/2002 | DSW | Airport for trip to Chicago; prepare memo to Mike Duhl during flight | 6.50 | 812.50 |
| | DSW | Prepare for Duhl meeting | 0.70 | 87.50 |
| 04/29/2002 | DSW | Memo on conversation with Mike Duhl | 0.80 | 100.00 |
| | DSW | To Prudential Building for meeting with Mike Duhl; and Duhl meeting | 2.00 | 250.00 |

C. Robert Suess                                                                                              Page   2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 06/06/2002 | DSW | Review Bruce Taylor letter; fax to Stouck and Markowitz | 0.30 | 37.50 |
| 06/11/2002 | DSW | Letter to Markowitz and Stouck re: tax case and Motion for Reconsideration; reviewing attachments | 0.40 | 50.00 |
|  | DSW | Preparation of draft Complaint against FDIC | 0.30 | 37.50 |
|  | DSW | Work on FDIC Complaint | 0.60 | 75.00 |
| 06/12/2002 | DSW | Work on draft FDIC Complaint | 0.90 | 112.50 |
|  | DSW | Work on draft of FDIC Complaint | 1.20 | 150.00 |
|  | DSW | Review Judgment; prepare fax; fax Taylor letter to Duhl; attempt to reach Lawlor; call with Claims Court Clerk; call with Duhl's secretary; review incoming orders; call with Leo Sherry; edit Federal Court Complaint; call with Mike Duhl | 1.80 | 225.00 |
| 06/13/2002 | DSW | Work on FDIC Complaint | 0.40 | 50.00 |
|  | DSW | Work on Fed. Ct. FDIC Complaint; call Stouck; attempt to reach Stewart re: Federal Court Complaint; collecting attachments; memo to Sarah | 2.00 | 250.00 |
|  | DSW | Review injunction rules and procedures; call Federal Court Clerk; message for Markowitz; preparation of Motion and Order to Show Cause | 0.80 | 100.00 |
| 06/17/2002 | DSW | Work on suit against FDIC | 1.80 | 225.00 |
|  | DSW | Research at law library on FDIC Complaint | 1.70 | 212.50 |
|  | DSW | Editing various documents re: FDIC Complaint | 0.80 | 100.00 |
|  | DSW | Conference with Leo Sherry re: verifying the Complaint | 0.40 | 50.00 |
|  | DSW | Review and signing of documents | 0.50 | 62.50 |
|  | DSW | to Federal Court filing new Complaint; obtaining temporary restraining order; letter to Taylor | 1.00 | 125.00 |
|  | DSW | Phone calls re: Judge Haggerty decision | 0.80 | 100.00 |
| 06/18/2002 | DSW | Call with Duhl re: deposition in Chicago | 0.20 | 25.00 |
|  | DSW | Researching plan travel to Chicago | 0.30 | 37.50 |
|  | DSW | Attempt to reach Taylor | 0.10 | 12.50 |
|  | DSW | Dictate Notice of Deposition and Subpoena; arranging for service | 0.40 | 50.00 |
|  | DSW | FDIC case- arranging injunction bond; numerous phone calls | 0.80 | 100.00 |
|  | DSW | Call and conf. with McIntyre re: Bond | 0.30 | 37.50 |
|  | DSW | Distributing injunction order | 0.20 | 25.00 |
|  | DSW | Call with Lawlor | 0.10 | 12.50 |
| 06/19/2002 |  |  |  |  |
|  | DSW | Calls with FDIC lawyers; Tom Buchanan; Jerry Stouck re: FDIC injunction | 1.60 | 200.00 |
|  | DSW | Searching for tax attorney | 0.20 | 25.00 |
| 06/20/2002 |  |  |  |  |
|  | DSW | Preparing tax information for Steve Klarquist; conf. w/ Steve | 0.80 | 100.00 |
|  | DSW | FDIC case - Call with Kathryn Topping | 0.10 | 12.50 |
|  | DSW | FDIC case- call from attorneys | 0.20 | 25.00 |
|  | DSW | Attempt to line up tax attorney; attempts to reach Miller, Zalutsky | 0.30 | 37.50 |
|  | DSW | FDIC case - Check rule 4 for service; conf. Sarah re: service | 0.20 | 25.00 |

.4 hrs

FDIC Ex. 25

C. Robert Suess                                                                                       Page   3

                                                                                          Hours      Amount

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 06/24/2002 | DSW | FDIC case - Leave tapes for Sarah at the office | 0.10 | 12.50 |
| | DSW | FDIC case - law library for research | 0.90 | 112.50 |
| | DSW | Call with Mike Duhl | 0.20 | 25.00 |
| | DSW | Call with Cathryn Topping | 0.30 | 37.50 |
| | DSW | Editing letter to Buchanan | 0.30 | 37.50 |
| | DSW | Call Steve Klarquist re: tax attorney/his affidavit | 0.20 | 25.00 |
| | DSW | Conference with Connie Wold re: Duhl's conflicts problem for brief | 0.40 | 50.00 |
| | DSW | Review local rules on preliminary injunction evidence | 0.40 | 50.00 |
| | DSW | Review textbook of preliminary injunction evidence | 0.30 | 37.50 |
| | DSW | Conference w/ Misty re: service of process on FDIC Corporate | 0.10 | 12.50 |
| | DSW | Making plane reservations | 0.40 | 50.00 |
| | DSW | Phone Tom Buchanan re: affidavit | 0.30 | 37.50 |
| | DSW | Editing letter to clients | 0.10 | 12.50 |
| | DSW | Editing letter to Baker | 0.10 | 12.50 |
| | DSW | Phone call Cathryn Topping; fax to Topping  GlC | 0.30 | 37.50 |
| | DSW | Collecting materials for Jerry Stouck meeting | 0.30 | 37.50 |
| | DSW | Drive to Eugene airport for Stouck conference | 3.50 | 437.50 |
| 06/25/2002 | DSW | Call with Connie Wold re: research; call with Cathryn Topping (FDIC atty.) | 0.50 | 62.50 |
| | DSW | Conference w/ Jerry Stouck | 0.20 | 25.00 |
| 06/26/2002 | DSW | Call Mike Duhl (FDIC case) | 0.20 | 25.00 |
| | DSW | Conf. w/ Sarah re: Affidavit of Compliance and Chicago trip | 0.30 | 37.50 |
| | DSW | Call Oregonian; letter to Oregonian business editor re: FDIC hearing | 0.40 | 50.00 |
| | DSW | Conf. w/ Sarah re: materials for Complaince Affidavit for Judge Haggerty | 0.20 | 25.00 |
| ok | DSW | Call with Peter Glade re: strategy for FDIC injunction hearing | 0.20 | 25.00 |
| | DSW | FDIC case - prep for Chicago trip  olC | 0.40 | 50.00 |
| | DSW | Review of FDIC letter | 0.10 | 12.50 |
| | DSW | Call with Jeff Manning (Oregonian Reporter) | 0.30 | 37.50 |
| 06/27/2002 | DSW | FDIC case - Affidavit of Compliance with service requirements | 0.30 | 37.50 |
| | DSW | FDIC case - flight to Chicago review and edit Tom Buchanan Affidavit; preparation of Supplemental Brief | 2.30 | 287.50 |
| | DSW | FDIC case - preparing for Chicago trip  olL | 1.50 | 187.50 |
| 06/28/2002 | DSW | FDIC case - preparation of Duhl deposition; complete supplemental brief; phone calls with Tom Buchanan re Affidavit; editing Affidavit; phone calls with Sarah re: preparation of material for court | 3.50 | 437.50 |
| | DSW | FDIC case - Duhl deposition; phone call with Tom Buchanan; review final Buchanan Affidavit; final edit of Supplemental Brief | 2.50 | 312.50 |
| | DSW | FDIC case - to airport; travel home; phone calls with Don Hooton re: case;  ok work on Cost Bill and Attorney Fee Petition | 7.00 | 875.00 |

SUBTOTAL:                                                                         [   76.10    9,512.50]
                              Subtotal Excluding Non-Tax Hours                     59.60    7,450.00
DW _____

.4 hrs
disallowed

FDIC Ex. 25

C. Robert Suess                                                                                       Page    4

                                                                                                Hours      Amount

04/19/2002

           DW    Preparing minutes of client meeting and discussing Federal Financial        2.00      250.00
                 Assistance tax problems with Leo Sherry

06/09/2002 DW    Prep of Complaint against FDIC                                              0.90      112.50
06/10/2002 DW    re: Federal Court Complaint                                                 0.20       25.00

06/14/2002

           DW    re: Federal Court Complaint against FDIC                                    2.80      350.00
06/16/2002 DW    FDIC suit                                                                   4.50      562.50
06/21/2002 DW    Attempt to reach Duhl; leave long message for Duhl                          0.20       25.00
           DW    FDIC case - review Tom Buchanan letter; letter to Tom and prep. of draft    0.50       62.50
                 affidavit for Tom
           DW    FDIC case - call with Cathryn Topping                                       0.10       12.50
           DW    FDIC case - calls with Topping, Jerry Stouck, Tina Terrell, Maryann DeLap   4.00      500.00
                 (court clerk); editing proposed Order; letter to Stouck
           DW    Call with Jerry Stouck re strategy in FDIC case                             0.30       37.50

           DW    Call with Jerry Stouck re: FDIC case                                        0.30       37.50
           DW    Fax letter to Mike Duhl                                                     0.10       12.50
           DW    Memo to Sarah re: service of process on FDIC                                0.10       12.50
           DW    Review letter to Buchanan                                                   0.10       12.50
           DW    FDIC case - memo to Jerry Stouck; fax to him with enclosures                0.70       87.50
06/27/2002 DW    FDIC case - work on Preliminary Injunction                                  5.00      625.00

                 SUBTOTAL:                                                              [   52.20    6,525.00]
                          Subtotal Excluding Non-Tax Hours                                  21.80    2,725.00

.1 hr disallowed

FDIC Ex. 25

C. Robert Suess

Page 5

Hours    Amount

|  |  | Hours | Amount |
|---|---|---|---|
| For professional services rendered |  | 146.40 | $17,845.50 |
| Excluding Non-Tax Hours |  | 81.40 | $10,175.00 |

Additional Charges :

Costs

| Date | Description | Amount |
|---|---|---|
| 05/21/2002 | Sprint bill for conference call charges | 767.31 |
|  | Final bill for preparation of Cost Bill | 25.00 |
| 06/17/2002 | US District Court Filing Fee for Complaint filed against FDIC | 150.00 |
| 06/24/2002 | One-half of Don Willner hotel bill in Eugene, OR | 58.45 |
| 06/25/2002 | LaSalle Process Servers- service fee on Mike Duhl | 82.00 |
|  | Witness fee for Mike Duhl for Deposition | 40.00 |
| 06/30/2002 | Photocopy expenses | 853.60 |
|  | Postage | 41.36 |
|  | Transerv delivery charge dated 5/07/02 | 18.98 |
|  | Transerv delivery charge dated 05/08/02 | 12.74 |
|  | Transerv delivery charge dated 05/15/02 | 6.25 |
|  | Delivery charges from UPS invoice dated 06/29/02 | 14.86 |
|  | Delivery charges from UPS invoice dated 06/29/02 | 14.11 |
|  | Delivery charges from UPS invoice dated 06/22/02 (four packages) | 59.19 |
|  | Invoices from Spriggs & Hollingsworth dated 5/7/02 and 6/7/02 | 3,142.94 |
|  | Long Distance Telephone Charges | 47.21 |
| 07/02/2002 | Bill from Jerry J. Young, CPA re: Benj. Franklin Trust Account | 355.00 |

SUBTOTAL:        [  5,689.00]

Total costs        $5,689.00

Total amount of this bill        $23,534.50

Total Excluding Non-Tax Hours        $15,864.00

FDIC Ex. 25