WILLNER U'REN & HOOTON, LLP
111 SW Naito Pkwy. # 303
Portland, OR 97204-3500

Invoice submitted to:
C. Robert Suess
260 E 38th
Eugene OR 97405

August 16, 2002

In Reference To: Benj. Franklin Savings & Loan 90-W-6054

Invoice # 10243

Professional Services

DSW

07/01/2002

| | | |
|---|---:|---:|
| DSW at Law Library re: FDIC case | 2.80 | 350.00 |
| DSW RE: FDIC case - phone Jerry Stouck | 0.10 | 12.50 |
| DSW Messages for clerk re: hearing (FDIC) | 0.10 | 12.50 |
| DSW Work on FDIC case | 1.00 | 125.00 |

07/02/2002

| | | |
|---|---:|---:|
| DSW Client conf. re: FDIC injunction hearing conf. with FDIC attys; conf. with client; lunch with Gary Hindes | 4.00 | 500.00 |

FDIC Ex. 26

C. Robert Suess                                                                                               Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 07/10/2002 | DSW | Attempt to reach Kathryn Topping | 0.10 | 12.50 |
|  | DSW | Review Hooton memo | 0.10 | 12.50 |
|  | DSW | FDIC - call Kathryn Topping | 0.20 | 25.00 |
|  | DSW | Conf. with Sarah re: update our status of case | 0.20 | 25.00 |
|  | DSW | FDIC - review of Gary Hindes letter; and letter to clients | 0.20 | 25.00 |
| 07/17/2002 |  |  |  |  |
|  | DSW | Attempt to reach Baker and Green, and Sherry | 0.10 | 12.50 |
|  | DSW | FDIC - call Tina Tyrell re: IRS case | 0.10 | 12.50 |
|  | DSW | Review of briefs | 0.20 | 25.00 |
| 07/28/2002 | DSW | Re: Reply Brief | 0.80 | 100.00 |
| 07/30/2002 | DSW | FDIC - Notice of Appeal research and memo to Hooton | 0.20 | 25.00 |
|  | DSW | Re: Reply Brief | 3.80 | 475.00 |
|  | DSW | Call with client |  |  |
|  | DSW | FDIC - Notice of Appeal; conf. Hooton | 0.30 | 37.50 |
|  | DSW | Draft letter to FDIC & cover letter to Stouck | 0.20 | 25.00 |
|  | SUBTOTAL: |  | [ 28.40 | 3,525.00] |
|  |  | Subtotal Excluding Non-Tax Hours | 14.50 | 1,812.50 |
|  | DW |  |  |  |

07/03/2002

|  | DW | Call Hooton re: research- FDIC case | 0.10 | 12.50 |

07/04/2002

|  | DW | Letter to FDIC attorneys; letter to Jerry Stouck | 1.10 | 137.50 |
| 07/05/2002 | DW | Calls with Jerry Stouck re FDIC letter; prepare second draft of letter to FDIC; review 2nd draft over phone with Jerry; send out FDIC letter to three FDIC attorneys, edit website; send out website and FDIC letter to clients | 2.00 | 250.00 |

ok

.2 hrs

disallowed

FDIC Ex. 26

C. Robert Suess                                                                                                      Page    3

|            |     |                                                                                          | Hours | Amount   |
|------------|-----|------------------------------------------------------------------------------------------|-------|----------|
| 07/06/2002 | DW  | Memos to Hooton re: FDIC appeal research                                                 | 0.20  | 25.00    |
| 07/12/2002 | DW  | Letter to clients                                                                        | 0.20  | 25.00    |
|            | DW  | RE: FDIC case call with Sarah re: Motion to Reconsider                                   | 0.10  | 12.50    |
|            | DW  | Re: Motion for Reconsideration                                                           | 0.70  | 87.50    |
|            | DW  | Work on Motion for Reconsideration                                                       | 1.50  | 187.50   |
|            | DW  | RE: FDIC - locating Transcript    o\L                                                    | 0.20  | 25.00    |
|            | DW  | RE: FDIC; call with Kathryn Topping                                                      | 0.30  | 37.50    |
| 07/13/2002 | DW  | FDIC - motion re: injunction                                                             | 3.00  | 375.00   |
| 07/15/2002 | DW  | re: FDIC Motion; call Sarah                                                              | 0.10  | 12.50    |
|            | DW  | Re: US memo; call Sarah                                                                  | 0.10  | 12.50    |
|            | DW  | Review of FDIC memo and motion                                                           | 1.70  | 212.50   |
| 07/22/2002 | DW  | re: IRS tax claim; phone call with Jerry Stouck                                          | 0.30  | 37.50    |
| 07/25/2002 |     |                                                                                          |       |          |
|            | DW  | Review FDIC response                                                                     | 0.20  | 25.00    |
| 07/26/2002 | DW  | Prep. of reply to FDIC response; and review over telephone with Rosemary Stewart (Jerry Stouck law partner) | 1.50  | 187.50   |
|            | DW  | Call with Kathryn Topping- FDIC atty. re: relationship between IRS, FDIC and US; memo of phone conversation | 0.50  | 62.50    |

|                                              |          |              |
|----------------------------------------------|----------|--------------|
| SUBTOTAL:                                [   | 53.70    | 6,712.50]    |
| Subtotal Excluding Non-Tax Hours             | 13.8D    | 1,725.00     |
| For professional services rendered           | 89.20    | $11,125.00   |
| Excluding Non-Tax Hours                      | 28.3D    | # 3,537.50   |

C. Robert Suess                                                                                      Page   4

Additional Charges :

|  |  | Amount |
|---|---|---:|
| | **Costs** | |
| 07/02/2002 | Parking - Injunction Hearing FDIC | 7.50 |
| 07/19/2002 | Court Bonds fee for Court Bond on FDIC | 100.00 |
| 07/25/2002 | Invoice dated June 30, 2002 Transerv | 38.26 |
| | Transcript fee from Nancy M. Walker Suess v. FDIC | 27.50 |
| | Invoice dated July 6, 2002 from UPS | 58.69 |
| | Esquire Deposition Service for Mike Duhl deposition (Suess v. FDIC) | 428.80 |
| | Invoice dated 07/01/02 Rush Process Server | 30.00 |
| | Invoice dated 06/26/02 Rush Process Server (Suess v. FDIC) | 30.00 |
| | Thrift Litigation Trust Account-Schulz (Suess portion) | 485.00 |
| | Transcript invoice from Nancy M. Walker Suess v. FDIC | 18.00 |
| | Invoice dated June 22, 2002 UPS | 59.19 |
| | Invoice dated July 13, 2002 UPS | 40.55 |
| | Invoice dated June 29, 2002 from UPS | 28.97 |
| | Invoice dated July 6, 2002 from UPS | 58.69 |
| | Bill from Jerry Stouck Invoice dated July 12, 2002 | 3,152.35 |
| | Bill from Kathee Nelson for Work on Cost Bill and Atty. Fee Petition | 575.00 |
| 07/26/2002 | Photocopy expenses | 3.60 |
| 07/29/2002 | Delivery charges from UPS invoice dated 07/20/02 | 78.03 |
| | Photocopy expenses | 27.40 |
| 07/31/2002 | Transerv invoice dated July 23, 2002 | 52.24 |
| | Photocopy expenses | 0.40 |
| | Postage | 80.63 |
| | Photocopy expenses | 468.60 |
| | Winston & Strawn invoice dated July 24, 2002 | 2,658.51 |
| 08/02/2002 | Delivery charges from UPS invoice dated July 27, 2002 | 92.33 |

SUBTOTAL:                                                                           [    8,600.24]

Total costs                                                                              $8,600.24

Total amount of this bill                                                                $19,725.24

Balance due                                                                              $19,725.24

Excluding Non-Tax Hours    $12,137.74