WILLNER U'REN & HOOTON, LLP
111 SW Naito Parkway, Suite 303
Portland, OR  97204-3500

Invoice submitted to:
C. Robert Suess
260 E 38th
Eugene OR 97405

September 09, 2002

In Reference To: Benj. Franklin Savings & Loan 90-W-6054

Invoice # 10501

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| **DSW** |  |  |  |  |
| 08/01/2002 | DSW | Edit letter to FDIC attorneys; call to Sarah re tax. | 0.30 | 37.50 |
| 08/13/2002 | DSW | Edit draft of motion to intervene; legal research. | 4.00 | 500.00 |
| 08/14/2002 | DSW | Letter to FDIC attorneys. | 0.10 | 12.50 |
|  | DSW | Re FDIC request for documents. | 0.40 | 50.00 |
|  | DSW | Re IRS case - Call to Ernie Fleischer. | 0.20 | 25.00 |
|  | DSW | Edit Motion to Intervene | 0.50 | 62.50 |
|  | DSW | Letter to co-counsel | 0.20 | 25.00 |
| 08/15/2002 | DSW | Re IRS case - editing intervention motion; letter to co-counsel; letter to FDIC attorneys re discovery request. | 1.50 | 187.50 |
| 08/20/2002 | DSW | Call from IRS attorneys. | 0.50 | 62.50 |
|  | DSW | Call from FDIC attorneys | 0.30 | 37.50 |
| 08/21/2002 | DSW | Long conference call with Jerry Stouck, Rosemary Stewart, and Ernie Fleischer re IRS and FDIC;  Letters to IRS attorneys, FDIC attorneys and clients re tax case. | 2.10 | 262.50 |
|  | DSW | Attempt to reach Bob Shank; call Shank; call Fleischer office.  .1 | 0.30 | 37.50 |
|  | DSW | Re tax case - review of DC local rules and research.  GL | 0.50 | 62.50 |
|  | DSW | Editing of letter to IRS | 0.20 | 25.00 |
|  | DSW | Edit letter to FDIC | 0.20 | 25.00 |
| 08/22/2002 | DSW | Letter to clients, FDIC, and Department of Justice. | 0.50 | 62.50 |
|  | DSW | Picking audit documents for Ernie Fleischer; review documents. | 0.30 | 37.50 |
|  | DSW | Review letters to FDIC and Department of Justice with Rosemary Stewart. | 0.20 | 25.00 |
|  | DSW | Re reservations to Washington DC; call United Airlines. | 0.10 | 12.50 |
|  | DSW | Final edit of letters. | 0.30 | 37.50 |

*[handwritten note: .2 hrs disallowed]*

FDIC Ex. 27

C. Robert Suess                                                                                     Page   2

|  |  |  |  | Hours | Amount |
|---|---|---|---|---|---|
| 08/28/2002 | DSW | Telephone conference with Catherine Topping; sign and send stipulation to court. ok | | 0.30 | 37.50 |
| 08/29/2002 | DSW | Call to Ernie Fleischer. | | 0.20 | 25.00 |
| | | SUBTOTAL: | [ | 14.40 | 1,800.00] |
| | DW | Subtotal Excluding Non-Tax Hours | | 13.20 | 1,650.00 |
| 08/05/2002 | DW | Message, light changes with Stanley; attempt to reach Topping/call with Topping. •1 | | 0.30 | 37.50 |
| 08/09/2002 | DW | Memo and telephone call to Sarah re library, research, and documents needed. ok | | 0.20 | 25.00 |
| | DW | Telephone conversation with Ernie Fleischer (tax attorney re IRS tax case). | | 0.30 | 37.50 |
| | DW | Call Jerry Stone re motion for intervention in tax case. | | 0.10 | 12.50 |
| | DW | Attempt to reach Becky Ffitch re research. | | 0.10 | 12.50 |
| | DW | Review IRS tax complaint. | | 0.80 | 100.00 |
| | DW | Work on intervention motion. | | 1.00 | 125.00 |
| 08/12/2002 | DW | Preparation of website. | | 0.90 | 112.50 |
| | DW | Letter to Jerry Stouck re Sharpe case. | | 0.20 | 25.00 |
| | DW | Draft Motion for Change of Venue in IRS case. | | 0.80 | 100.00 |
| | DW | Work on Motion to Change Venue. | | 1.40 | 175.00 |
| | DW | Letter to Mr. Fleischer re IRS case. | | 0.30 | 37.50 |
| | DW | Call to Peter Baker re progress. | | 0.30 | 37.50 |
| | DW | Telephone call with Gary Hinds. | | 0.10 | 12.50 |
| 08/16/2002 | DW | Edit documents; telephone calls to Misty and Krystle. | | 0.50 | 62.50 |
| | DW | Call Ernie Fleischer, Tina Turell office; preparation of letter to clients re website; edit letter to FDIC attorneys; edit request for production; memo to office re typing of documents. | | 2.60 | 325.00 |
| 08/19/2002 | | | | | |
| | DW | Review material re FDIC case. | | 0.10 | 12.50 |
| | DW | Call Baker re website, edit website. | | 0.30 | 37.50 |
| | DW | Motion to Intervene; review Stock comments. | | 0.30 | 37.50 |
| 08/23/2002 | DW | Call with Department of Justice attorneys; preparation of memo of conversation. | | 0.50 | 62.50 |
| | DW | Work on motion to intervene; work on brief. | | 0.60 | 75.00 |
| | DW | Memo to Sarah. | | 0.10 | 12.50 |
| | DW | Attempt to reach Baker re website. | | 0.10 | 12.50 |
| | DW | Review 3 letters. | | 0.20 | 25.00 |
| | DW | Attempt to reach Stewart. | | 0.10 | 12.50 |
| | DW | Review DC Court rules and attempt to reach DC clerk. •1 | | 0.40 | 50.00 |
| | DW | Call from Mr. Fleischer. | | 0.10 | 12.50 |
| | DW | Talk with Catherine Topping | | 0.40 | 50.00 |
| | DW | Attempt to reach client. | | 0.10 | 12.50 |
| 08/26/2002 | DW | Calls with Sarah re Fleischer documents. | | 0.20 | 25.00 |
| | DW | Long call with Rosemary Stewart re strategy | | 0.40 | 50.00 |
| | DW | Long call with Ernie Fleischer. | | 0.40 | 50.00 |

.6 hrs disallowed

FDIC Ex. 27

C. Robert Suess                                                                                                Page    3

|  | Hours | Amount |
|---|---|---|
| SUBTOTAL: | 15.20 | 1,900.00 ] |
| Subtotal Excluding Non-Tax Hours | 14.20 | 1,775.00 |
| For professional services rendered | 29.60 | $3,700.00 |
| Excluding Non-Tax Hours | 27.40 | $3,425.00 |

Additional Charges :

Costs

| 07/02/2002 | Invoice No. 17089 from Zalutsky & Klarquist, PC (1/2 of total bill). | 2,068.50 |
| 08/26/2002 | Delivery charges from UPS invoice dated 8/10/02 | 73.04 |
|  | Delivery charges from UPS invoice dated 8/3/02 | 49.63 |
|  | Rush Process Service Invoice - 6-26-02 | 30.00 |
|  | Rush Process Service Invoice - 7/1/02 | 30.00 |

SUBTOTAL:                                                                                                  [  2,251.17]

DSW

| 07/04/2002 | Long distance charges for conference call of June 14, 2002. | 114.80 |
| 07/25/2002 | Messenger service | 3.00 |
|  | Messenger Service | 3.00 |
| 07/26/2002 | Messenger Service | 5.75 |

SUBTOTAL:                                                                                                  [     126.55]

Total costs                                                                                                       $2,377.72

Total amount of this bill                                                                                    $6,077.72
Total Excluding Non-Tax Hours                                                                       $5,802.72

FDIC Ex. 27