WILLNER & HOOTON, LLP
Attorneys at Law
111 SW Naito Parkway, Suite 303
Portland, OR 97204-3500

Invoice submitted to:

C. Robert Suess
260 E 38th
Eugene OR 97405

October 01, 2002
In Reference To: Benj. Franklin Savings & Loan 90-W-6054

Invoice # 10511

Professional Services

| Date | | | Hours | Amount |
|---|---|---|---|---|
| | DSW | | | |
| 09/02/2002 | DSW | Letter to DOJ and FDIC. | 0.30 | 37.50 |
| 09/05/2002 | | | | |
| | DSW | Telephone call with Ernie Fleischer. | 0.20 | 25.00 |
| | DSW | Attempt to return Topping's call. | 0.10 | 12.50 |
| 09/06/2002 | DSW | Attempt to reach Jerry Stouck | 0.10 | 12.50 |
| | DSW | Attempt to reach Topping. | 0.10 | 12.50 |
| 09/09/2002 | DSW | Work on Memo in Support of Motion for Intervention. | 0.70 | 87.50 |
| | DSW | Telephone call with Peter Baker. | 0.30 | 37.50 |
| | DSW | Finish brief in support of motion for change of venue. | 0.60 | 75.00 |
| | DSW | Conference with staff re preparation of documents. | 0.20 | 25.00 |
| 09/11/2002 | DSW | Review letter from Ernie Fleischer. | 0.10 | 12.50 |
| 09/12/2002 | DSW | Conference with McIntyre re intervention documents. | 0.20 | 25.00 |
| | DSW | Call with Stewart re intervention documents. | 0.30 | 37.50 |
| | DSW | Editing intervention documents. | 0.30 | 37.50 |
| | DSW | Lunch meeting with McIntyre. | 1.00 | 125.00 |
| | DSW | Conference with Leo Sherry re signing motion. | 0.30 | 37.50 |
| | DSW | To library for research on brief. | 3.00 | 375.00 |
| | DSW | Call with Peter Baker. | 0.30 | 37.50 |
| | DSW | Call with clerk of DC court. | 0.10 | 12.50 |
| | DSW | Call with Ernie Fleischer | 0.20 | 25.00 |
| | DSW | Call with Ernie Fleischer re Answer to IRS Complaint | 0.30 | 37.50 |
| | DSW | Edit motion for intervention and points and authorities. | 0.80 | 100.00 |

*[handwritten note: "3 hrs disallowed"]*

FDIC Ex. 28

C. Robert Suess                                                                                          Page    2

|            |     |                                                                      | Hours | Amount |
|------------|-----|----------------------------------------------------------------------|-------|--------|
| 09/12/2002 | DSW | Telephone call with Leo Sherry.                                      | 0.30  | 37.50  |
|            | DSW | Edit Points and Authorities; memo to Sarah.                          | 1.10  | 137.50 |
| 09/13/2002 | DSW | Re Motion for Intervention                                           | 0.10  | 12.50  |
|            | DSW | Re motion documents; call Hindes and Fleischer.                      | 0.10  | 12.50  |
|            | DSW | Call local court clerk for address of DC court.                      | 0.10  | 12.50  |
|            | DSW | Re intervention papers.                                              | 0.50  | 62.50  |

|                           |                                              |        |          |
|---------------------------|----------------------------------------------|--------|----------|
| SUBTOTAL:                 |                                              | [ 15.70 | 1,912.50] |
| DW                        | Subtotal Excluding Non-Tax Hours             | 11.70  | 1,462.50 |

|            |    |                                                                                   | Hours | Amount |
|------------|----|-----------------------------------------------------------------------------------|-------|--------|
| 09/02/2002 | DW | Letter to Department of Justice and FDIC.                                         | 0.30  | 37.50  |
| 09/03/2002 |    |                                                                                   |       |        |
| 09/06/2002 | DW | Calls with Topping and Zia.                                                       | 0.30  | 37.50  |
|            | DW | Memo to Sarah re financial info needed by Fleischer.                              | 0.10  | 12.50  |
|            | DW | Review Fleischer memo; call with Fleischer.                                       | 0.50  | 62.50  |
|            | DW | Calls with Baker.                                                                 | 0.40  | 50.00  |
| 09/07/2002 | DW | Re Motion to Intervene                                                            | 3.50  | 437.50 |
|            | DW | Re Motion to Intervene.                                                           | 0.90  | 112.50 |
| 09/08/2002 | DW | Faxing documents to Sarah along with a cover memo. ok                             | 0.30  | 37.50  |
| 09/14/2002 | DW | Memo to Carl re pending matters.                                                  | 0.10  | 12.50  |
| 09/17/2002 | DW | Re IRS case; call with DOJ attorneys and Fleischer; attempt to reach Stewart.     | 0.70  | 87.50  |
|            | DW | Edit letter to clients; memo to Carl; phone call to Sharon.                       | 0.80  | 100.00 |
|            | DW | Locating exhibits for Catherine Topping; memo to Carl. ok                         | 0.30  | 37.50  |
|            | DW | Call with Stewart.                                                                | 0.20  | 25.00  |
|            | DW | Call with DOJ re stipulation.                                                     | 0.30  | 37.50  |
|            | DW | Calls with office re documents.                                                   | 0.10  | 12.50  |
|            | DW | Leave message for lead DOJ attorney.                                              | 0.10  | 12.50  |
|            | DW | Letter to clients.                                                                | 1.50  | 187.50 |
| 09/18/2002 | DW | Re. IRS case - long telephone conference with DOJ attorneys                       | 0.60  | 75.00  |
|            | DW | Call to Carl.                                                                     | 0.10  | 12.50  |
|            | DW | Review Hooton comments.                                                           | 0.10  | NO CHARGE |
| 09/19/2002 | DW | Call with Carl re materials for letter.                                           | 0.10  | 12.50  |
|            | DW | Call Carl re research.                                                            | 0.10  | 12.50  |
|            | DW | Call with Rosemary Stewary and Gary Hindes.                                       | 0.40  | 50.00  |
|            | DW | Message from Hindes.                                                              | 0.10  | 12.50  |
|            | DW | Briefing Carl on status of the case.                                              | 0.10  | 12.50  |
|            | DW | Calls with Rosemary Stewart and DOJ.                                              | 1.30  | 162.50 |
| 09/20/2002 | DW | Re client letter                                                                  | 2.50  | 312.50 |
|            | DW | Final edit of letter to clients.                                                  | 0.30  | 37.50  |
|            | DW | Final work on letter to clients.                                                  | 0.50  | 62.50  |
|            | DW | Call Hank at DOJ.                                                                 | 0.30  | 37.50  |
|            | DW | Re letter to clients.                                                             | 0.40  | 50.00  |

C. Robert Suess                                                                                           Page    3

|            |     |                                                              | Hours | Amount |
|------------|-----|--------------------------------------------------------------|-------|--------|
| 09/20/2002 | DW  | Call with Carl re letter.                                    | 0.10  | 12.50  |
| 09/21/2002 | DW  | Re IRS case - letter to Catherine Topping of FDIC.           | 0.50  | 62.50  |
| 09/24/2002 | DW  | Review government motion for time extension.                 | 0.10  | 12.50  |
|            | DW  | Attempt to reach Topping and Zia                             | 0.20  | 25.00  |
| 09/25/2002 | DW  | Letter to clients re meeting time.                           | 0.10  | 12.50  |
|            | DW  | Review of Leo's email; attempt to reach Leo.                 | 0.10  | 12.50  |
|            | DW  | Call with Leo Sherry re meeting.                             | 0.10  | 12.50  |
|            | DW  | Call with Richard Green; call with Gary Hindes.              | 0.40  | 50.00  |
|            | DW  | Call with Baker.                                             | 0.40  | 50.00  |

                    SUBTOTAL:                                                [       20.10       2,425.00]
                                            Subtotal Excluding Non-Tax Hours      18.30       2,287.50

          For professional services rendered                                      35.80      $4,337.50
                                            Excluding Non-Tax Hours               30.00      $3,750.00

          Additional Charges :

          Costs_____

| 09/10/2002 | Delivery charges from UPS invoice dated 8.31.02                          | 44.58 |
|            | Delivery charges from UPS invoice dated 8.31.02                          | 24.43 |
| 09/19/2002 | Delivery charges from UPS invoice dated 9/14/02 to Ernie Fleischer.      | 14.36 |

                    SUBTOTAL:                                                [       83.37]

          DSW_____

| 09/12/2002 | Parking | 11.00 |

                    SUBTOTAL:                                                [       11.00]

          Total costs                                                                $94.37

          Total amount of this bill                                                  $4,431.87
                                            Total Excluding Non-Tax Hours            $3,844.37

.2 hrs. disallowed