**WILLNER & HOOTON, LLP**
Attorneys at Law
111 SW Naito Parkway, Suite 303
Portland, OR 97204-3500

Invoice submitted to:

C. Robert Suess
260 E 38th
Eugene OR 97405

October 02, 2002

In Reference To:   Benj. Franklin Savings & Loan 90-W-6054

Invoice #    10513

Additional Charges :

| | | Amount |
|---|---|---|
| **Costs** | | |
| 09/30/2002 Remaining half of Zalutsky & Klarquist bill. | | 2,068.50 |
| SUBTOTAL: | | [ 2,068.50] |
| Total costs | | $2,068.50 |
| Previous balance | | $4,431.87 |
| 09/27/2002 Payment from account to Zalutsky & Klarquist - Check No. 1470 | | ($2,068.50) |
| 10/01/2002 Payment from account to Willner & Hooton for fees and costs for September, 2002. | | ($4,431.87) |
| Total payments and adjustments | | ($6,500.37) |
| Balance due | | $0.00 |