**WILLNER & HOOTON, LLP**
Attorneys at Law
111 SW Naito Parkway, Suite 303
Portland, OR 97204-3500

Invoice submitted to:

C. Robert Suess
260 E 38th
Eugene OR 97405

October 15, 2002

In Reference To:    Benj. Franklin Savings & Loan 90-W-6054
Invoice #     10574

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| DSW | | | | |
| 10/01/2002 DSW | Call from DOJ attorneys. | | 0.30 | 37.50 |
| DSW | Attempt to reach Scheiffer. | | 0.10 | 12.50 |
| DSW | Organize files. | | 0.30 | 37.50 |
| DSW | Call with Baker. | | 0.20 | 25.00 |
| DSW | Call with Green. | | 0.30 | 37.50 |
| 10/02/2002 DSW | Clients' letter. | | 0.10 | 12.50 |
| DSW | Attempt to return McCarry's call. | | 0.10 | 12.50 |
| DSW | Attempt to reach Weight. | | 0.10 | 12.50 |
| DSW | Attempt to reach Topping and Zia. | | 0.20 | 25.00 |
| DSW | Call McIntyre re fund raising. | | 0.20 | 25.00 |
| 10/03/2002 DSW | Letter to Richard Green re fund raising. | | 0.10 | 12.50 |
| DSW | Letter to Fleischer. | | 0.10 | 12.50 |
| DSW | Letter to Scheiffer. | | 0.10 | 12.50 |
| DSW | Letter to DOJ and FDIC attorneys. | | 0.30 | 37.50 |
| DSW | Review letter from Bill Scheiffer; attempt to reach Gary Hindes; call with Stewart. | | 0.40 | 50.00 |
| DSW | Letter to Fleischer. | | 0.30 | 37.50 |
| 10/09/2002 DSW | Call from Jackie Tanner of FDIC. | | 0.10 | 12.50 |
| DSW | Receive and skim tax returns. | | 0.10 | 12.50 |
| DSW | Calls to Zia. | | 0.10 | 12.50 |
| DSW | Revise letter to Fleischer when tax returns came in. | | 0.20 | 25.00 |
| 10/10/2002 DSW | Re tax case - call Stewart | | 0.10 | 12.50 |
| DSW | Re tax case - Message for Scheiffer. | | 0.10 | 12.50 |
| DSW | Re tax case - Left message for Fleischer with assistant. | | 0.10 | 12.50 |
| DSW | Call Fleischer; call Fleischer's secretary; letter to Stewart, Scheiffer, & Fleischer. | | 0.50 | 62.50 |
| DSW | Choosing tax documents. | | 0.40 | 50.00 |

*[handwritten note:]* .9 hrs disallowed

FDIC Ex. 30

C. Robert Suess                                                                                         Page   2

|            |     |                                                                                | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------|-------|--------|
| 10/10/2002 | DSW | Review of government opposition to motion to substitute.                       | 0.10  | 12.50  |
|            |     | SUBTOTAL:                                                                      | [ 5.10 | 637.50] |
|            | DW  | Subtotal Excluding Non-Tax Hours                                               | 5.00  | 625.00 |
| 10/07/2002 | DW  | Call with Zia.                                                                 | 0.30  | 37.50  |
|            | DW  | Calls with Schciffer; review Scheiffer memo.                                   | 0.50  | 62.50  |
|            | DW  | Attempt to reach Hindes.                                                       | 0.10  | 12.50  |
|            | DW  | Attempt to reach Bill Schciffer.                                               | 0.10  | 12.50  |
|            | DW  | Call with Rich McCarry                                                         | 0.30  | 37.50  |
|            | DW  | Call with Gary Hindes.                                                         | 0.10  | 12.50  |
|            | DW  | Attempt to reach Zia.                                                          | 0.10  | 12.50  |
| 10/12/2002 | DW  | re taxes - reading Czynsky deposition.                                         | 1.60  | 200.00 |
| 10/14/2002 | DW  | Call with Baker; review government response to motion.                         | 0.20  | 25.00  |
|            | DW  | Long conference call with Ernie Fleischer, Bill Scheiffer, and Randie.         | 0.70  | 87.50  |
|            | DW  | Calls with Stewart; Fleischer's secretary.                                     | 0.50  | 62.50  |
|            |     | SUBTOTAL:                                                                      | [ 4.50 | 562.50] |
|            |     | For professional services rendered                                             | 9.60  | $1,200.00 |
|            |     | Total Excluding Non-Tax Hours                                                  | 9.50  | $1,187.50 |

*Handwritten note:* .3 hrs disallowed