**WILLNER & HOOTON, LLP**
Attorneys at Law
111 SW Naito Parkway, Suite 303
Portland, OR 97204-3500

Invoice submitted to:

C. Robert Suess
260 E 38th
Eugene OR 97405


October 30, 2002

In Reference To:   Benj. Franklin Savings & Loan 90-W-6054

Invoice #     10581


Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| DSW | | | |
| 10/15/2002 DSW Memo to Carl. | | 0.20 | 25.00 |
| 10/16/2002 DSW Letter to Gary Hindes. | | 0.10 | 12.50 |
| DSW Attempt to reach Catherine Topping. | | 0.10 | 12.50 |
| 10/17/2002 DSW Call with Randi Cohen of Sigfried Group. | | 0.30 | 37.50 |
| DSW Conference with Dale Weight. | | 0.50 | 62.50 |
| DSW Letter to Markowitz. | | 0.10 | 12.50 |
| DSW Letter to Fleischer. | | 0.10 | 12.50 |
| DSW Call with Topping. | | 0.20 | 25.00 |
| 10/23/2002 DSW Review stock prospectus; letter to Fleischer. | | 0.30 | 37.50 |
| DSW Review of tax matters; call to Ernie; letter to Hindes. | | 0.20 | 25.00 |
| DSW Call from Baker. | | 0.20 | 25.00 |
| DSW Re tax documents. OK | | 0.10 | 12.50 |
| DSW Call to Cohn. | | 0.10 | 12.50 |
| DSW Review Scheiffer fax. | | 0.10 | 12.50 |
| DSW Review FDIC pleading; call Zia. | | 0.20 | 25.00 |
| DSW Call Cohn. | | 0.20 | 25.00 |
| DSW Call Fleischer. | | 0.10 | 12.50 |
| DSW Call Stewart. | | 0.10 | 12.50 |
| 10/24/2002 DSW Attempt to reach Stewart. | | 0.10 | 12.50 |
| DSW Call Scheiffer. | | 0.10 | 12.50 |
| DSW Review of tax material. | | 0.20 | 25.00 |
| DSW Call with Judge's clerk re oral argument. | | 0.10 | 12.50 |
| DSW Review CPA analysis. | | 0.10 | 12.50 |

*handwritten note: .2 hrs disallowed*

FDIC Ex. 31

C. Robert Suess                                                                                    Page    2

|  |  |  |  | Hours | Amount |
|---|---|---|---|---|---|
| 10/24/2002 | DSW | Call with Jerry Stouck. |  | 0.20 | 25.00 |
|  | DSW | Call with Judge's clerk. |  | 0.10 | 12.50 |
| 10/29/2002 | DSW | Call from Topping. |  | 0.10 | 12.50 |
|  |  | SUBTOTAL: | [ | 5.80 | 725.00] |
|  |  | Subtotal Excluding Non-Tax Hours |  | 4.20 | 525.00 |
|  | DW |  |  |  |  |
| 10/07/2002 | DW | Attempt to reach Zia. |  | 0.10 | 12.50 |
|  | DW | Call from Gary Hindes. |  | 0.10 | 12.50 |
|  | DW | Call with Rich McCurry. |  | 0.10 | 12.50 |
|  | DW | Attempt to reach Bill Scheiffer. |  | 0.10 | 12.50 |
|  | DW | Attempt to reach Hindes. |  | 0.10 | 12.50 |
|  | DW | Calls with Scheiffer; review Scheiffer memo. |  | 0.50 | 62.50 |
|  | DW | Call with Zia. |  | 0.30 | 37.50 |
| 10/12/2002 | DW | Re taxes - reading Cyzinsky deposition. |  | 1.60 | 200.00 |
| 10/14/2002 | DW | Calls with Stewart and Fleischer's secretary. |  | 0.50 | 62.50 |
|  | DW | Long conference call with Ernie Fleischer, Bill Schieffer, Randi Cohn, & Rosemary Stewart. |  | 0.70 | 87.50 |
|  | DW | Call with Baker; review government response to motion. |  | 0.20 | 25.00 |
| 10/18/2002 | DW | Call Scheiffer office re conference call. |  | 0.10 | 12.50 |
|  | DW | Call Fleischer office re conference call. |  | 0.10 | 12.50 |
|  | DW | Call Stewart re conference call. |  | 0.20 | 25.00 |
|  | DW | Call Topping; draft proposed stipulation. |  | 0.60 | 75.00 |
| 10/21/2002 | DW | Call to Fleischer and Scheiffer. |  | 0.80 | 100.00 |
|  | DW | Message from Topping. |  | 0.10 | 12.50 |
|  | DW | Call with Gary Hindes. |  | 0.20 | 25.00 |
|  | DW | Leave message for Stewart. |  | 0.10 | 12.50 |
|  | DW | Leave message for Hindes. |  | 0.10 | 12.50 |
|  | DW | Leave message for Topping. |  | 0.10 | 12.50 |
| 10/25/2002 | DW | Call Rosemary Stewart, Ernie Fleischer, and Randi Cohn. |  | 0.60 | 75.00 |
|  | DW | Review drafts of financial reports. |  | 0.30 | 37.50 |
| 10/28/2002 | DW | Review of 1986 stock prospectus. |  | 0.80 | 100.00 |
|  | DW | Prepare for telephone conference and conference with Stewart, Scheiffer, Cohn, and Hindes. |  | 1.00 | 125.00 |
|  | DW | Attempt to locate 1986 letter; calls to Weight, McKennie, McIntyre, Shank, McKenna law firm; call to Carl re data base; review of 1982 advice. |  | 1.20 | 150.00 |
|  | DW | Two memos to Fleischer re stock prospectus and 1982 tax. |  | 0.20 | 25.00 |
|  | DW | Calls from Fleischer re report. |  | 0.30 | 37.50 |
|  | DW | Call from Gary Hindes. |  | 0.20 | 25.00 |
|  | DW | Review second draft of report. |  | 0.10 | 12.50 |
|  |  | SUBTOTAL: | [ | 11.40 | 1,425.00] |
|  |  | For professional services rendered |  | 17.20 | $2,150.00 |
|  |  | Excluding Non-Tax Hours |  | 15.60 | $1,950.00 |

*4 hrs disallowed*

FDIC Ex. 31

C. Robert Suess                                                                                       Page    3

    Additional Charges :

                                                                                             Amount

              $Costs

10/29/2002  Long Distance Telephone Charges                                                    20.64

              SUBTOTAL:                                                                 [    20.64]

              Total costs                                                                    $20.64

              Total amount of this bill                                                    $2,170.64
                                    Total Excluding Non-Tax Hours  $1,970.64