**WILLNER & HOOTON, LLP**
Attorneys at Law
111 SW Naito Parkway, Suite 303
Portland, OR 97204-3500

Invoice submitted to:

C. Robert Suess
260 E 38th
Eugene OR 97405

October 31, 2002

In Reference To:     Benj. Franklin Savings & Loan 90-W-6054
Invoice #     10599

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| **DSW** | | | |
| 10/30/2002 DSW Edit letter to key plaintiffs. | | 0.10 | 12.50 |
| DSW Call with Fleischer. | | 0.20 | 25.00 |
| DSW Edit website. | | 0.10 | 12.50 |
| DSW Call with McIntyre. | | 0.20 | 25.00 |
| DSW Letter to key plaintiffs re fundraising. | | 0.30 | 37.50 |
| DSW Preparation of website. | | 0.30 | 37.50 |
| DSW Review Engleman letter from files; send to Fleisher  o/c | | 0.30 | 37.50 |
| 10/31/2002 DSW Conference with Carl re documents to collect. | | 0.20 | 25.00 |
| DSW Letter to Washington tax group. | | 0.20 | 25.00 |
| DSW Review Murphy testimony. | | 0.20 | 25.00 |
| DSW Revisions to Fleischer letter and cover letter.  6/c | | 1.50 | 187.50 |
| DSW Call from Baker re website. | | 0.10 | 12.50 |
| SUBTOTAL: | [ | 3.70 | 462.50] |
| For professional services rendered | | 3.70 | $462.50 |
| 10/31/2002 Payment from account to Willner & Hooton, LLP. Check No. 1477 | | | ($462.50) |
| Total payments and adjustments | | | ($462.50) |
| Balance due | | | $0.00 |

*[handwritten notes: ".4 hrs disallowed"]*

FDIC Ex. 32