WILLNER & HOOTON, LLP
Attorneys at Law
111 SW Naito Parkway, Suite 303
Portland, OR 97204-3500

Invoice submitted to:

C. Robert Suess
260 E 38th
Eugene OR 97405

December 02, 2002

In Reference To:   Benj. Franklin Savings & Loan 90-W-6054

(Tax Case)

Invoice #    10130

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **DSW** | | | | |
| 11/06/2002 | DSW | Review Buchanan letter. | 0.10 | 12.50 |
|  | DSW | Letter to tax team and arranging for phone conference.  OK | 0.20 | 25.00 |
|  | DSW | Call Sherry re tax case. | 0.10 | 12.50 |
| 11/12/2002 | DSW | Letter to DOJ and FDIC. | 0.50 | 62.50 |
| 11/15/2002 | DSW | Review Buchanan letter; call Richard Green; faxes to Rosemary Stewart  OK and Richard green.  OK | 0.50 | 62.50 |
| 11/17/2002 | DSW | To airport. | 1.50 | 187.50 |
| 11/19/2002 | DSW | Call with Richard Green. | 0.50 | 62.50 |
|  | DSW | Conference with Rosemary Stewart and Ernie Fleischer. | 1.50 | 187.50 |
|  | DSW | Prepare for tax conference; travel to Adams Hotel for pre-conference meeting; conference with FDIC and DOJ. | 7.00 | 875.00 |
| 11/20/2002 | DSW | Call from Fleischer; review exhibit list; send exhibits to Ernie; call Carl. | 0.90 | 112.50 |
|  | SUBTOTAL: |  | [ 12.80 | 1,600.00] |
| **DW** | | | | |
| 11/01/2002 | DW | Calls with Zia and Topping. | 0.20 | 25.00 |
|  | DW | Call with DOJ attorneys. | 0.40 | 50.00 |
|  | DW | Calls with Stewart, Fleischer, Cohn; attempt to reach Hindes and Sherry; .2 review Stewart and Cohn comments. | 1.50 | 187.50 |
|  | DW | Locating data about conservatorship. | 0.60 | 75.00 |
|  | DW | Call with FDIC attorneys. | 0.20 | 25.00 |
| 11/04/2002 | DW | Mailing hotel reservations in Washington DC. | 0.10 | 12.50 |
|  | DW | Prepare for conference call re tax case. | 3.50 | 437.50 |
|  | DW | Re tax mailings; call office. | 0.10 | 12.50 |

*"3 hrs disallowed"*

FDIC Ex. 33

C. Robert Suess                                                                                         Page    2

                                                                                              Hours      Amount

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/08/2002 | DW | Call Fleischer, Hindes, Cohn, and Stewart re time of next conference; letter to Carl. | 0.40 | 50.00 |
| | DW | Respond to Tom Buchanan's letter; edit letter. | 0.60 | 75.00 |
| | DW | Call from Leo Sherry. | 0.20 | 25.00 |
| | DW | Prepare for tax conference; call with Rosemary Stewart. | 1.70 | 212.50 |
| 11/09/2002 | DW | Review case faxed by Ernie; call Ernie. | 0.50 | 62.50 |
| | DW | Washington DC hotel reservations; plane reservations. | 0.20 | 25.00 |
| | DW | Memo to Carl re tax phone conferences. | 0.20 | 25.00 |
| 11/11/2002 | DW | Re tax case - call with Richard Green. | 0.30 | 37.50 |
| 11/15/2002 | DW | Re tax case - Call Rosemary Stewart. | 0.20 | 25.00 |
| 11/16/2002 | DW | Letter to Tom Buchanan. | 0.20 | 25.00 |
| 11/17/2002 | DW | Leave message for Carl. | 0.10 | 12.50 |
| | DW | Trip to DC. | 7.30 | 912.50 |
| 11/18/2002 | DW | Call to Carl re documents. | 0.10 | 12.50 |
| | DW | Preparation for tax conference. | 3.50 | 437.50 |
| | DW | Sorting documents in preparation for tax conference. | 0.50 | 62.50 |
| 11/22/2002 | DW | Review of Buchanan letter. | 0.10 | 12.50 |
| 11/25/2002 | DW | Call with Peter Baker. | 1.50 | 187.50 |
| | DW | Review memo from Randi Cohn. | 0.10 | 12.50 |
| | DW | Letters to Topping and Dunn. | 0.80 | 100.00 |
| | | SUBTOTAL: | [ 25.10 | 3,137.50] |

LDD

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 09/17/2002 | LDD | Research re injunction appeal and whether case is stayed. | 0.80 | 80.00 |
| 09/18/2002 | LDD | Prepare memorandum re whether case is stayed pending appeal. | 0.40 | 50.00 |
| | | SUBTOTAL: | [ 1.20 | 130.00] |

For professional services rendered                                                    39.10    $4,867.50

Additional Charges :

DW

| 11/21/2002 | Taxi to airport. | | 17.00 |
|---|---|---|---|
| | Taxi to claims court. | | 8.00 |
| | SUBTOTAL: | [ | 25.00] |

Total costs                                                                                              $25.00

Total amount of this bill                                                                          $4,892.50

.7 hrs disallowed

FDIC Ex. 33