Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

January 27, 2003

In Reference To: Benj. Franklin Savings & Loan 90-W-6054
Tax Case

Invoice #10000

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **DSW** | | | | |
| 12/2/02 | DSW | Call from Buchanan. | 0.20 | 25.00 |
|  | DSW | Conference Don McIntyre | 0.50 | 62.50 |
|  | DSW | Preliminary review of Fleischer memo. | 0.10 | 12.50 |
|  | DSW | Call Hindes. | 0.20 | 25.00 |
|  | DSW | Call from Buchanan re tax case and motion. | 3.00 | 375.00 |
| 12/3/02 | DSW | Review McCulloch letter. | 0.10 | 12.50 |
|  | DSW | Review tax documents and attempts to reach Fleischer. | 1.20 | 150.00 |
| 12/4/02 | DSW | Call Fleischer office. | 0.10 | 12.50 |
|  | DSW | Review later versions of memo. | 1.60 | 200.00 |
|  | DSW | Review spreadsheets. | 0.20 | 25.00 |
|  | DSW | Call Randi Cohn re spreadsheets. | 0.10 | 12.50 |
|  | DSW | Review Moetell memo. | 0.30 | 37.50 |
|  | DSW | Call with Buchanan re taxes. | 0.20 | 25.00 |
|  | DSW | Call Fleischer and Stewart. | 0.40 | 50.00 |
|  | DSW | Calls with Fleischer's secretary. | 0.20 | 25.00 |
| 12/5/02 | DSW | Review faxes; review latest draft; calls to Diane (Fleischer's office) and Rosemary Stewart; review of many drafts; conference calls with Stewart and Fleischer. | 3.00 | 375.00 |
| 12/23/02 | DSW | Attempt to reach DOJ attorneys. | 0.10 | 12.50 |
| 12/24/02 | DSW | Attempt to reach Stewart. | 0.10 | 12.50 |
| 12/27/02 | DSW | Call Randi Cohn regarding status. | 0.10 | 12.50 |
|  | DSW | Letter to DOJ; cover letter to Rosemary. | 0.80 | 100.00 |
| 12/30/02 | DSW | Call with Stewart, editing letter to DOJ. | 0.30 | 37.50 |
| 12/31/02 | DSW | Call Fleischer, Stewart, Cohn; email to same, review meeting material. | 0.70 | 87.50 |
|  |  | SUBTOTAL: | [ 13.50 | 1,687.50 ] |

*handwritten annotations:* "2 hrs disallowed"; "a 6 hrs disallowed"

FDIC Ex. 34

Benj. Franklin Plaintiffs                                                                                  Page    2

                                                                                              Hours      Amount

### DW

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/28/02 | DW | Receiving letter and memo from Tom Buchanan and response. | 0.30 | 37.50 |
| 11/29/02 | DW | Letter re tax group. | 0.20 | 25.00 |
|  | DW | Phone call with Dale Weight re taxes. | 0.30 | 37.50 |
|  | DW | Attempt to reach Fleischer; call Fleischer; review faxed memo; long call with Ernie; attempt to reach Dale Weight. | 1.20 | 150.00 |
| 12/20/02 | DW | Review Mitch Moettel memo | 0.10 | 12.50 |

*(handwritten annotations: ".2" and "Disallow" near the 1.20 entry)*

SUBTOTAL:                                                                          [    2.10       262.50]

For professional services rendered                                         15.60    $1,950.00

Additional Charges :

### $Costs

| Date | Description | Amount |
|---|---|---|
| 12/11/02 | Long Distance Telephone Charges | 26.81 |
|  | Postage | 22.97 |
|  | Photocopy expenses | 853.40 |

SUBTOTAL:                                                                                       [    903.18]

### DSW

| Date | Description | Amount |
|---|---|---|
| 1/26/03 | Spriggs & Hollingsworth (November and December time)(bills attached). | 9,648.54 |

SUBTOTAL:                                                                                       [  9,648.54]

Total costs                                                                                          $10,551.72

Total amount of this bill                                                                      $12,501.72

Previous balance                                                                                $3,350.50

| Date | Description | Amount |
|---|---|---|
| 12/5/02 | Payment - thank you from trust.. Check No. 1482 | ($556.00) |
| 12/20/02 | Payment - thank you. On account for fees and costs for November, 2002.. Check No. 1483 | ($1,114.66) |
| 1/27/03 | Payment - thank you (from Default trust). | ($1,761.00) |

Total payments and adjustments                                                  ($3,431.66)

Balance due                                                                                     $12,420.56

*(handwritten note at bottom: ".2 hrs disallowed")*