Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

March 27, 2003

In Reference To:   Benj. Franklin Savings & Loan 90-W-6054

                  Tax Case

Invoice #10009

    Professional Services

| | | Hours | Amount |
|---|---|---:|---:|
| **DSW** | | | |
| 1/2/03 DSW | Call Stewart regarding conference call. | 0.10 | 12.50 |
| DSW | Preparation for phone conference regarding taxes and phone conference. | 0.50 | 62.50 |
| 1/7/03 DSW | Regarding finances, conference with Dale Weight. | 0.70 | 87.50 |
| 1/8/03 DSW | Calls with Zia and Stewart. | 0.20 | 25.00 |
| DSW | Call from shareholder. | 0.10 | 12.50 |
| 1/12/03 DSW | Letter to co-counsel in tax case. | 1.00 | 125.00 |
| 1/14/03 DSW | Phone call to Rosemary Stewart. | 0.20 | 25.00 |
| 1/15/03 DSW | Call from shareholder. | 0.10 | 12.50 |
| 1/18/03 DSW | Detailed report to clients. | 1.80 | 225.00 |
| 1/20/03 DSW | Edit letter to clients. | 0.20 | 25.00 |
| DSW | Preparation of website. | 0.30 | 37.50 |
| 1/21/03 DSW | Call with Fleischer regarding taxes. | 0.10 | 12.50 |
| DSW | Call with Catherine Topping. | 0.30 | 37.50 |
| 1/22/03 DSW | Editing letter to clients. | 0.40 | 50.00 |
| DSW | Call with Mitch Moetell. | 0.40 | 50.00 |
| DSW | Call Rosemary Stewart. | 0.30 | 37.50 |
| 1/24/03 DSW | Review proposed stipulations. | 0.20 | 25.00 |
| DSW | Phone Rosemary Stewart regarding proposed stipulations. | 0.20 | 25.00 |
| DSW | Call Catherine Topping regarding taxes. | 0.20 | 25.00 |
| 1/29/03 DSW | Editing letter and memo to tax group. | 0.20 | 25.00 |
| DSW | Review and signing Suess v. FDIC stipulation. | 0.10 | 12.50 |
| DSW | Review Moettel memo. | 0.20 | 25.00 |
| DSW | Review Fleischer's memo. | 0.10 | 12.50 |
| DSW | Prepare email to tax group. | 0.30 | 37.50 |
| DSW | Call with Fleischer. | 0.30 | 37.50 |
| 1/31/03 DSW | Review tax group emails. | 0.20 | 25.00 |

*[handwritten note: "u 3 hrs disallowed"]*

FDIC Ex. 35

Benj. Franklin Plaintiffs

Page 2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 2/4/03 | DSW | Preparation for conference; phone conference; call Stewart. | 1.00 | 125.00 |
| 2/5/03 | DSW | Attempt to reach Topping. | 0.20 | 25.00 |
| 2/6/03 | DSW | Call with Catherine Topping. | 0.20 | 25.00 |
| 2/12/03 | DSW | Call from Don McIntyre. | 0.10 | 12.50 |
|  | DSW | Review correspondence; attempt to reach Ernie Fleischer. | 0.10 | 12.50 |
| 2/18/03 | DSW | Call with Mitch Moetell. | 0.20 | 25.00 |
| 2/19/03 | DSW | Website update. | 0.60 | 75.00 |
| 2/20/03 | DSW | Organizing tax files. | 0.40 | 50.00 |
|  | DSW | Call from Mitch Moetell. | 0.10 | 12.50 |
|  | DSW | Website update. | 0.40 | 50.00 |
| 2/26/03 | DSW | Call with Fleischer. | 0.10 | 12.50 |
|  | DSW | Attempt to reach Moetell regarding tax memo. | 0.20 | 25.00 |
|  |  | SUBTOTAL: | [ 12.30 | 1,537.50 ] |

DW

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/3/03 | DW | Call Rosemary regarding taxes. | 0.20 | 25.00 |
| 1/6/03 | DW | Call with Dale Weight. | 0.10 | 12.50 |
| 1/10/03 | DW | Call from Fleischer. | 0.10 | 12.50 |
|  | DW | Call Darmstadtler and Duffy. | 0.50 | 62.50 |
|  | DW | Call Topping. | 0.40 | 50.00 |
| 1/17/03 | DW | Tax group preparation and conference. | 0.90 | 112.50 |
| 1/25/03 | DW | Letter to tax group. | 0.30 | 37.50 |
|  | DW | Letter to Fleischer and clients. | 0.30 | 37.50 |
|  | DW | Call Baker. | 0.50 | 62.50 |
| 1/27/03 | DW | Letter report to clients. | 0.10 | 12.50 |
|  | DW | Letter to clients. | 0.40 | 50.00 |
| 1/31/03 | DW | Email to group. | 0.10 | 12.50 |
| 2/3/03 | DW | Respond to shareholders' letters. | 0.30 | 37.50 |
| 2/7/03 | DW | Attempt to reach Topping. | 0.10 | 12.50 |
|  | DW | Call Topping. | 0.30 | 37.50 |
|  | DW | Message to Carl. | 0.10 | 12.50 |
|  | DW | Letter to tax group. | 0.40 | 50.00 |
| 2/10/03 | DW | Phone Carl regarding letter to tax group; review my letter. | 0.20 | 25.00 |
|  | DW | Call with Mitch Moettel. | 0.20 | 25.00 |
|  | DW | Memo to Carl. | 0.10 | 12.50 |
| 2/21/03 | DW | Call Fleischer regarding tax memo. | 0.20 | 25.00 |
|  | DW | Return shareholder attorney calls to Vannie and Richardson's office. | 0.20 | 25.00 |
|  | DW | Call Fleischer. | 0.20 | 25.00 |
|  | DW | Letter to Dale Weight. | 0.10 | 12.50 |
| 2/24/03 | DW | Organizing tax files. | 0.50 | 62.50 |
|  | DW | Letter to clients. | 0.40 | 50.00 |
|  | DW | Castillo letter. | 0.10 | 12.50 |
|  |  | SUBTOTAL: | [ 7.30 | 912.50 ] |
|  |  | For professional services rendered | 19.60 | $2,450.00 |

2.5

2.5 hours disallowed

Benj. Franklin Plaintiffs                                                           Page    3

    Additional Charges :

|  |  | Amount |
|---|---|---:|
| **DSW** | | |
| 2/17/03 | Facsimile charges for January 2003. | 53.50 |
|  | Photocopy expenses for January 2003. | 54.60 |
|  | Postage for January 2003. | 22.57 |
| 3/3/03 | Facsimile (February 2003). | 17.00 |
|  | Photocopy expenses (February 2003). | 6.60 |
|  | Postage (February 2003). | 7.03 |
|  | SUBTOTAL: | [   161.30] |
|  | Total costs | $161.30 |
|  | Total amount of this bill | $2,611.30 |
|  | Previous balance | $12,420.56 |
|  | Balance due | $15,031.86 |

*[Handwritten notations:]* 590.08 / 14,441.78 / 15,000 approved / $1006.70