Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

September 01, 2004

In Reference To:   Benj. Franklin Savings & Loan 90-W-6054

Tax Case

Invoice #10206

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **DSW** |  |  |  |  |
| 3/4/03 | DSW | Review incoming emails. | 0.10 | 12.50 |
| 3/6/03 | DSW | Conference call regarding Igo references. | 0.70 | 87.50 |
| 3/10/03 | DSW | Review Mitch Moettel memo; first draft of letter to DOJ and FDIC; attempts to reach Moettel. | 2.20 | 275.00 |
| 3/11/03 | DSW | Call with Mitch Moettel and Ernie Fleischer. | 0.30 | 37.50 |
|  | DSW | Review tax documents. | 0.30 | 37.50 |
| 3/12/03 | DSW | Preparation for tax conference call. | 0.30 | 37.50 |
|  | DSW | Tax conference call. | 0.60 | 75.00 |
|  | DSW | Redraft letters to FDIC and DOJ. | 0.40 | 50.00 |
| 3/13/03 | DSW | Calls to Fleischer and Stewart; editing letter to FDIC and DOJ. | 0.70 | 87.50 |
| 3/18/03 | DSW | Review materials. | 0.10 | 12.50 |
|  | DSW | Review Topping letter. | 0.10 | 12.50 |
| 3/19/03 | DSW | Attempts to reach Topping. | 0.10 | 12.50 |
| 3/25/03 | DSW | Tax group call and call Topping. | 1.40 | 175.00 |
|  | DSW | Letters to DOJ, FDIC and tax group. | 0.30 | 37.50 |
| 3/26/03 | DSW | Editing letters. | 0.20 | 25.00 |
|  | DSW | Edit letter to clients. | 0.10 | 12.50 |
|  | DSW | Letter to Lawier. | 0.10 | 12.50 |
|  | DSW | Arranging DC hotel. | 0.10 | 12.50 |
| 4/16/03 | DSW | Call with Leslie Freeman and Carl. | 0.20 | 25.00 |
| 4/17/03 | DSW | Call Mitch Moettel, message; phone call with Leslie Freeman; conference with Barbara Gibbs. | 0.70 | 87.50 |
| 4/22/03 | DSW | Review incoming e-mails. | 0.10 | 12.50 |
|  | DSW | Final edit of letters and DCB and tax group calls; calls with Zia. | 0.40 | 50.00 |
| 4/23/03 | DSW | Call with George Akers of HFLB-3 regarding documents. | 0.20 | 25.00 |
| 4/24/03 | DSW | Conference call regarding tax issue. | 0.80 | 100.00 |

*3 hrs
disallowed*

FDIC Ex. 36

Benj. Franklin Plaintiffs

| | | Hours | Amount |
|---|---|---|---|
| | ok | | |
| 4/24/03 DSW | Prepare for conference call; review emails. | 0.40 | 50.00 |
| 4/29/03 DSW | Call to Moettel's secretary regarding spreadsheet. | 0.10 | 12.50 |
| 4/30/03 DSW | Call Fleischer. | 0.20 | 25.00 |
| DSW | Review spreadsheets. | 0.40 | 50.00 |
| 5/1/03 DSW | Regarding taxes; review Fleischer material; call Buchanan; attempt to reach Fleischer. •\ | 0.30 | 37.50 |
| 5/7/03 DSW | Regarding taxes; call with Buchanan. | 0.30 | 37.50 |
| ok 5/8/03 DSW | Regarding search for tax document; call Leslie. | 0.10 | 12.50 |
| 5/20/03 DSW | E-mail to tax group. | 0.10 | 12.50 |
| 5/21/03 DSW | Memo to Shareholders. | 0.30 | 37.50 |
| 5/23/03 DSW | Left message for Buchanan; call with Buchanan. | 0.20 | 25.00 |
| 5/28/03 DSW | Attempt to reach Lori. | 0.20 | 25.00 |
| 5/29/03 DSW | Conference with Leslie. | 0.10 | 12.50 |
| 6/3/03 DSW | Call from Weight. | 0.10 | 12.50 |
| 6/4/03 DSW | Call Barbara Gibbs regarding prepayment         schedules. | 0.10 | 12.50 |
| 6/11/03 DSW | Letter to tax group. | 0.50 | 62.50 |
| 6/17/03 DSW | Call with Fleischer. | 0.10 | 12.50 |
| 6/19/03 DSW | Regarding brief and supporting materials. | 1.00 | 125.00 |
| 7/14/03 DSW | Call from Topping. | 0.20 | 25.00 |
| 7/15/03 DSW | Letter to Dunn. | 0.20 | 25.00 |
| 7/29/03 DSW | Email to tax group. | 0.10 | 12.50 |
| 7/31/03 DSW | Regarding tax group conference call. | 0.20 | 25.00 |
| 8/5/03 DSW | Draft letter to Dept. of Justice and FDIC. | 0.50 | 62.50 |
| 8/12/03 DSW | Editing letter to Dept. of Justice and FDIC. | 0.20 | 25.00 |
| 8/14/03 DSW | Attempt to reach Catherine Topping. | 0.20 | 25.00 |
| DSW | Long call with Harry Darmstadter. | 0.40 | 50.00 |
| 8/19/03 DSW | Call with Catherine Topping, review Topping document. | 0.10 | 12.50 |
| 8/20/03 DSW | Letter to tax group. | 0.10 | 12.50 |
| DSW | Review Topping letter. | 0.20 | 25.00 |
| 9/4/03 DSW | Call with Maida. | 0.10 | 12.50 |
| DSW | Conference with Maida Kelly regarding research. | 0.40 | 50.00 |
| 9/9/03 DSW | Review Home Savings opinion. | 0.30 | 37.50 |
| DSW | Call with Stewart and Fliescher regarding Home Savings opinion. | 0.50 | 62.50 |
| DSW | E-mail to tax group, call from Maida. | 0.30 | 37.50 |
| DSW | Review court opinion. | 0.30 | 37.50 |
| 9/10/03 DSW | Two calls with Stewart, one call with Fleischer. | 0.40 | 50.00 |
| DSW | Review incoming e-mails, call with shareholder (Roth), conference with Maida regarding research. | 0.40 | 50.00 |
| 9/17/03 DSW | Preparation for tax group phone call. ok | 0.90 | 112.50 |
| 9/24/03 DSW | Call with Topping. | 0.10 | 12.50 |
| DSW | Letter to Benjamin Franklin and FDIC, letter to clients. | 0.30 | 37.50 |
| DSW | Letter to Maida. | 0.10 | 12.50 |
| 9/25/03 DSW | Regarding court filings. ok | 0.10 | 12.50 |
| 10/2/03 DSW | Call with Darmstadter. | 0.40 | 50.00 |
| DSW | Call with Stewart, attempt to reach Darmstadter. •\ | 0.20 | 25.00 |
| 10/7/03 DSW | Review Moettel letter, letter to tax group. | 0.40 | 50.00 |
| DSW | Edit letter to tax group. | 0.20 | 25.00 |
| DSW | Conference with Maida regarding taxes. | 0.10 | 12.50 |
| 10/9/03 DSW | Two calls from Maida. | 0.20 | 25.00 |
| 10/22/03 DSW | Conference with Maida regarding files search. | 0.10 | 12.50 |

• 7 hrs
disallowed

Benj. Franklin Plaintiffs

Page    3

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/30/03 | DSW | Long call with Hank Darmstadter. | 0.50 | 62.50 |
| | DSW | Attempt to reach Catherine Topping. | 0.10 | 12.50 |
| | DSW | Call from Hugo Zia. | 0.10 | 12.50 |
| 11/5/03 | DSW | Letter to tax group. | 0.20 | 25.00 |
| | DSW | Call from Rosemary Stewart. | 0.30 | 37.50 |
| 12/2/03 | DSW | Preparation and phone call with Stouck and Stewart. | 0.70 | 87.50 |
| | DSW | Call with Jerry Stouck, conference with Bernice regarding material to fax.. | 0.40 | 50.00 |
| | DSW | Phone call with McIntyre, faxes to Stouck. | 0.30 | 37.50 |
| 12/18/03 | DSW | Call with Darmstadter. | 0.50 | 62.50 |
| 12/19/03 | DSW | Notes for Tomlinson meeting, to his office for conference. | 0.50 | 62.50 |
| | DSW | Review letter and schedules. | 0.30 | 37.50 |
| 12/21/03 | DSW | Memo to Bernice regarding urgent matters. | 0.30 | 37.50 |
| | DSW | Travel from Seattle. | 1.00 | 125.00 |
| 12/22/03 | DSW | Call with Topping. Sent e-mails. | 0.40 | 50.00 |
| 12/23/03 | DSW | Attempt to reach Stewart. | 0.10 | 12.50 |
| | DSW | Regarding documents and conference call. | 0.30 | 37.50 |
| | DSW | Reviewing documents in preparation for conference call. Conference call with tax group. | 1.00 | 125.00 |
| 12/24/03 | DSW | Letter to Darmstadter and Hankie. | 0.60 | 75.00 |
| 12/29/03 | DSW | Review outgoing letters. | 0.20 | 25.00 |
| | DSW | Organizing tax files. | 1.00 | 125.00 |
| | DSW | Letter to Stewart regarding Buchanan draft letter. | 0.20 | 25.00 |
| 12/30/03 | DSW | Letters to Buchanan, Stewart, Hankie and Topping. | 0.50 | 62.50 |
| | DSW | Call with Maida regarding research. | 0.10 | 12.50 |
| 1/5/04 | DSW | Attempt to reach Hank. | 0.10 | 12.50 |
| | DSW | Review new federal circuit cases. | 0.80 | 100.00 |
| | DSW | Call from Damsstadter. | 0.30 | 37.50 |
| | DSW | Edit letter to tax group. | 0.20 | 25.00 |
| 1/6/04 | | | | |
| | DSW | Letter to Moettel regarding FHIB's prepayment. | 0.10 | 12.50 |
| | DSW | Review Moettler e-mail. | 0.10 | 12.50 |
| 1/13/04 | DSW | Long call with Darmstadter. | 0.50 | 62.50 |
| | DSW | Call with Fleischer. | 0.30 | 37.50 |
| 1/14/04 | DSW | Letter to tax group. | 0.10 | 12.50 |
| 1/29/04 | DSW | Call Stewart regarding motion. | 0.20 | 25.00 |
| | DSW | Called Topping regarding motion in FDIC case. | 0.20 | 25.00 |
| | DSW | Editing memo. | 0.20 | 25.00 |
| | DSW | Letter to Dale Weight. | 0.10 | 12.50 |
| 1/30/04 | DSW | Regarding motion. | 0.10 | 12.50 |
| 2/18/04 | DSW | Call with Rosemary Stewart. | 0.10 | 12.50 |
| | DSW | Letter to clients. | 0.40 | 50.00 |
| | DSW | Edit letter to clients. | 0.50 | 62.50 |
| 2/19/04 | DSW | Call with Darmstadter. | 0.20 | 25.00 |
| 2/26/04 | DSW | Conference with McIntyre. | 0.50 | 62.50 |
| | | SUBTOTAL. | [  47.40 | 5,925.00] |
| | | Subtotal Excluding Non-Tax Hours | 37.80 | 4,725.00 |

*3 hrs
disallowed*

FDIC Ex. 36

Benj. Franklin Plaintiffs

Page   4

|  |  | Hours | Amount |
|---|---|---|---|
| DW |  |  |  |
| 3/14/03 DW | Searching for emails; phone conferences with Mitch Moette and Rosemary Stewart; review emails; conference call. | 1.40 | 175.00 |
| 3/15/03 DW | Receipt and initial review of emails. | 0.20 | 25.00 |
| 3/16/03 DW | Reviewing drafts. | 0.30 | 37.50 |
| 3/17/03 DW | Attempts to reach Ernie and Rosemary. | 0.30 | 37.50 |
| DW | Leave message report for Gary Hindes. | 0.10 | 12.50 |
| DW | Review memos; two conference calls; call office regarding mailing finals. | 2.20 | 275.00 |
| 3/20/03 DW | Attempt to reach Topping or Zia. | 0.10 | 12.50 |
| 3/21/03 DW | Message for Stewart; call Stewart. | 0.20 | 25.00 |
| DW | Attempt to reach Topping and Zia; call with Zia; memo to Carl; calls with Stewart; call with Darmstadtler; message for Stewart. | 1.00 | 125.00 |
| 3/24/03 DW | Call Topping. | 0.30 | 37.50 |
| 3/28/03 DW | Arrange for Washington, DC, hotel room. | 0.20 | 25.00 |
| DW | Attempt to reach Fleischer. | 0.30 | 37.50 |
| 3/29/03 DW | Call Ernie Fleischer. | 0.10 | 12.50 |
| DW | Review tax ruling; calls with Fleischer. | 0.30 | 37.50 |
| DW | Read Mitch Moettel memo; call Fleischer. | 0.50 | 62.50 |
| 3/30/03 DW | Review Moettel email, leave phone message for Rosemary Stewart. | 0.10 | 12.50 |
| 3/31/03 DW | Call Rosemary Stewart. | 0.10 | 12.50 |
| 4/8/03 DW | To hotel from DC airport. ok | 0.50 | 62.50 |
| DW | Review filed documents and prepare agenda for tax group meeting. | 2.50 | 312.50 |
| 4/9/03 DW | Conference with Ernie and Rosemary. | 1.00 | 125.00 |
| DW | Conference with tax group and Rosemary Stewart. | 2.00 | 250.00 |
| DW | Conference with Rosemary. | 0.40 | 50.00 |
| DW | Phone Richard Green regarding pending matters. | 0.40 | 50.00 |
| 4/10/03 DW | Conference with FDIC. | 4.00 | 500.00 |
| DW | Conference with Ernie and Rosemary. | 1.00 | 125.00 |
| DW | To Airport. ok | 1.00 | 125.00 |
| 4/11/03 DW | Call Barbara regarding taxes; call McIntyre. | 0.30 | 37.50 |
| DW | Travel to Portland; work on motion, letter to Zia, letter to clients. | 8.00 | 1,000.00 |
| 4/12/03 DW | Final edit of motion revisions; fax to Portland; message for Zia and ok Stewart. | 0.40 | 50.00 |
| 4/14/03 DW | Calls with Carl regarding preparation of documents; messages for Zia and Stewart. | 0.40 | 50.00 |
| 4/15/03 DW | Regarding motion editing. OK | 0.10 | 12.50 |
| 4/18/03 DW | Long message for FHLB of Seattle. | 0.20 | 25.00 |
| DW | Review e-mails; attempt to reach Zia; call with Nancy (Stewart's secretary); call with Tapping; edit letter to Zia; memo to Stewart. | 1.00 | 125.00 |
| 4/21/03 DW | Letter to tax group. | 0.30 | 37.50 |
| DW | Message for George Akers at FHLB-S. | 0.10 | 12.50 |
| DW | Call with Zia; letter to Zia. | 0.20 | 25.00 |
| DW | Call with Ernie. | 0.20 | 25.00 |
| DW | Attempt to download from computer; call to Buchanan's secretary; call to Fleischer's secretary; call with Zia; review Buchanan's memo. | 0.70 | 37.50 |
| 4/25/03 DW | Prepare information for website; memo to Carl. | 0.90 | 112.50 |
| DW | Message for Zia. | 0.10 | 12.50 |
| DW | Call with Buchanan's secretary. | 0.20 | 25.00 |
| 4/28/03 DW | Message for Mitch Moettel; attempt to reach Rosemary. | 0.20 | 25.00 |
| DW | Call from DOJ. | 0.70 | 37.50 |

*Handwritten annotations: ".1", "ok", ".5 hrs disallowed", ".1", "1.8 hrs disallowed"*

Benj. Franklin Plaintiffs

| Date | | Description | | Hours | Amount |
|---|---|---|---|---|---|
| 4/28/03 | DW | Arrange telephone call; conference call with Tom, Hugo, Catherine; call to Tom. | ok | 1.00 | 125.00 |
| 5/2/03 | DW | Review e-mails. | | 0.50 | 62.50 |
| | DW | Calls regarding taxes with Tom Buchanan regarding Leslie Freeman; call to Leslie; received documents. | ok | 0.30 | 37.50 |
| | DW | Three calls to Ernie; two calls to Rose; call to Rosemary Stewart regarding sending in spread sheets; calls to Carl; review letters. | | 1.60 | 200.00 |
| 5/19/03 | DW | Call with Barbara Gibbs. | | 0.20 | 25.00 |
| | DW | Left messages for Darmstadter, Zia, Catherine Topping. | | 0.10 | 12.50 |
| | DW | Call with Hank Darmstadter. | | 0.30 | 37.50 |
| | DW | Call with Catherine Topping. | | 0.10 | 12.50 |
| 5/20/03 | DW | Letter to tax group, file organization.    . 2 | | 1.30 | 162.50 |
| 5/28/03 | DW | Review letter to clients. | | 0.10 | 12.50 |
| 5/30/03 | DW | Call with Leslie. | | 0.10 | 12.50 |
| | DW | Call with Dept. of Justice. | | 0.20 | 25.00 |
| | DW | Call from Maida. | | 0.10 | 12.50 |
| 6/2/03 | DW | review material from leslie; calls to Barbara Gibbs and Leslie. | | 0.40 | 50.00 |
| 6/9/03 | DW | Call to Barbar Gibbs. | | 0.20 | 25.00 |
| 6/12/03 | DW | Regarding taxes; review spread sheet. | | 0.10 | 12.50 |
| 6/20/03 | DW | Attempts to reach Topping and Zia. | | 0.10 | 12.50 |
| 6/23/03 | DW | Call with Moettel. | | 0.30 | 37.50 |
| | DW | Call with Leslie regarding record search. | | 0.10 | 12.50 |
| 7/11/03 | DW | Call with Jerry Young. | | 0.10 | 12.50 |
| 7/21/03 | DW | Call with Darmstadter. | | 0.30 | 37.50 |
| 8/1/03 | DW | Preparation and tax group conference call. | | 0.60 | 75.00 |
| 8/11/03 | DW | Regarding tax group conference call with tax group after review of revision to my letter. | | 0.40 | 50.00 |
| 8/19/03 | DW | Note for Bernice. | | 0.10 | 12.50 |
| 8/23/03 | DW | Letter to Auers. | | 0.10 | 12.50 |
| | DW | Memo to tax group. | | 0.10 | 12.50 |
| 8/25/03 | DW | Letter to Auers. | | 0.10 | 12.50 |
| | DW | E-mail to tax group. | | 0.20 | 25.00 |
| 9/5/03 | DW | Memo to Bernice regarding letter. | | 0.10 | 12.50 |
| | DW | Memo and call to Bernice about August 25th memo; call McIntyre. | | 0.40 | 50.00 |
| 9/7/03 | DW | Call with Fleischer. | | 0.20 | 25.00 |
| 9/8/03 | DW | Review e-mails, call with Rosemary Stewart and Ernie Fleishcher's wife, left message; receipt of long e-mail. | | 0.60 | 75.00 |
| 9/23/03 | DW | Review Moettel letter, call Stewart. | | 0.20 | 25.00 |
| 10/1/03 | DW | Operator conference call. | | 0.70 | 87.50 |
| | DW | Call Richard Green. | | 0.10 | 12.50 |
| 10/19/03 | DW | Letter to shareholder attorney. | | 0.10 | 12.50 |
| 11/7/03 | DW | Edit letters to tax group and to clients. Two calls with Bernice. | | 1.00 | 125.00 |
| 11/21/03 | DW | Call with Topping, reviewand fax status report. | ok | 0.20 | 25.00 |
| | DW | Call with Stewart, leave messagefor Darmstadter and review return message. | | 0.20 | 25.00 |
| 12/6/03 | DW | Call with Buchanan. | | 0.30 | 37.50 |
| 12/8/03 | DW | Review Buchanan letter, fax it to Stewart, attempt to reach Darmstadter, call with Hank. | . 1 | 0.60 | 75.00 |
| 12/13/03 | DW | Letter to Maida Mechanic. | | 0.10 | 12.50 |
| 12/15/03 | DW | Attempt to reach Peter Baker at both numbers. Message from Darmstadter. | . 1 | 0.20 | 25.00 |

u 6 hrs
disallowed

Benj. Franklin Plaintiffs

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/27/03 | DW | Letter to Topping and Darmstadter. | 0.10 | 12.50 |
| | DW | Draft letter to Buchanan, cover letter to Rosemary Stewart. | 0.30 | 37.50 |
| | DW | Preparation of website. | 0.60 | 75.00 |
| | DW | Review FFA memo. | 0.60 | 75.00 |
| | DW | Review U.S.V. FDIC complaint. | 0.20 | 25.00 |
| 12/30/03 | DW | Edit website. | 0.20 | 25.00 |
| 1/1/04 | DW | Regarding tax material. | 1.00 | 125.00 |
| 1/2/04 | DW | Review tax material | 1.50 | 187.50 |
| 1/3/04 | DW | Long memo to tax group. | 1.80 | 225.00 |
| 1/4/04 | DW | Letter to Moettel; prepare argument. | 0.30 | 37.50 |
| | DW | Attempt to reach Fleisher. | 0.20 | 25.00 |
| | DW | Edit fax letter to tax group. | 0.30 | 37.50 |
| 2/6/04 | DW | Regarding spread sheet.  ok | 0.10 | 12.50 |
| 2/12/04 | DW | Regarding time records call with Kathy. | 0.20 | 25.00 |
| 2/20/04 | DW | Call with Fleischer. | 0.20 | 25.00 |
| 2/21/04 | DW | Preliminary review of spread sheets.  Call Fleischer. | 0.90 | 112.50 |
| 2/22/04 | DW | Leave messages for Ernie. | 0.10 | 12.50 |
| | DW | Call with Fleischer; prepare two letters (fax to Portland). | 0.50 | 62.50 |

SUBTOTAL:                                                         [   57.70    7,212.50]

For professional services rendered                                      105.10  $13,137.50
                                        Excluding Non-Tax Hours   95.50 x 11,937.50

Additional Charges :

$Costs _____

| 3/23/03 | America West Airlines - Travel to Washington DC | 319.00 |
|---|---|---|
| | Embassy Suites - Travel to DC. | 109.02 |
| 4/30/03 | Fax charges | 29.50 |
| | Photocopy expenses | 13.20 |

SUBTOTAL:                                                         [   470.72]

DSW _____

| 3/27/03 | United Parcel Service delivery to Washington, DC (3/17 tax materials). | 29.44 |
|---|---|---|
| 4/2/03 | United Parcel Service (delivery to Rosemary Stewart). | 46.59 |
| 4/22/03 | Photocopy expenses March 2003. | 161.00 |
| | Postage March 2003. | 38.11 |
| | Fax charges March 2003. | 141.50 |
| 5/7/03 | United Parcel Service delivery to Department of Justice. | 19.38 |
| 6/2/03 | Photocopy expenses May 2003. | 34.40 |
| | Postage May 2003. | 14.43 |
| | Facsimile charges May 2003. | 24.00 |
| 6/25/03 | March Visa. | 109.02 |
| | April VISA. | 316.16 |
| | United Parcel Service on 6/11/03. | 19.29 |
| 7/29/03 | Photocopy expenses | 146.60 |
| 9/30/03 | Photocopy expenses | 12.30 |

*e G has disallowed*

FDIC Ex. 36

Benj. Franklin Plaintiffs

Amount

| | | |
|---|---|---|
| 10/4/03 Delivery charges from UPS invoice dated 10/04/03. | | 38.48 |
| 10/31/03 Photocopy expenses | | 3.60 |
| Photocopy expenses. | | 24.30 |
| 12/27/03 United Parcel Service | | 173.48 |
| 12/31/03 Photocopy expenses for November and December. | | 67.80 |
| 1/1/04 Delivery charges from UPS invoice dated 12/27/03 | | 173.48 |
| 1/31/04 Photocopy expenses for January | | 8.20 |
| 2/2/04 Christy Rentz professional fee. ok | | 140.00 |
| 2/23/04 Photocopy expenses. American Legal Corp. | | 104.00 |
| 2/27/04 Photocopy expenses for February 2004. | | 8.30 |
| 2/25/04 postage | | 30.75 |

SUBTOTAL:                                          [   1,886.11]

DW

| | | |
|---|---|---|
| 4/8/03 Taxi from DC airport to hotel (out of pocket) | | 28.00 |
| 4/9/03 Taxi charges regarding DC meeting with tax group. | | 10.25 |
| 4/10/03 Breakfast (DC) | | 5.00 |
| Metro expense in DC. | | 2.95 |
| 10/1/03 Conference calls. | | 130.92 |

SUBTOTAL:                                          [    177.12]

Total costs                                        $2,533.95

Total amount of this bill                          $15,671.45

Total Excluding Non-Tax Hours    $ 14,471.45

FDIC Ex. 36