Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR  97205

Invoice submitted to:
Benj. Franklin Plaintiffs

September 03, 2004

In Reference To:   Benj. Franklin Savings & Loan 90-W-6054

                   Tax Case

Invoice #10207

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **DSW** | | | | |
| 3/3/04 | DSW | Call from Baker. | 0.20 | 25.00 |
| 3/10/04 | DSW | Review Dept. of Justice memo. | 0.20 | 25.00 |
| | DSW | Edit letter to tax group. | 0.30 | 37.50 |
| 3/15/04 | DSW | Long message for Fleicher. | 0.10 | 12.50 |
| 3/16/04 | DSW | Call Fleischer. | 0.20 | 25.00 |
| 3/17/04 | DSW | Call from McIntyre. | 0.10 | 12.50 |
| | DSW | ==Compiling bill.== | 0.60 | 75.00 |
| 3/18/04 | DSW | Message for Rosemary, call with her assistant. | 0.10 | 12.50 |
| | DSW | Letter to clients regarding finances. | 0.30 | 37.50 |
| 3/26/04 | DSW | Review Moettel message, message for Moettel. | 0.10 | 12.50 |
| 3/31/04 | DSW | Meeting with Dale Weight and Karen Miller. | 1.00 | 125.00 |
| | DSW | Calls with Fleitcher. | 0.30 | 37.50 |
| 4/1/04 | DSW | Review tax file. | 0.70 | 87.50 |
| 4/5/04 | DSW | Editing Darmstadter draft letter and cover letter. | 0.80 | 100.00 |
| | DSW | Reviewing emails. | 0.10 | 12.50 |
| | DSW | Call with Laurie Miller. | 0.30 | 37.50 |
| 4/7/04 | DSW | Review emails | 0.20 | 25.00 |
| 4/8/04 | DSW | ==Pack documents to take to Trout Lake.== | 0.10 | 12.50 |
| | DSW | Call Rosemary. | 0.10 | 12.50 |
| | DSW | Review emails. | 0.10 | 12.50 |
| 4/13/04 | DSW | Review revisions; call Ernie Fleisher. | 0.40 | 50.00 |
| 4/14/04 | DSW | Edit letter.  Call with Mitch's secretary and Mitch.  Message for Rosemary. | 0.60 | 75.00 |
| | DSW | Leave message for Mitch Moettel. | 0.10 | 12.50 |
| 4/20/04 | DSW | Call with Zia and Gill. | 0.30 | 37.50 |
| | DSW | Memo to tax group. | 0.10 | 12.50 |

*[handwritten note:] .7 hrs disallowed*

FDIC Ex. 37

Benj. Franklin Plaintiffs                                                                                     Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/21/04 | DSW | Call with Zia, Gill, and then with Mitch. | 1.10 | 137.50 |
|  | DSW | Review responses regarding meeting time. | 0.10 | 12.50 |
| 4/22/04 | DSW | Letters regarding tax issues. | 0.50 | 62.50 |
|  | DSW | Memo to Rachel regarding meeting. | 0.30 | 37.50 |
| 4/27/04 | DSW | Calls with Ernie, Rosemary, Richard Gill, Mitch's assistant. Memo to tax group. | 1.00 | 125.00 |
| 4/28/04 | DSW | Conference call. | 1.50 | 187.50 |
|  | DSW | Call Stewart, Gill. | 0.40 | 50.00 |
| 4/29/04 | DSW | Calls with Darmstadter and Gill. | 1.00 | 125.00 |
|  | DSW | Two calls with Baker. | 0.30 | 37.50 |
| 5/4/04 | DSW | Letter to tax group | 0.20 | 25.00 |
|  | DSW | Review emails. Call Rosemary Stewart. | 0.30 | 37.50 |
| 5/5/04 | DSW | Call Gill. Preparation of letter to tax group. | 0.80 | 100.00 |
|  | DSW | Edit letter to Gill. | 0.10 | 12.50 |
| 5/6/04 | DSW | Email to tax group. | 0.20 | 25.00 |
|  | DSW | Call Gill. | 0.20 | 25.00 |
|  | DSW | Letter to Gill, locating documents.  .5 hrs disallowd | 4.00 | 500.00 |
|  | DSW | Conference call with Gill and Darmstadter. | 0.50 | 62.50 |
| 5/11/04 | DSW | Review emails, calls with Mitch and Rosemary. Attempts to reach  .1  Ernie, call with Ernie. | 1.10 | 137.50 |
|  | DSW | Call Ernie and Mitch, review documents. | 0.30 | 37.50 |
| 5/12/04 | DSW | Review memo, call Moettel. | 0.20 | 25.00 |
|  | DSW | Conference with Rachel. | 0.10 | 12.50 |
| 5/13/04 | DSW | Call with Darmstadter. | 0.70 | 87.50 |
|  | DSW | Call with Gill. | 0.50 | 62.50 |
|  | DSW | Prep of memo to tax group. | 0.30 | 37.50 |
|  | DSW | Review tax book, list missing items.  ok | 0.30 | 37.50 |
|  | DSW | Review email letter. | 0.10 | 12.50 |
|  | DSW | Prep for trip. | 0.30 | 37.50 |
| 5/20/04 | DSW | Letter to tax group. | 0.30 | 37.50 |
|  | DSW | Call Mitch Moettel. | 0.30 | 37.50 |
|  | DSW | Edit letter to tax group. | 0.20 | 25.00 |
| 5/27/04 | DSW | Memo to Darmstadter regarding meeting date. | 0.20 | 25.00 |
| 6/1/04 | DSW | Call with Hank Darmstadter. | 0.40 | 50.00 |
| 6/2/04 | DSW | Memo to tax group. | 0.30 | 37.50 |
| 6/3/04 | DSW | Call Rosemary Stewart regarding Suess v. FDIC research. | 0.10 | 12.50 |
|  | DSW | Regarding tax case call Rosemary Stewart and letter to Darmstadter. | 0.40 | 50.00 |
| 6/4/04 | DSW | Final edit of letter to Darmstadter. | 0.10 | 12.50 |
|  | DSW | Long call with Don McIntyre regarding Benj. Franklin documents. | 0.40 | 50.00 |
| 6/29/04 | DSW | Review mail. | 0.10 | 12.50 |
|  | DSW | Conference with Rachel. | 0.20 | 25.00 |
|  | DSW | Call Stewart. | 0.20 | 25.00 |
|  | DSW | Call Baker. | 0.30 | 37.50 |
|  | DSW | Call Fleischer. | 0.20 | 25.00 |
|  | DSW | Call McIntyre. | 0.20 | 25.00 |
|  | DSW | Attempt to reach Bill Love. | 0.20 | 25.00 |
| 6/30/04 | DSW | Call with Baker. | 0.10 | 12.50 |
|  | DSW | Call with Baker. | 0.10 | 12.50 |
|  | DSW | Call Darmstadter. | 0.50 | 62.50 |
|  | DSW | Attempt to reach Mitch. | 0.10 | 12.50 |

1.2 hrs disallowed

FDIC Ex. 37

Benj. Franklin Plaintiffs                                                                    Page      3

|  Date    | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 6/30/04 | DSW | Attempt to reach Darmstadter. | 0.10 | 12.50 |
|  | DSW | Call Stewart. | 0.10 | 12.50 |
|  | DSW | Attempt to reach Mitch. | 0.10 | 12.50 |
| 7/1/04 | DSW | Memo to tax group, attempt to reach Gill. Call with Zia. | 0.90 | 112.50 |
| 7/6/04 | DSW | Conference McIntyre. | 0.80 | 100.00 |
| 7/7/04 | DSW | Conference with Kathy regarding the records. | 0.10 | 12.50 |
|  | DSW | Email to Benj. Franklin clients. | 0.20 | 25.00 |
|  | DSW | Call to Richard Green. | 0.30 | 37.50 |
|  | DSW | Call with Mitch Moettel. | 0.40 | 50.00 |
| 7/8/04 | DSW | Letter to Stewart. | 0.10 | 12.50 |
| 7/13/04 | DSW | Regarding tax documents. | 0.20 | 25.00 |
| 7/27/04 |  |  |  |  |
|  | DSW | Read points and authorities regarding motion to intervene. | 0.50 | 62.50 |
|  | DSW | Conference with Elizabeth regarding tax material. | 0.30 | 37.50 |
| 7/28/04 | DSW | Call with Mitch Moettel, left long message for Darmstadter, letter to Hank and Richard. | 0.40 | 50.00 |
| 7/29/04 | DSW | Client meeting. | 2.20 | 275.00 |
|  | DSW | Prepare for meeting. | 0.50 | 62.50 |
|  | DSW | Call Hank, attempts to reach Fleischer, call with Moettel's assistant. | 0.80 | 100.00 |
| 8/1/04 | DSW | Review of exhibit list. | 0.10 | 12.50 |
| 8/2/04 | DSW | Call with Richard Gill. | 0.20 | 25.00 |
|  | DSW | Attempt to reach Moettel. | 0.10 | 12.50 |
|  | DSW | Call with Moettel. | 0.10 | 12.50 |
| 8/3/04 | DSW | Two calls with Moettel's assistant. | 0.30 | 37.50 |
|  | DSW | Attempt to reach Richard Gill. | 0.10 | 12.50 |
| 8/4/04 | DSW | Call Richard Gill, attempt to reach Moettel. Call Stewart | 0.50 | 62.50 |
|  | DSW | Long call with Mitch Moettel. | 0.30 | 37.50 |
|  | DSW | Review RTC contract. | 0.40 | 50.00 |
| 8/5/04 | DSW | Call Richard Gill. | 0.60 | 75.00 |
|  | DSW | Letter to tax group, editing letter. | 0.50 | 62.50 |
|  | DSW | Call with Mrs. Fleischer and Diane Grey, Fleischer's assistant. | 0.20 | 25.00 |
| 8/6/04 | DSW | Fax to Ernie. Call to Ernie. | 0.20 | 25.00 |
|  | DSW | Call Jerry Young regarding Suess request. | 0.20 | 25.00 |
|  | DSW | Calls with Moettel and Gibbs regarding taxes. | 0.30 | 37.50 |
|  | DSW | Call with Gibbs, fax to Mitch. | 0.20 | 25.00 |
| 8/7/04 | DSW | Attempt to reach Gary Hindes. | 0.10 | 12.50 |
| 8/16/04 | DSW | Collecting material. Call McIntyre, conference with McIntyre. | 0.30 | 37.50 |
|  | DSW | Letter to Suess regarding audit review. Jerry Young letter. | 0.30 | 37.50 |
|  | DSW | Preparation for trip. | 0.50 | 62.50 |
| 8/24/04 | DSW | Regarding conference call. | 0.30 | 37.50 |
| 8/25/04 | DSW | Review merger approval, letter to Ernie. | 0.20 | 25.00 |
|  | DSW | Conference call with clients. | 0.70 | 87.50 |
| 8/26/04 | DSW | Call McIntyre. | 0.20 | 25.00 |
|  | DSW | Looking for documents. | 0.20 | 25.00 |
| 8/31/04 | DSW | Review accounting documents, conference with Elizabeth. | 0.30 | 37.50 |
|  | DSW | Call Rosemary Stewart. | 0.30 | 37.50 |
|  |  | SUBTOTAL: | [ 46.00 | 5,750.00 ] |
|  |  | Subtotal Excluding Non-Tax Hours | 44.40 | 5,550.00 |

*a 9 hrs disallowed*

FDIC Ex. 37

Benj. Franklin Plaintiffs

Page    4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  | DW |  |  |  |
| 3/5/04 | DW | Review Dept. of Justice material, prepare for conference call. | 0.30 | 37.50 |
|  | DW | Conference call with tax group, call Baker. | 0.20 | 25.00 |
| 3/8/04 | DW | Call with Stewart, leave message for Darnstadter. | 1.00 | 125.00 |
| 3/12/04 | DW | Call with Bernice. | 0.10 | 12.50 |
|  | DW | Call from Darnstadter, memo to tax group, edit memo. | 0.90 | 112.50 |
|  | DW | Call with Mitch Moettel. OK | 0.30 | 37.50 |
| 3/19/04 | DW | Organize tax file. | 0.70 | 87.50 |
|  | DW | Review FDIC memo, attempts to reach Fleischer and Stewart. .2 | 0.70 | 87.50 |
| 3/20/04 | DW | Call Fleischer. | 0.30 | 37.50 |
| 3/22/04 | DW | Review of tax file. | 1.00 | 125.00 |
|  | DW | Organizing tax file. | 1.50 | 187.50 |
| 3/23/04 | DW | Call Rosemary Stewart. | 0.20 | 25.00 |
|  | DW | Review McIntyre order, fax to clients. OK | 0.10 | 12.50 |
|  | DW | Review tax documents. | 0.80 | 100.00 |
| 3/25/04 | DW | Attempt to reach Moettel. | 0.10 | 12.50 |
| 4/2/04 | DW | Call Stewart, Moettel, Fliescher; prepare draft of letter to Darnstadter. | 1.50 | 187.50 |
| 4/9/04 | DW | Prepare for conference. OK | 0.20 | 25.00 |
| 4/16/04 | DW | Call Peter Baker. | 0.30 | 37.50 |
| 4/23/04 | DW | Call with Fleischer. | 0.10 | 12.50 |
|  | DW | Edit letters, fax to office, calls with Rachel. OK | 1.20 | 150.00 |
|  | DW | Call with Peter. | 0.40 | 50.00 |
| 4/26/04 | DW | Call Fleisher. | 0.10 | 12.50 |
|  | DW | Calls to Rosemary, Ernie, McIntyre, Richard Green, edit letters, fax to office. OK | 1.20 | 150.00 |
|  | DW | Long letter to Jack Swain, call to Jerry Young's office. | 0.30 | 37.50 |
| 5/1/04 | DW | Letter to Susan Rowe-Adler. | 0.10 | 12.50 |
|  | DW | Edit letter to Gill and Hank. | 0.30 | 37.50 |
| 5/3/04 | DW | Call from Gill, edit letter to Hank and Gill, call Rachel. | 0.60 | 75.00 |
| 5/7/04 | DW | Arranging plane and hotel, call with Nancy Holland. | 0.50 | 62.50 |
| 5/11/04 | DW | Regarding agenda. OK | 2.00 | 250.00 |
|  | DW | Review incoming emails. | 0.10 | 12.50 |
| 5/14/04 | DW | Review spreadsheet, call Mitch. | 0.40 | 50.00 |
|  | DW | Review DOJ letter and Fleischer fax. Call with Fleischer. Fax to office. | 0.40 | 50.00 |
| 5/15/04 | DW | Memo to Rachel regarding spreadsheet. | 0.50 | 62.50 |
|  | DW | Organizing documents. | 0.20 | 25.00 |
| 5/17/04 | DW | Benj. Franklin to airport for trip to DC, conference with tax group. | 5.50 | 687.50 |
|  | DW | Reviewing file on trip. | 5.00 | 625.00 |
| 5/18/04 | DW | Conference with Dept. of Justice and FDIC. | 6.50 | 812.50 |
|  | DW | Dinner conference with Rosemary. | 1.00 | 125.00 |
| 5/19/04 | DW | Meeting with Gill, to airport for trip to Portland. Long call to Hank from Chicago. OK | 9.50 | 1,187.50 |
| 5/21/04 | DW | Calls with Leslie and Elizabeth regarding Benj. Franklin records. | 0.50 | 62.50 |
|  | DW | Call Fleischer. | 0.30 | 37.50 |
| 5/23/04 | DW | Call with Fleischer, attempt to reach Maida. .1 | 0.20 | 25.00 |
| 5/24/04 | DW | Benj. Franklin call from McIntyre to Bill Love. | 0.30 | 37.50 |
| 6/15/04 | DW | Call with Rachel and memo regarding Washington DC trip. | 0.70 | 87.50 |
| 7/2/04 | DW | Regarding financial records. | 0.10 | 12.50 |
|  | DW | Attempt to reach Richard Gill. | 0.10 | 12.50 |

3.4 hrs disallowed

FDIC Ex. 37

Benj. Franklin Plaintiffs                                                                  Page    5

|  Date    |     | Description | Hours | Amount |
|----------|-----|-------------|-------|--------|
| 7/2/04   | DW  | Call with Richard Gill. | 0.70 | 87.50 |
| 7/6/04   | DW  | Calls to Lawlor and Darmstadter, attempt to reach Moettel. •1 | 0.70 | 87.50 |
| 7/14/04  | DW  | Review tax documents. | 2.00 | 250.00 |
| 7/15/04  | DW  | Letter to clients regarding meeting. | 0.10 | 12.50 |
|          | DW  | Letter to DeNuss, Jr. | 0.10 | 12.50 |
| 7/16/04  | DW  | Memo regarding file searches. | 0.20 | 25.00 |
|          | DW  | Review conservator's request for bids. | 0.30 | 37.50 |
| 7/17/04  | DW  | Memo to tax group. | 0.60 | 75.00 |
|          | DW  | Memo to Rachel. | 0.30 | 37.50 |
|          | DW  | Review Oakland Rader case. | 0.50 | 62.50 |
| 7/21/04  | DW  | Reading Czwyzinchi deposition. | 2.00 | 250.00 |
| 7/22/04  | DW  | Letter to Mitch and Tom. | 0.50 | 62.50 |
|          | DW  | Letter to clients regarding meeting. | 0.10 | 12.50 |
|          | DW  | Review tax files. | 1.80 | 225.00 |
| 7/23/04  | DW  | Memo to Elizabeth regarding documents to be found. | 0.60 | 75.00 |
|          | DW  | Review tax file. | 1.00 | 125.00 |
| 7/24/04  | DW  | First draft of client meeting agenda. | 0.70 | 87.50 |
|          | DW  | Review tax documents. | 1.00 | 125.00 |
|          | DW  | Correcting memo to Elizabeth regarding Benjamin Franklin files. | 0.40 | 50.00 |
| 7/25/04  | DW  | Preparation of agenda for client meeting. Fax to Portland. ok | 1.00 | 125.00 |
| 7/26/04  | DW  | Editing client letter. | 0.10 | 12.50 |
| 8/1/04   | DW  | Call with Rosemary Stewart and Jerry Stock. | 0.20 | 25.00 |
| 8/7/04   | DW  | Call Rosemary Stewart. | 0.20 | 25.00 |
| 8/8/04   | DW  | Call with Ernie. | 0.20 | 25.00 |
|          | DW  | Call with Baker. | 0.30 | 37.50 |
| 8/9/04   | DW  | Call Rosemary Stewart, Moetel, Hindes, e-mail to tax group. | 1.20 | 150.00 |
|          | DW  | Memo to Rachel. | 0.10 | 12.50 |
|          | DW  | Searching for e-mail. | 0.10 | 12.50 |
| 8/10/04  | DW  | Review Stewart's constitutionality argument. | 0.30 | 37.50 |
|          | DW  | Call Bill Love's office. | 0.10 | 12.50 |
|          | DW  | Memo to Rachel. | 0.20 | 25.00 |
|          | DW  | Call with Jerry Young. | 0.20 | 25.00 |
|          | DW  | Call with Mitch Moettel and Barbara Gibbs. | 0.30 | 37.50 |
| 8/11/04  | DW  | Review Mitch memo, fax Rosemary Stewart and Mitch. ok | 0.60 | 75.00 |
|          | DW  | Call Fleischer. | 0.20 | 25.00 |
| 8/12/04  | DW  | Review memos on timing of interest deduction and Option 10 to call with Stewart, calls with office. | 1.00 | 125.00 |
|          | DW  | Review of Jerry Young memo regarding audit. | 0.10 | 12.50 |
|          | DW  | Review of memo on constitutionality. | 0.10 | 12.50 |
|          | DW  | Call with Hank Darnstadter. | 0.50 | 62.50 |
|          | DW  | Call with Moettel's secretary, message for Mitch. | 0.20 | 25.00 |
|          | DW  | Call with Fleischer. | 0.10 | 12.50 |
|          | DW  | Message from Stewart. | 0.50 | 62.50 |
| 8/13/04  | DW  | Calls with Bill Love's office. | 0.10 | 12.50 |
|          | DW  | Messages from Ernie, efforts to reach Greco and McKechnie and Ernie. •2 | 0.30 | 37.50 |
|          | DW  | Editing letter to Darnstadter, memo to Rachel regarding draft. | 0.50 | 62.50 |
|          | DW  | Draft letter to Suess. | 0.40 | 50.00 |
|          | DW  | Letter to tax group. | 0.40 | 50.00 |
| 8/14/04  | DW  | Calls with McKechnie and McIntyre. | 0.40 | 50.00 |
|          | DW  | Review e-mails, organize trip. | 0.50 | 62.50 |
| 8/15/04  | DW  | Memo to Fleischer regarding document search. | 0.30 | 37.50 |

*[handwritten note: Lv1 hrs disallowed]*

Benj. Franklin Plaintiffs                                                                    Page    6

|        |    |                                                                                                                                                                                                                 | Hours | Amount |
|--------|----|------|------|------|
| 8/15/04 | DW | Organizing files for trip. | 2.00 | 250.00 |
|        | DW | Call McKechnie. | 0.10 | 12.50 |
|        | DW | Memo to Elizabeth regarding document. | 0.10 | 12.50 |
|        | DW | Call Rosemary Stewart. | 0.10 | 12.50 |
| 8/16/04 | DW | Call with Rosemary. | 0.30 | 37.50 |
|        | DW | Attempts to reach Gill. | 0.20 | 25.00 |
| 8/17/04 | DW | To airport, work on plane on preparation for meetings, airport to Stewart's office. Dinner conference with Stewart. To hotel. | 9.30 | 1,162.50 |
| 8/18/04 | DW | Preparation for meeting, to Stewart's office. Meeting with tax group. Meeting with Dept. of Justice and FDIC. Meeting with tax group. Dinner conference with Stewart and Fleischer. Phone conference wiht clients. Phone conference with Fleischer and Jim Walker. *4 hr Disallowed* | 12.50 | 1,562.50 |
| 8/19/04 | DW | Preparation for FDIC meeting. To Stewart's office, tax group conference. Working lunch with Ernie and Rosemary. Attempts to reach Gary Hindes. Conference with Rosemary. To airport, flight to Portland, working on case during trip. *4 hrs Disallow* | 13.50 | 1,687.50 |
| 8/20/04 | DW | Message for Stewart. Message from Buchanan. Call with Stewart. | 0.50 | 62.50 |
|        | DW | Call with Rosemary and Tom. | 0.80 | 100.00 |
| 8/22/04 | DW | Call from Ernie and review documents. | 0.20 | 25.00 |
| 8/23/04 | DW | Phone Elizabeth regarding document search. | 0.10 | 12.50 |
|        | DW | Calls with Darnstadter, Stewart. Attempt to put together conference call. *.1* | 0.50 | 62.50 |
|        | DW | Calls with McIntyre. | 0.20 | 25.00 |
|        | DW | Conference call with tax group and Hank. | 0.80 | 100.00 |
|        | DW | Call with Buchanan and Rosemary. | 0.30 | 37.50 |
|        | DW | Call with Rosemary. | 0.20 | 25.00 |
| 8/27/04 | DW | Second e-mail to tax group. | 0.10 | 12.50 |
|        | DW | Call with Ernie Fleisher. | 0.10 | 12.50 |
|        | DW | E-mail to tax group. | 0.10 | 12.50 |
|        | DW | Call with Rosemary. | 0.20 | 25.00 |
|        | DW | Call from Darnstadter. | 0.50 | 62.50 |
|        | DW | Memo to Rosemary. Call Nancy Holland. | 0.20 | 25.00 |
| 8/30/04 | DW | Memo to Darnstadter and Gill. | 0.50 | 62.50 |
|        | DW | Regarding telephone conference, checking e-mail. *ok* | 0.30 | 37.50 |
|        | DW | Preparation of draft memo. | 1.50 | 187.50 |
|        | DW | Call from Hank. | 0.50 | 62.50 |
|        | DW | Call Rachel regarding schedule. | 0.10 | 12.50 |
|        | DW | Edit memo, call Rachel regarding conference call, memo to Rosemary, fax to Rosemary. *ok* | 0.80 | 100.00 |
| 8/31/04 | DW | Conference call with tax group. | 0.50 | 62.50 |
|        | DW | Regarding brief. Response to Cavender. |  | NO CHARGE |
|        |    | SUBTOTAL: | [ 119.80 | 14,975.00] |
|        |    | Subtotal Excluding Non-Tax Hours | 119.70 | 14,962.50 |
|        |    | For professional services rendered | 165.80 | $20,725.00 |
|        |    | Excluding Non-Tax Hours | 164.10 | $20,512.50 |

*10.3 hrs disallowed*

FDIC Ex. 37

Benj. Franklin Plaintiffs                                                                 Page    7

    Additional Charges :

                                                                   Amount

    DSW

| Date | Description | Amount |
|---|---|---|
| 11/21/02 | Meals - Park Place Gourmet III - Washington, DC. | 7.34 |
| 3/31/04 | Photocopy expenses for March 2004. | 34.00 |
| 4/14/04 | Delivery charges from UPS invoice dated on 4/14. | 51.14 |
| 4/30/04 | Photocopy expenses for April 2004. | 45.60 |
| 5/6/04 | United Parcel Service | 20.67 |
| 5/21/04 | Photocopy expenses, ALC copies. | 34.56 |
| | United Parcel Service. | 90.90 |
| 5/30/04 | Washington DC trip. Airfare and Meals from VISA. | 1,253.01 |
| 5/31/04 | Photocopy expenses for May. | 33.00 |
| 6/14/04 | Photocopy expenses from ALC. | 231.25 |
| 6/26/04 | U.P.S. Ernest Fleischer. | 58.57 |
| 6/30/04 | Photocopy expenses. | 20.60 |
| 7/2/04 | Second Washington DC trip. | 948.20 |
| 7/9/04 | Photocopy expenses by ALC copies. | 204.32 |
| 7/15/04 | U.P.S. Delivery. | 20.96 |
| 8/1/04 | U.P.S. charges to Washington DC | 41.92 |
| 8/16/04 | Photocopy expenses from American Legal Corp. | 31.75 |
| 8/17/04 | U.P.S. to Washington DC | 35.85 |
| 8/20/04 | Photocopy expenses-American Legal Copy. | 63.50 |
| 8/31/04 | Long Distance Telephone Charges. | 25.00 |
| | Faxes. | 8.00 |
| | Photocopy expenses. | 15.20 |

    SUBTOTAL:                                                                           [    3,275.34]

    DW

| Date | Description | Amount |
|---|---|---|
| 5/17/04 | Taxis. | 77.50 |
| 5/18/04 | Taxis. | 7.50 |
| 5/19/04 | Taxis. | 25.00 |
| 8/3/04 | U.P.S. Delivery | 12.52 |
| 8/17/04 | Taxis. | 4.20 |
| 8/18/04 | Taxis. | 6.00 |
| | Taxis. | 7.00 |
| 8/19/04 | Taxis. | 6.50 |

    SUBTOTAL:                                                                              [     146.22]

    Total costs                                                                                   $3,421.56

    Total amount of this bill                                                                 $24,146.56
                                                              Excluding Non-Tax Hours    $23,934.06