Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

September 08, 2004

In Reference To:  Benj. Franklin Savings & Loan 90-W-6054
        Tax Case

Invoice #10208
        Additional Charges :

|  | Amount |
|---|---|
| DSW | |
| 8/17/04 Taxi | NO CHARGE |
| 8/18/04 Meals Washington DC, *often with co-counsel* o/c | 237.82 |
| Red Roof Inns, Washington DC | 242.72 |
| Taxi. | 52.00 |
| SUBTOTAL: | [    532.54] |
| Total costs | $532.54 |
| Previous balance | $40,193.01 |
| Balance due | $40,725.55 |

FDIC Ex. 38