Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

November 21, 2004

In Reference To: Benj. Franklin Savings & Loan 90-W-6054
Tax Case

Invoice #10217

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| **DSW** | | | | |
| 9/1/04 | DSW | Prepare draft letter to Gill, edit letter. | 0.80 | 100.00 |
| | DSW | Letter to clients. Edit letter to Gill. | 0.20 | 25.00 |
| | DSW | Conference with Elizabeth regarding exhibits. | 0.10 | 12.50 |
| 9/2/04 | DSW | Calls with Rosemary. | 0.60 | 75.00 |
| | DSW | Calls with tax group. | 0.90 | 112.50 |
| | DSW | Review e-mails | 0.10 | 12.50 |
| 9/3/04 | DSW | Call with Rosemary. Review memos, review Suess letter. Prepare draft of letter to Buchanan. Call McIntyre. E-mail to clients. | 1.50 | 187.50 |
| 9/7/04 | DSW | Call with Leo Sherry. | 0.30 | 37.50 |
| | DSW | Editing letter to clients. | 0.20 | 25.00 |
| | DSW | Editing letters to Gill and Buchanan. | 0.50 | 62.50 |
| 9/8/04 | DSW | Call RC regarding tax claim. | 0.10 | 12.50 |
| | DSW | Editing letter to clients. | 0.30 | 37.50 |
| | DSW | Review draft letter to Darnstadter. | 0.10 | 12.50 |
| 9/9/04 | DSW | Letter to Hank. | 0.20 | 25.00 |
| | DSW | Call with Rosemary. | 0.40 | 50.00 |
| 9/10/04 | DSW | Phone call with Hank. | 0.70 | 87.50 |
| | DSW | Call RC. | 0.30 | 37.50 |
| 9/13/04 | DSW | Calls with Gill. | 0.40 | 50.00 |
| | DSW | Letter to Judge Smith. | 0.20 | 25.00 |
| | DSW | Change of address form. | 0.20 | 25.00 |
| 9/15/04 | DSW | Call with Fleischer. | 0.30 | 37.50 |
| | DSW | Calls with McIntyre. | 0.30 | 37.50 |

[handwritten note: a 4 hrs disallowed]

Benj. Franklin Plaintiffs                                                                                  Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/21/04 | DSW | Calls with Rosemary. | 0.30 | 37.50 |
|  | DSW | Review Rosemary's changes in Website, call Rosemary regarding website and Tom Buchanan. | 1.00 | 125.00 |
| 9/23/04 | DSW | Calls with Stewart and clients, review Suess mailing, call with Gill and Stewart. Calls with McIntyre. | 1.20 | 150.00 |
| 9/24/04 | DSW | Call Stewart, Baker, FDIC. | 1.60 | 200.00 |
| 9/27/04 | DSW | Call with Andy Giegerich of Portland Business Journal. | 0.50 | 62.50 |
|  | DSW | Call with McIntyre. | 0.10 | 12.50 |
| 9/28/04 | DSW | Call Stewart, attempt to reach Gill. | 0.10 | 12.50 |
|  | DSW | Call with Business Journal reporter. | 0.10 | 12.50 |
|  | DSW | Call with Portland Business Journal. | 0.20 | 25.00 |
|  | DSW | Call from Gill. | 0.10 | 12.50 |
|  | DSW | Call with shareholders. | 0.30 | 37.50 |
|  | DSW | Calls with Busness Journal. | 1.50 | 187.50 |
| 9/30/04 | DSW | Call Clark and Stewart; attempt to reach Darnstadter. | 0.50 | 62.50 |
|  | DSW | Brief call with Darnstadter. Call with Peter Baker.. | 0.20 | 25.00 |
|  | DSW | Call McIntyre. | 0.10 | 12.50 |
| 10/5/04 | DSW | Call Rosemary | 0.10 | 12.50 |
|  | DSW | Review final letter. Call Rosemary. | 0.20 | 25.00 |
|  | DSW | Review RS draft, phone with RS. | 0.40 | 50.00 |
|  | DSW | Review draft letter to Clark. | 0.20 | 25.00 |
|  | DSW | Conference regarding financials. | 0.70 | 87.50 |
|  | DSW | Attempt to reach Gill. | 0.10 | 12.50 |
|  | DSW | Call Rosemary Stewart; call Nancy Holland. | 0.30 | 37.50 |
| 10/6/04 | DSW | Review Gill draft letter, fax to Rosemary, attempt to reach Rosemary by phone. Review my letter, leave message for Gill. | 0.50 | 62.50 |
|  | DSW | Call with Gill | 0.20 | 25.00 |
|  | DSW | Attempts to locate Tom. | 0.20 | 25.00 |
| 10/7/04 | DSW | Review incoming e-mails. | 0.10 | 12.50 |
| 10/12/04 | DSW | Draft letter to Clark. | 0.50 | 62.50 |
|  | DSW | Review files. | 0.10 | 12.50 |
|  | DSW | Call Gill. | 0.40 | 50.00 |
| 10/13/04 | DSW | Edit letter to Rosemary. | 0.10 | 12.50 |
|  | DSW | Call Bob Clark. Call Rosemary. | 0.50 | 62.50 |
| 10/14/04 | DSW | Call Gill. Call Rosemary. | 0.50 | 62.50 |
|  | DSW | Calls with Stewart. | 0.30 | 37.50 |
| 10/19/04 | DSW | Calls to Rosemary Stewart. | 0.40 | 50.00 |
|  | DSW | Call Dale Weight. | 0.20 | 25.00 |
| 10/20/04 | DSW | Attempt to reach Darnstadter. | 0.10 | 12.50 |
|  | DSW | Call Darnstadter; call Stewart. | 0.60 | 75.00 |
|  | DSW | Call Krueger's office. | 0.10 | 12.50 |
|  | DSW | Call with Portland Business Journal. | 0.10 | 12.50 |
| 10/21/04 | DSW | Call with Rosemary. | 0.30 | 37.50 |
|  | DSW | Dale Weight, call regarding Lalurie Miller meeting. | 0.10 | 12.50 |
| 10/25/04 | DSW | Attempt to reach Gill. | 0.10 | 12.50 |
|  | DSW | Call Clark; call Gill. | 0.50 | 62.50 |
| 10/28/04 | DSW | Call Rosemary Stewart. | 0.20 | 25.00 |

*Handwritten annotations:* ".1 hr disallowed"; ".1"; "2.2 hrs disallowed"

FDIC Ex. 39

Benj. Franklin Plaintiffs                                                                                 Page    3

|              |    |                                                                                                | Hours | Amount |
|--------------|----|------------------------------------------------------------------------------------------------|-------|--------|
|              |    | SUBTOTAL:                                                                                      | [ 25.50 | 3,187.50] |
|              |    | Subtotal Excluding Non-Tax Hours                                                               | 24.60 | 3,075.00 |
|              | DW |                                                                                                |       |        |
| 9/3/04       | DW | Call Leo Sherry and arrange for conference call for Tuesday.                                   | 0.60  | 75.00  |
| 9/4/04       | DW | Attempt to reach RC, call with RC. Rewrite letter to Buchanan, fax to RC. Long call with RC.  .1 | 2.00  | 250.00 |
| 9/6/04       | DW | Review and edit Rosemary's memo. Call Rosemary, fax Rosemary. Call McIntyre.  olc              | 2.00  | 250.00 |
| 9/7/04       | DW | Calls.                                                                                         | 0.90  | 112.50 |
|              | DW | Call Rachel.                                                                                   | 0.10  | 12.50  |
| 9/20/04      |    |                                                                                                |       |        |
|              | DW | Preparation of website and letter to e-mail writers, fax to Portland.                          | 1.50  | 187.50 |
|              | DW | Calls with McIntyre.                                                                           | 0.40  | 50.00  |
|              | DW | Swan, Dorfinger and Weight letters.                                                            | 0.20  | 25.00  |
| 9/27/04      | DW | Letter to shareholder.                                                                         | 0.10  | 12.50  |
| 9/29/04      | DW | Call Clark.                                                                                    | 0.30  | 37.50  |
|              | DW | Prepare draft of letter to Clark, Memo to Rosemary.                                            | 1.20  | 150.00 |
| 10/1/04      | DW | Call with Gill. Review draft letter to Clark.                                                  | 0.40  | 50.00  |
| 10/2/04      | DW | Call McIntyre.                                                                                 | 0.20  | 25.00  |
|              | DW | Review contract documents plus letter to Rossenau.                                             | 2.00  | 250.00 |
| 10/3/04      | DW | Calls with McIntyre regarding continuations.                                                   | 0.30  | 37.50  |
|              | DW | Read McIntyre letter.                                                                          | 0.10  | 12.50  |
| 10/4/04      | DW | Call Clark and Gill, edit letter to Clark, fax to Rosemary for review, edit 6 k letter to Rosemary regarding Anderson case. | 1.20  | 150.00 |
| 10/8/04      | DW | Calls with Rosemary, Richard Gill. Editing settlement documents, memo to Rachel.               | 1.50  | 187.50 |
| 10/15/04     | DW | Three calls to Rosemary Stewart.                                                               | 0.40  | 50.00  |
|              | DW | Edit letter to Clark and Gill, fax to Portland with memo. olc                                  | 0.40  | 50.00  |
| 10/17/04     | DW | Review letter to Lark.                                                                         | 0.10  | 12.50  |
| 10/18/04     | DW | Call Rosemary.                                                                                 | 0.10  | 12.50  |
|              | DW | Call Gill, call Stewart, fax to Stewart and Fleischer.  ok                                     | 0.80  | 100.00 |
|              | DW | Call Jerry Young regarding mechanics of contribution return.                                   | 0.20  | 25.00  |
|              | DW | Work on reservations.                                                                          | 0.30  | 37.50  |
| 10/22/04     | DW | Call with Rosemary.                                                                            | 0.20  | 25.00  |
| 10/29/04     | DW | Call with Gill.                                                                                | 0.40  | 50.00  |
|              |    | SUBTOTAL:                                                                                      | [ 20.70 | 2,587.50] |
|              |    | Subtotal Excluding Non-Tax Hours                                                               | 17.90 | 2,237.50 |
|              |    | For professional services rendered                                                             | 46.20 | $5,775.00 |
|              |    | Excluding Non-Tax Hours                                                                        | 42.50 | $5,312.50 |

1.9 hrs disallowed

FDIC Ex. 39

Benj. Franklin Plaintiffs                                                                                      Page    4

Additional Charges :

|  | | Amount |
|---|---|---|
| **DSW** | | |
| 9/1/04 | Conference call with McIntyre, Green, Sherry, Baker and Willner.- Conference Plus Inc. | 118.48 |
| 9/18/04 | U.P.S. to Washington DC | 63.48 |
| 9/30/04 | Transerv from Kathie Nelson to Don Willner & Associates. | 13.42 |
|  | Photocopy expenses for September. | 25.80 |
| 10/19/04 | Flight to Washington DC | 447.20 |
| 10/31/04 | Photocopy expenses for October. | 1.60 |
|  | SUBTOTAL: | [   691.33] |
|  | Total costs | $691.33 |
|  | Total amount of this bill | $6,466.33 |
|  | Total Excluding Non-Tax Hours | $6,003.83 |