Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205



Invoice submitted to:
Benj. Franklin Plaintiffs

January 05, 2005

In Reference To:   Benj. Franklin Savings & Loan 90-W-6054
                   Tax Case

Invoice #10218

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **DSW** | | | | |
| 11/3/04 | DSW | Review Gill Letter. | 0.20 | 25.00 |
| 11/4/04 | DSW | Calls with Rosemary. | 0.50 | 62.50 |
|  | DSW | Organizing material for DC trip. | 0.20 | 25.00 |
| 11/10/04 | | | | |
|  | DSW | Call with Jerry Young. | 0.30 | 37.50 |
| 11/11/04 | DSW | Call Stewart. | 0.20 | 25.00 |
| 11/16/04 | DSW | Call with Rosemary Stewart, review FDIC October 14th DOJ November 16th letters. | 0.60 | 75.00 |
|  | DSW | Edit letter to Smith and order documents. | 0.40 | 50.00 |
|  | DSW | Call Rosemary. | 0.10 | 12.50 |
|  | DSW | Review Jerry Young's affidavit draft. | 0.10 | 12.50 |
|  | DSW | Letter to Jerry Young. | 0.10 | 12.50 |
|  | DSW | Call Stewart. | 0.10 | 12.50 |
|  | DSW | Conference with Dale Weight. | 1.50 | 187.50 |
| 11/17/04 | DSW | Call with Rosemary Stewart | 0.50 | 62.50 |
|  | DSW | Review Young affidavit draft. | 0.10 | 12.50 |
|  | DSW | Preparation for tax conference; reading e-mails. | 0.50 | 62.50 |
|  | DSW | Preparation of web site. | 1.50 | 187.50 |
|  | DSW | Calls with Rosemary. | 0.20 | 25.00 |
|  | DSW | Tax group conference including call with Rosemary. | 0.80 | 100.00 |
| 11/18/04 | DSW | Organizing files for Trout Lake. | 0.20 | 25.00 |
|  | DSW | Review web site, fax to Rosemary, call with Rosemary. Review final offer letter, call Rosemary, call Gill. | 1.30 | 162.50 |
|  | DSW | Call Stewart, call McIntyre. Review Stewart edits. | 0.80 | 100.00 |

*1.9 hrs disallowed* (handwritten)

Benj. Franklin Plaintiffs                                                                                      Page    2

|          |     |                                                                                   | Hours | Amount |
|----------|-----|-----------------------------------------------------------------------------------|-------|--------|
| 11/19/04 | DSW | Final edit of website, call Stewart.                                              | 0.40  | 50.00  |
|          | DSW | Call with McIntyre regarding web site.                                            | 0.20  | 25.00  |
|          | DSW | Call with Rosemary regarding website.                                             | 0.20  | 25.00  |
| 11/22/04 | DSW | Call with McIntyre with Stewart, review website. Edit letters to Krihava          | 1.00  | 125.00 |
|          |     | and Smith, call Jill at bank.                                                     |       |        |
|          | DSW | Review memo from Buchanan.                                                        | 0.10  | 12.50  |
|          | DSW | Call from Richard in Senator Smith's office.                                      | 0.20  | 25.00  |
|          | DSW | Call Rosemary Stewart.                                                            | 0.20  | 25.00  |
| 11/23/04 | DSW | Review e-mails between Stewart and Buchanan.                                      | 0.10  | 12.50  |
|          | DSW | Call with Dale Weight regarding Senator Smith.                                    | 0.30  | 37.50  |
|          | DSW | Organizing files.                                                                 | 0.20  | 25.00  |
|          | DSW | Call with Andy at Portland Business Journal.                                      | 0.30  | 37.50  |
|          | DSW | Call with Dale Weight.  OK                                                        | 0.20  | 25.00  |
| 11/24/04 | DSW | Review Joint Status Report sent to court.                                         | 0.10  | 12.50  |
|          | DSW | Long report letter to clients.                                                    | 0.30  | 37.50  |
|          | DSW | Call with Rosemary.                                                               | 0.10  | 12.50  |
|          | DSW | Review letter to Tom Buchanan, leave message for Rosemary.                        | 0.20  | 25.00  |
|          | DSW | Review e-mails of Rosemary and Buchanan.                                          | 0.10  | 12.50  |
| 11/29/04 | DSW | Call with Gary Hindes.                                                            | 0.40  | 50.00  |
|          | DSW | Long message for Phil Goldsmith.                                                  | 0.10  | 12.50  |
|          | DSW | Editing letter to clients.                                                        | 0.20  | 25.00  |
|          | DSW | Conference with Elizabeth regarding records needed.                               | 0.10  | 12.50  |
| 11/30/04 | DSW | Call Rosemary.                                                                    | 0.30  | 37.50  |
|          | DSW | Call McIntyre                                                                     | 0.10  | 12.50  |
|          | DSW | Editing letter to clients, locating exhibits to letter.                           | 0.40  | 50.00  |
|          | DSW | Meeting with McIntyre.                                                            | 1.30  | 162.50 |
|          | DSW | Call with shareholder.                                                            | 0.10  | 12.50  |
| 12/1/04  | DSW | Draft of website.                                                                 | 0.80  | 100.00 |
|          | DSW | Memo to Rachel regarding draft.                                                   | 0.10  | 12.50  |
| 12/2/04  | DSW | Edit new website.                                                                 | 0.50  | 62.50  |
| 12/3/04  | DSW | Review Dept. of Justice letter and call Fleischer.                                | 0.30  | 37.50  |
|          | DSW | Attempt to reach Dale Weight regarding data for application. Call Dale  .1        | 0.30  | 37.50  |
|          |     | Weight.                                                                           |       |        |
|          | DSW | Call with Rosemary regarding Judge Smith's call.                                  | 0.40  | 50.00  |
|          | DSW | Edit website.                                                                     | 0.50  | 62.50  |
|          | DSW | Review Rosemary e-mails. Call with Rosemary.                                      | 0.50  | 62.50  |
|          | DSW | Conference with Jerry Young regarding application.                                | 0.50  | 62.50  |
|          | DSW | Conference call.                                                                  | 0.20  | 25.00  |
|          | DSW | Call with Rosemary.                                                               | 0.20  | 25.00  |
|          | DSW | Regarding application for fund.                                                   | 0.20  | 25.00  |
|          | DSW | Call from Randi Cohn about status of settlement.                                  | 0.20  | 25.00  |
|          | DSW | Review draft affidavit for application.                                           | 0.20  | 25.00  |
| 12/4/04  | DSW | Editing website with McIntyre.                                                    | 0.50  | 62.50  |
|          | DSW | Call with McIntyre regarding webstie.                                             | 0.30  | 37.50  |
| 12/8/04  | DSW | Review DOJ rewrite of offer.                                                      | 0.30  | 37.50  |
|          | DSW | Edit proof of claim.                                                              | 0.40  | 50.00  |
| 12/9/04  | DSW | Review application.                                                               | 0.10  | 12.50  |

5.1 hvs disallowed

FDIC Ex. 40

Benj. Franklin Plaintiffs                                                                                  Page    3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/9/04 | DSW | Letters to Darmstadter and Clark. | 0.60 | 75.00 |
|  | DSW | Call Jerry Young. | 0.20 | 25.00 |
| 12/10/04 | DSW | Review contribution return application. | 0.50 | 62.50 |
| 12/13/04 |  |  |  |  |
|  | DSW | Review letter Stewart to Young. | 0.10 | 12.50 |
| 12/23/04 | DSW | Memo to Elizabeth about Benjamin Franklin files needed in Trout Lake. | 0.30 | 37.50 |
|  | DSW | Revize Olga Johnson letter. | 0.10 | 12.50 |
|  | DSW | Call Rosemary Stewart. | 0.30 | 37.50 |
|  |  | SUBTOTAL: | [ 28.50 | 3,562.50] |
|  |  | Subtotal Excluding Non-Tax Hours | 26.00 | 3,250.00 |
|  | DW |  |  |  |
| 11/2/04 | DW | Review e-mail from Rosemary. | 0.10 | 12.50 |
|  | DW | Review fairness hearing material. | 0.30 | 37.50 |
|  | DW | Call with Gill. | 0.20 | 25.00 |
| 11/5/04 | DW | Travel to Washington DC for meetings with co-counsel and FDIC. ok | 5.90 | 737.50 |
| 11/8/04 | DW | Call with McIntyre. | 0.10 | 12.50 |
| 11/9/04 | DW | To Rosemary's office, conference regarding FDIC meeting. To FDIC for meeting with Clark, Gill, Rosemary. Call Peter, McIntyre, Green. Preparation of website. Conference with Rosemary. | 4.30 | 537.50 |
|  | DW | Return to Portland including working on plane on application for reimbursement of contributions. | 8.50 | 1,062.50 |
| 11/12/04 | DW | Calls with Gill and Stewart. | 0.50 | 62.50 |
| 11/13/04 | DW | Long call with Dale Weight. | 0.30 | 37.50 |
| 11/15/04 |  |  |  |  |
|  | DW | Call with judge's clerk. | 0.20 | 25.00 |
|  | DW | Call with Dale Weight. | 0.20 | 25.00 |
|  | DW | Leave message for Gill. | 0.40 | 50.00 |
| 11/16/04 | DW | Memo to Rachel regarding Weight. | 0.10 | 12.50 |
| 11/19/04 | DW | Call Rachel regarding Sen. Smith letter. | 0.10 | 12.50 |
|  | DW | Call Dale Weight regarding letter to Sen. Smith. | 0.20 | 25.00 |
|  | DW | Review letter to Dept. of Justice. | 0.10 | 12.50 |
| 11/20/04 | DW | Call with Jennie regarding Smith letter. | 0.20 | 25.00 |
|  | DW | Editing letters to Smith and Krivaka. Call with Weight. | 0.80 | 100.00 |
|  | DW | Message from Rachel; attempt to reach Rachel. | 0.10 | 12.50 |
|  | DW | Regarding Sen. Smith letter. Letter to Krihara. Memo to Rachel and faxing. ok | 1.20 | 150.00 |
| 11/21/04 | DW | E-mail to Jennie. Letter to Jennie. Deliver draft of Smith letter to Jennie. ok | 1.00 | 125.00 |
|  | DW | Regarding Smith letter. Letter to Kirara Calls with McIntyre and newspapers. | 1.20 | 150.00 |
| 12/1/04 | DW | Call with Judge Smith's clerk regarding status conference. | 0.10 | 12.50 |
| 12/19/04 | DW | Letters to Shareholders. | 0.50 | 62.50 |
|  | DW | Additional shareholder letters. | 0.30 | 37.50 |
| 12/29/04 | DW | Attempt to reach Bob Clark. | 0.10 | 12.50 |
| 12/30/04 | DW | Call from Gill. | 0.30 | 37.50 |
|  |  | SUBTOTAL: | [ 27.60 | 3,450.00] |
|  |  | Subtotal Excluding Non-Tax Hours | 27.30 | 3,412.50 |

.5 hrs

disallowed

FDIC Ex. 40

Benj. Franklin Plaintiffs                                                                 Page    4

|  |  | Hours | Amount |
|---|---|---|---|
| For professional services rendered | | 56.10 | $7,012.50 |
| Excluding Non-Tax Hours | | 53.30 | $6,662.50 |

Additional Charges :

**DSW**

| | | |
|---|---|---|
| 11/30/04 | To Washington DC | 491.67 |
| 12/31/04 | Photocopies November & December | 61.60 |
| | SUBTOTAL: | [  553.27] |

**DW**

| | | |
|---|---|---|
| 11/5/04 | Taxi to PDX airport, to DC hotel. | 40.00 |
| 11/8/04 | Taxi to Rosemary office. | 10.00 |
| | Meals, lunch. | 14.00 |
| 11/9/04 | Mileage.   o k | 8.75 |
| | SUBTOTAL: | [   72.75] |

Total costs                                                                              $626.02

Total amount of this bill                                                                $7,638.52
Total Excluding Non-Tax Hours                                                            $7,288.52