Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

May 03, 2005

In Reference To:   Benj. Franklin Savings & Loan 90-W-6054

                       Tax Case

Invoice #10232

        Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| **DSW** | | | | |
| 1/3/05 | DSW | Regarding website. | 0.80 | 100.00 |
| 1/4/05 | DSW | Call Rosemary Stewart. | 0.20 | 25.00 |
|  | DSW | Prep of website. | 0.80 | 100.00 |
| 1/5/05 | DSW | Editing website. | 0.40 | 50.00 |
|  | DSW | Conference with Don McIntyre. | 1.00 | 125.00 |
|  | DSW | Call Jennie regarding Dale Weidht #, leave message for Dale Weight. | 0.10 | 12.50 |
| 1/6/05 | DSW | Leave long message for Gill. | 0.10 | 12.50 |
| 1/19/05 | | | | |
|  | DSW | Leave long message for Gill. | 0.10 | 12.50 |
| 1/20/05 | DSW | Conference with Elizabeth regarding Benjamin Franklin case captions, memo to Jennie. | 0.20 | 25.00 |
|  | DSW | Shareholder letters. | 0.20 | 25.00 |
|  | DSW | Report to clients. | 0.30 | 37.50 |
| 1/25/05 | DSW | Call with Kirk, and letter to Kirk. | 0.30 | 37.50 |
|  | DSW | Letter to Rothrock. | 0.10 | 12.50 |
|  | DSW | Call Rosemary Stewart. | 0.20 | 25.00 |
|  | DSW | Letter to accountants for capital. | 0.20 | 25.00 |
| 1/26/05 | DSW | Checking on Rothrock ownership. | 0.10 | 12.50 |
| 2/15/05 | | | | |
|  | DSW | Call McIntyre regarding progress. | 0.10 | 12.50 |
| 2/16/05 | DSW | Preparation of letter to First Washington Corporation, several phone calls with Baker, fax text to Jennie Painter. ok | 1.80 | 225.00 |

*[handwritten annotations: "ok" next to 2/16/05 entry; "2 hrs disallowed" on yellow sticky note]*

Benj. Franklin Plaintiffs                                                                                           Page    2

                                                                                                                 Hours      Amount

3/29/05
    DSW  Letter to Jerry Young.                                                                    0.10        12.50
    DSW  Letter to Naylor.                                                                        0.10        12.50
    DSW  Call Weight regarding Senator Smith letter.                                              0.20        25.00
    DSW  Draft letter to Senator Smith.                                                           0.20        25.00
    DSW  Message for Dale Weight regarding lunch regarding Senator Smith.                         0.10        12.50
4/15/05 DSW  Lunch conference with Dale Weight.                                                       1.00       125.00
    DSW  Preparation of letter to Senator Smith, edit.                                            0.70        87.50

    SUBTOTAL:                                                                              [ 14.50     1,812.50]
                                Subtotal Excluding Non-Tax Hours           9.40     1,175.00
    DW

1/2/05  DW   Two shareholder letters.                                                                    0.20        25.00
1/3/05  DW   Call with Richard Green.                                                                    0.20        25.00
        DW   Attempt to reach Rosemary Stewart.                                                          0.10        12.50
1/4/05  DW   Prep of draft website.                                                                      0.80       100.00
1/7/05  DW   Leave long messages for Bob Clark and Richard Gill of FDIC.                                 0.20        25.00
        DW   Letter to Rosemary Stewart regarding Senator Smith.                                         0.30        37.50
        DW   Call with Rosemary Stewart regarding Judge Smith status conference.                         0.30        37.50
        DW   Call from Rosemary Stewart.                                                                 0.10        12.50
        DW   Leave message for Richard Green.                                                            0.10        12.50
        DW   Regarding website - call Jennie Painter.                                                    0.20        25.00
1/11/05 DW   Call Green.                                                                                 0.10        12.50
        DW   Call Baker regarding website.                                                               0.20        25.00
        DW   Call Gill.                                                                                  0.20        25.00
        DW   Call Rosemary Stewart.                                                                      0.30        37.50
1/17/05 DW   Organizing files.                                                                           0.10        12.50
        DW   Letter to Englund.                                                                          0.10        12.50
        DW   Call Rosemary Stewart.                                                                      0.10        12.50
1/18/05 DW   Review documents, prep for conference call.                                                 1.30       162.50
1/21/05 DW   Leave message for Gill regarding Clark letter.                                              0.10        12.50
1/24/05 DW   Editing letter to clients, call with Nancy Holland regarding sending    ok                  0.70        87.50
             document, faxing application to Jennie, editing client letter. ok
1/28/05 DW   Call with McIntyre.                                                                         0.20        25.00
1/31/05
2/1/05  DW   Call Jerry Young.                                                                           0.10        12.50
        DW   Call with Dale Weight.                                                                      0.30        37.50
        DW   Letter to Rothrock (shareholder).                                                           0.10        12.50

2/2/05  DW   Call McIntyre.                                                                              0.30        37.50
2/4/05  DW   Call Richard Gill regarding status and Foster Estate requests.                              0.30        37.50
2/5/05  DW   Review contribution list, call with McIntyre.                                               0.40        50.00
2/7/05
2/8/05  DW   Letter to Dale Weight.                                                                      0.10        12.50
  ok  DW   Call with Sherry.    ok                                                                     0.30        37.50

        DW   Call McIntyre, attempt to reach Sherry.    • 1 hrs disallowed                              0.30        37.50
        DW   Letter to Jones.                                                                            0.10        12.50

*[handwritten note: 1.5 hrs disallowed]*

Benj. Franklin Plaintiffs                                                                 Page    3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/8/05 | DW | Motion for change of date of phone conference. | 0.20 | 25.00 |
|  | DW | Letter to Clark. | 0.10 | 12.50 |
| 2/11/05 | DW | Letter to Bob Clark. | 0.10 | 12.50 |
|  | DW | Message from Peter. | 0.10 | 12.50 |
|  | DW | Locating Gary Hindes, call Peter Baker. | 0.20 | 25.00 |
| 2/14/05 | DW | Call from Leo Sherry. | 0.20 | 25.00 |
|  | DW | Call with Gary Hindes. | 0.10 | 12.50 |
|  | DW | Call with Baker. | 0.20 | 25.00 |
|  | DW | Second call with Gary Hindes. | 0.30 | 37.50 |
|  | DW | E-mail to Hindes. | 0.10 | 12.50 |
| 2/18/05 | DW | Review memo regarding role of counsel. | 0.10 | 12.50 |
|  | DW | Call Dale Weight regarding Senator Smith. | 0.10 | 12.50 |
|  | DW | Long call with Rosemary Stewart regarding Clark on tax, and brief for Judge Smith. | 0.50 | 62.50 |
| 2/19/05 | DW | Letter to Rosemary Stewart. | 0.30 | 37.50 |
| 2/21/05 | DW | Draft letter to Darnstadter, cover letter to Rosemary Stewart. | 0.80 | 100.00 |
|  | DW | Editing letter to Rosemary Stewart regarding brief. | 0.10 | 12.50 |
|  | DW | Call with McIntyre. | 0.30 | 37.50 |
| 2/22/05 | DW | Edit letter to Darnstadter. | 0.20 | 25.00 |
| 2/23/05 | DW | Message from Rosemary Stewart brief. | 0.10 | 12.50 |
| 2/24/05 |  |  |  |  |
|  | DW | Briefing Jennifer Painter on case. | 1.50 | 187.50 |
|  | DW | Report letter to clients. | 0.20 | 25.00 |
| 2/25/05 | DW | Long message from Rosemary Stewart regarding taxes. | 0.10 | 12.50 |
| 2/28/05 | DW | Review material sent to plaintiff. | 0.10 | 12.50 |
| 3/1/05 | DW | Leave message for Gill regarding DC, Oregon status report. | 0.10 | 12.50 |
|  | DW | Call with Dale Weight, call with Rosemary Stewart. | 0.60 | 75.00 |
|  | DW | Call with shareholder. | 0.10 | 12.50 |
| 3/7/05 |  |  |  |  |
|  | DW | Reviewing, signing, plus cover memo for Suess v. FDIC status report. | 0.20 | 25.00 |
| 3/8/05 | DW | Call with shareholder. | 0.10 | 12.50 |
|  | DW | Letter to Hindes. | 0.10 | 12.50 |
|  | DW | Call with Joyce Aidey, shareholder, regarding shares. | 0.20 | 25.00 |
|  | DW | Report letter to plaintiffs. | 0.20 | 25.00 |
|  | DW | Web Site. | 0.30 | 37.50 |

*[handwritten note: ~3 hrs disallowed]*

Benj. Franklin Plaintiffs                                                                         Page    4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/2/05 | | | | |
| | DW | Letter to clients. | 0.20 | 25.00 |
| 4/3/05 | DW | Letter to shareholder, Margaret Hull. | 0.10 | 12.50 |
| 4/4/05 | DW | Edit letters to Rosemary Stewart and clients. | 0.20 | 25.00 |
| 4/7/05 | | | | |
| | DW | Call from McIntyre. | 0.30 | 37.50 |
| | DW | Call Rosemary Stewart regarding tax case. | 0.30 | 37.50 |
| 4/11/05 | | | | |
| | DW | Review memo on role of counsel. | 0.20 | 25.00 |
| 4/16/05 | DW | Memo to Jennifer regarding Dale Weight letter. | 0.10 | 12.50 |
| 4/18/05 | DW | Regarding fairness hearing document. | 0.40 | 50.00 |
| | DW | Reviewing letter to Senator Smith. | 0.20 | 25.00 |
| 4/19/05 | DW | Draft letter to Buchanan. | 0.20 | 25.00 |
| 4/20/05 | DW | Regarding fairness hearing. | 1.20 | 150.00 |
| 4/26/05 | DW | Call Rosemary Stewart regarding tax case. | 0.30 | 37.50 |
| | DW | Preparation of fairness hearing material. | 2.00 | 250.00 |

```
            SUBTOTAL:                                          [   35.80   4,475.00]
                                   Subtotal Excluding Non-Tax Hours   21.80   2,725.00

            For professional services rendered                    50.30   $6,287.50
                                   Excluding Non-Tax Hours        31.20   $3,900.00

            Additional Charges :

            DSW

3/9/05   Photocopies Bridge City Legal.                                        34.20

            SUBTOTAL:                                                     [    34.20]

            Total costs                                                       $34.20


            Total amount of this bill                                       $6,321.70
                                   Total Excluding Non-Tax Hours            $3,934.20
```