Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

June 17, 2005

In Reference To:  Benj. Franklin Savings & Loan 90-W-6054

              Tax Case

Invoice #10238

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| **DSW** | | | | |
| 5/17/05 | DSW | Fax to Rosemary Stewart, call with her assistant. | 0.10 | 12.50 |
| 5/19/05 | DSW | Call Rosemary Stewart. | 0.10 | 12.50 |
|  | DSW | Review memo from Arnold and Porter. | 0.10 | 12.50 |
|  | SUBTOTAL: | | 1.30 | 162.50] |
|  |  | Subtotal Excluding Non-Tax Hours | 0.30 | 37.50 |
| **DW** | | | | |
| 5/2/05 | DW | Call Rosemary Stewart. | 0.10 | 12.50 |
| 5/3/05 | DW | Long message for Baker. | 0.10 | 12.50 |
|  | DW | Call from major shareholder Fred Fellows. | 0.20 | 25.00 |
| 5/5/05 | DW | Business portion of call with Baker. | 0.30 | 37.50 |
| 5/6/05 | DW | Call with Rosemary Stewart. | 0.30 | 37.50 |
|  | DW | Sorting new government brief. | 0.10 | 12.50 |
| 5/8/05 | DW | Editing fairness hearing brief. | 2.50 | 312.50 |
| 5/9/05 | DW | Call Rosemary Stewart. | 0.20 | 25.00 |
| 5/10/05 | DW | Call Rosemary Stewart. | 0.20 | 25.00 |
| 5/13/05 | | | | |
|  | DW | Conference with Rosemary Stewart regarding fairness hearing brief. | 0.50 | 62.50 |
|  | DW | Review draft of fairness hearing material. | 0.50 | 62.50 |
| 5/16/05 | DW | Call with Rosemary Stewart. | 0.10 | 12.50 |
| 5/20/05 | | | | |
|  | DW | Regarding airline tickets to BWI. | 0.20 | 25.00 |
|  | DW | Call with shareholder. | 0.10 | 12.50 |
| 5/21/05 | DW | Review of e-mails. | 0.20 | 25.00 |

*u 3 hrs disallowed*

FDIC Ex. 42

Benj. Franklin Plaintiffs

Page 2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 5/21/05 | DW | Arranging hotel in Washington, DC. | 0.20 | 25.00 |
| 5/23/05 | DW | Review and edit fairness hearing brief. | 0.60 | 75.00 |
|  | DW | Review and edit claims court brief, call Rosemary Stewart. | 1.50 | 187.50 |
| 5/24/05 | DW | Regarding fairness hearing material. | 1.40 | 175.00 |
| 5/25/05 | DW | Review e-mail between Rosemary and Tom. | 0.10 | 12.50 |

SUBTOTAL: [ 10.10  1,262.50]

Subtotal Excluding Non-Tax Hours  9.40  1,175.00

For professional services rendered  11.40  $1,425.00

Excluding Non-Tax Hours  9.70  $1,212.50

*[handwritten note: 10.2 hrs disallowed]*