Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

June 30, 2005

In Reference To: Benj. Franklin Savings & Loan 90-W-6054

Tax Case

Invoice #10241

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| **DSW** | | | |
| 6/1/05 DSW Call Dale Weight regarding tax matter. | | 0.20 | 25.00 |
| DSW Three shareholder letters. | | 0.30 | 37.50 |
| DSW Call Rosemary Stewart regarding tax matter. | | 0.20 | 25.00 |
| 6/14/05 DSW Call Mr. McIntyre regarding Gary Landes. | | 0.20 | 25.00 |
| 6/15/05 DSW Review tax billing records. | | 1.20 | 150.00 |
| 6/18/05 DSW Portion of flight regarding review of tax case matters. | | 2.00 | 250.00 |
| 6/22/05 DSW Reports to Green and McIntyre. | | 0.40 | 50.00 |
| SUBTOTAL: | [ | 4.80 | 600.00] |
| Subtotal Excluding Non-Tax Hours | | 4.50 | 562.50 |
| **DW** | | | |
| 6/1/05 DW Edit fairness hearing material. | | 0.50 | 62.50 |
| DW Long report to McIntyre. | | 0.40 | 50.00 |
| 6/2/05 DW Calls with Dale Weight. | | 0.30 | 37.50 |
| DW Review new e-mails. | | 0.20 | 25.00 |
| DW Work on fairness hearing brief and calls with Rosemary. | | 1.50 | 187.50 |
| DW Call McIntyre. | | 0.40 | 50.00 |
| DW Call Jennifer Painter regarding fairness hearing brief. | | 0.10 | 12.50 |
| 6/7/05 DW Call Rosemary Stewart regarding tax case. | | 0.30 | 37.50 |
| DW Calls with Dale Weight. | | 0.20 | 25.00 |

*[handwritten note: 1.2 hrs disallowed]*

FDIC Ex. 43

Benj. Franklin Plaintiffs                                                                                        Page    2

|          |    |                                                                                              | Hours | Amount  |
|----------|----|----------------------------------------------------------------------------------------------|------:|--------:|
| 6/8/05   | DW | Preparation of web site.                                                                     | 1.20  | 150.00  |
|          | DW | Call with Rosemary Stewart regarding tax case.                                               | 0.20  | 25.00   |
|          | DW | Call with Dale Weight.                                                                       | 0.20  | 25.00   |
| 6/9/05   | DW | Call with Rosemary Stewart regarding tax case and claims court case.                         | 0.30  | 37.50   |
|          | DW | Call McIntyre.                                                                               | 0.10  | 12.50   |
|          | DW | Long memo to Rosemary Stewart regarding FDIC meeting.                                        | 0.50  | 62.50   |
|          | DW | Call Rosemary Stewart regarding tax matter.                                                  | 0.20  | 25.00   |
|          | DW | Long message from Dale Weight.                                                               | 0.10  | 12.50   |
|          | DW | Review Mitch Moefel's suggestions regarding fairness hearing material.                       | 0.30  | 37.50   |
|          | DW | Regarding shareholder report, call Rosemary; review her edits, fax to Jennifer Painter. ok   | 0.60  | 75.00   |
| 6/10/05  | DW | Call from bank regarding shareholder. ok                                                     | 0.20  | 25.00   |
|          | DW | Memo to Rosemary regarding fees and editing earlier memo. ok                                 | 0.30  | 37.50   |
| 6/12/05  | DW | Regarding tax case records and memo to Kathy Kelley.                                         | 2.20  | 275.00  |
| 6/13/05  | DW | Call Rosemary regarding fairness hearing material.                                           | 0.30  | 37.50   |
|          | DW | Confirming Washington DC hotel room and meal.                                                | 0.20  | 25.00   |
|          | DW | Call Dale Weight regarding Senator Smith information.                                        | 0.20  | 25.00   |
|          | DW | Attempt to reach Peter Baker.                                                                | 0.10  | 12.50   |
|          | DW | Call with Peter Baker regarding website.                                                     | 0.20  | 25.00   |
|          | DW | Regarding fee application, review time records.                                              | 1.30  | 162.50  |
|          | DW | Call Kathy Kelley regarding time records.                                                    | 0.30  | 37.50   |
|          | DW | Organizing for DC trip.                                                                      | 0.30  | 37.50   |
| 6/16/05  | DW | FDIC meeting in Washington DC.                                                               | 4.00  | 500.00  |
| 6/17/05  | DW | Conference with Rosemary Stewart, then to FDIC for conference with Gill regarding tax case.  | 3.30  | 412.50  |
| 6/23/05  | DW | Prepare for FDIC conference calls; conference call.                                          | 1.50  | 187.50  |
|          | DW | Call with Rosemary Stewart regarding tax case.                                               | 0.40  | 50.00   |
| 6/24/05  | DW | Phone call with Rosemary Stewart regarding tax case.                                         | 0.50  | 62.50   |
|          | DW | Two shareholder letters.                                                                     | 0.20  | 25.00   |
| 6/26/05  | DW | Call McIntyre regarding Gary Hindes.                                                         | 0.10  | 12.50   |
| 6/27/05  | DW | Review FDIC claims process.                                                                  | 0.20  | 25.00   |
|          | DW | Long memo to Rosemary Stewart regarding taxes.                                               | 1.20  | 150.00  |
|          | DW | Edit client letter.                                                                          | 0.30  | 37.50   |
|          | DW | Regarding attorney fee application for tax claim.                                            | 1.40  | 175.00  |
| 6/28/05  | DW | Edit letter to Rosemary Stewart.                                                             | 0.20  | 25.00   |
|          | DW | Attorney fee petition.                                                                       | 0.60  | 75.00   |
| 6/29/05  | DW | Regarding fee application.                                                                   | 0.70  | 87.50   |
| 6/30/05  | DW | Long call with Rosemary Stewart.                                                             | 0.70  | 87.50   |
|          | DW | Letter to Dale Weight regarding Senator Smith.                                               | 0.20  | 25.00   |
|          | DW | Conference call with Peter Baker & Don McIntyre.                                             | 1.60  | 200.00  |

                                                SUBTOTAL:                          [   31.40   3,925.00]
                                                Subtotal Excluding Non-Tax Hours       26.40   3,300.00

                                                For professional services rendered     36.20   $4,525.00
                                                Excluding Non-Tax Hours                30.90   $3,862.50

7.3 hrs disallowed

Benj. Franklin Plaintiffs                                                        Page     3

    Additional Charges :

|  |  | Amount |
|---|---|---|
| DSW |  |  |
| 6/16/05 Washington DC trip. Visa card expenses. | o\L | 190.04 |
| Taxis. |  | 6.00 |
| Air faire. |  | 235.42 |
| 6/17/05 Taxi. |  | 15.00 |
| SUBTOTAL: |  | [   446.46] |
| Total costs |  | $446.46 |
| Total amount of this bill |  | $4,971.46 |
| Total Excluding Non-Tax Hours |  | $4,308.96 |