Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

August 10, 2005

In Reference To:   Benj. Franklin Savings & Loan 90-W-6054

                              Tax Case

Invoice # 10242

Professional Services

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | **DSW** | | | |
| 7/1/05 | DSW | Call with Rosemary Stewart regarding taxes. | 0.20 | 25.00 |
| 7/12/05 | DSW | Calls with Rosemary Stewart, review Aboussie letter, send to clients. | 0.40 | 50.00 |
| | | | | 12.50 |
| | DSW | Review Rosemary Stewart's edit for letter to Gill, call Jennifer Painter. | 0.30 | 37.50 |
| | DSW | Regarding fee application. | 0.10 | 12.50 |
| | DSW | Leave return message for Julie Tripp. | 0.10 | 12.50 |
| | SUBTOTAL: | | [ 1.20 | 150.00 ] |
| | **DW** | | | |
| 7/1/05 | DW | Review and edit application, fax to Jennifer Painter. | 1.10 | 137.50 |
| 7/3/05 | DW | Review Baker proposed website. | 0.10 | 12.50 |
| | DW | Two letters to Rosemary Stewart. | 0.40 | 50.00 |
| | DW | Letter to Gary Hindes. | 0.40 | 50.00 |
| | DW | Letter to Aboussie. | 0.50 | 62.50 |
| | DW | Editing fee application. | 0.80 | 100.00 |
| 7/4/05 | DW | Editing of attorney fee application. | 0.40 | 50.00 |
| | DW | Website, memo to McIntyre. | 1.00 | 125.00 |
| 7/5/05 | DW | Letter to Don McIntyre regarding Mike Thorne. | 0.60 | 75.00 |
| | DW | Trying to locate Ernie Fleischer. | 0.20 | 25.00 |
| | DW | Setting up conference call. | 0.20 | 25.00 |
| | DW | Conference call with clients. | 0.60 | 75.00 |
| | DW | E-mail from Rosemary Stewart; calls with McIntyre; attempts to reach Rosemary Stewart; call Swanson-Ffitch; attempts to send e-mail to McIntyre; call Rosemary Stewart. | 1.60 | 200.00 |

*Handwritten annotations:* ".2 hrs disallowed"; "3.8 hr"; "3.8 hrs disallowed"; "ok" next to "Setting up conference call."

Benj. Franklin Plaintiffs                                                                                        Page      2

                                                                                                             Hours      Amount

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 7/6/05 | DW | Edit letter to Gary Hindes, website, Gill letter. | 0.50 | 62.50 |
| | DW | Calls with tax group. | 0.50 | 62.50 |
| | DW | Message from Dale Weight. | 0.10 | 12.50 |
| | DW | Call with Gill. | 0.50 | 62.50 |
| | DW | Call with Hank. | 0.50 | 62.50 |
| | DW | Calls with Rosemary Stewart. | 0.80 | 100.00 |
| | DW | Editing letters and website. | 0.10 | 12.50 |
| | DW | Call Rosemary Stewart. | 0.20 | 25.00 |
| | DW | Call clients. | 0.40 | 50.00 |
| 7/7/05 | DW | Call from shareholder. | 0.20 | 25.00 |
| | DW | Review draft of website. | 0.10 | 12.50 |
| | DW | Second draft of letter to Gill. | 0.60 | 75.00 |
| | DW | Call with Dale Weight. | 0.20 | 25.00 |
| | DW | Review e-mail from Buchanan; memo to Rosemary Stewart. | 0.50 | 62.50 |
| 7/8/05 | DW | Call Sarah regarding fee application research. | 0.10 | 12.50 |
| | DW | Preparation of second draft Gill letter. | 0.40 | 50.00 |
| | DW | Call with Rosemary Stewart's assistant regarding e-mail and faxes. | 0.10 | 12.50 |
| | DW | Calls with Rosemary Stewart regarding draft of Gill letter. | 0.40 | 50.00 |
| | DW | Preparation of second draft of Gill letter. | 0.40 | 50.00 |
| | DW | Long message from Dale Weight. | 0.10 | 12.50 |
| | DW | Call with Ed Sisson regarding reasonable fees. | 0.20 | 25.00 |
| | | | | 12.50 |
| 7/13/05 | DW | Review Sarah Drescher memo regarding attorney fees. | 0.20 | 25.00 |
| 7/14/05 | DW | Call with Sarah Drescher regarding research. | 0.20 | 25.00 |
| | DW | Call Jerry Young. | 0.10 | 12.50 |
| | DW | Review incoming e-mails. | 0.50 | 62.50 |
| 7/15/05 | DW | Call Kathy Kelley regarding time records. | 0.10 | 12.50 |
| | DW | Regarding fee application. | 0.50 | 62.50 |
| | DW | Long call with McIntyre. | 0.40 | 50.00 |
| | DW | Call Randi Cohn regarding tax case. | 0.10 | 12.50 |
| | DW | Call Tom Buchanan regarding tax case. | 0.90 | 112.50 |
| | DW | Call Rosemary Stewart regarding tax case. | 0.50 | 62.50 |
| 7/16/05 | DW | Memo to Kathy Kelley. | 0.20 | 25.00 |
| | DW | Review attorney fee costs. | 0.30 | 37.50 |
| 7/18/05 | DW | Call with Aboussie, Gill, Rosemary Stewart, and Don Willner. | 0.60 | 75.00 |
| | DW | Call with Glenn Glinsman. | 0.40 | 50.00 |
| | DW | Call Rosemary Stewart. | 0.40 | 50.00 |
| | DW | Call Sarah Drescher regarding research. | 0.10 | 12.50 |
| | DW | Call with Rosemary Stewart. | 0.20 | 25.00 |
| | DW | Call with Jerry Young's office. | 0.70 | 87.50 |
| 7/19/05 | DW | Addition to attorney time computation, fax to Jennie Painter. | 0.50 | 62.50 |
| | DW | Review law case. | 0.30 | 37.50 |
| | DW | Work on attorney fee application. | 1.80 | 225.00 |
| | DW | Stouck and Stewart letter. | 0.10 | 12.50 |
| 7/20/05 | DW | Call with Ernie Kirk | 0.30 | 37.50 |
| | DW | Call McIntyre. | 0.20 | 25.00 |
| | DW | Review memo regarding interest. | 0.20 | 25.00 |
| | DW | Call with Kirk Fleischer. | 0.30 | 37.50 |
| | DW | Calls with Rosemary Stewart. | 0.40 | 50.00 |

*[handwritten note:]* 2.7 hrs disallowed

Benj. Franklin Plaintiffs                                                                 Page    3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/20/05 | DW | Edit memo on work not specifically referred to in time records. | 0.30 | 37.50 |
|  | DW | Fax time records to Portland. | 0.20 | 25.00 |
|  | DW | Regarding fee application, take to Jennie Painter. | 0.80 | 100.00 |
|  | DW | Calls with Fleischer's wife, assistant and Fleischer. | 0.40 | 50.00 |
|  | DW | Review Kathy Kelley's tabulations. Calls with Kathy and Alison. | 1.00 | 125.00 |
| 7/21/05 | DW | Review second draft of interest payment memo and leave message for Rosemary Stewart. | 0.40 | 50.00 |
|  | DW | Letter to Aboussie. | 1.00 | 125.00 |
|  | DW | Review Rosemary Stewart's memo; calls with Rosemary Stewart, Gill, Baker, and Green; attempt to reach Sherry; message to Jennifer Painter to set up conference call. | 1.20 | 150.00 |
|  | DW | Arranging conference call. | 0.50 | 62.50 |
|  | DW | Review records and phone call with Randi Cohn. | 0.30 | 37.50 |
| 7/22/05 | DW | Second conference call, call to Gill. | 0.40 | 50.00 |
|  | DW | Review settlement letter from Gill, attempt to reach Gill. | 0.20 | 25.00 |
|  | DW | Call with Mel Garbow. | 0.30 | 37.50 |
|  | DW | Assembling fee and expense data. | 0.40 | 50.00 |
|  | DW | Attempt to reach Mel Garbow. | 0.10 | 12.50 |
|  | DW | Attempted conference call regarding tax settlement, follow up calls and updates. | 0.50 | 62.50 |
|  | DW | Attempt to reach Sisson or assistant. | 0.10 | 12.50 |
|  | DW | Reading, re-editing fee application. | 0.40 | 50.00 |
|  | DW | Call with Rosemary Stewart. | 0.30 | 37.50 |
|  | DW | Conference call. | 0.40 | 50.00 |
|  | DW | Review time attachments, long memo to Kathy Kelley. | 1.00 | 125.00 |
| 7/24/05 | DW | Letter to Rosemary Stewart regarding pending tax matters. | 0.70 | 87.50 |
|  | DW | Regarding fee petition. | 0.60 | 75.00 |
| 7/28/05 | DW | Memo regarding calls with Rosemary Stewart. | 0.20 | 25.00 |
|  | DW | Research memo regarding Dresher. | 0.20 | 25.00 |
| 7/29/05 | DW | Review e-mail from Glinsmann. Long response to Glinsmann, fax to Jennifer Painter. | 1.50 | 187.50 |

SUBTOTAL:                                                          [   38.80    4,850.00 ]

For professional services rendered       Total Excluding Non-Tax Hours         40.00    $5,000.00

Previous balance                                                                        $4,348.56

7/26/05 Payment from account to Don S. Willner & Assoc.                                ($6,500.00)

Total payments and adjustments                                                          ($6,500.00)

Balance due                                                                              $2,848.56

Handwritten annotations: "1 hr disallowed", ".25 disallowed", "OK", "39.80", "6.25 hrs disallowed"