Federal Deposit Insurance Corporation as Receiver for:
Benj. Franklin Federal Savings & Loan Associateion
Portland, Oregon

## SUPPLEMENTAL PROOF OF CLAIM
## DON S. WILLNER & ASSOCIATES, P.C.

I, Don S. Willner, declare under penalty of perjury under the laws of the United States and the State of Washington that the following is true and correct to the best of my knowledge and belief.

I am submitting a Supplemental Proof of Claim of Don S. Willner & Associates, P.C. covering August, 2005. September figures will be submitted by October 10, 2005.

I seek the sum of $525 per hour or $26,880 plus additional expenses of $335.96 for the month of August, 2005, plus a multiplier for success.

DATED this 23 day of September, 2005.

DON S.WILLNER & ASSOCIATES, P.C.

_____
Don S. Willner, OSB# 52114
630 Sunnyside Road
Trout Lake, WA 98650
Tel: (509) 395-2000
Fax: (509) 395-2939
Email: donswillner@aol.com

Don S. Willner & Associates, PC  
1415 The American Bank Building  
621 S.W. Morrison Street  
Portland, OR 97205

Invoice submitted to:  
Benj. Franklin Plaintiffs

September 05, 2005

In Reference To:   Benj. Franklin Savings & Loan 90-W-6054  
                   Tax Case

Invoice # 10251

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **DSW** | | | | |
| 7/25/05 | DSW | Call Leo Sherry. | 0.20 | 25.00 |
|  | DSW | Attempt to reach Leo Sherry. | 0.10 | 12.50 |
|  | DSW | Edit attorney fee application. | 0.80 | 100.00 |
| 7/26/05 | DSW | To post office. | 0.20 | 25.00 |
|  | DSW | Regarding website. | 1.00 | 125.00 |
|  | DSW | Call Rosemary Stewart and Jennifer Painter. | 0.70 | 87.50 |
|  | DSW | Review Fleischer fees, fax Cohn and Fleischer to Rosemary Stewart. | 0.30 | 37.50 |
| 7/27/05 | DSW | Phone call with Rosemary Stewart regarding tax case and website; fax corrected copy to Jennifer Painter. | 0.50 | 62.50 |
|  | DSW | Call with Baker. | 0.20 | 25.00 |
| .3 | DSW | Editing website; call Rosemary Stewart.   .3 | 0.60 | 75.00 |
| 8/30/05 | DSW | Call with Kathy Kelley. | 0.10 | 12.50 |
|  | DSW | Conference with clients. | 5.50 | 687.50 |
| 8/31/05 | DSW | Regarding fee application. | 0.70 | 87.50 |
|  | SUBTOTAL: |  | [ 10.90 | 1,362.50 ] |
| **DW** | | | | |
| 8/1/05 | DW | Fax documents to Rosemary Stewart. | 0.10 | 12.50 |
|  | DW | Letter to Jerry Young. | 1.00 | 125.00 |
| 8/3/05 | DW | Letter to Rosemary Stewart. | 1.50 | 187.50 |
| 8/6/05 | DW | Letter to Rosemary. | 0.30 | 37.50 |
|  | DW | Letter to Jerry Young. | 0.50 | 62.50 |
|  | DW | Editing fee application. | 1.70 | 212.50 |
| 8/7/05 | DW | Arranging fax to Rosemary Stewart and Jerry Young.  OK | 0.10 | 12.50 |

Disallow  
5.2

FDIC Ex. 45

Benj. Franklin Plaintiffs                                                              Page     2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/9/05 | DW | Review of Rosemary Stewart's memo regarding attorney's fees. | 0.40 | 50.00 |
| 8/10/05 | DW | Call with Sarah Dresher regarding research. | 0.20 | 25.00 |
|  | DW | Attempt to reach Melvin Garbow. | 0.10 | 12.50 |
|  | DW | Editing letter to Rosemary Stewart; faxing to Jennifer Painter. | 1.10 | 137.50 |
|  | DW | Letter to David Markowitz. | 1.00 | 125.00 |
| 8/12/05 | DW | Prepare for phone call with Jerry Young and Rosemary Stewart; letter scheduling telephone conference. | 1.50 | 187.50 |
|  | DW | Fax to Jerry Young. | 0.20 | 25.00 |
| 8/13/05 | DW | Letter to clients regarding fee application. | 0.50 | 62.50 |
|  | DW | Editing fee application. | 0.50 | 62.50 |
|  | DW | Letter to Melvin Garbow regarding fee application. | 1.00 | 125.00 |
| 8/14/05 | DW | Editing fee application. | 2.50 | 312.50 |
| 8/15/05 | DW | Edit Garbow, Markowitz, and client letters; memo to Jennifer Painter; fax. | 1.00 | 125.00 |
|  | DW | Two calls with Sarah Dresher regarding research. | 0.20 | 25.00 |
|  | DW | Calls regarding obtaining final drafts from Trout Lake office. | 0.20 | 25.00 |
| 8/16/05 | DW | Edit letters to Markowitz, Garbow, and clients; review of legal memoranda and adding legal arguments to fee application. | 2.80 | 350.00 |
| 8/17/05 | DW | Regarding Glinsmann of FDIC letter regarding distribution. | 1.20 | 150.00 |
|  | DW | Letter to Rosemary Stewart. | 0.30 | 37.50 |
| 8/19/05 | DW | Review court case. | 0.80 | 108.00 |
|  | DW | Call with Melvin Garbow. | 0.20 | 25.00 |
| 8/20/05 | DW | Legal research and attorney fee application editing. | 1.50 | 187.50 |
| 8/21/05 | DW | Letters to Fletcher, Rosemary Stewart, Melvin Garbow; legal research and including results in fee application. | 4.00 | 500.00 |
| 8/22/05 | DW | Printing 5th draft of fee petition. | 0.10 | 12.50 |
|  | DW | Fax time records to Kathy Kelley. | 0.10 | 12.50 |
|  | DW | Call with Markowitz's assistant. | 0.20 | 25.00 |
|  | DW | Message for Paul Fish. | 0.10 | 12.50 |
|  | DW | Long call with Kelby Fletcher regarding attorney fees; memo to Jennifer Painter. | 0.40 | 50.00 |
|  | DW | Long call with Richard Gill regarding distribution and Glinsmann. | 0.40 | 50.00 |
|  | DW | Review letters to Melvin Garbow and Rosemary Stewart; call Jennifer Painter regarding sending letters. | 0.20 | 25.00 |
|  | DW | Leave message for Cohn. | 0.10 | 12.50 |
|  | DW | Call Kathy Kelley regarding accounting. | 0.10 | 12.50 |
| 8/23/05 | DW | Call Markowitz. | 0.30 | 37.50 |
|  | DW | Looking for expert affiants. | 0.90 | 112.50 |
|  | DW | Call Kathy Kelley. | 0.10 | 12.50 |
|  | DW | Review Kelby's suggestions for fee petition. | 0.80 | 100.00 |
|  | DW | Leave message for Melvin Garbow. | 0.10 | 12.50 |
| 8/24/05 | DW | Message from Mitch Berger; call with Chuck Cooper. | 0.50 | 62.50 |
|  | DW | Message for Kathy Kelley regarding back up materials. | 0.10 | 12.50 |
|  | DW | Review expense totals, call with Kathy Kelley. | 0.20 | 25.00 |
|  | DW | Edit declarations. | 0.40 | 50.00 |
|  | DW | Phone call with and memo to John Millian. | 0.50 | 62.50 |
|  | DW | Editing and faxing affidavits. | 0.30 | 37.50 |
|  | DW | Letter to Chuck Cooper. | 0.40 | 50.00 |
|  | DW | Call with Melvin Garbow. | 0.30 | 37.50 |
| 8/25/05 | DW | Edit Rosemary Stewart's proof of claims; memo to Rosemary Stewart. | 0.50 | 62.50 |

*[handwritten note:]* 20.8 hrs

FDIC Ex. 45

Benj. Franklin Plaintiffs                                                     Page    3

                                                                     Hours      Amount

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 8/25/05 | DW | Call with McIntyre. — OK | 0.40 | 50.00 |
| | DW | Edit fee petition. | 0.80 | 100.00 |
| | DW | Review Sherry fax. OK | 0.10 | 12.50 |
| | DW | Review Markowitz declaration. | 0.10 | 12.50 |
| | DW | Call Kathy Kelley regarding data. | 0.10 | 12.50 |
| 8/26/05 | DW | Calls with McIntyre and Baker; fax to both. | 0.80 | 100.00 |
| 8/28/05 | DW | Long letter to clients regarding pending matters. | 2.50 | 312.50 |
| 8/29/05 | DW | Delivering material to Jennifer Painter. | 0.40 | 50.00 |
| | DW | Letter to Cooper. | 0.20 | 25.00 |
| | DW | Regarding fee petition. | 0.20 | 25.00 |
| | DW | Conference with Jennifer Painter regarding packet for Gill. OK | 0.20 | 26.00 |
| | DW | Attempt to reach Kathy Kelley regarding material. | 0.20 | 25.00 |
| | DW | Call to Cooper's office. | 0.10 | 12.50 |
| | DW | Call to Melvin Garbow. | 0.10 | 12.50 |
| | DW | Call Jennifer Painter, final edit about letter to client. | 0.30 | 37.50 |
| | DW | Call Melvin Garbow's office. | 0.10 | 12.50 |
| | DW | Review Millian declaration. | 0.10 | 12.50 |
| | DW | Review Rosemary Stewart's memo. | 0.10 | 12.50 |

SUBTOTAL:                                                        [   40.30    5,037.50]

For professional services rendered                                   51.20    $6,400.00

Additional Charges :

DSW

5/14/05 Hotel & Airfare on May Visa.                                            335.96

SUBTOTAL:                                                               [       335.96]

Total costs                                                                    $335.96

Total amount of this bill                                                    $6,735.96

Previous balance                                                             $2,848.56

Balance due                                                                  $9,584.52

2 hrs

FDIC Ex. 45