509-395-9343  NO.474  P.1/12

Federal Deposit Insurance Corporation as Receiver for:
Benj. Franklin Federal Savings & Loan Association
Portland, Oregon



## SECOND SUPPLEMENTAL PROOF OF CLAIM
## DON S. WILLNER & ASSOCIATES, P.C.

I, Don S. Willner, declare under penalty of perjury under the laws of the United States and the State of Washington that the following is true and correct to the best of my knowledge and belief.

I am submitting a Supplemental Proof of Claim of Don S. Willner & Associates, P.C. covering September and October, 2005. November figures will be submitted by December 10, 2005.

I seek the sum of $525 per hour or $8,137.50 for my work less $900 paid by the shareholders for the months of September and October 2005, plus additional expenses of $1,348.13, plus a multiplier for success. Also, an additional 12.95 hours of work from Sarah Drescher at $150 per hour for a total of $1,942.50. (Sarah Drescher has invested a total of 22.95 hours of work on this matter, 10 hours of which have previously been submitted, leaving a total of 12.95 hours that still need to be submitted for reimbursement.

DATED this 17th day of November, 2005.

DON S. WILLNER & ASSOCIATES, P.C.

Don S. Willner, OSB# 52114
630 Sunnyside Road
Trout Lake, WA 98650
Tel: (509) 395-2000
Fax: (509) 395-2939
Email: donswillner@aol.com

RECEIVED NOV 21 2005

3.8 hrs. disallowed

FDIC Ex. 46

Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

November 04, 2005

In Reference To:   Benj. Franklin Savings & Loan 90-W-6054

   Tax Case

Invoice # 10254

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **DSW** | | | | |
| 9/7/05 | DSW | Phone call with Rosemary Stewart. | 0.30 | 37.50 |
|  | DSW | Call Don McIntyre. | 0.10 | 12.50 |
|  | DSW | Call with Jerry Stouck. | 0.30 | 37.50 |
|  | DSW | Attempts to reach Rosemary Stewart and Richard Gill. | 0.10 | 12.50 |
| 9/19/05 | DSW | Call Don McIntyre. | 0.10 | 12.50 |
|  | DSW | Call Richard Gill. | 0.20 | 25.00 |
| 9/20/05 | DSW | Two calls to Mike Thorne. | 0.20 | 25.00 |
| 10/5/05 | DSW | Review incoming shareholder mail. | 0.10 | 12.50 |
| 10/6/05 | DSW | Long message to Rosemary Stewart. | 0.10 | 12.50 |
|  | DSW | Letter to clients. | 0.30 | 37.50 |
| SUBTOTAL: | | | [ 2.90 | 362.50 ] |
| **DW** | | | | |
| 9/1/05 | DW | Organizing files. | 0.30 | 37.50 |
|  | DW | Thank you letters. | 0.20 | 25.00 |
| 9/5/05 | DW | Letter to Aboussie and Gill. | 0.50 | 62.50 |
| 9/8/05 | DW | Call with Rosemary Stewart. | 0.30 | 37.50 |
|  | DW | Call with Darnstadter. | 0.70 | 87.50 |
|  | DW | Call with Dale Weight. | 0.20 | 25.00 |
|  | DW | Call with Don McIntyre. | 0.20 | 25.00 |
|  | DW | Call with Mike Thorne. | 0.40 | 50.00 |
|  | DW | Call with shareholder attorney. | 0.20 | 25.00 |

FDIC Ex. 46

Benj. Franklin Plaintiffs                                                                                      Page    2

                                                                                                        Hours    Amount

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 9/8/05 | DW | Leave message for Richard Gill. | 0.10 | 12.50 |
| 9/9/05 | DW | Conference with Kelby regarding fee petition. | 0.40 | 50.00 |
| 9/13/05 | DW | Call Don McIntyre. | 0.10 | 12.50 |
| | DW | Call Richard Gill. | 0.30 | 37.50 |
| 9/14/05 | DW | Review letter to Gill. | 0.10 | 12.50 |
| | DW | Call Markowitz's office regarding meeting. | 0.10 | 12.50 |
| | DW | Call with Rosemary Stewart and Richard Gill, letter to Gill. | 0.70 | 87.50 |
| | DW | Review Glinsmann letter, fax to Jerry Young with cover note. | 0.10 | 12.50 |
| 9/15/05 | DW | Airplane and hotel reservations for September 26th trip. | 0.40 | 50.00 |
| 9/16/05 | DW | Letter to Markowitz. | 0.20 | 25.00 |
| | DW | Regarding website. | 0.40 | 50.00 |
| | DW | Letter to Richard Gill. | 0.30 | 37.50 |
| 9/20/05 | DW | Letter to Rosemary Stewart. | 0.30 | 37.50 |
| 9/21/05 | DW | Call Jerry Young regarding form of document that goes to FDIC. | 0.20 | 25.00 |
| | DW | Call Kathy Kelley regarding fee application. | 0.20 | 25.00 |
| 9/23/05 | DW | Letter to Aboussie. | 0.10 | 12.50 |
| | DW | Call Rosemary Stewart. | 0.20 | 25.00 |
| | DW | Edit District of Oregon report. | 0.10 | 12.50 |
| | DW | Edit and sign supplemental fee petition. | 0.10 | 12.50 |
| | DW | Call Richard Gill regarding District of Oregon report. | 0.20 | 25.00 |
| 9/28/05 | DW | Richard Gill conference. | 1.50 | 187.50 |
| | DW | To Stewart office for conference. | 1.30 | 162.50 |
| 9/29/05 | DW | Long report letter to clients and call with Jerry Young's office. | 0.50 | 62.50 |
| | DW | Attempt to reach Timchuck (Senator Smith's office). | 0.10 | 12.50 |
| | DW | Letter to Richard Gill. | 0.20 | 25.00 |
| 10/3/05 | | | | |
| | DW | Left messages for Rosemary Stewart and Jerry Young regarding claims court case. | 0.20 | 25.00 |
| 10/4/05 | DW | Call McIntyre. | 0.20 | 25.00 |
| 10/20/05 | DW | Review memo from Jennifer Painter. | 0.10 | 12.50 |
| 10/21/05 | DW | Regarding website and e-mail to office. | 0.80 | 100.00 |
| | DW | Letter to clients and e-mail to office. | 0.70 | 87.50 |
| 10/30/05 | DW | Review Gill letter, fax to Ernie Fleischer. | 0.20 | 25.00 |
| 10/31/05 | DW | Call Ernie Fleischer regarding breakdown of bill. | 0.30 | 37.50 |
| | | SUBTOTAL: | [ 14.30 | 1,787.50 ] |

For professional services rendered    Total excluding Non-Tax Hours    15.50    ~~17.28~~    ~~$2,150.00~~

Additional Charges :

DSW

| 9/28/05 | Taxi. | 14.00 |
|---|---|---|
| 9/30/05 | September 26-28, Washington DC | 284.80 |
| | Meals September 26-28 Washington DC | 146.83 |
| | Hotel September 26-28 Washington DC | 402.70 |

Benj. Franklin Plaintiffs

| | | Page 3 |
|---|---|---|
| | | Amount |
| 10/31/05 | Long Distance Telephone Charges | 500.00 |
| | SUBTOTAL: | [ 1,348.13 ] |
| | Total costs | $1,348.13 |
| | Total amount of this bill | $3,498.13 |
| | Previous balance | $2,848.56 |
| 10/3/05 | Payment from account to Don S. Willner & Assoc. | ($900.00) |
| | Total payments and adjustments | ($900.00) |
| | Balance due | $5,446.69 |

FDIC Ex. 46

**SARAH DRESCHER**
ATTORNEY AT LAW
0324 SW Abernethy St.
Portland, OR 97239
(503) 295-5953  Fax:  (503) 274-8384
sarahkdrescher@yahoo.com

*Invoice*

| Date | Hours | Detail of Work |
|---|---|---|
| 7/12/05 | 2.5 | Research Attorney Fees |
| 7/12/05 | 3.25 | Draft/Memo |
| 7/13/05 | 1.5 | Editing/Redrafting |
| 8/1/05 | 0.4 | Research case: Swedish Hospital Email case and Keycite to Don |
| 8/2/05 | 1.0 | Drove to Fed. Courthouse and looked up *Suess case* found memo for Prelim. Injunction and cites for cases: *Flora v. U.S.* and *Sharpe v. FDIC*; found cases on Westlaw and emailed cases to Don |
| 8/12/05 | 2.0 | Research re: whether "reasonable rate" for atty. fees must be based on prevailing rate in home district or forum district; "fair market value" determination |
| 8/13/05 | 1.8 | Research re: whether "reasonable rate" for atty. fees must be based on prevailing rate in home district or forum district; "fair market value " determination |
| 8/14/05 | 1.0 | Research re: whether "reasonable rate" for atty. fees must be based on prevailing rate in home district or forum district; "fair market value" determination |
| 8/14/05 | 4.5 | Draft Memorandum on whether "reasonable rate" for atty. fees must be based on prevailing rate in home district or forum district; "fair market value" determination |
| 8/14/05 | 1.0 | Research and insert tables into Memo with *Laffey* atty.'s rates in D.C. |
| 8/15/05 | 1.5 | Revise Memorandum/Editing |
| 8/15/05 | 0.5 | Download cases used in Memo; email cases to Don; email Memo to Don |
| 8/16/05 | 2.0 | Research re: Laffey matrix in contingent fee cases and draft short memo/email with cases |
| **TOTAL HOURS** | **22.95** | |

FDIC Ex. 46