**Federal Deposit Insurance Corporation as Receiver for:**
**Benj. Franklin Federal Savings & Loan Association**
**Portland, Oregon**

---

### THIRD SUPPLEMENTAL PROOF OF CLAIM
### DON S. WILLNER & ASSOCIATES, P.C.

I, Don S. Willner, declare under penalty of perjury under the laws of the United States and the State of Washington that the following is true and correct to the best of my knowledge and belief.

I am submitting a Third Supplemental Proof of Claim of Don S. Willner & Associates, P.C. covering November, 2005.

I seek the sum of $525 per hour or $11,760.00 for my work less $700 paid by the shareholders for the month of November, 2005, plus a multiplier for success, plus professional services of $3,206.63 submitted for payment by Jerry Young, CPA for maintenance of the shareholder data base through November 30, 2005. In addition, Jerry Young has submitted his estimated cost projections to distribute the reimbursement from the shareholder litigation fund in the amount of $3,900, which is not yet due.

Therefore, I am seeking the sum of my original Proof of Claim plus the sums of my three Supplemental Proofs of Claim for a total of $465,360 plus expenses of $13,195.98 less $101,262.00 paid by shareholders, plus a multiplier for success.

DATED this 12th day of December, 2005.

DON S. WILLNER & ASSOCIATES, P.C.

Don S. Willner, OSB# 52114
630 Sunnyside Road
Trout Lake, WA 98650
Tel: (509) 395-2000
Fax: (509) 395-2939
Email: donswillner@aol.com

FDIC Ex. 47

Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

December 09, 2005

In Reference To: Benj. Franklin Savings & Loan 90-W-6054
                  Tax Case

Invoice #10256

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| | DSW | | | |
| 11/8/05 | DSW | Edit letter to clients, fax to Jennifer, review final draft. | 0.60 | 75.00 |
| 11/14/05 | DSW | Call Rosemary Stewart. | 0.30 | 37.50 |
| | DSW | Long call from shareholder. | 0.20 | 25.00 |
| | DSW | Call with Ernie Fleischer. | 0.20 | 25.00 |
| | DSW | Call with Kathy Kelley. | 0.20 | 25.00 |
| | DSW | Review fairness hearing motion, call Rosemary Stewart. | 0.30 | 37.50 |
| 11/15/05 | DSW | Two calls with Hank Damstadter. | 0.40 | 50.00 |
| 11/16/05 | DSW | Call Rosemary Stewart. | 0.30 | 37.50 |
| | DSW | Regarding fee petition, conference with Kathy Kelley. | 0.40 | 50.00 |
| | DSW | Preparation of website, edit website. | 0.80 | 100.00 |
| | DSW | Calls with Damstadter, review Attorney General Letter. | 0.40 | 50.00 |
| | DSW | Call Don McIntyre, Dale Weight, and Peter Baker. | 0.60 | 75.00 |
| | DSW | Preparation of press release notice to media, list of calls for Alison Geist, call Jennifer Painter. | 0.80 | 100.00 |
| 11/17/05 | DSW | Call with Rosemary Stewart, memos to Jennifer Painter, letter to Glenn Glinsman, call to Jennifer Painter conference with Don McIntyre, press conference regarding settlement. | 2.50 | 312.50 |
| 11/28/05 | DSW | Review material from Rosemarie. | 0.10 | 12.50 |
| | DSW | Review incoming mail. OK | 0.30 | 37.50 |
| | DSW | Review message from Fleischer. | 0.10 | 12.50 |
| | DSW | Call from shareholder. | 0.10 | 12.50 |
| 11/29/05 | DSW | Letter to Ernie. | 0.80 | 100.00 |
| | DSW | Review notice to shareholders. | 0.60 | 75.00 |
| | DSW | Call with Rosemary Stewart. | 0.30 | 37.50 |
| | DSW | Review incoming mail. | 0.20 | 25.00 |
| | | SUBTOTAL: | [ 10.50 | 1,312.50 ] |

fee application

3 x 3

Benj. Franklin Plaintiffs

Page  2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | DW | | | |
| 11/2/05 | DW | Long calls with shareholder. | 0.20 | 25.00 |
| 11/4/05 | DW | Long memo to clients. | 0.80 | 100.00 |
| | DW | Call with Darnstadter. | 0.30 | 37.50 |
| | DW | Calls with Rosemary Stewart regarding tax case. | 0.20 | 25.00 |
| | DW | Letter to Gill with enclosure. | 0.20 | 25.00 |
| 11/5/05 | DW | Letters to Fleischer, Nolsen, Henzinger and Zell. | 0.90 | 112.50 |
| | DW | Phone call with Charlie Zell. | 0.20 | 25.00 |
| 11/9/05 | DW | Leave message for Gill. | 0.10 | 12.50 |
| | DW | Leave message for Rosemary Stewart. | 0.10 | 12.50 |
| | DW | Call from Darnstadter. | 0.40 | 50.00 |
| | DW | Call Don McIntyre. | 0.20 | 25.00 |
| 11/11/05 | DW | Regarding September and October supplemental proof of claim. | 0.30 | 37.50 |
| 11/13/05 | DW | Memo to Jennifer Painter regarding supplemental fee petition. | 0.40 | 50.00 |
| 11/18/05 | DW | Review Oregonian article. | 0.10 | 12.50 |
| | DW | Letter to Gill and Aboussie. | 0.20 | 25.00 |
| | DW | Conference with Jennifer Painter. | 0.20 | 25.00 |
| | DW | Call from Dale Weight. | 0.20 | 25.00 |
| | DW | Edit letter to Gill and Aboussie, re-edit and send. | 0.40 | 50.00 |
| 11/19/05 | DW | Call with Fleischer. | 0.10 | 12.50 |
| 11/21/05 | DW | Letter to Gill. | 0.20 | 25.00 |
| | DW | Letter to Jerry Stouck. | 0.10 | 12.50 |
| | DW | Review message from Gill. | 0.10 | 12.50 |
| | DW | Call Stouck. | 0.40 | 50.00 |
| | DW | Call Rosemary Stewart. | 0.30 | 37.50 |
| | DW | Call Fleischer. | 0.10 | 12.50 |
| 11/22/05 | DW | Call from Jerry Young regarding distribution procedures. | 0.20 | 25.00 |
| | DW | Review Stouck letter. | 0.10 | 12.50 |
| | DW | Call from shareholder. | 0.20 | 25.00 |
| | DW | Review and edit fairness hearing motion. | 1.10 | 137.50 |
| 11/23/05 | DW | Review shareholder letters. | 0.10 | 12.50 |
| 11/25/05 | DW | Letter to Jerry Young. | 0.20 | 25.00 |
| | DW | Letter to four shareholders. | 0.50 | 62.50 |
| 11/27/05 | DW | Fax letter to Fleischer. | 0.20 | 25.00 |
| 11/30/05 | DW | Reviewing incoming mail. | 0.40 | 50.00 |
| | DW | Call with Jerry Young regarding database. | 0.20 | 25.00 |
| | DW | Call with Don McIntyre regarding pending matters. | 0.30 | 37.50 |
| | DW | Letter to Don McIntyre with lengthy enclosure. | 1.70 | 212.50 |
| | | SUBTOTAL: | [ 11.90 | 1,487.50] |
| | | For professional services rendered | 22.40 | $2,800.00 |

Additional Charges :

DSW

| 11/30/05 | Maintenance of shareholder data base through November 30, 2005 by Jerry Young CPA. | 3,206.63 |
|---|---|---|
| | SUBTOTAL: | [ 3,206.63] |

2-8

FDIC Ex. 47

Benj. Franklin Plaintiffs                                          Page    3

|  |  | Amount |
|---|---|---:|
|  | Total costs | $3,206.63 |
|  | Total amount of this bill | $6,006.63 |
|  | Previous balance | $11,846.69 |
| 11/7/05 | Payment from account to Don S. Willner & Assoc. | ($700.00) |
|  | Total payments and adjustments | ($700.00) |
|  | Balance due | $17,153.32 |

**JERRY J. YOUNG**
Certified Public Accountant
Suite 310
9400 S.W. Barnes Road
PORTLAND, OREGON 97225

(503) 297-8495
1-(800) 571-8495
FAX (503) 297-6910

December 6, 2005

Mr. Don S Willner
630 Sunnyside Rd
Trout Lake WA 98650

Dear Don:

Enclosed is our statement for work done through November 30, 2005 maintaining the Benj. Franklin shareholder list and related work regarding the FDIC.

I am estimating that for my office to program the data base software to calculate the interest, print checks and sign checks, stuffing and mailing would be as follows:

| | |
|---|---|
| Programming needed for interest calculation and check printing | $3,200 |
| Printing and signing checks with rubber stamp | 250 |
| Stuffing and stamping envelopes | 350 |
| Picking up supplies, delivery to post office | 100 |
| Total | $3,900 |

Based on the approximate 4,225 contributors to the litigation fund, I am estimating that the checks and envelopes will cost about $900 and postage could be an estimated $1,690 to mail each check first class at the estimated rate to go into effect early 2006.

The above numbers are estimates. It may take more checks due to printing problems, postage for return mail, and our time for programming.

I would suggest that a post office box be rented for the return mail near our office. This way we can review returned mail quickly and efficiently to make corrections and get the checks to the correct address. Time spent for this would be in addition to the above estimates and billed out at $32.00 an hour.

Please let me know if you need any additional information.

Sincerely,

Jerry J Young

JERRY J. YOUNG, CPA
9400 SW BARNES RD
SUITE 310
PORTLAND, OR 97225


BENJAMIN FRANKLIN LITIGATION							December 6, 2005
C/O DON WILLNER
630 SUNNYSIDE RD
TROUT LAKE, WA 98650


Billing Statement

| | |
|---|---:|
| Beginning Balance | 0.00 |
| For Professional Services Rendered: | |
| Invoice #7791 | |
|    Maintenance of shareholder data base through November 30, 2005. | |
|    Preparation of data for FDIC. | 3,185.00 |
|    UPS charge for sending data to FDIC. | 21.63 |
| Current Charges | 3,206.63 |
| No Payments This Period | 0.00 |
| Amount Due This Bill | $3,206.63 |

FDIC Ex. 47