**Federal Deposit Insurance Corporation as Receiver for:**
**Benj. Franklin Federal Savings & Loan Association**
**Portland, Oregon**



## FOURTH SUPPLEMENTAL PROOF OF CLAIM
## DON S. WILLNER & ASSOCIATES, P.C.

I, Don S. Willner, declare under penalty of perjury under the laws of the United States and the State of Washington that the following is true and correct to the best of my knowledge and belief.

I am submitting a Fourth Supplemental Proof of Claim of Don S. Willner & Associates, P.C. covering December, 2005.

I seek the sum of $525 per hour or $16,012.50 for my work less $850 paid by the shareholders for the month of December, 2005, plus a multiplier for success.

Therefore, I am seeking the sum of my original Proof of Claim plus the sums of my four Supplemental Proofs of Claim for a total of $481,372.50 plus expenses of $13,195.98 less $101,875.40 paid by shareholders, plus a multiplier for success.

DATED this 3rd day of February, 2006.

DON S. WILLNER & ASSOCIATES, P.C.

Don S. Willner, OSB# 52114
630 Sunnyside Road
Trout Lake, WA 98650
Tel: (509) 395-2000
Fax: (509) 395-2939
Email: donswillner@aol.com

Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

January 12, 2006

In Reference To:   Benj. Franklin Savings & Loan 90-W-6054

Tax Case

Invoice # 10260

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| **DSW** | | | | |
| 12/22/05 | DSW | Call with Jerry Young regarding computation of interest on payment. | 0.30 | 37.50 |
|  | DSW | Call Richard Gill. | 0.30 | 37.50 |
|  | DSW | Call with Rosemary Stewart regarding interest on contributions. | 0.30 | 37.50 |
|  | SUBTOTAL: | | [ 0.90 | 112.50 ] |
| **DW** | | | | |
| 12/1/05 | DW | Review McIntyre letter. | 0.10 | 12.50 |
|  | DW | Call Jennifer Painter. O h | 0.10 | 12.50 |
|  | DW | Message for Don McIntyre. | 0.10 | 12.50 |
|  | DW | Message from Rosemary Stewart. | 0.10 | 12.50 |
|  | DW | Call Rosemary Stewart. | 0.30 | 37.50 |
|  | DW | Final review of Don McIntyre material; call Jennifer Painter. | 0.20 | 25.00 |
|  | DW | Review of second draft of court motion; call Rosemary Stewart. | 0.70 | 87.50 |
|  | DW | Attempt to reach Darnstadter. | 0.10 | 12.50 |
|  | DW | Call with McIntyre. | 0.30 | 37.50 |
| 12/2/05 | DW | Call with Rosemary Stewart. | 0.30 | 37.50 |
|  | DW | Call Rosemary Stewart. | 0.30 | 37.50 |
|  | DW | Call with Jennifer Painter. | 0.10 | 12.50 |
|  | DW | Review shareholder notice | 0.50 | 62.50 |
|  | DW | Conference with Jennifer Painter regarding pending matters. | 0.10 | 12.50 |
|  | DW | Attempt to reach Darnstadter. | 0.10 | 12.50 |
|  | DW | Two calls with McIntyre. edit letter. | 0.50 | 62.50 |
|  | DW | Call with Darnstadter. | 0.50 | 62.50 |
| 12/3/05 | DW | Letter to Richard Gill. | 0.20 | 25.00 |

1.4 hrs

FDIC Ex. 48

Benj. Franklin Plaintiffs

Page 2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 12/4/05 | DW | Letters to Rosemary Stewart, Don McIntyre, Richard Gill; enclosing Fleischer letters to Jerry Young, Kathy Kelley. | 1.20 | 150.00 |
| 12/5/05 | DW | Two calls with McIntyre. | 0.30 | 37.50 |
| | DW | Review Ernie Fleischer's time records, call with Jennifer Painter, letter to Ernie; edit letter to Gill. | 0.60 | 75.00 |
| 12/7/05 | DW | Call from shareholder. | 0.10 | 12.50 |
| | DW | Review Jerry Young letter and computations. | 0.10 | 12.50 |
| | DW | Letter to Phil Goldsmith. | 0.10 | 12.50 |
| 12/8/05 | DW | Attempt to reach Darnstadter. | 0.10 | 12.50 |
| | DW | Call Jerry Stouck. | 0.30 | 37.50 |
| 12/9/05 | DW | Preparation of website. | 1.00 | 125.00 |
| | DW | Call with Rosemary Stewart. | 0.20 | 25.00 |
| | DW | Call with Darnstadter. | 0.70 | 87.50 |
| | DW | Call Kethy Kelley regarding third supp. fee petition. | 0.20 | 25.00 |
| | DW | Call Richard Gill. | 0.50 | 62.50 |
| | DW | Review Kathy Kelley material, call Kathy Kelley. | 0.10 | 12.50 |
| | DW | Edit website. | 0.30 | 37.50 |
| 12/12/05 | DW | Call Mike Thorne. | 0.20 | 25.00 |
| | DW | Call Don Molen. | 0.10 | 12.50 |
| | DW | To Jennifer Painter's to review website, sign letter to Richard Gill. | 0.60 | 75.00 |
| | DW | Review FDIC claims procedure. | 0.30 | 37.50 |
| | DW | Call with Jennifer Painter, long message for Rosemary Stewart. | 0.10 | 12.50 |
| | DW | Long call from Richard Gill. | 0.50 | 62.50 |
| | DW | Memo to Kathy Kelley and Jennifer Painter. | 0.10 | 12.50 |
| | DW | Edit third supplemental petition; call with Kathy Kelley. | 0.60 | 75.00 |
| | DW | Call with Fleischer. | 0.10 | 12.50 |
| 12/14/05 | DW | Preparation of summary of fee petitions. | 1.70 | 212.50 |
| | DW | Two calls with Ernie Fleischer. | 0.30 | 37.50 |
| | DW | Call with Rosemary Stewart. | 0.30 | 37.50 |
| | DW | Fax letter to Fleischer. | 0.20 | 25.00 |
| 12/15/05 | DW | Call Fleischer, edit summary claim, review and sign summary claim. | 0.90 | 112.50 |
| | DW | Calls with Jennifer Painter. | 0.10 | 12.50 |
| 12/23/05 | DW | Letter to shareholder. | 0.10 | 12.50 |
| 12/27/05 | DW | Call with Jerry Young regarding shareholder contributions. | 0.30 | 37.50 |
| | DW | Review shareholder letters. | 0.10 | 12.50 |
| 12/28/05 | DW | Reviewing newspaper notice. | 0.30 | 37.50 |
| | DW | Calls to Jerry Young, preparation of draft letter. | 0.70 | 87.50 |
| | DW | Review Suess letter, calls to McIntyre, Green, Fleischer, preparation of draft letter response, arranging conference call. | 2.60 | 325.00 |
| | DW | Calls with Thelma Anderson. | 0.30 | 37.50 |
| | DW | Call Dale Weight. | 0.10 | 12.50 |
| 12/29/05 | DW | Calls with Kelby Fletcher regarding letter to shareholders. | 0.60 | 75.00 |
| | DW | Review long letter sent by Richard Gill. | 0.30 | 37.50 |
| | DW | Call Jennifer Painter regarding letterson to clerk. | 0.20 | 25.00 |
| | DW | Call with Rosemary Stewart regarding proposed newspaper ad for shareholders. | 0.20 | 25.00 |
| | DW | Review letter to Jerry Young, message for Renner. | 0.10 | 12.50 |
| | DW | Conference call with clients. | 0.80 | 100.00 |
| | DW | Two shareholder letters. | 0.20 | 25.00 |

*11.1 hours* (handwritten)

Benj. Franklin Plaintiffs                                                                 Page    3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/29/05 | DW | Preparation of draft newspaper notice to shareholders, letter to Rosemary Stewart. | 1.00 | 125.00 |
|  | DW | Edit and send letter to Jerry Young. | 0.30 | 37.50 |
|  | DW | Edit proposed client letter and fax to Jennifer Painter. | 0.80 | 100.00 |
|  | DW | Letter to Jennifer Painter. | 0.10 | 12.50 |
| 12/30/05 | DW | Prepare long memo concerning Suess filing letter to Richard Gill. | 1.20 | 150.00 |
|  | DW | Call with Peter Baker. | 0.20 | 25.00 |
|  | DW | Review of proposed inclusion in website. | 0.10 | 12.50 |
|  | DW | Preparation of letter to Richard Gill regarding Glinsman and other needed preparation work. | 0.80 | 100.00 |
| 12/31/05 | DW | Work on website; calls with Baker regarding editing. | 1.70 | 212.50 |

SUBTOTAL:                                                          [  29.60   3,700.00]

For professional services rendered                                    30.50   $3,812.50

Previous balance                                                              $17,153.32

12/14/05 Payment from account to Don S. Willner & Assoc.                       ($400.00)
12/28/05 Payment from account to Don S. Willner & Associates.                  ($450.00)

Total payments and adjustments                                                 ($850.00)

Balance due                                                                   $20,115.82

Disallow
2.9 hrs

FDIC Ex. 48