**Federal Deposit Insurance Corporation as Receiver for:**
**Benj. Franklin Federal Savings & Loan Association**
**Portland, Oregon**

### FIFTH SUPPLEMENTAL PROOF OF CLAIM
### DON S. WILLNER & ASSOCIATES, P.C.

I, Don S. Willner, declare under penalty of perjury under the laws of the United States and the State of Washington that the following is true and correct to the best of my knowledge and belief.

I am submitting a Fifth Supplemental Proof of Claim of Don S. Willner & Associates, P.C. covering January, 2006.

I seek the sum of $525 per hour or $10,290.50 for my work, plus a multiplier for success.

Therefore, I am seeking the sum of my original Proof of Claim plus the sums of my five Supplemental Proofs of Claim for a total of $491,765.40 plus expenses of $13,340.86 less $101,925.40 paid by shareholders, plus a multiplier for success.

DATED this 13th day of March, 2006.

DON S. WILLNER & ASSOCIATES, P.C.

Don S. Willner, OSB# 52114
630 Sunnyside Road
Trout Lake, WA 98650
Tel: (509) 395-2000
Fax: (509) 395-2939
Email: donswillner@aol.com

Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

*PWU*

*3.3 hrs*

February 20, 2006

In Reference To: Benj. Franklin Savings & Loan 90-W-6054
                 Tax Case

Invoice #10262

Professional Services

|  |  | Hours | Amount |
|---|---|---:|---:|
| **DSW** | | | |
| 1/3/06 DSW | Edit letter to Gill. | 0.60 | 75.00 |
| 1/16/06 DSW | Call to Peter Baker regarding strategy for future court case. | 0.50 | 62.50 |
| DSW | Call Jerry Young regarding data transmission. | 0.10 | 12.50 |
| DSW | Attempts to return call of Attorney Casteel. | 0.10 | 12.50 |
| SUBTOTAL: | | [ 1.30 | 162.50] |
| **DW** | | | |
| 1/1/06 DW | Regarding website and Suess letter, call Baker. | 1.00 | 125.00 |
| 1/2/06 DW | Edit response to Suess letter. | 1.10 | 137.50 |
| 1/4/06 DW | Call with shareholder Woody Mapes. | 0.20 | 25.00 |
| DW | Review Rosemary Stewart's memo regarding interest. | 0.10 | 12.50 |
| 1/5/06 DW | Call Jerry Young regarding data. | 0.10 | 12.50 |
| DW | Call shareholder Dr. Christopher. | 0.20 | 25.00 |
| DW | Call Baker regarding tax case. | 0.20 | 25.00 |
| 1/6/06 DW | Review final draft of motion and notice to shareholders, review notice to shareholders; leave message for Rosemary Stewart and Richard Gill. | 0.80 | 100.00 |
| DW | Call from shareholder Johnson. | 0.20 | 25.00 |
| 1/9/06 DW | Memo to Jennifer Painter. | 0.10 | 12.50 |
| DW | Two calls with Rosemary Stewart, send fax. | 0.40 | 50.00 |

Benj. Franklin Plaintiffs                                                                                           Page    2

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 1/10/06 | DW | Call with Rosemary Stewart, review motion amendment. | 0.40 | 50.00 |
| 1/11/06 | DW | Review Rosemary Stewart material. | 0.20 | 25.00 |
|  | DW | Shareholder call. | 0.10 | 12.50 |
| 1/12/06 | DW | Call with shareholder Nick Snyder. | 0.40 | 50.00 |
|  | DW | Attempt to reach Rosemary Stewart, call Carol regarding FDIC Board action. | 0.10 | 12.50 |
|  | DW | Call Dale Weight. | 0.30 | 37.50 |
| 1/13/06 | DW | Two calls to Rosemary Stewart. | 0.40 | 50.00 |
| 1/14/06 | DW | Preparation of website. | 0.50 | 62.50 |
| 1/17/06 | DW | Call with shareholder attorney. | 0.20 | 25.00 |
|  | DW | Regarding e-mail from Rosemary Stewart. | 0.10 | 12.50 |
| 1/18/06 | DW | Review final court documents, call Kelby, call Rosemary Stewart, call Richard Gill. | 1.00 | 125.00 |
| 1/19/06 | DW | Leave message for Rosemary Stewart. | 0.10 | 12.50 |
|  | DW | Calls to Jerry Young regarding shareholder list. | 0.50 | 62.50 |
| 1/20/06 | DW | Calls with Richard Gill and Rosemary Stewart regarding shareholder list and propsed court filing. | 1.20 | 150.00 |
|  | DW | Calls with Jerry Young regarding shareholder list. | 0.30 | 37.50 |
|  | DW | Letter to Aboussie and Richard Gill. | 0.30 | 37.50 |
| 1/23/06 | DW | Review memo from Rosemary Stewart. | 0.20 | 25.00 |
|  | DW | Review and edit letter to Aboussie and Gill. | 0.30 | 37.50 |
|  | DW | Review files. | 0.30 | 37.50 |
|  | DW | Conference call Don Willner, Rosemary Stewart, Jerry Young. | 0.70 | 87.50 |
|  | DW | Shareholder call. | 0.20 | 25.00 |
| 1/24/06 | DW | Message from Rosemary Stewart. | 0.10 | 12.50 |
| 1/25/06 | DW | Reviewing material from Rosemary Stewart regarding notices. | 0.40 | 50.00 |
|  | DW | Call with Rosemary Stewart regarding tax case. | 0.30 | 37.50 |
| 1/26/06 | DW | Review files, Glinsman letter to shareholders, conference call with Rosemary Stewart and Richard Gill. | 0.40 | 50.00 |
|  | DW | Call from Don McIntyre. | 0.30 | 37.50 |
| ✓ | DW | Regarding supplemental fee petition. | 0.20 | 25.00 |
|  | DW | Letter to Dale Weight. | 1.40 | 175.00 |
| 1/27/06 | DW | Call Jerry Young regarding Suess request. | 0.30 | 37.50 |
|  | DW | E-mails from Peter Baker. | 0.10 | 12.50 |
|  | DW | Editing        Dale Weight letter. | 0.20 | 25.00 |
| 1/28/06 | DW | Review correspondence. | 0.20 | 25.00 |
| 1/29/06 | DW | Letter to Richard Gill and Darnstadler. | 0.50 | 62.50 |
| 1/30/06 | DW | Review Rosemary Stewart's memo. | 0.10 | 12.50 |
| 1/31/06 | DW | Memo to Jennifer Painter. | 0.20 | 25.00 |
|  | DW | Long letter to Randall. | 0.50 | 62.50 |
|  | DW | Call with Dale Weight. | 0.40 | 50.00 |
|  | DW | Edit Randall letter. | 0.40 | 50.00 |
|  |  | SUBTOTAL: | [ 18.20 | 2,275.00 |
|  |  | For professional services rendered | 19.60 | $2,450.00 |