Federal Deposit Insurance Corporation as Receiver for:
Benj. Franklin Federal Savings & Loan Association
Portland, Oregon

### SIXTH SUPPLEMENTAL PROOF OF CLAIM
### DON S. WILLNER & ASSOCIATES, P.C.

I, Don S. Willner, declare under penalty of perjury under the laws of the United States and the State of Washington that the following is true and correct to the best of my knowledge and belief.

I am submitting a Sixth Supplemental Proof of Claim of Don S. Willner & Associates, P.C. covering February, 2006.

I seek the sum of $525 per hour or $6,930.00 for my work, plus a multiplier for success.

Therefore, I am seeking the sum of my original Proof of Claim plus the sums of my six Supplemental Proofs of Claim for a total of $498,592.50 plus expenses of $13,339.96 less $101,793.90 paid by shareholders, plus a multiplier for success.

DATED this 28th day of March, 2006.

DON S. WILLNER & ASSOCIATES, P.C.

Don S. Willner, OSB# 52114
630 Sunnyside Road
Trout Lake, WA 98650
Tel: (509) 395-2000
Fax: (509) 395-2939
Email: donswillner@aol.com

FDIC Ex. 50

Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

March 28, 2006

In Reference To:   Benj. Franklin Savings & Loan 90-W-6054
                   Tax Case

Invoice # 10264

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **DSW** | | | | |
| 2/21/06 | DSW | Editing FDIC letter to shareholders for website. | 0.40 | 50.00 |
| 2/22/06 | DSW | Memo to Jennifer Painter. | 0.20 | 25.00 |
| | SUBTOTAL: | | [ 0.60 | 75.00 ] |
| **DW** | | | | |
| 2/1/06 | DW | Edit Randall letter, memo to Jennifer Painter regarding letter, enclosure, and client letter. | 0.80 | 100.00 |
| | DW | Memo to Jennifer Painter about supplemental fee petition. | 0.20 | 25.00 |
| | DW | Call Dale Weight. | 0.10 | 12.50 |
| | DW | Edit Randall letter. | 0.10 | 12.50 |
| 2/2/06 | DW | Call from Richard Gill. | 0.30 | 37.50 |
| | DW | Work with Alison Geist regarding supplemental fee petition; call with Kathy Kelley. | 0.40 | 50.00 |
| | DW | Organize current files. | 0.60 | 75.00 |
| 2/3/06 | DW | Call Don McIntyre. | 0.10 | 12.50 |
| | DW | Message from Richard Gill regarding copy of motion, faxed motion. | 0.10 | 12.50 |
| | DW | Letter to Richard Gill and Fourth Supplement Fee Petition. | 0.40 | 50.00 |
| 2/4/06 | DW | Review motion and shareholder notice regarding exhibits. | 0.70 | 87.50 |
| 2/5/06 | DW | Regarding website. | 0.40 | 50.00 |
| 2/10/06 | DW | Regarding status report in Portland case, review draft, attempt to reach Richard Gill, finalize and mail. | 0.50 | 62.50 |

FDIC Ex. 50

Benj. Franklin Plaintiffs                                                                Page    2

|          |     |                                                                      | Hours | Amount |
|----------|-----|----------------------------------------------------------------------|-------|--------|
| 2/12/06  | DW  | Letter to Richard Gill regarding schedule, fax to Gill.              | 1.50  | 187.50 |
| 2/13/06  | DW  | Call with Rosemary Stewart regarding scheduling, fairness hearing, call with Rosemary Stewart and Richard Gill. | 0.50  | 62.50  |
|          | DW  | Preparation of letter to Burke, fax to Rosemary Stewart, call with Stewart. | 1.50  | 187.50 |
| 2/14/06  | DW  | Review and respond to shareholder letters.                           | 0.50  | 62.50  |
| 2/15/06  | DW  | Review Rosemary Stewart's edit of shareholder notice.                | 0.10  | 12.50  |
| 2/16/06  | DW  | Edit website notice of FDIC, fax to Rosemary Stewart.                | 0.30  | 37.50  |
| 2/19/06  | DW  | Regarding claims court case - locating documents.                    | 0.20  | 25.00  |
| ✓ 2/23/06| DW  | Fifth Supplemental Proof of Claim.                                   | 0.40  | 50.00  |
|          | DW  | Call Richard Gill.                                                   | 0.20  | 25.00  |
|          | DW  | Call Rosemary Stewart regarding tax case                             | 0.30  | 37.50  |
|          | DW  | Call Don McIntyre.                                                   | 0.30  | 37.50  |
|          | DW  | Call Stouck.                                                         | 0.20  | 25.00  |
|          | DW  | Retainer letter to Stouck.                                           | 0.70  | 87.50  |
|          | DW  | Call with Dale Weight.                                               | 0.20  | 25.00  |
|          | DW  | Memo to Alison Geist.                                                | 0.10  | 12.50  |
| ✓ 2/24/06| DW  | Organizing files.                                                    | 0.40  | 50.00  |
|          | DW  | Call Jennifer Painter regarding documents.                           | 0.20  | 25.00  |
|          | DW  | Organizing files.                                                    | 0.40  | 50.00  |
| 2/28/06  | DW  | Call with Jennifer Painter regarding locating documents.             | 0.10  | 12.50  |
|          |     | SUBTOTAL                                                             | 12.60 | 1,575.00 |
|          |     | For professional services rendered                                   | 13.20 | $1,650.00 |

FDIC Ex. 50