**Federal Deposit Insurance Corporation as Receiver for:**
**Benj. Franklin Federal Savings & Loan Association**
**Portland, Oregon**

**SEVENTH SUPPLEMENTAL PROOF OF CLAIM**
**DON S. WILLNER & ASSOCIATES, P.C.**

I, Don S. Willner, declare under penalty of perjury under the laws of the United States and the State of Washington that the following is true and correct to the best of my knowledge and belief.

I am submitting a Seventh Supplemental Proof of Claim of Don S. Willner & Associates, P.C. covering March, April, and May, 2006.

I seek the sum of $525 per hour or $42,735.00 for my work, plus a multiplier for success.

Therefore, I am seeking the sum of my original Proof of Claim plus the sums of my seven Supplemental Proofs of Claims for a total of $541,327.50 plus expenses of $15,141.98 less $101,793.90 paid by shareholders, plus a multiplier for success.

DATED this 8th day of May, 2006.

**DON S. WILLNER & ASSOCIATES, P.C.**

[signature]

Don S. Willner, OSB# 52114
630 Sunnyside Road
Trout Lake, WA 98650
Tel: (509) 395-2000
Fax: (509) 395-2939
Email: donswillner@aol.com

Don S. Willner & Associates, PC
1415 The American Bank Building
621 S.W. Morrison Street
Portland, OR 97205

Invoice submitted to:
Benj. Franklin Plaintiffs

May 10, 2006

In Reference To: Benj. Franklin Savings & Loan 90-W-6054

Tax Case

Invoice # 10287

Professional Services

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | DSW | | | |
| 3/13/2006 | DSW | Call with Jennifer Painter. | 0.40 | 50.00 |
| | DSW | Call with Kelby Fletcher. | 0.20 | 25.00 |
| | DSW | Conference call with Kathy Kelley. | 0.70 | 87.50 |
| 3/14/2006 | DSW | Call with Richard Gill. | 0.20 | 25.00 |
| | DSW | Message for Kelby Gill. | 0.10 | 12.50 |
| 3/27/2006 | DSW | Went to courthouse to meet with staff. | 0.60 | 75.00 |
| | DSW | Edit letters regarding fee application. | 1.30 | 162.50 |
| | DSW | Researching transcript references for brief and adding excerpts. | 0.50 | 62.50 |
| | DSW | Regarding Portland courthouse call with Linda Sherry. | 0.10 | 12.50 |
| | DSW | Left message for Alison Geist regarding fee petition. | 0.10 | 12.50 |
| | DSW | Faxes to Jennifer Painter. | 0.20 | 25.00 |
| | DSW | Conference call with Pamela Savant regarding files. | 0.30 | 37.50 |
| 3/30/2006 | DSW | Regarding web site - memo to Peter Baker. | 0.40 | 50.00 |
| 4/3/2006 | DSW | Call with shareholder John Tomlinson. | 0.10 | 12.50 |
| 4/4/2006 | DSW | Attempt to reach Richard Gill. | 0.10 | 12.50 |
| | DSW | Attempts to return call of Gilardi Co. | 0.10 | 12.50 |
| 4/28/2006 | DSW | Regarding Fairness hearing - Call Richard Gill. | 0.30 | 37.50 |
| | DSW | Letter to Glinsman. | 0.40 | 50.00 |
| 5/1/2006 | DSW | Flight to Chicago and Baltimore to Washington, D.C., work on Benjamin Franklin case on plane with clients, and dinner conference. | 12.00 | 1,500.00 |
| 5/2/2006 | DSW | Prepare for hearing to FDIC for conference with J. Thurmon, Andrew Gilbert, Rosemary Stewart, back to hotel. Prepare for client conference. Client Conference. | 3.50 | 437.50 |
| | DSW | Courthouse for Fairness Hearing. | 3.30 | 412.50 |
| 5/3/2006 | DSW | Fly back to Portland, OR. Preparation of documents for client conference. | 10.50 | 1,312.50 |

2 hrs off for dinner.

This is goodwill case.

Disallow 8.9 hrs

Benj. Franklin Plaintiffs

| | | | Hours | Amount |
|---|---|---|---|---|
| | | SUBTOTAL: | | |
| | | DW | [ 35.40 | 4,425.00] |
| 3/1/2006 | DW | Called Jennifer Painter. | 0.10 | 12.50 |
| 3/2/2006 | DW | Call with Jennifer Painter regarding Gill request. | 0.10 | 12.50 |
| 3/6/2006 | DW | Memo to Jennifer Painter. | 0.10 | 12.50 |
| | DW | Call with Shareholder Attorney B. B. Bouneff. | 0.30 | 37.50 |
| 3/7/2006 | DW | Review mail from Glinsman, call Rosemary Stewart, attempt to reach Richard Gill, left message. | 0.30 | 37.50 |
| 3/8/2006 | DW | Call Kathy Kelley regarding fee petition. | 0.10 | 12.50 |
| | DW | Richard Gill request on fee petition, call Fletcher. | 0.30 | 37.50 |
| | DW | Call with Kathy Kelley regarding Ben Franklin files. | 0.20 | 25.00 |
| 3/9/2006 | DW | Regarding files and fee petition, call Kathy Kelley and Jennifer Painter. | 0.30 | 37.50 |
| 3/10/2006 | DW | Message from Rosemary Stewart. calls with Baker and Don McIntyre. Call again with Don McIntyre. Call with Dale Weight. Prep of website, calling web site to Baker. | 1.00 | 125.00 |
| 3/12/2006 | DW | Review earlier hearing transcript. | 1.00 | 125.00 |
| 3/15/2006 | DW | Call with Richard Gill and Fletcher regarding fee petition. | 0.30 | 37.50 |
| | DW | Memo to clients regarding Fairness Hearing. | 0.20 | 25.00 |
| 3/16/2006 | DW | Conference call with Judge Smith. Good Will cure | 0.40 | 50.00 |
| | DW | Prep for letter to Richard Gill and editing. | 0.60 | 75.00 |
| | DW | Two calls with Rosemary Stewart. | 0.20 | 25.00 |
| 3/17/2006 | DW | Two calls with Richard Gill | 0.20 | 25.00 |
| | DW | Review letter from Richard Gill. | 0.10 | 12.50 |
| | DW | Call from Willamette Week. | 0.20 | 25.00 |
| | DW | Call from shareholder Sue Wolff. | 0.30 | 37.50 |
| 3/20/2006 | DW | Calls with Don McIntyre, Doug Baker, & Dale Weight regarding making reservations. | 1.00 | 125.00 |
| | DW | Letter to Kelby. | 0.20 | 25.00 |
| | DW | Regarding Fairness Hearing - Call Rosemary Stewart, calls after prep of website, messages for Don McIntyre and Green. | 1.50 | 187.50 |
| | DW | Four Shareholder Letters. | 0.40 | 50.00 |
| | DW | Call with Doug Baker regarding website. | 0.50 | 62.50 |
| 3/21/2006 | DW | Calls with Richard Gill, Rosemary Stewart, Don McIntyre, Doug Baker, Dale Weight, Cinammund, Niedre (Clerk's Office). Message for Doug Baker, calls with Julie Tripp. Holiday Inn, Travel Agent, return call from Willamette Week, Regarding Fairness Hearing. | 4.70 | 587.50 |
| | DW | Regarding Fee Petition - calls with Kathy Kelley. | 0.30 | 37.50 |
| | DW | Call with Doug Baker and Green. | 0.40 | 50.00 |
| 3/22/2006 | DW | Call with Kathy Kelley regarding Fee Petition. | 0.10 | 12.50 |
| | DW | Review newspaper article, memo to clients. | 0.60 | 75.00 |
| | DW | Call Richard Gill regarding Fairness Hearing. | 0.50 | 62.50 |
| | DW | Call with shareholder. | 0.20 | 25.00 |
| | DW | Attempt to reach Glinsman. | 0.10 | 12.50 |
| | DW | Long call with Glinsman | 0.40 | 50.00 |
| 3/23/2006 | DW | Review Fee Petition and editing. | 0.70 | 87.50 |
| 3/24/2006 | DW | Regarding fee petition, call Kathy Kelley & Alison Geist. | 0.20 | 25.00 |

3.7 hrs

FDIC Ex. 51

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 3/24/2006 | DW | Regarding Fee Petition to Glinsman - review and edit Kelby's draft. | 0.80 | 100.00 |
| | DW | Pack for Trip. | 0.20 | 25.00 |
| 3/25/2006 | DW | Letter to Glinsman regarding maintenance of shareholder data base. | 0.50 | 62.50 |
| | DW | Letter to Rosemary Stewart. | 0.30 | 37.50 |
| | DW | Letter Glinsman regarding representation by Kelby Fletcher. | 0.30 | 37.50 |
| | DW | Letter to Glinsman regarding Litigation fund. | 0.90 | 112.50 |
| | DW | Memo to Jennifer Painter. | 0.30 | 37.50 |
| 3/28/2006 | DW | Editing Fee Application Documents. | 0.50 | 62.50 |
| | DW | Call with Kelby Fletcher regarding fee petition. | 0.20 | 25.00 |
| | DW | Call with Jennifer Painter regarding Fee Petition. | 0.20 | 25.00 |
| | DW | Discussion with Jennifer Painter about Fee Petition documents. | 0.50 | 62.50 |
| 3/29/2006 | DW | Calls with Rosemary Stewart and Glenn Glinsman. | 0.20 | 25.00 |
| | DW | To Jennifer Painter's regarding Fee Petition. | 0.40 | 50.00 |
| 3/30/2006 | DW | Call from Dale Weight. | 0.20 | 25.00 |
| | DW | Review Fleischer memo. | 0.10 | 12.50 |
| | DW | Call Kelby Fletcher regarding fee petition. | 0.10 | 12.50 |
| | DW | Shareholder letters. | 0.30 | 37.50 |
| 3/31/2006 | DW | Letter to co-counsel. | 0.20 | 25.00 |
| | DW | Letters to clients regarding Fairness Hearing. | 0.40 | 50.00 |
| | DW | Travel arrangements. | 0.30 | 37.50 |
| | DW | Memo to Kathy Kelley. | 0.10 | 12.50 |
| ok | DW | Locating typist, declarations concerning Litigation Fund and maintenance of data base for arranging typing and mailing. ok | 2.20 | 275.00 |
| | DW | Letter to Glinsman and Richard Gill. | 0.30 | 37.50 |
| | DW | Letter to Glinsman. | 0.20 | 25.00 |
| 4/2/2006 | DW | Dictation of shareholder letters. | 0.30 | 37.50 |
| 4/4/2006 | DW | Regarding Reconsideration brief. | 1.00 | 125.00 |
| 4/5/2006 | DW | Call Richard Gill | 0.40 | 50.00 |
| | DW | Finish Claim Court brief; memo to Jennifer Painter. | 0.70 | 87.50 |
| 4/6/2006 | DW | Review of shareholder responses. | 0.30 | 37.50 |
| | DW | To Jennifer Painter's with Benjamin Franklin memo. | 0.40 | 50.00 |
| | DW | Call with Glinsman. | 0.20 | 25.00 |
| | DW | Call from shareholder. | 0.10 | 12.50 |
| 4/19/2006 | DW | Left message for Glinsmann regarding data base. | 0.10 | 12.50 |
| | DW | Draft letter to Glinsman - call with Kelby Fletcher. | 1.50 | 187.50 |
| | DW | Call with Rosemary Stewart - review proposed court order. | 0.30 | 37.50 |
| | DW | Attempts to reach Young regarding Glinsman letter. | 0.10 | 12.50 |
| 4/20/2006 | DW | Review letter to Glinsman. | 0.10 | 12.50 |
| | DW | Call with shareholder. | 0.20 | 25.00 |
| | DW | Leave message for Kelby Fletcher regarding Glinsman letter edit. Call with Kelby Fletcher. | 0.60 | 75.00 |
| | DW | Call with Jerry Young regarding data base of shareholder data. | 0.30 | 37.50 |
| | DW | Call from shareholder. | 0.10 | 12.50 |
| 4/21/2006 | DW | Call Baker. | 0.20 | 25.00 |
| | DW | Review client letter. | 0.10 | 12.50 |
| | DW | Review incoming e-mails. | 0.20 | 25.00 |
| 4/24/2006 | DW | Call with Jerry Young; review letters from Jerry young, letter to Glinsman. Call with Jennifer Painter. | 0.90 | 112.50 |
| 4/25/2006 | DW | Messages from Peter Baker. | 0.10 | 12.50 |

Disallow

6.2 hrs

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/25/2006 | DW | Call from shareholder, fax notice. | 0.20 | 25.00 |
| | DW | Completing web site - fax to Baker and McIntyre. Call Baker. | 0.40 | 50.00 |
| | DW | Call with Rosemary Stewart and Laura Palguda. | 0.30 | 37.50 |
| | DW | Calls with Don McIntyre, prep of addition to web site, left message for court clerk. | 0.50 | 62.50 |
| | DW | Review shareholder filings. Call Jerry Young. | 0.30 | 37.50 |
| 4/26/2006 | DW | Locating and faxing pages to Rosemary Stewart. | 0.10 | 12.50 |
| | DW | Call with Baker regarding Fairness hearing. | 0.30 | 37.50 |
| 4/28/2006 | DW | Call to Pamela Savant. . | 0.10 | 12.50 |
| | DW | Conference with Jennifer Painter. | 0.10 | 12.50 |
| 4/29/2006 | DW | Call from Dale Weight regarding Eastern trip and Merrill Lynch Stock. | 0.20 | 25.00 |
| | DW | Calls with Don McIntyre regarding travel arrangement and Merrill Lynch. | 0.30 | 37.50 |
| 4/30/2006 | DW | Locating documents to take to Washington, D.C. | 0.70 | 87.50 |
| | DW | Calls with Don McIntyre. | 0.30 | 37.50 |
| | DW | Memo to Rosemary Stewart. | 0.80 | 100.00 |
| 5/4/2006 | DW | Calls with Rosemary Stewart, Richard Gill, Green, Baker, Dale Weight, Don McIntyre, Glinsmann, Jerry Young, Jackson (Banker). | 2.00 | 250.00 |
| | DW | Edit letter to shareholder and clients, fax to Jennifer Painter. | 0.50 | 62.50 |
| 5/5/2006 | DW | Calls with Baker, Jerry Young, letter Glinsmann. Work on report to shareholders. | 1.50 | 187.50 |
| | DW | Supplemental Fee Petition. | 0.50 | 62.50 |
| | DW | Regarding minute order of Judge Sullivan. | 0.10 | 12.50 |
| | DW | Call Kelby Fletcher regarding fee petition. | 0.30 | 37.50 |
| | DW | Filing Documents. | 0.50 | 62.50 |
| | | SUBTOTAL: | [ 46.00 | 5,750.00] |
| | | For professional services rendered | 81.40 | $10,175.00 |

Additional Charges :

DHM

| | | |
|---|---|---|
| 5/1/2006 | Dale H. McIntyre airfare, hotel, taxi, & meals while in Washington, D.C. for Fairness Hearing. | 536.77 |
| | SUBTOTAL: | [ 536.77] |

DSW

| | | |
|---|---|---|
| 4/22/2006 | Postage Delivery charges from UPS store | 31.44 |
| 5/1/2006 | Don S. Willner airfare, hotel, taxis, & meals while in Washington, D.C. for Fairness Hearing. | 566.44 |
| | SUBTOTAL: | [ 597.88] |

GDW

| | | |
|---|---|---|
| 5/1/2006 | G. Dale Weight airfare, hotel, taxi, & meals while in Washington, D.C. for Fairness Hearing. | 667.37 |
| | SUBTOTAL: | [ 667.37] |

Disallow 2 hrs

FDIC Ex. 51

Benj. Franklin Plaintiffs

Page 5

| | Amount |
|---|---|
| Total costs | $1,802.02 |

FDIC Ex. 51