Westlaw.

12/6/2004 NLJ 20, (Col. 1)                                                                Page 1
12/6/2004 Nat'l L.J. 20, (Col. 1)

```
                     The National Law Journal
                         Vol. 27, No. 14
         Copyright (c) 2004 by American Lawyer Media, ALM, LLC

                          December 6, 2004
                         In Focus: Billing
            FIRM-BY-FIRM SAMPLING OF BILLING RATES NATIONWIDE
```

The National Law Journal asked the respondents to its 2004 survey of the nation's 250 largest law firms to provide hourly billing rate information for partners and associates firmwide and in their principal offices. The firms that supplied this information-including some firms that are not in the NLJ 250-are listed below in alphabetical order. The number after a firm's name indicates the total number of attorneys at the firm. The city listed below the name of a firm is the location of the firm's principal office or its largest office. Unless otherwise indicated, the rates provided are firmwide rates; an asterisk indicates rates at the principal or largest office only.

ABC

Adams and Reese (252)

(New Orleans)

Partners $195-$385

Associates $110-$225

Akin Gump Strauss Hauer & Feld (977)

(Washington)

Partners $425-$750

Associates $205-$395

Alston & Bird (706)

(Atlanta)

Partners $330-$675

Associates $175-$430

Andrews Kurth (418)

(Houston)

Partners $350-$660

Associates $180-$395

Copyright © 2007 The New York Law Pub. Co.

FDIC Ex. 53

12/6/2004 NLJ 20, (Col. 1)                                                Page 2
12/6/2004 Nat'l L.J. 20, (Col. 1)

Arent Fox (262)

(Washington)

Partners $350-$550

Associates $185-$375

Armstrong Teasdale (243)

(St. Louis)

Partners $220-$375

Associates $120-$240

Baker, Donelson, Bearman, Caldwell & Berkowitz (391)

(Memphis, Tenn.)

Partners $200-$500

Associates $120-$250

Ballard Spahr Andrews & Ingersoll (435)

(Philadelphia)

Partners $300-$600

Associates $160-$340

Bass, Berry & Sims (168)

(Nashville, Tenn.)

Partners $185-$450

Associates $130-$260

Bell, Boyd & Lloyd (236)

(Chicago)

Partners $295-$600

Associates $210-$325

Blackwell Sanders Peper Martin (263)

(Kansas City, Mo.)

Copyright © 2007 The New York Law Pub. Co.

FDIC Ex. 53

12/6/2004 NLJ 20, (Col. 1)                                                              Page 3
12/6/2004 Nat'l L.J. 20, (Col. 1)

Partners $180-$370

Associates $145-$245

Blank Rome (459)

(Philadelphia)

Partners $290-$625

Associates $185-$320

Bond, Schoeneck & King (168)

(Syracuse, N.Y.)

Partners $190-$405

Associates $135-$285

Bracewell & Patterson (377)

(Houston)

Partners $235-$790

Associates $160-$395

Brinks Hofer Gilson & Lione (150)

(Chicago)

Partners $320-$550

Associates $190-$385

Brown Raysman Millstein Felder & Steiner (236)

(New York)

Partners $350-$600

Associates $190-$400

Bryan Cave (757)

(St. Louis)

Partners $285-$745

Associates $150-$420

Buchanan Ingersoll (348)

Copyright © 2007 The New York Law Pub. Co.

FDIC Ex. 53

12/6/2004 NLJ 20, (Col. 1)                                                                                   Page 4
12/6/2004 Nat'l L.J. 20, (Col. 1)

(Pittsburgh)

Partners $225-$720

Associates $150-$410

Buckingham Doolittle & Burroughs (141)

(Akron, Ohio)

Partners $160-$305

Associates $90-$185

Bullivant Houser Bailey (163)

(Portland, Ore.)

Partners $170-$350

Associates $140-$250

Burr & Forman (182)

(Birmingham, Ala.)

Partners $235-$385

Associates $140-$265

Butzel Long (207)

(Detroit)

Partners $185-$430

Associates $150-$250

Carlton Fields (221)

(Tampa, Fla.)

Partners $240-$525

Associates $170-$335

Choate, Hall & Stewart (167)

(Boston)

Partners $400-$650

Copyright © 2007 The New York Law Pub. Co.

12/6/2004 NLJ 20, (Col. 1)                                               Page 5
12/6/2004 Nat'l L.J. 20, (Col. 1)

  Associates $245-$390

  Cooley Godward (423)

  (Palo Alto, Calif.)

  Partners $375-$700

  Associates $205-$550

  Covington & Burling (495)

  (Washington)

  Partners $390-$690

  Associates $170-$410

  Cozen O'Connor (473)

  (Philadelphia)

  Partners $195-$550

  Associates $125-$448

  Crowell & Moring (275)

  (Washington)

  Partners $350-$595

  Associates $140-$365

  Curtis, Mallet-Prevost, Colt & Mosle (182)

  (New York)

  Partners $360-$650

  Associates $150-$470

DEF

  Davis Wright Tremaine (382)

  (Seattle)

  Partners $240-$610

  Associates $145-$325

  Day, Berry & Howard (240)

Copyright © 2007 The New York Law Pub. Co.

FDIC Ex. 53

(Hartford, Conn.)

Partners $305-$500

Associates $180-$355

Dickinson Wright (200)

(Detroit)

Partners $235-$455

Associates $150-$225

Dickstein Shapiro Morin & Oshinsky (318)

(Washington)

Partners $350-$625

Associates $195-$375

Dinsmore & Shohl (244)

(Cincinnati)

Partners $210-$390

Associates $125-$230

Drinker Biddle & Reath (458)

(Philadelphia)

Partners $305-$550

Associates $150-$325

Duane Morris (525)

(Philadelphia)

Partners $220-$605

Associates $185-$380

Dykema Gossett (345)

(Detroit)

Partners $215-$500

Associates $155-$255

Copyright © 2007 The New York Law Pub. Co.

FDIC Ex. 53

12/6/2004 NLJ 20, (Col. 1)                                                                 Page 7
12/6/2004 Nat'l L.J. 20, (Col. 1)

Edwards & Angell (347)

(Boston)

Partners $275-$600

Associates $115-$350

Epstein Becker & Green (372)

(New York)

Partners $265-$550

Associates $140-$385

Fowler White Boggs Banker (196)

(Tampa, Fla.)

Partners $175-$395

Associates $125-$235

Frost Brown Todd (362)

(Cincinnati)

Partners $190-$395

Associates $130-$250

GHI

Gardere Wynne Sewell (290)

(Dallas)

Partners $300-$600

Associates $165-$360

Gibbons, Del Deo, Dolan, Griffinger & Vecchione (170) (Newark, N.J.)

Partners $270-$660

Associates $160-$340

Gordon & Rees (217)

(San Francisco)

Copyright © 2007 The New York Law Pub. Co.

FDIC Ex. 53

Partners $155-$500

Associates $130-$375

Gray Cary Ware & Freidenrich (371)

(San Diego)

Partners $310-$695

Associates $215-$495

Greenberg Traurig (1,284)

(Miami)

Partners $235-$750

Associates $140-$450

Greenebaum Doll & McDonald (182)

(Louisville, Ky.)

Partners $220-$400

Associates $130-$210

Harris Beach (186)

(Rochester, N.Y.)

Partners $250-$350

Associates $135-$225

Haynes and Boone (450)

(Dallas)

Partners $300-$700

Associates $175-$375

Hodgson Russ (195)

(Buffalo, N.Y.)

Partners $215-$500

Associates $125-$350

Hogan & Hartson (996)

Copyright © 2007 The New York Law Pub. Co.

FDIC Ex. 53

12/6/2004 NLJ 20, (Col. 1)                                                        Page 9
12/6/2004 Nat'l L.J. 20, (Col. 1)

(Washington)

Partners $230-$725

Associates $125-$405

Holland & Knight (1,159)

(New York)

Partners $230-$665

Associates $155-$395

Holme Roberts & Owen (213)

(Denver)

Partners $250-$550

Associates $160-$335

Hughes & Luce (151)

(Dallas)

Partners $260-$550

Associates $165-$265

Husch & Eppenberger (319)

(St. Louis)

Partners $180-$350

Associates $115-$195

JKL

Jackson Kelly (167)

(Charleston, W.Va.)

Partners $175-$360

Associates $100-$250

Jackson Lewis (370)

(White Plains, N.Y.)

Partners $250-$500

Copyright © 2007 The New York Law Pub. Co.

FDIC Ex. 53

12/6/2004 NLJ 20, (Col. 1)                                                    Page 10
12/6/2004 Nat'l L.J. 20, (Col. 1)

Associates $160-$380

Jenkens & Gilchrist (459)

(Dallas)

Partners $295-$765

Associates $180-$430

Jenner & Block (433)

(Chicago)

Partners $385-$700

Associates $195-$365

Jones, Walker, Waechter, Poitevent, Carrère & Denègre (211)

(New Orleans)

Partners $180-$425

Associates $125-$220

Kelley Drye & Warren (317)

(New York)

Partners $325-$700

Associates $185-$425

Kramer Levin Naftalis & Frankel (306)

(New York)

Partners $490-$750

Associates $260-$490

Lane Powell Spears Lubersky (172)

(Seattle)

Partners $240-$415

Associates $190-$280

Lewis, Rice & Fingersh (174)

Copyright © 2007 The New York Law Pub. Co.

FDIC Ex. 53

(St. Louis)

Partners $205-$385

Associates $135-$285

Littler Mendelson (427)

(San Francisco)

Partners $200-$525

Associates $155-$425

Locke Liddell & Sapp (370)

(Houston)

Partners $320-$675

Associates $150-$350

Loeb & Loeb (197)

(Los Angeles)

Partners $350-$725

Associates $185-$375

Lowenstein Sandler (218)

(Roseland, N.J.)

Partners $300-$575

Associates $160-$395

Luce, Forward, Hamilton & Scripps (160)

(San Diego)

Partners $325-$550

Associates $170-$350

MNO

Manatt, Phelps & Phillips (310)

(Los Angeles)

Partners $420-$675

Copyright © 2007 The New York Law Pub. Co.

FDIC Ex. 53

12/6/2004 NLJ 20, (Col. 1)                                          Page 12

12/6/2004 Nat'l L.J. 20, (Col. 1)

Associates $225-$425

Marshall, Dennehey, Warner, Coleman & Goggin (343)

(Philadelphia)

Partners $135-$250

Associates $125-$220

McCarter & English (348)

(Newark, N.J.)

Partners $270-$535

Associates $175-$300

McGuireWoods (684)

(Richmond, Va.)

Partners $240-$650

Associates $150-$365

Michael Best & Friedrich (322)

(Milwaukee)

Partners $185-$425

Associates $165-$275

Miller & Martin (167)

(Chattanooga, Tenn.)

Partners $200-$375

Associates $140-$260

Miller, Canfield, Paddock and Stone (366)

(Detroit)

Partners $240-$510

Associates $160-$265

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo (383)

Copyright © 2007 The New York Law Pub. Co.

12/6/2004 NLJ 20, (Col. 1)                                                    Page 13
12/6/2004 Nat'l L.J. 20, (Col. 1)

(Boston)

Partners $395-$620

Associates $175-$425

Montgomery, McCracken, Walker & Rhoads (140)

(Philadelphia)

Partners $260-$495

Associates $180-$275

Morris, Manning & Martin (160)

(Atlanta)

Partners $250-$465

Associates $125-$325

Nelson Mullins Riley & Scarborough (359)

(Columbia, S.C.)

Partners $190-$475

Associates $150-$265

Nexsen Pruet (176)

(Columbia, S.C.)

Partners $190-$300

Associates $120-$190

PQR

Parker Poe Adams & Bernstein (164)

(Charlotte, N.C.)

Partners $155-$400

Associates $120-$225

Patton Boggs (382)

(Washington)

Partners $245-$790

Copyright © 2007 The New York Law Pub. Co.

FDIC Ex. 53

12/6/2004 NLJ 20, (Col. 1)  Page 14
12/6/2004 Nat'l L.J. 20, (Col. 1)

Associates $165-$335

Pepper Hamilton (430)

(Philadelphia)

Partners $275-$595

Associates $155-$355

Perkins Coie (616)

(Seattle)

Partners $185-$495

Associates $125-$350

Phelps Dunbar (253)

(New Orleans)

Partners $150-$350

Associates $125-$175

Phillips Lytle (151)

(Buffalo, N.Y.)

Partners $210-$385

Associates $105-$290

Piper Rudnick (980)

(Chicago)

Partners $320-$800

Associates $195-$430

Pitney Hardin (185)

(Florham Park, N.J.)

Partners $300-$550

Associates $170-$315

Polsinelli Shalton Welte Suelthaus (200)

Copyright © 2007 The New York Law Pub. Co.

FDIC Ex. 53

12/6/2004 NLJ 20, (Col. 1)                                                                 Page 15
12/6/2004 Nat'l L.J. 20, (Col. 1)

(Kansas City, Mo.)

Partners $200-$400

Associates $125-$225

Powell Goldstein (291)

(Atlanta)

Partners $265-$500

Associates $165-$330

Preston Gates & Ellis (432)

(Seattle)

Partners $190-$575

Associates $135-$410

Quarles & Brady (396)

(Milwaukee)

Partners $235-$500

Associates $175-$285

Reed Smith (978)

(Pittsburgh)

Partners $260-$875

Associates $150-$586

Robinson & Cole (227)

(Hartford, Conn.)

Partners $280-$500

Associates $160-$400

Roetzel & Andress (194)

(Akron, Ohio)

Partners $175-$375

Associates $135-$215

Copyright © 2007 The New York Law Pub. Co.

FDIC Ex. 53

12/6/2004 NLJ 20, (Col. 1)                                              Page 16
12/6/2004 Nat'l L.J. 20, (Col. 1)

Rutan & Tucker (136)

(Costa Mesa, Calif.)

Partners $290-$450

Associates $180-$275

STU

Saul Ewing (237)

(Philadelphia)

Partners $275-$525

Associates $155-$280

Schulte Roth & Zabel (366)

(New York)

Partners $500-$725

Associates $200-$495

Sedgwick, Detert, Moran & Arnold (326)

(San Francisco)

Partners $345-$425

Associates $120-$345

Shaw Pittman (335)

(Washington)

Partners $360-$685

Associates $195-$535

Sheppard, Mullin, Richter & Hampton (410)

(Los Angeles)

Partners $365-$595

Associates $220-$360

Shook, Hardy & Bacon (539)

Copyright © 2007 The New York Law Pub. Co.

FDIC Ex. 53

12/6/2004 NLJ 20, (Col. 1)                                                                                      Page 17
12/6/2004 Nat'l L.J. 20, (Col. 1)

(Kansas City, Mo.)

Partners $240-$658

Associates $162-$295

Shughart Thomson & Kilroy (186)

(Kansas City, Mo.)

Partners $195-$395

Associates $150-$205

Shumaker, Loop & Kendrick (159)

(Toledo, Ohio)

Partners $220-$425

Associates $150-$265

Smith, Gambrell & Russell (174)

(Atlanta)

Partners $250-$495

Associates $150-$320

Steel Hector & Davis (194)

(Miami)

Partners $220-$760

Associates $100-$305

Stinson Morrison Hecker (325)

(Kansas City, Mo.)

Partners $225-$415

Associates $135-$235

Stoel Rives (353)

(Portland, Ore.)

Partners $240-$465

Copyright © 2007 The New York Law Pub. Co.

FDIC Ex. 53

12/6/2004 NLJ 20, (Col. 1) Page 18
12/6/2004 Nat'l L.J. 20, (Col. 1)

Associates $150-$300

Stradley Ronon Stevens & Young (129)

(Philadelphia)

Partners $265-$550

Associates $145-$275

Strasburger & Price (197)

(Dallas)

Partners $215-$525

Associates $160-$325

Sutherland Asbill & Brennan (414)

(Atlanta)

Partners $360-$675

Associates $195-$385

Swidler Berlin Shereff Friedman (239)

(Washington)

Partners $375-$650

Associates $195-$425

Thelen Reid & Priest (411)

(San Francisco)

Partners $350-$650

Associates $175-$425

Thompson & Knight (364)

(Dallas)

Partners $275-$525

Associates $160-$285

Thompson Coburn (291)

(St. Louis)

Copyright © 2007 The New York Law Pub. Co.

FDIC Ex. 53

12/6/2004 NLJ 20, (Col. 1)                                          Page 19
12/6/2004 Nat'l L.J. 20, (Col. 1)

Partners $220-$425

Associates $140-$245

Thompson Hine (352) (Cleveland)

Partners $265-$565

Associates $140-$325

VWXYZ

Vedder, Price, Kaufman & Kammholz (215)

(Chicago)

Partners $295-$525

Associates $175-$375

Venable (435) (Washington)

Partners $285-$810

Associates $195-$330

Wiggin and Dana (155)

(New Haven, Conn.)

Partners $250-$465

Associates $165-$340

Wiley Rein & Fielding (246)

(Washington)

Partners $325-$625

Associates $190-$325

Williams Mullen (244)

(Richmond, Va.)

Partners $180-$550

Associates $135-$264

Winstead Sechrest & Minick (311)

Copyright © 2007 The New York Law Pub. Co.

FDIC Ex. 53

12/6/2004 NLJ 20, (Col. 1)                                                               Page 20

12/6/2004 Nat'l L.J. 20, (Col. 1)

(Dallas)

Partners $250-$595

Associates $150-$325

Womble Carlyle Sandridge & Rice (469)

(Winston-Salem, N.C.)

Partners $205-$550

Associates $125-$295

Wyatt, Tarrant & Combs (196)

(Louisville, Ky.)

Partners $175-$330

Associates $115-$215

12/6/2004 NLJ 20, (Col. 1)

END OF DOCUMENT

Copyright © 2007 The New York Law Pub. Co.

FDIC Ex. 53