# WILLNER U'REN & HOOTON, LLP

**ATTORNEYS**
Don S. Willner*
Matthew U'Ren*
Donald M. Hooton
Constance Wold
*Licensed in Oregon and Washington

ATTORNEYS AT LAW
SUITE 303
111 S.W. NAITO PARKWAY
PORTLAND, OREGON 97204-3500
TELEPHONE (503) 228-4000
FAX (503) 228-4261

**PARALEGAL**
Leslie Martinez-Muñoz

**STAFF**
Misty Plock
Gloria Flores
Sarah Waltemath
Krystle McKinnon

*Se habla español*

August 12, 2002

**Via Facsimile Only**
Ernest Fleischer
816.983.8080

Re:   *IRS v. FDIC*

Dear Ernie:

I am enclosing my retainer agreement with Bob Suess and my retainer with another plaintiff (the other plaintiffs' agreements are identical). The fees have since been raised to $125 for partners and $100 for associates. The other plaintiffs have since revoked the delegation of management authority to Bob.

I am also enclosing my exchange of letters with Jerry Stouck, which constitutes his contract, the IRS complaint, and my recent letter to the three FDIC attorneys. After inviting me to meet, they changed their mind (I assume until after the Board meeting).

As we discussed, I am preparing a Motion to Intervene, and to change venue to Oregon. The intervention motion requires the tender of my proposed answer. I request that you assist with the proposed answer. Depending upon what Judge Sullivan and the FIDC do, I may want much more of your time, but at this stage, because of our money problems, let's do this one step at a time.

I assume you need to consult your partners, and I need to consult my clients. Could you send me, ASAP, some biographical material, specifically relating to your knowledge of the savings and loan industry, FFA, and tax law generally?

Sincerely yours,

WILLNER U'REN & HOOTON, LLP

Don S. Willner (s/w)

DSW:sw
encl:  7

DW000000403

FDIC Ex. 56