### ERNEST M. FLEISCHER

**Degrees received:**   1954, From Washington University
   Bachelor of Arts (with areas of concentration in political science and economics)
   Bachelor of Business Administration (with area of concentration in accounting)
   Master of Business Administration (with area of concentration in finance)

   1959, From Harvard Law School
   Juris Doctor *magna cum laude* (with area of concentration in taxation)

**Designation:**   1977, From Missouri State Board of Accountancy
   Certified Public Accountant

Tax lawyer since 1959.

Listed in The Best Lawyers in America (since 2003).

Of Counsel, Blackwell Sanders Peper Martin LLP (Billing rate: $390 per hour)

Legal research concerning (1) requirement of total tax payment as requirement for refund litigation; (2) right to contest merits of tax assessment as part of tax collection litigation; (3) tax consequences of acquisition of a stock thrift by a mutual thrift; (4) effect of mitigation provisions to statutory limitations on tax assessments; (5) application of duty of consistency where position change is caused by intervening judicial decision; (6) goodwill as depreciable asset; (7) tax consequences from sale of goodwill; (8) abandonment loss for unsold goodwill; (9) requirements for cash received to be a loan for tax purposes; (10) constitutional authority to tax a loan as income; (11) tax recognition of transaction substance if form of transaction differs from its substance; (12) accrual method requirement for thrifts; and (13) applicability of tax penalties to seized entities: 90 Hours

Review of tax returns, financial reports and regulatory filings from 1982 through 2002: 30 Hours

Preparation and revisions of memoranda and letters concerning tax, interest and penalty deficiency claims and participation in discussing the merits and results of varying scenarios; structuring, reviewing and discussing varying schedules of potential tax deficiency based on success on each or a combination of each of the issues in contention: 50 Hours

Travel to and from and attendance at meetings in Washington, D.C.: 70 Hours

Total estimated hours: 240 Hours times $390 per hour, which equals $93,600.

Total estimated costs of travel to and from Washington, D.C.: $2200.