| | |
|---|---|
| TO: | RICHARD GILL, FDIC |
| FACSIMILE NUMBER: | 703-562-2497 |
| FROM: | ERNEST M. FLEISCHER |
| FACSIMILE NUMBER: | 913-831-4034 |
| DATE: | MAY 18, 2006 |
| RE: | SERVICES RENDERED TO BENJ. FRANKLIN FEDERAL SAVINGS & LOAN ASSOCIATION ("Benj") |
| NUMBER OF PAGES: | 11 (Including this page) |

Pursuant to your telephone message yesterday, I am sending to you a copy of the two page facsimile message that I had sent on March 3, 2006 and the eight page listing of my time and a detail of the services rendered from July 2, 2002 through July 14, 2005.

| | |
|---|---|
| TO: | RICHARD GILL, FDIC |
| FACSIMILE NUMBER: | 703-562-2497 |
| FROM: | ERNEST M. FLEISCHER |
| FACSIMILE NUMBER: | 913-831-4034 |
| DATE: | MARCH 3 2006 |
| RE: | SERVICES RENDERED TO BENJ. FRANKLIN FEDERAL SAVINGS & LOAN ASSOCIATION ("Benj") |
| NUMBER OF PAGES: | 2 (Including this page) |

During 2002 I was called by Don S. Willner ("Don") to solicit my assistance in a tax controversy between Benj, which was in receivership, and the Internal Revenue Service ("IRS"). Don explained to me that, on behalf of the Benj shareholders, he was pursuing claims against the United States of America for breach of contract. He further stated that (i) the Federal Deposit Insurance Corporation ("FDIC") had accumulated a large amount of money in the Benj receivership account but that all of those funds were claimed by the IRS for taxes allegedly owing, (ii) none of the funds held for Benj in the receivership account could be used currently for legal expenses, (iii) some Benj shareholders had partially funded the breach of contract litigation but that litigation was being conducted primarily on a contingent fee basis, and (iv) he was seeking tax counsel to assist him with the IRS who was willing to work on a contingent fee basis. Don explained the nature of the IRS claim to me. It involved an area of tax law with which I was very familiar. I believed that Benj had an excellent chance of prevailing. I therefore agreed to perform services for which payment would be received only if Benj prevailed in the controversy with the IRS. My arrangement with Don was an oral agreement that he would use his best efforts to see that I would be compensated fairly should Benj prevail.

I am, and since 1992 have been, of counsel to the Blackwell Sanders Peper Martin LLP law firm ("Blackwell"). In addition to assisting clients in tax planning and IRS examinations, I also assist that firm's litigators in matters involving tax law. Currently I am working with the firm's litigators in two controversies on which the firm has been retained on an hourly fee basis. Services which I render are billed to the clients monthly along with the charges of the other lawyers involved in the case. I receive my compensation the month following receipt of the fees by the firm. One of the cases, which began in 1993 and is currently awaiting decision by the Federal Circuit, was accepted at my recommendation by the firm on the basis that the firm would receive a fee only if the client recovered tax and interest previously paid, *i.e.*, a contingent fee case. If that litigation is successfully concluded, I will participate in the firm's contingent fee. The fee arrangement in that case differs from the fee arrangement involving the Benj tax matter only in that the fee agreement with the client in that case provides for the firm to receive 40% of any recovery. Don had

explained to me that no such arrangement was possible in the Benj tax matter. Instead, a "fair" contingent fee amount would be determined by a Federal judge.

The hourly rates reflected in my statement to the FDIC as the receiver for Benj are the hourly rates for my time charged by the Blackwell firm in each of the years that I rendered services on behalf of Benj.

Please do not hesitate to call me should additional information be needed. I can be reached at my Blackwell office (816-520-4340), at my home (913-831-4454) or by cellular (816-520-4340).

Under penalties of perjury, I declare that statements made herein are to the best of my knowledge and belief true, correct and complete.

_____
ERNEST M. FLEISCHER

2002

| Date | Hours | Description |
|---|---|---|
| 07-02-02 | .8 | Call from JRS and DSW re BF tax case |
| 07-03-02 | .5 | Call from JRS and DSW re BF tax case |
| 08-09-02 | .3 | Call from DSW re BF tax matter |
| 08-14-02 | 2.6 | Review of letter from DSW and call from DSW re BF tax matter; related research |
| 08-16-02 | .6 | Call from DSW re BF tax matter |
| 08-21-02 | 1.4 | Conference call with DSW and DC attys re tax case |
| 08-23-02 | .1 | Call to DSW re BF tax matter |
| 08-26-02 | .4 | Call with DSW re BF tax matter |
| 08-28-02 | .5 | Call with JRS re BF tax matter |
| 09-05-02 | 2.2 | Call with DSW re BF tax matter; preparation of memo re same |
| 09-06-02 | .3 | Call with DSW re BF tax matter |
| 09-10-02 | 1.4 | Draft letter to DSW re BF tax matter |
| 09-12-02 | .5 | Calls with DSW re Answer to IRS complaint |
| 09-13-02 | .1 | Call from DSW re motion documents |
| 09-17-02 | 3.0 | Call from DSW re BF tax matter and review of attachments |
| 09-22-02 | 4.6 | Partial preliminary review of materials received from DSW |
| 09-23-02 | 5.8 | Final preliminary review of materials received from DSW |
| 10-14-02 | .7 | Conf call with DSW and others re BF tax matters |
| 10-21-02 | .8 | Conf call with DSW and Scheiffer |
| 10-23-02 | 3.2 | Review and analysis of BF's 1985-1995 tax return summaries prepared by RC; calls from DSW re BF tax matter |
| 10-25-02 | 2.6 | Analysis of RC's spreadsheet; conf call with DSW, RS and RC |
| 10-28-02 | 1.3 | Call to DSW and conf call re BF tax matter |
| 10-30-02 | .2 | Call with DSW re BF tax matter |
| 11-01-02 | .2 | Call from DSW re BF tax matter |
| 11-04-02 | .6 | Conf call with RS and others re BF tax matter |
| 11-08-02 | 7.3 | Review and analysis of RC's spreadsheet comparing various tax positions; call from DSW re BF tax matter; related research |
| 11-09-02 | .3 | Call from DSW re research sent by facsimile |
| 11-12-02 | 2.3 | Review of RC's revised spreadsheet; conf call with RS and others re BF tax matter |
| 11-18-02 | 11.3 | Travel from Phoenix, Az. to Washington, D.C.; meeting with tax group in D.C. to prepare for meeting with FDIC and IRS |
| 11-19-02 | 12.6 | Prepare for and meet with tax group, FDIC and IRS; return to Phoenix from D.C.; Conf with DSW and RS re BF tax matter |
| 11-20-02 | .2 | Call to DSW re BF tax matter |

| Date | Hours | Description |
|---|---|---|
| 11-22-02 | 2.4 | Review and analysis of RC's notes of meeting with FDIC |
| 11-29-02 | .8 | Call from DSW re BF tax matter |
| 11-30-02 | 6.5 | Work on Supplemental Shareholder Statement |
| 12-01-02 | 4.6 | Work on Supplemental Sharcholder Statement |
| 12-02-02 | 2.1 | Work on Supplemental Shareholder Statement |
| 12-03-02 | 1.3 | Review of RS's edits to SSS |
| 12-04-02 | 3.4 | Review of RC's revised and supplemented spreadsheets; analysis of comments on SSS by MM; call from DSW re SSS |
| 12-05-02 | 1.3 | Review of RS's email re supervisory goodwill; calls with RS and DSW re SSS; analysis of additional suggestions from MM |
| 12-09-02 | 2.3 | Review of RC's tax calculation spreadsheets |
| 12-11-02 | 2.1 | Analysis of errors in RC's spreadsheet and MM's revisions and emails to MM and tax group and review of emails from tax group re same |
| 12-12-02 | 3.2 | Review of MM's changes in spreadsheet calculations and letter from DSW |
| 12-13-02 | .1 | Review of email from RS |
| 12-14-02 | 6.4 | Review of BF mid 1980 tax returns sent by MM |
| 12-20-02 | .2 | Review of MM memo of conversations with DOJ atty |
| 12-31-02 | .4 | Call from DSW and review of email from DSW re BF tax matter |

2002 TOTAL   105.8

2003

| Date | Hours | Description |
|---|---|---|
| 01-09-03 | .1 | Review of MM draft letter to Catherine Topping |
| 01-14-03 | .1 | Review of DSW email re BF tax matters |
| 01-17-03 | 1.0 | Preparation for and participation in conference call re BF tax matters |
| 01-21-03 | .1 | Call from DSW re BF tax matters |
| 01-28-03 | 2.3 | Review and analysis of MM memo re settlement |
| 01-29-03 | 1.2 | Review of DSW email and attached letter; prepare memo to DSW; review RS email; all re BF tax matters |
| 01-31-03 | .1 | Review of DSW email re BF tax matters |
| 02-04-03 | 5.3 | Review of RC's revised spreadsheets and RS email re BF matters |
| 03-04-03 | 2.2 | Review of MM's FFA memo and comments thereon; review of email from RS |
| 03-06-03 | .1 | Review of DSW and RS emails |
| 03-07-03 | 2.8 | Drafting changes to FFA memo; emails re same |
| 03-11-03 | .5 | Review of DSW email and attached draft letter; conf call with MM and DSW re BF tax matters |
| 03-12-03 | .8 | Preparation for and participation in tax conf call |
| 03-13-03 | 1.3 | Review of DSW email and attached letters; review of RS email and prior submissions; call from DSW |
| 03-17-03 | 3.1 | Review of MM's email and attachment; call to MM re same; prepare for and participate in conf call re BF matters |
| 03-25-03 | .4 | Prepare for and participate in conf call re BF matters |
| 03-29-03 | 2.8 | Review of MM's memo re statute of limitations; conf call with DSW and draft additions to memo by email to MM |
| 03-30-03 | .1 | Review of MM email |
| 03-31-03 | .1 | Review of RS emails |
| 04-14-03 | 1.1 | Review of RS email and attachment |
| 04-15-03 | 2.6 | Review of MM email and attached spreadsheet |
| 04-16-03 | 1.7 | Analysis of proposed spreadsheets; email to tax group concerning settlement theories |
| 04-22-03 | 2.1 | Analysis of settlement issues, emails to tax group concerning same |
| 04-29-03 | 4.6 | Review and analysis of spreadsheets and corrected spreadsheets from MM; call to MM re same. |
| 04-30-03 | .2 | Call from DSW re BF tax matters |
| 06-17-03 | .2 | Call from DSW re BF tax matters |
| 08-01-03 | .4 | Participate in tax group conf call |

| Date | Hours | Description |
|---|---|---|
| 08-08-03 | .1 | Review RS email re BF tax matters |
| 08-11-03 | .3 | Participate in tax group conf call |
| 08-21-03 | 1.3 | Review of RS and MM emails and attachments re BF tax matters |
| 09-08-03 | .3 | Review Home Savings decision and consider its application to BF case |
| 09-09-03 | 1.6 | Review Home Savings post-trial briefs and participate in conf call re application to BF case |
| 09-10-03 | .2 | Call from DSW re BF tax matters |
| 09-11-03 | .5 | Review of RS email and attachment; emails to/from tax group re Home Savings case |
| 09-15-03 | .2 | Review of RS email and response thereto |
| 09-17-03 | .2 | Review of MM draft letter to Catherine Topping |
| 11-19-03 | .5 | Review of RS email and attachments |
| 12-20-03 | 1.8 | Review of DOJ letter and preliminary review of attached spreadsheets |
| 12-22-03 | 3.0 | Review of spreadsheets from DOJ |
| 12-23-03 | 3.2 | Prepare for and participate in telephone conference with tax group |
| 2003 TOTAL | 50.5 | |

2004

| Date | Hours | Description |
|---|---|---|
| 01-05-04 | .2 | Review of MM email re IRS #11 |
| 01-13-04 | .3 | Call from DSW re BF tax matters |
| 02-04-04 | .2 | Review of RS email and email to RS re Bailey case |
| 02-11-04 | .3 | Review of RS email and attachments thereto |
| 02-13-04 | .1 | Review of RS email |
| 02-18-04 | .2 | Review of RS emails and email to RS |
| 02-20-04 | 2.8 | Review of material received by FedX from RS; call from DSW re BF tax matters |
| 02-22-04 | .3 | Call with DSW re BF tax matters |
| 03-01-04 | 2.4 | Review of RS email and attachments |
| 03-02-04 | .2 | Review of RS and DSW emails |
| 03-03-04 | .1 | Review of RS email and response thereto |
| 03-08-04 | .1 | Review of RS email and message from DSW |
| 03-12-04 | .2 | Review of DSW emails, attachments and responses thereto; review of MM email |
| 03-16-04 | .1 | Review of emails from TB and RS |
| 03-18-04 | 2.6 | Review of RS emails and attachments thereto |
| 04-01-04 | 2.2 | Call to RS and review of RS emails; review of draft letter to Darmstater; call to MM |
| 04-02-04 | .1 | Review of RS email |
| 04-08-04 | .1 | Review of RS email and respons-e thereto |
| 04-13-04 | .2 | Review of RS and MM emails |
| 04-14-04 | .1 | Review of DSW letter |
| 04-20-04 | .1 | Review of DSW and RS emails |
| 04-20-04 | .1 | Review of DSW email |
| 04-26-04 | .1 | Review of DSW letter |
| 04-27-04 | .3 | Call with RS and review of DSW email |
| 05-03-04 | .2 | Review of DSW email |
| 05-04-04 | .2 | Review of MM and RS emails and responses thereto |
| 05-06-04 | .2 | Review of DSW emails |
| 05-10-04 | 4.2 | Review of proposed agenda and alternative tax/interest calculations; analysis of MM's email example; sending emails to tax group re same |
| 05-11-04 | 2.4 | Conf with DSW and MM; consider issues for agenda; review of DSW's secretary email |
| 05-13-04 | .2 | Review of DSW's secretary email |
| 05-14-04 | 2.3 | Analysis of MM emails and attached spreadsheets and revisions thereto |

| Date | Hours | Description |
|---|---|---|
| 05-15-04 | .2 | Review of email and attached memo from DSW |
| 05-17-04 | 8.3 | Travel from KC to DC for meeting with tax group and prepare for meeting with government by file review. |
| 05-18-04 | 10.3 | Preparation for and meeting with tax group and government representatives; return to KC from DC |
| 05-20-04 | ? | |
| 05-26-04 | | |
| 05-27-04 | | |
| 05-23-04 | | |
| 06-02-04 | | |
| 06-07-04 | | *Disallow 4.5 hours for dinner* |
| 06-11-04 | | |
| 06-16-04 | | |
| 06-23-04 | | |
| 07-20-04 | | |
| 07-22-04 | | |
| 07-27-04 | 1. | |
| 08-05-04 | | |
| 08-08-04 | | |
| 08-10-04 | .1 | |
| 08-11-04 | .2 | |
| 08-12-04 | 7.2 | attachments; preparation of memo (and related research) on taxing a loan under the 16th Amendment; call from DSW; review of MM email and attachment. |
| 08-13-04 | .2 | Review of emails from RS and DSW's secretary; messages to DSW re BF tax matters |
| 08-17-04 | 4.4 | Travel from Hanover, N.H. to DC for meetings with tax group and government |
| 08-18-04 | 12.5 | Meetings with tax group, dinner conference and phone conferences all re BF tax matters. |
| 08-19-04 | 10.6 | Meetings with FDIC and tax group; conferences with RS and DSW; return to Hanover, N.H. |
| 08-22-04 | .2 | Call to DSW re BF tax matters |

| Date | Hours | Description |
|---|---|---|
| 08-23-04 | 1.2 | Review of RS email re acquisition of stock thrift by mutual thrift; call to Art Leibold re same |
| 08-27-04 | .6 | Review of emails from and call with DSW, review of emails from TB and RS all re BF tax matters. |
| 08-31-04 | 2.2 | Review of emails from DSW's secretary; preparation for and participation in conf call with tax group. |
| 09-01-04 | .1 | Review email from DSW's secretary |
| 09-02-04 | .1 | Review email from DSW's secretary |
| 09-08-04 | .1 | Review email and attachment from DSW's secretary |
| 09-09-04 | .1 | Review email and attachment from DSW's secretary |
| 09-15-04 | .3 | Call from DSW re BF tax matters |
| 10-06-04 | 1.4 | Review of email and attachments from RS; drafting suggested changes to letter |
| 11-04-04 | .2 | Review of RS email |
| 11-15-04 | .8 | Work with MM re settlement |
| 11-16-04 | 2.4 | Review of RS email and attachments; response thereto |
| 11-17-04 | 1.2 | Review of RS emails and response thereto |
| 11-18-04 | .8 | Review of RS email and attachment; response thereto |
| 11-19-04 | .4 | Review of RS email and attachment |
| 11-22-04 | .4 | Review of RS email and attachment |
| 12-09-04 | .6 | Emails to/from RS and MM re carrybacks and carryforwards |
| **TOTAL 2004** | **93.6** | |

|            |     | 2005 |
|------------|-----|------|
| 06-09-05   | 2.3 | Review of Fairness Hearing Notice; drafting suggested changes and reviewing MM's suggested changes; emails and facsimile to/from RS re same |
| 06-14-05   | 1.1 | Emails from/to Rosemary Stewart re need for reserve for future expenses and use of net operating loss carryback as source of funds |
| 07-12-05   | .2  | Review of RS 7-5 email re tax settlement; email to RS re tax settlement status |
| 07-14-05   | .1  | Review of RS email re tax negotiation settlement status |
| Total 2005 | 3.7 |      |