City-Data.com

# Trout Lake, Washington

Ads by Google

**Trout Lake Hotels**
Need to Find Trout Lake
Hotels? Maps, Reviews & More!
www.AreaGuides.net

**Washington Coast Cottages**
Seabrook Cottages on the WA
Coast
Reserve Your Vacation Home
Today.
www.SeabrookCottageRentals.com

**Washington**
Know Before You Go.
Read Reviews from Real
Travelers.
www.TripAdvisor.com

**Homes Buckley Washington**
Find all Buckley, WA
homes for sale. Maps, MLS &
more.
homegain.com

**Vancouver WA New Homes**
Beautiful Vancouver homes for
sale
in a new community. See one
today!
Taralon.com

**Trout Lake Apartments**
Browse local apartments for rent.
Sort by photos, price, size & more.
www.New-Apartment-Listings.com

[ Find City ]

Back to Trout Lake, WA housing info, Klickitat County, Washington, WA smaller cities, WA small cities, All Cities.

 

Submit pictures of this place
Click here for promotion details and to upload your Trout Lake, Washington photos

Population (year 2000): 494
Males: 244 (49.4%)
Females: 250 (50.6%)

Klickitat County

Median resident age: 42.7 years
Washington median age: 35.3 years

Zip codes: 98650.



Estimated median household income in 2005: $34,600 (it was $35,104 in 2000)
Trout Lake: $34,600
Washington: $49,262

Estimated median house/condo value in 2005: $189,600 (it was $165,300 in 2000)
Trout Lake: $189,600
Washington: $227,700

Trout Lake, WA residents, houses, and apartments details

Add your B&M business listing here for free. Over a million visitors/week. Get a huge advantage over your competition

Races in Trout Lake:
- White Non-Hispanic (92.9%)