# TroutLake.org

| Home | Calendar Of Events | Trout Lake News | Business Directory | Out & About | Groups & Organizations |
| TroutLake.org Store | Mt. Adams Patches | Lucky Planet Photos | Simple Living Books | Customer Service | Contact Us |

A Community Web Site For Trout Lake, Washington & Surrounding Areas

Keywords: [     ] Find    Sign-In    Order Status    Shopping Cart    WishList

## Community Directory

- Join Our E-Mail List
- Calendar Of Events
- Trout Lake News
- Business Directory
- Out & About
- GROUPS & ORGANIZATIONS
- Community Club
- Community Council
- Community Foundation
- Country Bicycle Tour
- Endurance Ride
- Festival Of The Arts
- Garden Exchange
- Horizons Project
- NWSA Mt. Adams Center
- Saturday Market
- Trout Lake Biofuel Co-op
- Trout Lake Fair
- Trout Lake Grange #210
- Trout Lake School
- Wildfire Protection Plan

## TroutLake.org Store

- Simple Living Books
- Mt. Adams Patches
- Lucky Planet Photography
    - Individual Note Cards
    - Note Card Sets
    - Photographic Prints

## Featured Items

### Mt. Adams Set 001



Set of 4, 5.5" x 8.5" Hand Made Photo Note Cards.

Purchase  More Info

~~$19.80~~
$17.95

### Mt. Adams 002

## Business Directory

Key: ⛟ = Simple Listing    ⛰ = Expanded Listing    🌐 = Full Web Site    ★ = Sponsor

Click here to add or update your listing...
Special thanks to all TroutLake.org Sponsors. Their generous contributions make this web site possible.

**Art**
  SBArt 🌐 ★
  Trout Lake Festival of the Arts 🌐 ★

**Attorney**
  Don S Willner & Associates, P.C. ⛟ ★

**Automotive**
  Andy's Valley Service Chevron Station ⛰ ★

**Body, Mind and Soul**
  Carissa's Studio ⛟
  GORGEMASSAGE & Personal Fitness ⛟ ★
  Greenpastures Farm ⛟ ★

**Bookkeeping**
  No Listings At This Time

**Camps**
  Jonah Ministries 🌐 ★

**Chiropractic**
  Dr. Rick Allen, DC, LMT ⛰ 🌐 ★

**Churches**
  First Presbyterian Church ⛰ ★
  Mt. Adams Baptist Church ⛟ ★

**Community Services**
  Trout Lake Community Wildfire Protection Plan 🌐

**Computer Services**
  The Simple Living Network ⛰ 🌐 ★

**Construction**
  C P Ward Construction ⛟ ★
  Foothills Hardwood Floors ⛟ ★
  Little Mountain True Value Hardware ⛟ ★
  Parker Drywall & Construction ⛟
  Terry Schmid Gravel ⛟

**Dairies, Farms & Livestock**
  Fiver Star Farm - Highland Beef 🌐
  Greenpastures Farm ⛟ ★
  Mt. Adams Endurance Ride 🌐 ★

**Education**