APPEAL, CLOSED, CRSAPP

# US Court of Federal Claims
## United States Court of Federal Claims (COFC)
## CIVIL DOCKET FOR CASE #: 1:90-cv-00981-LAS
## Internal Use Only

| | |
|---|---|
| SUESS, et al v. USA | Date Filed: 09/14/1990 |
| Assigned to: Sr. Judge Loren A. Smith | Date Terminated: 06/06/2002 |
| Demand: $181,000,000 | Nature of Suit: 511 Taking - FIRREA |
| Case in other court: 07-05070 | Jurisdiction: 0 |
|                               07-05071 | |
| Cause: 28:1491 Tucker Act | |

**Plaintiff**

ALL PLAINTIFFS          represented by   **Don S. Willner**
Don Willner & Associates
630 Sunnyside Road
Trout Lake, WA 98650
(509) 395-2000
Fax: (509) 395-2939
Email: donswillner@aol.com
*TERMINATED: 12/12/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Matthew Buchanan**
Winston & Strawn LLP
1700 K Street, NW
Washington, DC 20006
(202) 282-5000
Email: tbuchanan@winston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

C. ROBERT SUESS        represented by   **Don S. Willner**
(See above for address)
*TERMINATED: 12/12/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Matthew Buchanan**

FDIC Ex. 62

| 07/31/2002 | 373 | REPLY by USA to response to [364-1] motion for Reconsideration/Rehearing Pursuant to Rule 59 re: [360-1] order, [354-1] order. Service: 7/31/02 (JT) Modified on 08/02/2002 (Entered: 08/02/2002) |
|---|---|---|
| 07/31/2002 | 374 | REPLY by ALL PLAINTIFFS to response to [368-1] motion for Reconsideration of [361-1] judgment order, [360-1] order, [354-1] order. Service: 7/31/02 (JT) (Entered: 08/02/2002) |
| 08/14/2002 | 375 | ORDER, returning private plaintiffs submissions and responsive briefs by Defendant (signed by Sr. Judge Loren A. Smith). Copy to parties. (LTD) (Entered: 08/16/2002) |
| 09/23/2002 | 376 | MOTION by ALL PLAINTIFFS (Service: 9/23/02) to change names of Plaintiff. Response due: 10/10/02. (LTD) (Entered: 09/27/2002) |
| 10/10/2002 | 377 | RESPONSE by USA (Service: 10/10/02) to [376-1] motion to change names of Plaintiff. Reply due: 10/28/02 (HW) (Entered: 10/14/2002) |
| 10/16/2002 | 378 | MOTION by ALL PLAINTIFFS (Service: 10/16/02) for Leave to file affidavit with faxed signature. Response due: 11/4/02 (LTD) (Entered: 10/18/2002) |
| 10/17/2002 | 379 | MOTION by ALL PLAINTIFFS (Service: 10/17/02) for Leave to file original signature page of affidavit of Peter Baker. Response due: 11/4/02. (LTD) (Entered: 10/21/2002) |
| 10/24/2002 | 381 | ORDER granting [378-1] motion for Leave to file affidavit with faxed signature, granting [376-1] motion to change names of Plaintiff; and directing the Clerk to change the name of Foster, Paulsell & Baker, Inc. into two separate plaintiffs, Michael Foster and Peter Baker. ( signed by Sr. Judge Loren A. Smith ) Copy to parties. (DS) (Entered: 11/08/2002) |
| 10/29/2002 | 380 | ORDER oral argument set for 3:30 p.m. on 11/21/02 for [368-1] motion for Reconsideration of [361-1] judgment order, [360-1] order, [354-1] order, and for [364-1] motion for Reconsideration/Rehearing Pursuant to Rule 59 re: [360-1] order, [354-1] order (signed by Sr. Judge Loren A. Smith). Copy to parties. (LTD) (Entered: 10/30/2002) |
| 11/21/2002 | 382 | TRANSCRIPT of proceedings re: 1 volume, at Washington, D.C., for date of November 21, 2002. Notice to parties. (FE) (Entered: 11/22/2002) |
| 11/21/2002 | | Oral Argument re: [368-1] motion for Reconsideration of [361-1] judgment order, [360-1] order, [354-1] order by ALL PLAINTIFFS, [364-1] motion for Reconsideration/Rehearing Pursuant to Rule 59 re: [360-1] order, [354-1] order by USA (DS) (Entered: 12/12/2002) |
| 12/03/2002 | 383 | PUBLISHED DECISION denying [368-1] motion for Reconsideration of [361-1] judgment order, [360-1] order, [354-1] order Joint Status Report due 3/28/03 (signed by Sr. Judge Loren A. Smith). Copy to parties. (LTD) (Entered: 12/04/2002) |
| 12/16/2002 | 384 | NOTICE of filing of documents submitted at the time of the court hearing on 11/21/02 and additional authority by ALL PLAINTIFFS. Service: 12/4/02. Filed by leave of the Judge. (LTD) (Entered: 12/18/2002) |