## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WINSTON & STRAWN LLP, | ) |
| and | ) |
| DON S. WILLNER & ASSOCIATES, P.C. | ) |
| and | ) |
| BLACKWELL SANDERS PEPER MARTIN and ERNEST M. FLEISCHER | ) Civil Case No. 06-01120 (EGS) |
| Consolidated Plaintiffs, | ) [Consolidated with No. 06-01227 (EGS) and No. 06-01273 (EGS)] |
| v. | ) |
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR THE BENJ. FRANKLIN FS&LA, PORTLAND, OREGON | ) |
| Defendant. | ) |

### DECLARATION OF ABE SIEMENS

I, Abe Siemens, being over the age of 21 and competent to testify in this case, hereby declare:

1. I own 346,000 shares of the former Benj. Franklin FS&LA.

2. I followed the progress of the discussions that led to the settlement of *United States v. FDIC*, Case No. 1:02CV01427 ("Tax Case"). As part of the settlement of the Tax Case, the FDIC agreed to pay reasonable fees and expenses to the shareholders' representatives who participated in the discussions, which the FDIC estimated at between $1 million to $2 million. The Court and the shareholders approved the settlement.

1

FDIC Ex. 64

3. The FDIC paid the shareholders' representatives various amounts from the receivership surplus. Several firms sued the FDIC for additional fees. I supported Winston & Strawn's request for the reasons stated in my declaration executed June 14, 2006, which is part of the record in this case. Winston & Strawn's request has been resolved. But I object to the request by Don S. Willner & Associates for additional fees of $958,076.10 and the request by Ernest M. Fleischer and Blackwell Sanders for additional fees of $1.3 million.

4. Based on my knowledge of the settlement discussions, the requests by Mr. Willner and Mr. Fleischer and Blackwell Sanders are unjustified.

5. I believe that the amounts paid by the FDIC to Mr. Willner and Mr. Fleischer were reasonable. The additional fees sought by Mr. Willner and Mr. Fleischer total nearly $2.2 million, which exceeds the range of $1 million to $2 million for total fees and expenses approved by the shareholders and the Court.

6. I discussed the fee dispute with Bob Suess and Gary Hindes, who own or represent a majority of outstanding shares of Benj. Franklin, as well as other shareholders. Everyone I have spoken with opposes the request for additional fees filed by Mr. Willner and Mr. Fleischer.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 7 - 0 8, 2008.

_____
Abe Siemens

FDIC Ex. 64