Winston Strawn LLP * 2/4
DELTEC            Fax 12122301412            Jul 21 2008 10:44am P002/004

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WINSTON & STRAWN LLP, </br></br>and</br></br>DON S. WILLNER & ASSOCIATES, P.C.</br></br>and</br></br>BLACKWELL SANDERS PEPER MARTIN</br>and</br>ERNEST M. FLEISCHER</br></br>    Consolidated Plaintiffs,</br></br>v.</br></br>FEDERAL DEPOSIT INSURANCE</br>CORPORATION, AS RECEIVER FOR</br>THE BENJ. FRANKLIN FS&LA,</br>PORTLAND, OREGON</br></br>    Defendant. | Civil Case No. 06-01120 (EGS)</br></br>[Consolidated with No. 06-01227</br>(EGS) and No. 06-01273 (EGS)] |

DECLARATION OF GARY E. HINDES

I, Gary E. Hindes, being over the age of 21 and competent to testify in this case, hereby declare:

1. I manage various investment funds which we believe constitute the largest shareholder of the former Benj. Franklin FS&LA.

2. Because of my involvement with the funds that constitute the largest shareholder of the Benj. Franklin, I took an active interest in the discussions that resulted in the settlement of *United States v. FDIC*, Case No. 1:02CV01427 ("Tax Case"). As part of the settlement of the Tax Case, the FDIC agreed to pay reasonable fees and expenses to the

1

FDIC Ex. 65

Winston Strawn LLP * 3/4
DELTEC                 Fax 12122301412           Jul 21 2008 10:44am  P003/004

shareholders' representatives who participated in the discussions, which the FDIC estimated at between $1 million to $2 million. The Court and the shareholders approved the settlement.

3. The FDIC paid the shareholders' representatives various amounts from the receivership surplus. Several firms sued the FDIC for additional fees. I supported Winston & Strawn's request for the reasons stated in my declaration executed March 20, 2006, which is part of the record in this case. Winston & Strawn's request has been resolved. But I object to the request by Don S. Willner & Associates for additional fees of $958,076.10 and the request by Ernest M. Fleischer and Blackwell Sanders for additional fees of $1.3 million.

4. Based on my knowledge of the settlement discussions, the requests by Mr. Willner and Mr. Fleischer and Blackwell Sanders are unjustified.

5. I believe that the amounts paid by the FDIC to Mr. Willner and Mr. Fleischer were reasonable.

6. In the notice to shareholders leading to the settlement of the Tax Case, the FDIC estimated that it would pay between $1 million and $2 million as reasonable fees to the shareholders' representatives. Mr. Willner and Mr. Fleischer seek over $2.2 million in additional fees, which far exceeds what the shareholders and Court approved.

7. I have discussed this case with several other shareholders, including Bob Suess and Abe Siemens, two other major shareholders. Not one shareholder I have discussed the case with supports the request for additional fees filed by Mr. Willner and Mr. Fleischer.

2

FDIC Ex. 65

Winston Strawn LLP * 4/4
DELTEC                Fax 12122301412         Jul 21 2008 10:45am P004/004

I declare under penalty of perjury that the foregoing is true and correct. Executed on 7/21, 2008.

_____
Gary E. Hindes

**FDIC Ex. 65**