# WINSTON & STRAWN

| | |
|---|---|
| C. Robert Suess | Invoice No.   1754332 |
| | Invoice Date   04/23/03 |
| | Page No.   2 |

**00001 Benjamin Franklin**

---

| Date | Attorney/Other Prof | Hours | Description |
|---|---|---|---|
| 03/03/03 | M. Moetell | 7.00 | Draft, revise and send memorandum on FFA |
| 03/05/03 | T. Buchanan | 0.75 | **Send letter to client** |
| 03/06/03 | T. Buchanan | 0.50 | Review memorandum |
| 03/06/03 | M. Moetell | 2.00 | Review and discuss tax issues other than FFA and strategy issues vis-a-vis FDIC with E. Fleischer |
| 03/10/03 | M. Moetell | 2.00 | Review and consider comments from E. Fleischer, R. Stewart on FFA memorandum |
| 03/11/03 | T. Buchanan | 0.50 | Telephone call to client |
| 03/11/03 | M. Moetell | 4.00 | Review comments on FFA memorandum; conference with E. Fleischer and D. Willner; prepare revised memorandum |
| 03/11/03 | J. Eggert | 4.10 | Research re effect of NOL carrybacks on accrual of interest |
| 03/12/03 | J. Frishman | 0.25 | Attorney conference with M. Moetell and T. Buchanan re draft memorandum re IRS claim for FIRREA taxation |
| 03/12/03 | T. Buchanan | 2.00 | Review memorandum; meet with M. Moetell; conference call; telephone call to client |
| 03/12/03 | M. Moetell | 3.50 | Prepare for and conference call with D. Willner et al. re FFA memorandum and strategy; consider additional comments on memorandum and review additional materials; conference with J. Frischman re FFA and his prior work on this issue |

**FDIC Ex. 67**

# WINSTON & STRAWN

C. Robert Suess

Invoice No. 1754332
Invoice Date 04/23/03
Page No. 3

**00001 Benjamin Franklin**

| Date | Attorney/Other Prof | Hours | Description |
|---|---|---|---|
| 03/13/03 | M. Moetell | 2.00 | Review D. Willner's draft letters to DOJ and FDIC; review and revise memorandum on FFA |
| 03/14/03 | T. Buchanan | 1.25 | Review materials; participate in conference call |
| 03/14/03 | M. Moetell | 5.00 | Revise FFA memorandum; review and draft response to C. Topping letter; review D. Willner draft letters; prepare for and participate in conference call |
| 03/15/03 | T. Buchanan | 0.50 | Review correspondence and memorandum |
| 03/17/03 | T. Buchanan | 1.25 | Telephone calls to client; participate in conference call; review documents |
| 03/17/03 | M. Moetell | 4.50 | Revisions to FFA memorandum and cover letters; conference call with D. Willner et al; submission of final memorandum |
| 03/18/03 | M. Moetell | 0.75 | Conference with T. Buchanan re FFA issue and intervention in D.C. lawsuit; review FFA submission |
| 03/19/03 | T. Buchanan | 1.75 | Telephone calls to client; review correspondence |
| 03/20/03 | T. Buchanan | 0.25 | Telephone call to M. Moetell |
| 03/21/03 | T. Buchanan | 0.50 | Review correspondence |
| 03/21/03 | M. Moetell | 1.00 | Review submissions and strategy vis-a-vis FDIC; review tax calculations |
| 03/24/03 | T. Buchanan | 1.00 | Review correspondence; review draft memorandum |
| 03/24/03 | M. Moetell | 1.00 | Review of correspondence from B. Suess |
| 03/25/03 | M. Moetell | 2.50 | Prepare for and conference call with D. Willner et al re conversations with DOJ and FDIC; review statute of limitations issues |

**FDIC Ex. 67**