# WINSTON & STRAWN LLP

⌒. Robert Suess

| | |
|---|---|
| Invoice No. | 1816764 |
| Invoice Date | 05/17/04 |
| Page No. | 2 |

**00001 Benjamin Franklin**

| Date | Attorney/Other Prof | Hours | Description |
|---|---|---|---|
| 04/01/04 | M. Moetell | 4.00 | Research, draft and **send letter to** group on interest deduction timing; consider other interest issues raised by E. Fleischer |
| 04/02/04 | M. Moetell | 2.00 | Continue work on settlement issues |
| 04/04/04 | T. Buchanan | 0.25 | Review correspondence |
| 04/05/04 | T. Buchanan | 1.00 | Review correspondence |
| 04/05/04 | M. Moetell | 2.50 | Further review of possible arguments to reduce interest on tax |
| 04/07/04 | T. Buchanan | 0.50 | Review correspondence |
| 04/07/04 | M. Moetell | 4.00 | Continued analysis of interest issues; respond to comments from E. Fleischer; revise the draft letter |
| 04/12/04 | T. Buchanan | 0.50 | Review correspondence |
| 04/12/04 | M. Moetell | 1.50 | Review settlement letter and comments from R. Seuss |
| 04/13/04 | T. Buchanan | 1.00 | Review draft letters; telephone call to client; meet with M. Moetell |
| 04/13/04 | M. Moetell | 1.50 | Telephone conference with R. Seuss; telephone conference with T. Buchanan; discuss settlement letter with R. Stewart and E. Fleischer and prepare revisions to letter |
| 04/14/04 | T. Buchanan | 0.25 | Review correspondence |
| 04/14/04 | M. Moetell | 2.50 | Review and revise settlement letters; conference |

**FDIC Ex. 68**

# WINSTON & STRAWN LLP

C. Robert Suess

| | |
|---|---|
| Invoice No. | 1816764 |
| Invoice Date | 05/17/04 |
| Page No. | 3 |

**00001 Benjamin Franklin**

| Date | Attorney/Other Prof | Hours | Description |
|------|---------------------|-------|-------------|
| | | | with D. Willner |
| 04/15/04 | T. Buchanan | 0.75 | Review correspondence; telephone conference with client |
| 04/16/04 | T. Buchanan | 0.50 | Review correspondence |
| 04/19/04 | T. Buchanan | 0.75 | Telephone call to client; review correspondence |
| 04/19/04 | M. Moetell | 1.00 | Telephone conference with R. Suess regarding letter; work on letter to H. Darmstadter |
| 04/21/04 | T. Buchanan | 1.00 | Telephone call to client; telephone call to M. Moetell |
| 04/21/04 | M. Moetell | 1.50 | Draft letter to Department of Justice regarding settlement; consider rationale for settlement offer and strategy |
| 04/22/04 | T. Buchanan | 1.00 | Telephone call to client; review correspondence; telephone call to M. Moetell |
| 04/22/04 | M. Moetell | 1.50 | Conference with D. Willner regarding new FDIC attorney and status of case; review and send letter to Department of Justice |
| 04/23/04 | T. Buchanan | 0.25 | Telephone call to M. Moetell |
| 04/26/04 | T. Buchanan | 0.75 | Telephone call to client; review correspondence |
| 04/27/04 | M. Moetell | 2.00 | Review basis for settlement offer; conference with E. Fleischer |
| 04/28/04 | M. Moetell | 3.50 | Conference with E. Fleischer regarding settlement offer; review previous spreadsheets; telephone conference with new FDIC attorney; consider ramifications of IRS scenario number 10 applying section 597 regulations |

**FDIC Ex. 68**