# Hours Disallowed to Willner's Original Proof of Claim

Various Invoices dated 09/30/2001 to 08/10/2005 (FDIC Exhibits 22 through 44)
(Entries reflect the order that they appear in each invoice, which are not always in strict chronological order)

| Category | Invoice Date | Page # [blank=p.1] | No. of entries, if multiple | Entry Date | Hrs |
|---|---|---|---|---|---|
| Block Billing (Estimated) | 09/30/2001 | Pages 2 & 3 | | 1998 & 1999 | 40.0 |
| | | | | **Subtotal** | **40.0** |
| | | | | | |
| Fee Petition Related | 09/03/2004 | | | 03/17/2004 | .6 |
| Fee Petition Related | 06/30/2005 | | | 06/15/2005 | 1.2 |
| Fee Petition Related | 06/30/2005 | Page 2 | | 06/12/2005 | 2.2 |
| Fee Petition Related | 06/30/2005 | Page 2 | | 06/13/2005 | 1.3 |
| Fee Petition Related | 06/30/2005 | Page 2 | | 06/27/2005 | 1.4 |
| Fee Petition Related | 06/30/2005 | Page 2 | | 06/28/2005 | .6 |
| Fee Petition Related | 06/30/2005 | Page 2 | | 06/29/2005 | .7 |
| Fee Petition Related | 08/10/2005 | | | 07/12/2005 | .1 |
| Fee Petition Related | 08/10/2005 | | | 07/01/2005 | 1.1 |
| Fee Petition Related | 08/10/2005 | | | 07/03/2005 | .8 |
| Fee Petition Related | 08/10/2005 | | | 07/04/2005 | .4 |
| Fee Petition Related | 08/10/2005 | Page 2 | 2 entries | 07/08/2005 | .3 |
| Fee Petition Related | 08/10/2005 | Page 2 | | 07/13/2005 | .2 |
| Fee Petition Related | 08/10/2005 | Page 2 | | 07/14/2005 | .2 |
| Fee Petition Related | 08/10/2005 | Page 2 | 2 entries | 07/15/2005 | .6 |
| Fee Petition Related | 08/10/2005 | Page 2 | | 07/16/2005 | .3 |
| Fee Petition Related | 08/10/2005 | Page 2 | | 07/18/2005 | .1 |
| Fee Petition Related | 08/10/2005 | Page 2 | 3 entries | 07/19/2005 | 2.4 |
| Fee Petition Related | 08/10/2005 | Page 3 | 5 entries | 07/20/2005 | 2.8 |
| Fee Petition Related | 08/10/2005 | Page 3 | 6 entries | 07/22/2005 | 2.1 |
| Fee Petition Related | 08/10/2005 | Page 3 | | 07/24/2005 | 2.3 |
| Fee Petition Related | 08/10/2005 | Page 3 | | 07/28/2005 | .2 |
| | | | | **Subtotal** | **21.9** |
| | | | | | |
| Organize/Search for Files | 10/15/2002 | | | 10/01/2002 | .3 |
| Organize/Search for Files | 12/02/2002 | Page 2 | | 11/18/2002 | .5 |
| Organize/Search for Files | 03/27/2003 | Page 2 | | 02/24/2003 | .5 |
| Organize/Search for Files | 09/01/2004 | Page 5 | | 05/20/2003 | .2 |
| Organize/Search for Files | 09/01/2004 | Page 4 | | 03/14/2003 | .1 |
| Organize/Search for Files | 09/03/2004 | Page 2 | | 05/06/2004 | .5 |
| Organize/Search for Files | 09/03/2004 | Page 3 | | 08/26/2004 | .2 |
| Organize/Search for Files | 09/03/2004 | Page 4 | | 03/19/2004 | .7 |
| Organize/Search for Files | 09/03/2004 | Page 4 | | 03/22/2004 | 1.5 |
| Organize/Search for Files | 09/03/2004 | Page 4 | | 05/15/2004 | .2 |
| Organize/Search for Files | 09/03/2004 | Page 5 | | 08/09/2004 | .1 |
| Organize/Search for Files | 09/03/2004 | | | 08/15/2004 | 2.0 |
| Organize/Search for Files | 01/05/2005 | | | 11/04/2004 | .2 |
| Organize/Search for Files | 01/05/2005 | | | 11/18/2004 | .2 |
| Organize/Search for Files | 01/05/2005 | Page 2 | | 11/23/2004 | .2 |
| Organize/Search for Files | 01/05/2005 | Page 3 | | 12/23/2004 | .3 |
| Organize/Search for Files | 05/03/2005 | Page 2 | | 01/17/2005 | .1 |
| | | | | **Subtotal** | **7.8** |
| | | | | | |

**FDIC Ex. 69**

# Hours Disallowed to Willner's Original Proof of Claim
Various Invoices dated 09/30/2001 to 08/10/2005 (FDIC Exhibits 22 through 44)
(Entries reflect the order that they appear in each invoice, which are not always in strict chronological order)

| Category | Invoice Date | Page # [blank=p.1] | No. of entries, if multiple | Entry Date | Hrs |
|---|---|---|---|---|---|
| Travel Plans/Packing | 05/10/2002 | Page 3 | | 04/12/2002 | .2 |
| Travel Plans/Packing | 06/06/2002 | | | 04/25/2002 | .7 |
| Travel Plans/Packing | 07/16/2002 | Page 3 | | 06/24/2002 | .4 |
| Travel Plans/Packing | 09/09/2002 | | | 08/22/2002 | .1 |
| Travel Plans/Packing | 12/02/2002 | | | 11/04/2002 | .1 |
| Travel Plans/Packing | 12/02/2002 | | | 11/09/2002 | .2 |
| Travel Plans/Packing | 09/01/2004 | | | 03/26/2003 | .1 |
| Travel Plans/Packing | 09/01/2004 | Page 4 | | 03/28/2003 | .2 |
| Travel Plans/Packing | 09/03/2004 | | | 04/08/2004 | .1 |
| Travel Plans/Packing | 09/03/2004 | Page 2 | | 05/13/2004 | .3 |
| Travel Plans/Packing | 09/03/2004 | Page 4 | | 05/07/2004 | .5 |
| Travel Plans/Packing | 09/03/2004 | Page 5 | | 08/14/2004 | .5 |
| Travel Plans/Packing | 11/21/2004 | Page 3 | | 10/18/2004 | .3 |
| Travel Plans/Packing | 06/13/2005 | Page 2 | | 05/21/2005 | .2 |
| Travel Plans/Packing | 06/17/2005 | | | 05/20/2005 | .2 |
| Travel Plans/Packing | 06/30/2005 | Page 2 | | 06/13/2005 | .5 |
| | | | | **Subtotal** | **4.6** |
| | | | | | |
| Web Page | 10/31/2003 | | | 10/30/2003 | .1 |
| Web Page | 03/27/2003 | | | 01/20/2003 | .3 |
| Web Page | 03/27/2003 | Page 2 | | 02/19/2003 | .6 |
| Web Page | 03/27/2003 | Page 2 | | 02/20/2003 | .4 |
| Web Page | 09/01/2004 | Page 6 | | 12/30/2003 | .2 |
| Web Page | 11/21/2004 | Page 2 | | 09/21/2004 | 1.0 |
| Web Page | 11/21/2004 | Page 3 | | 09/20/2004 | 1.5 |
| Web Page | 01/05/2005 | | | 11/17/2004 | 1.5 |
| Web Page | 01/05/2005 | Page 2 | 3 entries | 11/19/2004 | .8 |
| Web Page | 01/05/2005 | Page 2 | | 12/01/2004 | .8 |
| Web Page | 01/05/2005 | Page 2 | | 12/02/2004 | .5 |
| Web Page | 01/05/2005 | Page 2 | | 12/03/2004 | .5 |
| Web Page | 01/05/2005 | Page 2 | | 12/04/2004 | .5 |
| Web Page | 05/03/2005 | | | 01/03/2005 | .8 |
| Web Page | 05/03/2005 | | | 01/04/2005 | .8 |
| Web Page | 05/03/2005 | | | 01/05/2005 | .4 |
| Web Page | 05/03/2005 | Page 2 | | 01/04/2005 | .8 |
| Web Page | 05/03/2005 | Page 2 | | 01/07/2005 | .2 |
| Web Page | 05/03/2005 | Page 2 | | 01/11/2005 | .2 |
| Web Page | 05/03/2005 | Page 3 | | 03/08/2005 | .3 |
| Web Page | 06/30/2005 | Page 2 | | 06/08/2005 | 1.2 |
| Web Page | 08/10/2005 | | | 07/04/2005 | 1.0 |
| Web Page | 08/10/2005 | Page 2 | | 07/07/2005 | .1 |
| | | | | **Subtotal** | **14.5** |

**FDIC Ex. 69**

# Hours Disallowed to Willner's Original Proof of Claim
Various Invoices dated 09/30/2001 to 08/10/2005 (FDIC Exhibits 22 through 44)
(Entries reflect the order that they appear in each invoice, which are not always in strict chronological order)

| Category | Invoice Date | Page # [blank=p.1] | No. of entries, if multiple | Entry Date | Hrs |
|---|---|---|---|---|---|
| Goodwill Case | 11/21/2004 | | 2 entries | 09/13/2004 | .4 |
| Goodwill Case | 01/05/2005 | Page 2 | | 12/03/2004 | .4 |
| Goodwill Case | 01/05/2005 | 5 Page 3 | | 12/01/2004 | .1 |
| | | | | Subtotal | 0.9 |
| | | | | | |
| Press Related | 11/21/2004 | Page 2 | 2 entries | 09/28/2004 | .3 |
| Press Related | 11/21/2004 | Page 2 | | 10/20/2004 | .1 |
| Press Related | 01/05/2005 | Page 2 | | 11/23/2004 | .3 |
| | | | | Subtotal | 0.7 |
| | | | | | |
| Attempt to Reach | 06/06/2002 | | | 05/01/2002 | .1 |
| Attempt to Reach | 06/06/2002 | | | 05/09/2002 | .1 |
| Attempt to Reach | 06/06/2002 | Page 3 | | 05/14/2002 | .1 |
| Attempt to Reach | 06/06/2002 | Page 6 | 2 entries | 05/17/2002 | .2 |
| Attempt to Reach | 07/16/2002 | Page 2 | | 06/12/2002 | .1 |
| Attempt to Reach | 07/16/2003 | Page 2 | | 06/13/2002 | .1 |
| Attempt to Reach | 07/16/2002 | Page 2 | | 06/18/2002 | .1 |
| Attempt to Reach | 07/16/2002 | Page 2 | | 06/20/2002 | .1 |
| Attempt to Reach | 08/16/2002 | Page 2 | | 07/10/2002 | .1 |
| Attempt to Reach | 08/16/2002 | Page 2 | | 07/17/2002 | .1 |
| Attempt to Reach | 09/09/2002 | | | 08/21/2002 | .1 |
| Attempt to Reach | 09/09/2002 | Page 2 | | 08/05/2002 | .1 |
| Attempt to Reach | 09/09/2002 | Page 2 | | 08/09/2002 | .1 |
| Attempt to Reach | 09/09/2002 | Page 2 | 3 entries | 08/23/2002 | .3 |
| Attempt to Reach | 10/01/2002 | | | 09/05/2002 | .1 |
| Attempt to Reach | 10/01/2002 | | 2 entries | 09/06/2002 | .2 |
| Attempt to Reach | 10/01/2002 | Page 3 | | 09/24/2002 | .2 |
| Attempt to Reach | 10/15/2002 | | | 10/01/2002 | .1 |
| Attempt to Reach | 10/15/2002 | | 3 entries | 10/02/2002 | .4 |
| Attempt to Reach | 10/15/2002 | | | 10/03/2002 | .1 |
| Attempt to Reach | 10/15/2002 | | 3 entries | 10/07/2002 | .3 |
| Attempt to Reach | 10/30/2002 | | | 10/16/2002 | .1 |
| Attempt to Reach | 10/30/2002 | | | 10/24/2002 | .1 |
| Attempt to Reach | 10/30/2002 | | 3 entries | 10/07/2002 | .3 |
| Attempt to Reach | 10/30/2002 | | | 10/28/2002 | .1 |
| Attempt to Reach | 12/02/2002 | | | 11/01/2002 | .2 |
| Attempt to Reach | 01/27/2003 | | | 12/03/2002 | .2 |
| Attempt to Reach | 01/27/2003 | | | 12/04/2002 | .2 |
| Attempt to Reach | 01/27/2003 | | | 12/23/2002 | .1 |
| Attempt to Reach | 01/27/2003 | | | 12/24/2002 | .1 |
| Attempt to Reach | 01/27/2003 | | 2 entries | 11/29/2002 | .2 |
| Attempt to Reach | 03/27/2003 | Page 2 | | 02/05/2003 | .2 |
| Attempt to Reach | 03/27/2003 | Page 2 | | 02/12/2003 | .1 |
| Attempt to Reach | 03/27/2003 | Page 2 | | 02/26/2003 | .2 |
| Attempt to Reach | 03/27/2003 | Page 2 | | 02/07/2003 | .1 |

**FDIC Ex. 69**

# Hours Disallowed to Willner's Original Proof of Claim
Various Invoices dated 09/30/2001 to 08/10/2005 (FDIC Exhibits 22 through 44)
(Entries reflect the order that they appear in each invoice, which are not always in strict chronological order)

| Category | Invoice Date | Page # [blank=p.1] | No. of entries, if multiple | Entry Date | Hrs |
|---|---|---|---|---|---|
| Attempt to Reach | 09/01/2004 | | | 03/10/2003 | .1 |
| Attempt to Reach | 09/01/2004 | | | 03/19/2003 | .1 |
| Attempt to Reach | 09/01/2004 | Page 2 | | 05/01/2003 | .1 |
| Attempt to Reach | 09/01/2004 | Page 2 | | 05/28/2003 | .2 |
| Attempt to Reach | 09/01/2004 | Page 2 | | 08/14/2003 | .2 |
| Attempt to Reach | 09/01/2004 | Page 2 | | 10/02/2003 | .1 |
| Attempt to Reach | 09/01/2004 | Page 3 | | 10/30/2003 | .1 |
| Attempt to Reach | 09/01/2004 | Page 3 | | 12/23/2003 | .1 |
| Attempt to Reach | 09/01/2004 | Page 3 | | 01/05/2004 | .1 |
| Attempt to Reach | 09/01/2004 | Page 4 | | 03/17/2003 | .3 |
| Attempt to Reach | 09/01/2004 | Page 4 | | 03/20/2003 | .1 |
| Attempt to Reach | 09/01/2004 | Page 4 | | 03/21/2003 | .1 |
| Attempt to Reach | 09/01/2004 | Page 4 | | 03/28/2003 | .3 |
| Attempt to Reach | 09/01/2004 | Page 4 | | 04/18/2003 | .1 |
| Attempt to Reach | 09/01/2004 | Page 4 | | 04/28/2003 | .1 |
| Attempt to Reach | 09/01/2004 | Page 5 | | 06/20/2003 | .1 |
| Attempt to Reach | 09/01/2004 | Page 5 | | 12/08/2003 | .1 |
| Attempt to Reach | 09/01/2004 | Page 5 | | 12/15/2003 | .1 |
| Attempt to Reach | 09/01/2004 | Page 6 | | 01/04/2004 | .2 |
| Attempt to Reach | 09/03/2004 | Page 2 | | 05/11/2004 | .1 |
| Attempt to Reach | 09/03/2004 | Page 2 | | 06/29/2004 | .2 |
| Attempt to Reach | 09/03/2004 | Page 2 | | 06/30/2004 | .1 |
| Attempt to Reach | 09/03/2004 | Page 3 | 2 entries | 06/30/2004 | .2 |
| Attempt to Reach | 09/03/2004 | Page 3 | | 07/01/2004 | .1 |
| Attempt to Reach | 09/03/2004 | Page 3 | | 07/29/2004 | .1 |
| Attempt to Reach | 09/03/2004 | Page 3 | | 08/02/2004 | .1 |
| Attempt to Reach | 09/03/2004 | Page 3 | | 08/03/2004 | .1 |
| Attempt to Reach | 09/03/2004 | Page 3 | | 08/04/2004 | .1 |
| Attempt to Reach | 09/03/2004 | Page 3 | | 08/07/2004 | .1 |
| Attempt to Reach | 09/03/2004 | Page 4 | | 03/25/2004 | .1 |
| Attempt to Reach | 09/03/2004 | Page 4 | | 05/23/2004 | .1 |
| Attempt to Reach | 09/03/2004 | Page 5 | | 07/06/2004 | .1 |
| Attempt to Reach | 09/03/2004 | Page 5 | | 08/13/2004 | .2 |
| Attempt to Reach | 09/03/2004 | Page 6 | | 08/16/2004 | .2 |
| Attempt to Reach | 09/03/2004 | Page 6 | | 08/23/2004 | .1 |
| Attempt to Reach | 11/21/2004 | Page 2 | | 09/28/2004 | .1 |
| Attempt to Reach | 11/21/2004 | Page 2 | | 9/30/2004 | .1 |
| Attempt to Reach | 11/21/2004 | Page 2 | | 10/05/2004 | .1 |
| Attempt to Reach | 11/21/2004 | Page 2 | | 10/06/2004 | .2 |
| Attempt to Reach | 11/21/2004 | Page 2 | | 10/20/2004 | .1 |
| Attempt to Reach | 11/21/2004 | Page 2 | | 10/25/2004 | .1 |
| Attempt to Reach | 11/21/2004 | Page 3 | | 09/04/2004 | .1 |
| Attempt to Reach | 01/05/2005 | Page 2 | | 12/03/2005 | .1 |
| Attempt to Reach | 01/05/2005 | Page 3 | | 12/29/2004 | .1 |
| Attempt to Reach | 05/03/2005 | Page 2 | | 01/03/2005 | .1 |
| Attempt to Reach | 06/30/2005 | Page 2 | | 06/13/2005 | .1 |
| Attempt to Reach | 08/10/2005 | | 3 entries | 07/05/2005 | .45 |
| Attempt to Reach | 08/10/2005 | Page 3 | | 07/21/2005 | .1 |

**FDIC Ex. 69**

## Hours Disallowed to Willner's Original Proof of Claim
Various Invoices dated 09/30/2001 to 08/10/2005 (FDIC Exhibits 22 through 44)
(Entries reflect the order that they appear in each invoice, which are not always in strict chronological order)

| Category | Invoice Date | Page # [blank=p.1] | No. of entries, if multiple | Entry Date | Hrs |
|---|---|---|---|---|---|
| Attempt to Reach | 08/10/2005 | Page 3 | 4 entries | 07/22/2005 | .55 |
| | | | | **Subtotal** | **12.2** |
| | | | | | |
| Other: Excessive Hours | 09/03/2004 | Page 6 | | 08/18/2004 | 4.0 |
| Other: Excessive Hours | 09/03/2004 | Page 6 | | 08/19/2004 | 4.0 |
| Other: Download Attempt | 09/01/2004 | Page 4 | | 04/21/2003 | .5 |
| | | | | **Subtotal** | **8.5** |
| | | | | | |
| | | | | **Total** | **111.1** |

**FDIC Ex. 69**