# Hours Disallowed to Willner's [First] Supplemental Proof of Claim
Cover page dated 9/23/2005 – Invoice dated 9/05/2005 (FDIC Ex. 45)
(Entries reflect the order that they appear in the invoice, which are not always in strict chronological order)

| Category | Page # [blank=p. 1] | No. of entries, if multiple | Entry Date | Hrs |
|---|---|---|---|---|
| | | | | |
| Fee Petition Related | | | 07/25/2005 | .8 |
| Fee Petition Related | | | 07/26/2005 | .3 |
| Fee Petition Related | | | 08/30/2005 | .1 |
| Fee Petition Related | | | 08/31/2005 | .7 |
| Fee Petition Related | | | 08/06/2005 | 1.7 |
| Fee Petition Related | Page 2 | | 08/09/2005 | .4 |
| Fee Petition Related | Page 2 | | 08/10/2005 | .2 |
| Fee Petition Related | Page 2 | 3 entries | 08/13/2005 | 2.0 |
| Fee Petition Related | Page 2 | | 08/14/2005 | 2.5 |
| Fee Petition Related | Page 2 | 2 entries | 08/15/2005 | 1.2 |
| Fee Petition Related | Page 2 | | 08/16/2005 | 2.8 |
| Fee Petition Related | Page 2 | | 08/19/2005 | .2 |
| Fee Petition Related | Page 2 | | 08/20/2005 | 1.5 |
| Fee Petition Related | Page 2 | | 08/21/2005 | 4.0 |
| Fee Petition Related | Page 2 | 5 entries | 08/22/2005 | .9 |
| Fee Petition Related | Page 2 | 4 entries | 08/23/2005 | 1.9 |
| Fee Petition Related | Page 2 | 8 entries | 08/24/2005 | 2.7 |
| Fee Petition Related | Page 2 | | 08/25/2005 | .5 |
| Fee Petition Related | Page 3 | 2 entries | 08/25/2005 | .9 |
| Fee Petition Related | Page 3 | 6 entries | 08/29/2005 | .8 |
| | | | Subtotal | 26.1 |
| | | | | |
| Web Page | | | 07/27/2005 | .3 |
| | | | Subtotal | .3 |
| | | | | |
| Attempt to Reach | | | 07/25/2005 | .1 |
| Attempt to Reach | Page 2 | | 08/10/2005 | .1 |
| Attempt to Reach | Page 3 | | 08/29/2005 | .2 |
| | | | Subtotal | 0.4 |
| | | | | |
| Other: Post Office | | | 07/26/2005 | .2 |
| | | | Subtotal | .2 |
| | | | | |
| | | | Total | 27.0 |

1

**FDIC Ex. 70**