# Hours Disallowed to Willner's 2nd Supplemental Proof of Claim
Cover page dated 11/17/2005 – Invoice dated 11/04/2005 (FDIC Ex. 46)
(Entries reflect the order that they appear in the invoice, which are not always in strict chronological order)

| Category | Page # [blank=p. 1] | No. of entries, if multiple | Entry Date | Hrs |
|---|---|---|---|---|
| | | | | |
| Fee Petition Related | | | 09/07/2005 | .3 |
| Fee Petition Related | Page 2 | | 09/09/2005 | .4 |
| Fee Petition Related | Page 2 | | 09/21/2005 | .2 |
| Fee Petition Related | Page 2 | | 09/23/2005 | .1 |
| Fee Petition Related | Page 2 | | 10/31/2005 | .3 |
| | | | **Subtotal** | **1.3** |
| | | | | |
| Organize/Search for Files | | | 09/01/2005 | .5 |
| | | | **Subtotal** | **.5** |
| | | | | |
| Travel Plans/Packing | Page 2 | | 09/15/2005 | .4 |
| | | | **Subtotal** | **.4** |
| | | | | |
| Web Page | Page 2 | | 09/16/2005 | .4 |
| Web Page | Page 2 | | 10/21/2005 | .8 |
| | | | **Subtotal** | **1.2** |
| | | | | |
| Attempt to Reach | | | 09/07/2005 | .1 |
| Attempt to Reach | Page 2 | | 09/29/2005 | .1 |
| | | | **Subtotal** | **.2** |
| | | | | |
| | | | **Total** | **3.6** |

**FDIC Ex. 71**