# Hours Disallowed to Willner's 3rd Supplemental Proof of Claim
Cover page dated 12/12/2005 – Invoice dated 12/09/2005 (FDIC Ex. 47)
(Entries reflect the order that they appear in the invoice, which are not always in strict chronological order)

| Category | Page # [blank=p. 1] | No. of entries, if multiple | Entry Date | Hrs |
|---|---|---|---|---|
| Fee Petition Related | | 2 entries | 11/14/2005 | .4 |
| Fee Petition Related | | | 11/16/2005 | .4 |
| Fee Petition Related | | | 11/29/2005 | .8 |
| Fee Petition Related | Page 2 | | 11/05/2005 | .9 |
| Fee Petition Related | Page 2 | | 11/11/2005 | .3 |
| Fee Petition Related | Page 2 | | 11/13/2005 | .4 |
| Fee Petition Related | | 3 entries | 11/21/2005 | .6 |
| Fee Petition Related | Page 2 | | 11/22/2205 | .1 |
| Fee Petition Related | Page 2 | | 11/27/2005 | .2 |
| | | | **Subtotal** | **4.1** |
| | | | | |
| Web Page | | | 11/16/2005 | .8 |
| | | | **Subtotal** | **.8** |
| | | | | |
| Press Related | | | 11/16/2005 | .8 |
| | | | **Subtotal** | **.8** |
| | | | | |
| | | | **Total** | **5.7** |

1

**FDIC Ex. 72**