# Hours Disallowed to Willner's 4th Supplemental Proof of Claim
Cover page dated 02/03/2006 – Invoice dated 01/12/2006 (FDIC Ex. 48)
(Entries reflect the order that they appear in the invoice, which are not always in strict chronological order)

| Category | Page # [blank=p. 1] | No. of entries, if multiple | Entry Date | Hrs |
|---|---|---|---|---|
| | | | | |
| Fee Petition Related | | 4 entries | 12/01/2005 | .7 |
| Fee Petition Related | | | 12/02/2005 | .5 |
| Fee Petition Related | Page 2 | | 12/04/2005 | .6 |
| Fee Petition Related | Page 2 | 2 entries | 12/05/2005 | .9 |
| Fee Petition Related | | | 12/08/2005 | .3 |
| Fee Petition Related | Page 2 | 2 entries | 12/09/2005 | .3 |
| Fee Petition Related | Page 2 | 4 entries | 12/12/2005 | 1.1 |
| Fee Petition Related | Page 2 | 3 entries | 12/14/2005 | 2.0 |
| Fee Petition Related | Page 2 | | 12/15/2005 | .9 |
| Fee Petition Related | Page 2 | | 12/28/2005 | 2.7 |
| Fee Petition Related | Page 2 | | 12/29/2005 | .6 |
| Fee Petition Related | Page 3 | | 12/30/2005 | 1.2 |
| | | | **Subtotal** | **11.8** |
| | | | | |
| Working on Web Page | Page 2 | 2 entries | 12/09/2005 | 1.3 |
| Working on Web Page | Page 3 | | 12/31/2005 | 1.7 |
| | | | **Subtotal** | **3.0** |
| | | | | |
| Attempt to Reach | | | 12/01/2005 | .1 |
| Attempt to Reach | | | 12/02/2005 | .1 |
| Attempt to Reach | Page 2 | | 12/08/2005 | .1 |
| | | | **Subtotal** | **.3** |
| | | | | |
| | | | **Total** | **15.1** |

**FDIC Ex. 73**