# Hours Disallowed to Willner's 5th Supplemental Proof of Claim
Cover page dated 03/13/2006 – Invoice dated 02/20/2006 (FDIC Ex. 49)
(Entries reflect the order that they appear in the invoice, which are not always in strict chronological order)

| Category | Page # [blank=p. 1] | No. of entries, if multiple | Entry Date | Hrs |
|---|---|---|---|---|
| | | | | |
| Fee Petition Related | Page 2 | | 01/26/2006 | .2 |
| Fee Petition Related | Page 2 | | 01/27/2006 | .2 |
| | | | Subtotal | .4 |
| | | | | |
| Organize/Search for Files | Page 2 | | 01/23/2006 | .3 |
| | | | Subtotal | .3 |
| | | | | |
| Web Page | | | 01/01/2006 | 1.0 |
| Web Page | | | 01/02/2006 | 1.1 |
| Web Page | Page 2 | | 01/14/2006 | .5 |
| | | | Subtotal | 2.6 |
| | | | | |
| Attempt to Reach | | | 01/16/2006 | .1 |
| | | | Subtotal | .1 |
| | | | | |
| | | | Total | 3.4 |

1

**FDIC Ex. 74**