# Hours Disallowed to Willner's 6th Supplemental Proof of Claim
Cover page dated 03/28/2006 – Invoice dated 03/28/2006 (FDIC Ex. 50)
(Entries reflect the order that they appear in the invoice, which are not always in strict chronological order)

| Category | Page # [blank=p. 1] | No. of entries, if multiple | Entry Date | Hrs |
|---|---|---|---|---|
| Fee Petition Related | | | 02/01/2006 | .2 |
| Fee Petition Related | Page 2 | | 02/23/2006 | .4 |
| | | | **Subtotal** | **0.6** |
| Organize/Search for Files | | | 02/02/2006 | .6 |
| Organize/Search for Files | Page 2 | 2 entries | 02/24/2006 | .8 |
| Organize/Search for Files | Page 2 | | 02/28/2006 | .1 |
| | | | **Subtotal** | **1.5** |
| Web Page | | | 02/05/2006 | .4 |
| | | | **Subtotal** | **.4** |
| Goodwill Case | Page 2 | | 02/19/2006 | .2 |
| | | | **Subtotal** | **.2** |
| | | | **Total** | **2.7** |

**FDIC Ex. 75**