# Hours Disallowed to Willner's 7th Supplemental Proof of Claim
Cover page dated 05/08/2006 – Invoice dated 05/10/2006 (FDIC Ex. 51)
(Entries reflect the order that they appear in the invoice, which are not always in strict chronological order)

| Category | Page # [blank=p. 1] | No. of entries, if multiple | Entry Date | Hrs |
|---|---|---|---|---|
| Fee Petition Related | | 2 entries | 03/13/2006 | .9 |
| Fee Petition Related | | | 03/14/2006 | .1 |
| Fee Petition Related | | 3 entries | 03/27/2006 | 1.7 |
| Fee Petition Related | Page 2 | 2 entries | 03/08/2006 | .4 |
| | Page 2 | | 03/09/2006 | .3 |
| Fee Petition Related | Page 2 | | 03/15/2006 | .3 |
| Fee Petition Related | Page 2 | | 03/20/2006 | .2 |
| Fee Petition Related | Page 2 | | 03/21/2006 | .3 |
| Fee Petition Related | Page 2 | | 03/22/2006 | .1 |
| Fee Petition Related | Page 2 | | 03/23/2006 | .7 |
| Fee Petition Related | Page 2 | | 03/24/2006 | .2 |
| Fee Petition Related | Page 3 | | 03/24/2006 | .8 |
| Fee Petition Related | Page 3 | | 03/25/2006 | .3 |
| Fee Petition Related | Page 3 | 4 entries | 03/28/2006 | 1.4 |
| Fee Petition Related | Page 3 | | 03/29/2006 | .4 |
| Fee Petition Related | Page 3 | 2 entries | 03/30/2006 | .2 |
| Fee Petition Related | Page 3 | | 03/31/2006 | .1 |
| Fee Petition Related | Page 3 | | 04/20/2006 | .6 |
| Fee Petition Related | Page 4 | 2 entries | 05/05/2006 | .8 |
| | | | **Subtotal** | **9.8** |
| | | | | |
| Organize/Search for Files | | | 03/27/2006 | .3 |
| Organize/Search for Files | Page 2 | | 03/08/2006 | .2 |
| Organize/Search for Files | Page 4 | | 04/30/2006 | .7 |
| Organize/Search for Files | Page 4 | | 05/05/2006 | .5 |
| | | | **Subtotal** | **1.7** |
| | | | | |
| Travel Plans/Packing | Page 3 | | 03/24/2006 | .2 |
| Travel Plans/Packing | Page 3 | | 03/31/2006 | .3 |
| | | | **Subtotal** | **0.5** |
| | | | | |
| Goodwill Case | | | 05/02/2006 | 3.5 |
| Goodwill Case | Page 2 | | 03/16/2006 | .4 |
| Goodwill Case | Page 3 | | 04/04/2006 | 1.0 |
| Goodwill Case | Page 3 | | 04/05/2006 | .7 |
| | | | **Subtotal** | **5.6** |

**FDIC Ex. 76**

# Hours Disallowed to Willner's 7th Supplemental Proof of Claim
Cover page dated 05/08/2006 – Invoice dated 05/10/2006 (FDIC Ex. 51)
(Entries reflect the order that they appear in the invoice, which are not always in strict chronological order)

| Category | Page # [blank=p. 1] | No. of entries, if multiple | Entry Date | Hrs |
|---|---|---|---|---|
| Attempt to Reach | | 2 entries | 04/04/2006 | .2 |
| Attempt to Reach | Page 2 | | 03/22/2006 | .1 |
| Attempt to Reach | Page 3 | | 04/19/2006 | .1 |
| | | | **Subtotal** | **0.4** |
| Other: Dinner | | | 05/01/2006 | 2.0 |
| | | | **Subtotal** | **2.0** |
| | | | **Total** | **20.0** |

**FDIC Ex. 76**