# Summary of Willner Hours That Were Allowed and Paid by FDIC as Receiver but Could Have Been Disallowed (Excluding Calls)
(Entries reflect the order that they appear in each invoice, which are not always in strict chronological order)

| Entry | Invoice Date | Page # Blank=p.1 | Entry Date | Hrs |
|---|---|---|---|---|
| Conflict of interest research [FDIC told him to submit a conflicts waiver] | 05/10/2002 | | 04/24/2002 | 2.0 |
| Continue conflict of interest research [FDIC told him to submit a conflicts waiver] | 05/10/2002 | | 04/25/2002 | 5.0 |
| Editing letter to Duhl and picking enclosures [FDIC told him not to contact Duhl w/o waiver] | 05/10/2002 | Page 3 | 04/24/2002 | .4 |
| Locating David Roche and phoning him | 05/10/2002 | Page 3 | 04/24/2002 | .3 |
| To airport for trip to Chicago; prepare memo to Mike Duhl during flight [FDIC told him not to contact Duhl w/o waiver] | 05/10/2002 | Page 4 | 04/28/2002 | 6.5 |
| Memo on conversation with Duhl [FDIC told him not to contact Duhl w/o waiver] | 05/10/2002 | Page 4 | 04/29/2002 | .8 |
| Prepare for Duhl meeting [FDIC told him not to contact Duhl w/o waiver] | 05/10/2002 | Page 4 | 04/29/2002 | .7 |
| Airport for trip to Chicago; prepare memo to Mike Duhl during flight [Double billing – same as entry for 04/28/2002 in 05/10/2002 invoice] | 07/16/2002 | | 04/28/2002 | 6.5 |
| Prepare for Duhl meeting [Double billing – same as entry for 04/29/2002 in 05/10/2002 invoice] | 07/16/2002 | | 04/28/2002 | .7 |
| Memo on conversation with Mike Duh [Double billing – same as entry for 04/29/2002 in 05/10/2002 invoice]l | 07/16/2002 | | 04/29/2002 | .8 |
| Fax [block billing - time estimated] | 07/16/2002 | Page 2 | 06/06/2002 | .1 |
| Letter re tax case and motion for reconsideration [Tax Case not yet filed and motion related to Goodwill Case] | 07/16/2002 | Page 2 | 06/11/2002 | .4 |
| Preparation of draft Complaint against FDIC | 07/16/2002 | Page 2 | 06/11/2002 | .3 |
| Work on FDIC Complaint | 07/16/2002 | Page 2 | 06/11/2002 | .6 |
| Work on draft FDIC Complaint | 07/16/2002 | Page 2 | 06/12/2002 | .9 |
| Work on draft of FDIC Complaint | 07/16/2002 | Page 2 | 06/12/2002 | 1.2 |
| Review Judgment [Goodwill Case] edit Federal Court complaint [ block billing – time estimated] | 07/16/2002 | Page 2 | 06/12/2002 | 1.5 |
| Work on FDIC Complaint | 07/16/2002 | Page 2 | 06/13/2002 | .4 |
| Work on Fed. Ct. FDIC Complaint [block billing – time estimated] | 07/16/2002 | Page 2 | 06/13/2002 | 1.7 |
| Review injunction rules and procedures [ block billing – time estimated] | 07/16/2002 | Page 2 | 06/13/2002 | .2 |
| Work on suit against FDIC | 07/16/2002 | Page 2 | 06/17/2002 | 1.8 |
| Research at law library on FDIC Complaint | 07/16/2002 | Page 2 | 06/17/2002 | 1.7 |
| Editing various documents re: FDIC Complaint | 07/16/2002 | Page 2 | 06/17/2002 | .8 |
| Conference with Leo Sherry re: verifying Complaint | 07/16/2002 | Page 2 | 06/17/2002 | .4 |
| Review and signing documents | 07/16/2002 | Page 2 | 06/17/2002 | .5 |
| to Federal Court filing new Complaint; obtaining temporary restraining order; letter to Taylor | 07/16/2002 | Page 2 | 06/17/2002 | 1.0 |

**FDIC Ex. 78**

# Summary of Willner Hours That Were Allowed and Paid by FDIC as Receiver but Could Have Been Disallowed (Excluding Calls)

(Entries reflect the order that they appear in each invoice, which are not always in strict chronological order)

| Entry | Invoice Date | Page # Blank=p.1 | Entry Date | Hrs |
|---|---|---|---|---|
| Researching plan travel to Chicago | 07/16/2002 | Page 2 | 06/18/2002 | .3 |
| Conference with Connie Wold re: Duhl's conflicts problem for brief | 07/16/2002 | Page 3 | 06/24/2002 | .4 |
| Review local rules on preliminary injunction evidence | 07/16/2002 | Page 3 | 06/24/2002 | .4 |
| Review textbook of preliminary injunction evidence | 07/16/2002 | Page 3 | 06/24/2002 | .3 |
| Conference w/ Misty re: service of process on FDIC Corporate | 07/16/2002 | Page 3 | 06/24/2002 | .1 |
| Editing letter to clients | 07/16/2002 | Page 3 | 06/24/2002 | .1 |
| Editing letter to Baker | 07/16/2002 | Page 3 | 06/24/2002 | .1 |
| Collecting materials for Jerry Stouck meeting | 07/16/2002 | Page 3 | 06/24/2002 | .3 |
| Fax [block billing - time estimated] | 07/16/2002 | Page 3 | 06/24/2002 | .1 |
| Drive to Eugene for Stouck conference | 07/16/2002 | Page 3 | 06/24/2002 | 3.5 |
| Conference with Jerry Stouck | 07/16/2002 | Page 3 | 06/24/2002 | .2 |
| Conf. w/ Sarah re: Affidavit of Compliance and Chicago trip | 07/16/2002 | Page 3 | 06/26/2002 | .3 |
| FDIC case – Affidavit of Compliance with service requirements | 07/16/2002 | Page 3 | 06/27/2002 | .3 |
| FDIC case - Flight to Chicago review and edit Tom Buchanan Affidavit; preparation of Supplemental Brief | 07/16/2002 | Page 3 | 06/27/2002 | 2.3 |
| FDIC case - preparing for Chicago trip | 07/16/2002 | Page 3 | 06/27/2002 | 1.5 |
| FDIC case – preparation of Duhl deposition; complete supplemental brief [block billing – time estimated] | 07/16/2002 | Page 3 | 06/28/2002 | 3.2 |
| FDIC case – Duhl deposition . . . review final Buchanan Affidavit; final edit of Supplemental Brief [block billing – time estimated] | 07/16/2002 | Page 3 | 06/28/2002 | 2.4 |
| FDIC case – to airport,; travel home . . .work on Cost Bill and Attorney Fee Petition [block billing – time estimated] | 07/16/2002 | Page 3 | 06/28/2002 | 6.8 |
| Preparing minutes of client meeting . . .[block billing – time estimated] | 07/16/2002 | Page 4 | 04/19/2002 | 1.5 |
| Prep of Complaint against FDIC | 07/16/2002 | Page 4 | 06/09/2002 | .9 |
| re: Federal Court Complaint | 07/16/2002 | Page 4 | 06/10/2002 | .2 |
| re: Federal Court Complaint against FDIC | 07/16/2002 | Page 4 | 06/14/2002 | 2.8 |
| FDIC suit | 07/16/2002 | Page 4 | 06/16/2002 | 4.5 |
| FDIC case – review Tom Buchanan letter; letter to Tom and prep.of draft affidavit for Tom | 07/16/2002 | Page 4 | 06/21/2002 | .5 |
| Memo to Sarah re: service of process on FDIC | 07/16/2002 | Page 4 | 06/21/2002 | .1 |
| FDIC case – memo to Jerry Stouck; fax to him with enclosures | 07/16/2002 | Page 4 | 06/27/2002 | .7 |
| FDIC case – work on Preliminary Injunction | 07/16/2002 | Page 4 | 06/17/2002 | 5.0 |
| All entries relate to case against FDIC [time excludes two disallowances of .1 hr. each] | 08/16/2002 | Pages 1-3 | July 2002 | 14.3 |
| Preparation of letter re website [block billing – time estimated]] | 09/09/2002 | Page 2 | 08/16/2002 | .3 |
| Edit website [block billing – time estimated] | 09/09/2002 | Page 2 | 08/19/2002 | .2 |

**FDIC Ex. 78**

# Summary of Willner Hours That Were Allowed and Paid by FDIC as Receiver but Could Have Been Disallowed (Excluding Calls)

(Entries reflect the order that they appear in each invoice, which are not always in strict chronological order)

| Entry | Invoice Date | Page # Blank=p.1 | Entry Date | Hrs |
|---|---|---|---|---|
| Letter to key plaintiffs re fundraising | 10/31/2002 | | 10/30/2002 | .3 |
| . . .faxes to Rosemary Stewart and Richard Green [block billing – time estimated] | 12/02/2002 | | 11/15/2002 | .2 |
| . . .send exhibits to Ernie [block billing – time estimated] | 12/02/2002 | | 11/20/2002 | .1 |
| Detailed report to clients | 03/27/2003 | | 01/18/2003 ? | 1.8 |
| Letter report to clients | 03/27/2003 | Page 2 | 01/27/2003 | .1 |
| Letter to clients | 03/27/2003 | Page 2 | 01/27/2003 | .4 |
| Respond to shareholder letters | 03/27/2003 | Page 2 | 02/03/2003 | .3 |
| Edit letter to client | 09/01/2004 | | 03/26/2003 | .1 |
| Letter to Lawler [sic] [Goodwill case] | 09/01/2004 | | 03/26/2003 | .1 |
| Memo to shareholder | 09/01/2004 | Page 2 | 05/21/2003 | .3 |
| Letter to tax group | 09/01/2004 | Page 2 | 06/11/2003 | .5 |
| Regarding brief and supporting materials | 09/01/2004 | Page 2 | 06/19/2003 | 1.0 |
| Letter to Dunn | 09/01/2004 | Page 2 | 07/15/2003 | .2 |
| Email to tax group | 09/01/2004 | Page 2 | 07/29/2003 | .1 |
| Regarding tax group conference call | 09/01/2004 | Page 2 | 07/31/2003 | .2 |
| Letter to tax group | 09/01/2004 | Page 2 | 08/20/2003 | .2 |
| Conference with Maida Kelly regarding research | 09/01/2004 | Page 2 | 09/04/2003 | .4 |
| E-mail to tax group . . . | 09/01/2004 | Page 2 | 09/09/2003 | .3 |
| Review court opinion | 09/01/2004 | Page 2 | 09/09/2003 | .3 |
| Review incoming-emails . . . conference with Maida regarding research | 09/01/2004 | Page 2 | 09/10/2003 | .4 |
| Letter to Benjamin Franklin and FDIC, letter to clients | 09/01/2004 | Page 2 | 09/24/2003 | .3 |
| Letter to Maida | 09/01/2004 | Page 2 | 09/24/2003 | .1 |
| Regarding court filings | 09/01/2004 | Page 2 | 09/25/203 | .1 |
| Conference with Maida regarding taxes | 09/01/2004 | Page 2 | 10/07/2003 | .1 |
| Conference with Maida re file search | 09/01/2004 | Page 2 | 10/22/2003 | .1 |
| Travel from Seattle | 09/01/2004 | Page 3 | 12/21/2003 | 1.0 |
| Organizing tax files | 09/01/2004 | Page 3 | 12/29/2004 | .2 |
| Long message from FHLLB Seattle | 09/01/2004 | Page 4 | 04/18/2003 | .2 |
| Message for George Akers at FHLLB | 09/01/2004 | Page 4 | 04/21/2003 | .1 |
| Prepare information for website, memo to Carl | 09/01/2004 | Page 4 | 04/25/2003 | .9 |
| Edit letter to tax group | 09/03/2004 | | 03/10/2004 | .3 |
| Letter to clients regarding finances | 09/03/2004 | | 03/18/2004 | .3 |
| Meeting with Dale Weight and Karen Miller | 09/03/2004 | | 03/31/2004 | 1.0 |
| Review tax file | 09/03/2004 | | 04/01/2004 | .7 |
| Review emails | 09/03/2004 | | 04/08/2004 | .1 |
| Review revisions [block billing – time estimate] | 09/03/2004 | | 04/13/2004 | .2 |
| Edit letter [block billing – time estimated] | 09/03/2004 | | 04/14/2004 | .2 |
| Memo to tax group | 09/03/2004 | | 04/20/2004 | .1 |
| Review responses regarding meeting time | 09/03/2004 | Page 2 | 04/21/2004 | .1 |
| Letters regarding tax issues | 09/03/2004 | Page 2 | 04/22/2004 | .5 |
| Memo to Rachel regarding meeting | 09/03/2004 | Page 2 | 04/22/2004 | .3 |
| Memo to tax group [block billing – time estimated] | 09/03/2004 | Page 2 | 04/27/2004 | .5 |

**FDIC Ex. 78**

# Summary of Willner Hours That Were Allowed and Paid by FDIC as Receiver but Could Have Been Disallowed (Excluding Calls)

(Entries reflect the order that they appear in each invoice, which are not always in strict chronological order)

| Entry | Invoice Date | Page # Blank=p.1 | Entry Date | Hrs |
|---|---|---|---|---|
| Letter to tax group | 09/03/2004 | Page 2 | 05/04/2004 | .2 |
| Review emails [block billing – time estimated] | 09/03/2004 | Page 2 | 05/04/2004 | .2 |
| Preparation of letter to tax group [block billing – time estimated] | 09/03/2004 | Page 2 | 05/05/2004 | .4 |
| Edit letter to Gill | 09/03/2004 | Page 2 | 05/05/2004 | .1 |
| Email tax group | 09/03/2004 | Page 2 | 05/06/2004 | .2 |
| Letter to Gill [block billing – time estimated] | 09/03/2004 | Page 2 | 05/06/2004 | 3.5 |
| Review emails [block billing – time estimated] | 09/03/2004 | Page 2 | 05/11/2004 | .2 |
| Review documents [block billing – time estimated] | 09/03/2004 | Page 2 | 05/11/2004 | .1 |
| Review memo [block billing – time estimated] | 09/03/2004 | Page 2 | 05/12/2004 | .1 |
| Conference with Rachel | 09/03/2004 | Page 2 | 05/12/2004 | .1 |
| Prep of memo to tax group | 09/03/2004 | Page 2 | 05/13/2004 | .3 |
| Review tax book [block billing – time estimated] | 09/03/2004 | Page 2 | 05/13/2004 | .2 |
| Review email letter | 09/03/2004 | Page 2 | 05/13/2004 | .1 |
| Letter to tax group | 09/03/2004 | Page 2 | 05/20/2004 | .3 |
| Edit letter to tax group | 09/03/2004 | Page 2 | 05/20/2004 | .2 |
| Memo to tax group | 09/03/2004 | Page 2 | 06/02/2004 | .3 |
| Review mail | 09/03/2004 | Page 2 | 06/29/2004 | .1 |
| Conference with Rachel | 09/03/2004 | Page 2 | 06/29/2004 | .2 |
| Memo to tax group [block billing – time estimated] | 09/03/2004 | Page 3 | 07/01/2004 | .8 |
| Conference with McIntyre | 09/03/2004 | Page 3 | 07/06/2004 | .8 |
| Conference with Kathy regarding the records | 09/03/2004 | Page 3 | 07/07/2004 | .1 |
| Email to Benj. Franklin clients | 09/03/2004 | Page 3 | 07/07/2004 | .2 |
| Conference with Elizabeth regarding tax material | 09/03/2004 | Page 3 | 07/27/2004 | .3 |
| Client meeting | 09/03/2004 | Page 3 | 07/29/2004 | 2.2 |
| Letter to tax group, editing letter | 09/03/2004 | Page 3 | 08/05/2004 | .5 |
| Fax to Ernie [block billing – time estimated] | 09/03/2004 | Page 3 | 08/06/2004 | .1 |
| Fax to Mitch [block billing – time estimated] | 09/03/2004 | Page 3 | 08/06/2004 | .1 |
| Collecting material [block billing – time estimated] | 09/03/2004 | Page 3 | 08/16/2004 | .1 |
| Letter to Suess re audit review. Jerry Young letter | 09/03/2004 | Page 3 | 08/16/2004 | .3 |
| Preparation for trip | 09/03/2004 | Page 3 | 08/16/2004 | .5 |
| Review merger approval, letter to Ernie | 09/03/2004 | Page 3 | 08/25/2004 | .2 |
| Review accounting documents, conference with Elizabeth | 09/03/2004 | Page 3 | 08/31/2004 | .3 |
| Review of tax file | 09/03/2004 | Page 4 | 03/22/2004 | 1.0 |
| Review McIntyre order, fax to clients | 09/03/2004 | Page 4 | 03/23/2004 | .1 |
| Review tax documents | 09/03/2004 | Page 4 | 03/23/2004 | .8 |
| Prepare for conference | 09/03/2004 | Page 4 | 04/09/2004 | .2 |
| Edit letters, fax to office [block billing - time estimated] | 09/03/2004 | Page 4 | 04/23/2004 | 1.0 |
| Fax to office [block billing - time estimated] | 09/03/2004 | Page 4 | 04/26/2004 | .1 |
| Long letter to Jerry Swain | 09/03/2004 | Page 4 | 04/26/2004 | .2 |
| Letter to Susan Rowe-Adler | 09/03/2004 | Page 4 | 05/01/2004 | .1 |
| Regarding agenda | 09/03/2004 | Page 4 | 05/11/2004 | 2.0 |

**FDIC Ex. 78**

# Summary of Willner Hours That Were Allowed and Paid by FDIC as Receiver but Could Have Been Disallowed (Excluding Calls)
(Entries reflect the order that they appear in each invoice, which are not always in strict chronological order)

| Entry | Invoice Date | Page # Blank=p.1 | Entry Date | Hrs |
|---|---|---|---|---|
| Review incoming emails | 09/03/2004 | Page 4 | 05/11/2004 | .1 |
| Review spreadsheet [block billing - time estimated] | 09/03/2004 | Page 4 | 05/14/2004 | .2 |
| Memo to Rachel regarding spreadsheet | 09/03/2004 | Page 4 | 05/15/2004 | .5 |
| Benj. Franklin to airport for trip to D.C., conference with tax group [appears to be 5.5 hrs. travel time billed at full rate] | 09/03/2004 | Page 4 | 05/17/2004 | 3.0 |
| Reviewing file on trip [appears to be additional 5 hrs of travel time – although work performed, a total of 10.5 hrs of travel time billed at full rate on same day] | 09/03/2004 | Page 4 | 05/17/2004 | 2.5 |
| Dinner conference with Rosemary | 09/03/2004 | Page 4 | 05/18/2004 | 1.0 |
| To airport for trip to Portland [block billing - time estimated] [travel time billed at full rate] | 09/03/2004 | Page 4 | 05/19/2004 | 5.0 |
| Regarding financial records | 09/03/2004 | Page 4 | 07/02/2004 | .1 |
| Letter to clients regarding meeting | 09/03/2004 | Page 5 | 07/15/2004 | .1 |
| Letter to DeNuss | 09/03/2004 | Page 5 | 07/15/2004 | .1 |
| Memo regarding file searches | 09/03/2004 | Page 5 | 07/16/2004 | .2 |
| Review conservator's request for bids | 09/03/2004 | Page 5 | 07/16/2004 | .3 |
| Memo to Rachel | 09/03/2004 | Page 5 | 07/17/2004 | .3 |
| Review Oakland Rader [sic] case | 09/03/2004 | Page 5 | 07/17/2004 | .5 |
| Review tax files | 09/03/2004 | Page 5 | 07/22/2004 | 1.8 |
| Memo to Elizabeth regarding documents to be found | 09/03/2004 | Page 5 | 07/23/2004 | .6 |
| Review tax file | 09/03/2004 | Page 5 | 07/23/2004 | 1.0 |
| First draft of client meeting agenda | 09/03/2004 | Page 5 | 07/24/2004 | .7 |
| Review tax documents | 09/03/2004 | Page 5 | 07/24/2004 | 1.0 |
| Correcting memo to Elizabeth re Benjamin Franklin files | 09/03/2004 | Page 5 | 07/24/2004 | .4 |
| Preparation of agenda for client meeting. Fax to Portland | 09/03/2004 | Page 5 | 07/25/2004 | 1.0 |
| Editing client letter | 09/03/2004 | Page 5 | 07/26/2004 | .1 |
| Memo to Rachel | 09/03/2004 | Page 5 | 08/09/2004 | .1 |
| Memo to Rachel | 09/03/2004 | Page 5 | 08/10/2004 | |
| Review of Jerry Young memo regarding audit | 09/03/2004 | Page 5 | 08/12/2004 | .1 |
| Draft letter to Suess | 09/03/2004 | Page 5 | 08/13/2004 | .4 |
| Letter to tax group | 09/03/2004 | Page 5 | 08/13/2004 | .4 |
| Memo to Fleischer regarding document search | 09/03/2004 | Page 5 | 08/15/2004 | .3 |
| Regarding brief. Response to Cavender | 09/03/2004 | Page 6 | 08/31/2004 | .5 |
| Conference with Elizabeth regarding exhibits | 11/21/2004 | | 09/01/2004 | .1 |
| Editing letter to clients | 11/21/2004 | | 09/07/2004 | .2 |
| Letter to shareholder | 11/21/2004 | Page 3 | 09/27/2004 | .1 |
| Review contract documents plus letter to Rossenau | 11/21/2004 | Page 3 | 10/02/2004 | 2.0 |
| Review letter to Lark | 11/21/2004 | Page 3 | 10/17/2004 | .1 |
| Edit letter to Smith and order documents | 01/05/2005 | | 11/16/2004 | .4 |
| Review website, fax to Rosemary [block billing – time estimated]] | 01/05/2005 | | 11/18/2004 | .3 |
| Long report letter to clients | 01/05/2005 | Page 2 | 11/24/2004 | .3 |

**FDIC Ex. 78**

# Summary of Willner Hours That Were Allowed and Paid by FDIC as Receiver but Could Have Been Disallowed (Excluding Calls)
(Entries reflect the order that they appear in each invoice, which are not always in strict chronological order)

| Entry | Invoice Date | Page # Blank=p.1 | Entry Date | Hrs |
|---|---|---|---|---|
| Editing letter to clients | 01/05/2005 | Page 2 | 11/29/2004 | .2 |
| Conference with Elizabeth regarding records needed | 01/05/2005 | Page 2 | 11/29/2004 | .1 |
| Editing letter to clients, locating exhibits to letter | 01/05/2005 | Page 2 | 11/30/2004 | .4 |
| Meeting with McIntyre | 01/05/2005 | Page 2 | 11/30/2004 | 1.3 |
| Conference with Jerry young regarding application | 01/05/2005 | Page 2 | 12/03/2004 | .5 |
| Regarding application for fund | 01/05/2005 | Page 2 | 12/03/2004 | .2 |
| Review draft affidavit for application | 01/05/2005 | Page 2 | 12/03/2004 | .2 |
| Edit proof of claim | 01/05/2005 | Page 2 | 12/08/2004 | .4 |
| Review application | 01/05/2005 | Page 2 | 12/09/2004 | .1 |
| Review contribution return application | 01/05/2005 | Page 3 | 12/10/2004 | .5 |
| Revize [sic] Olga Johnson letter | 01/05/2005 | Page 3 | 12/23/2004 | .1 |
| Travel to Washington DC for meetings with co-counsel and FDIC [entire 5.9 hrs. travel time billed at full rate] | 01/05/2005 | Page 3 | 11/05/2004 | 3.0 |
| Preparation of website [block billing - time estimated] | 01/05/2005 | Page 3 | 11/09/2004 | .2 |
| Return to Portland including working on plane on application for reimbursement of contributions [entire 8.5 hrs travel time billed at full rate for – and work appears to be on Goodwill Case] | 01/05/2005 | Page 3 | 11/09/2004 | 8.5 |
| Memo to Rachel regarding Weight | 01/05/2005 | Page 3 | 11/16/2004 | .1 |
| Editing letters to Smith and Krivaka [block billing - time estimated] | 01/05/2005 | Page 3 | 11/20/2004 | .6 |
| Regarding Sen. Smith letter.  Letter to Kirara.  Memo to Rachel and faxing | 01/05/2005 | Page 3 | 11/21/2004 | 1.2 |
| E-mail to Jennie.  Letter to Jennie.  Deliver draft of Smith letter to Jennie | 01/05/2005 | Page 3 | 11/21/2004 | 1.0 |
| Letters to shareholders | 01/05/2005 | Page 3 | 12/19/2004 | .5 |
| Additional letters to shareholders | 01/05/2005 | Page 3 | 12/19/2004 | .3 |
| Conference with Elizabeth regarding Benjamin Franklin case captions, memo to Jennie | 05/03/2005 | | 01/20/2005 | .2 |
| Shareholder letters | 05/03/2005 | | 01/20/2005 | .2 |
| Report to clients | 05/03/2005 | | 01/20/2005 | .3 |
| Letter to Rothrock | 05/03/2005 | | 01/25/2005 | .1 |
| Letter to accountants for capital | 05/03/2005 | | 01/25/2005 | .2 |
| Checking on Rothrock ownership | 05/03/2005 | | 01/26/2004 | .1 |
| Preparation of letter to First Washington Corporation . . . fax text to Jennie [block billing - time estimated] | 05/03/2005 | | 02/16/2005 | 1.8 |
| Letter to Naylor | 05/03/2005 | Page 2 | 03/29/2005 | .1 |
| Draft letter to Senator Smith | 05/03/2005 | Page 2 | 03/29/2005 | .2 |
| Lunch conference with Dale Weight | 05/03/2005 | Page 2 | 03/29/2005 | 1.0 |
| Preparation of letter to Senator Smith | 05/03/2005 | Page 2 | 04/15/2004 | .7 |
| Two shareholder letters | 05/03/2005 | Page 2 | 01/02/2005 | .2 |

**FDIC Ex. 78**

# Summary of Willner Hours That Were Allowed and Paid by FDIC as Receiver but Could Have Been Disallowed (Excluding Calls)

(Entries reflect the order that they appear in each invoice, which are not always in strict chronological order)

| Entry | Invoice Date | Page # Blank=p.1 | Entry Date | Hrs |
|---|---|---|---|---|
| Letter to Rosemary Stewart regarding Senator Smith | 05/03/2005 | Page 2 | 01/02/2005 | .3 |
| Letter to Englund | 05/03/2005 | Page 2 | 01/17/2005 | .1 |
| Letter to Rothrock (stockholder) | 05/03/2005 | Page 2 | 02/01/2005 | .1 |
| Letter to Dale Weight | 05/03/2005 | Page 2 | 02/08/2005 | .1 |
| Letter to Jones | 05/03/2005 | Page 2 | 02/08/2005 | .1 |
| Review memo regarding role of counsel | 05/03/2005 | Page 3 | 02/18/2005 | .1 |
| Editing letter to Rosemary regarding brief | 05/03/2005 | Page 3 | 02/21/2005 | .1 |
| Briefing Jennifer Painter on case | 05/03/2005 | Page 3 | 02/24/2005 | 1.5 |
| Report letter to clients | 05/03/2005 | Page 3 | 02/24/2005 | .2 |
| Reviewing, signing, plus cover memo for Suess v. FDIC status report | 05/03/2005 | Page 3 | 03/08/2005 | .2 |
| Letter to Hindes | 05/03/2005 | Page 3 | 03/08/2005 | .1 |
| Report letter to plaintiffs | 05/03/2005 | Page 3 | 03/08/2005 | .2 |
| Letter to clients | 05/03/2005 | Page 4 | 04/02/2005 | .2 |
| Letter to shareholder, Margaret Hull | 05/03/2005 | Page 4 | 04/03/2005 | .1 |
| Review memo on role of counsel | 05/03/2005 | Page 4 | 04/11/2005 | .2 |
| Memo to Jennifer regarding Dale Weight letter | 05/03/2005 | Page 4 | 04/16/2005 | .1 |
| Reviewing letter to Senator Smith | 05/03/2005 | Page 4 | 04/18/2005 | .2 |
| Review memo from Arnold & Porter | 06/17/2005 |  | 05/19/2005 | .1 |
| Review and edit claims court brief | 06/17/2005 | Page 2 | 05/23/2004 | 1.5 |
| Three shareholder letters | 06/30/2005 |  | 06/01/2005 | .3 |
| Reports to Green and McIntyre | 06/30/2005 |  | 06/22/2005 | .4 |
| Long report to McIntyre | 06/30/2005 |  | 06/02/2005 | .4 |
| Review new emails | 06/30/2005 |  | 06/02/2005 | .2 |
| Two shareholder letters | 06/30/2005 | Page 2 | 06/24/2005 | .2 |
| Review FDIC claims process | 06/30/2005 | Page 2 | 06/27/2005 | .2 |
| Edit client letter | 06/30/2005 | Page 2 | 06/27/2005 | .3 |
| Letter to Dale Weight regarding Senator Smith | 06/30/2005 | Page 2 | 06/30/2005 | .2 |
| Review Baker proposed website | 08/10/2005 |  | 07/03/2005 | .1 |
| Letter to Gary Hindes | 08/10/2005 |  | 07/03/2005 | .4 |
| Letter to Don McIntyre regarding Mike Thorne | 08/10/2005 |  | 07/05/2005 | .6 |
| Edit letter to Gary Hindes, website [block billing - time estimated] | 08/10/2005 | Page 2 | 07/06/2005 | .3 |
| Editing letters and website | 08/10/2005 | Page 2 | 07/06/2005 | .1 |
| Preparation of second draft letter to Gill [double billing of same entry on same day] | 08/10/2005 | Page 2 | 07/08/2005 | .4 |
| Review incoming e-mails | 08/10/2005 | Page 2 | 07/14/2005 | .5 |
| Review law case | 08/10/2005 | Page 2 | 07/19/2005 | .3 |
| Review memo regarding interest | 08/10/2005 | Page 2 | 07/20/2005 | .2 |
| Review second draft of interest payment letter and leave message for Rosemary Stewart | 08/10/2005 | Page 3 | 07/21/2005 | .4 |
| Review Rosemary Stewart's memo . . . message to Jennifer Painter to set up conference call [block billing - time estimated] | 08/10/2005 | Page 3 | 07/21/2005 | .3 |
| Arranging conference call | 08/10/2005 | Page 3 | 07/21/2005 | .5 |
| Review records [block billing - time estimated] | 08/10/2005 | Page 3 | 07/21/2005 | .2 |
| . . .fax to Jennifer Painter [block billing - time estimated] | 08/10/2005 | Page 3 | 07/29/2005 | .1 |

# Summary of Willner Hours That Were Allowed and Paid by FDIC as Receiver but Could Have Been Disallowed (Excluding Calls)

(Entries reflect the order that they appear in each invoice, which are not always in strict chronological order)

| Entry | Invoice Date | Page # Blank=p.1 | Entry Date | Hrs |
|---|---|---|---|---|
| . . .fax corrected copy to Jennifer Painter [block billing - time estimated] | 09/05/2005 | | 07/27/2005 | .1 |
| Conference with clients | 09/05/2005 | | 08/30/2005 | 5.5 |
| Fax documents to Rosemary Stewart | 09/05/2005 | | 08/01/2005 | .1 |
| Arranging fax to Rosemary Stewart and Jerry Young | 09/05/2005 | | 08/07/2005 | .1 |
| Letter to David Markowitz | 09/05/2005 | Page 2 | 08/10/2005 | 1.0 |
| Prepare for phone call with Jerry Young and Rosemary Stewart;; letter scheduling telephone conference | 09/05/2005 | | 08/12/2005 | 1.5 |
| Long letter to clients regarding pending matters | 09/05/2005 | | 08/28/2005 | 2.5 |
| Delivering material to Jennifer Painter | 09/05/2005 | Page 3 | 08/29/2005 | .4 |
| Review incoming shareholder email | 11/04/2005 | | 10/05/2005 | .1 |
| Letter to clients | 11/04/2005 | | 10/06/2005 | .3 |
| Letter to Markowitz | 11/04/2005 | Page 2 | 09/16/2005 | .2 |
| Edit District of Oregon report | 11/04/2005 | Page 2 | 09/23/2004 | .1 |
| Review memo from Jennifer Painter | 11/04/2005 | Page 2 | 10/20/2005 | .1 |
| Letter to clients and email to office | 11/04/2005 | Page 2 | 10/21/2005 | .7 |
| Edit letter to clients, fax to Jennifer, review final draft | 12/09/2005 | | 11/08/2005 | .6 |
| . . . press conference regarding settlement [block billing - time estimated] | 12/09/2005 | | 11/17/2005 | .5 |
| Long memo to clients | 12/09/2005 | Page 2 | 11/04/2005 | .8 |
| Conference with Jennifer Painter | 12/09/2005 | Page 2 | 11/18/2005 | .2 |
| Review shareholder letters | 12/09/2005 | Page 2 | 11/23/2005 | .1 |
| Letter to four shareholders | 12/09/2005 | Page 2 | 11/25/2005 | .5 |
| Letter to Don McIntyre with lengthy enclosures | 12/09/2005 | Page 2 | 11/30/2005 | 1.7 |
| Review Jerry Young letter and computations | 01/12/2006 | Page 2 | 12/07/2005 | .1 |
| To Jennifer Painter's to review website, sign letter to Richard Gill | 01/12/2006 | Page 2 | 12/12/2005 | .6 |
| Letter to shareholder | 01/12/2006 | Page 2 | 12/23/2005 | .1 |
| Review shareholder letters | 01/12/2006 | Page 2 | 12/27/2005 | .1 |
| Two shareholder letters | 01/12/2006 | Page 2 | 12/29/2005 | .2 |
| Letter to Jennifer Painter | 01/12/2006 | Page 3 | 12/29/2005 | .1 |
| Review of proposed inclusion in website | 01/12/2006 | Page 3 | 12/30/2005 | .1 |
| Review Rosemary Stewart's memo regarding interest | 02/20/2006 | | 01/04/2006 | .1 |
| Memo to Jennifer Painter | 02/20/2006 | | 01/09/2006 | .1 |
| Review Rosemary Stewart material | 02/20/2006 | Page 2 | 01/10/2006 | .2 |
| Regarding e-mail from Rosemary Stewart | 02/20/2006 | Page 2 | 01/17/2006 | .1 |
| Conference with Don Willner, Rosemary Stewart, Jerry Young | 02/20/2006 | Page 2 | 01/23/2006 | .7 |
| Review files [block billing - time estimated] | 02/20/2006 | Page 2 | 01/26/2006 | .2 |
| Letter to Dale Weight | 02/20/2006 | Page 2 | 01/26/2006 | 1.4 |
| E-mails from Peter Baker | 02/20/2006 | Page 2 | 01/27/2006 | .1 |
| Review correspondence | 02/20/2006 | Page 2 | 01/28/2006 | .2 |
| Long letter to Randall | 02/20/2006 | Page 2 | 01/31/2006 | .5 |
| Editing FDIC letter to shareholders for website | 03/28/2006 | | 02/21/2006 | .4 |
| Memo to Jennifer Painter | | | 02/22/2006 | .2 |

# Summary of Willner Hours That Were Allowed and Paid by FDIC as Receiver but Could Have Been Disallowed (Excluding Calls)

(Entries reflect the order that they appear in each invoice, which are not always in strict chronological order)

| Entry | Invoice Date | Page # Blank=p.1 | Entry Date | Hrs |
|---|---|---|---|---|
| Edit Randall letter, memo to Jennifer Painter regarding letter, enclosure, and client letter | 03/28/2006 | | 02/01/2006 | .8 |
| Edit Randall letter | 03/28/2006 | | 02/01/2006 | .1 |
| Work with Alison Geist regarding supplemental fee petition [block billing - time estimated] | 03/28/2006 | | 02/02/2006 | .3 |
| Letter to Richard Gill and Fourth Supplemental Fee Petition | 03/28/2006 | | 02/03/2006 | .4 |
| Regarding status report in Portland case, review draft, attempt to reach Richard Gill, finalize and mail | 03/28/2006 | | 02/10/2006 | .5 |
| Letter to Richard Gill regarding schedule, fax to Gill | 03/28/2006 | Page 2 | 02/12/2006 | 1.5 |
| Preparation of letter to Burke, fax to Rosemary Stewart [block billing - time estimated] | 03/28/2006 | Page 2 | 02/13/2006 | 1.3 |
| Review and respond to shareholder letters | 03/28/2006 | Page 2 | 02/14/2006 | .5 |
| Edit website notice of FDIC, fax to Rosemary Stewart | 03/28/2006 | Page 2 | 02/16/2006 | .3 |
| Retainer letter to Stouck | 03/28/2006 | Page 2 | 02/23/2006 | .7 |
| Memo to Alison Geist | 03/28/2006 | Page 2 | 02/23/2006 | .1 |
| Faxes for Jennifer Painter | 05/10/2006 | | 03/27/2006 | .2 |
| Regarding website –memo to Peter Baker | 05/10/2006 | | 03/30/2006 | .4 |
| Letter to Glinsmann | 05/10/2006 | | 04/28/2006 | .4 |
| Flight to Chicago and Baltimore to Washington, D.C., work on Benjamin Franklin case on plane with clients, and dinner conference [12 hrs block billing including travel time - time estimated – 2 hours disallowed for excessive dinner meeting] | 05/10/2006 | | 05/01/2006 | 6.0 |
| Fly back to Portland, OR.  Preparation of documents for client conference [entire 10.5 hrs. travel time billed at full rate] | 05/10/2006 | | 05/03/2006 | 5.0 |
| Memo to Jennifer Painter | 05/10/2006 | Page 2 | 03/06/2006 | .1 |
| . . . Prep of website [block billing - time estimated] | 05/10/2006 | Page 2 | 03/10/2006 | .2 |
| Review earlier hearing transcript | 05/10/2006 | Page 2 | 03/12/2006 | 1.0 |
| Prep for letter to Richard Gill and editing | 05/10/2006 | Page 2 | 03/16/2006 | .6 |
| Four shareholder letters | 05/10/2006 | Page 2 | 03/20/2006 | .4 |
| Review newspaper article, memo to clients | 05/10/2006 | Page 2 | 03/22/2006 | .6 |
| Letter to Rosemary Stewart | 05/10/2006 | Page 3 | 03/25/2006 | .3 |
| Letter to Glinsmann regarding Litigation fund | 05/10/2006 | Page 3 | 03/25/2006 | .9 |
| Memo to Jennifer Painter | 05/10/2006 | Page 3 | 03/25/2006 | .3 |
| Shareholder letters | 05/10/2006 | Page 3 | 03/30/2006 | .3 |
| Letter to co-counsel | 05/10/2006 | Page 3 | 03/31/2006 | .2 |
| Locating typist . . . maintenance of data base for arranging typing and mailing [block billing - time estimated] | 05/10/2006 | Page 3 | 03/31/2006 | 1.2 |
| Dictation of shareholder letters | 05/10/2006 | Page 3 | 04/02/2006 | .3 |
| Review of shareholder responses | 05/10/2006 | Page 3 | 04/06/2006 | .3 |

## Summary of Willner Hours That Were Allowed and Paid by FDIC as Receiver but Could Have Been Disallowed (Excluding Calls)

(Entries reflect the order that they appear in each invoice, which are not always in strict chronological order)

| Entry | Invoice Date | Page # Blank=p.1 | Entry Date | Hrs |
|---|---|---|---|---|
| To Jennifer Painter's with Benjamin Franklin memo | 05/10/2006 | Page 3 | 04/06/2006 | .4 |
| Review client letter | 05/10/2006 | Page 3 | 04/21/2006 | .2 |
| Review incoming e-mails | 05/10/2006 | Page 3 | 04/21/2006 | .2 |
| . . . review letters from Jerry Young, letter to Glinsman [sic] [block billing - time estimated] | 05/10/2006 | Page 3 | 04/24/2006 | .6 |
| Completing website – fax to Baker and McIntyre [block billing - time estimated] | 05/10/2006 | Page 4 | 04/25/2006 | .3 |
| . . . prep addition to web site [block billing - time estimated] | 05/10/2006 | Page 4 | 04/25/2006 | .2 |
| Locating and faxing pages to Rosemary Stewart | 05/10/2006 | Page 4 | 04/25/2006 | .1 |
| Conference with Jennifer Painter | 05/10/2006 | Page 4 | 04/28/2006 | .1 |
| Memo to Rosemary Stewart | 05/10/2006 | Page 4 | 04/30/2006 | .8 |
| Edit letter to shareholder and clients, fax to Jennifer Painter | 05/10/2006 | Page 4 | 05/04/2006 | .5 |
| . . . Work on report to shareholders [block billing - time estimated] | 05/10/2006 | Page 4 | 05/05/2006 | 1.0 |
| | | | **Total** | **94** |

**FDIC Ex. 78**