# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WINSTON & STRAWN LLP,** )<br><br>and )<br><br>**DON S WILLNER & ASSOCIATES, P.C.** )<br><br>and )<br><br>**BLACKWELL SANDERS PEPER MARTIN** )<br>and )<br>**ERNEST M. FLEISCHER** )<br><br>Consolidated Plaintiffs, )<br><br>v. )<br><br>**FEDERAL DEPOSIT INSURANCE** )<br>**CORPORATION, AS RECEIVER FOR** )<br>**THE BENJ. FRANKLIN FS&LA,** )<br>**PORTLAND, OREGON** )<br><br>Defendant. )<br>) | Civil Case No. 06-01120 (EGS)<br><br>[Consolidated with No. 06-01227 (EGS) and No. 06-01273 (EGS)] |

## ORDER

The Court takes up the Motion For An Order Clarifying What Evidence May Be Presented At Trial filed on June 23, 2008, by plaintiffs Blackwell Sanders Peper Martin, LLP and Ernst M. Fleischer. For the reasons stated in the Motion, the Motion is GRANTED. This Court's prior Order denying summary judgment does not preclude plaintiffs from presenting argument and evidence at trial in an effort to convince the Court that the percentage-of-the-fund method applies to the fee award under the facts and circumstances of this case.

IT IS SO ORDERED.

Dated: _____    _____

Emmet G. Sullivan
United Stated District Judge

KC-1623749-1