**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **WINSTON & STRAWN LLP,** ) | |
| ) | |
| and ) | |
| ) | |
| **DON S WILLNER & ASSOCIATES, P.C.** ) | |
| ) | |
| and ) | |
| ) | |
| **BLACKWELL SANDERS PEPER MARTIN** ) | |
| and ) | Civil Case No. 06-01120 (EGS) |
| **ERNEST M. FLEISCHER** ) | |
| ) | [Consolidated with No. 06-01227 |
| Consolidated Plaintiffs, ) | (EGS) and No. 06-01273 (EGS)] |
| ) | |
| v. ) | |
| ) | |
| **FEDERAL DEPOSIT INSURANCE** ) | |
| **CORPORATION, AS RECEIVER FOR** ) | |
| **THE BENJ. FRANKLIN FS&LA,** ) | |
| **PORTLAND, OREGON** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**INDEX OF ATTACHMENTS TO REPLY BRIEF IN SUPPORT OF THE
BLACKWELL PLAINTIFFS' MOTION FOR AN ORDER CLARIFYING
WHAT EVIDENCE MAY BE PRESENTED AT TRIAL**

Exhibit E - Deposition of Richard Gill taken Jan. 17, 2007 (excerpt only: pages 10-13)

Proposed Order