EXHIBITS TO REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
OF DON S. WILLNER & ASSOCIATES, P.C.

(Exhibits A through CC are attached to the Summary Judgment Motion
and the exhibit numbers continue sequentially)

| | | |
|---|---|---|
| Exhibit DD | - | New Declaration of David Markowitz |
| Exhibit EE | - | Declaration of Angel Lopez |
| Exhibit FF | - | Declaration of N. Robert Stoll |
| Exhibit GG | - | Declaration of Donald McIntyre |
| Exhibit HH | - | Excerpt from Fleischer's fee petition |
| Exhibit II | - | Excerpt from Siegfried Group's fee petition |
| Exhibit JJ | - | Declaration of Don S. Willner |
| Exhibit KK | - | Excerpt from Winston & Strawn, LLP time records |
| Exhibit LL | - | Declaration of Richard A. Green |
| Exhibit MM | - | Excerpt from Buchanan deposition |