# DECLARATION OF ANGEL LOPEZ IN SUPPORT OF FEE DECLARATION OF DON S. WILLNER

State of Oregon )
) ss
County of Multnomah )

I, Angel Lopez, having been duly sworn to hereby state as follows: I am an attorney in active practice in the State of Oregon. I have been engaged in the practice of law since 1982. My area of expertise is Criminal Defense. My law partner, Wendy Squires has been an active practitioner since 1978. Her area of practice is plaintiff's personal injury.

I am an "AV" rated attorney by Martindale-Hubbell, a past president of the Oregon State Bar and recently was awarded the Justice Paul Demuniz award for professionalism by the Oregon Hispanic Bar. Justice Demuniz is the chief justice of the Oregon Supreme Court.

I have a great deal of trial experience. I have worked with a wide spectrum of attorneys. While I consult regularly with my partner about her personal injury cases, I rarely venture into civil trial practice.

One notable exception was the case of Ek Pat v. Columbia Edgewater. The Ek Pat case was an employment discrimination/tort matter involving several plaintiffs. I mention this case as I was invited to take part in it by lead counsel Don Willner. I accepted this case because the facts were intriguing, the legal concepts challenging but mostly because Don Willner was lead counsel. I had known of his legal reputation for years and jumped at the chance to try a case with one who has a statewide reputation as a "lawyer's lawyer".

The energy, preparation, advocacy and skill with which Don approached and conducted the trial were to me incredible. Even though I considered myself an accomplished trial attorney, my experience with Don made me that much better.

Don's particular strength is breaking down and effectively arguing complex and unique

PAGE 1 - AFFIDAVIT OF ANGEL LOPEZ

legal principles. He is as persuasive as he is persistent. I will forever hold Don up as one of the absolute best attorneys I have ever had the pleasure of working with. He is worthy of the trust of anyone with a complex legal matter.

Given his extensive experience and ability, I would have to agree with Don that an hourly fee of $450 on the Ben Franklin litigation is reasonable.

All the above is true to the best of my knowledge and ability.

Angel Lopez, #79078
Attorney at Law
Bar #79078



SUBSCRIBED AND SWORN to before me this 12 day of August, 2008.

Notary Public for Oregon

PAGE 2 - AFFIDAVIT OF ANGEL LOPEZ

Squires & Lopez, P.C.
1250 American Bank Building
621 S.W. Morrison Street
Portland, Oregon 97205
(503) 241-4708