UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| WINSTON & STRAWN LLP, <br><br> and <br><br> DON S. WILLNER & ASSOCIATES, P.C. <br><br> and <br><br> BLACKWELL SANDERS PEPER MARTIN <br><br> and <br><br> ERNEST M. FLEISCHER <br><br>         Consolidated Plaintiffs, <br><br>         v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR THE BEN J. FRANKLIN FS&LA, PORTLAND OREGON <br><br>         Defendant. | Case No. 06-01120 (EGS) <br><br> [Consolidated with No. 06-01227 (EGS) and No. 06-1273 (EGS)] <br><br> **DECLARATION OF N. ROBERT STOLL IN SUPPORT OF FEE APPLICATION OF DON S. WILLNER** |

I, N. Robert Stoll, declare under penalty of perjury as follows:

1. I am the founder and chairman of the Portland, Oregon law firm, StollBerne, and have been practicing law since 1969, primarily in the area of complex business, class action, and environmental litigation, in state and federal courts in Oregon and throughout the western United States. Prior to going into private practice, I was the law clerk to the Hon. Arno Denecke on the

{SSBLS Main Documents\9999\001\00174556-1 }

Page 1 -**DECLARATION OF N. ROBERT STOLL IN SUPPORT OF FEE APPLICATION OF DON S. WILLNER**

Oregon Supreme Court. I am a 1968 graduate of the Harvard Law School, and a 1964 graduate [cum laude] of the University of Wisconsin.

2. For several years I have been rated highly by *Best Lawyers in America, Superlawyers, Chambers*, and I have an "AV" by Martindale Hubbell Law Directory. I have received various awards from the Oregon State Bar, and the Distinguished Trial Lawyer Award from the Oregon Trial Lawyers Association. I have published several law review, and other articles and a book on law.

3. Over the last 39 years I have tried in excess of 150 cases. I am also quite familiar with attorney Don Willner, and have known him since before I entered law school. He has a stellar reputation as a formidable and skillful litigator; certainly, in the instant litigation he has proven his reputation to be accurate.

4. I am quite familiar with the billing rates of attorneys in the Portland Oregon metropolitan area. On several occasions I have been qualified as an expert witness on attorney fee issues, in Oregon courts and in the U.S. District Court for Oregon. Most of my cases are referred to me by other attorneys; other cases involve business clients who regularly retain lawyers: as a result, my billing rates are therefore reviewed by other attorneys and knowledgeable clients. I cannot recall any attorney or client that has objected to my billing rate. In addition, although I have had state and federal courts in Oregon and elsewhere approve fee requests I have made on occasion, I cannot recall a court determining that my billing rates were excessive. I would estimate that approximately 30 to 40% of the cases I handle are done on a strictly hourly fee basis, whereby my fees are paid regularly without regard to whether or not there is a favorable outcome. My current hourly rate in Portland Oregon is $480 per hour, and is regularly paid by my hourly fee clients.

{SSBLS Main Documents\9999\001\00174556-1 }

Page 2 -**DECLARATION OF N. ROBERT STOLL IN SUPPORT OF FEE APPLICATION OF DON S. WILLNER**

5.  I believe the hourly rate of Don Willner of $450 is reasonable in Portand Oregon for a lawyer with the skill and experience of Mr. Willner.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the State of Oregon and the United States of America.

Dated this 14 day of August, 2008

_____
N. Robert Stoll

{SSBLS Main Documents\9999\001\00174556-1 }

Page 3 -**DECLARATION OF N. ROBERT STOLL IN SUPPORT OF FEE APPLICATION OF DON S. WILLNER**