## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WINSTON & STRAWN LLP,<br><br>and<br><br>DON S WILLNER & ASSOCIATES, P.C.<br><br>and<br><br>BLACKWELL SANDERS PEPER MARTIN<br>and<br>ERNEST M. FLEISCHER<br><br>Consolidated Plaintiffs,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE<br>CORPORATION, AS RECEIVER FOR<br>THE BENJ. FRANKLIN FS&LA,<br>PORTLAND, OREGON<br><br>Defendant. | Civil Case No. 06-01120 (EGS)<br><br>[Consolidated with No. 06-01227<br>(EGS) and No. 06-01273 (EGS)] |

## DECLARATION OF DONALD H. McINTYRE

I, Donald H. McIntyre, declare under penalty of perjury under the laws of the United States and the State of Oregon that the following is true and correct to the best of my knowledge and belief.

1. I am a proposed plaintiff in the motion to intervene filed in the tax settlement case, and a plaintiff in the Claims Court case, as well as the former Executive Vice President of Benj. Franklin.

2. Dr. G. Dale Weight, former CEO of Benj. Franklin, our attorney, Don Willner and I took the plane together to attend the Fairness Hearing in this Court.

3. We spent the entire trip discussing and planning for matters that could arise in the Fairness Hearing.

Executed this 21st day of August, 2008 in Oregon.

*/s/ Donald H. McIntyre*
Donald H. McIntyre

Motion for Summary Judgment – Willner -
06-01120 (EGS)