Case 1:06-cv-01120-EGS   Document 53-7   Filed 08/25/2008   Page 1 of 2
Case 1:06-cv-01120-EGS   Document 51-40   Filed 07/23/2008   Page 4 of 11

## 2002

| Date | Hours | Description |
|---|---|---|
| 07-02-02 | .8 | Call from JRS and DSW re BF tax case |
| 07-03-02 | .5 | Call from JRS and DSW re BF tax case |
| 08-09-02 | .3 | Call from DSW re BF tax matter |
| 08-14-02 | 2.6 | Review of letter from DSW and call from DSW re BF tax matter; related research |
| 08-16-02 | .6 | Call from DSW re BF tax matter |
| 08-21-02 | 1.4 | Conference call with DSW and DC attys re tax case |
| 08-23-02 | .1 | Call to DSW re BF tax matter |
| 08-26-02 | .4 | Call with DSW re BF tax matter |
| 08-28-02 | .5 | Call with JRS re BF tax matter |
| 09-05-02 | 2.2 | Call with DSW re BF tax matter; preparation of memo re same |
| 09-06-02 | .3 | Call with DSW re BF tax matter |
| 09-10-02 | 1.4 | Draft letter to DSW re BF tax matter |
| 09-12-02 | .5 | Calls with DSW re Answer to IRS complaint |
| 09-13-02 | .1 | Call from DSW re motion documents |
| 09-17-02 | 3.0 | Call from DSW re BF tax matter and review of attachments |
| 09-22-02 | 4.6 | Partial preliminary review of materials received from DSW |
| 09-23-02 | 5.8 | Final preliminary review of materials received from DSW |
| 10-14-02 | .7 | Conf call with DSW and others re BF tax matters |
| 10-21-02 | .8 | Conf call with DSW and Scheiffer |
| 10-23-02 | 3.2 | Review and analysis of BF's 1985-1995 tax return summaries prepared by RC; calls from DSW re BF tax matter |
| 10-25-02 | 2.6 | Analysis of RC's spreadsheet; conf call with DSW, RS and RC |
| 10-28-02 | 1.3 | Call to DSW and conf call re BF tax matter |
| 10-30-02 | .2 | Call with DSW re BF tax matter |
| 11-01-02 | .2 | Call from DSW re BF tax matter |
| 11-04-02 | .6 | Conf call with RS and others re BF tax matter |
| 11-08-02 | 7.3 | Review and analysis of RC's spreadsheet comparing various tax positions; call from DSW re BF tax matter; related research |
| 11-09-02 | .3 | Call from DSW re research sent by facsimile |
| 11-12-02 | 2.3 | Review of RC's revised spreadsheet; conf call with RS and others re BF tax matter |
| 11-18-02 | 11.3 | Travel from Phoenix, Az. to Washington, D.C.; meeting with tax group in D.C. to prepare for meeting with FDIC and IRS |
| 11-19-02 | 12.6 | Prepare for and meet with tax group, FDIC and IRS; return to Phoenix from D.C.; Conf with DSW and RS re BF tax matter |
| 11-20-02 | .2 | Call to DSW re BF tax matter |

FDIC Ex. 58

| Date | Hours | Description |
|---|---|---|
| 05-15-04 | .2 | Review of email and attached memo from DSW |
| 05-17-04 | 8.3 | Travel from KC to DC for meeting with tax group and prepare for meeting with government by file review. |
| 05-18-04 | 10.3 | Preparation for and meeting with tax group and government representatives; return to KC from DC |
| 05-20-04 | .2 | |
| 05-26-04 | | |
| 05-27-04 | | |
| 05-23-04 | | |
| 06-02-04 | | |
| 06-07-04 | | |
| 06-11-04 | | |
| 06-16-04 | | |
| 06-23-04 | | |
| 07-20-04 | | |
| 07-22-04 | | |
| 07-27-04 | 1. | |
| 08-05-04 | | |
| 08-08-04 | | |
| 08-10-04 | .1 | |
| 08-11-04 | .2 | |
| 08-12-04 | 7.2 | attachments; preparation of memo (and related research) on taxing a loan under the 16th Amendment; call from DSW; review of MM email and attachment. |
| 08-13-04 | .2 | Review of emails from RS and DSW's secretary; messages to DSW re BF tax matters |
| 08-17-04 | 4.4 | Travel from Hanover, N.H. to DC for meetings with tax group and government |
| 08-18-04 | 12.5 | Meetings with tax group, dinner conference and phone conferences all re BF tax matters. |
| 08-19-04 | 10.6 | Meetings with FDIC and tax group; conferences with RS and DSW; return to Hanover, N.H. |
| 08-22-04 | .2 | Call to DSW re BF tax matters |

*Handwritten annotation:* "Disallow 4.5 hours for dinner"