

# THE SIEGFRIED GROUP, LLP
*Professional Service Partners*

CORPORATE HEADQUARTERS
1201 MARKET STREET • SUITE 700
WILMINGTON, DELAWARE 19801

TELEPHONE 302.984.1800
FAX 302.984.1811
www.siegfriedgroup.com

SUBSIDIARIES:
SIEGFRIED & SCHIEFFER, LLC
*CPA Services*

SIEGFRIED RESOURCES, LLC
*Accounting & Financial Professionals*

SIEGFRIED CONSULTING, LLC
*Strategic Advisors*

Don S. Willner Associates, PC
630 Sunnyside Road
Trout Lake, WA 98650

Date: 07/31/2005
Client No: 00071

FEE BILLING FOR PROFESSIONAL TAX/CONSULTING SERVICES RENDERED from October 1, 2002 through December 6, 2004 with respect to the Benj. Franklin Fund per our engagement letter.

Services provided by:

WHS    William H. Schieffer, CPA, MT
        President & COO

RBC    Randi B. Cohn, JD, LLM, CPA
        Tax Manager

Fees are billed at an hourly rate based on the actual hours worked by the different level personnel at standard rates applicable to each.

Fees for services

|  |  | Hours | Rate | Total | Discount | Amount Billed | Detail |
|---|---|---|---|---|---|---|---|
| RBC | 01-Oct-02 | 3.2 | 200 | $640.00 | ($93.67) | $ 546.33 | Review case files to analyze 1990 filings for Benj franklin fund- and ffa loan money received and reported on tax return. |
| RBC | 02-Oct-02 | 4 | 200 | $800.00 | ($47.90) | $ 752.10 | Analyze back years re 1990 filing and amended returns and draft memo re results. |
| RBC | 03-Oct-02 | 1.5 | 200 | $300.00 | ($17.96) | $ 282.04 | Memo re Benj Franklin Fund |
| WHS | 07-Oct-02 | 1.5 | 275 | $412.50 | ($60.37) | $ 352.13 | regarding benj. franklin matter. review randi's memo and conclusion of revised 1990, effect on nol cb and cf. discuss same with d willner and g hindes. |
| RBC | 07-Oct-02 | 0.6 | 200 | $120.00 | ($7.19) | $ 112.81 | Benj Franklin Fund- 1990 issue |
| WHS | 14-Oct-02 | 1.3 | 275 | $357.50 | ($52.32) | $ 305.18 | review latest documents from willner, conf call with willner, ernie, and rosemary to discuss return positions, review also the goodwill loss from 1990. |
| RBC | 14-Oct-02 | 2.3 | 200 | $460.00 | ($27.54) | $ 432.46 | Benj Franklin Fund- Review transcripts and old returns for ffa funding issue. |
| RBC | 14-Oct-02 | 0.7 | 200 | $140.00 | ($8.38) | $ 131.62 | Benj Franklin Fund- conference call with client. |
| RBC | 15-Oct-02 | 1.4 | 200 | $280.00 | ($16.77) | $ 263.23 | benj franklin fund- read through depositions for information on goodwill write off |
| RBC | 17-Oct-02 | 0.8 | 200 | $160.00 | ($9.58) | $ 150.42 | Benj Franklin Fund- review new info that came in; Phone discussion with Don Willner. |
| RBC | 18-Oct-02 | 3.4 | 200 | $680.00 | ($40.72) | $ 639.28 | Benj Franklin Fund- Read through depositions and documents sent by attorney re failed Thrift and treatment of FFA Income. |
| WHS | 21-Oct-02 | 1 | 275 | $275.00 | ($40.25) | $ 234.75 | tc with willner, fleischer re ffa nd goodwill write off. develop to do list of what needs to be done. |
| RBC | 21-Oct-02 | 1 | 200 | $200.00 | ($11.98) | $ 188.02 | Benj Franklin Fund- conference call with Don Willner and Ernie Fleischer. |
| RBC | 21-Oct-02 | 4 | 200 | $800.00 | ($47.90) | $ 752.10 | Benj Franklin Fund- Preparation of schedule re tax consequences of changing 1990 tax return. |
| WHS | 22-Oct-02 | 0.5 | 275 | $137.50 | ($20.12) | $ 117.38 | review computations of amt tax, and interest with randi |
| RBC | 22-Oct-02 | 0.5 | 200 | $100.00 | ($5.99) | $ 94.01 | Benj Franklin Fund- Send email re potential tax liabilities- respond to various emails re tax liabilities. |

*Integrity. Performance. Results*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| RBC | 22-Oct-02 | 0.2 | 200 | $40.00 | ($5.85) | $ | 34.15 | Benj Franklin- Discussion re potential tax liabilities for years 1991-1995. |
| RBC | 23-Oct-02 | 0.5 | 200 | $100.00 | ($5.99) | $ | 94.01 | benj franklin fund- review tax returns for possible accrued interest based on question by attorney. |
| RBC | 23-Oct-02 | 1 | 200 | $200.00 | ($11.98) | $ | 188.02 | Benj Franklin- Read case sent by attorney re deductibility of goodwill. |
| WHS | 24-Oct-02 | 0.5 | 275 | $137.50 | ($20.12) | $ | 117.38 | discuss the asset write off with randi, review 95 thru 01 returns, respond to g hindes e mail |
| RBC | 24-Oct-02 | 3.5 | 200 | $700.00 | ($41.92) | $ | 658.08 | Benj Franklin Fund- revise analysis of tax returns to include correct interest rates and to include later year tax returns. |
| RBC | 25-Oct-02 | 3.5 | 200 | $700.00 | ($41.92) | $ | 658.08 | Benj Franklin Fund- finish analysis and discussion with attorney. |
| WHS | 28-Oct-02 | 0.8 | 275 | $220.00 | ($32.20) | $ | 187.80 | review grid, tc call with ernie, rose mary, don, randi and gary to discuss case. |
| RBC | 28-Oct-02 | 0.4 | 200 | $80.00 | ($4.79) | $ | 75.21 | Benj Franklin Fund- Review Ernie's memo. |
| RBC | 28-Oct-02 | 1.3 | 200 | $260.00 | ($15.57) | $ | 244.43 | Benj Franklin Fund- ffa issues |
| RBC | 28-Oct-02 | 1 | 200 | $200.00 | ($11.97) | $ | 188.03 | Benj Franklin Fund- Conference call |
| WHS | 31-Oct-02 | 0.5 | 275 | $137.50 | ($20.12) | $ | 117.38 | review letter from willner, respond |
| RBC | 31-Oct-02 | 0.4 | 200 | $80.00 | ($11.71) | $ | 68.29 | Fallen Angels- Review Ernie Fleischer's position memo. |
| RBC | 01-Nov-02 | 0.6 | 200 | $120.00 | ($17.56) | $ | 102.44 | Benj Franklin Fund- Discussion w/attorney; Review latest draft of memorandum. |
| WHS | 04-Nov-02 | 0.8 | 275 | $220.00 | ($32.20) | $ | 187.80 | preview final and go to dept of justice, tc with all parties. |
| RBC | 04-Nov-02 | 2 | 200 | $400.00 | ($58.54) | $ | 341.46 | Benj Franklin Fund- Fax to Gary Hindes; Review Docs sent by Don Willner (exhibits); conference call with all parties involved. |
| RBC | 04-Nov-02 | 0.3 | 200 | $60.00 | ($8.78) | $ | 51.22 | Benj Franklin Fund- Review final draft of Memo to DOJ and FDIC. |
| RBC | 06-Nov-02 | 0.5 | 200 | $100.00 | ($14.64) | $ | 85.36 | Benj Franklin- coordinate conference call; review info from FDIC and government. |
| WHS | 07-Nov-02 | 0.8 | 275 | $220.00 | ($32.20) | $ | 187.80 | read fdic and irs pleadings, understand their computations, discuss with randi the side by side differences. |
| RBC | 07-Nov-02 | 0.6 | 200 | $120.00 | ($17.56) | $ | 102.44 | Benj Frank Fund- Mtg w/Bill to discuss info received by govt |
| RBC | 07-Nov-02 | 3.8 | 200 | $760.00 | ($111.23) | $ | 648.77 | Benj Franklin fund- Review govt position- schedule out differences in each parties calculations. |
| RBC | 08-Nov-02 | 0.8 | 200 | $160.00 | ($23.42) | $ | 136.58 | Benj Franklin Fund- Conference Call |
| RBC | 08-Nov-02 | 3.7 | 200 | $740.00 | ($108.31) | $ | 631.69 | Benj Franklin Fund- Update spreadsheets comparing IRS and FDIC positions to our position. |
| WHS | 11-Nov-02 | 0.5 | 275 | $137.50 | ($20.12) | $ | 117.38 | review randi's spreadsheet of with and without nol and comparison to fdic and irs positions |
| WHS | 12-Nov-02 | 0.3 | 275 | $82.50 | ($12.07) | $ | 70.43 | review randi's summary sheet. |
| RBC | 12-Nov-02 | 2.8 | 200 | $560.00 | ($81.96) | $ | 478.04 | Benj Franklin Fund- Conference Call; Prepare exhibit for FDIC and IRS; Discussions |
| RBC | 13-Nov-02 | 1.5 | 200 | $300.00 | ($43.91) | $ | 256.09 | Benj Frank Fund- discussions with ernie and don and revisions to schedule |
| RBC | 18-Nov-02 | 6 | 200 | $1,200.00 | ($175.63) | $ | 1,024.37 | Conference with FDIC in DC (1.5 hour travel) |
| RBC | 18-Nov-02 | 1.5 | 200 | $300.00 | ($43.91) | $ | 256.09 | Benj Franklin Fund- gather and organize documents/file to take to conference in DC |
| RBC | 19-Nov-02 | 9 | 200 | $1,800.00 | ($263.45) | $ | 1,536.55 | Benj Franklin Fund- Conference with FDIC and DOJ in Washington DC (1.5 hour travel) |
| RBC | 20-Nov-02 | 2.3 | 200 | $460.00 | ($67.33) | $ | 392.67 | Benj Franklin- document conference in memo |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| RBC | 21-Nov-02 | 0.8 | 200 | $160.00 | ($23.42) | $ | 136.58 | Benj Franklin- Discussion with Ernie Fleischer and research and answer his questions re 1990 tax return. |
| RBC | 22-Nov-02 | 3.2 | 200 | $640.00 | ($93.67) | $ | 546.33 | Benj Franklin Fund- Type up notes re conference in Washington and organize files. |
| RBC | 04-Dec-02 | 1 | 200 | $200.00 | ($29.27) | $ | 170.73 | Benj Franklin Fund- Revise Spreadsheet for Department of Justice |
| RBC | 09-Dec-02 | 3.5 | 200 | $700.00 | ($102.45) | $ | 597.55 | Benj Franklin Fund- Spreadsheet for Department of Justice |
| RBC | 11-Dec-02 | 0.5 | 200 | $100.00 | ($14.64) | $ | 85.36 | Benj Franklin Fund- Review Lawyer's changes to spreadsheets |
| RBC | 12-Dec-02 | 1.4 | 200 | $280.00 | ($40.98) | $ | 239.02 | Benj Franklin Fund- work on spreadsheets for department of justice |
| RBC | 13-Dec-02 | 0.5 | 200 | $100.00 | ($14.64) | $ | 85.36 | Benj Franklin Fund- spreadsheets for DOJ- revisions |
| RBC | 20-Dec-02 | 0.2 | 200 | $40.00 | ($5.90) | $ | 34.10 | Benj Franklin Fund- Review memo sent by mitch motell re discussion with department of justice |
| RBC | 02-Jan-03 | 1 | 220 | $220.00 | $0.00 | $ | 220.00 | Benj Franklin Fund- Review spreadsheets in prep of conference call; conference call with attorneys. |
| RBC | 17-Jan-03 | 0.5 | 220 | $110.00 | $0.00 | $ | 110.00 | benj franklin fund- conference call re next steps in negotiations with irs and fdic |
| RBC | 21-Jan-03 | 2 | 220 | $440.00 | $0.00 | $ | 440.00 | benj franklin fund- review 6 spreadsheets (revised) and update for current comments by attorneys |
| RBC | 23-Jan-03 | 0.5 | 220 | $110.00 | $0.00 | $ | 110.00 | Benj Franklin Funds- work on spreadsheets for DOJ |
| RBC | 03-Feb-03 | 5.5 | 220 | $1,210.00 | $0.00 | $ | 1,210.00 | Benj franklin fund- update 6 spreadsheets in preparation for conference call; calculation of potential interest due under all 6 scenarios for tax years 1990-2002. |
| RBC | 04-Feb-03 | 1 | 220 | $220.00 | $0.00 | $ | 220.00 | Benj franklin fund- conference call with attorneys. |
| RBC | 14-Mar-03 | 0.6 | 220 | $132.00 | $0.00 | $ | 132.00 | prepare for conference call with attorneys (review memos and letters to fdic and doj) |
| RBC | 14-Mar-03 | 0.5 | 220 | $110.00 | $0.00 | $ | 110.00 | benj franklin fund- conf call with attorneys to discuss memo re taxability of ffa income |
| RBC | 17-Mar-03 | 1 | 220 | $220.00 | $0.00 | $ | 220.00 | Conf call with attorneys; review memorandum in prep of conference call |
| RBC | 25-Mar-03 | 0.6 | 220 | $132.00 | $0.00 | $ | 132.00 | Benj Franklin Fund- conference call |
| RBC | 03-Sep-03 | 0.5 | 220 | $110.00 | $0.00 | $ | 110.00 | Benj Franklin Fund- Rvw correspondence from attorneys sent from 6/1/03 through 9/1/03 |
| RBC | 17-Sep-03 | 1 | 220 | $220.00 | $0.00 | $ | 220.00 | Benj Franklin Fund conference call |
| RBC | 05-Jan-04 | 0.3 | 230 | $69.00 | $0.00 | $ | 69.00 | review correspondence re Benj Franklin Fund |
| RBC | 08-Jan-04 | 0.2 | 230 | $46.00 | $0.00 | $ | 46.00 | email to gary hindes re status of benj franklin fund |
| RBC | 23-Feb-04 | 0.6 | 230 | $138.00 | $0.00 | $ | 138.00 | benj franklin fund- review correspondence |
| RBC | 05-Mar-04 | 2.2 | 230 | $506.00 | $0.00 | $ | 506.00 | Benj Franklin Fund- rvw 100 pgs of DOJ correspondence in prep of conf call with attorneys, conf call with attorneys and discussions regarding next steps |
| RBC | 09-Apr-04 | 0.3 | 230 | $69.00 | $0.00 | $ | 69.00 | Benj franklin fund conference call |
| RBC | 27-Apr-04 | 0.5 | 230 | $115.00 | $0.00 | $ | 115.00 | Benj Franklin Fund- review correspondence mailed by attorney and respond to various emails regarding possible meeting in DC. |
| RBC | 04-May-04 | 0.2 | 230 | $46.00 | $0.00 | $ | 46.00 | benj franklin- rvw email re upcoming mtg in dc |
| RBC | 14-May-04 | 0.6 | 230 | $138.00 | $0.00 | $ | 138.00 | review emAILS and correspondence re preparation for mtg with fdic |
| RBC | 05-Aug-04 | 0.4 | 230 | $92.00 | $0.00 | $ | 92.00 | Benj franklin fund- review correspondence from attorney |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| WHS | 02-Dec-04 | 0.3 | 350 | $105.00 | $0.00 | $ | 105.00 | disc with randi re settlement of benj matter |
| RBC | 02-Dec-04 | 0.5 | 230 | $115.00 | $0.00 | $ | 115.00 | mtg with bill to discuss possible settlement for benj franklin fund |
| RBC | 03-Dec-04 | 1.5 | 230 | $345.00 | $0.00 | $ | 345.00 | benj franklin fund- review notes and disc with attorney re potential settlement |
| RBC | 06-Dec-04 | 1.3 | 230 | $200.00 | $0.00 | | | benj franklin fund |