UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

--------------------------------x
WINSTON & STRAWN, LLP, et al.,  :

          Plaintiffs,    :

          v.          : No. 06-01120 (EGS)
                     :    06-01227 (EGS)
FEDERAL DEPOSIT INSURANCE       :    06-01273 (EGS)
CORPORATION,                    :

          Defendant.   :
--------------------------------x

Washington, D.C.

Wednesday, January 17, 2007

Deposition of

THOMAS M. BUCHANAN

a witness, called for examination by counsel for
Defendant, pursuant to notice and agreement of
counsel, beginning at approximately 5:00 p.m., at
the law offices of Winston & Strawn, 1700 K Street,
NW., Washington, D.C., before Mary Ann Payonk of
Beta Court Reporting, notary public in and for the
District of Columbia, when were present on behalf
of the respective parties:

2

1    APPEARANCES:

2        On behalf of Winston & Strawn, LLP:

Page 1

14    things that people would, you know, would --

15    would work to resolve it in a certain amount.

16    Maybe I overstated it.

17        Q    And in relation to your firm's work

18    compared to Mr. Willner's contribution to the

19    tax settlement do you think it's fair he's

20    asking for $800,000 and you're asking for a

21    little bit under 600,000?

22        A    I -- I think that we -- we have

45

1    been paid more, I -- I think, than he has so

2    far. I mean, I -- I -- my view is is that

3    Don deserves a multiple of a certain hourly

4    rate and so I think that I would have no

5    problem with him getting twice whatever

6    hourly rate was legitimate for him.

7        Q    Do you think, given Mr. Willner's

8    involvement in this case and the geographic

9    area where he normally practices, do you

10    think an hourly rate of over $500 an hour is

11    reasonable for him?

12        A    No. I -- I don't think 525 is --

13    is a reasonable rate, but I do think that --

14    the way I view it is I think that whether

15    it's 250 or $300 an hour, and maybe more

Page 41

AABUCHANAN[2].txt

16    would be reasonable, but I think he deserves

17    a multiple of that, like twice.

18              So the way I view it is -- and my

19    position would be that if Don were to say,

20    okay, I want $250 an hour but I want a

21    multiple so it comes out to 500, I'd say

22    that's reasonable.


BETA COURT REPORTING
www.betareporting.com
(202) 464-2400        800-522-2382


46

1              MR. TAYLOR:  Thank you, Mr.

2    Buchanan.  That's all I have.

3              THE WITNESS:  Okay.

4              MR. WILLNER:  I have no questions.

5              MR. BORTHWICK:  I only have one

6    question.

7              EXAMINATION BY COUNSEL FOR BLACKWELL

8              SANDERS PEPER MARTIN

9              BY MR. BORTHWICK:

10       Q    Mr. Moetel's work in the case began

11    in mid November 2002, isn't that right, his

12    involvement in the tax case?

13       A    It's in the billing records.  It

14    would reveal that.  I think that's true.  If

15    you want to show me something --

16       Q    Yes.  The first time that we've

17    seen it appear is November 15, and I'm just

18    wondering, is that when his involvement

Page 42