| | |
|---|---|
| WINSTON & STRAWN LLP,)<br>)<br>and)<br>)<br>DON S WILLNER & ASSOCIATES, P.C.)<br>)<br>and)<br>)<br>BLACKWELL SANDERS PEPER MARTIN)<br>and)<br>ERNEST M. FLEISCHER)<br>)<br>    Consolidated Plaintiffs,)<br>)<br>v.)<br>)<br>FEDERAL DEPOSIT INSURANCE)<br>CORPORATION, AS RECEIVER FOR)<br>THE BENJ. FRANKLIN FS&LA,)<br>PORTLAND, OREGON)<br>)<br>    Defendant.) | Civil Case No. 06-01120 (EGS)<br><br>[Consolidated with No. 06-01227 (EGS) and No. 06-01273 (EGS)] |

CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2008 I electronically filed the following:

(1) Reply of Don S. Willner & Associates, P.C., including Memorandum of Points and Authorities (2) List of Exhibits (3) Exhibits DD-MM, and (3) this Certificate of Service with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Bruce Taylor, Esq., of the FDIC at btaylor@fdic.gov; James Borthwick at jborthwick@blackwellsanders.com; Jeremiah A. Collins at jcollins@bredhoff.com; and William Francis Demarest , Jr at william.demarest@huschblackwell.com.

                                                              _/s/ Angela C. Cox 08/25/08_____
                                                              Angela C. Cox, Legal Assistant

CERTIFICATE OF SERVICE                                         DON S. WILLNER & ASSOCIATES, PC
Page 1 of 1                                                             630 Sunnyside Road
                                                                                         Trout Lake, WA 98650
                                                                Tel: (509) 395-2000  Fax: (509) 395-2939