# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **WINSTON & STRAWN LLP et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-01120 (EGS/JMF) |
| | ) | |
| **FEDERAL DEPOSIT INSURANCE CORPORATION** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STIPULATION OF
## COUNSEL FOR THE FDIC AND DON S. WILLNER & ASSOCIATES

In a Memorandum Order dated February 16, 2010, Magistrate Judge Facciola proposed the use of the *Laffey* rates to calculate a reasonable fee for Don S. Willner, given the disparate arguments presented by the parties on the issue. The Magistrate Judge gave counsel 10 days to consider his proposal and told them that he expected them to advise him by joint stipulation of their acceptance of his proposal, with the understanding that the Magistrate Judge would decide whether or not to use the *Laffey* rates even if counsel could not agree to their use. In default of an agreement, the Magistrate Judge directed counsel to discuss with each other and his chambers dates for a four-day evidentiary hearing.

Counsel for the FDIC and Don S. Willner & Associates hereby jointly stipulate that they accept the Magistrate Judge's proposal to use the *Laffey* rates to calculate a reasonable fee for Don S. Willner.

              Respectfully submitted,

Date:  February 23, 2010       **/s/ Bruce C. Taylor**
              Bruce C. Taylor
              Federal Deposit Insurance Corporation
              550 17th Street, NW
              Room VS-E7118
              Washington, DC 20429
              (703) 562-2436 (Telephone)
              (703) 562-2478 (Facsimile)

              *Counsel for FDIC, as Receiver for The Benj.*
              *Franklin FS&LA*


               **/s/ Don S. Willner**

| | |
|---|---|
| Kelby D. Fletcher | Don S. Willner (D.C. Bar No. D00227) |
| Attorney at Law | DON S. WILLNER AND ASSOCIATES, P.C. |
| 1501 4th Avenue, Suite 2800 | 630 Sunnyside Road |
| Seattle, WA 98101 | Trout Lake, Washington 98650 |
| (206) 624-6800 (Telephone) | (509) 395-2000 (Telephone) |
| (206) 682-1415 (Facsimile) | (509) 395-2939 (Facsimile) |
| | |
| *Of Counsel for* | *Counsel for Don S. Willner & Associates, P.C.* |
| *Don S. Willner & Associates, P.C.* | |