UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**WINSTON & STRAWN LLP, et al.,**

    **Plaintiffs,**

v.   Civil Case No. 06-1120 (EGS/JMF)

**FEDERAL DEPOSIT INSURANCE CORPORATION,
AS RECEIVER FOR THE BEN FRANKLIN FS&LA,
PORTLAND, OREGON,**

    **Defendant.**

**ORDER**

This matter has been referred to me by Judge Sullivan for a Report and Recommendation on the issue of attorney's fees. In order to assist the court in its determination, attorney Don S. Willner is directed to respond in writing, within ten days of the date of this Order, to the following questions:

1. Compensation is sought for 12.95 hours of work performed by attorney Sarah Dressler. <u>Motion for Summary Judgment of Don S. Willner and Associates, P.C., Including A Memorandum of Points And Authorities And Request For Oral Argument</u> ("Mot.") at 24. As the court will be applying the <u>Laffey</u>[1] rates, please provide information about her legal background, including when she began to practice law, so that the court may determine the appropriate rate of compensation for the years in

---

[1] See <u>Laffey v. Northwest Airlines, Inc.</u>, 572 F. Supp. 354 (D.D.C. 1983), <u>aff'd in part</u>, <u>rev'd in part</u>, 746 F.2d 4 (D.C. Cir. 1984).

question. In addition, please provide detailed information about the nature of the work she performed.

2. Compensation is sought for 7 hours of work performed by bookkeeper, Katherine Kelley. Please provide detailed information about the nature of the work she performed.

3. Compensation is no longer sought for "11.4 hours of time in the Claims Court case, and 12.2 hours working on the tax settlement." Mot. at 25. Please indicate the number of the invoice that lists these charges and the exact date of the charges.

4. Compensation is sought for an additional 2 hours of Willner's time but no further explanation is given. Mot. at 31. Please provide a detailed submission as to this request.

5. The invoices refer to work performed by "CLW." Please provide information about this individual's legal background, including when he or she began to practice law, so that the court may determine the appropriate rate of compensation for the years in question.

6. The invoices refer to work performed by "DSW" and "DW." Are both of these references to Don S. Willner?

7. Some of the invoices show costs for work performed by outside vendors and then a corresponding payment to those vendors. For example, on Invoice #10513, there is an entry dated 09/30/2002 in the amount of $2,068.50 for "Remaining half of Zalutsky & Klarquist bill." Later on the same invoice, there is an entry dated 09/27/2002 in the same amount for

"Payment from account to Zalutsky & Klarquist - Check No. 1470." Is reimbursement for these amounts now being sought in the fee petition?

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE